

Mark I. Schickman (CSB #62653)
Daniel T. Bernhard (CSB # 104229)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332

Attorneys for Plaintiff
O'KEEFFE'S, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| O'KEEFFE'S, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT AND PILKINGTON PLC,<br><br>Defendants. | CASE NO.:<br><br>**COMPLAINT FOR PATENT INFRINGEMENT AND FOR PRELIMINARY AND PERMANENT INJUNCTION**<br><br>**JURY TRIAL DEMAND** |

Plaintiff O'Keeffe's, Inc. ("Plaintiff" or "O'Keeffe's") hereby alleges for its Complaint against Defendants Technical Glass Products, Anemostat, and Pilkington PLC, ("Defendants"), on personal knowledge as to its own acts and on information and belief as to the actions of others, as follows:

## THE PARTIES

1.      Plaintiff O'Keeffe's is a California corporation with its principal place of business in San Francisco, California. O'Keeffe's is a leading manufacturer and distributor of safety-rated and fire-rated architectural glazing products. One of the division's of O'Keefe's is SAFTI-FIRST.

2.      Defendant Technical Glass Products ("TGP") is a corporation headquartered in Kirkland, Washington, and doing business in this judicial district. It is a fabricator and seller of fire-rated and safety-rated glazing products, including a product known as PyroShield NT.

3.      Defendant Anemostat is a company headquartered in Carson, California and doing

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

1  business in this judicial district. It is a maker of fire and safety rated glazing products, including a

2  product known as SAFE-Wire.

3       4.     Defendant Pilkington PLC ("Pilkington") is a company doing business in this judicial

4  district, and upon information and belief is headquartered in the United Kingdom. It is one of the

5  largest glazing manufacturers in the world. Pilkington is a fabricator and/or seller of PyroShield NT.

6       5.     This action arises under the patent laws of the United States, 35 U.S.C. 271 et seq., and

7  this Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and

8  1338(a) and (b), and through the pendent, supplementary and ancillary jurisdiction of this Court.

9       6.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391, as this is a judicial district

10  in which substantial events, including the damages to plaintiff resulting therefrom, giving rise to the

11  claim occurred.

**INTRA DISTRICT ASSIGNMENT**

12

13       7.     This action is properly filed in the San Francisco Division of the United States District

14  Court for the Northern District of California pursuant to Local Civil Rule 3-2(c) because a substantial

15  part of the events giving rise to the claims set forth in this Complaint occurred in the City and County

16  San Francisco.

**BACKGROUND FACTS**

17

18       8.     Founded in 1934, O'Keeffe's has been a pioneer in the development of safety- and fire-

19  rated architectural glazing products. O'Keeffe's has been recognized within the construction industry

20  for its innovative fire and safety glazing technology which results in measurable business advantage.

21  O'Keeffe's has been a leader, and actively involved, in this field for nearly 25 years.

22       9.     Plaintiff created, manufactures, markets and sells a filmed glazing product known as

23  SuperLite I-W. It contains wire reinforcement, making it a wired glass product, that is also filmed,

24  resulting in a fire rating and a separate safety rating. SAFTI-FIRST, a division of O'Keeffe's, handles

25  the direct marketing and sales of SuperLite I-W, and it obtained a patent for SuperLite I-W which it

26  immediately assigned to O'Keeffe's. Plaintiff is the sole holder of U.S. patent number 7,099,906 B2,

27  dated August 15, 2006 for SuperLite I-W entitled "Fire-Resistant Safety Glass" (the "O'Keeffe

28  Patent"). A true and correct copy of the O'Keeffe Patent is attached hereto as Exhibit A, and

2

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

1  incorporated herein by this reference and made a part hereof. In connection with the marketing and

2  sale of SuperLite I-W, O'Keeffe obtained a listing for it. A true and correct copy of the Underwriters

3  Laboratories ("UL") listing for SuperLite I-W is attached hereto as Exhibit B.

4       10.    O'Keefe's chief competitor is the wired glass manufacturing industry. "Wire" or "wired

5  glass" is defined at 16 C.F.R. 1201.3(a)(343) as a single piece of annealed glass that contains wire

6  embedded in the body of the glass. Until or about 1982, wired glass was considered the only glazing

7  material which could meet fire endurance standards for building assemblies such as fire doors and

8  windows. Therefore, model building codes may contain more lenient impact resistance (safety-rating)

9  standards for wired glass than for other glazing materials where the application is in a hazardous

10  location requiring both fire-rating and safety-rating.

11       11.    Conventional wired glass is not safety glazing, but is typically mistaken as such

12  because the wire gives the illusion of safety. In fact, the wire mesh weakens the glass, rendering it

13  easier to break and more dangerous than regular plate glass. Exposed to fire, conventional wired glass

14  cracks within minutes, but the wired mesh holds the glass in place and prevents large cracks or

15  openings. But although the wire mesh may result in the glass remaining in place, it does nothing to

16  limit the transfer of radiant heat to the non-fire side.

