

**ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R25002
## Fire-protection-rated Glazing Materials

Page Bottom

# Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**SAFTI FIRST**                                                                 R25002
325 NEWHALL ST
SAN FRANSISCO, CA 94124 USA

SuperLite I-W, 1/4 in. thick filmed wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 1/3 h (20 min) No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

**Fire-protection-rated glazing materials**

**Product designation:** SuperLite 20

**Thickness:** 1/4 in.

**Glazing compound:** Pure silicone, closed-cell PVC or DAP 33

**Furnace pressure:** Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3 h (20 min) No Hose | Steel door with Fire Door Glass Light Frame | 2678 | 109 | 109 | 5/8 | 1/2 | D-NH-NT-20 |
| 1/3 h (20 min) No Hose | Steel door frame: sidelights | 3965 | 109 | 109 | 5/8 | 1/2 | D-NH-NT-20 |
| 1/3 h (20 min) No Hose | Wood door with Fire Door Glass Light Frame | 2719 | 77-1/8 | Rotational 77?1/8 | 5/8 | 1/2 | D-NH-NT-20 |
| 1/3 h (20 min) No Hose | Wood sidelight Frame | 2719 | 77-1/8 | Rotational 77-1/8 | 5/8 | 1/2 | D-NH-NT-20 |
| 1/3 h (20 min) No Hose | Steel windows and steel transoms | 2800 | 71-1/4 | 71-1/4 | 5/8 | 1/2 | D-NH-NT-20 |

**Fire-protection-rated glazing materials**