

ONLINE CERTIFICATIONS DIRECTORY

# KCMZ.R13377
# Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**TECHNICAL GLASS PRODUCTS**  R13377
600 6TH ST S
KIRKLAND, WA 98033 USA

**Fire-protection-rated glazing materials**

**Product designation:** non-wired FireLite and FireLite NT / FireLite Plus and Fire Lite IGU

**Thickness:** 4.76 mm (3/16 in.) / 7.94 mm (5/16 in.)

**Glazing compound:** Pure silicone caulk, closed cell PVC or DAP 33

**Furnace pressure:** Positive

| Rating | Location | Max Exposed Area of Glazing (Sq In.) | Max Width of Exposed Glazing In. | Max Height of Exposed Glazing In. | Min Depth of Groove In. | Building Code Marking |
|---|---|---|---|---|---|---|
| 20 min NH | Windows, Transom, and/or Sidelites - FireLite | 3325 | 95 | 95 | 5/8 | OH-20, D-NH-NT-20 |
| 20 min NH | Doors - FireLite | 3204 | 36 | 89 | 5/8 | D-NH-NT-20 |
| 45 min | Windows, Transom, and/or Sidelites - FireLite | 3325 | 95 | 95 | 5/8 | OH-45, D-H-NT-45 |
| 45 min | Doors - FireLite | 3204 | 36 | 89 | 5/8 | D-H-NT-45 |
| 60 min | Windows, Transom, and/or Sidelites - FireLite | 3325 | 95 | 95 | 5/8 | OH-60, D-H-NT-60 |
| 60 min | Doors - Temp Rise - FireLite | 100 | 12 | 33 | 1/2 | D-H-T-60 |

| Rating | Location | Max Exposed Area of Glazing (Sq In.) | Max Width of Exposed Glazing In. | Max Height of Exposed Glazing In. | Min Depth of Groove In. | Building Code Marking |
|---|---|---|---|---|---|---|
| 60 min | Doors-Non Temp Rise-FireLite | 3204 | 36 | 89 | 5/8 | D-H-NT-60 |
| 90 min | Doors-Temp Rise-FireLite | 100 | 12 | 33 | 1/2 | D-H-T-90, D-H-NT-90 |
| | Doors-Non Temp Rise-FireLite | 2034 | 36 | 56-1/2 | 3/4 | |
| 90 min | Windows, Transom, Sidelight- FireLite | 2627 | 46-1/2 | 56-1/2 | 5/8 | OH-90, D-H-NT-90 |
| 3 Hr | Doors- FireLite | 100 | 12 | 33 | 1/2 | D-H-NT-180 |

**Fire-protection -rated glazing material**

**Product designation:** non-wired Fireglass 20

**Thickness:** 1/3, 3/8, ½ or ¼ in.

**Glazing compound:** closed cell PVC tape, Fiberfrax tape or DAP 33

| Rating | Location | Max Exposed Area of Glazing (Sq In.) | Max Width of Exposed Glazing In. | Max Height of Exposed Glazing In. | Min Depth of Groove In. | Building Code Marking |
|---|---|---|---|---|---|---|
| 20 min NH | Doors- Fireglass 20 | 3024 | 36 | 89 | 5/8 | D-NH-NT-20 |
| 20 min NH | Window- Fireglass 20 | 6272 | 106-1/2 | 106-1/2 | 5/8 | OH-20 |
| 20 min NH | Transom/ Sidelight- Fireglass 20 | 6272 | 106-1/2 | 106-1/2 | 5/8 | D-NH-NT-20 |

**Fire-protection-rated glazing material:**

**Product designation:** laminated - Pilkington Pyroshield Plus

**Thickness:** 10.5 mm (1/4 in.)

**Glazing compound:** Designation with * - Pemko FGL3000 Tape or FG3000 Caulk., Designation with + - Pemko FGL3000 glazing tape

**Furnace pressure:** Positive

| Rating | Location | Max Exposed Area of Glazing (Sq In.) | Max Width of Exposed Glazing In. | Max Height of Exposed Glazing In. | Min Depth of Groove In. | Building Code Marking |
|---|---|---|---|---|---|---|
| 20 min NH | Windows, Transoms, Sidelights- Pyroshield Plus Diamond Pattern* | 1296 | 36 | 36 | 5/8 | OH-45, D-H-NT-45 |
| 45 min | Hollow | 1296 | 24 | 54 | 5/8 | D-H-NT-45 |

| | Metal or Wood Fire Doors- Pyroshield Plus-Diamond or Georgian-Pattern* | | | | | |
|---|---|---|---|---|---|---|
| 1 or 1-1/2 -h+ | Wood or Hollow Metal Fire Doors - Pyroshield Plus-Diamond Or Georgian Pattern* | 100 | 20 | 20 | 5/8 | D-H-NNT-90 |

**Fire-protection-rated glazing material**

**Product designation:** Pilkington Pyroshield, Pyroshield NT and Pyroshield IGU

**Thickness:** 1/4 in.

**Glazing Compound:** pure silicone caulk, DAP33, FG3000 tape

**Furnace Pressure:** Positive

| Type of Assembly | Max Exposed Area of Glass Sq In. | Max Width of Exposed Glass In. | Max Height of Exposed Glass In. | Min Depth of Groove In. | Building Code Marking |
|---|---|---|---|---|---|
| Doorframe, Window, Sidelite/ Transom with or without second piece of 1/4 in. thick tempered glass rated 1/3, 1/2 or 3/4 h | 1296 | 54 | 54 | 5/8 | D-H-NT-20, OH-20 D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| Hollow metal door 20 min NH | 3289 | 35-3/4 | 92 | 3/4 | D-NH-NT-20 |

**Fire-protection-rated glazing material**

**Product designation:** Pilkington Pyroshield, Pyroshield NT and Pyroshield IGU

**Thickness:** ¼ in.

**Glazing compound:** Pemko FG3000 "Fire Glaze"

**Furnace Pressure:** Positive

| Type of Assembly | Max Exposed Area of Glass Sq In. | Max Width of Exposed Glass In. | Max Height of Exposed Glass In. | Min Depth of Groove In. | Building Code Marking |
|---|---|---|---|---|---|
| Transom light | 3456 | 96 | 36 | 5/8 | D-H-NT-45 |

| Sidelight or Window | 4608 | 100 | 100 | 5/8 | D-H-NT-45, OH-45 |
| Hollow metal door rated up to 3/4 h | 2856 | 34 | 84 | 5/8 | D-H-NT-45 |
| Hollow metal door rated up to 1-1/2 h | 552 | 12 | 46 | 5/8 | D-H-NT-90 |
| Wood door rated 1 h | 960 | 12 | 80 | 5/8 | D-H-NT-60 |

Last Updated on 2007-05-21

Questions?    Notice of Disclaimer    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®".

An independent organization working for a safer world with integrity, precision and knowledge.

