

Circle #105 on reader service card.