

ONLINE CERTIFICATIONS DIRECTORY

# KCMZ.R13236
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**ANEMOSTAT PRODUCTS**                                          R13236
1220 WATSON CENTER RD
PO BOX 4938
CARSON, CA 90745 USA

1/4 in. thick wired glass.
**Fire-protection-rated glazing materials**
**Product designation:** SAFE-Wire, filmed wired glass
**Thickness:** 1/4 in.
**Glazing compound:** Pure silicone, closed-cell PVC Tape or DAP 33
**Furnace pressure:** Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 45 min | Sidelight, Transom Frames, Window Frames, and Door with light kit | 649 | 22 | 29-1/2 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 90 min | Sidelight, Transom Frames, Window Frames, and Door with light kit | 126 | 6 | 21 | 5/8 | 1/2 | D-H-NT-90, OH-90 |

**Fire-protection-rated glazing materials**
**Product designation:** FireLite and FireLite NT
**Thickness:** 3/16 in.
**Glazing compound:** Pure silicone, closed-cell PVC Tape or DAP 33
**Furnace pressure:** Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3h (20 min) (No Hose) | Windows, Transom, and/or Sidelites | 3325 | 95 | 95 | 5/8 | 1/2 | D-NH-NT-20 |
| 1/3h (20 min) (No Hose) | Doors | 2835 | 35 | 81 | 5/8 | 1/2 | D-NH-NT-20 |
| 45 min | Windows, Transom, and/or Sidelites | 3325 | 95 | 95 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 60 min | Windows, Transom, and/or Sidelites | 3325 | 95 | 95 | 5/8 | 1/2 | D-H-NT-60, OH-60 |
| 60 min | Doors-Temp Rise | 100 | 12 | 33 | 1/2 | 1/2 | D-H-T-60 |
| 60 min | Doors-Non Temp Rise | 3204 | 36 | 89 | 5/8 | 1/2 | D-H-NT-60 |
| 90 min | Doors-Temp Rise with Sidelits | 100 | 12 | 33 | 1/2 | 1/2 | D-H-T-90 |