1  Mark I. Schickman (CSB #62653)
   Daniel T. Bernhard (CSB #104229)
2  FREELAND COOPER & FOREMAN LLP
   150 Spear Street, Suite 1800
3  San Francisco, California 94105
   Telephone: (415) 541-0200
4  Facsimile: (415) 495-4332

5  Attorneys for Plaintiff
   O'Keeffes, Inc.

**FILED**

**JUL 16 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'Keeffe's, Inc., | CASE NO.: C07 3535 PVT |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| Technical Glass Products, Anemostat, | |
| Defendant. | |

PROOF OF SERVICE

1

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action; my business address is 150 Spear Street, Suite 1800, San Francisco, California 94105.

On July 13, 2007, I served the foregoing document described as follows:

**CIVIL CASE COVER SHEET, SUMMONS, COMPLAINT FOR PATENT INFRINGEMENT AND FOR PRELIMINARY AND PERMANENT INJUNCTION**

by placing a true and correct copy thereof enclosed in a sealed envelope addressed to the party(ies) of record whose name(s) and address(es) appear below:

| Gerald Razwick<br>Technical Glass Products<br>600 6th Street South<br>Kirkland WA 98033 | Arslan Mesihovic<br>Agent for Service of Process for Anemostat<br>814 Jackson Street<br>Albany CA 94706-1505 |
|---|---|

__X__    [BY MAIL – RETURN RECEIPT REQUEST - CCP § 1013a]  I caused such sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, for collection and mailing to the office of addressee(s) on the date shown herein following ordinary business practice.

_____    [HAND-DELIVERY/Personal/Messenger - CCP § 1011]  I caused such envelope to be hand-delivered by a courier, who personally delivered such envelope to the office of the addressee(s) on the date herein.

_____    [BY FACSIMILE - CCP § 1013(e)] - I caused such document(s) to be transmitted via facsimile electronic equipment transmission on the party(ies), whose name(s), address(es) and fax number(s) are listed above, on the date stated herein and at the time set forth on the attached transmission reported indicating that the facsimile transmission was complete and without error.

_____    [BY FEDEX (Overnight Delivery) - CCP § 1013(c)]  I caused such envelope to be delivered to the Federal Express Office in San Francisco, California, with whom we have a direct billing account, to be delivered on the next business day.

__X__    [STATE]  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 13, 2007, at San Francisco, California.

_____
Marilyn E. King

FREELAND COOPER & FOREMAN
150 Spear Street, Suite 1800
San Francisco, California 94105

PROOF OF SERVICE, CASE NO.: 26-29624 {00109963-1}