Mark I. Schickman (CSB #62653)
Daniel T. Bernhard (CSB #104229)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332

Attorneys for Plaintiff
O'Keeffes, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'Keeffe's, Inc.,<br><br>  Plaintiff,<br><br>v.<br><br>Technical Glass Products, Anemostat,<br><br>  Defendant. | CASE NO.: C07 3535<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 20, 2007        FREELAND COOPER & FOREMAN LLP

By: _____
DANIEL T. BERNHARD
Attorneys for Plaintiff
O'Keeffes, Inc.

1

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE
{00110121-1}