Michael S. Elkind (State Bar No. 61038)
melkind@fulpat.com
David J. Pitman (State Bar No. 172944)
dpitman@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for defendant ANEMOSTAT PRODUCTS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'KEEFE'S, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT AND PILKINGTON PLC,<br><br>    Defendant. | CASE NO. C:07 cv 3535 JF |

**STIPULATION *RE* DATE FOR DEFENDANT ANEMOSTAT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED, by and between plaintiff O'KEEFE'S INC. ("O'Keefe's") and defendant ANEMOSTAT PRODUCTS ("Anemostat") pursuant to Local Rule 6-1, that Anemostat shall have up to and including September 4, 2007, in which to answer or otherwise respond to the Complaint filed in this case.

Anemostat contends that service on it was not properly made, being made on an individual who is not an agent for service of process on Anemostat. However, Anemostat accepts service on a date that would result in the date for response to the Complaint being September 4, 2007.

O'Keeffe's contends that service was properly made. O'Keeffe's agrees to Anemostat answering or otherwise responding to the Complaint up to and including September 4, 2007.

This stipulation will not alter the date of any event or any deadline already fixed by Court order.

1     This Stipulation is not entered for the purpose of delay but is necessary in order to provide defendant Anemostat sufficient time to respond to the Complaint.

DATED: August 2, 2007    Respectfully submitted,

FULWIDER PATTON LLP

By:  s/David J. Pitman
      Michael S. Elkind
      David J. Pitman
      Attorneys for ANEMOSTAT PRODUCTS

DATED: August 2, 2007    Respectfully submitted,

FREELAND COOPER & FOREMAN LLP

By:  s/Daniel T. Bernhard (signature attached)
      Mark I. Schickman
      Daniel T. Bernhard
      Attorneys for O'KEEFE'S, INC.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 6060 Center Drive, Tenth Floor, Los Angeles, California 90045.

On August 3, 2007, I served true copies of the following document(s) described as

**STIPULATION *RE* DATE FOR DEFENDANT ANEMOSTAT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

on the interested parties in this action as follows:

Daniel T. Bernhard, Esq.

Mark I. Schickman, Esq.

Freeland Cooper & Foreman LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
(San Francisco Co.)

**X / BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Fulwider Patton's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 2, 2007, at Los Angeles, California.

s/David J. Pitman
David J. Pitman

188977.1