1  This Stipulation is not entered for the purpose of delay but is necessary in order to provide
2  defendant Anemostat sufficient time to respond to the Complaint.

4  DATED:                                    Respectfully submitted,

                                             FULWIDER PATTON LLP


                                             By: _____
                                                  Michael S. Elkind
                                                  David J. Pitman
                                                  Attorneys for ANEMOSTAT PRODUCTS

11 DATED: August 2, 2007                     Respectfully submitted,

                                             FREELAND COOPER & FOREMAN LLP


                                             By: _____
                                                  Mark I. Schickman
                                                  Daniel T. Bernhard
                                                  Attorneys for O'KEEFE'S, INC.