1  Jeffrey S. Love (State Bar No. 195068)
   jeffrey.love@klarquist.com
2  Klarquist Sparkman, LLP
   121 S.W. Salmon Street, Suite 1600
3  Portland, OR  97204-2988
   Telephone:  (503) 595-5300
4  Facsimile:  (503) 595-5301

5

6  Eric L. Wesenberg (State Bar No. 139696)
   ewesenberg@orrick.com
7  Orrick, Herrington & Sutcliffe LLP
   1000 Marsh Road
8  Menlo Park, CA 94025-1015
   Telephone: (650) 614-7400
9  Facsimile: (650) 614-7401

10 Attorneys for Defendant Technical Glass Products

11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13
                           **SAN JOSE DIVISION**
14

15 O'KEEFFE'S, INC.,                        | Case No.:  07-3535 JF

16         Plaintiff,

17    v.                                    | **NOTICE OF APPEARANCE OF**
                                            | **COUNSEL FOR DEFENDANT**
18 TECHNICAL GLASS PRODUCTS,                | **TECHNICAL GLASS PRODUCTS**
19 ANEMOSTAT AND PILKINGTON PLC,

20         Defendants.

21

22

23

24

25

26

27

28
                                            NOTICE OF APPEARANCE OF COUNSEL FOR
                                            DEFENDANT TGP -- Case No.:  03:C-76-3535 JF

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jeffrey S. Love, of the law offices of Klarquist Sparkman, LLP, and Eric L. Wesenberg of the law offices of Orrick, Herrington & Sutcliffe LLP, hereby appear in the above-referenced action as counsel for Technical Glass Products and request that copies of all briefs, motions, orders, correspondence and other papers also be electronically served on the undersigned as follows:

| | |
|---|---|
| Jeffrey S. Love | jeffrey.love@klarquist.com |
| Kelly I. Dunham | kelly.dunham@klarquist.com |
| Eric L. Wesenberg | ewesenberg@orrick.com |
| Gabriel M. Ramsey | gramsey@orrick.com |

Dated this 3RD day of August, 2007

By: s/Jeffrey S. Love_____
    Jeffrey S. Love
    jeffrey.love@klarquist.com
    Klarquist Sparkman, LLP
    121 S.W. Salmon Street, Suite 1600
    Portland, OR 97204-2988
    Telephone: (503) 595-5300
    Facsimile: (503) 595-5301

    Eric L. Wesenberg
    ewesenberg@orrick.com
    Orrick, Herrington & Sutcliffe LLP
    1000 Marsh Road
    Menlo Park, CA 94025-1015
    Telephone: (650) 614-7400
    Facsimile: (650) 614-7401

    Attorneys for Defendant Technical Glass Products

**PROOF OF SERVICE**

The undersigned hereby certifies that on August 3rd, 2007, the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT TECHNICAL GLASS PRODUCTS** was electronically filed with the Clerk of the Court using the CM/ECF System and that the same was served by electronic mail to the following:

    Mark I. Schickman
    mis@freelandlaw.com
    Daniel T. Bernhard
    bernhard@freelandlaw.com
    FREELAND COOPER & FOREMAN LLP
    150 Spear Street, Suite 1800
    San Francisco, CA  94105
    P:  415-541-0200
    F:  415-495-4332

    Attorneys for Plaintiffs
    O'Keeffe's, Inc.

                                    s/Jeffrey S. Love_____
                                    Jeffrey S. Love