1  Jeffrey S. Love (State Bar No. 195068)
   jeffrey.love@klarquist.com
2  Klarquist Sparkman, LLP
   121 S.W. Salmon Street, Suite 1600
3  Portland, OR  97204-2988
   Telephone:  (503) 595-5300
4  Facsimile:  (503) 595-5301

5

6  Eric L. Wesenberg (State Bar No. 139696)
   ewesenberg@orrick.com
7  Orrick, Herrington & Sutcliffe LLP
   1000 Marsh Road
8  Menlo Park, CA 94025-1015
   Telephone: (650) 614-7400
9  Facsimile: (650) 614-7401

10 Attorneys for Defendant,
   Technical Glass Products
11

12                  **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14                       **SAN JOSE DIVISION**

15
   O'KEEFFE'S, INC.,                      Case No.:  07-3535 JF
16
           Plaintiff,
17                                        **STIPULATION ENLARGING TIME FOR
            v.                            DEFENDANT TECHNICAL GLASS
18                                        PRODUCTS TO ANSWER, RESPOND
   TECHNICAL GLASS PRODUCTS,              OR OTHERWISE PLEAD TO THE
19 ANEMOSTAT AND PILKINGTON PLC,          COMPLAINT**

20
           Defendants.
21

22

23

24

25

26

27

1    Pursuant to Civil Local Rule 6-1(a), Defendant, Technical Glass Products, and Plaintiff

2 O'Keeffe's, Inc., hereby stipulate that Defendant Technical Glass Products shall have a 16-day

3 extension of time, to and including August 21, 2007, in which to answer, respond, or otherwise plead

4 to the Plaintiff's Complaint. This stipulation does not affect any rights or remedies of the Plaintiff.

5 This extension of time will not alter the date of any event or deadline already fixed by the Court.

6

7 Dated this 3rd day of August, 2007

8
                                    By: s/Jeffrey S. Love_____
9                                        Jeffrey S. Love
                                         jeffrey.love@klarquist.com
10                                       Klarquist Sparkman, LLP
                                         121 S.W. Salmon Street, Suite 1600
11                                       Portland, OR  97204-2988
                                         Telephone:  (503) 595-5300
12                                       Facsimile:  (503) 595-5301

13
                                         Eric L. Wesenberg
14                                       ewesenberg@orrick.com
                                         Orrick, Herrington & Sutcliffe LLP
15                                       1000 Marsh Road
                                         Menlo Park, CA 94025-1015
16                                       Telephone: (650) 614-7400
                                         Facsimile: (650) 614-7401
17

18                                       Attorneys for Defendant,
                                         Technical Glass Products
19

20                                  By: s/ Daniel T. Bernhard_____
                                         Daniel T. Bernhard
21                                       bernhard@freelandlaw.com
                                         FREELAND COOPER & FOREMAN LLP
22                                       150 Spear Street, Suite 1800
                                         San Francisco, CA  94105
23                                       Telephone:  (415) 541-0200
                                         Facsimile:  (415) 495-4332
24

25                                       Attorneys for Plaintiff,
                                         O'Keeffe's, Inc.
26

27
                                            STIPULATION ENLARGING TIME FOR DEFENDANT
                                            TECHNICAL GLASS PRODUCTS TO ANSWER, RESPOND
28                                          OR OTHERWISE PLEAD TO THE COMPLAINT
                                            -1-                    -- Case No.: 07-3535 JF

1        I hereby attest that concurrence in the filing of this document has been obtained from Daniel

2  T. Bernhard, attorney for Plaintiff, O'Keeffe's Inc.

3

4  Dated this 3rd day of August, 2007

5

6                            By: s/Jeffrey S. Love_____

                                  Jeffrey S. Love

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

The undersigned hereby certifies that on August 3rd, 2007, the foregoing **STIPULATION ENLARGING TIME FOR DEFENDANT TECHNICAL GLASS PRODUCTS TO ANSWER, RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF System and that the same was served by electronic mail to the following:

> Mark I. Schickman
> mis@freelandlaw.com
> Daniel T. Bernhard
> bernhard@freelandlaw.com
> FREELAND COOPER & FOREMAN LLP
> 150 Spear Street, Suite 1800
> San Francisco, CA  94105
> P:  415-541-0200
> F:  415-495-4332
>
> Attorneys for Plaintiffs
> O'Keeffe's, Inc.

s/Jeffrey S. Love_____
Jeffrey S. Love