Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204-2988
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Eric L. Wesenberg (State Bar No. 139696)
ewesenberg@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Defendant Technical Glass Products

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| O'KEEFFE'S, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHNICAL GLASS PRODUCTS, ANEMOSTAT AND PILKINGTON PLC, <br><br> Defendants. | Case No.: 07-3535 JF <br><br> **SECOND STIPULATION ENLARGING TIME FOR DEFENDANT TECHNICAL GLASS PRODUCTS TO ANSWER, RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT** |

1  Pursuant to Civil Local Rule 6-1(a), Defendant Technical Glass Products ("TGP") and Plaintiff O'Keeffe's, Inc. hereby stipulate that TGP shall have an extension of time, to and including September 4, 2007, in which to answer, respond, or otherwise plead to the Plaintiff's Complaint. Plaintiff and TGP previously filed a stipulation extending TGP's time to answer, respond, or otherwise plead to the Plaintiff's Complaint to August 21, 2007. Thereafter, Plaintiff and co-Defendant Anemostat stipulated to an extension of time for Anemostat to answer to September 4, 2007. Plaintiff and TGP file this stipulation to place TGP on the same schedule as its Co-Defendant Anemostat. This will allow TGP more time to more fully investigate the allegations in the Complaint, including time to fully discuss the issues with TGP's co-Defendant, Anemostat.

This stipulation does not affect any rights or remedies of the Plaintiff. This extension of time will not alter the date of any event or deadline already fixed by the Court.

Dated this 7th day of August, 2007

            By: s/Jeffrey S. Love
            Jeffrey S. Love
            jeffrey.love@klarquist.com
            Klarquist Sparkman, LLP
            121 S.W. Salmon Street, Suite 1600
            Portland, OR  97204-2988
            Telephone:  (503) 595-5300
            Facsimile:  (503) 595-5301

            Eric L. Wesenberg
            ewesenberg@orrick.com
            Orrick, Herrington & Sutcliffe LLP
            1000 Marsh Road
            Menlo Park, CA 94025-1015
            Telephone: (650) 614-7400
            Facsimile: (650) 614-7401

            Attorneys for Defendant Technical Glass Products

By: s/ Daniel T. Bernhard_____
Daniel T. Bernhard
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, CA  94105
Telephone:  (415) 541-0200
Facsimile:  (415) 495-4332

Attorneys for Plaintiff O'Keeffe's, Inc.

I hereby attest that concurrence in the filing of this document has been obtained from Daniel T. Bernhard, attorney for Plaintiff, O'Keeffe's Inc.

Dated this 7th day of August, 2007

By: s/Jeffrey S. Love_____
Jeffrey S. Love

**PROOF OF SERVICE**

The undersigned hereby certifies that on August 7th, 2007, the foregoing **SECOND STIPULATION ENLARGING TIME FOR DEFENDANT TECHNICAL GLASS PRODUCTS TO ANSWER, RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF System and that the same was served by electronic mail to the following:

| | |
|---|---|
| Mark I. Schickman<br>mis@freelandlaw.com<br>Daniel T. Bernhard<br>bernhard@freelandlaw.com<br>FREELAND COOPER & FOREMAN LLP<br>150 Spear Street, Suite 1800<br>San Francisco, CA 94105<br>P: 415-541-0200<br>F: 415-495-4332<br><br>Attorneys for Plaintiff O'Keeffe's, Inc. | David John Massey Pitman<br>dpitman@fulpat.com<br>FULWIDER PATTON LLP<br>6060 Center Drive, 10th Floor<br>Los Angeles, CA 90045<br>P: 310-242-2662<br>F: 310-824-9696<br><br>Attorneys for Defendant Anemostat |

                                                         s/Jeffrey S. Love_____
                                                         Jeffrey S. Love