1  Jeffrey S. Love (State Bar No. 195068)
   jeffrey.love@klarquist.com
2  Klarquist Sparkman, LLP
   121 S.W. Salmon Street, Suite 1600
3  Portland, OR  97204-2988
   Telephone:  (503) 595-5300
4  Facsimile:  (503) 595-5301
5
6  Eric L. Wesenberg (State Bar No. 139696)
   ewesenberg@orrick.com
7  Orrick, Herrington & Sutcliffe LLP
   1000 Marsh Road
8  Menlo Park, CA 94025-1015
   Telephone: (650) 614-7400
9  Facsimile: (650) 614-7401
10 
   Attorneys for Defendant,
11 Technical Glass Products

12                **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14                         **SAN JOSE DIVISION**

15

16 O'KEEFFE'S, INC., | Case No.:  07-3535 JF

17       Plaintiff,

18       v. | **STIPULATION ENLARGING TIME FOR DEFENDANT TECHNICAL GLASS PRODUCTS TO ANSWER, RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT**

19 TECHNICAL GLASS PRODUCTS, ANEMOSTAT AND PILKINGTON PLC,

20

21       Defendants.

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 6-1(a), Defendant, Technical Glass Products ("TGP"), and
Plaintiff O'Keeffe's, Inc., hereby stipulate that TGP shall have an extension of time, to and including
September 7, 2007, in which to answer, respond, or otherwise plead to the Plaintiff's Complaint.
TGP previously extended its time respond to the Plaintiff's Complaint to September 4, 2007. TGP is
requesting three additional days to because it needs additional time to finalize its response.

   This stipulation does not affect any rights or remedies of the Plaintiff. This extension of time
will not alter the date of any event or deadline already fixed by the Court.

Dated this 30th day of August, 2007

        By: s/Jeffrey S. Love
        Jeffrey S. Love
        jeffrey.love@klarquist.com
        Klarquist Sparkman, LLP
        121 S.W. Salmon Street, Suite 1600
        Portland, OR 97204-2988
        Telephone: (503) 595-5300
        Facsimile: (503) 595-5301

        Eric L. Wesenberg
        ewesenberg@orrick.com
        Orrick, Herrington & Sutcliffe LLP
        1000 Marsh Road
        Menlo Park, CA 94025-1015
        Telephone: (650) 614-7400
        Facsimile: (650) 614-7401

        Attorneys for Defendant,
        Technical Glass Products


        By: s/ Daniel T. Bernhard
        Daniel T. Bernhard
        bernhard@freelandlaw.com
        FREELAND COOPER & FOREMAN LLP
        150 Spear Street, Suite 1800
        San Francisco, CA 94105
        Telephone: (415) 541-0200
        Facsimile: (415) 495-4332

        Attorneys for Plaintiff,
        O'Keeffe's, Inc.

I hereby attest that concurrence in the filing of this document has been obtained from Daniel T. Bernhard, attorney for Plaintiff, O'Keeffe's Inc.

Dated this 30th day of August, 2007

By: s/Kelly I Dunham_____
    Kelly I. Dunham

**PROOF OF SERVICE**

The undersigned hereby certifies that on August 30th, 2007, the foregoing **STIPULATION ENLARGING TIME FOR DEFENDANT TECHNICAL GLASS PRODUCTS TO ANSWER, RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF System and that the same was served by electronic mail to the following:

>Mark I. Schickman
>mis@freelandlaw.com
>Daniel T. Bernhard
>bernhard@freelandlaw.com
>FREELAND COOPER & FOREMAN LLP
>150 Spear Street, Suite 1800
>San Francisco, CA  94105
>P:  415-541-0200
>F:  415-495-4332
>
>Attorneys for Plaintiffs
>O'Keeffe's, Inc.

                                       s/Jeffrey S. Love_____
                                       Jeffrey S. Love