# EXHIBIT A



- ABOUT SAFTI
- PRODUCTS
- CONTACT US
- REPRESENTATIVES
- PROJECTS
- LINKS / ARTICLES
- HOME

### Industry News

*Glass That Stops Noise and Fire*

*Major Wire Glass Manufacturer Admits Major Safety Concern*

*Wired glass, new schools don't mesh*

ire
Fire glass Fireglass Firerated glass Fire rated Fire-rated Fire rated glass Fire-rated glass Fire rated glazing Fire rated glazings Fire-rated glazing Fire-rated glazings Fire rated products Fire-rated products Fireproof Fire prevention Fire resistant Fire resistive Fire safe Fire safety Fire shield Glass Glazing Doors Fire doors Fire door Fire rated door Fire-rated door Fire-rated doors Fire rated doors Windows Framing Frames Fire rated frame Fire-rated frame Fire rated frames Fire-rated frames Fire rated framing Fire-rated framing Aluminum frames Safety glass Safety glazing Safety glazings Security glass Human impact safety glass Human impact safe glass Radiant heat protective glass Radiant heat protection glass Thermal shock Hose stream test requirement Specialty glass Specialty glazing Technical glass Technical glazing Architectural glass Transparent wall Temperature rise framing Temperature rise frames Temperature rise frame Temperature rise glazing Temperature rise glass Temperature rise glazings Clear glass Gel-filled glass Intumescent glass GPX

## Welcome

With over 20 years of experience in the high technology industry of fire-rated glass, SAFTI has remained the leader in clear, safety and fire-rated glass serving the architectural and building community.



**NEW!**
**E-Z Product Comparison Chart**
**Compare SAFTI products across the industry**



*Download your new product brochure for easy reference.*

# SĀFTI First,
## Solutions First



New and improved! GPX framing systems by SAFTI

## What's New?

Need a quote fast?
Get a response within 24 hours with our new service



Quick Quote

## Quick Solve

If you have a question or concern about a current or upcoming project involving fire-rated glass, ask it here. One of our glass experts will get back to you within 24 hours.

---

About SAFTI | Products | Contact Us | Representatives | Projects | Links | Home



A Division of O'Keeffe's Inc.
http://web.archive.org/web/20031127105602/http://www.okeeffes.com/

© 2002 Safety and Fire-Rated Technology International

# Product Comparison Chart

| | SuperLite I-XL | SuperLite II-XL | SuperLite I-W | FireLite | Fire Lite NT | FireLite Plus |
|---|---|---|---|---|---|---|
| Fire Rating | 45/60 | 45/60/90/120 | 20/45/60/90 | 20-90 | 20-3 hours | 20-3 hours |
| Origin | USA | USA | USA | Japan | Japan | Japan |
| Impact Resistant | Yes | Yes | Yes | No | Yes | Yes |
| Safety Rating | Cat II 400 ft.lbs | Cat II 400 ft.lbs | Cat II 400 ft.lbs | None | Cat II 400 ft.lbs | Cat II 400 ft.lbs |
| ASTM E-119 Heat Barrier | Yes | Yes | No | No | No | No |
| Heat Transfer Protection | Yes | Yes | No | No | No | No |
| Tested Application | D, SL, Win | D, SL, Win, Wall | D, SL, Win | Win | D, SL, Win | D, SL, Win |
| Hose Stream | No | Yes | No | No | No | No |
| Sprinkler Shock Resistant | No | Yes | No | No | No | No |
| Light Transmission | 81% | 85-81% | 86% | 88% | 88% | 85% |
| Exterior Use | Yes | Yes | Yes | Yes | Yes | Yes |
| Acoustical Barrier | No | 49 dB | No | No | No | No |
| Lead Times | 5-7 days | 4 - 6 weeks | 5-7 days | 5-20 days | 5-20 days | 5-20 days |
| Framing | S,W,A | GPX,F,EZ,SL,S,W,A | S,W,A | F,S,W | F,S,W | F,S,W |
| Glass Type | Tempered | Tempered | Annealed | Ceramic | Ceramic | Ceramic |
| Glass Make-up | Monolithic | Gel Insulated | Monolithic | Monolithic | Film applied | Laminated |
| Visual Appearance | Clear | Clear | Wired | Yellow Hue (amber) | Yellow hue | Yellow hue |
| Thickness/Weight per sq.ft. | | | | | | |
| 20-minute | 1/4" / 3 lbs* | 3/4" / 8 lbs | 1/4" / 4 lbs | 3/16" / 2.4 lbs | 3/16" / 2.4 lbs | 5/16" / 4 lbs |
| 45-minute | 1/4" / 3 lbs* | 3/4" / 8 lbs | 1/4" / 4 lbs | 3/16" / 2.4 lbs | 3/16" / 2.4 lbs | 5/16" / 4 lbs |
| 60-minute | 1/4" / 3 lbs* | 1-1/8" / 9 lbs | 1/4" / 4 lbs | 3/16" / 2.4 lbs | 3/16" / 2.4 lbs | 5/16" / 4 lbs |
| 90-minute | N/A | 1-1/2" / 12 lbs | 1/4" / 4 lbs | 3/16" / 2.4 lbs | 3/16" / 2.4 lbs | 5/16" / 4 lbs |
| 120-minute | N/A | 1-1/2" / 12 lbs | N/A | No | No | No |
| Max. Sq.In. per Rating | | | | | | |
| 20-minute | 3522 Req. AHJ approval for windows | 4952 | 4704 | 3325 | 3325 | 3325 |
| 45-minute | 3522 Req. AHJ approval for windows | 4952 | 4704 | 3325 | 3325 | 3325 |
| 60-minute | ???? | ???? | ???? | ???? | ???? | ???? |

