# EXHIBIT B

```
MATERIAL SAFETY      3M
DATA SHEET           3M Center
                     St. Paul, Minnesota
                     55144-1000
                     1-800-364-3577 or (651) 737-6501 (24 hours)
```

Copyright, 2001, Minnesota Mining and Manufacturing Company. All rights reserved. Copying and/or downloading of this information for the purpose of properly utilizing 3M products is allowed provided that:
1) the information is copied in full with no changes unless prior agreement is obtained from 3M, and
2) neither the copy nor the original is resold or otherwise distributed with the intention of earning a profit thereon.

This material safety data sheet (MSDS) is provided as a courtesy in response to a customer request. This product is not regulated under, and a MSDS is not required for this product by the OSHA Hazard Communication Standard (29 CFR 1910.1200) because, when used as recommended or under ordinary conditions, it should not present a health and safety hazard. However, use or processing of the product not in accordance with the product's recommendations or not under ordinary conditions may affect the performance of the product and may present potential health and safety hazards.

DIVISION: SPECIFIED CONSTRUCTION PRODUCTS
TRADE NAME:
  3M SCOTCHSHIELD BRAND ULTRA HIGH PERFORMANCE SAFETY AND SECURITY WINDOW FILMS
ID NUMBER/U.P.C.:
```
  70-0061-2547-3   00-51131-51549-9   70-0061-2548-1   00-51131-51551-2
  70-0061-2549-9   00-51131-51553-6   70-0061-2551-5   00-51131-51556-7
  70-0061-2552-3   00-51131-51557-4   70-0061-2553-1   00-51131-51561-1
  70-0061-2554-9   00-51131-51560-4   70-0061-2555-6   00-51131-51559-8
  70-0061-2556-4   00-51131-51558-1   70-0061-2580-4   00-51131-51593-2
  70-0061-2587-9   00-51131-51601-4   70-0061-2688-5   00-51131-51722-6
  70-0061-2689-3   00-51131-51723-3   70-0061-2690-1   00-51131-51724-0
  70-0062-5118-8   00-51131-52071-4
```
ISSUED: April 18, 2001
SUPERSEDES: March 20, 2001
DOCUMENT: 07-0783-6

--------------------------------------------------------------------------------
  1. INGREDIENT                             C.A.S. NO.         PERCENT
--------------------------------------------------------------------------------

2-7 mil polyethylene terephthalate
  polyester film with acrylic PSA and
  backside coating......................   None                100

