# EXHIBIT C



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Sep 7 04:09:21 EDT 2007*

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Bottom] [Help] [Prev List] [Curr List] [Next List]
[First Doc] [Prev Doc] [Next Doc] [Last Doc]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____     **Record 2 out of 5**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | FIREFRAMES |
| **Goods and Services** | IC 019. US 001 012 033 050. G & S: fire-resistant wooden door jambs. FIRST USE: 19960411. FIRST USE IN COMMERCE: 19960411 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75081376 |
| **Filing Date** | March 18, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 17, 1996 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 2162531 |
| **Registration Date** | June 2, 1998 |
| **Owner** | (REGISTRANT) Ferche Millwork, Inc. CORPORATION DELAWARE 400 Division Street North P.O. Box 39 Rice MINNESOTA 56367<br><br>(LAST LISTED OWNER) J.R. FOUR LTD. DBA TECHNICAL GLASS PRODUCTS CORPORATION WASHINGTON 600 - 6TH STREET SOUTH KIRKLAND WASHINGTON 98033 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Cindy L. Caditz |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070828. |
| **Renewal** | 1ST RENEWAL 20070828 |
| **Live/Dead** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY