# EXHIBIT D



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Sep 7 04:09:21 EDT 2007

[TESS Home] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:     OR [Jump] to record:     **Record 1 out of 5**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| Word Mark | FIREFRAMES |
| Goods and Services | IC 006. US 002 012 013 014 023 025 050. G & S: door casings of metal, door frames of metal, door jambs of metal, door panels of metal, metal door frames, metal door panels, metal door units, metal window frames, metal window sills, window casements of metal. FIRST USE: 20000401. FIRST USE IN COMMERCE: 20000401 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 76274878 |
| Filing Date | June 21, 2001 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | October 23, 2001 |
| Registration Number | 2529865 |
| Registration Date | January 15, 2002 |
| Owner | (REGISTRANT) J.R Four Ltd. DBA Technical Glass Products CORPORATION WASHINGTON 600 - 6th Street Kirkland WASHINGTON 98033 |
| Attorney of Record | Cindy L. Caditz |
| Prior Registrations | 2162531 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |