# EXHIBIT H

## 20/45/60/90 Minute Fire-Rated Doors & Frames

The Fireframes® Designer Series doors and frames incorporate precise European engineering, providing a sleek, modern alternative to traditional hollow metal steel frames. Using narrow steel profiles, the Designer Series system exceeds traditional fire-rated frame systems in aesthetics and performance. Available with fire ratings from 20 to 90 minutes, this system can incorporate a wide range of fire-rated glazing materials with glass sizes that surpass traditional systems.

Features    Listings    Hardware    CAD Details    Care/Warranty

- Easy installation typical storefront systems
- Narrow steel profiles
- Doors available in single leaf or double leaf design
- Full vision fire doors
- Durable welded steel construction of doors
- Modular system that can incorporate 20/45/60/90 minute Designer Series doors
- Can be used with wired glass, Fireglass®20, or the FireLite family of glass products
- Passes positive pressure test standards UL 10C, UBC 7-2, and UBC 7-4
- Frames typically supplied welded and ready for installation, or "K-D" as necessary.
- Variety of hardware available
- Powder coated at the factory to match desired color scheme
- Fabricated in the U.S.A.
- Arched profiles

Privacy    Legal Notice    en Español

Copyright © 2007 Technical Glass Products. All rights reserved.