# EXHIBIT J

fireframes - Google Search

Sign in

Google

**Web** Images   Video   News   Maps   Gmail   more ▼

fireframes    Search

Advanced Search
Preferences

**Web**    Results **1 - 10** of about **1,730** for **fireframes**. (0.25 seconds)

New! View and manage your web history

Sponsored Links

**Fire Glass and Framing**
Choose SAFTI FIRST, the leaders in
fire rated glass and framing!
www.safti.com

**Curtainwall - curtain wall fireframes series, fire-rated up to 2 ...**
Fire-rated Curtainwall - **fireframes** curtain wall series, fire-rated up to 2 hours, pressure
glazed system, narrow site lines and large glass sizes.
www.fireglass.com/framing/curtainwall.asp - 15k - Cached - Similar pages

**Hardwood Series - 20/45 minute fire-rated doors & frames**
Now, thanks to the new **Fireframes**® Hardwood Series, you can incorporate wood doors
and framing into your fire-rated openings. ...
www.fireglass.com/framing/hardwood.asp - 19k - Cached - Similar pages
[ More results from www.fireglass.com ]

**fireframes**
FIREFRAMES. BRASS OR STAINLESS STEEL. 16", 2" X 2", 25.00. 16", 2" X 1", 25.00.
18", 2" X 2", 28.00. 18", 2" X 1", 28.00. BRASS FACE BLACK RETURN ...
www.charnwood-fireplaces.co.uk/**fireframes**.html - 4k - Cached - Similar pages

**Fire-rated up to 45 minutes, the Fireframes[R] Hardwood Series of ...**
Fire-rated up to 45 minutes, the **Fireframes**[R] Hardwood Series of doors and frames.(The
Guide) from Buildings in Array provided by LookSmart Find Articles.
findarticles.com/p/articles/mi_hb5063/is_200308/ai_n18436451 - 24k -
Cached - Similar pages

**Fire-rated framing system.(Technical Glass Products' Fireframes ...**
Fire-rated framing system.(Technical Glass Products **Fireframes**)(Brief Article) from School
Planning and Management in Array provided by LookSmart Find ...
findarticles.com/p/articles/mi_hb4989/is_200010/ai_n18189482 - 24k -
Cached - Similar pages

**fireframes - Google 3D Warehouse Search**
thumbnail. TGP Fire Frame Window by BIMWORLD.COM. The **Fireframes** Designer...
Download to Google SketchUp. thumbnail. TGP Designer Series Single Door ...
sketchup.google.com/3dwarehouse/search?tags=**fireframes** - 10k - Cached - Similar pages

**Fire-rated glass and Fireframes[R]. | Retail Trade > Building ...**
Imagine full lite glass doors that give the same fire protection as solid steel. TGP offers a
complete system of Pilkington Pyrostop[R] glass in narrow ...
www.allbusiness.com/retail-trade/building-material-garden-equipment-supplies/4497186-
...

http://www.google.com/search?hl=en&q=fireframes    9/7/2007