1  Mark I. Schickman  (CSB #62653)
   Daniel T. Bernhard  (CSB #104229)
2  FREELAND COOPER & FOREMAN LLP
   150 Spear Street, Suite 1800
3  San Francisco, California 94105
   Telephone: (415) 541-0200
4  Facsimile: (415) 495-4332

5  Attorneys for Plaintiff
   O'Keeffes, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'Keeffe's, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Technical Glass Products, Anemostat, <br><br> Defendant. | CASE NO.: C 07-cv-03535 JF <br><br> **PLAINTIFF O'KEEFFE'S, INC.'S ANSWER TO DEFENDANT ANEMOSTAT'S COUNTERCLAIM** |

Plaintiff and Counter defendant O'KEEFFE'S, INC. ("Plaintiff") hereby responds to the Counterclaim alleged by defendant Anemostat ("Defendant") as follows:

1.   Plaintiff denies the allegation that "this Counterclaim arises under the Federal Declaratory Judgment Act and the Patent Laws of the United States, and more particularly under 28 U.S.C. §§2201 and 2202, and 35 U.S.C. §§ 100 *et seq*." Except as so expressly denied, Plaintiff admits the allegations contained in paragraph One of the Counterclaim.

2.   Plaintiff admits the allegations contained in paragraph two of the Counterclaim.

3.   Plaintiff admits the allegations contained in paragraph three of the Counterclaim.

4.   Plaintiff admits that it has "charged Anemostat with infringement of the '906 patent, and has filed this lawsuit in this Court for the alleged infringement." Except as expressly admitted, Plaintiff denies the allegations contained in paragraph 4 of the Counterclaim.

5.   Plaintiff denies the allegations contained in paragraph 5 of the Counterclaim.

### AFFIRMATIVE DEFENSE

1.  Counterclaimant Anemostat's Counterclaim fails to state any claim or theory of liability upon which relief can be granted.

### PRAYER

WHEREFORE, Plaintiff and Counter defendant prays for judgment as follows:

1.  That Defendant and Counterclaimant Anemostat take nothing by reason of its Counterclaim and that judgment on the Counterclaim be entered in favor of Plaintiff and Counter defendant O'Keeffe's, Inc.

2.  That the Court grant O'Keeffe's, Inc. such other and further relief as the Court may deem proper.

Dated: September 24, 2007

FREELAND COOPER & FOREMAN LLP

By: _____
DANIEL T. BERNHARD
Attorneys for Plaintiff and Counter defendant
O'Keeffes, Inc.

## CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action; my business address is 150 Spear Street, Suite 1800, San Francisco, California 94105.

On September 24, 2007, I served the foregoing document described as follows:

**PLAINTIFF O'KEEFFE'S, INC.'S ANSWER TO DEFENDANT ANEMOSTAT'S COUNTERCLAIM**

by placing a true and correct copy thereof enclosed in a sealed envelope addressed to the party(ies) of record whose name(s) and address(es) appear below:

| | |
|---|---|
| Jeffrey S. Love, Esq.<br>Klarquist Sparkman, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, OR 97204-2988 | Gabriel M. Ramsey, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 |
| David J. Pitman, Esq.<br>Fulwider Patton LLP<br>6060 Center Drive, 10th Floor<br>Los Angeles, CA 90045 | Kevin H. Vanderleeden, Esq.<br>McCormick, Paulding & Huber LLP<br>City Place II, 185 Asylum Street<br>Hartford, CT 06103 |

__X__ [BY MAIL – RETURN RECEIPT REQUEST - CCP § 1013a] I caused such sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, for collection and mailing to the office of addressee(s) on the date shown herein following ordinary business practice.

____ [HAND-DELIVERY/Personal/Messenger - CCP § 1011] I caused such envelope to be hand-delivered by a courier, who personally delivered such envelope to the office of the addressee(s) on the date herein.

____ [BY FACSIMILE - CCP § 1013(e)] - I caused such document(s) to be transmitted via facsimile electronic equipment transmission on the party(ies), whose name(s), address(es) and fax number(s) are listed above, on the date stated herein and at the time set forth on the attached transmission reported indicating that the facsimile transmission was complete and without error.

____ [BY FEDEX (Overnight Delivery) - CCP § 1013(c)] I caused such envelope to be delivered to the Federal Express Office in San Francisco, California, with whom we have a direct billing account, to be delivered on the next business day.

__X__ [STATE] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 24, 2007, at San Francisco, California.

_____
Rose Jones-Shine

FREELAND COOPER & FOREMAN
150 Spear Street, Suite 1800
San Francisco, California 94105

CERTIFICATE OF SERVICE, CASE NO.: C 07-3535 {00109965-1}