Michael S. Elkind (State Bar No. 61038)
  *melkind@fulpat.com*
David Pitman (State Bar No. 172944)
  *dpitman@fulpat.com*
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone:    310-824-5555
Facsimile:    310-824-9696

McCORMICK, PAULDING & HUBER LLP
CityPlace II, 185 Asylum Street
Hartford, Connecticut 06103
Telephone:    860-549-5290
Facsimile:    860-527-0464

Attorneys for ANEMOSTAT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT and PILKINGTON, PLC,<br><br>    Defendants. | Case No. 07-cv-03535-JF<br><br>**DEFENDANT ANEMOSTAT'S REQUEST FOR JURY TRIAL ON COUNTERCLAIM ISSUES**<br><br>Judge Fogel |

  Defendant Anemostat hereby requests a jury trial on all matters raised in its Counterclaim, and Plaintiff's reply thereto.

Dated: September 26, 2007

        Respectfully submitted,

        ANEMOSTAT
        Defendant

        By  /s/David J. Pitman
           Michael S. Elkind (State Bar No. 61038)
           David J. Pitman (State Bar No. 172944)
           FULWIDER PATTON LLP
           Howard Hughes Center
           6060 Center Drive, Tenth Floor
           Los Angeles, California 90045
           Telephone:    310-824-5555
           Facsimile:     310-824-9696
           E-Mail:        dpitman@fulpat.com

Of Counsel:

           J. Kevin Grogan
           Wm. Tucker Griffith
           Kevin H. Vanderleeden
           McCORMICK, PAULDING & HUBER LLP
           CityPlace II, 185 Asylum Street
           Hartford, Connecticut 06103
           Telephone:    860-549-5290
           Facsimile:     860-527-0464
           E-Mail:        grogan@ip-lawyers.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of September 2007, the foregoing

**DEFENDANT ANEMOSTAT'S REQUEST FOR JURY TRIAL**

**ON COUNTERCLAIM ISSUES**

was electronically filed with the Clerk of the Court using the CM/ECF System and that the same was served by electronic mail to the following:

| | |
|---|---|
| Mark I. Schickman | Jeffrey S. Love |
| mis@freelandlaw.com | jeffrey.love@klarquist.com |
| Daniel T. Bernhard | |
| bernhard@freelandlaw.com | |
| FREELAND COOPER & FOREMAN LLP | KLARQUIST SPARKMAN, LLP |
| 150 Spear Street, Suite 1800 | 121 S.W. Salmon Street, Suite 1600 |
| San Francisco, CA 94105 | Portland, OR 97204-2988 |
| p: 415-541-0200 | p: 503-595-5300 |
| f: 415-495-4332 | f: 503 595 5301 |
| | |
| Attorneys for plaintiff | Attorneys for defendant |
| O'Keeffe's | Technical Glass Products |

/s/David J. Pitman