1   Mark I. Schickman  (CSB #62653)
    schickman@freelandlaw.com
2   Daniel T. Bernhard  (CSB #104229)
    bernhard@freelandlaw.com
3   FREELAND COOPER & FOREMAN LLP
    150 Spear Street, Suite 1800
4   San Francisco, California 94105
    Telephone:  (415) 541-0200
5   Facsimile:  (415) 495-4332

6   Attorneys for Plaintiff O'KEEFFE'S, INC.

7

8

9                          UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  O'KEEFFE'S, INC.,                          CASE NO.:  C 07-cv-03535 JF

13              Plaintiff,                     **STIPULATION ENLARGING TIME
                                               FOR PLAINTIFF O'KEEFFE'S, INC.
14        v.                                   TO ANSWER, RESPOND, OR
                                               OTHERWISE PLEAD TO
15  TECHNICAL GLASS PRODUCTS,                  COUNTERCLAIM**
    ANEMOSTAT, and PILKINGTON PLC,
16
            Defendant.
17

18

19        Pursuant to Civil Local Rule 6-1(a), Plaintiff O'Keeffe's, Inc. ("Plaintiff") and Defendant

20  Technical Glass Products ("TGP") hereby stipulate that Plaintiff shall have an extension of time, to

21  and including October 3, 2007, in which to answer, respond, or otherwise plead to TGP's

22  Counterclaim.  Plaintiff's previous time to respond was September 27, 2007.  Plaintiff requests the

23  additional time to finalize and respond sufficiently to the Counterclaim

24  / / /

25  / / /

26  / / /

27

28

                                                                                          1

STIPULATION ENLARGING TIME TO RESPOND TO COUNTERCLAIM, Case No. 07 cv-03535 JF
{00111931-1}

1    This Stipulation does not affect any rights or remedies of Defendant Technical Glass Products.

2    This extension of time should not alter the date of any event or deadline already fixed by the Court.

3    DATED:  September 26, 2007

4

5

6    By:    _____/s/Daniel T. Bernhard_____
       DANIEL T. BERNHARD
7      bernhard@freelandlaw.com
       FREELAND, COOPER & FOREMAN LLP
       150 Spear Street, 18th Floor
8      San Francisco, CA 94105
       Telephone:    (415) 541-0200
9      Facsimile:    (415) 495-4332

10     Attorneys for Plaintiff and Counter Defendant
       O'KEEFFE'S, INC.
11

12

13   By:    _____/s/Jeffrey S. Love_____
       JEFFREY S. LOVE
14     jeffrey.love@klarquist.com
       KLARQUIST SPARKMAN, LLP
15     121 S.W. Salmon Street, Suite 1600
       Portland, OR 97204-2988
16     Telephone:    (503) 595-5300
       Facsimile:    (503) 595-5301
17

18     Attorneys for Defendant and Counter Claimant
       TECHNICAL GLASS PRODUCTS
19

20

21

22

23

24

25

26

27

28

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

                                                                              2

STIPULATION ENLARGING TIME TO RESPOND TO COUNTERCLAIM, Case No. 07 cv-03535 JF
{00111931-1}