**United States District Court**

**Northern District of California**

**United States District Court**
**Northern District of California**

| | |
|---|---|
| O'Keeffe's Inc.,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Technical Glass Products Anemostat<br>and Pilkington,,<br><br>　　　　　　Defendant(s). | 07-03535 JF<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
07-03535 JF　　　　　　　　　　　　　　-1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5   It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: September 27, 2007

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-03535 JF                                         -2-

PROOF OF SERVICE

Case Name:      O'Keeffe's Inc. v. Technical Glass Products Anemostat and Pilkington,

Case Number:    07-03535 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 27, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Mark Isaac Schickman
> Freeman, Cooper & Foreman
> 150 Spear Street
> Suite 1800
> San Francisco, CA 94105
> mis@freelandlaw.com
>
> Daniel T. Bernhard
> FREELAND COOPER & FOREMAN LLP
> 150 Spear Street
> Suite 1800
> San Francisco, CA 94105
> bernhard@freelandlaw.com
>
> Jeffrey Stewart Love
> Klarquist Sparkman, LLP
> 121 SW Salmon Street
> Ste 1600
> Portland, OR 97204
> jeffrey.love@klarquist.com

Kelly I. Dunham
Klarquist Sparkman LLP
121 S. W. Salmon Street
Suite 1600
Portland, OR 97204
kelly.dunham@klarquist.com

Robert F. Scott
Klarquist Sparkman LLP
121 S.W. Salmon Street
Suite 1600
Portland, OR 97204
robert.scott@klarquist.com

David John Massey Pitman
Fulwider Patton LLP
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
dpitman@fulpat.com

J. Kevin Grogan
McCormick Paulding & Huber LLP
CityPlace II
185 Asylum Street
Hartford, Ct 06103
grogan@ip-lawyers.com

Kevin H. Vanderleeden
McCormick Paulding & Huber LLP
CityPlace II
185 Asylum Street
Hartford, CT 06103
vanderleeden@ip-lawyers.com

Wm. Tucker Griffith
McCormick Paulding & Huber LLP
City Place II
185 Asylum Street
Hartford, CT 06103
griffith@ip-lawyers.com

Pilkington PLC
,

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 27, 2007 in San Francisco, California.

> RICHARD W. WIEKING
> Clerk
> by:   Timothy J. Smagacz
>
> _Timothy Smagacz_
> ADR Administrative Assistant
> 415-522-4205
> Tim_Smagacz@cand.uscourts.gov