1

## CERTIFICATE OF SERVICE

2

3   The undersigned hereby certifies that on the 4th day of October 2007, the foregoing

4   **JOINT STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

5

6   was electronically filed with the Clerk of the Court using the CM/ECF System and that

7   the same was served by electronic mail to the following:

8

9   Mark I. Schickman                                  Jeffrey S. Love
10  mis@freelandlaw.com                                jeffrey.love@klarquist.com
    Daniel T. Bernhard
11  bernhard@freelandlaw.com
    FREELAND COOPER & FOREMAN LLP                     KLARQUIST SPARKMAN, LLP
12  150 Spear Street, Suite 1800                      121 S.W. Salmon Street, Suite 1600
    San Francisco, CA 94105                           Portland, OR 97204-2988
13  p: 415-541-0200                                   p:  503-595-5300
    f: 415-495-4332                                   f:  503 595 5301
14

15

16  Attorneys for plaintiff                           Attorneys for defendant
    O'Keeffe's                                        Technical Glass Products

17

18                                                          /s/David J. Pitman

19  194463.1

20

21

22

23

24

25

26

27

28

198751.1                                    3

JOINT STIPULATION AND ORDER TO RESCHEDULE CASE
MANAGEMENT CONFERENCE
Case No. 07-cv-03535-JF