1  Jeffrey S. Love (State Bar No. 195068)
2  jeffrey.love@klarquist.com
   Kelly I. Dunham (*Pro Hac Vice*)
3  kelly.dunham@klarquist.com
   Robert F. Scotti (*Pro Hac Vice*)
4  robert.scotti@klarquist.com
   Klarquist Sparkman, LLP
5  121 S.W. Salmon Street, Suite 1600
6  Portland, OR  97204-2988
   Telephone:  (503) 595-5300
7  Facsimile:  (503) 595-5301

8
   Eric L. Wesenberg (State Bar No. 139696)
9  ewesenberg@orrick.com
   Gabriel M. Ramsey (State Bar No. 209218)
10 gramsey@orrick.com
   Orrick, Herrington & Sutcliffe LLP
11 1000 Marsh Road
   Menlo Park, CA 94025-1015
12 Telephone: (650) 614-7400
13 Facsimile: (650) 614-7401

14 Attorneys for Defendant
   Technical Glass Products
15

16                    **UNITED STATES DISTRICT COURT**
17                    **NORTHERN DISTRICT OF CALIFORNIA**
18                              **SAN JOSE DIVISION**
19

| | |
|---|---|
| O'KEEFE'S, INC., | Case No.:  07-3535 JF |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| TECHNICAL GLASS PRODUCTS, ANEMOSTAT AND PILKINGTON PLC, | |
| Defendants. | |

**NOTICE OF APPEARANCE**
Case No.:  07-3535 JF

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned, of the law offices of Orrick, Herrington & Sutcliffe LLP, files this Notice of Appearance in the above-referenced action as counsel for defendant J.R. Four Ltd. doing business as Technical Glass Products and requests that copies of all briefs, motions, orders, correspondence and other papers also be electronically served on the undersigned as follows:

    Eric L. Wesenberg        ewesenberg@orrick.com

    Gabriel M. Ramsey       gramsey@orrick.com

Dated this 8th day of October, 2007

                            By:     /s/ Eric L. Wesenberg
                                  Eric L. Wesenberg
                                  ewesenberg@orrick.com
                                  Orrick, Herrington & Sutcliffe, LLP
                                  1000 Marsh Road
                                  Menlo Park, CA 94025
                                  Telephone:  (650) 614-7400
                                  Facsimile:  (650) 614-7401

                                  Attorneys for Defendant
                                  Technical Glass Products