**E-filed 10/9/07**

McCORMICK, PAULDING & HUBER LLP
CityPlace II, 185 Asylum Street
Hartford, Connecticut 06103
Telephone:   860-549-5290
Facsimile:   860-527-0464

Michael S. Elkind (State Bar No. 61038)
  melkind@fulpat.com
David Pitman (State Bar No. 172944)
  dpitman@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone:   310-824-5555
Facsimile:   310-824-9696

Attorneys for ANEMOSTAT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHNICAL GLASS PRODUCTS, ANEMOSTAT and PILKINGTON, PLC, <br><br> Defendants. | Case No. 07-cv-03535-JF <br><br> **JOINT STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-2, the parties jointly stipulate and request the Court to reschedule the Case Management Conference currently scheduled for October 12, 2007 at 10:30 a.m. in Courtroom 5 to November 16, 2007 at 10:30 a.m. in Courtroom 5 of this

1  Court.  Further, the parties jointly stipulate and request that the due date of the 26(f)
2  Report and Joint Case Management Statement be extended to November 9, 2007.

4       In support of the present motion, the parties declare that:

6       1)    The present request has been made so that the date of the Case
7  Management Conference will coincide with the scheduled hearing date (November 16,
8  2007 at 9:00 am) for Defendant Anemostat's to be filed *Motion to Stay* which will be filed
9  no later than October 12, 2007, with a courtesy copy to counsel by October 9, 2007.

11      2)    There have been two previous time modifications in the present case.  The
12 modifications are as follows:
13         A)   Multiple stipulated extensions filed by Defendants and Plaintiff to
14 answer the Complaint and Technical Glass Products counterclaims, respectively; and
15         B)   Court ordered rescheduling of the Case Management Conference by
16 from October 9, 2007 to October 12, 2007,

18      3)    The requested modification will extend the time periods set forth in the
19 Patent Local Rules 3 and 4 by twenty-five (25) days, and will extend the order date under
20 Federal Rule of Civil Procedure 16(b) by at least six days.

1  Dated:                                          FULWIDER PATTON LLP

2
                                                   By    s/David J. Pitman/
3                                                         David J. Pitman

4
                                                   Attorneys for Defendant Anemostat
5

6
   Dated:                                          FREELAND, COOPER & FOREMAN, LLP
7

8
                                                   By    s/Daniel T. Bernhard/ (by consent)
9                                                         Daniel T. Bernhard

10
                                                   Attorneys for Plaintiff O'Keeffe's, Inc.
11

12
   Dated:                                          KLARQUIST SPARKMAN, LLP
13

14
                                                   By    s/Jeffrey S. Love/ (by consent)
15                                                        Jeffrey S. Love

16
                                                   Attorneys for Defendant Technical Glass
17                                                 Products

18                              **ECF CERTIFICATION**

19      Pursuant to General Order No. 45, § X.B, the filing attorney attests that the content

20  of this document is acceptable to all persons required to sign this document.

21

22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24  Dated :    10/9/07
                                                   _____
25                                                 Hon. Jeremy Fogel
                                                   UNITED STATES DISTRICT COURT
26

27

28
   198751.1                                  2
                                                   JOINT STIPULATION AND ORDER TO RESCHEDULE CASE
                                                   MANAGEMENT CONFERENCE
                                                   Case No. 07-cv-03535-JF