

US007090906B2

(12) **United States Patent** (10) Patent No.: **US 7,090,906 B2**

O'Keeffe (45) Date of Patent: **Aug. 15, 2006**

(54) **FIRE RESISTANT SAFETY GLASS**

(75) Inventor: **William O'Keeffe**, San Francisco, CA (US)

(73) Assignee: **O'Keeffe's, Inc.**, San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 146 days.

(21) Appl. No.: **10/238,115**

(22) Filed: **Sep. 10, 2002**

(65) **Prior Publication Data**

US 2003/0118844 A1     Jun. 26, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/325,326, filed on Sep. 25, 2001.

(51) **Int. Cl.**
| | |
|---|---|
| *B32B 15/08* | (2006.01) |
| *B32B 15/09* | (2006.01) |
| *B32B 15/18* | (2006.01) |
| *B32B 17/10* | (2006.01) |
| *B32B 37/16* | (2006.01) |

(52) **U.S. Cl.** ...................... **428/38**; 428/201; 428/203; 428/210; 428/426; 428/430; 428/432; 428/457; 428/458; 428/480; 428/911; 428/920; 442/6; 442/8; 442/50; 442/52; 442/134; 442/136

(58) **Field of Classification Search** .............. 428/34, 428/426, 428, 430, 432, 480, 457
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,974,316 A | * | 8/1976 | Jacquemin et al. ......... 428/215 |
| 4,027,443 A | * | 6/1977 | Briggs ......................... 52/202 |

| | | | |
|---|---|---|---|
| 4,303,739 A | * | 12/1981 | Beckmann et al. ......... 482/429 |
| 4,332,111 A | * | 6/1982 | Terashima ...................... 52/1 |
| 4,913,847 A | * | 4/1990 | Tunker ...................... 252/606 |
| 4,973,511 A | * | 11/1990 | Farmer et al. ............. 428/216 |
| 4,978,405 A | * | 12/1990 | Hickman .................. 156/107 |
| 5,160,782 A | * | 11/1992 | Hickman .................... 442/18 |
| 5,219,630 A | * | 6/1993 | Hickman .................... 428/38 |
| 5,223,313 A | * | 6/1993 | Holzer et al. .............. 428/34 |
| 5,230,954 A | * | 7/1993 | Sakamoto et al. ......... 428/332 |
| 5,462,805 A | * | 10/1995 | Sakamoto et al. ......... 428/430 |
| 5,622,580 A | * | 4/1997 | Mannheim ................. 156/106 |
| 5,624,761 A | * | 4/1997 | Sakamoto et al. ......... 428/426 |
| 5,653,839 A | * | 8/1997 | Itoh et al. ................. 156/109 |
| 5,698,277 A | * | 12/1997 | Schueller et al. ........... 428/34 |

(Continued)

*Primary Examiner*—Vivian Chen
(74) *Attorney, Agent, or Firm*—Fliesler Meyer LLP

(57) **ABSTRACT**

Fire resistant safety glasses are provided that included wire glasses having another layer of fire resistant material. In certain embodiments, a piece of wire glass has a sheet of fire resistant film adhered thereto. Such glasses have improved impact resistance compared to conventional wire glasses. Fire resistant safety glasses are also provided that combine improved impact resistance and fire protection and in some embodiments, improved thermal insulation, improved reflectivity and shielding against ionizing radiation. Safety glasses of this invention can be made using non-tempered or tempered glass, fire resistant plastics, fire resistant fiberglass, ceramics and other fire resistant glazing materials, and can be made in multiple layers, having one or more pieces of wire glass or fire resistant glazing materials. Fire resistant safety glasses of this invention can be made inexpensively and can have improved properties compared to conventional wire glass. By providing increased mechanical strength, the glasses of this invention can remain intact even if broken, thereby decreasing the risk of personal or property damage caused by glass shards.

**6 Claims, 6 Drawing Sheets**



**US 7,090,906 B2**

Page 2

U.S. PATENT DOCUMENTS

5,885,713 A  *  3/1999  von Bonin et al.  .........  428/427
5,908,704 A  *  6/1999  Friedman et al.  ..........  428/426
6,159,606 A  *  12/2000  Gelderie et al.  ............  428/426

6,606,831 B1 *  8/2003  Degelsegger  ..............  52/204.1
6,613,411 B1 *  9/2003  Kollaja et al.  .............  428/40.1
6,716,497 B1 *  4/2004  Araki et al.  ...............  428/34.7

* cited by examiner



**FIG. 1A**

**(PRIOR ART)**



**FIG. 1B**

**(PRIOR ART)**

Case 5:07-cv-03535-JF    Document 33-10    Filed 10/10/2007    Page 4 of 39



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**



**FIG. 9**



**FIG. 10**



**FIG. 11**



**FIG. 12**



**FIG. 13A**



**FIG. 13B**



**FIG. 14**

US 7,090,906 B2

1

# FIRE RESISTANT SAFETY GLASS

### RELATED APPLICATION

This application claims priority under 35 U.S.C. §119 to U.S. Provisional Patent Application Ser. No. 60/325,326, filed Sep. 25, 2001, incorporated herein fully by reference.

### BACKGROUND

1. Field of the Invention

This invention relates to fire resistant safety glass and methods for production. Specifically, this invention relates to improved glass for the construction industry that provides increased safety and reduction of injuries upon breakage comprising wire glass and either a fire resistant film or another piece of fire resistant glazing material.

2. Description of Related Art

Wire glass continues to be widely used in the construction industry to provide transparent windows, doors, walls and the like. Wire glass generally consists of glass having a mesh of steel or other wire embedded within the glass. The use of wire glass has been motivated by a desire to provide transparent structures that are more resistant to fire than glasses having no wire. The wire in the glass holds the glass together in fire situations. Wire glass is commonly used in schools, public buildings, and other structures that are subject to fire. Typically, as used in schools, wire glass is used in hallways, gymnasium doors and walls. One drawback of wire glass is that if a person impacts the wire glass structure, the glass may break, the wire will keep the pane relatively intact, and this increases the danger of a person becoming injured.

Unfortunately, when broken, conventional wire glass is dangerous. For example, upon impact, the glass in a pane of wire glass can become broken into sharp pieces (shards) and the wire can actually hold the shards together to form a highly dangerous "spider-web" structure. In situations in which a person's extremity (arm or leg) actually penetrates through a broken portion of a pane of conventional wire glass, the damage can become so severe as to require major surgical procedures to repair the damage. In some cases, the limb must be amputated, and in other, more serious situations, death due to exanguination may occur.

FIG. 1a depicts a drawing of a pane of prior art wire glass 100 in top view. Glass 104 has wire mesh 108 embedded therein. FIG. 1b depicts a drawing of a pane of prior art wire glass 100 shown in cross-section. Glass 104 has wire mesh 108 embedded therein. In FIG. 1, the wire is depicted as in the mid portion of the pane of glass 104.

One reason for the dangers posed by conventional wire glass is that conventional wire glass does not meet current minimum safety glazing standards, which require impact resistance to an impact of about 100 foot pounds as measured using methods described in CPSC standard 16 C.F.R. 1201. Greater stresses can cause substantial breakage of conventional wire glass, and can result in the production of dangerous shards.

