Test Report 

| | |
|---|---|
| Report No | 262/000669/1-5 |
| Client | Madico Inc<br>98 Bolton Road<br>Atherton<br>Manchester<br>M29 9LD |
| Authority & date | Letter from the Client dated 7 January 1998 |
| Items tested | 6mm Clear film backed Polished Georgian wired glass |
| Specifications | BS 6206:1981 - Flat glass for use in buildings |
| Results | See page 2 |
| Prepared by | S Ginger |
| Authorized by | K J Frewin |
| Issue Date | 4 FEBRUARY 1998 |
| Conditions of issue | This Test Report is issued subject to the conditions stated in current issue of *Test Leaflet 1* 'General conditions relating to acceptance of testing'. The results contained herein apply only to the particular samples tested and to the specific tests carried out, as detailed in this Test Report. The issuing of this Test Report does not indicate any measure of Approval, Certification, Supervision, Control or Surveillance by BSI of any product. No extract, abridgement or abstraction from a Test Report may be published or used to advertise a product without the written consent of the Director, BSI Product Testing, who reserves the absolute right to accept or reject all or any of the details of any items or publicity for which consent may be sought. |



NAMAS
TESTING
No. 0135

BSI Product Testing, Maylands Avenue, Hemel Hempstead, Hertfordshire HP2 4SQ Telephone: (01442) 230442

# TEST AND EXAMINATION OF FLAT GLASS FOR USE IN BUILDINGS

## INTRODUCTION

At the request of Madico Inc the flat glass samples, detailed below, were tested and assessed to the requirements of BS 6206:1981, as indicated on the following page of this Report. This request was made in a letter from the Client dated 7 January 1998. It is emphasized that assessments were not made against other clauses of the Specification.

## TEST ITEMS

A)  16 off  6mm Asymmetric clear Madico CL400XSR (100 micron) film backed Polished Georgian wired glass 1930 x 865mm

Date of test:  2 February 1998

## SUMMARY OF RESULTS

The test samples were tested to the method described in BS 6206:1981.

The results of which are as follows:

| TEST ITEMS | CLASS | ASSESSMENT |
|---|---|---|
| A) | C (305mm) | Pass |

## TESTING AND EXAMINATION

| CLAUSE | | ITEM A |
|---|---|---|
| 5 | IMPACT | |
| 5.3 | Impact test | |
| | Type | - Asymmetric film backed Polished Georgian wired glass 1930 x 865mm |
| | Thickness | - 6.00mm Nominal |
| | Film | - Measured thickness 0.10mm |

**Drop Height 305mm**

| Sample No | Impact No | Side Impacted | Result of Impact | Assessment |
|---|---|---|---|---|
| 1 | 1 | Glass | Broken safely | Pass |
| 2 | 2 | Glass | Broken safely | Pass |
| 3 | 3 | Glass | Broken safely | Pass |
| 4 | 4 | Glass | Broken safely | Pass |
| 5 | 5 | Film | Broken safely | Pass |
| 6 | 6 | Film | Broken safely | Pass |
| 7 | 7 | Film | Broken safely | Pass |
| 8 | 8 | Film | Broken safely | Pass |

# Test Report



| | |
|---|---|
| Report No | 262 000669/2-5 |
| Client | Madico Inc<br>98 Bolton Road<br>Atherton<br>Manchester<br>M29 9LD |
| Authority & date | Letter from the Client dated 7 January 1998 |
| Items tested | 7mm Clear film backed Rough Cast Georgian wired glass |
| Specification | BS 6206:1981 - Flat glass for use in buildings |
| Results | See page 2 |
| Prepared by | *[signature]*      S Ginger |
| Authorized by | *K J Frewin* (signature)      K J Frewin |
| Issue Date | 4 FEBRUARY 1998 |
| Conditions of issue | This Test Report is issued subject to the conditions stated in current issue of *Test Leaflet 1* 'General conditions relating to acceptance of testing'. The results contained herein apply only to the particular sample tested and to the specific tests carried out, as detailed in this Test Report. The issuing of this Test Report does not indicate any measure of Approval, Certification, Supervision, Control or Surveillance by BSI of any product. No extract, abridgement or abstraction from a Test Report may be published or used to advertise a product without the written consent of the Director, BSI Product Testing, who reserves the absolute right to agree or reject all or any of the details of any items of publicity for which consent may be sought. |



NAMAS
TESTING
No. 0135

# TEST AND EXAMINATION OF FLAT GLASS FOR USE IN BUILDINGS

## INTRODUCTION

At the request of Madico Inc the flat glass samples, detailed below, were tested and assessed to the requirements of BS 6206:1981, as indicated on the following page of this Report. This request was made in a letter from the Client dated 7 January 1998. It is emphasized that assessments were not made against other clauses of the Specification.

