Michael S. Elkind (State Bar No. 61038)
  *melkind@fulpat.com*
David Pitman (State Bar No. 172944)
  *dpitman@fulpat.com*
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone:    310-824-5555
Facsimile:    310-824-9696

McCORMICK, PAULDING & HUBER LLP
J. Kevin Grogan
W. Tucker Griffith
Kevin H. Vanderleeden
CityPlace II, 185 Asylum Street
Hartford, Connecticut 06103
Telephone:    860-549-5290
Facsimile:    860-527-0464

Attorneys for ANEMOSTAT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>                    Plaintiff,<br><br>      v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT and PILKINGTON, PLC,<br><br>                    Defendants. | Case No. 07-cv-03535-JF - PVT<br><br>**DECLARATION OF KEVIN H. VANDERLEEDEN IN SUPPORT OF DEFENDANT ANEMOSTAT'S MOTION TO STAY THE LITIGATION PENDING REEXAMINATION OF THE PATENT AT ISSUE** |

1.    I, Kevin H. Vanderleeden, offer this declaration in support of Defendant Anemostat's MOTION TO STAY THE LITIGATION PENDING REEXAMINATION OF THE PATENT AT ISSUE, and declare as follows:

2.    I am an attorney admitted to practice *pro hac vice* before this Court and am one of the attorneys of record for Defendant Anemostat with respect to the above-captioned action.  I am over twenty-one years of age and not under any legal disability.  I have personal knowledge as to all facts set forth in this Declaration, and, if called upon to testify in the Court as to those facts, my testimony would be as stated herein.

3.    Attached as Exhibit I to Anemostat's MOTION TO STAY THE LITIGATION PENDING REEXAMINATION OF THE PATENT AT ISSUE, and referenced at page 3, line 12 of said MOTION, is a true and correct copy of an *ex parte* Request for Reexamination of U.S. Patent No. 7,090,906 (including attachments thereto), filed with the United States Patent and Trademark Office on August 29, 2007.

4.    Attached as Exhibit II to Anemostat's MOTION TO STAY THE LITIGATION PENDING REEXAMINATION OF THE PATENT AT ISSUE, and referenced at page 3, line 20 of said MOTION, is a true and correct copy of an *inter partes* Request for Reexamination of U.S. Patent No. 7,090,906 (including attachments thereto), filed with the United States Patent and Trademark Office on October 9, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of October 2007.

By  /s/Kevin H. Vanderleeden

1