Michael S. Elkind (State Bar No. 61038)
  melkind@fulpat.com
David Pitman (State Bar No. 172944)
  dpitman@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone:   310-824-5555
Facsimile:   310-824-9696

McCORMICK, PAULDING & HUBER LLP
J. Kevin Grogan
W. Tucker Griffith
Kevin H. Vanderleeden
CityPlace II, 185 Asylum Street
Hartford, Connecticut 06103
Telephone:   860-549-5290
Facsimile:   860-527-0464

Attorneys for ANEMOSTAT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| O'KEEFFE'S, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHNICAL GLASS PRODUCTS, ANEMOSTAT and PILKINGTON, PLC, <br><br> Defendants. | Case No. 07-cv-03535-JF - PVT <br><br> **PROPOSED ORDER GRANTING DEFENDANT ANEMOSTAT'S MOTION TO STAY LITIGATION PENDING REEXAMINATION OF THE PATENT AT ISSUE** |

On October 10, 2007, Defendant Anemostat moved for an administrative order staying the present litigation pending the reexamination of the patent at issue, U.S. Pat. No. 7,090,906.

Upon consideration of the arguments of counsel, as well as the relevant papers and pleadings in this action, and good cause appearing therefore, the Court HEREBY ORDERS as follows:

1. The current action will be, and hereby is, stayed with respect to all hearings, discovery and other matters pending the reexamination of U.S. Pat. No. 7,090,906, or until further order of this Court.

2. All current hearing, briefing, and discovery dates are hereby vacated.

3. Within ten (10) days of a decision by the U.S. Patent Office to either grant or deny Anemostat's reexamination requests, Anemostat shall notify the Court of the status of the request.

**IT IS SO ORDERED.**

Dated:

By_____
The Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE