Michael S. Elkind (State Bar No. 61038)
  *melkind@fulpat.com*
David Pitman (State Bar No. 172944)
  *dpitman@fulpat.com*
FULWINDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone:   310-824-5555
Facsimile:   310-824-9696

McCORMICK, PAULDING & HUBER LLP
CityPlace II, 185 Asylum Street
Hartford, Connecticut 06103
Telephone:   860-549-5290
Facsimile:   860-527-0464

Attorneys for ANEMOSTAT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHNICAL GLASS PRODUCTS, ANEMOSTAT and PILKINGTON, PLC, <br><br> Defendants. | Case No. 07-cv-03535-JF <br><br> **CERTIFICATE OF SERVICE OF DEFENDANT ANEMOSTAT'S MOTION TO STAY LITIGATION PENDING REEXAMINATION OF THE PATENT AT ISSUE, SUPPORTING DOCUMENTS AND PROPOSED ORDER** |

The undersigned hereby certifies that on the 10th day of October 2007, the foregoing

1.  **DEFENDANT ANEMOSTAT'S MOTION TO STAY LITIGATION PENDING REEXAMINATION OF THE PATENT AT ISSUE;**

2.  **DECLARATION OF KEVIN H. VANDERLEEDEN IN SUPPORT OF DEFENDANT ANEMOSTAT'S MOTION TO STAY THE LITIGATION PENDING REEXAMINATION OF THE PATENT AT ISSUE; AND**

3.  **PROPOSED ORDER GRANTING DEFENDANT ANEMOSTAT'S MOTION TO STAY LITIGATION PENDING REEXAMINATION OF THE PATENT AT ISSUE.**

was electronically filed with the Clerk of the Court using the CM/ECF System and that the same was served by electronic mail to the following:

| | |
|---|---|
| Mark I. Schickman | Jeffrey S. Love |
| mis@freelandlaw.com | jeffrey.love@klarquist.com |
| Daniel T. Bernhard | |
| bernhard@freelandlaw.com | |
| FREELAND COOPER & FOREMAN LLP | KLARQUIST SPARKMAN, LLP |
| 150 Spear Street, Suite 1800 | 121 S.W. Salmon Street, Suite 1600 |
| San Francisco, CA 94105 | Portland, OR 97204-2988 |
| p: 415-541-0200 | p: 503-595-5300 |
| f: 415-495-4332 | f: 503 595 5301 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| O'Keeffe's, Inc. | Technical Glass Products |

By  /s/Kevin H. Vanderleeden
Kevin H. Vanderleeden

Attorney for the Defendant, Anemostat

1
**CERTIFICATE OF SERVICE OF DEFENDANT ANEMOSTAT'S MOTION TO STAY LITIGATION PENDING REEXAMINATION OF THE PATENT AT ISSUE, SUPPORTING DOCUMENTS AND PROPOSED ORDER**
Case No. 07-cv-03535-JF