UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

O'KEEFFE'S INC.

           Plaintiff(s),

v.

TECHNICAL GLASS PRODUCTS,
ANEMOSTAT AND PILKINGTON,
           Defendant(s).

Case No. 07-CV-03535-JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/10/07

[Party] Steven F O'Karcek
CORPORATE COUNSEL
MESTEK, INC.

Dated: 10/11/07

[Counsel] J. Kevin Grogan, Esq.
Attorney for the Defendant
Anemostat