1 | Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
2 | Kelly I. Dunham (*Pro Hac Vice*)
kelly.dunham@klarquist.com
3 | Robert F. Scotti (*Pro Hac Vice*)
robert.scotti@klarquist.com
4 | Klarquist Sparkman, LLP
5 | 121 S.W. Salmon Street, Suite 1600
Portland, OR 97204-2988
6 | Telephone: (503) 595-5300
Facsimile: (503) 595-5301
7 |
8 | Eric L. Wesenberg (State Bar No. 139696)
ewesenberg@orrick.com
9 | Gabriel M. Ramsey (State Bar No. 209218)
gramsey@orrick.com
10 | Orrick, Herrington & Sutcliffe LLP
11 | 1000 Marsh Road
Menlo Park, CA 94025-1015
12 | Telephone: (650) 614-7400
Facsimile: (650) 614-7401
13 |
14 | Attorneys for Defendant Technical Glass Products

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT AND PILKINGTON PLC,<br><br>    Defendants. | Case No.: 07-3535 JF<br><br>**STIPULATION ENLARGING TIME FOR DEFENDANT TECHNICAL GLASS PRODUCTS TO RESPOND TO PLAINTIFF O'KEEFFE'S, INC.'S ANSWER AND COUNTERCLAIMS** |

STIPULATION ENLARGING TIME FOR TGP TO
RESPOND TO O'KEEFFE'S, INC.'S ANSWER AND COUNTERCLAIMS

Case No.: C-07-3535 JF

Pursuant to Civil Local Rule 6-1(a), Defendant Technical Glass Products ("TGP") and Plaintiff O'Keeffe's, Inc. ("Plaintiff") hereby stipulate that Defendant shall have an extension of time, to and including October 30, 2007, in which to answer, respond, or otherwise plead to O'Keeffe's Counterclaim.  Defendant's previous time to respond was October 23, 2007.  Defendant requests the additional time to finalize and respond sufficiently to the Counterclaim.

This Stipulation does not affect any rights or remedies of Plaintiff O'Keeffe's, Inc.  This extension of time should not alter the date of any event or deadline already fixed by the Court.

Dated this 18th day of October, 2007

By: /s/ Kelly I. Dunham
Jeffrey S. Love
jeffrey.love@klarquist.com
Kelly I. Dunham
kelly.duncham@klarquist.com
Robert F. Scotti
robert.scotti@klarquist.com
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204-2988
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Eric L. Wesenberg
ewesenberg@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Defendant and Counterclaim Plaintiff Technical Glass Products

Case No.:  C-07-3535 JF
**STIPULATION ENLARGING TIME FOR TGP TO RESPOND TO O'KEEFFE'S, INC.'S ANSWER AND COUNTERCLAIMS**
-1-

By: /s/ Daniel T. Bernhard
DANIEL T. BERNHARD
bernhard@freelandlaw.com
FREELAND, COOPER & FOREMAN LLP
150 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone:    (415) 541-0200
Facsimile:    (415) 495-4332

Attorneys for Plaintiff and Counterclaim Defendant
O'KEEFFE'S, INC.

I hereby attest that concurrence in the filing of this document has been obtained from Daniel T. Bernhard, attorney for Plaintiff, O'Keeffe's Inc.

Dated this 18th day of October, 2007

By: /s/ Jeffrey S. Love
Jeffrey S. Love

Case No.:  C-07-3535 JF
**STIPULATION ENLARGING TIME FOR TGP TO RESPOND TO O'KEEFFE'S, INC.'S ANSWER AND COUNTERCLAIMS**
-1-

**PROOF OF SERVICE**

The undersigned hereby certifies that on October 18, 2007, the foregoing **STIPULATION ENLARGING TIME FOR DEFENDANT TECHNICAL GLASS PRODUCTS TO RESPOND TO PLAINTIFF O'KEEFFE'S, INC.'S ANSWER AND COUNTERCLAIMS** was electronically filed with the Clerk of the Court using the CM/ECF System and that the same was served by electronic mail to the following:

| | |
|---|---|
| Mark I. Schickman<br>mis@freelandlaw.com<br>Daniel T. Bernhard<br>bernhard@freelandlaw.com<br>FREELAND COOPER & FOREMAN LLP<br>150 Spear Street, Suite 1800<br>San Francisco, CA  94105<br>Telephone: 415-541-0200<br>Facsimile:  415-495-4332<br><br>Attorneys for Plaintiff O'Keeffe's, Inc. | David John Massey Pitman<br>dpitman@fulpat.com<br>FULWIDER PATTON LLP<br>6060 Center Drive, 10th Floor<br>Los Angeles, CA  90045<br>Telephone:  310-242-2662<br>Facsimile:  310-824-9696<br><br>Attorneys for Defendant Anemostat |

　　　　　　　　　　　　　　　　　　　　/s/ Kelly I. Dunham_____
　　　　　　　　　　　　　　　　　　　　Kelly I. Dunham

**STIPULATION ENLARGING TIME FOR TGP TO RESPOND TO O'KEEFFE'S, INC.'S ANSWER AND COUNTERCLAIMS**

Case No.:  C-07-3535 JF

-1-