1  Michael S. Elkind (State Bar No. 61038)
     melkind@fulpat.com
2  David J. Pitman (State Bar No. 172944)
     dpitman@fulpat.com
3  FULWIDER PATTON LLP
   Howard Hughes Center
4  6060 Center Drive, Tenth Floor
   Los Angeles, California 90045
5  Telephone: (310) 824-5555
   Facsimile: (310) 824-9696
6
   McCORMICK, PAULDING & HUBER LLP
7  CityPlace II, 185 Asylum Street
   Hartford, Connecticut 06103
8  Telephone: 860-549-5290
   Facsimile: 860-527-0464
9
   Attorneys for ANEMOSTAT
10

11
# UNITED STATES DISTRICT COURT
12
# NORTHERN DISTRICT OF CALIFORNIA
13

14
   O'KEEFFE'S, INC.,                        CASE NO. 07-cv-03535-JF
15
              Plaintiff,                    Assigned to The Hon. Jeremy Fogel
16
        v.                                  NOTICE OF APPEARANCE OF COUNSEL
17                                          FOR DEFENDANT ANEMOSTAT
   TECHNICAL GLASS PRODUCTS,
18 ANEMOSTAT and PILKINGTON, PLC,

19            Defendant.

20

21

22

23

24

25

26

27

28

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Michael S. Elkind, of the law office of Fulwider Patton

3  LLP, hereby appears in the above-referenced action as a counsel for Anemostat and requests that

4  copies of all briefs, motion, orders, correspondence and other papers also be electronically served

5  on the undersigned as follows:

6  Michael S. Elkind  -  melkind@fulpat.com

8  Dated this 25th day of October, 2007.

9  Respectfully submitted,

11  By:  /s/ Michael S. Elkind
    Michael S. Elkind
    David J. Pitman
12  FULWIDER PATTON LLP
    Howard Hughes Center
13  6060 Center Drive, Tenth Floor
    Los Angeles, California  90045
14  Telephone:  310-824-5555
    Facsimile:  310-824-9696
15  E-Mail:  melkind@fulpat.com

16  Attorneys for Defendant
    ANEMOSTAT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of October 2007, the foregoing: **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ANEMOSTAT** was electronically filed with the Clerk of the Court using the CM/ECF System and that the same was served by electronic mail to the following:

| | |
|---|---|
| Mark I. Schickman<br>mis@freelandlaw.com<br>Daniel T. Bernhard<br>bernhard@freelandlaw.com<br>FREELAND COOPER & FOREMAN LLP<br>150 Spear Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: 415-541-0200<br>Facsimile: 415-495-4332<br><br>Attorneys for Plaintiff<br>O'Keeffe's, Inc. | Jeffrey S. Love<br>jeffrey.love@klarquist.com<br>KLARQUIST SPARKMAN, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, OR 97204-2988<br>Telephone: 503-595-5300<br>Facsimile: 503 595 5301<br><br>Attorneys for Defendant<br>Technical Glass Products |

/s/Michael S. Elkind
Michael S. Elkind