Michael S. Elkind (State Bar No. 61038)
  *melkind@fulpat.com*
David Pitman (State Bar No. 172944)
  *dpitman@fulpat.com*
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone:    310-824-5555
Facsimile:    310-824-9696

McCORMICK, PAULDING & HUBER LLP
CityPlace II, 185 Asylum Street
Hartford, Connecticut 06103
Telephone:    860-549-5290
Facsimile:    860-527-0464

Attorneys for ANEMOSTAT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| O'KEEFFE'S, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHNICAL GLASS PRODUCTS, ANEMOSTAT and PILKINGTON, PLC, <br><br> Defendants. | Case No. 07-cv-03535-JF <br><br> **REPLACEMENT EXHIBIT II AND EXHIBIT II-P FOR DEFENDANT ANEMOSTAT'S MOTION TO STAY LITIGATION PENDING REEXAMINATION OF THE PATENT AT ISSUE** |

On October 11, 2007, the USPTO requested that defendant Anemostat modify its Request for Inter Partes Reexamination of U.S. Pat. No. 7,090,906.

In response, on October 22, 2007, Anemostat modified its Request for Inter Partes Reexamination in the USPTO. More specifically, Anemostat added claim charts for the dependent claims and also submitted a replacement Information Disclosure Statement.

On October 25, 2007 Anemostat provided Plaintiff O'Keeffes' with copies of the added and replacement documents submitted to the USPTO.

Accordingly, defendant Anemostat submits the attached Replacement Exhibits II and II-P to conform the exhibits to its Motion to Stay Litigation Pending Reexamination with the current Inter Partes Request for Reexamination on file with the USPTO.

Respectfully submitted,

By  s/David J. Pitman
    David J. Pitman

Michael S. Elkind (State Bar No. 61038)
  *melkind@fulpat.com*
David J Pitman (State Bar No. 172944)
  *dpitman@fulpat.com*
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone:   (310) 824-5555
Facsimile:    (310) 824-9696


Kevin H. Vanderleeden (BBO#648361)
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Telephone:   (413) 736-5401
Facsimile:    (413) 733-4543

201891.1                                1

**REPLACEMENT EXHIBIT II AND EXHIBIT II-P FOR DEFENDANT ANEMOSTAT'S MOTION TO STAY LITIGATION PENDING REEXAMINATION OF THE PATENT AT ISSUE**
Case No. 07-cv-03535-JF

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of October 2007, the foregoing

**REPLACEMENT EXHIBIT II AND EXHIBIT II-P FOR DEFENDANT ANEMOSTAT'S MOTION TO STAY LITIGATION PENDING REEXAMINATION OF THE PATENT AT ISSUE**

was electronically filed with the Clerk of the Court using the CM/ECF System and that the same was served by electronic mail to the following:

| | |
|---|---|
| Mark I. Schickman | Jeffrey S. Love |
| mis@freelandlaw.com | jeffrey.love@klarquist.com |
| Daniel T. Bernhard | |
| bernhard@freelandlaw.com | |
| FREELAND COOPER & FOREMAN LLP | KLARQUIST SPARKMAN, LLP |
| 150 Spear Street, Suite 1800 | 121 S.W. Salmon Street, Suite 1600 |
| San Francisco, CA 94105 | Portland, OR 97204-2988 |
| p: 415-541-0200 | p: 503-595-5300 |
| f: 415-495-4332 | f: 503 595 5301 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| O'Keeffe's, Inc. | Technical Glass Products |

By  s/David J. Pitman/

David J. Pitman

201891.1

2

**REPLACEMENT EXHIBIT II AND EXHIBIT II-P FOR DEFENDANT ANEMOSTAT'S MOTION TO STAY LITIGATION PENDING REEXAMINATION OF THE PATENT AT ISSUE**
Case No. 07-cv-03535-JF