Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Todd M. Siegel (*Pro Hac Vice*)
todd.siegel@klarquist.com
Kelly I. Dunham (*Pro Hac Vice*)
kelly.dunham@klarquist.com
Robert F. Scotti (*Pro Hac Vice*)
robert.scotti@klarquist.com
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204-2988
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Eric L. Wesenberg (State Bar No. 139696)
ewesenberg@orrick.com
Gabriel M. Ramsey (State Bar No. 209218)
gramsey@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile:  (650) 614-7401

Attorneys for Defendant Technical Glass Products

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>    Plaintiff,<br><br>     v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT AND PILKINGTON PLC,<br><br>    Defendants. | Case No.:  07-3535 JF<br><br>**DEFENDANT TECHNICAL GLASS PRODUCTS' F.R.C.P. 7.1(a) AND L.R. 3-16 CERTIFICATIONS** |

DEFENDANT TECHNICAL GLASS PRODUCTS' F.R.C.P. 7.1(a) AND L.R. 3-16 CERTIFICATIONS

Case No.:  C-07-3535 JF

**F.R.C.P. 7.1(a) and L.R. 3-16 CERTIFICATIONS**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.16, Defendant J. R. Four, Ltd. dba Technical Glass Products is a closely held Washington corporation that has no parent corporation; no publicly held company owns 10% or more of its stock; and its principal officers are President Jerry Razwick and Chief Operating Officer Michael Moroney.

Dated this 26th day of October, 2007

By: /s/ Todd M. Siegel
Jeffrey S. Love
jeffrey.love@klarquist.com
Todd M. Siegel
todd.siegel@klarquist.com
Kelly I. Dunham
kelly.duncham@klarquist.com
Robert F. Scotti
robert.scotti@klarquist.com
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204-2988
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Eric L. Wesenberg
ewesenberg@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Defendant Technical Glass Products

Case No.:  C-007-3535 JF
DEFENDANT TECHNICAL GLASS PRODUCTS'
F.R.C.P. 7.1(a) AND L.R. 3-16 CERTIFICATIONS        -1-

**PROOF OF SERVICE**

The undersigned hereby certifies that on October 26, 2007, the foregoing DEFENDANT TECHNICAL GLASS PRODUCTS' F.R.C.P. 7.1(a) AND L.R. 3-16 CERTIFICATIONS was electronically filed with the Clerk of the Court using the CM/ECF System and that the same was served by electronic mail to the following:

| | |
|---|---|
| Mark I. Schickman | Michael S. Elkind |
| mis@freelandlaw.com | melkind@fulpat.com |
| Daniel T. Bernhard | David J. Pitman |
| bernhard@freelandlaw.com | dpitman@fulpat.com |
| FREELAND COOPER & FOREMAN LLP | FULWIDER PATTON LLP |
| 150 Spear Street, Suite 1800 | 6060 Center Drive, 10th Floor |
| San Francisco, CA  94105 | Los Angeles, CA  90045 |
| Telephone:  415-541-0200 | Telephone:  310-242-2662 |
| Facsimile:  415-495-4332 | Facsimile:  310-824-9696 |
| | |
| Attorneys for Plaintiff O'Keeffe's, Inc. | Attorneys for Defendant Anemostat |

/s/ Todd M. Siegel_____
Todd M. Siegel

DEFENDANT TECHNICAL GLASS PRODUCTS'
F.R.C.P. 7.1(a) AND L.R. 3-16 CERTIFICATIONS          -1-

Case No.:  C-007-3535 JF