United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Home** | **Patents** | **Trademarks** | **Other**

| Patent eBusiness |
| --- |
| Electronic Filing |
| Patent Application Information (PAIR) |
| Patent Ownership |
| Fees |
| Supplemental Resources & Support |

| Patent Information |
| --- |
| Patent Guidance and General Info |
| Codes, Rules & Manuals |
| Employee & Office Directories |
| Resources & Public Notices |

| Patent Searches |
| --- |
| Patent Official Gazette |
| Search Patents & Applications |
| Search Biological Sequences |
| Copies, Products & Services |

| Other |
| --- |
| Copyrights |
| Trademarks |
| Policy & Law |
| Reports |

**Patent Application Information Retrieval**

Order Certified Application As Filed    Order Certified File Wrapper    View Order List

90/010,016    FIRE RESISTANT SAFETY GLASS

Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent

### Bibliographic Data

| | | | |
| --- | --- | --- | --- |
| Application Number: | 90/010,016 | Customer Number: | - |
| Filing or 371 (c) Date: | 08-29-2007 | Status: | Determination - Reexamination Ordered |
| Application Type: | Re-Examination | Status Date: | 11-02-2007 |
| Examiner Name: | STEIN, STEPHEN J | Location: | ELECTRONIC |
| Group Art Unit: | 3991 | Location Date: | - |
| Confirmation Number: | 1173 | Earliest Publication No: | - |
| Attorney Docket Number: | OKEF-08008US0 | Earliest Publication Date: | - |
| Class / Subclass: | 428/380 | Patent Number: | - |
| First Named Inventor: | 7090906 , , | Issue Date of Patent: | - |
| Title of Invention: | | FIRE RESISTANT SAFETY GLASS | |

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC).
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy