Daniel F. Bailey (SBN 205888)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: dbailey@winston.com

Attorneys for Third-Party Defendant
UNDERWRITERS LABORATORIES INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE BRANCH**

| | |
|---|---|
| O'KEEFFE'S, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHNICAL GLASS PRODUCTS; ANEMOSTAT; and PILKINGTON PLC, <br><br> Defendants. <br><br> And Related Actions | **Case No. 07-cv-03535 JF** <br><br> **STIPULATION ENLARGING TIME FOR THIRD-PARTY DEFENDANT UNDERWRITERS LABORATORIES INC. TO RESPOND TO O'KEEFE'S, INC.'S THIRD PARTY CLAIMS** |

Pursuant to Civil Local Rule 6-1(a), Third-Party Defendant UNDERWRITERS LABORATORIES INC. ("UL") and Plaintiff O'KEEFFE'S, INC. ("Plaintiff") hereby stipulate that UL shall have an extension of time to and including November 26, 2007 in which to answer, respond, or otherwise plead to Plaintiff's Third Party Claim. UL's previous time to respond was November 12, 2007. UL requests the additional time to finalize and respond sufficiently to the Third Party Claim.

///

///

///

///

///

1

STIPULATION ENLARGING TIME FOR THIRD-PARTY DEFENDANT
UNDERWRITERS LABORATORIES INC. TO RESPOND TO O'KEEFFE'S, INC.'S THIRD PARTY CLAIMS

This Stipulation does not affect any rights or remedies of Plaintiff. This extension of time should not alter the date of any event or deadline already fixed by the Court.

Dated: November 9, 2007				WINSTON & STRAWN LLP

							By:  /s/ Daniel F. Bailey
							Daniel F. Bailey
							Attorneys for Third-Party Defendant
							UNDERWRITERS LABORATORIES INC.

Dated: November 9, 2007				FREELAND COOPER & FOREMAN LLP

							By:  /s/ Daniel T. Bernard
							Mark I. Schickman
							Daniel T. Bernhard
							Attorneys for Plaintiff and
							Counterclaimant O'KEEFFE'S, INC.

I hereby attest that concurrence in the filing of this document has been obtained from Daniel T. Bernard, attorney for Plaintiff O'Keeffe's Inc.

Dated: November 9, 2007

							By:  /s/ Daniel F. Bailey
							Daniel F. Bailey

SF:188366.1

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

2
STIPULATION ENLARGING TIME FOR THIRD-PARTY DEFENDANT
UNDERWRITERS LABORATORIES INC. TO RESPOND TO O'KEEFFE'S, INC.'S THIRD PARTY CLAIMS