MARK I. SCHICKMAN (CSB #62653)
schickman@freelandlaw.com
DANIEL T. BERNHARD (CSB #104229)
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone:    (415) 541-0200
Facsimile:    (415) 495-4332

Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TECHNICAL GLASS PRODUCTS,<br>ANEMOSTAT, and PILKINGTON PLC,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.: C 07-cv-03535 JF PVT<br><br>**PLAINTIFF'S *ERRATA* TO JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE:　November 16, 2007<br>TIME:　9:00 a.m.<br>DEPT:　Courtroom 3, 5th Floor<br>　　　　The Honorable Jeremy Fogel |

///
///
///

PLAINTIFF'S *ERRATA* TO JOINT CASE MANAGEMENT STATEMENT
Case No. 07 cv-03535 JF PVT
{00113028-1}

1

The parties hereby submit this *Errata* to the previously filed Joint Case Management Conference Statement, and specifically page 14 thereto, to effect removal of the signature of local counsel, Michael S. Elkind, as signatory for defendant Anemostat, and substitute in place and instead Anemostat's principal counsel, Kevin Vanderleeden, as shown below:

Dated: November 9, 2007

    McCORMICK, PAULDING & HUBER LLP

By:    /s/ Kevin H. Vanderleeden
Kevin H. Vanderleeden
Attorneys for Defendant and
Counterclaimant ANEMOSTAT

CityPlace II, 185 Asylum Street
Hartford, Connecticut 06103
Telephone:   (860) 549-5290
Facsimile:   (860) 527-0464

vanderleeden@ip-lawyers.com

Plaintiff respectfully request that the Court consider this correction as part of the parties' timely filed Joint Case Management Statement.

Dated: November 12, 2007     FREELAND COOPER & FOREMAN LLP

By:    /s/ Daniel T. Bernhard
DANIEL T. BERNHARD
Attorneys for Plaintiff and Counter
defendant O'KEEFFE'S, INC.