MARK I. SCHICKMAN (CSB #62653)
schickman@freelandlaw.com
DANIEL T. BERNHARD (CSB #104229)
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone:    (415) 541-0200
Facsimile:    (415) 495-4332

Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHNICAL GLASS PRODUCTS, ANEMOSTAT, and PILKINGTON PLC, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | CASE NO.:  C 07-cv-03535 JF PVT <br><br> **PLAINTIFF AND COUNTERDEFENDANT O'KEEFFE,'S, INC.'S F.R.C.P. 7.1(a) AND L.R. 3-16 CERTIFICATIONS** |

/ / /

/ / /

/ / /

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

### F.R.C.P. 7.1(a) and L.R. 3-16 CERTIFICATIONS

Pursuant to Rule of Civil Procedure 7.1(a) and Local Rule 3.16, Plaintiff and Counterdefendant O'Keeffe's, Inc. is a privately owned S-corporation, and has no parent corporation. It also does business under the name Safti-First.  No publicly held company owns 10% or more of its stock; and its principal officer is it President, William O'Keeffe, Jr.

Dated: November 9, 2007                    FREELAND COOPER & FOREMAN LLP


By:        /s/ Daniel T. Bernhard
           DANIEL T. BERNHARD
           Attorneys for Plaintiff and Counter
           defendant O'KEEFFE'S, INC.

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

PLAINTIFF'S F.R.C.P. 7.1(a) AND L.R. 3-16 CERTIFICATIONS
Case No. 07 cv-03535 JF PVT
{00113001-1}