Kevin H. Vanderleeden (BBO#648361)
  vanderleeden@ip-lawyers.com
J. Kevin Grogan (BBO#635089)
  grogan@ip-lawyers.com
Wm. Tucker Griffith (State Bar No. 415755)
  tucker@ip-lawyers.com
McCORMICK, PAULDING & HUBER LLP
CityPlace II, 185 Asylum Street
Hartford, Connecticut 06103
Telephone:   860-549-5290
Facsimile:   860-527-0464

Michael S. Elkind (State Bar No. 61038)
  melkind@fulpat.com
David Pitman (State Bar No. 172944)
  dpitman@fulpat.com
FULWINDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone:   310-824-5555
Facsimile:   310-824-9696

Attorneys for ANEMOSTAT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC., | Case No. 07-cv-03535-JF |
| Plaintiff, | **DEFENDANT ANEMOSTAT'S F.R.C.P. 7.1(a) AND L.R. 3-16 CERTIFICATIONS** |
| v. | |
| TECHNICAL GLASS PRODUCTS, ANEMOSTAT and PILKINGTON, PLC, | |
| Defendants. | |

**F.R.C.P. 7.1(a) AND L.R. 3-16 CERTIFICATIONS**

Pursuant to Rule of Civil Procedures 7.1(a) and Local Rule 3.16, Defendant Anemostat is a division of Pacific Air Balance, Inc., a privately held California corporation.  No publicly held company owns 10% or more of its stock; and its principal officer is David Chipman.

Respectfully submitted,

By  /s/Kevin H. Vanderleeden
    Kevin H. Vanderleeden
    One of the Attorneys for
    Defendant, Anemostat

Kevin H. Vanderleeden (BBO#648361)
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Telephone:   (413) 736-5401
Facsimile:   (413) 733-4543

Of Counsel:

Michael S. Elkind (State Bar No. 61038)
  melkind@fulpat.com
David Pitman (State Bar No. 172944)
  dpitman@fulpat.com
FULWINDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone:   (310) 824-5555
Facsimile:   (310) 824-9696

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of November 2007, the foregoing

**DEFENDANT ANEMOSTAT'S F.R.C.P. 7.1(a) AND L.R. 3-16 CERTIFICATIONS**

was electronically filed with the Clerk of the Court using the CM/ECF System and that the same was served by electronic mail to the following:

| | |
|---|---|
| Mark I. Schickman<br>mis@freelandlaw.com<br>Daniel T. Bernhard<br>bernhard@freelandlaw.com<br>FREELAND COOPER & FOREMAN LLP<br>150 Spear Street, Suite 1800<br>San Francisco, CA 94105<br>p: 415-541-0200<br>f: 415-495-4332 | Jeffrey S. Love<br>jeffrey.love@klarquist.com<br><br><br>KLARQUIST SPARKMAN, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, OR 97204-2988<br>p: 503-595-5300<br>f: 503 595 5301 |
| Attorneys for Plaintiff<br>O'Keeffe's, Inc. | Attorneys for Defendant<br>Technical Glass Products |

By    /s/Kevin H. Vanderleeden
        Kevin H. Vanderleeden