**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, November 16, 2007
**Case Number:** CV-07-3535-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | O'KEEFFE'S, INC. V. TECHNICAL GLASS PRODUCTS, ET AL |
|---|---|
| | **PLAINTIFF** — **DEFENDANT** |

**Attorneys Present:** Daniel Bernhard, Behrooz Shariati     **Attorneys Present:** Jeffrey Love, Eric Wesenberg for Technical, Kevin Grogan for Anemostat

PROCEEDINGS:

    Hearing on Motion to Stay held. Parties are present. The motion is taken under submission. The case management conference is not held.