```
1  Jason McDonell (State Bar No. 115084)
   JONES DAY
2  555 California Street, 26th Floor
   San Francisco, CA  94104-1500
3  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
4  E-mail:       jmcdonell@jonesday.com

5  Behrooz Shariati (State Bar No. 174436)
   JONES DAY
6  1755 Embarcadero Road
   Palo Alto, CA  94303
7  Telephone:    (650) 739-3939
   Facsimile:    (650) 739-3900
8  E-mail:       bshariati@jonesday.com

9  Attorneys for Plaintiff
10 O'KEEFFE'S, INC.
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| O'KEEFFE'S, INC.<br><br>              Plaintiff,<br><br>  vs.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT and PILKINGTON, PLC,<br><br>             Defendants. | **CASE NO. 07-CV-03535-JF**<br><br>**NOTICE OF APPEARANCE** |
| AND RELATED COUNTER-CLAIMS. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that the following counsel will hereby appear in this matter as counsel of record on behalf of Plaintiff O'Keeffe's, Inc. ("Plaintiff") and request that all notices and/or papers filed or served in this matter be served on Defendant's counsel at the following address:

1  Jason McDonell (jmcdonell@jonesday.com)
   Jones Day
2  555 California Street, 26th Floor
   San Francisco, CA  94104-1500
3
   Behrooz Shariati (bshariati@jonesday.com)
4  Jones Day
   1755 Embarcadero Road
5  Palo Alto, CA  94303

6  PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only all

7  notices and papers, but also includes, without limitation, orders and notices of any pleading,

8  complaint, hearing, application, motion, request, or demand, whether formal or informal, written

9  or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

10
   Dated:  November 20, 2007                Respectfully submitted,
11
                                            JONES DAY
12

13
                                            By:    /s/  Jason McDonell
14                                                 Jason McDonell

15                                          Attorneys for Plaintiff
                                            O'KEEFFE'S, INC.
16

17

18

19  SFI-574198v1

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
CASE NO. 07-CV-03535-JF

2