Daniel F. Bailey (SBN 205888)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:  415-591-1400
Email: dbailey@winston.com

Attorneys for Third-Party Defendant
UNDERWRITERS LABORATORIES INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE BRANCH

| | |
|---|---|
| O'KEEFFE'S, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHNICAL GLASS PRODUCTS; ANEMOSTAT; and PILKINGTON PLC, <br><br> Defendants. <br><br> And Related Actions | Case No. 07-cv-03535 JF <br><br> **STIPULATION ENLARGING TIME FOR THIRD-PARTY DEFENDANT UNDERWRITERS LABORATORIES INC. TO RESPOND TO O'KEEFE'S, INC.'S THIRD PARTY CLAIMS** |

Pursuant to Civil Local Rule 6-1(a), Third-Party Defendant UNDERWRITERS LABORATORIES INC. ("UL") and Plaintiff O'KEEFFE'S, INC. ("Plaintiff") hereby stipulate that UL shall have an extension of time to and including December 10, 2007 in which to answer, respond, or otherwise plead to Plaintiff's Third Party Claim. UL's previous time to respond was November 26, 2007. The parties request this extension to continue their discussions regarding this dispute.

///

///

///

///

///

This Stipulation does not affect any rights or remedies of Plaintiff. This extension of time should not alter the date of any event or deadline already fixed by the Court.

Dated: November 21, 2007                    WINSTON & STRAWN LLP

By:  /s/ Daniel F. Bailey
     Daniel F. Bailey
     Attorneys for Third-Party Defendant
     UNDERWRITERS
     LABORATORIES INC.

Dated: November 21, 2007                    FREELAND COOPER & FOREMAN LLP

By:  /s/ Daniel T. Bernard
     Mark I. Schickman
     Daniel T. Bernhard
     Attorneys for Plaintiff and
     Counterclaimant O'KEEFFE'S, INC.

I hereby attest that concurrence in the filing of this document has been obtained from Daniel T. Bernard, attorney for Plaintiff O'Keeffe's Inc.

Dated: November 21, 2007

By:  /s/ Daniel F. Bailey
     Daniel F. Bailey

SF:189546.1