Daniel F. Bailey (SBN 205888)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: dbailey@winston.com

Kimball R. Anderson (*pro hac vice* admission applicant)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: kanderson@winston.com

Attorneys for Third-Party Defendant
UNDERWRITERS LABORATORIES INC.

FILED
2007 NOV 29 A 11:22
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE BRANCH

| | |
|---|---|
| O'KEEFFE'S, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHNICAL GLASS PRODUCTS; ANEMOSTAT; and PILKINGTON PLC, <br><br> Defendants. <br><br> And Related Actions | Case No. 07-cv-03535 JF <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil Local Rule 11-3, Kimball R. Anderson, an active member in good standing of the bar of the State of Illinois and who is admitted to the following courts: the Central District Court of Illinois; the Eastern District of Michigan; the Federal Circuit Court of Appeals; the Illinois Supreme Court; the Northern District of Illinois; the United States Court of Appeals - 3rd Circuit; the United States Court of Appeals- 6th Circuit; the United States Court of Appeals- 7th Circuit; the United States Court of Federal Claims; the United States Supreme Court; the United States Tax

---

1

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Court; and the Western District of Michigan, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Third-Party Defendant UNDERWRITERS LABORATORIES INC. in the above-entitled action.

In support of this application, I hereby certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order Number 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is: Daniel F. Bailey; 101 California Street, San Francisco, California 94111; (415) 591-1000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/17/07

_____
Kimball R. Anderson

SF:189080.1