COPY

fees paid

1  Daniel F. Bailey (SBN 205888)
   WINSTON & STRAWN LLP
2  101 California Street
   San Francisco, CA 94111-5894
3  Telephone:  415-591-1000
   Facsimile:  415-591-1400
4  Email: dbailey@winston.com

5  Kimball R. Anderson (*pro hac vice* admission applicant)
   WINSTON & STRAWN LLP
6  35 West Wacker Drive
   Chicago, IL 60601-9703
7  Telephone:  312-558-5600
   Facsimile:  312-558-5700
8  Email: kanderson@winston.com

9
   Attorneys for Third-Party Defendant
10 UNDERWRITERS LABORATORIES INC.

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE BRANCH

14 O'KEEFFE'S, INC.,                    )  Case No. 07-cv-03535 JF
                                        )
15              Plaintiff,              )  APPLICATION FOR
                                        )  ADMISSION OF ATTORNEY
16       v.                             )  *PRO HAC VICE*
                                        )
17 TECHNICAL GLASS PRODUCTS;            )
   ANEMOSTAT; and PILKINGTON PLC,       )
18                                      )
                Defendants.             )
19                                      )
                                        )
20 And Related Actions                  )
                                        )
21                                      )

22       Pursuant to Civil Local Rule 11-3, Kimball R. Anderson, an active member in good standing

23 of the bar of the State of Illinois and who is admitted to the following courts: the Central District

24 Court of Illinois; the Eastern District of Michigan; the Federal Circuit Court of Appeals; the Illinois

25 Supreme Court; the Northern District of Illinois; the United States Court of Appeals - 3rd Circuit;

26 the United States Court of Appeals - 6th Circuit; the United States Court of Appeals - 7th Circuit; the

27 United States Court of Federal Claims; the United States Supreme Court; the United States Tax

28

                                             1
              APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Court; and the Western District of Michigan, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Third-Party Defendant UNDERWRITERS LABORATORIES INC. in the above-entitled action.

In support of this application, I hereby certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order Number 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is: Daniel F. Bailey; 101 California Street, San Francisco, California 94111; (415) 591-1000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/17/07

Kimball R. Anderson

SF:189080.1

2
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*