ORIGINAL

Daniel F. Bailey (SBN 205888)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: dbailey@winston.com

Kimball R. Anderson (*pro hac vice* admission applicant)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: kanderson@winston.com

Attorneys for Third-Party Defendant
UNDERWRITERS LABORATORIES INC.

**Filed**

DEC - 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE BRANCH

| | |
|---|---|
| O'KEEFFE'S, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHNICAL GLASS PRODUCTS; ANEMOSTAT; and PILKINTON PLC, <br><br> Defendants. <br><br> And Related Actions | Case No. 07-cv-03535 JF <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Kimball R. Anderson, an active member in good standing of the bar of the State of Illinois and who is admitted to the following courts: the Central District Court of Illinois; the Eastern District of Michigan; the Federal Circuit Court of Appeals; the Illinois Supreme Court; the Northern District of Illinois; the United States Court of Appeals - 3rd Circuit; the United States Court of Appeals- 6th Circuit; the United States Court of Appeals- 7th Circuit; the United States Court of Federal Claims; the United States Supreme Court; the United States Tax Court; and the Western District of Michigan, whose business address and telephone number is 35 West Wacker Drive Chicago, IL 60601-9703, having applied in the above-entitled action for admission to practice in the

1

Northern District of California on a *pro hac vice* basis, representing Third-Party Defendant UNDERWRITERS LABORATORIES INC.

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/3/07

Hon. Jeremy Fogel
UNITED STATES DISTRICT COURT

SF:189104.1