1   Kimball R. Anderson (Admitted *pro hac vice*)
    WINSTON & STRAWN LLP
2   35 West Wacker Drive
    Chicago, IL 60601-9703
3   Telephone:     312-558-5600
    Facsimile:      312-558-5700
4   Email: kanderson@winston.com

5   Daniel F. Bailey (SBN 205888)
    WINSTON & STRAWN LLP
6   101 California Street
    San Francisco, CA 94111-5894
7   Telephone:     415-591-1000
    Facsimile:      415-591-1400
8   Email: dbailey@winston.com

9   Attorneys for Third-Party Defendant
    UNDERWRITERS LABORATORIES INC.

10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA**

12

**SAN JOSE BRANCH**

13

| | |
|---|---|
| O'KEEFFE'S, INC., | Case No. 07-cv-3535 JF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING THIRD-PARTY DEFENDANT UNDERWRITERS LABORATORIES INC.'S MOTION TO DISMISS O'KEEFFE'S, INC.'S THIRD PARTY COMPLAINT** |
| v. | |
| TECHNICAL GLASS PRODUCTS; ANEMOSTAT; and PILKINTON PLC, | |
| Defendants. | Date:   February 1, 2008 |
| | Time:   9:00 a.m. |
| O'KEEFFE'S, INC., | Place:  Courtroom 3, 5th Floor |
| | Judge:  The Honorable Jeremy Fogel |
| Counterclaimant, | |
| v. | |
| TECHNICAL GLASS PRODUCTS, Counterdefendant; and UNDERWRITERS LABORATORIES INC., Third-Party Defendant. | |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

**IT IS HEREBY ORDERED** that O'Keeffe's, Inc.'s third party complaint against Underwriters Laboratories Inc. is dismissed in its entirety without leave to amend.

Dated:  February _____, 2007

By:    _____
          HONORABLE JEREMY FOGEL

SF:190504.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894