MARK I. SCHICKMAN (CSB #62653)
schickman@freelandlaw.com
DANIEL T. BERNHARD (CSB #104229)
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone:    (415) 541-0200
Facsimile:    (415) 495-4332

Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT, and PILKINGTON PLC,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.:  C 07-cv-03535 JF PVT<br><br>**PLAINTIFF O'KEEFFE'S, INC. EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AGAINST UNDERWRITERS LABORATORIES, INC.** |

PLAINTIFF O'KEEFFE'S, INC.   EX PARTE APPLICATION FOR TRO AND OSC RE: PRELIMINARY INJUNCTION AGAINST UNDERWRITERS LABORATORIES, INC.

Case No. 07 cv-03535 JF PVT

{00114312-1}

Plaintiff O'Keeffe's Inc. hereby applies ex parte for a temporary restraining order and order to show cause why counter-defendant Underwriters Laboratories Inc. ("UL"), its agents, servants, employees and attorneys, and all those in active concert or participation with it or them, should be not restrained and enjoined pending trial of this action from retaliating against Plaintiff O'Keeffe's Inc. in any manner for filing this lawsuit, including canceling O'Keffee's UL mark and listing, terminating UL's Services Agreement with O'Keeffe's, or acting on its November 28, 2007 notice of termination of the UL Services Agreement.

Pending hearing of plaintiff's application, plaintiff requests that UL, its agents, servants, employees and attorneys, and all those in active concert or participation with it or them, be enjoined from retaliating against Plaintiff O'Keeffe's Inc. in any manner for filing this lawsuit, including canceling O'Keffee's UL mark and listing, terminating UL Services Agreement with O'Keeffe's, or acting on its November 28, 2007 notice of termination of the UL Services Agreement. The undersigned counsel has advised counsel for UL that such an ex parte request will be made to this Court.

This application is made on the grounds that immediate and irreparable injury will result to Plaintiff unless the activities described above are immediately enjoined, and it is based on the accompanying Memorandum of Points and Authorities, and the declarations of William F. O'Keeffe and Daniel T. Bernhard, submitted herewith.

Dated: January 11, 2008                FREELAND COOPER & FOREMAN LLP

                                       By:    /s/ Daniel T. Bernhard
                                       DANIEL T. BERNHARD
                                       Attorneys for Plaintiff and Counter
                                       defendant O'KEEFFE'S, INC.