MARK I. SCHICKMAN (CSB #62653)
schickman@freelandlaw.com
DANIEL T. BERNHARD (CSB #104229)
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone:    (415) 541-0200
Facsimile:    (415) 495-4332

Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT, and PILKINGTON PLC,<br><br>Defendants.<br><br>And Related Actions. | CASE NO.: C 07-cv-03535 JF PVT<br><br>**DECLARATION OF DANIEL T. BERNHARD IN SUPPORT OF PLAINTIFF O'KEEFFE'S, INC. EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AGAINST UNDERWRITERS LABORATORIES, INC.**<br><br>DATE:    To Be Set<br>TIME:    To Be Set<br>DEPT:    Courtroom 3, 5th Floor<br>         The Honorable Jeremy Fogel |

I, Daniel T. Bernhard, declare as follows:

1. I am a member of the bar of this Court, and a member of the law firm of Freeland Cooper & Foreman, counsel for Plaintiff O'Keeffe's, Inc. herein ("OKI"). The following facts are within my personal knowledge, and if called upon I could and would testify competently to them.

2. On approximately November 12, 2007, I spoke to one of UL's attorneys in this

DECL. OF DANIEL T. BERNHARD IN SUPP. OF PLTF O'KEEFFE'S INC.
EX PARTE APP. FOR TEMPORARY RESTRAINING ORDER AND ORDER
TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AGAINST UNDERWRITERS
LABORATORIES
{00114371-1}

Case No. 07 cv-03535 JF PVT

1

matter, Kimball Anderson, concerning OKI's claims against UL. In that conversation Mr. Anderson told me that if OKI did not dismiss all claims against UL, then UL would terminate its listing arrangement with OKI. I asked him on what basis UL could retaliate against OKI for its efforts to assert its rights. Mr. Anderson replied that UL did not have to do business with entities that sued it, and did not want to. He told me that "UL will terminate your client's listing, and he will have a lot of glass and no one to sell it to."

3. Attached hereto as Exhibit "A" are true and correct copies of three pages from the UL website, as downloaded by my office, providing general information about UL and its activities. These documents comment that "Many companies make it their policy to obtain UL Listing . . to minimize the possibility of local non-acceptance." With respect to "Fire Door & Fire Window Testing," UL notes that it provides "... full certification services for fire doors and fire windows ... Once your product is Listed, it will appear in a UL Product Directory. These Directories are referenced by over 2,500 AHJs and code officials annually."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and corrected.

Executed this 11th day of January, 2008, at San Francisco, California.

DANIEL T. BERNHARD

DECL. OF DANIEL T. BERNHARD IN SUPP. OF PLTF O'KEEFFE'S INC.  Case No. 07 cv-03535 JF PVT
EX PARTE APP. FOR TEMPORARY RESTRAINING ORDER AND ORDER
TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AGAINST UNDERWRITERS
LABORATORIES
{00114371-1}