# EXHIBIT A

# Fire Door & Fire Window Testing



Underwriters Laboratories Inc. has full certification services for fire doors and fire windows. UL has been testing fire doors since the early 1900s. In fact, a rolling steel fire door was the very first product tested under UL's Listing service. Once your product is Listed, it will appear in a UL Product Directory. These Directories are referenced by over 2,500 AHJs and code officials annually.

## Test Standards

Fire Doors
- **ANSI/UL10C** – Positive Pressure Fire Tests of Door Assemblies
- **ANSI/UL10B** – Fire Tests of Door Assemblies
- **UL1784** – Air Leakage Tests for Door Assemblies
- **NFPA 252** – Standard Methods of Fire Tests of Door Assemblies (National Fire Codes, vol. 6)
- **UBC 7-2 (1997)** – Fire Tests of Door Assemblies, Parts I and II
- **ASTM E2074** – Standard Test Method for Fire Tests of Door Assemblies, Including Positive Pressure Testing of Side-Hinged and Pivoted Swinging Door Assemblies

Fire Windows
- **UL9** – Fire Tests of Window Assemblies
- **UBC 7-4 (1997)** – Fire Tests of Window Assemblies
- **ASTM E2010** – Standard Test Method for Positive Pressure Fire Tests of Window Assemblies





## Services

- Full fire testing capabilities – large and small furnaces available
- Field Labeling – inspections and evaluations
- Steel door distributors – extensive Labeling capabilities
- Wood door machiners – apply UL Marks on wood fire doors
- Air leakage tests for smoke doors
- Wind-resistance tests

Underwriters Laboratories Inc.
333 Pfingsten Road
Northbrook, Illinois 60062-2096
United States of America

Tel. + 1 847 272 8800
www.ul.com

Copyright © 2002 by Underwriters Laboratories Inc.

**Underwriters Laboratories**

| Go directly to a UL Service: | Global Locations | Search | Search |

# About UL

Underwriters Laboratories Inc. (UL) is an independent product safety certification organization that has been testing products and writing Standards for Safety for over a century. UL evaluates more than 19,000 types of products, components, materials and systems annually with 21 billion UL Marks appearing on 71,000 manufacturers' products each year. UL's worldwide family of companies and network of service providers includes 66 laboratory, testing and certification facilities serving customers in 104 countries.

## Our Mission: Working for a safer world since 1894

- To promote safe living and working environments for people by the application of safety science and hazard-based safety engineering
- To support the production and use of products which are physically and environmentally safe and to apply our efforts to prevent or reduce loss of life and property
- To advance safety science through research and investigation
- To concentrate our efforts and resources on public safety in those areas where we can make valuable contributions
- To work with integrity and a focus on quality to enhance the trust conveyed by our certification marks
- To charge fair prices that allow us to meet our obligations, sustain our growth, and invest in safety science and education.
- To invest in our people and encourage our people to invest in themselves
- To be a good example of corporate citizenship and social responsibility

Here's more information about UL's global conformity work in 2006:

| |
|---|
| **21 billion** UL Marks appeared on products |
| **71,680** manufacturers produced UL certified products |
| UL conducted **108,745** product evaluations |
| UL evaluated **19,214** types of products |
| **127** UL Inspection Centers worldwide |
| **104** countries with UL customers |
| UL reached **223 million** consumers with safety messages in the United States and Canada |
| There were **1,006** UL Standards and **178** ULC Standards |
| UL registered **8,848** facilities to a management system standard as of Dec. 31, 2006 |
| **66** laboratory, testing and certification facilities were part of the UL family of companies |
| **6,200** staff of the UL family of companies ready to serve UL customers |



**Q: Do I need to have the UL Mark on my product in the US?**
**Is there a law stating that my product should have a UL Mark?**
**Does our product require UL testing?**

A: Manufacturers submit products to UL for testing and safety certification on a voluntary basis. There are no laws specifying that a UL Mark must be used. However, in the U.S. there are many municipalities that have laws, codes or regulations which require a product to be tested by a nationally recognized testing laboratory before it can be sold in their area. UL is the largest and oldest nationally recognized testing laboratory in the United States. UL does not, however, maintain a list of the jurisdictions having such regulations.

If you plan to market your product nationally or internationally, it is advisable to obtain UL Listing. If a limited marketing program is anticipated, check with the Municipal office having jurisdiction in the particular areas to learn first hand the local retail ordinances or product installation requirements applicable in that area.

Many companies make it their policy to obtain UL Listing not only to minimize the possibility of local non-acceptance, but also as a matter of corporate policy and commitment to minimize the possibility of risk in the use of their products.

[Print] [Close]