1  MARK I. SCHICKMAN (CSB #62653)
   schickman@freelandlaw.com
2  DANIEL T. BERNHARD (CSB #104229)
   bernhard@freelandlaw.com
3  FREELAND COOPER & FOREMAN LLP
   150 Spear Street, Suite 1800
4  San Francisco, California 94105
   Telephone:    (415) 541-0200
5  Facsimile:    (415) 495-4332

6  Attorneys for Plaintiff, Counterdefendant and
   Counterclaimant O'KEEFFE'S, INC.

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12 O'KEEFFE'S, INC.,                          CASE NO.: C 07-cv-03535 JF PVT

13              Plaintiff,                     **DECLARATION OF WILLIAM F.
                                               O'KEEFFE IN SUPPORT OF EX
14     v.                                      PARTE APPLICATION FOR
                                               TEMPORARY RESTRAINING
15 TECHNICAL GLASS PRODUCTS,                   ORDER AND ORDER TO SHOW
   ANEMOSTAT, and PILKINGTON PLC,              CAUSE RE: PRELIMINARY
16                                             INJUNCTION AGAINST
              Defendants.                      UNDERWRITERS LABORATORIES,
17                                             INC.**

18                                             **DATE:    To Be Set
                                               TIME:     To Be Set
19                                             DEPT:     Courtroom 3, 5th Floor
                                                         The Honorable Jeremy Fogel**
20

21

22 AND RELATED COUNTERCLAIMS.

23

24     I, WILLIAM F. O'KEEFFE, declare as follows:

25     1.     I am the President of Plaintiff O'Keeffe's Inc. ("O'Keeffe's") and, in that capacity, I

26 have obtained personal knowledge of the following.

27     2.     The approval and installation of architectural glazing in locations which are either fire

28 or safety rated is a field highly regulated by code and by local building officials.  Where there is a risk

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

of human impact (for example, when dealing with doors and immediately adjacent areas) glazing generally must meet impact standards, such as the ability to withstand up to 400 foot-pounds of force. Similarly, where fire resistance is important (for example, when dealing with a fire corridor) glazing generally must meet standards which reflect an ability to resist or protect against fire for periods such as 20, 45, 60, 90 minutes.

3.    Local building officials generally do not perform tests for impact-safety or fire protection/resistance on a construction site. Rather, building codes call for a "listed" or "rated" product, upon which the logo of an accredited listing or rating agency is permanently affixed. Architectural safety glazing will generally not be approved by government officials unless it contains such a rating.

4.    There are two such major recognized listing and rating organizations in the United States, and defendant Underwriter's Laboratory ("UL") is the largest and most recognized one. As a practical matter, it is impossible to engage in the business of safety architectural glazing unless a manufacturer has fair access to a UL label.

5.    During 2006 and 2007, O'Keeffe's paid $54,000 to UL for testing, listing and labeling services. During that same period, we spent about $400,000 in advertising and brochures which generally feature the UL logo prominently. I have committed our publicity campaigns toward a UL listing. Virtually all of our sales literature (a true and correct copy of some of which is attached as Exhibit A) relies upon and touts our UL listing. Many of the specifications upon which we are currently bidding require a UL label. Many of the components (such as door frames) in which our glazing is placed has a UL rating and -- in order to maintain that rating -- must have UL listed and rated glazing installed in it, as well. Our business is very heavily invested in our UL rating.

6.    We have performed all of the technical and financial duties required to maintain our UL rating, including: paying all fees when due; creating product which meets UL test standards; providing UL with technical data on our listed and labeled product. Our business strategy is based upon the assumption that said compliance, as fairly applied, will allow us to keep and maintain our listing.

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

2

7.      We filed the current claims against UL <u>after</u> Defendant Technical Glass Products ("TGP") filed a counter-claim against O'Keeffe's, raising the issue of unfair competition. In response, we claimed, among other things, that UL helped TGP to engage in unfair competition by giving TGP favorable treatment such as granting to TGP listings for code applications with which the  TGP product did not comply, while refusing similar listings to us under similar circumstances.  This provides an unfair and overwhelming, competitive advantage to TGP, at the risk of public safety considerations.

8.      Prior to the filing of this suit against UL, UL never threatened the cancellation of my UL mark. However, after filing this suit against UL, my attorney Dan Bernhard conveyed to me – at UL's direct request that he do so – the threat that if I did not dismiss this suit against UL, "UL would terminate O'Keeffe's listing, and O'Keeffe's will not be able to sell its glass to anyone." That is the one and only reason ever provided to me for the attempted cancellation of my UL listing and mark.

9.      On or about November 30, 2007, I received copies of the cancellation letters dated November 28, 2007 attached hereto as Exhibit B. If that cancellation is permitted to be effective, it will devastate my business, in manners which cannot be fully calculated. I will not be asked or be able to bid on jobs which require a UL listing. I will fail to be awarded bids which I would otherwise get.

10.     O'Keeffe's averages over 30 quotes per day for safety listed products, which are effective for 90 days. Currently, O'Keeffe's has approximately 2,000 pending quotes for safety listed products. O'Keeffe's will likely lose all of those potential bids if the cancellation is allowed to become effective. O'Keeffe's has in excess of $4 millions dollars worth of work in progress for safety listed products. Those pending jobs will be threatened if this termination becomes effective. My reputation for safety glazing will be pummeled. However, it will be impossible to either fully quantify, or fully remedy, that damage. An order enjoining that cancellation is the only way for me to avoid irreparable harm.

/ / /

/ / /

/ / /

DECLARATION OF WILLIAM F. O'KEEFFE
{00114296-1}

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

1       I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct. Executed this 10th day of January, 2008.

3

4   _____

5   WILLIAM F. O'KEEFFE

6

7

8

9

10

11

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4