# EXHIBIT A

# FIRE AND SAFETY RATED GLASS



**SAFTI**
AND FIRE TECHNOLOGY INC.
a division of **O'Keeffe's Inc.** architectural building products

# TESTING AND APPROVAL

| Item | Fire Rating | Description | Sponsors | Standard | Lite size (W x H) | Lab/Certificate # | Comments |
|---|---|---|---|---|---|---|---|
| A | 20/30 min. | Sidelites/windows PYROSWISS 6mm - 19mm | O'Keeffe's/Temperit Steelcraft | E-152 | 50" x 92-3/4" Sidelite | WHI 495-1112 UL R14515 | without hose stream |
| B | 20/30 min. | Door PYROSWISS 6mm - 19mm | O'Keeffe's/Vetrotech Steelcraft frame | E-152 | 35-3/4" x 81-1/4" | WHI 495-1112 UL R14515 | without hose stream |
| C | 20/30 min. | Steel doorlite kit for wood doors or steel frames PYROSWISS 6mm - 19mm | O'Keeffe's/ Vetrotech Steelcraft | E-152 | 30" x 54" Doorlite 60" x 58" Sidelite | WHI 495-1113 UL14516 (doorlite) | without hose stream |
| D | 45 min. | Glazed window/sidelite CONTRAFLAM CF-45-18.5 | O'Keeffe's CECO Door Products | E-163 | 102" x 48" 44-5/8" x 95-7/16" | WHI 495-1246 UL R14212 | |
| E | 45 min. 17.55 min. security | Glazed security window 14 ga. hollow metal frame CONTRACRIME CF-45-18.5 | O'Keeffe's | E-163 | 102" x 48" 44-5/8" x 95-7/16" | WHI 495-1230 WHI 495-SG-095 UL R14212 | Special attack resistant makeup |
| F | 60 min. | Glazed wall system CONTRAFLAM CF-60-28 GPX framing | O'Keeffe's | E-119 | 50-3/4" x 81-1/2" | WHI 495-0557 UL Design #U518 | Security makeup with polycarbonate optional |
| G | 60 min. security | CONTRAFLAM CF-60-28 with 1/2" polycarbonate GPX framing | O'Keeffe's | E-119 | 48" x 84" | WHI 495 PSV 0888 UL Design #U518 | Security makeup with polycarbonate optional |
| H | 60 min. | Pair of doors 4' x 9' CONTRAFLAM CF-60-28 | O'Keeffe's | E-152 | 48" x 108" frame maximum vision area 2,973 sq. in. | WHI 495-0608 UL R 10665-3 | |
| I | 60/90 min. | Wood or veneer covers on GPX framing | O'Keeffe's | E-119 | N/A | WHI 495-PSV-0424 | Other covers (i.e. stainless, bronze, faux marble) |
| J | 60 min. | Glazed window in calcium silicate frame CONTRAFLAM CF-60-28 | O'Keeffe's | E-119 | 84" x 84" maximum vision area 28 sq. ft. | UL R10178 UL Design #U439 | |
| K | 90 min. | Glazed wall system CONTRAFLAM CF-90-28/28 glazing, GPX framing | O'Keeffe's | E-119 | 84" x 84" maximum vision area 28 sq. ft. | WHI 495-0990 UL Design #U518 | Security makeup with polycarbonate optional |
| L | 90 min. | Pair of doors 4' x 9' CONTRAFLAM CF-90-28/28 glazing GPX frame | O'Keeffe's | E-152 | 48" x 108" frame maximum vision area 2,310 sq. in. | WHI 495-0990 UL R 10665-2 | Security makeup with polycarbonate optional |
| **OTHER SELECTED US TESTS** | | | | | | | |
| | 45 min. | CONTRAFLAM CF-45-22 Door lite kit | O'Keeffe's | E-152 | 32-3/4" x 19" | WHI-495-PSV-0916 | Security makeup with polycarbonate optional |
| | 20 min. | Door and sidelite CONTRAFLAM CF-20-9 Wood and metal fire doors | O'Keeffe's | E-152 | 29-13/16" x 77-5/8" (Door) 42-3/4" x 58-1/4" (transom) | WHI 495-1074 UL R14212 | Sound Transmission Rating (STC) of 41db |
| **SAFETY TESTING** | | | | | | | |
| | Category II 400 ft. lbs. | CONTRAFLAM CF-20-9 | O'Keeffe's | CPSC 16-CFR 1201 | Unlimited* | WHI 495-1074-SGCC-001 | |
| | Category II 400 ft. lbs. | CONTRAFLAM CF-45-22 | O'Keeffe's | CPSC 16-CFR 1201 | Unlimited* | WHI 495-1074-SGCC-002 | |
| | Category II 400 ft. lbs. | CONTRAFLAM CF-60-28 | O'Keeffe's | CPSC 16-CFR 1201 | Unlimited* | WHI 495-1074-SGCC-003 | |
| | Category II 400 ft. lbs. | PYROSWISS 6mm | O'Keeffe's | CPSC 16-CFR 1201 | Unlimited* | WHI 495-1074-SGCC-005 | |

