

24 California Street
Ken Ronchetti Design
San Francisco, California



Johnson & Johnson
Carlsen Corp.
Racine, Wisconsin



Provident Bank
Clemens Construction
Philadelphia, Pennsylvania

Standard hollow metal fire rated doors before replacement with O'Keefe's 60-minute fire system (right)







Camel Point
Peter Lendrum
Phoenix, Arizona

Oakland Museum
City of Oakland
Oakland, California

5

# Outline Specifications

## Part 1—General

### 1.1 Scope:
A. Furnish and install wall and door frames, Contraflam,* glazing tapes, sealant and other accessory items necessary for a complete fire wall and door installation as shown on the drawings and herein specified.

### 1.2 Related Work Specified Elsewhere:
A. Preparation of rough opening for fire wall/door using 16 ga. min metal stud or masonary, rated construction.
B. Final cleaning of metal and Contraflam panels.

### 1.3 Submittals:
A. Shop drawings:
  1. Full or half scale details indicating method of construction, location and spacing of anchorage, joinery, finishes, size, shape, thickness and alloy of materials, glazing materials and relationship to adjoining work.
B. Samples:
  1. Submit samples of proposed shapes, glazing materials, finishes and colors.

### 1.4 Guarantee:
The fire wall/door manufacturer shall guarantee for a period of five years from the date of acceptance that the fire wall/door system is free from defects in materials and factory workmanship, and that defective materials will be repaired or replaced, after proper notification, at no cost to the owner.

## Part 2—Products

### 2.1 Manufacturer:
A. The drawings and specifications are based on catalog data, specifications and products of O'Keeffe's Inc., 75 Williams Ave., San Francisco, California 94124 (415/822-4222) and designate the type and quality of work intended under this selection.
B. Substitutions:
  1. Products of other manufacturers proposed as equivalent quality must be submitted through the bidding contractors for written approval of the architect ten days prior to the bid date.
  2. Supporting technical date, samples, published specifications and the like must be submitted for comparison.
  3. Contractor shall warrant that proposed substitutions, if accepted, will provide performance equivalent to the materials specified herein.

### 2.2 Design and Performance Criteria:
A. Fire Rating:
The fire wall/door assembly shall be capable of providing fire protection for a period of 20, 30, 60 or 90 minutes.
B. Testing:
The fire wall/door system to be furnished shall have passed a fire test that is in accordance with the ASTM testing procedure designated E-119 and E-152. This same test is designated as American National Standard A2.2 by the American National Standard Institute and adopted by the NFPA as their Standard 252 and Underwriter's Laboratories Standard for Safety UL 10B. This fire test shall have been conducted by an independent testing laboratory equal to Underwriter's Laboratories or Warnock Hersey International.
C. Certifications and Labels:
The fire wall/door assembly shall have a WHI or UL certification and label. The architect or owner reserves the right to reject or stop installation of any fire wall/door system that does not bear approved label and certification.
D. Appearance:
The fire wall/door assembly shall have the appearance of a regular glass and aluminum storefront system. The framing system shall be clad with extruded aluminum. Decorative brite metal or wood cladding may be surface applied for aesthetic value.
E. Expansion:
The fire wall/door system shall be designed to provide expansion vertically and horizontally. Vertical mullions shall be able to expand freely to avoid buckling of the framing system.

### 2.3 Materials:
A. Aluminum:
Cladding for the framing system shall be of extruded aluminum alloy 6063-T5 of sufficient thickness for the application. Cladding shall be installed with no visible fasteners.
B. Steel:
The framing system shall be supported by steel tubes conforming to ASTM-A501.
C. Fasteners:
All fasteners shall be zinc plated steel.
D. Transparent fire rated panels
  1. Contraflam*:
    a. Panels shall have a fire rating of 20, 30, 60 or 90 minutes as required by the Applicable Standards & Local Bldg. Code. This shall be equal to Contraflam* with UL certification and labels.
    b. The panel shall be highly transparent to light allowing free and undistorted vision.
  2. Glazing Tape:
    The panel perimeter shall be separated from the framing system with butyl glazing tape capable of withstanding maximum temperatures.
  3. Sealants:
    Where indicated on the drawings sealants shall be neutral cure silicone and Metacaulk™ intumesent caulk.
E. Insulation:
  1. Steel framing and Contraflam* perimeter shall be protected from heat with refractory materials of adequate thickness. This material shall be located at both sides of the steel framing and frame perimeter to provide equal fire protection at either side of the wall/door assembly.
F. Hardware:
  1. Fire Exit Hardware:
    All fire doors shall be self latching and equipped with fire exit hardware similar to Monarch 17 Series or equal.
  2. Heavy Duty Floor Closer:
    Doors shall remain closed in the event of fire to provide a dependable barrier against smoke or fire. Doors shall be equipped with a floor closer equal to Rixson-Firemark FL-27 or 25.
  3. Pivot Hinges:
    Top and intermediate ¾" offset pivot hinges shall be fire rated and capable of supporting the fire doors. Pivot hinges shall be equal to Rixson-Firemark FL-180 and FM-19.
  4. Electromagnetic Door Releases:
    Electromagnetic door releases shall be equal to Rixson-Firemark Smoke-Chek V, Detectored or Non-Detectored as required by usage.

