
impact rated


heat resistant


fire-rated


thermal shock


positive pressure

**SuperLite I™** is the first optically clear fire-rated glazing manufactured in the United States. SuperLite I was developed to offer large, clear viewing areas that are impact safe at a competitive price. SuperLite I is the attractive and safe choice for architects and building owners by offering 20/30-minute fire-ratings and superior impact performance. The impact safety of Cat. II 400 ft. lbs. combined with a 20/30-minute fire-rating makes SuperLite I ideal for new and retrofit construction.

**SuperLite I-XL™\*** is a breakthrough in fire-rated technology. SuperLite I-XL provides fire and radiant heat protection that is unmatched in its class. SuperLite I-XL stops the spread of fire by reflecting heat back towards the fire source instead of allowing it to radiate through the glazing to the adjoining areas. SuperLite I-XL in a 1/4" make-up lends itself to a variety of design applications. Excellent for school safety, historical renovations, rural residential areas, property lines and high rise commercial or residential buildings.


20/30-minute SuperLite I™
in fire-rated hollow metal

## SuperLite I & SuperLite I-XL\* Product Benefits:

- **Safety Rated**: tempered to meet CPSC16 CFR1201
  Cat. II 400 ft. lbs. and ANSI Z97.1
- **Fire-Rated**: 20, 45 and 60-minute without hose stream
- **Thickness**: 1/4"
- **Fast Lead-Times**: multiple U.S. manufacturing locations
- **Radiant Heat Protection**: 90% reduction in heat transmission
- **Frame Options**: available in fire-rated steel, wood or aluminum
- **Custom Make-up**: tinted, sandblasted, patterned, insulated units and more
- **Thermal Shock Resistant**: survives thermal shock from sprinklers

### SuperLite I™

| Rating | Application | Max. Area | Max. "W" | Max. "H" | Stops | Testing |
|--------|-------------|-----------|----------|----------|-------|---------|
| 20-min. | Doors (wood) | 3,299 sq. in. | 36-1/8" | 91-5/16" | 5/8" | Warnock Hersey LISTED UL LISTED |
| | Doors (steel) | 2,687 sq. in. | 34" | 77-7/8" | 5/8" | |
| | Doors (aluminum) | 3,436 sq. in. | 36-3/4" | 95-1/2" | 5/8" | |
| | Sidelites (wood) | 2,719 sq. in. | 35-1/4" | 77-1/8" | 5/8" | |
| | Sidelites (steel) | 3,965 sq. in. | 48-1/4" | 109" | 5/8" | |
| | Sidelites (aluminum) | 2,520 sq. in. | 24" | 105" | 5/8" | |
| 30-min. | Windows (steel) | 2,800 sq. in. | 47-1/4" | 71-1/4" | 5/8" | |

### SuperLite I-XL™\*

| Rating | Application | Max. Area | Max. "W" | Max. "H" | Stops | Testing |
|--------|-------------|-----------|----------|----------|-------|---------|
| 45-min. | Windows (steel) | 3,522 sq. in. | 48" | 96" | 5/8" | Warnock Hersey LISTED |
| 60-min. | Doors (steel) | 3,341 sq. in. | 35-1/8" | 95-1/8" | 5/8" | |
| | Sidelites (steel) | 3,341 sq. in. | 35-1/8" | 95-1/8" | 5/8" | |
| | Windows (steel) | 3,341 sq. in. | 35-1/8" | 95-1/8" | 5/8" | |

\*SuperLite I-XL™ in hose stream applications requires AHJ's approval. SuperLite I-XL™ is patented.
All product characteristics, ratings and sizes are subject to change.

*For more information, visit us at* **www.safti.com**

     

impact rated    heat resistant    fire-rated    structurally tested    positive pressure

**08810/SAF**
**BuyLine 7634**

**SuperLite II-XL™** offers architects unlimited "see-through" design flexibility using glazing products as transparent walls. SuperLite II-XL consists of two tempered glass lites separated by a transparent gel* which acts as an insulation barrier during a fire. This allows SuperLite II-XL products to meet the strict building code temperature rise requirements for wall construction. SuperLite II-XL as a transparent wall allows applications that are not restricted in area and improves sound reduction.

## SuperLite II-XL Product Benefits:

**Safety Rated**: tempered to meet CPSC16 CFR1201 Cat. II 400 ft. lbs. and ANSI Z97.1

**Fire-Ratings and Available Thicknesses**:

• 45-minute = 3/4"     • 90-minute = 1-1/2"

• 60-minute = 1"       • 120-minute = 1-1/2"

• **Fast Lead-Times**: U.S. manufacturing locations

• **Sound Resistance**: high sound reduction up to 50 decibels

• **Frame Options**: up to two hours in steel, wood or aluminum

• **Custom Make-up**: tinted, sandblasted, patterned, insulated, security, reflective and more

**Unlimited Area**: meets all temp. and hose stream req.; not subject to any wall area limitations

**Superior Performance**: largest sizes available with temperature and impact performance



90-minute SuperLite II-XL™
in fire-rated hollow metal

### SuperLite II-XL™

| Rating | Application | Max. Area | Max. "W" | Max. "H" | Stops | Testing |
|--------|-------------|-----------|----------|----------|-------|---------|
| 45-min. | Doors | 4,952 sq. in. | 124-1/4" | 124-1/4" | 5/8" | |
| | Sidelites | 4,952 sq. in. | 124-1/4" | 124-1/4" | 5/8" | |
| | Windows | 4,952 sq. in. | 124-1/4" | 124-1/4" | 5/8" | |
| 60-min. | Doors | 4,952 sq. in. | 124-1/4" | 124-1/4" | 5/8" | |
| | Sidelites/Transoms | 4,952 sq. in. | 124-1/4" | 124-1/4" | 5/8" | |
| | Windows/Walls | 4,952 sq. in. | 124-1/4" | 124-1/4" | 5/8" | |
| 90-min. | Doors | 3,671 sq. in. | 124" | 124" | 5/8" | |
| | Sidelites/Transoms | 4,876 sq. in. | 124" | 124" | 5/8" | |
| | Windows/Walls | 4,876 sq. in. | 124" | 124" | 5/8" | |
| 120-min. | Doors | 4,876 sq. in. | 37-1/2" | 93-1/2" | 5/8" | |
| | Sidelites/Transoms | 4,876 sq. in. | 124" | 124" | 5/8" | |
| | Windows/Walls | 4,876 sq. in. | 124" | 124" | 5/8" | |

*The proprietary gel fill will sometimes contain small optical irregularities. These irregularities do not affect the glass performance. SuperLite II-XL™ patent pending. All product characteristics, ratings and sizes are subject to change.