17       12.    Defendants have created, manufactured, marketed and sold products that infringe the

18  O'Keeffe Patent.

19       13.    Defendant TGP fabricates, markets and sells a product known as PyroShield NT which

20  infringes on the O'Keeffe Patent. PyroShield NT has just recently become available for sale by TGP to

21  the public. Attached hereto as Exhibit C is a true and correct copy of the UL listing for PyroShield

22  NT, as recently obtained from and available on the UL website.

23       14.    Defendant Pilkington provides to TGP the wired glass used by TGP in the fabrication

24  and manufacture of PyroShield NT. Pilkington also, upon information and belief, markets and sells

25  PyroShield NT, and thereby assists and participates in the infringement of the O'Keeffe Patent.

26       15.    Anemostat fabricates, markets and/or sells a product it fabricates known as SAFE-Wire

27  which infringes the O'Keeffe Patent. A true and correct copy of an example of Anemostat's current

28  advertisement for SAFE-Wire is attached hereto as Exhibit D, demonstrating that Anemostat is

3

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

1  actively marketing and selling the infringing product. Attached hereto as Exhibit E is a true and

2  correct copy of the UL listing for SAFE-Wire, as recently obtained from and available on the UL

3  website.

4

5                                   **FIRST CLAIM FOR RELIEF**

6              **(Infringement of U.S. Patent No. 7,090,906 B2 under 35 U.S.C. § 271)**

7         16.    O'Keeffe's repeats and re-alleges the allegations contained in paragraphs 1 through 15

8  of the Complaint as if fully set forth herein.  O'Keeffe's is the sole holder of U.S. Patent No.

9  7,090,906 B2, entitled "Fire Resistant Safety Glass" which, issued on August 15, 2006, a copy of

10  which is attached hereto.

11        17.    Defendants have infringed and continue to infringe the O'Keeffe Patent, directly,

12  contributorily, and/or by inducement, in violation of 35 U.S.C. § 271.

13        18.    The activities of Defendants have been without express or implied license by

14  O'Keeffe's.

15        19.    Defendants continue to infringe the O'Keeffe Patent and, unless enjoined by this Court,

16  will continue to infringe the O'Keeffe Patent.  O'Keeffe's has suffered and will continue to suffer

17  irreparable harm for which there is no adequate remedy at law.  Accordingly, O'Keeffe's is entitled to

18  temporary, preliminary and/or permanent injunctive relief against such infringement pursuant to 35

19  U.S.C. § 283.

20        20.    As a result of Defendants' infringement of the O'Keeffe Patent, Plaintiff has been and

21  will be damaged, and is entitled to be compensated for such damages pursuant to 35 U.S.C. § 284 in

22  an amount to be determined at trial.

23        21.    Defendants' past and continuing infringement of the O'Keeffe Patent has been

24  deliberate and willful, and this case is therefore an exceptional case which warrants an award of treble

25  damages and attorneys' fees in accordance with 35 U.S.C. § 285.

26                                        **PRAYER**

27        WHEREFORE, Plaintiff O'Keeffe's requests entry of judgment in its favor and against

28  Defendants as follows:

4

COMPLAINT FOR PATENT INFRINGEMENT AND FOR PRELIMINARY AND PERMANENT INJUNCTION
{00109553-1}

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

1.     Declaring that U.S. Patent No. 7,090,906 B2 is valid and enforceable, and that Defendants have infringed one or more claims of each patent;

2.     Granting temporary, preliminarily and permanent injunctive relief enjoining Defendants, their officers, agents, servants, employees, representatives, attorneys, and affiliates, and all persons in active concert or participation with them, including but not limited to all distributors or re-sellers of PyroShield NT or SAFE-Wire, from engaging in further acts of infringement of the O'Keeffe Patent;

3.     Awarding O'Keeffe's damages in an amount adequate to compensate O'Keeffe's for Defendants' infringement in an amount to be proved at trial;

4.     Increasing the damages to three times the amount found or assessed by virtue of the deliberate and willful nature of Defendants' infringement;

5.     Awarding O'Keeffe's its costs incurred in this action, together with reasonable attorneys' fees, in accordance with 35 U.S.C. § 285;

6.     Awarding O'Keeffe's prejudgment interest; and

7.     Awarding such other and further relief as the Court deems just and proper.

Date: July 6, 2007        FREELAND COOPER & FOREMAN LLP

By: _____
Mark I. Schickman
Daniel T. Bernhard
Attorneys for Plaintiff
O'KEEFFE'S, INC.

COMPLAINT FOR PATENT INFRINGEMENT AND FOR PRELIMINARY AND PERMANENT INJUNCTION
{00109553-1}

1

## JURY TRIAL DEMAND

2

3    Plaintiff O'Keeffe's, Inc. hereby demands a jury trial.

4

5

6    Date:  July 6, 2007                               By: _____

7                                                          Mark I. Schickman

                                                           Daniel T. Bernhard

8                                                          Attorneys for Plaintiff

                                                           O'KEEFFE'S, INC.

9

10

11

**FREELAND COOPER & FOREMAN LLP**
150 Spear Street, Suite 1800
San Francisco, California 94105

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT AND FOR PRELIMINARY AND PERMANENT INJUNCTION
{00109553-1}