| SAFTI | TGP | VETROTECH | INTEREDGE |
|---|---|---|---|
| ☐ SuperLite I | ☐ Fireglass 20 | ☐ Keralite FR-L | ☐ PyroEdge 20 |
| ☑ SuperLite I-XL | ☑ FireLite | ☐ Keralite FRR | ☐ Pyrobel |
| ☑ SuperLite II-XL See Note | ☑ Fire Lite NT See Note | ☐ Keralite FRF | |
| ☑ SuperLite I-W | ☐ FireLite Plus | ☐ PyroSwiss | |
| | ☐ Pyrostop | ☐ SwissFlam N2 | |

For the most up-to-date competitive product information, please consult the manufacturer's Web site.

# 2 Product Comparison Chart

| | SuperLite I-XL | SuperLite II-XL | SuperLite I-W | FireLite | Fire Lite NT | FireLite Plus |
|---|---|---|---|---|---|---|
| Fire Rating | 45/60 | 45/60/90/120 | 20/45/60/90 | 20-90 | 20-3 hours | 20-3 hours |
| Origin | USA | USA | USA | Japan | Japan | Japan |
| Impact Resistant | Yes | Yes | Yes | No | Yes | Yes |
| Safety Rating | Cat II 400 ft.lbs | Cat II 400 ft.lbs | Cat II 400 ft.lbs | None | Cat II 400 ft.lbs | Cat II 400 ft.lbs |
| Heat Transfer Protection | Yes | Yes | No | No | No | No |
| ASTM E-119 Heat Barrier | | | No | No | No | No |
| Tested Application | | | D,SL,Win | Win | D,SL,Win | D,SL,Win |
| Sprinkler Shock Resistant | | | Yes | Yes | Yes | Yes |
| Hose Stream | | | Yes | Yes | Yes | Yes |
| Light Transmission | | | 86% | 88% | 88% | 85% |
| Exterior Use | | | Yes | Yes | Yes | Yes |
| Acoustical Barrier | | | No | No | No | No |
| Lead Times | | | 5-7 days | 5-20 days | 5-20 days | 5-20 days |
| Framing | | | S,W,A | F,S,W | F,S,W | F,S,W |
| Glass Type | | | Annealed | Ceramic | Ceramic | Ceramic |
| Glass Make-up | | | Monolithic | Monolithic | Film applied | Laminated |
| Visual Appearance | Clear | Clear | Wired | Yellow Hue (amber) | Yellow hue | Yellow hue |
| Thickness/Weight per sq.ft. | | | | | | |
| 20-minute | 1/4" / 3 lbs* | 3/4" / 8 lbs | 1/4" / 4 lbs | 3/16" / 2.4 lbs | 3/16" / 2.4 lbs | 5/16" / 4 lbs |
| 45-minute | 1/4" / 3 lbs* | 3/4" / 8 lbs | 1/4" / 4 lbs | 3/16" / 2.4 lbs | 3/16" / 2.4 lbs | 5/16" / 4 lbs |
| 60-minute | 1/4" / 3 lbs* | 1-1/8" / 9 lbs | 1/4" / 4 lbs | 3/16" / 2.4 lbs | 3/16" / 2.4 lbs | 5/16" / 4 lbs |
| 90-minute | N/A | 1-1/2" / 12 lbs | 3/16" / 2.4 lbs | 3/16" / 2.4 lbs | 5/16" / 4 lbs | |
| 120-minute | N/A | 1-1/2" / 12 lbs | N/A | | | |
| Max. Sq.In. per Rating | | | | | | |
| 20-minute | 3522 Req. AHJ approval for windows | 4952 | N/A | 3325 | 3325 | 3325 |
| 45-minute | 3522 Req. AHJ approval for windows | 4952 | 4704 | 3325 | 3325 | 3325 |
| 60-minute | 3341 | 4952 | 2208 | 3325 | 3325 | 3325 |

For the most up-to-date competitive product information, please consult the manufacturer's Web site.

| SAFTI | TGP | VETROTECH | INTEREDGE |
|---|---|---|---|
| ☐ SuperLite I | ☐ Fireglass 20 | ☐ Keralite FR-L | ☐ PyroEdge 20 |
| ☑ SuperLite I-XL See Note | ☑ FireLite | ☐ Keralite FRR | ☐ Pyrobel |
| ☑ SuperLite II-XL See Note | ☑ Fire Lite NT | ☐ Keralite FRF | |
| ☑ SuperLite I-W | ☑ FireLite Plus See Note | ☐ PyroSwiss | |
| | ☐ Pyrostop | ☐ SwissFlam N2 | |