--------------------------------------------------------------------------------
Abbreviations: N/D - Not Determined   N/A - Not Applicable   CA - Approximately

```
MSDS: 3M SCOTCHSHIELD BRAND ULTRA HIGH PERFORMANCE SAFETY AND SECURITY
      WINDOW FILMS
April 18, 2001                                                    PAGE   2

--------------------------------------------------------------------------
   2. PHYSICAL DATA
--------------------------------------------------------------------------

BOILING POINT:................. N/A
VAPOR PRESSURE:................ N/A
VAPOR DENSITY:................. N/A
EVAPORATION RATE:.............. N/A
SOLUBILITY IN WATER:........... Detackifying coat is water soluble.
SPECIFIC GRAVITY:.............. N/D
PERCENT VOLATILE:.............. N/A
pH:............................ N/A
VISCOSITY:..................... N/A
MELTING POINT:................. 260 - 265 C

APPEARANCE AND ODOR:
   Film, transparent, colorless to gray


--------------------------------------------------------------------------
   3. FIRE AND EXPLOSION HAZARD DATA
--------------------------------------------------------------------------

FLASH POINT:................... N/A
FLAMMABLE LIMITS - LEL:........ N/A
FLAMMABLE LIMITS - UEL:........ N/A
AUTOIGNITION TEMPERATURE:...... N/A

EXTINGUISHING MEDIA:
   Water spray, Dry chemical, Foam

SPECIAL FIRE FIGHTING PROCEDURES:
   Wear full protective clothing, including helmet, self-contained,
   positive pressure or pressure demand breathing apparatus, bunker coat
   and pants, bands around arms, waist and legs, face mask, and
   protective covering for exposed areas of the head.

UNUSUAL FIRE AND EXPLOSION HAZARDS:
   None known.

NFPA HAZARD CODES:   HEALTH: 1  FIRE: 0  REACTIVITY: 0
                     UNUSUAL REACTION HAZARD: none


--------------------------------------------------------------------------
   4. REACTIVITY DATA
--------------------------------------------------------------------------

STABILITY: Stable

INCOMPATIBILITY - MATERIALS/CONDITIONS TO AVOID:
   None known.

HAZARDOUS POLYMERIZATION: Hazardous polymerization will not occur.
--------------------------------------------------------------------------
Abbreviations: N/D - Not Determined   N/A - Not Applicable   CA - Approximately
```

```
MSDS: 3M SCOTCHSHIELD BRAND ULTRA HIGH PERFORMANCE SAFETY AND SECURITY
      WINDOW FILMS
April 18, 2001                                                    PAGE   3

--------------------------------------------------------------------------
   4. REACTIVITY DATA      (continued)
--------------------------------------------------------------------------



HAZARDOUS DECOMPOSITION PRODUCTS:
  Carbon Monoxide and Carbon Dioxide.

--------------------------------------------------------------------------
   5. ENVIRONMENTAL INFORMATION
--------------------------------------------------------------------------

SPILL RESPONSE:
  Not applicable.

RECOMMENDED DISPOSAL:
  Dispose of waste product in a sanitary landfill.  Disposal
  alternative:  Incinerate in an industrial or commercial facility.

ENVIRONMENTAL DATA:
  Not determined.

REGULATORY INFORMATION:
  Volatile Organic Compounds: N/A.
  VOC Less H2O & Exempt Solvents: N/A.

  Since regulations vary, consult applicable regulations or authorities
  before disposal.  U.S. EPA Hazardous Waste Number =  None (Not U.S.
  EPA Hazardous).

EPCRA HAZARD CLASS:
 FIRE HAZARD: No  PRESSURE: No  REACTIVITY: No  ACUTE: No  CHRONIC: No


--------------------------------------------------------------------------
   6. SUGGESTED FIRST AID
--------------------------------------------------------------------------

EYE CONTACT:
  Not applicable.

SKIN CONTACT:
  No need for first aid is anticipated.

INHALATION:
  No need for first aid is anticipated.

IF SWALLOWED:
  Not applicable.




--------------------------------------------------------------------------
Abbreviations: N/D - Not Determined   N/A - Not Applicable   CA - Approximately
```

```
MSDS: 3M SCOTCHSHIELD BRAND ULTRA HIGH PERFORMANCE SAFETY AND SECURITY
      WINDOW FILMS
April 18, 2001                                                    PAGE   4

--------------------------------------------------------------------------
  7. PRECAUTIONARY INFORMATION
--------------------------------------------------------------------------

EYE PROTECTION:
  Not applicable.

SKIN PROTECTION:
  Not applicable.

RECOMMENDED VENTILATION:
  Not applicable.

RESPIRATORY PROTECTION:
  Not applicable.

PREVENTION OF ACCIDENTAL INGESTION:
  Not applicable.

RECOMMENDED STORAGE:
  Not applicable.

FIRE AND EXPLOSION AVOIDANCE:
  Not applicable.


                             EXPOSURE LIMITS

INGREDIENT                              VALUE   UNIT     TYPE   AUTH  SKIN*
---------------------------------------------------------------------------
2-7 mil polyethylene terephthalate
  polyester film with acrylic PSA
  and backside coating...............   NONE    NONE     NONE   NONE

* SKIN NOTATION:  Listed substances indicated with 'Y' under SKIN refer to
the potential contribution to the overall exposure by the cutaneous route
including mucous membrane and eye, either by airborne or, more particularly,
by direct contact with the substance.  Vehicles can alter skin absorption.

SOURCE OF EXPOSURE LIMIT DATA:
- NONE:  None Established


--------------------------------------------------------------------------
  8. HEALTH HAZARD DATA
--------------------------------------------------------------------------

EYE CONTACT:
  Eye contact is not expected to occur during normal use of the
  product.



--------------------------------------------------------------------------
Abbreviations: N/D - Not Determined   N/A - Not Applicable   CA - Approximately
```

```
MSDS: 3M SCOTCHSHIELD BRAND ULTRA HIGH PERFORMANCE SAFETY AND SECURITY
      WINDOW FILMS
April 18, 2001                                                        PAGE   5

-------------------------------------------------------------------------------
  8. HEALTH HAZARD DATA      (continued)
-------------------------------------------------------------------------------

SKIN CONTACT:
  No adverse health effects are expected from skin contact.

INHALATION:
  No adverse health effects are expected from inhalation exposure.

IF SWALLOWED:
  Ingestion is not a likely route of exposure to this product.

-------------------------------------------------------------------------------
SECTION CHANGE DATES
-------------------------------------------------------------------------------

HEADING               SECTION CHANGED SINCE March 20, 2001     ISSUE




-------------------------------------------------------------------------------
Abbreviations: N/D - Not Determined  N/A - Not Applicable  CA - Approximately
-------------------------------------------------------------------------------
```

The information in this Material Safety Data Sheet (MSDS) is believed to
be correct as of the date issued.  3M MAKES NO WARRANTIES, EXPRESSED OR
IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF
MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR COURSE OF
PERFORMANCE OR USAGE OF TRADE.  User is responsible for determining
whether the 3M product is fit for a particular purpose and suitable for
user's method of use or application.  Given the variety of factors that
can affect the use and application of a 3M product, some of which are
uniquely within the user's knowledge and control, it is essential that
the user evaluate the 3M product to determine whether it is fit for a
particular purpose and suitable for user's method of use or application.

3M provides information in electronic form as a service to its customers.
Due to the remote possibility that electronic transfer may have resulted
in errors, omissions or alterations in this information, 3M makes no
representations as to its completeness or accuracy.  In addition,
information obtained from a database may not be as current as the
information in the MSDS available directly from 3M.