Prior art solutions to the problem include the use of tempered glass in the transparent structure. Unfortunately, tempered glass is poorly suited because it generally does not withstand the "hose stream" portion of fire testing as required by building codes. Steel bars, gratings or external mesh have also been added to provide increased impact resistance. However, gratings and the like can significantly increase the cost of production, the bulk of the structure, and can decrease visibility through the glass.

2

## SUMMARY OF THE INVENTION

Thus, one object of this invention is the production of fire resistant safety glass that diminishes the danger posed by conventional wire glass.

Another object of this invention is the production of fire resistant safety glass that is less prone to breaking than conventional fire rated glass.

In one aspect of this invention, fire resistant safety glasses are provided that comprise a layer or pane of wire glass that has one or more surfaces having a coating of a fire-resistant film. The presence of a film can provide increased resistance to the formation of dangerous shards of broken glass in the pane. Addition of a fire resistant film to wire glass can increase the safety rating of the pane, thereby permitting its relatively safer use in situations in which persons or property can be damaged.

In other aspects of this invention, multilayered panes are provided having improved impact resistance and fire safety. In some embodiments, a pane of wire glass is reinforced by a pane of fire-resistant glass adhered to the pane of wire glass. In other embodiments, a pane of wire glass and apiece of fire-resistant glass have an insulating space therebetween. Further embodiments have wire glass and laminates and layers of fire resistant films and/or adhesives. In still further embodiments, fire resistant films can comprise metals, such as stainless steel or radiation shielding materials, such as lead. Metal-containing films can provide greater impact resistance, radiation shielding and/or reflectivity. Increasing reflectivity can reduce transmission of radiant heat. In some embodiments, structural integrity of glass can be improved, providing resistance to large forces, such as by way of example, caused by bullets or explosions.

## BRIEF DESCRIPTION OF THE FIGURES

This invention is described with respect to specific embodiments thereof. Other features of this invention are described in the Figures, in which:

FIGS. 1a and 1b depict conventional wire glass. FIG. 1a is a top view of conventional wire glass. FIG. 1b is a side view of conventional wire glass.

FIG. 2 is a drawing depicting an embodiment of this invention in which a pane of wire glass has a layer of fire resistant film applied to one surface.

FIG. 3 is a drawing depicting an embodiment of this invention in which a pane of wire glass has layers of fire resistant film applied to top and bottom surfaces.

FIG. 4 is a drawing depicting a pane having a portion of wire glass laminated to a piece of non-wire glass or safety glass.

FIG. 5 depicts a drawing of an embodiment of safety wire glass of this invention in which wire is placed between two pieces of glass.

FIG. 6 is a drawing depicting an embodiment of this invention having two layers of glass having layers of wire glass and film therebetween.

FIG. 7 depicts an embodiment of this invention having two layers of glass laminated to a piece of wire glass.

FIG. 8 depicts an embodiment of this invention having two pieces of wire glass in a laminate having a piece of safety glass therebetween.

FIG. 9 depicts an embodiment of this invention having two pieces of wire glass in a laminate with two layers of film.

US 7,090,906 B2

3

FIG. **10** depicts an alternative embodiment of this invention having two pieces of wire glass and two pieces of safety glass in a laminate structure.

FIG. **11** depicts an embodiment of this invention having two pieces of fire resistant glazing material and one pane of wire glass.

FIG. **12** depicts an alternative embodiment of this invention having a pane of fire resistant glazing material and one pane of wire glass and having an insulation space therebetween.

FIGS. **13**a and **13**b depict an alternative embodiment of this invention having a pane of wire glass and another pane of fire-resistant glazing.

FIG. **14** depicts an alternative embodiment of this invention having a pane of wire glass and a fire resistant film comprising a metal.

DETAILED DESCRIPTION OF THE INVENTION

Safety fire rated glass of this invention can be made, according to some embodiments, by applying a layer of fire resistant film to an existing pane of wire glass. In these embodiments, immediate improvement in the performance characteristics of the wire glass can be obtained.

To increase the impact resistance further, both sides of a pane of conventional untempered wire glass can be covered with a fire resistant film. Such embodiments can exhibit improved impact resistance compared to glasses having only one surface covered with film. For example, the impact resistance can be increased from the conventional range of about 60–100 foot lbs to over about 100 foot lbs, and in other embodiments, to over about 150 foot lbs, and in yet other embodiments, over about 450 foot lbs, and in still further embodiments, about 4000 foot lbs. However, any desired degree of impact resistance can be obtained by providing additional layers of wire glass, fire resistant films and other fire resistant glazing materials.

FIG. **2** depicts an embodiment of this invention **200** of this invention in which a conventional pane of wire glass has a layer of fire resistant film adhered to one surface thereof. Glass **104** has wire mesh **108** embedded therein. Fire resistant film layer **112** is shown adhered to one surface of the pane.

FIG. **3** depicts an embodiment of this invention **300** in which two sides of a conventional pane of wire glass have fire resistant film adhered thereto. Glass **104** has wire mesh **108** embedded therein. Fire resistant film layers **112** and **116** are shown adhered to each exterior surface of the pane.

One or more fire resistant films suitable for the safety wire glass of this invention are known in the art. In particular, it can be desirable to use a film having fire resistance, such as fluorinated polymers. In certain embodiments, PET can be used. The films confer mechanical integrity to the wire glass, thereby decreasing the tendency of the wire glass to form dangerous shards. Increasing the integrity of a wire glass after impact can improve the safety of the glass, even in situations in which fire is not a prominent hazard. It can be desirable to increase the impact resistance above conventional wire glass (70–100 ft lbs). In particular, for certain uses, it can be desirable to provide fire resistant safety glass having impact resistance of greater than about 100 ft lbs. In other embodiments, the impact resistance can be above about 150 ft lbs, and in still other embodiments, about 400 ft lbs or even 4000 ft lbs or higher.

Improving the impact resistance can be accomplished by providing laminates having at least one layer of wire glass

4

and at least one other layer of material, including by way of example only, wire glass, annealed glass, tempered glass, fire resistant fiberglass, ceramics, fire resistant plastics and the like or other fire resistant glazing materials, or including multiple layers of fire resistant film. Laminates can be made by adhering two or more panes of material together with a fire resistant adhesive, such as water glass, or by using a fire resistant film. In some embodiments, the impact resistance can be sufficient to provide resistance to bullets and/or explosions.

Insulating fire resistant safety glasses can be made using one or more panes of wire glass, a fire resistant film adhered to, and another pane of transparent material placed near the pane of wire glass with an insulating space therebetween. The insulating space can be filled with air or other non-flammable gas, or can be filled with a fire resistant gel known in the art. Thus, in addition to fire resistance, some embodiments of this invention can provide thermal insulation greater that available with laminates or single-pane fire resistant safety glasses.

Fire resistant safety wire glasses of this invention include those having at least one layer of a metal-containing film. Metals can increase the reflectivity of a film to radiation, thereby decreasing the transmission of radiation, including thermal radiation, through the glass. By decreasing radiation transmission persons and/or structures can be at least partially protected from damage caused by radiation, including thermal damage. Metal containing films are known in the art. Metal-containing films include, by way of example only, Armor Coat™, Stainless Steel 160™, Stainless Steel 140™, Solar Bronze 150™, Solar Bronze 165™, Solar Bronze 175™ and Silver 80™. The above films can be obtained from M.S.C. Specialty Films, Inc. San Diego, Calif., a subsidiary of Bekaert Specialty Films LLC, Clearwater, Fla. However, other types of metal-containing films can be desirably used to decrease radiation transmission. An example of a non-metal film having some reflectivity is PET.