## TEST ITEMS

A)  16 off  7mm Asymmetric clear Madico CL400XSR (100 micron) film backed Rough Cast Georgian wired glass 1930 x 865mm

Date of test:  2 February 1998

## SUMMARY OF RESULTS

The test samples were tested to the method described in BS 6206:1981.

The results of which are as follows:

| TEST ITEMS | CLASS | ASSESSMENT |
|---|---|---|
| A) | C (305mm) | Pass |

## TESTING AND EXAMINATION

| CLAUSE | | ITEM A |
|---|---|---|
| 5 | IMPACT | |
| 5.3 | Impact test | |
| | Type | - Asymmetric film backed Rough Cast Georgian wired glass 1930 x 865mm |
| | Thickness | - 7.00mm Nominal |
| | Film | Measured thickness 0.11mm |

**Drop Height 305mm**

| Sample No | Impact No | Side Impacted | Result of Impact | Assessment |
|---|---|---|---|---|
| 1 | 1 | Glass | Broken safely | Pass |
| 2 | 2 | Glass | Broken safely | Pass |
| 3 | 3 | Glass | Broken safely | Pass |
| 4 | 4 | Glass | Broken safely | Pass |
| 5 | 5 | Film | Broken safely | Pass |
| 6 | 6 | Film | Broken safely | Pass |
| 7 | 7 | Film | Broken safely | Pass |
| 8 | 8 | Film | Broken safely | Pass |

MADICO SAFETY & SECURITY SERIES

# CL-400-XSR

### Benefits:

- **Reduced fading** of interior furnishings by screening out harmful UV rays
- Increased **safety** by helping hold shattered glass together
- Clear, non-tinted appearance
- Improved **security** by creating a deterrent to forced entry
- Scratch-resistant

### Performance Data:

**Total Solar Energy:**

| | |
|---|---|
| Transmitted | 79% |
| Reflected | 10% |
| Absorbed | 11% |

**Visible Light:**

| | |
|---|---|
| Transmitted | 84% |
| Reflected | 11% |

**"U" Factor:**

| | |
|---|---|
| Median | 1.08 |
| Design | 1.12 |

| | |
|---|---|
| Ultraviolet Light Rejected | 99% |
| Shading Coefficient | .94 |
| Total Solar Energy Rejected | 19% |

### Physical Properties:

| | |
|---|---|
| Film Thickness | .004" |
| Structure | Single-Ply |
| Tensile Strength | 25,000 PSI |
| Break Strength | 100 Pounds Per Inch (Width) |
| Adhesive Type | Acrylic Pressure Sensitive |
| Peel Strength | 5 to 6 Pounds Per Inch |

MADICO PROTEKT® FILM



ISO 9001: 2000 Certified

45 Industrial Parkway, Woburn, MA 01801 • 800-225-1926 • www.madico.com


ENERGY STAR PARTNER

Since only the user is aware of the specific conditions in which the product is to be used, it is the user's responsibility to determine whether the product is suitable for that intended use. If the specific conditions of use are critically dependent on any of the properties of the product, or if you need further information of any sort, contact Madico or your local Madico window film dealer.

V-9402-RO5

**MADICO**
A Subsidiary of Lintec

[Address] 64 Industrial Parkway
Woburn, MA 01801
(617) 935-7850 TEL
(617) 935-7662 FAX

**HAZARD RATING**
4=EXTREME
3=HIGH
2=MODERATE
1=SLIGHT
0=INSIGNIFICANT
*=SEE SECTION IV

FIRE: 1
REACTIVITY: 0
TOXICITY: 0
SPECIAL:

# MATERIAL SAFETY DATA SHEET

| MATERIAL | EMERGENCY TELEPHONE | DOT HAZARD CLASS: NA | PACKING GROUP: NA |
|---|---|---|---|
| **PET FILMS: LCL-600-XSR, LCL-800-XSR and LCL-1200-XSR** | CHEMTREC 800-424-9300 | DOT SHIPPING NAME: NA | |
| | DATE SENT / MSDS # 12/22/95 - 03 | UN/NA NUMBER: NA | |
| | | DOT LABEL: NA | |

| FORMULA | CHEMICAL NAME OR SYNONYMS |
|---|---|
| NA | Polyethylene terepthalate Films (PET) |

## I - COMPOSITIONAL INFORMATION

| CHEMICAL | REFERENCE # | CAS REG. NO. | APPROX WT % | OSHA - PEL | ACGIH - TLV |
|---|---|---|---|---|---|
| Polyethylene terephthalate film | 1 | 25038-59-9 | 80-97 | 150 ppm | 150 ppm |
| MR-102 | 2 | 60506-81-2 | 1-5 | NE | NE |
| AP-10A | 3 | NE | 1-10 | NA | NA |
| AP-15 | 4 | 31074-60-9 | 1-5 | NA | NA |

## II - PHYSICAL PROPERTY INFORMATION

| APPEARANCE | pH | SPECIFIC GRAVITY (WATER=1) | VISCOSITY |
|---|---|---|---|
| Clear Thin Films | NA | 1.4 | NA |

| MELTING OR FREEZING POINT | BOILING POINT | VAPOR PRESSURE (mm Hg) | VAPOR DENSITY (AIR=1) |
|---|---|---|---|
| 500°F | NA | Negligible | NA |

| SOLUBILITY IN WATER | PERCENT VOLATILE (BY WEIGHT) | ODOR THRESHOLD (ppm) | EVAPORATION RATE (BUTYL ACETATE=1) |
|---|---|---|---|
| Insoluble | Negligible | Odorless Film | NA |

## III - FIRE AND EXPLOSION HAZARD INFORMATION

| FLASH POINT | AUTO IGNITION TEMPERATURE | LOWER EXPLOSION LIMIT (%) | UPPER EXPLOSION LIMIT (%) |
|---|---|---|---|
| NA | NE | NA | NA |

**EXTINGUISHING MEDIA**
☒ FOAM  ☐ "ALCOHOL" FOAM  ☒ $CO_2$  ☒ DRY CHEMICAL  ☒ WATER SPRAY  ☐ OTHER

**SPECIAL FIRE FIGHTING PROCEDURES**
Firefighters should wear positive pressure self contained breathing apparatus and full protective clothing. Hazardous combustion products include: Terephthalic Acid, Aldehydes, Carbon Dioxide, and Carbon Monoxide.

**UNUSUAL FIRE AND EXPLOSION HAZARDS**
None known

## IV - HEALTH HAZARD INFORMATION

☐ YES  ☒ NO - APPEARS ON ONE OF THE FOLLOWING LISTS AS A CARCINOGEN (SUSPECT) - OSHA, NTP, & IARC       *SEE SECTION IX*

**EFFECTS OF OVEREXPOSURE**
**EYE** - No irritation is likely to develop following contact with human eyes (Ref #1).
**SKIN** - No irritation is likely to develop following contact with human skin. This product will probably not be absorbed through the skin (Ref #1).
**INGESTION** - The acute LD 50 in rats is probably about 15 g/kg. Relative to other materials, a single dose of this product is relatively harmless by ingestion (Ref #1).
**INHALATION** - No toxic effects are known to be associated with inhalation of dust from this material (Ref #1).

**EMERGENCY AND FIRST AID PROCEDURES**
**EYE** - Hold eyelids open and rinse with flowing water for at least 15 minutes, consult medical personnel. Washing eyes within 1 minute is essential to achieve maximum effectiveness and reduce potential of injury.
**SKIN** - In case of contact, immediately flush skin with water for at least 15 minutes while removing contaminated clothing. If irritation persists call a physician. For thermal burns, cool quickly with water, do not peel off solidified material (Ref #1).
**INGESTION** - Give one or two glasses of water to drink. If gastrointestinal symptoms develop, consult medical personnel (Ref #1).
**INHALATION** - Get person out of contaminated area immediately to fresh air. If breathing has stopped have qualified person start artificial respiration and administer oxygen if available. Call a physician.