* Unlimited for human impact safety. Limited to maximum size tested for fire ratings.

**INTERNATIONAL AND MARITIME TESTS**

Please call SAFTI for details of all international architectural and marine glazing tests.

# SPECIFICATIONS

Outline Specifications
For SAFTI fire rated glazing

## PART 1 - GENERAL

### 1.1 Scope
A. Furnish fire rated glazing material for installation in rated framing system.

### 1.2 Submittals
A. Shop drawings
Full or half scale details indicating method of construction, location and spacing of anchorage, finishes, size, shape, thickness and alloy of material, glazing materials and relationship to adjoining surfaces.

B. Samples
Submit samples of proposed cover materials, shapes and finishes.

### 1.3 Warranty
The glazing shall be guaranteed for a period of five (5) years from the date of delivery to be free from defects in material and factory workmanship. Defective materials will be repaired or replaced, after proper notification, at no cost to the owner.

## PART 2 - PRODUCTS

### 2.1 Manufacturer
A. The drawing and specifications are based upon catalog data, specifications and products of SAFTI, a division of O'Keeffe's Inc., 75 Williams Ave., San Francisco, CA 94124 (415/822-4234); and designate the type and quality of work intended under this section.

B. Substitutions
1. Products of other manufacturers proposed as equivalent quality must be submitted to the Architect for written approval ten (10) days prior to bid date.
2. Supporting technical data including: test reports, samples and published specifications must be submitted for comparison.
3. The contractor shall warrant that the proposed substitution, if accepted, will provide equivalent performance and code compliance.

### 2.2 Design and Performance Criteria
A. Fire Rating
The glazing material shall be capable of providing a fire rating for the period specified, (20, 30, 45, 60, or 90 minutes).

B. Certification
Window assemblies with ratings less than 60 minutes shall be tested in accordance with ASTM E163 (NFPA 253, UL 9, CAN4-S106) Standard Test Methods for Fire Tests of Window Assemblies. Window/Wall assemblies with ratings of 60 or 90 minutes shall be tested to the complete acceptance criteria of ASTM E119 (NFPA 251, UL 263, ULC-S101) Standard Test Methods for Fire Tests of Building Construction and Materials. Doors shall be tested in accordance with ASTM E152 (NFPA 252, UL 10b or CAN4-S104) Standard Methods of Fire Tests of Door Assemblies. Fire test shall be conducted by an approved independent testing laboratory equal to Warnock Hersey International or Underwriters Laboratories Inc.

C. Listings and Labels
1. The fire rated glazing shall be under current follow-up service by an approved independent agency and maintain a current listing or certification. All assemblies should be properly labeled in accordance with the limits of their listing.
2. Glazing installed shall not have listing conditions requiring special approval of the Authority Having Jurisdiction.