### 2.4 Fabrication:
A. Door assemblies shall be factory glazed; and prepared for field mounting of hardware furnished by O'Keeffe's Inc.
B. Window and wall assemblies shall be field assembled and glazed by installer.
Intersection joinery of extruded aluminum cladding shall be fitted with no visible gaps.

### 2.5 Finish:
Organic Coating:
  1. Exposed metal surfaces of framing system, fasteners and other accessory items shall be finished with a baked enamel coating of the type herein specified:
    a. PPG Industries "Duracron" thermosetting acrylic enamel or equal. Color as selected by the architect from O'Keeffe's Inc. standard colors.
    b. PPG Industries "Duranar" fluoropolymer two coat system or equal. Color as selected by the architect from O'Keeffe's Inc. standard colors.
  2. Aluminum to receive organic coating shall be chemically cleaned and given a chromatic chemical conversion coating pre-treatment, such as alodine or equal using a minimum three stage system.
  3. Organic coatings shall meet the performance requirements defined in the latest edition of A.A.M.A. Publication 603 or 605 as required.

## Part 3—Execution

### 3.1 Fabrication Dimensions:
Fire wall/door manufacturer shall use architectural dimensions or approved shop drawing dimensions for fabrication. The general contractor shall maintain and guarantee these dimensions within required tolerances.

### 3.2 Examination of Surfaces:
Substrates and members to which the work of this section attaches or adjoins shall be carefully examined. The architect/engineer shall be notified of any conditions which jeopardize the integrity of the proposed fire wall/door system. Do not proceed until such conditions are corrected.

### 3.3 Installation:
Fire wall/door installation shall be by the manufacturer or his authorized local representative, and in strict accordance with the approved shop drawings. Only experienced mechanics familiar with this type of specialized work shall be employed.

### 3.4 Glazing:
Installation shall be in accordance with the strict recommendations of the Contraflam* panel manufacturer. Tampering or cutting is strictly prohibited.

### 3.5 Cleanup:
After installation, panels, framing system and accessories shall be cleaned. Contraflam* panels shall be left in clear, scratch free condition inside and out.

# O'Keeffe's Publications available on request:



## Product Selector Series:
















## Designer Handbook Series:

| | | | |
|---|---|---|---|
| Architectural Custom Skylights | Standard Skylights | Ladders | Louvers |
| Horizonvault | Roof Hatches/Smoke Vents | Reglets | Shading Devices |

## Call

In California (800) 622-0721     Nationwide (800) 227-3305

**O'Keeffe's Inc.**
Aluminum Building Products
© O'Keeffe's Inc.

Distributed by:

75 Williams Avenue
San Francisco, California 94124-2693
Fax: 1-415-822-5222
Tel: 1-415-822-4222
Telex #278927

08455/GPX
Buyline 5537



# GPX
## GLASSPROTEX™



# FIRE PROTECTION DOOR AND WALL SYSTEM



# GlassProteX – The Standard in Fire Rated Glazing Systems



GlassProteX (GPX) is a full line of fire rated door, window and wall assemblies with fire ratings of 20, 45, 60, and 90 minutes. GPX framing is designed for use with SuperLite I™ and SuperLite II™ wireless fire and safety rated glazing.

The combination of GPX framing and SuperLite provides a single source for all fire rated glazing system requirements. The GPX system offers many design advantages – combining 20-90 minute fire ratings with a variety of design and decorative options, safety ratings and wireless distortion-free glazing in the largest approved vision area sizes.

This union of fire rated framing and glazing greatly simplifies the design, specification, and procurement process.