**SAFTI** (**S**afety **A**nd **F**ire-Rated **T**echnology **I**nternational) with over 20 years of experience in the high technology industry of fire-rated glass has remained the leader in clear, safety and fire-rated glass serving the architectural and building community.

**SAFTI** solves a diverse range of issues for architects, designers and building professionals offering the most versatile range of products where fire protection is required within commercial or residential applications.

**SAFTI**, through extensive research, continues to develop fire-rated glazings that meet the ever-changing technological demands of the construction industry and building codes.

**SAFTI** inquiries and pricing are given toll free at: **888.653.3333** or by e-mail at **info@safti.com**.

**SAFTI** displays complete product specifications and details on our website **www.safti.com**.

### *SAFTI — the safe decision*

**SAFTI,** *a division of O'Keeffe's Inc.*
**325 Newhall Street**
**San Francisco, CA  94124-1432**
**TEL  415.822.4222 or 888.653.3333**
**FAX  415.822.5222**

Printed in the U.S.A.

SEE US IN 
DIRECTORY  CATALOG  CD  SWEETS.COM
FILES

08310/SAF
BuyLine 7684

# SĀFTI
## Safety and Fire Technology International



**FIRE PROTECTION**

## SĀFTI First Since 1982

- First with fully code approved fire-rated products from 20 to 120-minutes.
- First with fire-rated wood frames.
- First with an exterior fire-rated curtain wall system.
- First with an engineered aluminum snap-together curtain wall.
- First to manufacture fire-resistive glazing in the USA.
- First to have a hose-stream tested, fire-rated glazing rated up to 120-minutes.
- First to offer a monolithic glazing that substantially reduces the dangers of radiant heat.
- First to provide a safe wired glass that protects K-12 children from injuries due to accidental impact.

   

# A complete line of fire-rated glass and framing



# SAFTI Benefits

- Over 20 years providing fire-rated glazing products that exceed industry perfomance demands and meet all building code requirements.
- Complimentary glass consultants to help you choose the right products for your application.
- Products available in all approved framing options and a variety of custom make-ups.
- Products fully manufactured in U.S. for quick delivery.
- Thousands of successful projects worldwide.
- Competitively priced.



## SuperLite I™ 20-minutes:

SuperLite I™ was the first wireless, monolithic, safety and fire-rated glazing manufactured in the U.S., offering excellent clarity with colorless and distortion-free optics. SuperLite I was developed and priced to replace existing wired glass installations and remains the choice for use in new construction where high impact performance and 20-minute fire ratings are required.



## SuperLite I-XL™ 45/60-minutes:*

SuperLite I-XL™ is a breakthrough, directional, monolithic technology that stops the spread of fire by reflecting heat back towards the fire source, substantially reducing the dangers of radiant heat. This leading edge technology was originally developed in Europe, improved upon by SAFTI, and introduced to the U.S. in 1993. The original technology has been used extensively in Europe for over 20 years, and SuperLite I-XL™ has been installed in locations throughout the U.S. for over ten years, with exemplary performance. It is an excellent product for schools, hospitals, historical renovations, wildfire residential areas, and property line applications, or any areas where safe egress of occupants is a concern. *Consult factory for jurisdictions approving this innovative, fire-rated, non-hose stream tested product.



## SuperLite II-XL™ 45/60/90/120-minutes:

SuperLite II-XL™ products (patent pending) provide the highest, fully tested, fully code approved in all ratings, fire protection on the market. All products are hose stream tested, nondirectional, symmetrical, and block radiant heat transfer. SuperLite II-XL™ products meet the more stringent wall standard, and can be used without limitations. (Some glazing products, tested to the window standard, are limited by code to 45-minute ratings and 25% of the wall area despite their stated ratings.) In combination with a rated framing system, such as SAFTI's GPX, SuperLite II-XL™ products provide floor-to-ceiling, full wall, design flexibility with maximum clarity (non-yellow tint), and the added benefit of sound reduction. These products provide maximum life safety, property protection and design flexibility.



## SuperLite I-W™ 20/45/60/90-minutes:

SuperLite I-W™ (patent pending) is the first fire-rated wired glass product that meets, not just the minimum, but the highest CPSC Cat. II safety standards. It is perfect as a replacement for non-safety, fire-rated, wired glass used in fire doors and sidelites where accidental impact is a concern. SuperLite I-W™ is fabricated in locations throughout the U.S. for fast delivery and is a safe alternative for use in schools, dormitories, hospitals, recreational and athletic facilities.