It can be desirable to provide a film having a degree of reflectivity of greater than about 5% to about 100%, alternatively in the range of about 10% to about 80%, in further embodiments in the range of about 25% to about 75%, and in still further embodiments in the range of about 40% to about 60%.

In the nuclear power industry and other industries where ionizing radiation is used, it can be desirable to provide fire resistant safety glass that are both fire-resistant and resistant to ionizing radiation. Thus, other embodiments of metal-containing films comprise a shielding metal such as lead and/or other materials known in the art. By way of example only, lead (Pb) particles or salts thereof can be added to a film in sizes from atomic size to about 10 micrometers (μm) to about 100 μm. In certain of these embodiments used for windows, it can be desirable to use particles having sizes sufficiently small to maintain optical transparency of the film. However, complete optical transparency may not be necessary in all embodiments, and some embodiments can incorporate relatively larger amounts of radiaiton shield material and save somewhat reduced transparency, but without adversely affecting the desirable properties of the window.

It can be appreciated that in certain circumstances, in which mechanical strength and integrity is important, that the increased safety can be desirable in spite of the increased cost of incorporating tempered glass or annealed glass.

Additional embodiments of this invention comprise laminates. Laminates are known in the art and comprise thin layers of a polymer or film material between plates of glass.

US 7,090,906 B2

5

In certain embodiments, laminates comprise wire glass and two or more of annealed glass, tempered glass, fire resistant fiberglass, fire resistant plastics or fire resistant polymer films.

FIG. 4 depicts an embodiment 400 of this invention in which a pane of wire glass is laminated to another pane of non-wire glass. Glass 104 has wire 108 embedded therein. Laminate 120 comprising a fire resistant film adhered to one surface of glass 104. A second piece of glass 124 is depicted adhered to the laminate material 120.

FIG. 5 depicts an alternative embodiment 500 of this invention in which two pieces of glass 504 and 508 have a space therebetween with fire resistant film 512 and wire 108.

FIG. 6 depicts an alternative embodiment 600 of this invention in which two panes of wire glass are sandwiched between two plates of non-wire glass. Panes 604 and 608 are laminated to panes 104 and 106, respectively. Panes 104 and 106 each have wire 108 and 110, embedded therein, respectively. In this figure, panes 108 and 110 are depicted adhered to each other by a fire resistant film 612, forming a laminate.

FIG. 7 depicts an alternative embodiment 700 of this invention in which two panes of wire glass 704 and 708 are attached to a piece of non-wire glass 712 by fire resistant film layers 710, thereby forming a laminate.

FIG. 8 depicts an alternative embodiment 800 of this invention in which two panes of wire glass 804 and 808 having a layer of fire resistant film 812 therebetween forming a laminate.

FIG. 9 depicts an alternative embodiment 900 of this invention having two layers of wire glass 904 and 908 having two layers of fire resistant film 912 and 916 adhered thereto, forming a laminate.

FIG. 10 depicts an alternative embodiment 1000 of this invention having two panes of wire glass 1004 and 1008 having a layer of fire resistant film 1012, two panes of non-wire glass 1016 and 1020 forming a laminate.

FIG. 11 depicts an alternative embodiment 1100 of this invention having a pane of wire glass 1104 having layers of fire resistant film 1108 and 1112 attached thereto, and two panes of non-wire glass 1116 and 1120 attached to the fire resistant film forming a laminate.

FIG. 12 depicts an alternative embodiment 1200 of this invention having a pane of wire glass 1204 having a layer of fire resistant film 1212 adhered thereto. Fire resistant glazing material 1208 is separated from wire glass 124 by insulating space 1216. Insulating space 1216 maybe filled with a non-flammable insulating gas or a fire resistant insulating gel.

FIG. 13a depicts an embodiment 1300 of this invention having a pane of wire glass 1304 a pane of fire resistant transparent material 1308 and an insulating space 1312 therebetween. In certain embodiments 1301 depicted in FIG. 13b, panes 1304 and 1308 can be directly in contact with each other without an insulating space.

FIG. 14 depicts an alternative embodiment 1400 of this invention having a pane of wire glass 1404 and a layer of metal-containing film 1408.

In related embodiments, the orientation of the components can be varied, for example, with the panes containing wire on the outside of the overall structure, or alternatively, with one side of the overall structure having wire glass on the outside and another side of the overall structure having non-wire glass on the outside. It can be appreciated that many different orientations of the components of wire glass, non-wire glass, polymer, and other laminate structures are possible. All of those embodiments are within the spirit and scope of this invention.

6

Fire resistant safety glass can either be made in a desired configuration or shape, such as circular, rectangular, triangular, or other desired shape. Alternatively, the safety fire rated wire glass can be subsequently processed into desired shapes using methods known in the art. Once manufactured, the glass can be inserted into, for example, a window, a door, or can be enclosed in a frame. Applications include those for schools, hospitals, factories, property lines and any place requiring a fire rating and safety of persons or property. Fire resistant safety glass can be used for any construction purpose where vision, radiant heat protection, safety and a fire rating is required. The materials of this invention therefore can have desirable performance characteristics in forms having larger surface areas ("lite sizes") and smaller thicknesses than available in the prior art.

Similarly, land or airborne vehicles can incorporate fire resistant safety glass of this invention. Such vehicles include cars, busses, trains, airplanes, rockets and the like. In these vehicles, the light weight of the fire-resistant safety wire glass can provide improved fire resistance without compromising the function of the vehicle.

In the example below, specific materials and methods are described. However, the example below are not intended to limit the scope of the invention. Rather, other possible materials and methods can be advantageously used to produce materials within the scope of this invention. Many other applications are possible, and all such uses are contemplated and are considered within the scope of this invention.

EXAMPLE 1

Fire Test of Fire-Resistant Safety Glass

In a study of the fire resistance of a pane of fire resistant safety glass of this invention, a ¼ inch thick wired glass with safety film applied to both surfaces was installed in a test frame. The test sample was installed in a gypsum board frame and held in place using brackets. The test was conducted according to standard methods in the art. The test sample was subjected to the time-temperature curve specified in UBC Standard 7-4 (1997) Standard for Fire Tests of Window Assemblies. The effects of temperature on the sample are presented in Table 1.

TABLE 1

| Effects of Temperature on Exposed Surface of Safety Fire Rated Wire Glass | |
|---|---|
| Test Time (min) | Effect on Exposed Surface |
| 3 | Wallboard ignited |
| 6 | Glass flaming |
| 10 | No change |
| 15 | Flaming on perimeter of glass |
| 30 | Film burned off; glass is clear |
| 45 | Test stopped |

Additional observations of the unexposed surface are shown in Table 2.

TABLE 2

| Effects of Temperature on Unexposed Surface of Safety Fire Rated Wire Glass | |
| --- | --- |
| Test Time (min) | Effect on Unexposed Surface |
| 5 | Glass is cracked. Caulking is expanding out at header and other areas |
| 6 | Film on glass is smoking and becoming dark |
| 10 | No change |
| 15 | Film flaking off; glazing become clear |
| 30–45 | No change |

The results shown in Tables 1 and 2 demonstrate that the test assembly passed the Fire Endurance Test. Additionally, a Hose Stream test was performed on samples of safety fire rated wire glass according to standard methods in the art. The sample passed the test without breakage.