**WHEN IN DOUBT ALWAYS IMMEDIATELY CALL FOR MEDICAL ASSISTANCE**

## V - REACTIVITY INFORMATION

| STABILITY | CONDITIONS TO AVOID |
|---|---|
| X STABLE  UNSTABLE | None known |

| HAZARDOUS DECOMPOSITION PRODUCTS | Terephthalic Acid, Aldehydes, Carbon Dioxide, and Carbon Monoxide. |
|---|---|

| HAZARDOUS POLYMERIZATION | CONDITIONS |
|---|---|
| ☐ MAY OCCUR  ☒ WILL NOT OCCUR | NA |

| INCOMPATIBILITY (MATERIALS TO AVOID) | None known |
|---|---|
| ☐ WATER  ☐ OTHER | |

## VI - SPILL OR LEAK PROCEDURE INFORMATION

**STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED**

Sweep up and recover all spilled materials and place in a waste container for proper disposal. Release liners are extremely slippery, use caution when working with these products.

**WASTE DISPOSAL METHODS**

Dispose of in accordance with all federal, state and local regulations. Discarded product is not a hazardous waste under RCRA, 40 CFR 261.

## VII - SPECIAL PROTECTION INFORMATION

**VENTILATION TYPE**
Good local exhaust ventilation or other controls to maintain air concentrations below the exposure guidelines - PEL/TLV.

**RESPIRATORY PROTECTION**  Use an OSHA approved respirator (MSHA & NIOSH / ANSI Z88.2-1969) to maintain acceptable exposure limits for dust, if these guidelines will be greatly exceeded use positive pressure breathing apparatus (Ref #1).

| PROTECTIVE GLOVES | EYE PROTECTION |
|---|---|
| Cut resistant and non-static producing materials. | Safety glasses with side shields, goggles or full face shield. |

**OTHER PROTECTIVE EQUIPMENT**
If product is in a burning state, always use full protective gear including positive pressure self contained breathing apparatus.

## VIII - STORAGE AND HANDLING INFORMATION

| STORAGE TEMPERATURE | INDOOR | HEATED | REFRIGERATED | OUTDOOR |
|---|---|---|---|---|
| MAX. < 150°F    MIN. NE | Ambient | < 500°F | NA | NA |

**ADDITIONAL PRECAUTIONS**

As with most plastic, movement of film over metal or rollers will produce surface electrical charge on the film. This should be reduced or eliminated as much as possible since they provide a source of ignition for flammable vapors or gases which may be present in an industrial area or may shock operators. Film is highly resistant to initiation of tearing, but once a cut is made, it will tear easily. Operators of processing machinery should carry a sharp knife as a safeguard to free themselves from equipment.

## IX - TOXICITY INFORMATION

This product is not believed to be toxic or have toxic effects. However, please observe all precautionary measures as a personal safeguard against any undetermined or potential hazards.

## X - MISCELLANEOUS INFORMATION

| | | All of the information contained in this MSDS was extracted from documentation available on the individual constituents which make up this product. No analytical data exist on this product as a whole. Observe all precautions when using or handling this material. |
|---|---|---|
| Massachusetts TURA Listed Substance | Ref # None | |
| U.S. EPA TSCA Listed Substance | Ref # None | |
| OSHA Subpart Z Listed Substance | Ref # None | |
| Required Reporting SARA Title III Sec. 313 | Ref # None | |
| California Proposition 65 | Ref # None | |

| NA=NOT APPLICABLE NE=NOT ESTABLISHED | PREPARED BY *William D. Judd* | TITLE Env., Hlth. & Sfty. Mgr. | DATE REVISED ORIGINAL | DATE OF ORIGIN 12/22/95 - 03 |
|---|---|---|---|---|

THE INFORMATION CONTAINED HEREIN IS BASED ON DATA CONSIDERED ACCURATE. HOWEVER, NO WARRANTY IS EXPRESSED OR IMPLIED REGARDING THE ACCURACY OF THESE DATA OR THE RESULTS TO BE OBTAINED FROM THE USE THEREOF.  MADICO, INC. ASSUMES NO RESPONSIBILITY FOR PERSONAL INJURY OR PROPERTY DAMAGE TO VENDEES, USERS OR THIRD PARTIES CAUSED BY THE MATERIAL. VENDEES OR USERS ASSUME ALL RISKS ASSOCIATED WITH THE USE OF THE MATERIAL.