D. Appearance
The fire rated assembly shall have a neat finished appearance.

### 2.3 Materials
A. Fire Rated Glazing Material
1. Assemblies shall be glazed with Fire Rated Glazing Material equal to CONTRAFLAM CF-20, CF-45, CF-60, CF-90, CF-120, or PYROSWISS P-20/30 6mm-19mm.
   a. Individual lites shall be permanently identified with a listing mark.
   b. Glazing material installed in "Hazardous Locations" (subject to human impact) shall be certified and permanently labeled as meeting the applicable requirements referenced in NFPA 80:
      1. ANSI Z97.1 400 ft lbs.
      2. CPSC 16 CFR 1201 Category II
   c. Temperature Rise on the unexposed side of glazing material rated for 60 minutes or greater shall be limited to 250 degrees Fahrenheit.
   d. Visible daylight transmission shall be a minimum of 83%. Glazing material shall be optically clear, colorless and free from unusual distortion.
   e. Locations requiring CONTRAFLAM shall maintain a STC rating of: 41 db for CF-20, 44 db for CF-45, 48 db for CF-60, and 51 db for CF-90.

B. Glazing Accessories
The glazing shall be separated from the framing system with approved material. CONTRAFLAM shall be caulked per the manufacturer's recommendations utilizing neutral cure silicone equal to G.E. Silglaze. PYROSWISS glazing material shall be glazed with fiberglass tape or other factory approved gasket material.

C. Framing Systems
1. Glazing shall be installed in a listed framing system with equivalent rating period.
2. CF-90, CF-60 shall be installed in rated framing system meeting ASTM E-152 or E-119.
3. CF-45, CF-20, and PYROSWISS shall be installed in a rated framing system meeting ASTM E-163 or E-152.

## PART 3 - EXECUTION

### 3.1 Fabrication Dimensions
The fire rated glass shall be fabricated to approved shop drawing dimensions. The responsible contractor shall guarantee dimensions within required tolerances.

### 3.2 Examination of Surfaces
Substrates and members to which the glazing material attaches or adjoins shall be examined prior to installation. Openings shall be plumb, square and within allowable tolerances. The Architect/Engineer shall be notified of any conditions which jeopardize the integrity of the finished assembly. Do not proceed until such conditions are corrected.

### 3.3 Installation
Fire rated glazing installation shall be in accordance with NFPA-80 and shall be by a specialty contractor with appropriate experience qualification; and in strict accordance with the approved shop drawings and installation instructions.

### 3.4 Glazing
Installation shall be in strict accordance with the fire rated glazing material manufacturer's specifications. Field cutting or tampering is strictly prohibited.

## PART 4 - RELATED WORK

### 4.1 Related Work Specified Elsewhere
A. Fire rated framing system listed for the glazing material selected.
B. Rough openings using recommended fire rated construction.
C. Cleaning and protection.
D. Hardware.



60 minute wall glazed with CONTRAFLAM
Bank of America
Computer Room
San Francisco, California

CONTRAFLAM is a registered trademark of Saint-Gobain

PYROSWISS is a registered trademark of Vetrotech Ltd.

   

SAFTI SAFETY AND FIRE TECHNOLOGY INC.
a division of *O'Keeffe's Inc.* architectural building products