60 minute wall assembly University of California San Francisco Health Sciences Building



*Above: 90 minute wall system, Red Lion Inn, Costa Mesa, CA , Below: 60 minute door and wall assembly Los Angeles Convention Center*



Since the early 1980s, thousands of installations around the United States have utilized the GPX SuperLite fire rated frame and door assemblies.

No longer restricted to small vision areas or traditional frame configurations, architects are now able to provide windows and doors which meet fire and safety code requirements while allowing creative flexibility in stringent applications.

## 20, 45, 60 and 90 Minute Fire Protection . . . with Clear Vision and Human Impact Safety.

### Fire Resistive Performance

GPX systems are classified by WHI and UL in accordance with the following standards:

| Window | Wall | Door |
|---|---|---|
| ASTM E-163 | ASTM E-119 | ASTM E-152 |
| NFPA 257 | NFPA 251 | NFPA 252 |
| UL 9 | UL 263 | UL 10b |
| ULC-S106 | ULC-S101 | ULC-S104 |
| UBC 43-4 | UBC 43-1 | UBC 43-2 |

  

Warnock Hersey LISTED    Underwriters Laboratories Inc.

*On the cover:*
*60 minute doors, Mall of America, Bloomington, MN*
*60 minute door and wall assembly, Mercedes Benz, Burlingame, CA*
*60 minute wall system with decorative wood covers, Morris B. Hariton Building, Washington, DC*

### SuperLite I Glazing

SuperLite I is a specially processed monolithic float glass that offers a low cost alternative to wireless fire protective glazing. SuperLite I is the first wireless fire and safety rated product manufactured in the U.S. It is used in standard framing and doorlite kits for 20/30 minute applications and is labeled by Warnock Hersey Inc. (WHI) and Underwriters Laboratories, Inc. (UL).

*SuperLite*™

### SuperLite II Glazing

SuperLite II consists of two lites of tempered safety glass separated by a stainless steel spacer. A special polymer "gel" that is clear, non-yellowing, colorless, odorless and U.V. stable fills the cavity. The gel reacts to fire by forming an insulating crust which substantially limits heat transfer, reducing the risk of combustion on the non-fire side.

SuperLite II is labeled by WHI and UL and carries fire ratings of 20, 45, 60, and 90 minutes (consult factory for other ratings).

See Sweet's General Building and Renovation - 008810 for more information on SuperLite products.

1

# SPECIFICATIONS  SECTION 08455
## FIRE RATED DOOR/WINDOW/WALL SYSTEMS
### PART 1 GENERAL

> GPX/SuperLite fire rated systems are for use in a variety of fire rated applications. Rating periods vary from 20, 45, 60, and 90 min. Include specification information appropriate for rating period and product type.

#### 1.01 SECTION INCLUDES
A. Fire rated glazing and framing systems for installation as [vision lights in fire rated doors][full vision fire rated doors] [sidelights] [borrowed lights] [windows] [transoms] [walls]

#### 1.02 RELATED SECTIONS

> Glazing section and appropriate framing, hardware and glass sections shall reference requirements of this section.

A. Section 01340: Shop Drawings, Product Data and Samples.
B. Section 08110: Steel Doors and Frames.
C. Section 08210: Wood Doors.
D. Section 08275: Door Louvers & Vision Lights
E. Section 08510: Steel Windows
F. Section 08710: Finish Hardware
G. Section 08810: Glass

#### 1.03 REFERENCES

> Include reference standards that are to be indicated within the text of this section. Edit the following as required for the particular project.

A. American Society for Testing and Materials (ASTM):
  1. ASTM E 119: Methods for Fire Tests of Building Construction and Materials.
  2. ASTM E152: Methods for Fire Tests of Door Assemblies.
  3. ASTM E 163: Methods for Fire Tests of Window Assemblies.
B. National Fire Protection Association (NFPA):
  1. NFPA 80: Fire Doors and Windows.
  2. NFPA 251: Fire Tests of Building Construction & Materials.
  3. NFPA 252: Fire Tests of Door Assemblies.
  4. NFPA 257: Fire Tests of Window Assemblies.
C. Underwriters Laboratories, Inc. (UL):
  1. UL 9: Fire Tests of Door Assemblies.
  2. UL 10 B: Fire Tests of Window Assemblies.
  3. UL 263: Fire Tests of Building Construction and Materials.
D. Standard Council of Canada (ULC):
  1. ULC Standard CAN4-S101: Fire Tests of Building Construction and Materials
  2. ULC Standard CAN4-S104: Fire Tests of Door Assemblies
  3. ULC Standard CAN4-S106: Fire Tests of Window Assemblies
E. American National Standards Institute (ANSI)
  1. ANSI Z97.1: Standard for Safety Glazing Materials Used in Buildings
F. Consumer Product Safety Commission (CPSC)
  1. CPSC 16 CFR 1201: Safety Standard for Architectural Glazing Materials

#### 1.04 SUBMITTALS

> Shop drawing requirements for fire-rated doors and fire-rated frames, including glass stops, should be specified in the appropriate location.