# For complete product information, please visit www.safti.com

# Product Guide

| | SuperLite I | SuperLite I-W | SuperLite I-XL | SuperLite II-XL |
|---|---|---|---|---|
| Fire Rating | 20 | 20/45/60/90 | 20/45/60 | 45/60/90/120 |
| Origin | USA | USA | USA | USA |
| Safety Rating | Cat. II | Cat. II | Cat. II | Cat. II |
| Heat Transfer Protection | No | No | Yes | Yes |
| ASTM E-119 Heat Barrier | No | No | No | Yes |
| Tested Application | D, SL | D, SL, Win | D, SL, Win | D, SL, Win, Wall |
| Sprinkler Shock Resistant | Yes | Yes | Yes | Yes |
| Hose Stream | No | Yes | No | Yes |
| Light Transmission | 89.50% | 81% | 81% | 85 - 81% |
| Custom Options | Yes | Yes | Yes | Yes |
| Exterior Use | Yes | Yes | Yes | Yes |
| Acoustical Barrier | No | No | No | 42 - 44 dB |
| Average Lead Times | 3 - 7 days | 3 - 7 days | 3 - 7 days | 1-4 weeks |
| Framing | CAN BE USED IN ANY FIRE-RATED FRAMING | | | |
| Glass Type | Tempered | Wired | Tempered | Tempered |
| Standard Make-up | Monolithic | Monolithic | Monolithic | Gel-filled |
| Visual Appearance | Clear | Wired | Clear | Clear |
| **Std. Thickness/Wt. per sq.ft.**\*\* | | | | |
| 20-minute | 1/4" / 3 lbs. | 1/4" / 4 lbs. | 1/4" / 3 lbs. | 3/4" / 8 lbs. |
| 45-minute | N/A | 1/4" / 4 lbs. | 1/4" / 3 lbs. | 3/4" / 8 lbs. |
| 60-minute | N/A | 1/4" / 4 lbs. | 1/4" / 3 lbs. | 1-1/8" / 9 lbs. |
| 90-minute | N/A | 1/4" / 4 lbs. | N/A | 1-3/4" / 12 lbs. |
| 120-minute | N/A | N/A | N/A | 1-3/4" / 12 lbs. |
| **Max. Size Per Rating**\*\* | | | | |
| 20-minute | 3965 sq. in. | 4,704 sq. in. | 3522 sq. in. | 4952 sq. in. |
| 45-minute | N/A | 4,704 sq. in. | 3522 sq. in. | 4952 sq. in. |
| 60-minute | N/A | 2,208 sq. in. | 3841 sq. in. | 4952 sq. in. |
| 90-minute | N/A | 2,208 sq. in. | N/A | 4876 sq. in. |
| 120-minute | N/A | N/A | N/A | 4876 sq. in. |

Application Legend:  D = Door,  Win = Window,  SL = Sidelite

\* SuperLite I-XL is a transitional product that reduces radiant heat transfer from one side only. Consult glazing instructions for installation. This product has not yet been rated without hose stream and therefore requires a Hi-lead approval in 45-60 minute applications.

\*\* SuperLite II-XL standard glass thickness may vary depending upon specific design considerations and structural requirements such as insulation, bomb blast, or ballistic.

SAFTI reserves the right to modify, without notice, specific product information contained herein, and assumes no responsibility for content inaccuracies or typographical errors.



UCSF Health Sciences Building
San Francisco, CA



Elliot Technical Center,
University of North Carolina

# Complimentary Glass Consulting Service

Because design and code requirements are unique to each application of fire-rated glass, our complimentary Glass Consulting Service is available to help you through the maze of products, codes and certifications -- to answer your practical, everyday, questions about fire-rated glass and framing systems.

**Our Glass Consultants can help you:**
- Obtain a glass sample.
- Find the right fire-rated product for your application.
- Increase your product knowledge.
- Understand the real-world significance of various codes and testing standards.
- Troubleshoot a problem situation.

**Our Glass Consultants provide the following benefits:**
- Complete knowledge of the design and construction process from planning through post-construction.
- In-depth product knowledge.
- Strategic problem-solving approach.
- Dedication to your unique project.

Do not hesitate to call upon the experience of our Glass Consultants at:
**888-653-3333** or **415-822-4222** (in California).



*Red Lion Inn, Costa Mesa, CA*



*Mall of America, Bloomington, MN*

**For complete product information, downloadable specifications and details, please visit www.safti.com.**

**If you have a question about a current or upcoming project involving fire-rated glass, ask it online. One of our glass experts will respond within 24 hours. Just click "Quick Solve."**

 Quick Solve

at **www.safti.com**

# SĀFTI FIRST

Safety and Fire-Rated Technology International, a division of O'Keeffe's Inc.

325 Newhall St., San Francisco, CA   94124
888-653-3333 (1-888-OKEEFFES) 415-822-4222 in CA

# SAFTI

## FIRST SINCE 1983

**SuperLite I-W™**
fire & safety rated glazings by **SAFTI**

*Patent Pending*

● **First to provide a wired glass product that meets CPSC Cat. II.**

● **First in safety -** *meets highest impact safety standards.*

● **First in service -** *completely manufactured in U.S. for prompt delivery.*

● **First in performance -** *largest selection of ratings (20- to 90- minutes) & sizes to meet any standards for positive pressure tested glass windows & doors.*

● **First in affordability.**

**Warnock Hersey**
**W H**    (UL)    [flag]

*visit*
# www.safti.com

# Safe Solutions
## for Unsafe Wired Glass

Wired glass is a common sight in the windows and doors of most schools and universities mainly because it was the only cost-effective, fire-rated glazing product available at one time. Most school facility managers, administrators and architects are now aware that using wired glass to meet fire codes can jeopardize student safety. It is less than half as strong as ordinary glass and extremely dangerous upon impact.

"Most people believe the purpose of wire in glass is safety and security, but it isn't," says Drew Gilliand, Associate Director of Physical Activity and Recreation Services, at the University of Oregon. "The wire mesh simply holds the glass in place during a fire. The product is actually quite weak and breaks more easily. It is also more dangerous when broken, causing extensive injuries because of the jagged break patterns due to the wire."

Each year hundreds of children and young adults are seriously or permanently injured in wired glass accidents. According to Dr. Philip Graitcer, Center for Injury Control at Rollins School of Public Health in Atlanta, this figure could be much higher.

"Since 1977 only wired glass and tempered or laminated glass (safety glass) have been permitted in hazardous locations such as school doors or door side panels. If there is any annealed or plate glass in these installations, they are part of an original door installation dated before 1977, or they are part of an illegal replacement. Tempered and laminated glasses are unlikely to produce the kinds of lacerations and cuts that are reported. I would conservatively estimate that 90% of the 2,500 glass door injuries seen each year in the CPSC (Consumer Products Safety Commission) system involve wired glass," states Graciter.