INDUSTRIAL APPLICABILITY

Fire resistant safety glasses of this invention have applications in any area in which a transparent material that is resistant to fire and to impact is desirable. Fire resistant safety glasses can be resistant to breakage into dangerous glass shards that can cause injury to property or persons. Moreover, if fire resistant safety glass does break, safety glasses will be more resistant to the formation of exposed shards that can cause significant injury to persons and/or property. Fire resistant safety glasses can be used for any construction purpose where transparency, radiant heat pro-

tection, safety and a fire rating is required. Applications include those for schools, hospitals, factories, property lines, hulls and/or any place requiring a fire resistance for safety of persons or property. The methods of this invention permit that rapid, accurate manufacture of fire-resistant transparent materials with increased efficiency and reduced cost.

I claim:

**1**. A fire resistant safety glass, consisting essentially of:
a piece of wire glass; and
a fire resistant film adhered to said piece of wire glass sufficient to impart an impact resistance of at least about 100 foot lbs. and further wherein the fire resistant film contains PET.

**2**. The fire resistant safety glass of claim **1**, further comprising a coloring agent.

**3**. The fire resistant safety wire glass of claim **1**, wherein said fire resistant film is a reflective film.

**4**. The fire resistant safety wire glass of claim **1**, wherein said fire resistant film comprises a metal.

**5**. The fire resistant safety wire glass of claim **4**, wherein said metal comprises stainless steel or read.

**6**. A method of manufacturing a fire resistant safety glass, consisting essentially of the steps of:
providing one sheet of wire glass; and
adhering a fire resistant film of PET to said sheet of wire glass sufficient to impart to said fire resistant safety glass an impact resistance of about 100 foot lbs to about 4000 foot lbs.

* * * * *

# The New York Public Library

NYPL *Express* • 188 Madison Avenue, New York, New York 10016-4314
212.592.7200 • fax 212.592.7215 • express@nypl.org • www.nypl.org/express

September 27, 2007

AFFIDAVIT

STATE OF NEW YORK}
          ss:
COUNTY OF NEW YORK}

I, Marie Henri, Library Technical Assistant/NYPL Express, The New York Public Library, being duly sworn, depose and say:

That the attached reproductions as described below, are true copies made from the original in the collection of this library.

Glass Age & Window Construction, November 1998, Cover which includes a NYPL date stamp and page 26 which includes the article "Thin glazing can be made safe."

Marie Henri
Library Technical Assistant
NYPL Express

Subscribed and sworn to before me
This 27th day of September 2007

Notary

DEBORAH A. DAVIS
Notary Public, State of New York
No. 01DA5065937
Qualified in Kings County
Commission Expires _____ 9/16/2010

# November 1998

**Glass ❑Glazing ❑Windows ❑**
**Construction ❑     Architecture ❑**

MILLER FREEMAN PLC

## IN THIS ISSUE...

**Commercial Fenestration**
**New Build & Local Authorities**
**Ventilation & Draughtproofing**



# glass age

## & WINDOW CONSTRUCTION

S.I.B.L.

```
JSN        Glass age & window
98-4       construction.
SIBL       v. 41
           no. 11
           Nov 1998
           34:10-11(Oct.-Nov.1991)
```

Payment has been made to the Copyright Clearance Center for this article



*SPEED* F R A M E

## Britain's Biggest Window Manufacturer

CAPACITY TO PRODUCE
OVER 10,000 FRAMES
PER WEEK

5 DAY
DELIVERY
GUARANTEED

TELEPHONE:
01709 888005

READER ENQUIRY NO. 501

...ast.

ls B76 9DL

# More variety on the bends

BENDING PVC-U profile is still an art form, according to specialists *Arch-Wright* of Walsall. Customers looking for the offbeat or unusual also seem to be more demanding. Fortunately Steve Cartwright, who founded the business six years ago with partner Peter Stanton, sees most problems as challenges, and is quite prepared to push the material to its limits if he has to create D-shapes, multiple crucifixes and triangular forms, in addition to conventional arches.

Recently he was asked to convert a standard profile into the shape of a lightbulb. This is for the *Window Fabrication Centre* at Solihull and the arched outer frame was mechanically fitted with transoms and mullions *(right)*.

Archwright has also just supplied a series of large D-shape windows to a new commercial development, Virage Park, at



Cannock, Staffs. Fabrications include inner arched transoms and fixed mullions. *Bridgtown Glass* did the instlation *(below)*.

More on profile bending services from Archwright (Tel: 01543-371971).     **101**



# GAP moves to bigger premises

*GENERAL Allpurpose Plastics Ltd* (GAP), official stockist of Plastmo's Everlite roofing panel system, is relocating to a puposebuilt, 23,000 sq ft HQ and warehouse complex, in Blackburn, Lancashire.

Established in 1993, with depots in Liverpool and Bury, GAP's new premises allow it to hold significant stocks of Everlite products, already widely used to roof conservatories, car ports, summer houses and domestic swimming pools. GAP also stocks all types of plastic building products, including rooflines, cladding and windowframes, as well as manufacturing door panels.

# Thin glazing can be made safe

VUNERABLE glazing as thin as 3mm can now be made safe for use in high-risk areas without the need to replace the glass.

To prove this claim *Madico* has recently had its Protekt safety film installed on samples of 3mm annealed glass and independently impact tested.

The results confirm that the 3mm glass treated with the film meets the requirements of BS6206:1981 Class B, thus complying with the recently enforced Workplace (Health, Safety and Welfare) Regulations 1992, Regulation 14.

Other tests carried out on Protekt film in conjunction with a selection of thicker glass and various patterned and wired glass also met the safety requirements.

# Emplas investment

*EMPLAS Window Systems Ltd* reports an expanding customer base which has prompted major investment.

A new lorry joins the fleet. The Renault Midliner 5150 chassis supplied by Harbornes, has a custom built 6m alloy box and involved an investment of over £50,000.

Another substantial investment for this year has been £150,000 on state-of-the-art machinery.

'We intend to stay at the forefront of the windows industry, as we have been for many years, by regularly updating our factory facilities to cope with new and existing demands from customers,' says managing director Kevin Johnson.

New introductions to the factory include a Hollinger horizontal quad welder for sash welding and an STB single head welder for sash welding and as a back up butt welder. All items were supplied by the *Fenster Machine Group*, including a GL142P bead saw for Emplas' adjacent door factory.

For further details on the Emplas package call: 01933 674880.

# Shepley conference a hit

SHEPLEY Window Systems' first ever National Conference was pronounced a success, attracting over 100 delegates to the two day event at Highgate House conference centre in Northamptonshire.

The 'Windows to the Future' conference opened with a seminar on 'New Selling for a New Era' from consultant, Paul Clifton.

The event also provided the platform to outline Shepley's strategic plans for the next four years and a keynote seminar on 'Marketing Your Business In The Next Millennium' presented delegates with various marketing support initiatives including Shepley's new marketing 'bible' for Visage dealers, VisaMax.

# Dow Corning restructures

*DOW CORNING* has announced a major re-engineering of its European and UK operations. They will be restructured into three teams, each dedicated to serving one of three regions, Northern, Central or Southern Europe. To serve Northern Europe (including the UK) effectively, Dow Corning is opening a new customer service operation near Birmingham.