Phone    415 822-4234
FAX      415 822-5222
Tollfree 800 822-2088

75 Williams Avenue
San Francisco, California 94124

08810/SAG
BuyLine 7634

# SuperLite
## Fire And Safety Rated Glass











**SAFETY AND FIRE TECHNOLOGY INC.**   **SAFTI**

# TESTING AND APPROVAL

| Item | Fire Rating | Description | Sponsors | Standard | Lite size (W x H) | Lab/Certificate # | Comments |
|---|---|---|---|---|---|---|---|
| A | 20/30 min. | Sidelites/doorlites SuperLite I | SAFTI CECO | E-152 | 42-3/4"x92-3/4" sidelite 34"x77-7/8" doorlite | WHI 495-1279 UL R14212 | without hose stream |
| B | 20/30 min. | Door/sidelite SuperLite I | SAFTI Eggers wood frame | E-152 | 35-7/8"x77-1/8" doorlite/sidelite | WHI 495-1281 UL R14212 | without hose stream |
| C | 20/30 min. | Steel doorlite kit for wood doors or steel frames SuperLite I | SAFTI Airlouvers Eggers Industires | E-152 | 35-7/8"x77-1/8" doorlite/sidelite | WHI 495-1281 UL R14212 | without hose stream |
| D | 20 min. | Door/window/sidelite SuperLite II | SAFTI Eggers Industires | E-152 | 35-1/8"x77-1/8" | WHI 495-1281 | |
| E | 45 min. | Door. window, sidelite SuperLite II-45 | SAFTI CECO Door Products | E-163 E-152 | 102" x 48" 44-5/8" x 95-7/16" | WHI 495-1230 UL R14212 | Special glazing options available |
| F | 45 min. 17.55 min. security | Glazed security window 14 ga. hollow metal frame SuperSecure II-45-18.5 | SAFTI CECO | E-163 | 102" x 48" 44-5/8"x95-7/16" | WHI 495-1230 WHI 495-SG-095 UL R14212 | Special attack resistant makeup |
| G | 60 min. | Glazed wall system SuperLite II-60-28 GPX frame | SAFTI O'Keeffe's/GPX | E-119 | 48" x 48" maximum vision area 4,032 sq. in. | WHI 495-0557 UL Design #U518 | Security makeup with polycarbonate optional |
| H | 60 min. | Pair of doors 4' x 9' SuperLite II-60-28 | SAFTI O'Keeffe's/GPX | E-152 | 48" x 108" frame maximum vision area 2,973 sq. in. | WHI 495-0608 UL R 10665-3 | |
| I | 60/90 min. | Wood or veneer covers on GPX frame | SAFTI O'Keeffe's/GPX | E-119 | 48"x84"/84"x48" frame maximum vision area 4,032 sq. in. | WHI 495-PSV-0424 | Other covers (i.e. stainless, bronze, faux marble) |
| J | 60/90 min. door/wall | Glazed window in E-Z system SuperLite II-60/90 | SAFTI | E-119 | 84"x84"/84"x48" frame maximum vision area 28 sq. ft. | WHI SA/WA 60/90-01 | Interior only |
| K | 90 min. | Glazed wall system SuperLite II-90-28/28 glazing, GPX frame | SAFTI O'Keeffe's/GPX | E-119 | 48"x84"/84"x48" frame maximum vision area 28 sq. ft. | WHI 495-0990 UL Design #U518 | Security makeup with polycarbonate optional |
| L | 90 min. | Pair of doors 4' x 9' SuperLite II-90-28/28 glazing GPX frame | SAFTI O'Keeffe's/GPX | E-152 | 48" x 108" frame maximum vision area 2,310 sq. in. | WHI 495-0990 UL R 10665-2 | Security makeup with polycarbonate optional |
| | 20 min. | SuperLite II-20 | SAFTI/RACO | E-152 | 24" x 105" sidelite 35-15/16"x77-5/8" door | WHI 495-1317 | Aluminum frame 20 min. system |
| | 120 min. | SuperLite II-120 | SAFTI | E-163 | 27-1/4" x 27-1/4" | WHI 495-PSV-0865 | Pilot test only |
| Category II 400 ft. lbs. | | SuperLite II-20 | SAFTI | CPSC 16-CFR 1201 | Unlimited* | WHI 495-1074-SGCC-001 | |
| Category II 400 ft. lbs. | | SuperLite II-45 | SAFTI | CPSC 16-CFR 1201 | Unlimited* | WHI 495-1074-SGCC-002 | |
| Category II 400 ft. lbs. | | SuperLite II-60 | SAFTI | CPSC 16-CFR 1201 | Unlimited* | WHI 495-1074-SGCC-003 | |
| Category II 400 ft. lbs. | | SuperLite I | SAFTI | CPSC 16-CFR 1201 | Unlimited* | WHI 495-SGCC-020 | |

* Unlimited for human impact safety. Limited to maximum size tested for fire ratings.