A. Submit in accordance with Section 01340.
B. Shop drawings: Full or half scale details indicating method of construction, location and spacing of anchorage, joinery finishes, size, shape and thickness of glazing materials and relationship to adjoining construction.
C. Samples: Submit samples of proposed cover materials and shapes and finishes.
D. Technical Information: Submit latest edition of manufacturer's product data providing product descriptions, technical data and installation instructions.

#### 1.05 DELIVERY, STORAGE AND HANDLING
A. Deliver, store and handle under provisions of section [01600] [01610].
B. Deliver materials to specified destinations in manufacturer's or distributor's packaging undamaged, complete with installation instructions.
C. Store off ground, under cover, protected from weather and construction activities.

#### 1.06 WARRANTY
A. The 60/90 min. fire rated door/window/wall manufacturer shall guarantee for a period of five (5) years from the date of delivery that the fire rated wall/door system is free from defects in material and factory workmanship, and that defective materials will be repaired or replaced, after proper notification, at no cost to the owner (labor not included).

### PART 2 PRODUCTS
#### 2.01 Fire Rated [Door Assembly] [Vision Kit] [Window] [Wall Assembly]
A. Manufacturer: "GPX/SuperLite Fire Rated Assembly" as manufactured and distributed by O'Keeffe's Inc., 75 Williams Ave., San Francisco, CA 94124 (415/822-4222)

> Select Rating Period and Applicable Glazing Product Characteristics

B. Fire Resistant Rating: The door, window and/or wall assembly shall be capable of providing a fire rating for [20], [45], [60] and/or [90] min.
C. Thickness of Glazing Material: [20 min. 1/4", 1/2", 3/8", or 5/8"] [45 min. 1-1/8"] [60 min. 1-5/8"] [90 min. 2-7/8"].
D. Light Transmission Rating shall be: [20 min. - 89.5 %] [20 min. - 86 %] [45 min. - 85 %] [60 min. - 85 %] [90 min. - 83 %].
E. U Value shall be : [20 min. - 1.13] [20 min. -0.45] [45 min. - 0.40] [60 min. - 0.40] [90 min. - 0.30]
F. Sound Transmission Rating shall be: [20 min. - 28 STC] [20 min.-41] [45 min. - 42 STC] [60 min. - 44 STC] [90 min. - 46 STC]
G. Logo: Each piece of fire-rated glazing material shall be labeled with a permanent logo including name of product, manufacturer, testing laboratory (Warnock Hersey(WHI) or UL), fire rating period, safety glazing standards, and Safety Glazing Certification Council listing number.

> Select the fire test standard appropriate for application and local building code requirements.

H. Certification: [Door assemblies shall be tested to the complete acceptance criteria of ASTM E152, NFPA 252, UL 10b Standard Methods of Fire Tests of Door Assemblies.] [Window assemblies shall be tested to the complete acceptance criteria of ASTM E 163, NFPA 257, UL 10b Standard methods for Fire Tests of Window Assemblies.] [Wall assemblies shall be tested to the complete acceptance criteria of ASTM E119, NFPA 251, UL 263 Standard Test Methods for Fire Tests of Building Construction and Materials.] Fire test shall be conducted by an approved independent testing laboratory equal to WHI or UL.
I. Listings and Labels: The fire rated assembly shall be under current follow-up service by an approved independent agency and maintain a current listing or certification. All assemblies should be properly labeled in accordance with the limits of their listing.
J. Appearance: The fire rated assembly shall have a neat finished appearance.