In response to pressure from advocacy groups, glass industry members, and various state representatives, building codes are changing. The 2003 IBC and NFPA 5000 codes have eliminated the use of wired glass in the construction of all educational and athletic facilities. The state of Oregon may soon become the first in the nation to protect its citizens from the debilitating injuries caused by human impact with wired glass in all occupancies, not just educational and athletic facilities.



Given recent code changes and the first ever personal injury and product liability lawsuit filed against wired glass manufacturers, it may no longer be a question of if, but when, schools will replace the wired glass in high impact areas. So, what exactly are the alternatives to wired glass that are both safety- and fire-rated?

*Safe SuperLite I replaces unsafe wired glass at the University of Oregon*



# Oregon's Glass Action

Two years ago Jarred Abel, a recent University of Oregon graduate, suffered severe nerve and tendon damage to his left arm from wired glass when exiting the University's gym after a basketball game. After the accident, the University responded by putting a 7 mil film on wired glass in all activity areas and any locations where human impact might occur.

About a year later, a second accident occurred at a window with the film on it. Fortunately, the film prevented an injury, but redirected attention to the glazing's inherent weakness. While film prevents injuries, it does not prevent the glass from breaking. In order to avoid future replacement costs, the University began talking with several wireless fire- and safety-rated glass manufacturers about replacing the 16 wired glass windows in its gyms with something stronger. They eventually decided on SuperLite I — one of the many fire- and safety-rated glazing products manufactured by SAFTI (Safety and Fire Rated Technology International), a division of O'Keeffe's, Inc. in San Francisco.

"SuperLite I is ten times stronger than wired glass and definitely meets the fire rating," says Gilliand. "Plus, if the glass ever breaks it will shatter into little pieces and prevent the unfortunate injuries caused by wires. We prefer this product in areas with any chance of impact, such as exit doors, gyms and other locations where people are running and might hit it."

# Getting to Know Your Glass

There are many safe alternatives to unsafe wired glass in schools depending on your school's budget, aesthetic or maintenance concerns, and the amount of fire protection required in any location. The good news is that impact safety no longer needs to be sacrificed to fire safety.

If you are looking for a filmed wired glass product, SAFTI offers SuperLite I-W, the first wired glass product to meet CPSC Category I and II safety standards and the first to be successfully fire tested to 45-minutes with hose stream (NFPA 252 and NFPA 257). It is safe for use in fire doors and other assemblies where impact is a concern. SuperLite I-W is the least expensive safety-rated alternative to traditional wired glass (which does not meet CPSC safety glazing standards).

If you want a clear, wireless, window product, several manufacturers (e.g., SAFTI, Technical Glass Products, InterEdge and Vetrotech) provide safety glazing products that are fire rated from 20- to 45-minutes. Given the complexities of building codes and the technical nature of these glazing products, it is important to consult with the manufacturer about a product's fire and safety ratings and listings.

So, whether it's filmed wired or wireless glass, there are several safe alternatives to unsafe traditional wired glass. These alternatives are available at various performance and price points. And schools and universities are responding proactively — before an accident occurs.

"We need to look at the safer alternatives," says Gilliand. "Some are comparable in cost to wired glass, while others are more expensive but offer superior fire protection. But for the minimal extra cost, you can do a great service by replacing wired glass with fire-rated safety glass."


impact rated


fire-rated


thermal shock


positive pressure


SuperLite I™ 20/30-minute shown in fire-rated hollow metal door

# SuperLite I™

**SuperLite I™ 20-minutes:** SuperLite I™ was the first wireless, monolithic, safety and fire-rated glazing manufactured in the U.S., offering excellent clarity with colorless and distortion-free optics. SuperLite I was developed and priced to replace existing wired glass installations and remains the choice for use in new construction where high impact performance and 20-minute fire ratings are required.

## SuperLite I™ Product Benefits:

• **Safety Rated:** tempered to meet CPSC16 CFR1201 Cat. II 400 ft. lbs. and ANSI Z97.1

• **Positive Pressure Fire-Rating**: 20-minute

• **Thickness**: 1/4"

• **Fast Lead-Times**: multiple U.S. manufacturing locations

• **Frame Options**: available in fire-rated steel, wood or aluminum

• **Custom Make-up**: tinted, sandblasted, patterned, insulated units, and thickness up to 1/2"

• **Thermal Shock Resistant**: survives thermal shock from sprinklers

### SuperLite I

| Rating | Application | Max. Area | Max. "W" | Max. "H" | Stops | Testing |
|--------|-------------|-----------|----------|----------|-------|---------|
| 20-min. | Doors (wood) | 3,299 sq. in. | 36-1/8" | 91-5/16" | 1/2" | LISTED |
|  | Doors (steel) | 3,436 sq. in. | 36-3/4" | 95-1/2" | 5/8" | UL |
|  | Doors (aluminum) | 3,436 sq. in. | 36-3/4" | 95-1/2" | 5/8" | |
|  | Sidelites (wood) | 2,719 sq. in. | 35-1/4" | 77-1/8" | 5/8" | Warnock Hersey |
|  | Sidelites (steel) | 3,965 sq. in. | 48-1/4" | 109" | 5/8" | WH |
|  | Sidelites (aluminum) | 2,520 sq. in. | 24" | 105" | 5/8" | |

20-minute Fire-Rated


SAFTI FIRST
Safety and Fire-Rated Technology International    Since 1982


SuperLite™
fire & safety rated glazing by SAFTI

## Product Specifications
Thickness: 1/4"
Weight: 3.0 lbs./sq. ft.
Appearance: Clear, wireless
Light Transmission: 89.5%
STC Rating: 28

## Listed and Labeled
SuperLite I 20-min. is listed and labeled with positive pressure by Warnock Hersey, Inc. and Underwriters Laboratory. Warnock Hersey permanent labels are applied to all glass lites. Test reports WHI-495-1279, WHI-495-1609 and WHI-495-1622.