The new Birmingham facility will incorporate all the existing Dow Corning Corporation customer services and sales support team from Byfleet, Reading, Cowbridge and Manchester. Keith Exley, commercial manager for the UK explains 'By bringing together our services under one roof we can provide our customers with a single point of contact, and give them the best service possible.'

Dow Corning currently employs over 800 members of staff in the UK. Only 85 will be affected by the changes announced, the majority of whom will continue to work with Dow Corning either at the new facility or at one of the other Dow Corning locations in Europe.

Dow Corning is also investing over £150m in its manufacturing facility in Barry, Wales. The project, known as Genesis, will more than double the site's capacity for manufacturing silicones. Completion is scheduled for the second half of 1999.

# Minister in the Glass house



*Cliff Rankin on a recent 'outing' with cabinet minister Chris Smith*

*RANKINS (Glass) Company Ltd* exhibited at the Annual Museums Association Trade Fair/AGM at the Guildhall, Portsmouth recently. At the Conference Clifford Rankin met with the Rt Hon Chris Smith MP, Secretary of State for Culture, Media and Sport. The photograph shows Cliff giving a few words of advice to the Minister on conservation with glass, especially with Rankins C.C.S.-1 Glass.

BRITISH STANDARD

BS 6206:1981

*(Reprinted,
incorporating
Amendments
Nos. 1, 2, 3, 4 and 5)*

Specification for

# Impact performance requirements for flat safety glass and safety plastics for use in buildings

UDC 698.3:[666.155 + 666.181 + 678 − 419]:620.178.7



NO COPYING WITHOUT BSI PERMISSION EXCEPT AS PERMITTED BY COPYRIGHT LAW

# Cooperating organizations

The Elements and Components (of Diverse Materials) for Buildings Standards Committee, under whose direction this British Standard was prepared, consists of representatives from the following:

Agrement Board
Aluminium Federation
Asbestos Cement Manufacturers' Association Limited
Association of British Roofing Felt Manufacturers
Brick Development Association
British Ceramic Research Association
British Hardware Federation
British Plastics Federation*
British Precast Concrete Federation Ltd.
British Steel Industry
British Woodworking Federation*
Consumer Standards Advisory Committee of BSI*
Convention of Scottish Local Authorities
Department of the Environment (PSA)*
Department of the Environment (Building Research Establishment, Princes Risborough Laboratory)
Department of the Environment (Housing and Construction)*
Flat Glass Manufacturers' Association*

Glass and Glazing Federation*
Health and Safety Executive*
Incorporated Association of Architects and Surveyors*
Institute of Building Control
Institute of Quality Assurance
Institution of Municipal Engineers*
Institution of Structural Engineers
Mastic Asphalt Council and Employers' Federation
National Council of Building Materials Producers
National Federation of Building Trades Employers
National Federation of Roofing Contractors
Royal Institute of British Architects*
Royal Institution of Chartered Surveyors*
Scottish Development Department
Society of Chemical Industry
Timber Research and Development Association
Trades Union Congress

The organizations marked with an asterisk in the above list, together with the following, were directly represented on the Technical Committee entrusted with the preparation of this British Standard:

Aluminium Window Association
Architectural Aluminium Association
Chief and Assistant Chief Fire Officers' Association
Child Accident Prevention Committee
Department of the Environment (Building Research Establishment)
Department of Trade (Metrology, Quality Assurance, Safety and Standards Division)

Greater London Council
Metal Window Federation of Great Britain
National Association of Shopfitters
National House-building Council
Patent Glazing Conference
Sealant Manufacturers' Conference
Union of Construction, Allied Trades and Technicians

This British Standard, having been prepared under the direction of the Elements and Components (of Diverse Materials) for Buildings Standards Committee, was published under the authority of the Board of BSI and comes into effect on
30 November 1981

© BSI 02-1999

The following BSI references relate to the work on this standard:
Committee reference ECB/4
Draft for comment 76/51653 DC

ISBN 0 580 12447 9

## Amendments issued since publication

| Amd. No. | Date of issue | Comments |
|---|---|---|
| 4580 | June 1984 | |
| 5189 | August 1986 | |
| 7589 | May 1993 | |
| 8156 | April 1994 | |
| 8693 | July 1995 | Indicated by a sideline in the margin |

# Contents

|  | Page |
|---|---|
| Cooperating organizations | Inside front cover |
| Foreword | ii |
| 0    Introduction | 1 |
| 1    Scope | 2 |
| 2    References | 2 |
| 3    Definitions | 2 |
| 4    Classification | 2 |
| 5    Impact test | 2 |
| 6    Marking | 4 |
| Appendix A Test for behaviour on impact | 5 |
| Appendix B Test for toughening quality | 6 |
| Figure 1 — Impact test structure: general arrangement | 7 |
| Figure 2 — Impact test structure: side elevation | 8 |
| Figure 3 — Impact test structure: front elevation | 9 |
| Figure 4 — Clamping of test piece (section A-A of Figure 3) | 10 |
| Figure 5 — Impactor | 11 |
| Figure 6 — One panel of six panelled impactor case | 12 |
| Figure 7 — Diagrammatic representation of the requirement given in item 2) of **5.3** c) | 13 |
| Figure 8 — Particle count determination | 14 |
| Table 1 — Classification of safety glass and safety plastics according to behaviour on impact | 2 |
| Publications referred to | Inside back cover |

# Foreword

This British Standard has been prepared under the direction of the Glass Standards Committee[1] at the request of the Glass and Glazing Federation, in order to provide specified and verifiable safety performance criteria for the types of flat safety glass and safety plastics used in buildings so as to reduce cutting and piercing injuries to persons who impact them.

In the preparation of this standard, full consideration has been given to the United States standard ANSI Z 97.1-1975 "Safety performance specifications and methods of test for safety glazing material used in buildings", which appears to have been successful in reducing injury due to accidents involving glass and plastics since its initial publication in 1972.

Work is currently being carried out by CEN Technical Committee 129, Glass in building, with the objective of producing a European Standard on the impact performance of flat glass for use in buildings. The United Kingdom is actively participating in the preparation of this new European Standard, which will be adopted as a British Standard when it is published. It is anticipated that the new standard will be available in approximately 3 years time and will supersede the impact performance requirements for flat glass given in BS 6206.

The Technical Committee responsible for BS 6206 decided that changes were required to improve and clarify the test procedure to overcome the deficiencies identified in the existing procedure and thereby extend the validity of the standard.

ANSI Z 97.1-1975 "Safety performance specifications and methods of test for safety glazing material used in buildings", which appears to have been successful in reducing injury due to accidents involving glass and plastics since its initial publication in 1972.

A British Standard does not purport to include all the necessary provisions of a contract. Users of British Standards are responsible for their correct application.

**Compliance with a British Standard does not of itself confer immunity from legal obligations.**

### Summary of pages

This document comprises a front cover, an inside front cover, pages i and ii, pages 1 to 18, an inside back cover and a back cover.

The BSI copyright notice displayed in this document indicates when the document was last issued.

---

[1] After the main drafting work on this British Standard had been completed, the Technical Committee responsible for it was transferred from the Glass Standards Committee (which was subsequently disbanded) to the Elements and Components (of Diverse Materials) for Buildings Standards Committee (ECB/-). In consequence the committee reference for the work was changed from GLC/1 to ECB/4.