Please call SAFTI for details of all international architectural and marine glazing tests.

# SPECIFICATIONS

Outline Specifications
For SuperLite fire rated glazing

### Part 1 - General

**1.1 Scope**
A. Furnish fire rated glazing material for installation in rated framing system.

**1.2 Submittals**
A. Shop drawings
Full or half scale details indicating method of construction, location and spacing of anchorage, finishes, size, shape, thickness and alloy of material, glazing materials and relationship to adjoining surfaces.
B. Samples
Submit samples of proposed cover materials, shapes and finishes.

**1.3 Warranty**
The glazing shall be guaranteed for a period of five (5) years from the date of delivery to be free from defects in material and factory workmanship. After proper notification, defective materials will be repaired or replaced at no cost to the owner.

### Part 2 - Products

**2.1 Manufacturer**
A. The drawings and specifications are based upon catalog data, specifications and products of SAFTI, a division of O'Keeffe's Inc., 75 Williams Ave., San Francisco, CA 94124 (415/822-4222), and designate the type and quality of work intended under this section.
B. Substitutions
1. Products of other manufacturers proposed as equivalent quality must be submitted to the Architect for written approval ten (10) days prior to bid date.
2. Supporting technical data including test reports, samples and published specifications must be submitted for comparison.
3. The contractor shall warrant that the proposed substitution, if accepted, will provide equivalent performance and code compliance.

**2.2 Design and Performance Criteria**
A. Fire Rating
The glazing material shall be capable of providing a fire rating for the period specified, (20, 30, 45, 60, or 90 minutes).
B. Certification
Window assemblies with ratings of less than 60 minutes shall be tested in accordance with ASTM E163 (NFPA 253, UL 9, CAN4-S106) Standard Test Methods for Fire Tests of Window Assemblies. Window/Wall assemblies with ratings of 60 or 90 minutes shall be tested to the complete acceptance criteria of ASTM E119 (NFPA 251, UL 263, ULC-S101) Standard Test Methods for Fire Tests of Building Construction and Materials. Doors shall be tested in accordance with ASTM E152 (NFPA 252, UL 10b or CAN4-S104) Standard Methods of Fire Tests of Door Assemblies. Fire test shall be conducted by an approved independent testing laboratory equal to Warnock Hersey International or Underwriters Laboratories Inc.
C. Listings and Labels
1. The fire rated glazing shall be under current follow-up service by an approved independent agency and maintain a current listing or certification. All assemblies shall be properly labeled in accordance with the limits of their listing.
2. Glazing installed shall not have listing conditions requiring special approval of the Authority Having Jurisdiction.
D. Appearance
The fire rated assembly shall have a neat finished appearance.

**2.3 Materials**
A. Fire Rated Glazing Material
1. Assemblies shall be glazed with Fire Rated Glazing Material equal to SuperLite II-20, SuperLite II-45, SuperLite II-60, SuperLite II-90, SuperLite II-120, or SuperLite I 20/30 1/4" - 1/2".
   a. Individual lites shall be permanently identified with a listing mark.
   b. Glazing material installed in "Hazardous Locations" (subject to human impact) shall be certified and permanently labeled as meeting the applicable requirements referenced in NFPA 80:
      1. ANSI Z97.1 400 ft lbs.
      2. CPSC 16 CFR 1201 Category II
   c. Temperature Rise on the unexposed side of glazing material rated for 60 minutes or greater shall be limited to 250 degrees Fahrenheit.
   d. Visible daylight transmission shall be a minimum of 83%. Glazing material shall be optically clear, colorless and free from unusual distortion.
   e. Locations requiring SuperLite II shall maintain an STC rating of: 41 for SuperLite II-20, 42 for SuperLite II-45, 44 for SuperLite II-60, and 46 for SuperLite II-90.

B. Glazing Accessories
The glazing shall be separated from the framing system with approved material. SuperLite II shall be caulked per the manufacturer's recommendations utilizing neutral cure silicone equal to G.E. Silglaze. SuperLite I shall be glazed with EPDM tape or other factory approved flame resistant gasket material.