#### 2.02 MATERIALS
A. Hollow Metal Doors and Frames [20, 45 min.]:
  1. Doors & Frames shall be made of commercial quality, level, cold-rolled steel conforming to ASTM A366 or hot rolled, pickled and oiled steel conforming to ASTM A569.
  2. Interior doors: Face sheets shall be 16 gauge min. thickness
  3. Frames: In openings 4'-0" or less, steel shall be 16 gauge min. thickness. In openings greater than 4'-0", steel shall be 14 gauge min. thickness.
  4. Exterior Doors and Frames: Shall be 16 gauge min. thickness and shall have a zinc coating conforming to ASTM A526.
B. Steel framing system [60, 90 min.]
  1. Steel: Internal tube steel framing shall conform to ASTM A501.
  2. Insulation: The framing system shall insulate against the effects of fire, smoke and heat transfer from either side. The perimeter of the framing system to the rough opening shall be firmly packed with mineral wool fire stop insulation.
  3. Fasteners: All fasteners shall be zinc plated steel.
  4. Framing Covers: Framing covers shall be:
    a. Powder coated extruded aluminum alloy 6063-T5 (standard) or aluminum alloy 5052 when anodized.
    b. Ornamental metal [stainless steel] [bronze] etc.
    c. Wood veneer or solid (specify species).
F. Glazing Accessories: The glazing material perimeter shall be separated from the perimeter framing system with approved flame retarding material. The SuperLite II-60/90 panel shall be caulked continuously around the edge of the frame utilizing neutral cure silicone.

#### 2.03 FABRICATION
A. 20 and 45 min. frame assemblies shall be furnished prewelded. 60 and 90 min. frame assemblies shall be furnished knocked down for field assembly. All door and frame assemblies shall be field glazed.
B. Door assemblies shall be factory prepared for field mounting of hardware (unless noted otherwise).
C. Fabrication Dimensions: The fire rated assembly shall be fabricated to approved dimensions. The general contractor shall guarantee dimensions where practicable within required tolerances.

#### 2.04 FINISHES

> Select finish options as available by rating period and frame type.

A. 20 and/or 45 min. hollow metal frames and doors shall receive a rust inhibitive primer which meets or exceeds ASTM B117.
B. 60 and/or 90 min. steel tubular framing system covers shall be chemically cleaned and pretreated; then, finished with (choose one):
  1. Powder coated paint finish equal to Cardinal Industrial Finishes. Colors as selected by the Architect from manufacturer's standard colors.
  2. KYNAR 500° coatings equal to Valspar or PPG (optional) (subject to standard and custom color min. quantity availability).
  3. Anodized (specify color).
  4. Wood veneer or wood cladding (natural finish standard).
  5. Acrylic urethane custom color (forward paint chip).

#### 2.05 DOOR HARDWARE

> Hardware supplied with 60 and 90 min. doors. Hardware supplied by others for 20 and 45 min. doors.

A. Hardware shall be supplied with the [60] [90] min. fire door (unless noted otherwise). Hardware selection shall be from door manufacturer's standard recommended hardware groups (consult the factory for use of hardware other than that listed below):
  1. Hinge: Pemko full length continuous hinge.
  2. Floor Closers: fire rated 3/4" off-set, heavy duty, equal to Rixson FL25/27.
  3. Door Release: Doors normally required to be held in the open position shall be fitted with Rixson Smok-Chek V electromagnetic door release, overhead mount.
  4. Fire Exit Hardware: Fire doors shall be self latching and equipped with Monarch series F-17 fire exit hardware. In lieu of Fire Exit Hardware, a heavy duty, fire rated, mortised lock-set shall be specified.

### PART 3 EXECUTION
#### 3.01 EXAMINATION
A. Substrates and members to which the work of this section attaches or adjoins shall be examined prior to frame installation. Openings shall be plumb, square and within allowable tolerances. The Architect/Engineer shall be notified of any conditions which jeopardize the integrity of the proposed fire wall/door system. Do not proceed until such conditions are corrected.

#### 3.02 INSTALLATION
A. Fire [window] [wall] [door] installation shall be by a specialty contractor with appropriate experience qualifications; and in strict accordance with the approved shop drawings. Only experienced mechanics familiar with this type of specialized work shall be employed.
B. Glazing: Installation shall be in strict accordance with the fire resistant glazing material manufacturer's specifications. Field cutting or tampering is strictly prohibited.

GlassProteX, SuperLite, SuperLite I, SuperLite II, SuperSecure are trademarks of O'Keeffe's Inc. FireLite and FireLite Plus are registered trademarks of Nippon Electric Glass Company, Ltd. MASTERGLASS is a registered trade mark of Saint Gobain.