## Standards
UBC 7-2, UBC STD 7-4, NFPA 252, NFPA 257, UL 9, UL 10C, ASTM E-152 (REV. 2074), ASTM E-163 (2010)

## Delivery
Allow 2 weeks from confirmed order. Quick ship is available upon request.

## Typical Framing for SuperLite I 20-minutes
Listed below are examples of typical framing options.  Visit **www.safti.com** for downloadable 3-Part specifications and full CAD details.



**A. SuperLite I 20-min. shown in a vertical cut through of a Hollow Metal Door/Frame**
a. 5/8" stop height
b. 1/4" glass thickness
c. 3/8" glass bite



**B. SuperLite I 20-min. shown in a horizontal cut through of a wood door**
a. 1/2" stop height
b. 1/4" glass thickness
c. 3/8" glass bite



**C. SuperLite I 20-min. shown in a horizontal cut through of a Vision Kit**
a. 5/8" stop height
b. 1/4" glass thickness
c. 3/8" glass bite



**SAFTI**
**325 Newhall Street**
**San Francisco, CA  94124-1432**
**TEL:  415.822.4222 in CA**
**     or 888.653.3333**
**FAX:  415.822.5222**
**www.safti.com**
**info@safti.com**

 
Made in the USA


impact rated


heat resistant


fire-rated


hose stream


positive pressure


SuperLite II-XL™ 45-minute in fire-rated hollow metal

# SuperLite II-XL™

**SuperLite II-XL™ 45-minutes:** SuperLite II-XL™ (patent pending) products provide the highest, fully tested, fully code approved in all ratings, fire protection on the market. All products are hose stream tested, nondirectional, symmetrical, and block radiant heat transfer. SuperLite II-XL™ products meet the more stringent wall standard, and can be used without limitations. (Some glazing products, tested to the window standard, are limited by code to 45-minute ratings and 25% of the wall area despite their stated ratings.) In combination with a rated framing system, such as SAFTI's GPX, SuperLite II-XL™ products provide floor-to-ceiling, full wall, design flexibility with maximum clarity (non-yellow tint), and the added benefit of sound reduction. These products provide maximum life safety, property protection and design flexibility.

## SuperLite II-XL™ 45 Product Benefits:
- **Safety Rated**: tempered to meet CPSC16 CFR1201 Cat. II 400 ft. lbs. and ANSI Z97.1
- **Positive Pressure Fire-Rating and Thickness**: 45-minute = 3/4"*
- **Fast Lead-Times**: U.S. manufacturing locations
- **Sound Resistance (STC)**: 40
- **Frame Options**: available in fire-rated steel, wood, aluminum, or any rated framing system
- **Custom Make-up**: tinted, blast, bullet, attack, hurricane, patterned, insulated, security, reflective, curved or bent, art, laminated and rounded
- **Unlimited Area**: meets all temp. and hose stream req.; not subject to wall glazing area limitations
- **Superior Performance**: safety, positive pressure, sound reduction, and design freedom

### SuperLite II-XL

| Rating | Application | Max. Area | Max. "W" | Max. "H" | Stops | Testing |
|--------|-------------|-----------|----------|----------|-------|---------|
| 45-min. | Doors | 4,952 sq. in. | 124-1/4" | 124-1/4" | 5/8" | Warnock Hersey WHI / LISTED UL |
| | Sidelites | 4,952 sq. in. | 124-1/4" | 124-1/4" | 5/8" | |
| | Windows | 4,952 sq. in. | 124-1/4" | 124-1/4" | 5/8" | |

* Standard glass thickness may vary depending upon special design considerations such as bomb-blast, ballistic, insulation, etc.



SAFTI FIRST
Safety and Fire-Rated Technology International    Since 1982


SuperLite II-XL™
fire & safety rated glazing by SAFTI

## Product Specifications

Thickness: 3/4"
Weight: 8 lbs./sq. ft.
Appearance: Clear, wireless
U-Value: .40
Light Transmission: 85%
STC Rating: 40

## Listed and Labeled

SuperLite II-XL is listed and labeled with positive pressure by Warnock Hersey, Inc. and Underwriters Laboratories. Warnock Hersey permanent labels are applied to all glass lites. Test reports WHI-495-1577 and WHI-495-1578.

## Standards

UBC STD 7-2, UBC STD 7-4, NFPA 252, NFPA 257, UL 9, UL 10C, ASTM E-152 (Rev. 2074), ASTM E-163 (Rev. 2010), CAN 4-S104, CAN 4-S106.

## Delivery

Allow 4-5 weeks from confirmed order. Quick ship is available upon request.

## Typical Framing for SuperLite II-XL 45-minute

Listed below are examples of typical framing options. Visit **www.safti.com** for downloadable 3-Part specifications and full CAD details



**A. SuperLite II-XL 45-min. Hollow Metal Frame**

a. 1" stop height*

b. 3/4" glass thickness

c. 3/4" glass bite

**B. SuperLite II-XL 45-min. Hollow Metal Door/Frame**

a. 1" stop height*

b. 3/4" glass thickness

c. 3/4" glass bite





**C. SuperLite II-XL 45-min. Hollow Metal Frame**

a. 1" stop height*

b. 3/4" glass thickness

c. 3/4" glass bite

*SuperLite II-XL is tested with 5/8" stop heights. However, 1" stop heights are approved and recommended for optimal aesthetic appearance



**SAFTI**
**325 Newhall Street**
**San Francisco, CA  94124-143.**
**TEL:  415.822.4222 in CA**
**or 888.653.3333**
**FAX: 415.822.5222**
**www.safti.com**
**info@safti.com**


Made in the USA


impact rated


heat resistant


fire-rated


hose stream


positive pressure



SuperLite II-XL™ 60-minute in GPX framing

# SuperLite II-XL™

**SuperLite II-XL™ 60-minutes:** SuperLite II-XL™ (patent pending) products provide the highest, fully tested, fully code approved in all ratings, fire protection on the market. All products are hose stream tested, nondirectional, symmetrical, and block radiant heat transfer. SuperLite II-XL™ products meet the more stringent wall standard, and can be used without limitations. (Some glazing products, tested to the window standard, are limited by code to 45-minute ratings and 25% of the wall area despite their stated ratings.) In combination with a rated framing system, such as SAFTI's GPX, SuperLite II-XL™ products provide floor-to-ceiling, full wall, design flexibility with maximum clarity (non-yellow tint), and the added benefit of sound reduction. These products provide maximum life safety, property protection and design flexibility.