© BSI 02-1999

# 0 Introduction

## 0.1 Safety performance levels

Experts working on the use of safety glass and safety plastics in buildings in the United States concluded that a child weighing 100 lb (45.36 kg) could reasonably be regarded as representative of persons involved in accidents where glass or plastics are impacted. Such a child, if running at full speed, theoretically develops about 1 000 J of kinetic energy but, because of dispersion of energy at the time of impact, the actual impact energy is considerably less. The proportion of the kinetic energy delivered as impact energy to a glazed opening depends upon the angle and manner of impact; for example, a "straight arm" impact transmits more energy to the glass or plastics than if the arm is flexed on impact.

In seeking to establish appropriate safety performance levels for glass and plastics, it was therefore accepted that test energies considerably below 1 000 J would be adequate, because the energies actually transmitted on impact, e.g. first by the hands, then by the head, then by the knees, would in total be much less than the kinetic energy of the running child. In addition, the incident angle of impact would seldom be at right angles to the glazed surface.

After extensive evaluation of experimental data, the American National Standards Institute Inc. decided (Z 97.1-1975) to use for test purposes:

  a) a carefully specified impactor of 100 lb (45.36 kg) overall mass to simulate the running child;

  b) selected "drop heights" of 12 in (305 mm), 18 in (457 mm) and 48 in (1 219 mm), equivalent to impact energies representative of those likely to be delivered accidentally by persons in glazed areas.

With an impactor of 45 kg overall mass (see Appendix A), the three specified drop heights correspond to impact energies of 135 J, 202 J and 538 J.

## 0.2 Safety breakage criteria

The concept of "safety" in this standard relates to a given level of impact energy and to a requirement for the glass and plastics: "break safe" or "no break". The break safe criteria adopted (see **5.3**) are those specified in ANSI Z 97.1-1975. They were developed following very extensive observation of available materials breaking under the test conditions and following the use of different impact energies to test materials having different levels of mechanical strength.

A material that is tested at one or more of the specified drop heights and that either does not break or breaks safely (see **5.3**), and that complies with all relevant requirements of this standard, may be described as a "safety glass" or "safety plastics" in accordance with BS 6206 Class A, B or C as appropriate (see clause 4). A material that does not break, or breaks safely, at a given drop height will not necessarily break safely at the next higher drop height.

## 0.3 Applicability of safety glass and safety plastics

Safety glass and safety plastics are intended for use in potentially hazardous situations in buildings. Detailed recommendations for their application will be given in the forthcoming revision of CP 152.

## 0.4 Durability

It is most important that safety glass and safety plastics have the durability to continue to perform satisfactorily for their expected life, taking into account the external and internal environments to which they will be exposed and the method of glazing.

This standard assesses only the ability of glass and plastics to withstand specific impacts in order to qualify as a safety glass or safety plastics. It does not specify any requirements for durability. Several homogenous and composite materials have been proven to perform satisfactorily, but it has not been possible to devise a test or tests that can accurately validate their durability.

Users should therefore satisfy themselves that any safety glass or safety plastics specified will meet the service requirements of the installation. Information on the durability of the material under the proposed environmental conditions should be obtained from the manufacturer or supplier in written or published form.

If safety glass and safety plastics are subjected to exceptional or unusual circumstances such as undue abrasion, unsatisfactory methods of cleaning, chemical attack or excessive ultra-violet light from an artificial source, their durability may be affected. If it is desired to make provision for such circumstances it may be necessary for additional requirements to be agreed on a contractual basis.

# 1 Scope

This British Standard specifies performance requirements and a test method in respect of energy absorption (impact) for flat safety glass and safety plastics for use in buildings. These requirements are intended to reduce the risk of injuries caused by cutting and piercing in accidents where these materials are involved. Three classes of safety glass and safety plastics are defined.

This standard does not specify situations where safety glass and safety plastics should be used, nor does it specify requirements for their durability (see **0.4**).

# 2 References

The titles of the standards publications referred to in this standard are listed on the inside back cover.

# 3 Definitions

For the purposes of this British Standard the following definitions apply.

**3.1**
**glazing**

the securing of glass or plastics glazing sheet materials in prepared openings as in windows, door panels, screens and partitions

**3.2**
**safety glass and safety plastics**

material that, when tested by the method given in Appendix A at one of the drop heights specified in clause 4, either does not break or else breaks safely according to the criteria given in **5.3**

**3.3**
**asymmetric safety glass and safety plastics**

material made in such a way that its two surfaces give significantly different results under the specified impact test, e.g. laminated glass with different laminates, patterned glass and plastics and plastics-coated sheets

**3.4**
**drop height**

the vertical height from the horizontal centreline of the maximum diameter of the impacting object when it is released to a similar horizontal centreline when it is at rest vertically (see Figure 2)

# 4 Classification

Safety glass and safety plastics shall be classified as follows (see also Table 1).

Class A: material that complies with the requirements of **5.3** when tested by the method given in Appendix A at drop heights of 305 mm, 457 mm and 1 219 mm.

Class B: material that complies with the requirements of **5.3** when tested by the method given in Appendix A at drop heights of 305 mm and 457 mm.

Class C: material that complies with the requirements of **5.3** when tested by the method given in Appendix A at a drop height of 305 mm.

**Table 1 — Classification of safety glass and safety plastics according to behaviour on impact**

| Class | Behaviour on impact | | |
|---|---|---|---|
| | Drop height 305 mm | Drop height 457 mm | Drop height 1 219 mm |
| A | No breakage, or breaks safely | No breakage, or breaks safely | No breakage, or breaks safely |
| B | No breakage, or breaks safely | No breakage, or breaks safely | No requirement |
| C | No breakage, or breaks safely | No requirement | No requirement |

Asymmetric safety glasses and safety plastics impact tested on one side only (see **5.4**), i.e. intended for use in situations where the risk of impact is from one side only, shall be classified Ao, Bo or Co respectively against the above requirements.

# 5 Impact test

## 5.1 Test pieces

**5.1.1** For any given material, the test piece shall be identical in type, construction, composition, nominal thickness and manufacture to the material to be assessed.

**5.1.2** Each test piece shall be rectangular, 865 ± 3 mm wide by 1 930 ± 3 mm high, or the maximum size available if that is smaller.

**5.1.3** In the case of a plastics film bonded to a glass sheet, the material shall be tested as submitted by the manufacturer, either

a) with the film continued to the edge of the test piece, or

b) with a margin of uncoated glass round the test piece which may be covered during the test by the chloroprene strips of the sub-frame assembly.

© BSI 02-1999

**5.1.4** In the case of a toughened glass, at least one extra test piece shall be supplied over and above the minimum number required for the impact tests, as follows.

    a) One test piece, selected at random from the test pieces, shall be tested by the method given in Appendix B before any other test is carried out.

    b) The test piece, when tested by the method given in Appendix B, shall have a minimum particle count of 40 particles in any 50 mm × 50 mm square. Should the particle count be less than this value, the impact test procedure shall not be carried out. The material shall not be classified.

    c) The results of the particle count shall be reported.

**5.2 Procedure**

Test each test piece by the method given in Appendix A. Test four test pieces at each drop height appropriate to the class for which the material is intended.

**5.3 Test requirements**

All four test pieces shall not break (see note 1), or shall break safely as defined for the specified material when tested by the method given in Appendix A, at any drop height appropriate to the class for which the material is intended.

NOTE 1  In the event of a safety plastics test piece remaining unbroken, it is not required that it should necessarily remain within the subframe.

    a) *Toughened glass* shall be deemed to break safely if the following applies.