C. Framing Systems
1. Glazing shall be installed in a listed framing system with equivalent rating period.
2. SuperLite II-60 and SuperLite II-90 shall be installed in rated framing system meeting ASTM E-152 or E-119.
3. SuperLite II-20, SuperLite II-45, and SuperLite I shall be installed in a rated framing system meeting ASTM E-163 or E-152.

### PART 3 - Execution

**3.1 Fabrication Dimensions**
The fire rated glass shall be fabricated to approved shop drawing dimensions. The responsible contractor shall guarantee dimensions within required tolerances.

**3.2 Examination of Surfaces**
Substrates and members to which the glazing material attaches or adjoins shall be examined prior to installation. Openings shall be plumb, square and within allowable tolerances. The Architect/Engineer shall be notified of any conditions which jeopardize the integrity of the finished assembly. Do not proceed until such conditions are corrected.

**3.3 Installation**
Fire rated glazing installation shall be in compliance with NFPA-80 and in strict accordance with the approved shop drawings and installation instructions. The installation shall be executed by a specialty contractor with appropriate experience and qualification.

**3.4 Glazing**
Installation shall be in strict accordance with the fire rated glazing material of manufacturer's specifications. Field cutting or tampering is strictly prohibited.

---

GLASSPROTEX, SuperLite I and SuperLite II
are registered trademarks.



Underwriters
Laboratories Inc.

**SAFTI** SAFETY AND FIRE TECHNOLOGY INC.

Phone   415 822-4234
FAX     415 822-5222

75 Williams Avenue
San Francisco, California 94124

OKE SL N5

08400/OKF
BuyLine 5537





# Beauty in Fire Protection
# GlassProtex Doors and Walls

GPX, GLASSPROTEX door and wall framing systems offer design possibilities for virtually unrestricted vision area in fire rated applications. Tested in strict accordance with ASTM E-119 and E-152, GPX systems are not subject to the area limitations of conventional glazing products such as wire glass or ceramic glazing. This is due to the unique ability of the GPX system to restrict the transmission of flame, smoke, and radiant heat to the unexposed surfaces, and also to withstand the hose stream test. Available in 20, 30, 60 & 90 minute fire ratings.

Vision areas are glazed with Contraflam transparent fire rated panels which combine maximum fire protection with the aesthetics of glass. Contraflam offers the additional properties of undistorted vision, high light transmission, and excellent sound attenuation. Special tinted, pattern and exterior make-ups are also available.

**Contraflam® Glass Specifications**

| | | |
|---|---|---|
| Glass ratings | 60 | 90 |
| Minimum resistance time (minutes): | 60 | 90 |
| Composition (tempered glass) | 2 × ¼" | 2 × ¼" + ¼" annealed |
| Thickness of gel | 1" | 2 × 1" |
| Thickness of unit | 1⅝" | 2¾" |
| Maximum size | 4' × 7' | 4' × 7' |
| Approximate weight | 12 lbs. | 25 lbs. |
| Light transmission | 85% | 83% |
| Sound reduction | 48dB | 51dB |

For further information on glass specifications and details see section 08810/SAI.

**CONTRAFLAM®**
© VEGLA Vereinigte Glaswerke GmbH
UNDERWRITERS LABORATORIES INC.®
CLASSIFIED
FIRE RESISTANT GLAZING MATERIALS
FIRE RESISTANCE CLASSIFICATION
DESIGN NO. U439
SEE UL FIRE RESISTANCE DIRECTORY
(GL9)

Listed and approved by






Camel Point
Peter Lendrum
Phoenix, Arizona



Bank of America Computer Facility
Griswold, Heckel & Kelly Associates, Inc.
San Francisco, California





Oakland Museum
City of Oakland
Oakland, California



Red Lion Inn
Jones Brothers Construction
Costa Mesa, California



Provident Bank
Clemens Construction
Philadelphia, Pennsylvania



Johnson & Johnson
Carlsen Corp.
Racine, Wisconsin

2