**O'Keeffe's Inc.**
ARCHITECTURAL BUILDING PRODUCTS • 75 Williams Avenue • San Francisco, CA 94124-2693 • 415/822-4222 • FAX 415/822-5222

OKE GPX N6

08100/SAF
BuyLine 2821







# GPX GlassProtex: The most comprehensive framing system available.

GPX patented, fire-rated, aluminum wall and door assemblies have been preferred and specified by architects and building owners for over 20 years.

By incorporating the appropriately rated glazing material, such as SuperLite II-XL, in GPX aluminum framing, you can create the maximum barrier against fire and radiant heat transfer while providing an attractive framing system that meets all the temperature rise requirements of the national codes. This combination allows for large vision panels in fire-rated walls up to two hours and rated doors up to 90 minutes.

GPX systems are listed and labeled by WHI and UL.



# Ten Reasons to Use GPX

- Narrow, versatile, designer profile
- Large transparent wall assemblies
- Fully <u>listed and approved</u> up to 2 hours for walls and 90 minutes for doors
- Complete customization
- Can be used with any fire-rated glazing material
- Manufactured in the U.S.
- Redesigned for easy installation
- Short-form specs and details downloadable off our website:
    www.gpxframing.com
- Guaranteed against defects in materials for five years
- Affordable




Warnock Hersey WH          LISTED UL

# 20, 45, 60, 90 and 120 minute fire ratings – with human impact safety and no area limitations.



## Fire Walls / Windows

GPX aluminum wall assemblies are classified as transparent fire walls. Used with individually listed and labeled SuperLite II-XL 60, 90, 120 or other rated glazings, these rated panels, limited only by approved glazing sizes, combine without the area limitations traditionally placed on glazing products by the Model Building Codes.

| Rating | Max. Glass Area | Max. "W" | Max. "H" |
|---|---|---|---|
| 20 min. | 3,510 sq. in. | 105" | 105" |
| 60 min. | 4,952 sq. in. | 124-1/4" | 124-1/4" |
| 90 min. | 4,876 sq. in. | 124" | 124" |
| 120 min. | 4,876 sq. in. | 124" | 124" |

## Fire Doors

GPX aluminum door assemblies allow full vision lites in 20, 60, and 90-minute fire-rated applications. In aluminum or clad with any finish material, in single-leaf or pairs (with door leaf sizes up to 4' x 9'), GPX doors meet all code requirements and can be incorporated into virtually any wall for the best fire protection and aesthetic appearance. GPX doors also provide temperature rise and sound reduction benefits in door thicknesses ranging from 1 3/4" to the new standard 4".

| Rating | Max. Single | Max. Double | Max. Glass |
|---|---|---|---|
| 20 min. | 4' x 9' | 8' x 9' | 36-3/4" x 95-1/2" |
| 60 min. | 4' x 9' | 8' x 9' | 47-5/8" x 107-7/8" |
| 90 min. | 4' x 9' | 8' x 9' | 47-5/8" x 107-7/8" |



## Approvals

California State Fire Marshall • City of New York MEA • Positive Pressure

## Listings

Listed and labeled by WHI and UL for 20-, 60-, 90- and 120-minute applications within U.S. and Canada. Frame tests performed in accordance with ASTM E-119, ASTM E-163, NFPA 251, NFPA 257, UBC 7-1, UBC 7-4, UL 263, UL 9, CAN-S101 and CAN 4-S106. Door tests performed in accordance with ASTM E-152, NFPA 252, UBC 7-2, UL 10C and CAN 4-S104.



**60-minute door construction**

## Standard Finishes



| | | | | |
|---|---|---|---|---|
| Silver | Bronze | Gold | Red | Black |
| Blue | White | Green | Brown | |



**GPX**, *a division of O'Keeffe's Inc.*
325 Newhall Street
San Francisco, CA 94124-1432
TEL  415-822-4222 or 888-653-3333
FAX  415-822-5222

SEE US IN 
DIRECTORY   CATALOG FILES   CD   SWEETS.COM

08810/SAF
BuyLine 7634

# SAFTI
Safety and Fire-Rated Technology International

# SAFTI
Safety and Fire-Rated Technology International



# SAFTI
Safety and Fire-Rated Technology International

**FIRE-RATED GLAZINGS**

# SAFTI
Safety and Fire-Rated Technology International



# SAFTI
Safety and Fire-Rated Technology International



SuperLite™
fire & safety rated glazings by SAFTI