## SuperLite II-XL™ 60 Product Benefits:

• **Safety Rated**: tempered to meet CPSC16 CFR1201 Cat. II 400 ft. lbs. and ANSI Z97.1

• **Positive Pressure Fire-Rating and Thickness**: 60-minute = 1-1/8"*

• **Fast Lead-Times**: U.S. manufacturing locations

• **Sound Resistance (STC)**: 42

• **Frame Options**: available in fire-rated steel, wood, aluminum or any rated framing system

• **Custom Make-up**: tinted, blast, bullet, attack, hurricane, patterned, insulated, security, reflective, curved or bent, art, laminated and rounded

• **Unlimited Area**: meets all temp. and hose stream req.; not subject to wall area limitations

• **Superior Performance**: safety, positive pressure, sound reduction, and design freedom

## SuperLite II-XL

| Rating | Application | Max. Area | Max. "W" | Max. "H" | Stops | Testing |
|--------|-------------|-----------|----------|----------|-------|---------|
| 60-min. | Doors | 4,952 sq. in. | 124-1/4" | 124-1/4" | 5/8" | Warnock Hersey WHI / UL LISTED |
| | Sidelites/Transoms | 4,952 sq. in. | 124-1/4" | 124-1/4" | 5/8" | |
| | Borrowed Lites/Walls | 4,952 sq. in. | 124-1/4" | 124-1/4" | 5/8" | |

* Standard glass thickness may vary depending upon special design considerations such as bomb-blast, ballistic, insulation, etc.


SĀFTI FIRST
Safety and Fire-Rated Technology International    Since 1982


SuperLite II-XL™
fire & safety rated glazing by SAFTI

60-minute Fire-Rated

## Product Specifications
Thickness: 1-1/8"
Weight: 9 lbs./sq. ft.
Appearance: Clear, wireless
U-Value: .40
Light Transmission: 85%
STC Rating: 42

## Listed and Labeled 
SuperLite II-XL is listed and labeled with positive pressure by Warnock Hersey, Inc. and Underwriters Laboratories. Warnock Hersey permanent labels are applied to all glass lites. Test reports WHI-495-1577 and WHI-495-1578.

## Standards
UBC STD 7-1, UBC STD 7-2, UBC 7-4, NFPA 251, NFPA 252, NFPA 257, UL 263, UL 9, UL10C, ASTM E-119, ASTM E-163 (Rev. 2010), ASTM E-152 (Rev. 2074), ULC CAN-S101, ULC CAN 4-S104, ULC CAN 4-S106.

## Delivery
Allow 4-5 weeks from confirmed order. Quick ship is available upon request.

## Typical Framing of SuperLite II-XL 60-minute
Listed below are examples of typical framing options.  Visit **www.safti.com** for downloadable 3-Part specifications and full CAD details



**A. SuperLite II-XL 60-min. GPX Frame**
a. 1" stop height*
b. 1-1/8" glass thickness
c. 3/4" glass bite

**B. SuperLite II-XL 60-min. GPX Door w/ Hollow Metal Frame**
a. 1" stop height*
b. 1-1/8" glass thickness
c. 3/4" glass bite





**C.  SuperLite  II-XL  60-min. GPX Frame**
a. 1" stop height*
b. 1-1/8" glass thickness
c. 3/4" glass bite



**SAFTI**
**325 Newhall Street**
**San Francisco, CA  94124-143:**
**TEL:  415.822.4222 in CA**
**or 888.653.3333**
**FAX:  415.822.5222**
**www.safti.com**
**info@safti.com**

*SuperLite II-XL is tested with 5/8" stop heights.  However, 1" stop heights are approved and recommended for optimal aesthetic appearance*

 Made in the USA


impact rated


heat resistant


fire-rated


hose stream


positive pressure

**90-minute Fire-Rated**



# SuperLite II-XL™

SuperLite II-XL™ 90-minute in fire-rated wood door

**SuperLite II-XL™ 90-minutes:** SuperLite II-XL™ (patent pending) products provide the highest, fully tested, fully code approved in all ratings, fire protection on the market. All products are hose stream tested, nondirectional, symmetrical, and block radiant heat transfer. SuperLite II-XL™ products meet the more stringent wall standard, and can be used without limitations. (Some glazing products, tested to the window standard, are limited by code to 45-minute ratings and 25% of the wall area despite their stated ratings.) In combination with a rated framing system, such as SAFTI's GPX, SuperLite II-XL™ products provide floor-to-ceiling, full wall, design flexibility with maximum clarity (non-yellow tint), and the added benefit of sound reduction. These products provide maximum life safety, property protection and design flexibility.