        1) If the test piece breaks, the 10 largest crack-free particles remaining 3 min after impact shall together weigh no more than the mass equivalent to 6 500 mm$^2$ of the original test piece. The particles shall be selected only from the portion of the original test piece exposed in the test frame. Only the exposed area of any particle retained in the test frame shall be taken into account in determining the mass equivalent.

        2) If the test piece does not break at the selected maximum drop height, it shall be removed and shall conform to **5.1.4** b). The results of the particle count shall be reported.

    b) *Laminated glass, wired glass, plastics film bonded to glass* shall be deemed to break safely if numerous cracks or fissures appear in the test piece, but no shear, or opening, develops within the body of the test piece through which a 76 mm diameter sphere can be passed freely. Additionally, if particles are detached from the test piece up to 3 min after impact, they shall, in total, weigh no more than the mass equivalent to 10 000 mm$^2$ of the original test piece. The largest single particle shall weigh less than the mass equivalent to 4 400 mm$^2$ of the original test piece.

NOTE 2  The test piece may, or may not, be retained within the subframe.

    c) *Safety plastics* shall be deemed to break safely if the following applies.

        1) Numerous cracks or fissures appear in the test piece, but no shear, or opening, develops through which a 76 mm diameter sphere can be passed freely.

        2) When breakage occurs which results in the production of separate fragments containing pointed protrusions, then such fragments shall be permitted provided that any pointed protrusion satisfies the following.

            The length of the chord between the two points which are established when an arc of radius 25 mm, whose centre is the apex of the protrusion, crosses the perimeter on each side of the apex shall be not less than 25 mm (see Figure 7).

    d) *Other materials.* Materials other than those identified in a), b) or c) above do not have recognized break-safe criteria and hence can only meet these requirements if they do not break when tested.

**5.4 Asymmetric materials**

In the case of asymmetric materials, the complete test shall be carried out on both sides, using separate sets of test pieces, and the classification shall be based on the worst performance.

In the case of asymmetric materials intended solely for installation in situations where the risk of impact is from one side only, the complete test shall be carried out on the risk side only.

NOTE  For materials so tested there are specific classification and marking requirements (see clauses 4 and 6).

# 6 Marking

All installed panels shall be marked as follows. These marks shall be permanent and applied before installation in a position to remain visible after installation.

   a) an identifiable name or trademark or other mark capable of identification through a suitable source[2];

   b) the type of the material;

   c) the number of this British Standard, i.e. BS 6206[3];

   d) the classification relating to impact test behaviour (see clause 4).

Asymmetric materials claiming an Ao, Bo or Co classification shall have the above marking readable from the side which, when impacted, resulted in the classification.

In the case of multiple glazing units, each pane which complies with BS 6206 shall be marked accordingly. Alternatively, units in which all panes are classified safety glazing material may be marked on one pane only provided this mark clearly indicates that it applies

   1) to all panes, and

   2) to the lowest performance, if different performances apply to the individual panes.

Where sheets for further processing are supplied, if required they may be pre-marked as a) to d) above until final marking. This pre-marking may be by means of permanent labelling.

NOTE   Permanent labelling is considered to be that which cannot be removed intact and re-used.

---

[2] One such source is the Register of Safety Glazing Marks, 44-48 Borough High Street, London SE1 1XP (Telephone: 071-403 7177).

[3] Marking BS 6206 on or in relation to a product is a claim by the manufacturer that the product has been manufactured in accordance with the requirements of the standard. The accuracy of such a claim is therefore solely the manufacturer's responsibility. Enquiries as to the availability of third party certification to support such claims should be addressed to the Director, British Standards Institution, Maylands Avenue, Hemel Hempstead, Herts HP2 4SQ in the case of certification marks administered by BSI or to the appropriate authority for other certification marks.

© BSI 02-1999

# Appendix A
# Test for behaviour on impact

**A.1 Conditioning of test pieces.** Remove all masking and protective material from the test pieces and store them for a minimum of 4 h at a temperature of 20 ± 5 °C with the test surfaces exposed to free air at that temperature.

**A.2 Test temperature.** Carry out the test at a temperature of 20 ± 5 °C.

**A.3 Apparatus.** The following apparatus is required.

**A.3.1** *Test frame,* constructed of securely welded or bolted sections, designed to present a flat face to the sub-frame. The test frame sections and bracing members shall be steel channel 102 mm × 51 mm complying with the requirements of BS 4-1, or equivalent material of equal or greater strength and rigidity. This frame shall be securely bolted to the floor and securely braced as shown in Figure 1, Figure 2 and Figure 3.

**A.3.2** *Sub-frame,* constructed of wood or other suitable material designed to hold the test piece as shown in Figure 4 so that the test piece can make contact only with the strips of chloroprene[4] or similar material. These strips shall be capable of being compressed by 10 % to 15 % of their original depth without a permanent set being introduced. The edge cover of the chloroprene on the test pieces shall be such that for the nominal 865 mm × 1 930 mm specimens the central area of 845 ± 3 mm × 1 910 ± 3 mm is unsupported. A similar edge cover shall be provided in other subframes used for smaller test pieces.

NOTE   In order to limit the compression of the chloroprene strips to within approximately 15 %, spacers of appropriate thickness and material are recommended (see Figure 4).

The components of the sub-frame shall be held together, and the sub-frame shall be held to the test frame, by bolts, toggle clamps or similar fixing devices as convenient, these being uniformly spaced no more than 450 mm apart and no fewer than two per side.

**A.3.3** *Impactor,* consisting of a leather case of a punch bag type[5], modified with a central support rod and fitting system as shown in Figure 5, and filled with chilled lead shot no. 7.

The leather case shall be made from six panels, as shown in Figure 6, which shall be securely stitched together leaving a slit approximately 175 mm long to allow for filling with the lead shot. Lace holes shall be inserted on each side of the slit which is closed by a leather thong. The exterior of the leather case shall be completely covered with three rolls of 12 mm wide polyester filament tape[6], each 55 m in length, wound in a diagonal and overlapping manner. The neck shall be taped separately to cover the worm-drive hose clamp.

The complete impactor shall weigh 45 ± 0.1 kg.

The impactor shall be supported as shown in Figure 1 and Figure 2, and provision shall be made for raising the impactor to drop heights (see **A.4** and Figure 2) of up to 1 219 mm. Prior to release it shall be supported so that the central support rod is in line with the steel cable.

The impactor shall not wobble or oscillate after its release.

## A.4 Procedure

**A.4.1** Immediately preceding the test, condition the test piece as described in **A.1**. Place the test piece in the frame and clamp it so that the chloroprene strips are compressed by no more than 10 % to 15 % of their original thickness. When the impactor is hanging at rest, suspended from the overhead support, check that it is, at its greatest diameter, not more than 13 mm (see Figure 2) from the surface of the test piece and within 51 mm radially from the centre of the test piece (see Figure 2)

Raise the impactor to a drop height of 305 mm (see **3.4** and Figure 2) and steady it.

**A.4.2** Release the impactor so that it swings in a pendulum arc and strikes the test piece.

**A.4.3** Inspect the test piece after impact and report whether:

   a) it has remained unbroken;

   b) it has broken safely in accordance with the requirements of **5.3**;

   c) it has broken and failed to comply with the requirements of **5.3**.

---

[4] Commonly referred to by the trade name of "Neoprene".