## SuperLite II-XL™ 90 Product Benefits:

- **Safety Rated**: tempered to meet CPSC16 CFR1201 Cat. II 400 ft. lbs. and ANSI Z97.1
- **Positive Pressure Fire-Rating and Thickness**: 90-minute = 1-1/2"*
- **Fast Lead-Times**: U.S. manufacturing locations
- **Sound Resistance (STC)**: 44
- **Frame Options**: available in fire-rated steel, wood, aluminum, or any rated framing system
- **Custom Make-up**: tinted, blast, bullet, attack, hurricane, patterned, insulated, security, reflective, curved or bent, art, laminated and rounded
- **Unlimited Area**: meets all temp. and hose stream req.; not subject to wall area limitations
- **Superior Performance**: safety, positive pressure, sound reduction, design freedom

### SuperLite II-XL

| Rating | Application | Max. Area | Max. "W" | Max. "H" | Stops | Testing |
|--------|-------------|-----------|----------|----------|-------|---------|
| 90-min. | Doors | 4,876 sq. in. | 124" | 124" | 5/8" | Warnock Hersey W·H·I  UL LISTED |
| | Sidelites/Transoms | 4,876 sq. in. | 124" | 124" | 5/8" | |
| | Borrowed Lites/Walls | 4,876 sq. in. | 124" | 124" | 5/8" | |

* Standard glass thickness may vary depending upon special design considerations such as bomb-blast, ballistic, insulation, etc.


SAFTI FIRST
Safety and Fire-Rated Technology International
Since 1982


SuperLite II-XL™
fire & safety rated glazing by SAFTI

## Product Specifications
Thickness: 1-1/2"
Weight: 12 lbs./sq. ft.
Appearance: Clear, wireless
U-Value: .30
Light Transmission: 81%
STC Rating: 44

## Listed and Labeled

SuperLite II-XL is listed and labeled with positive pressure by Warnock Hersey, Inc. and Underwriters Laboratories. Warnock Hersey permanent labels are applied to all glass lites. Test reports WHI-495-1543 and WHI-495-1544.

## Standards
UBC STD 7-1, UBC STD 7-2, UBC 7-4, NFPA 251, NFPA 252, NFPA 257, UL 263, UL 9, UL10C, ASTM E-119, ASTM E-152 (Rev. 2074), ASTM E-163 (Rev. 2010), ULC CAN-S101, ULC CAN 4-S104, ULC CAN 4-S106.

## Delivery
Allow 4-5 weeks from confirmed order. Quick ship is available upon request.

## Typical Framing of SuperLite II-XL 90-minute
Listed below are examples of typical framing options.  Visit **www.safti.com** for downloadable 3-Part specifications and full CAD details.



**A. SuperLite II-XL 90-min. GPX Frame**
a. 1" stop height*
b. 1-1/2" glass thickness
c. 3/4" glass bite

**B. SuperLite II-XL 90-min. GPX Door / Frame**
a. 1" stop height*
b. 1-1/2" glass thickness
c. 3/4" glass bite



**C. SuperLite II-XL 90-min. GPX Frame**
a. 1" stop height*
b. 1-1/2" glass thickness
c. 3/4" glass bite



**SAFTI**
**325 Newhall Street**
**San Francisco, CA  94124-1**
**TEL:  415.822.4222 in CA**
         **or 888.653.3333**
**FAX:  415.822.5222**
**www.safti.com**
**info@safti.com**

*SuperLite II-XL is tested with 5/8" stop heights.  However, 1" stop heights are approved and recommended for optimal aesthetic appearance*



Made in the USA


impact rated


heat resistant


fire-rated


hose stream


positive pressure

# SuperLite II-XL™



SuperLite II-XL™ 120-minute in GPX framing

**SuperLite II-XL™ 120-minutes:** SuperLite II-XL™ (patent pending) products provide the highest, fully tested, fully code approved in all ratings, fire protection on the market. All products are hose stream tested, nondirectional, symmetrical, and block radiant heat transfer. SuperLite II-XL™ products meet the more stringent wall standard, and can be used without limitations. (Some glazing products, tested to the window standard, are limited by code to 45-minute ratings and 25% of the wall area despite their stated ratings.) In combination with a rated framing system, such as SAFTI's GPX, SuperLite II-XL™ products provide floor-to-ceiling, full wall, design flexibility with maximum clarity (non-yellow tint), and the added benefit of sound reduction. These products provide maximum life safety, property protection and design flexibility.

## SuperLite II-XL™ 120 Product Benefits:

- **Safety Rated**: tempered to meet CPSC16 CFR1201 Cat. II 400 ft. lbs. and ANSI Z97.1
- **Positive Pressure Fire-Rating and Thickness**: 120-minute = 1-1/2"*
- **Fast Lead-Times**: U.S. manufacturing locations
- **Sound Resistance (STC)**: 44 (up to 50)
- **Frame Options**: available in fire-rated steel, wood, aluminum, or any rated framing system
- **Custom Make-up**: tinted, blast, bullet, attack, hurricane, patterned, insulated, security, reflective, curved or bent, art, laminated and rounded
- **Unlimited Area**: meets all temp. and hose stream req.; not subject to wall area limitations
- **Superior Performance**: safety, positive pressure, sound reduction, and design freedom

### SuperLite II-XL

| Rating | Application | Max. Area | Max. "W" | Max. "H" | Stops | Testing |
|--------|-------------|-----------|----------|----------|-------|---------|
| 120-min. | Sidelites/Transoms | 4,876 sq. in. | 124" | 124" | 5/8" | Warnock Hersey **WH** LISTED (UL) |
| | Borrowed Lites/Walls | 4,876 sq. in. | 124" | 124" | 5/8" | |

*Standard glass thickness may vary depending upon special design considerations such as bomb-blast, ballistic, insulation, etc.

**120-minute Fire-Rated**


SAFTI FIRST
Safety and Fire-Rated Technology International    Since 1982


SuperLite II-XL™
fire & safety rated glazing by SAFTI

## Product Specifications
Thickness: 1-1/2"
Weight: 12 lbs./sq. ft.
Appearance: Clear, wireless
U-Value: .30
Light Transmission: 81%
STC Rating: 44 (up to 50)

## Listed and Labeled Warnock Hersey ▼▪▪ (UL) LISTED
SuperLite II-XL is listed and labeled with positive pressure by Warnock Hersey, Inc. and Underwriters Laboratories. Warnock Hersey permanent labels are applied to all glass lites. Test reports WHI-495-1543 and WHI-495-1544.