[5] A suitable impactor bag can be obtained from the Director, BSI Hemel Hempstead Centre, Maylands Avenue, Hemel Hempstead, Herts HP2 4SQ.

[6] 3M 898 has been found to be satisfactory.

---

**A.4.4** If any one test piece fails to comply with the requirements of **5.3**, terminate the procedure. If all four test pieces either do not break or else break safely, and if it is required to test the material to a higher impact level, increase the drop height to 457 mm and repeat the test on four more test pieces of the same material. At the manufacturer's discretion, these test pieces may either be new ones or the four which have undergone the previous test and remained unbroken.

**A.4.5** Inspect and report as described in **A.4.3**.

**A.4.6** If any one test piece fails to comply with the requirements of **5.3**, terminate the procedure. If all four test pieces either do not break or else break safely, and if it is required to test the material to a higher impact level, increase the drop height to 1 219 mm and repeat the test on four more test pieces of the same material. At the manufacturer's discretion, these test pieces may either be new ones or the four which have undergone the previous tests and remained unbroken.

**A.4.7** Inspect and report as described in **A.4.3**.

# Appendix B
# Test for toughening quality

NOTE    This appendix provides a test which will determine whether toughened safety glass possess the breakage characteristics that result in minimum risk of cutting and piercing injuries in the event of glass breakage.

**B.1 Conditioning of test pieces.** Remove all masking and protective material from the test piece and store it for a minimum of 4 h at a temperature of 20 °C ± 5 °C with the test surfaces exposed to free air at that temperature.

**B.2 Test temperature.** Carry out the test at a temperature of 20 °C ± 5 °C.

**B.3 Apparatus.** The following apparatus is required.

**B.3.1** *Impactor,* with a radius of curvature of the point of 0.20 mm ± 0.05 mm.

NOTE    A pointed hammer of about 75 g mass, a spring loaded centre punch or similar appliance can be used.

**B.3.2** *Means of support,* comprising a flat base on which the test piece is laid without any mechanical constraint. In order to prevent scattering of fragments, the test piece shall be simply held at the edges so that the fragments remain interlocked after breakage, without hindering extension of the test piece.

**B.4 Procedure.** Strike the test piece 13 mm from its longest edge at the midpoint of that edge until breakage occurs [see Figure 8 a)].

**B.5 Particle count determination**

**B.5.1** All particle count determinations on any one test piece shall be conducted as follows:

a) within 4 min of the fracture, identify the region for the particle count;

b) after 4 min, but within 5 min, of the fracture, complete the fragmentation assessment.

**B.5.2** Make the particle count in the region of the coarsest fracture, excluding a segment of radius 75 mm centred on the point of impact and a border of 25 mm round the edge of the test piece [see Figure 8a), Figure 8b) and Figure 8c)].

**B.5.3** Place a mask of 50 mm × 50 mm on the test piece and count the number of crack-free particles within the mask [see Figure 8c)].

**B.5.4** In the particle count, all particles wholly contained within the mask shall be counted as one particle and all particles which are partially within the mask and partially outside the mask shall be counted as half a particle [see Figure 8d) and Figure 8e)].

© BSI 02-1999

Figure 1 — Impact test structure: general arrangement



Figure 2 — Impact test structure: side elevation

© BSI 02-1999



All dimensions are in millimetres.

NOTE   Sub-frame for holding test piece not shown.

**Figure 3 — Impact test structure: front elevation**



All dimensions are in millimetres.

Figure 4 — Clamping of test piece (section A-A of Figure 3)

© BSI 02-1999



Rod may be bent as shown or eye nut may be threaded onto rod

75 ± 25

Worm-drive hose clamp (install before bag is taped)

25 ± 6

25 × Ø 30 metal sleeve (series of metal washers may be used)

300 ± 12

M6 to M10 metal rod

Leather case see figure 6

75 ± 3

Metal washers 5 ± 1

Eye nut for lifting bridle

All dimensions are in millimetres.

**Figure 5 — Impactor**



Figure 6 — One panel of six panelled impactor case

© BSI 02-1999



All dimensions are in millimetres.

Figure 7 — Diagrammatic representation of the requirement given in item 2) of 5.3 c)



All dimensions are in millimetres.

(a) Point of impact and areas to be excluded in particle count determination

**Figure 8 — Particle count determination**

© BSI 02-1999



(b) Typical area of toughened glass after punch test

Figure 8 — Particle count determination *(continued)*



(c) Select area of coarsest fracture and draw a 50 mm square. This is normally done using a template with an opening 50 mm square in the middle.

Figure 8 — Particle count determination *(continued)*



Number of half particles  = 32
Particle count            = 16

(d) Mark and count all those particles which cross the drawn boundary. Count these each as half a particle.

**Figure 8 — Particle count determination** *(continued)*



Number of particles       = 53
Number of half particles  = 16 (32 × ½)
Total particle count      = 69

(e) Mark and count all those particles totally enclosed within the boundary. Add this number to the edge particle count. This gives the total particle count.

Figure 8 — Particle count determination *(concluded)*

© BSI 02-1999

# Publications referred to

BS 4, *Structural steel sections.*
BS 4-1, *Hot-rolled sections.*
CP 152, *Glazing and fixing of glass for buildings.*

© BSI 02-1999

# BSI — British Standards Institution

BSI is the independent national body responsible for preparing British Standards. It presents the UK view on standards in Europe and at the international level. It is incorporated by Royal Charter.

**Revisions**

British Standards are updated by amendment or revision. Users of British Standards should make sure that they possess the latest amendments or editions.

It is the constant aim of BSI to improve the quality of our products and services. We would be grateful if anyone finding an inaccuracy or ambiguity while using this British Standard would inform the Secretary of the technical committee responsible, the identity of which can be found on the inside front cover. Tel: 020 8996 9000. Fax: 020 8996 7400.

BSI offers members an individual updating service called PLUS which ensures that subscribers automatically receive the latest editions of standards.

**Buying standards**

Orders for all BSI, international and foreign standards publications should be addressed to Customer Services. Tel: 020 8996 9001. Fax: 020 8996 7001.

In response to orders for international standards, it is BSI policy to supply the BSI implementation of those that have been published as British Standards, unless otherwise requested.

**Information on standards**

BSI provides a wide range of information on national, European and international standards through its Library and its Technical Help to Exporters Service. Various BSI electronic information services are also available which give details on all its products and services. Contact the Information Centre. Tel: 020 8996 7111. Fax: 020 8996 7048.

Subscribing members of BSI are kept up to date with standards developments and receive substantial discounts on the purchase price of standards. For details of these and other benefits contact Membership Administration. Tel: 020 8996 7002. Fax: 020 8996 7001.

**Copyright**

Copyright subsists in all BSI publications. BSI also holds the copyright, in the UK, of the publications of the international standardization bodies. Except as permitted under the Copyright, Designs and Patents Act 1988 no extract may be reproduced, stored in a retrieval system or transmitted in any form or by any means – electronic, photocopying, recording or otherwise – without prior written permission from BSI.

This does not preclude the free use, in the course of implementing the standard, of necessary details such as symbols, and size, type or grade designations. If these details are to be used for any other purpose than implementation then the prior written permission of BSI must be obtained.

If permission is granted, the terms may include royalty payments or a licensing agreement. Details and advice can be obtained from the Copyright Manager. Tel: 020 8996 7070.

BSI
389 Chiswick High Road
London
W4 4AL