## Standards
UBC STD 7-1, NFPA 251, UL 263, ASTM E-119, ULC CAN-S101.

## Delivery
Allow 4-5 weeks from confirmed order. Quick ship is available upon request.

## Typical Framing SuperLite II-XL 120-minute
Listed below are examples of typical framing options.  Visit **www.safti.com** for downloadable 3-Part specifications and full CAD details.



**A. SuperLite II-XL 120-min. GPX Frame**
a. 1" stop height*
b. 1-1/2" glass thickness
c. 3/4" glass bite

**B. SuperLite II-XL 120-min. GPX Door**
a. 1" stop height*
b. 1-1/2" glass thickness
c. 3/4" glass bite



**C. SuperLite II-XL 120-min. GPX Frame**
a. 1" stop height*
b. 1-1/2" glass thickness
c. 3/4" glass bite


SuperLite™
fire & safety rated glazings by SAFTI

**SAFTI**
**325 Newhall Street**
**San Francisco, CA  94124-1432**
TEL:  415.822.4222 in CA
     or 888.653.3333
FAX:  415.822.5222
www.safti.com
info@safti.com

*SuperLite II-XL is tested with 5/8" stop heights.  However, 1" stop heights are approved and recommended for optimal aesthetic appearance.

 Made in the USA

# SuperLite™ Solution

Cleveland Clinic, Cleveland, Ohio
Collins Gordon Bostwick Architects
SuperLite II-XL™ 120 and GPX GlassProtex™ Framing



 www.safti.com

# The SuperLite™ GPX GlassProtex™ Solution

## Fire Protective Solutions:

### SuperLite I™
Specialty tempered
20 minutes

### SuperLite I-XL™
Radiant heat reducing specialty tempered
45 - 60 minutes

### SuperLite C/SP™
Fire protective impact safety-rated ceramics
20 minutes - 3 hours

### SuperLite I-W™
The only Cat. II 400 ft. lbs.
impact safety-rated wired glass
20 - 90 minutes

## Fire Resistive Solutions:

### SuperLite II-XL™
Transparent fire resistive glass walls
45 minutes - 2 hours

### GPX GlassProtex™
Architectural aluminum fire
resistive wall framing

   **USA MFG.**

*Your First Source for Fire-Rated Glazing Solutions Since 1982*


**SAFTI** *FIRST*™
FIRE RATED GLAZING SOLUTIONS
*Since 1982*


**www.gpxframing.com**
FIRE - RATED FRAMING

# *SuperLite I* ™

## 20 minute





FIRE RATED

HOSE STREAM

IMPACT RATED


THERMAL SHOCK


POSITIVE PRESSURE

## Clear Wireless Safety and Fire-Rated Glazing Solution for 20 Minute Applications

SuperLite I is the first wireless, monolithic, safety and fire-rated glazing manufactured in the U.S., offering excellent clarity with colorless and distortion-free optics. SuperLite I was developed and priced to replace existing wired glass installations, now recognized by international code bodies as unsafe. SuperLite I remains the choice for use in construction where high impact safety and 20 minute fire ratings are required.

SuperLite I 20 minutes in
fire-rated hollow metal

## SuperLite I™ Product Features

- **Meets highest federal impact safety standard, Consumer Product Safety Commission 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact.   The lower standard adopted by ANSI Z97.1 is no longer accepted or applicable to fire-rated glazing.**

- **Survives thermal shock from sprinklers.**

- **Positive Pressure fire rated.**

- **1/4"(8mm) for standard hollow metal or up to 1/2" (16mm) where wind or structural requirements are a consideration.**

- **Manufactured in the U.S. for fast delivery.**

- **For use in steel, wood, aluminum, or any equally fire-rated framing system.**

- **Can be insulated or slightly sandblasted.**

| Fire Rating | Application | Max. Lite Area | Max. "W" | Max. "H" | Stops | Testing |
|---|---|---|---|---|---|---|
| 20 minutes | Doors | 3,436  sq. in. | 36-3/4" | 95-1/2" | 5/8" | |
| 20 minutes | Sidelites | 3,965 sq. in. | 48-1/4" | 109" | 5/8" | |
| 20 minutes | Windows / Transoms | 3,965 sq. in. | 48-1/4" | 109" | 5/8 | |

 **made in the USA**

# ♦ SAFTI*FIRST*™
FIRE RATED GLAZING SOLUTIONS    *Since 1982*    w w w . s a f t i . c o m    8 8 8 . 6 5 3 . 3 3 3 3

## Product Specifications
Thickness: 1/4" (8mm) standard
Weight: 3.0 lbs./sq. ft.
Appearance: Clear, wireless
Light Transmission: 89.5%
STC Rating: 28



## Listed and Labeled
SuperLite I™ 20-min. is listed and labeled with positive pressure by Intertek/Warnock Hersey, Inc. and Underwriters Laboratory.  Intertek/Warnock Hersey permanent labels are applied to all glass lites.  Test reports WHI-495-1279, WHI-495-1609 and WHI-495-1622.



## Standards
UBC 7-2, UBC STD 7-4, NFPA 252, NFPA 257, UL 9, UL 10C, ASTM E-152 (REV. 2074), ASTM E-163 (2010)

## Delivery
Allow 5 days from confirmed order. Quick ship is available upon request.

## Typical Framing for SuperLite I™
Listed below are examples of typical framing options.  Visit www.safti.com or gpxframing.com for downloadable 3-part specifications and full CAD details.



**SuperLite I™ 20 min. Vision Kit**
A. 5/8" stop height
B. 1/4" glass thickness
C. 3/8" maximum glass bite



**SuperLite I™ 20 min. Wood Door**
A. 5/8" stop height
B. 1/4" glass thickness
C. 3/8" maximum glass bite



**SuperLite I™ 20 min. Non-Temperature Rise Hollow Metal Door/Frame**
A. 5/8" stop height
B. 1/4" glass thickness
C. 3/8" maximum glass bite

This information is provided for general reference.  For current listings, details, and ship times, please call SAFTI *FIRST*.