# *SuperLite II-XL*™

## *45 minute*

## 45 Minute Transparent Wall Solution

SuperLite II-XL 45 is a fire resistive, technically advanced glazing product that blocks radiant heat transfer. SAFTI *FIRST* was the first to provide this new technology to the U.S. in 1982. SuperLite II-XL products have been tested to the stringent wall standard and therefore considered a "transparent wall." Fire resistive glazing allows for greater design flexibility while other glazing products, such as ceramics, are limited by code to interior applications of 45 minutes or less and to 25% of the wall area. SuperLite II-XL, when used with an equally rated heat barrier framing system such as GlassProtex™ GPX, provides floor-to-ceiling and wall-to-wall design flexibility with unsurpassed clarity and the added benefit of sound reduction. These products provide the maximum life safety and property protection with unlimited design freedom. SuperLite II-XL products are also rated for bullet, blast and the highest level of impact safety, Consumer Product Safety Commission 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact.



SuperLite II-XL 45 minute
in fire-rated hollow metal


· FIRE RATED


HOSE STREAM


RADIANT HEAT


IMPACT RATED


THERMAL SHOCK


POSITIVE PRESSURE

## SuperLite II-XL™ Product Features

- **Meets all fire code and testing requirements and therefore is not subject to any limitations other than the use of proper framing and lite sizes.**

- **Acoustical barrier with high STC ratings.**

- **Tempered to meet the highest federal impact safety standard CPSC 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact. The lower standard adopted by ANSI Z97.1 is no longer accepted or applicable to fire-rated glazing.**

- **Available in virtually any custom architectural make-up: laminated, insulated, tinted, patterned, frosted, mirrored, reflective, curved, decorative, and more.**

- **Bullet, blast, attack, or hurricane ratings are available with SuperLite II-XL.**

- **Positive Pressure fire rated.**

- **1/2"- 3/4"- 1 1/8" thin profile.**

- **U.S. manufactured for fast delivery.**

| Fire Rating | Application | Max. Lite Area | Max. "W" | Max. "H" | Stops* | Testing |
|---|---|---|---|---|---|---|
| 45 minutes | Doors | 4,952 sq. in. | 60" | 124" | 1" | |
| 45 minutes | Sidelites | 4,952 sq. in. | 124" | 124" | 1" | |
| 45 minutes | Windows / Transoms | 4,952 sq. in. | 124" | 124" | 1" | |
| 45 minutes | Walls | 4,952 sq. in. | 124" | 124" | 1" | |

\* SuperLite II-XL is tested and approved with 5/8" stop heights. However, 1" stop heights are recommended for optimal aesthetic appearance.


**made in the USA**

## SAFTIFIRST™
FIRE RATED GLAZING SOLUTIONS    *Since 1982*    w w w . s a f t i . c o m    888.653.3333

## Product Specifications

Thickness: 1/2" to 3/4" (13 - 19mm)
Weight: 8 lbs./sq. ft.
Appearance: Clear, wireless
U-Value: .40
Light Transmission: 85%
STC Rating: 40 (standard)



## Listed and Labeled

SuperLite II-XL is listed and labeled with positive pressure by Intertek/Warnock Hersey, Inc. and Underwriters Laboratories. Intertek/Warnock Hersey permanent labels are applied to all glass lites. Test reports WHI-495-1577 and WHI-495-1578.

## Standards

UBC STD 7-2, UBC STD 7-4, NFPA 252, NFPA 257, UL 9, UL 10C, ASTM E-152 (Rev. 2074), ASTM E-163 (Rev. 2010), CAN 4-S104, CAN 4-S106.

## Delivery

Allow 10 days from confirmed order. Quick ship is available upon request.

## Typical Framing for SuperLite II-XL™ 45-minute

Listed below are examples of typical framing options. Visit www.safti.com or gpxframing.com for downloadable 3-part specifications and full CAD details.



**SuperLite II-XL 45 min.**
**Hollow Metal Sill**
A. 1" stop height
B. 3/4" glass thickness
C. 3/4" glass bite



**SuperLite II-XL 45 min.**
**Hollow Metal**
**Intersecting Mullion**
A. 1" stop height
B. 3/4" glass thickness
C. 3/4" glass bite



**SuperLite II-XL 45 min.**
**Hollow Metal Door/Frame**
A. 1" stop height
B. 3/4" glass thickness
C. 3/4" glass bite

This information is provided for general reference. For current listings, details, and ship times, please call SAFTI *FIRST*.

# *SuperLite II-XL* ™

## *60 minute*

## 60 Minute Transparent Wall Solution

SuperLite II-XL 60 is a fire resistive, technically advanced glazing product that blocks radiant heat transfer. SAFTI *FIRST* was the first to provide this new technology to the U.S. in 1982. SuperLite II-XL products have been tested to the stringent wall standard and therefore are considered a "transparent wall." Fire resistive glazing allows for greater design flexibility while other glazing products, such as ceramics, are limited by code to interior applications of 45 minutes or less and to 25% of the wall area. SuperLite II-XL, when used with an equally rated heat barrier framing system such as GlassProtex™ GPX, provides floor-to-ceiling and wall-to-wall design flexibility with unsurpassed clarity and the added benefit of sound reduction. These products provide the maximum life safety and property protection with unlimited design freedom. SuperLite II-XL products are also rated for bullet, blast and the highest level of impact safety, Consumer Product Safety Commission 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact.



SuperLite II-XL 60 minute in GPX framing


FIRE RATED


HOSE STREAM


RADIANT HEAT


IMPACT RATED


THERMAL SHOCK


POSITIVE PRESSURE

## SuperLite II-XL™ Product Features

- **Meets all fire code and testing requirements and therefore is not subject to any limitations other than the use of proper framing and lite sizes.**

- **Acoustical barrier with high STC ratings.**

- **Tempered to meet the highest federal impact safety standard CPSC 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact. ANSI Z97.1 is no longer accepted or applicable to fire rated glazing.**

- **Available in virtually any custom architectural make-up: laminated, insulated, tinted, patterned, frosted, mirrored, reflective, curved, decorative, and more.**

- **Bullet, blast, attack, or hurricane ratings are available with SuperLite II-XL.**

- **Positive Pressure fire rated.**

- **7/8" to 1-1/8" thin profile.**

- **U.S. manufactured for fast delivery.**

| Fire Rating | Application | Max. Lite Area* | Max. "W" | Max. "H" | Stops** | Testing |
|-------------|-------------|-----------------|----------|----------|---------|---------|
| 60 minutes | Doors | 4,952 sq. in | 60" | 124" | 1" | |
| 60 minutes | Sidelites | 4,952 sq. in | 124" | 124" | 1" | |
| 60 minutes | Windows / Transoms | 4,952 sq. in | 124" | 124" | 1" |   |
| 60 minutes | Walls | 4,952 sq. in | 124" | 124" | 1" | |

* SuperLite II-XL is tested to ASTM E119 wall standards and has no overall area limitations for its use in walls, windows, transoms, and sidelites.
** SuperLite II-XL is tested and approved with 5/8" stop heights. However, 1" stop heights are recommended for optimal aesthetic appearance.

 **made in the USA**


FIRE RATED GLAZING SOLUTIONS    *Since 1982*    w w w . s a f t i . c o m    8 8 8 . 6 5 3 . 3 3 3 3

# Product Specifications



Thickness: 7/8" to 1-1/8" (23 - 29mm)
Weight: 9 lbs./sq. ft.
Appearance: Clear, wireless
U-Value: .40
Light Transmission: 85%
STC Rating: 42 (standard)

# Listed and Labeled

SuperLite II-XL is listed and labeled with positive pressure by Warnock Hersey, Inc. and Underwriters Laboratories. Warnock Hersey permanent labels are applied to all glass lites. Test reports WHI-495-1577 and WHI-495-1578.

# Standards

UBC STD 7-1, UBC STD 7-2, UBC 7-4, NFPA 251, NFPA 252, NFPA 257, UL 263, UL 9, UL10C, ASTM E-119, ASTM E-163 (Rev. 2010), ASTM E-152 (Rev. 2074), ULC CAN-S101, ULC CAN 4-S104, ULC CAN 4-S106.

# Delivery

Allow 10 days from confirmed order. Quick ship is available upon request.

# Typical Framing for SuperLite II-XL™ 60 minute

Listed below are examples of typical framing options. Visit www.safti.com or gpxframing.com for downloadable 3-part specifications and full CAD details.



**SuperLite II-XL 60 min.**
**GPX Frame**
A. 1" stop height
B. 1-1/8" glass thickness
C. 3/4" glass bite



**SuperLite II-XL 60 min.**
**GPX Sidelite and Hollow Metal Door**
A. 1" stop height
B. 1-1/8" glass thickness
C. 3/4" glass bite



**SuperLite II-XL™ 60 min.**
**GPX Door and Sidelite**
A. 1" stop height
B. 1-1/8" glass thickness
C. 3/4" glass bite

This information is provided for general reference. For current listings, details, and ship times, please call SAFTI *FIRST*.

# *SuperLite II-XL*™

## *90 minute*

## 90 Minute Transparent Wall Solution

SuperLite II-XL 90 is a fire resistive, technically advanced glazing product that blocks radiant heat transfer. SAFTI *FIRST* was the first to provide this new technology to the U.S. in 1982. SuperLite II-XL products have been tested to the stringent wall standard and therefore are considered a "transparent wall." Fire resistive glazing allows for greater design flexibility while other glazing products, such as ceramics, are limited by code to interior applications of 45 minutes or less and to 25% of the wall area. SuperLite II-XL, when used with an equally rated heat barrier framing system such as GlassProtex™ GPX, provides floor-to-ceiling and wall-to-wall design flexibility with unsurpassed clarity and the added benefit of sound reduction. These products provide the maximum life safety and property protection with unlimited design freedom. SuperLite II-XL products are also rated for bullet, blast and the highest level of impact safety, Consumer Product Safety Commission 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact.



SuperLite II-XL 90 minute in wood framing


FIRE RATED


HOSE STREAM


RADIANT HEAT


IMPACT RATED


THERMAL SHOCK


POSITIVE PRESSURE

## SuperLite II-XL™ Product Features

- **Meets all fire code and testing requirements and therefore is not subject to any limitations other than the use of proper framing and lite sizes.**

- **Acoustical barrier with high STC ratings.**

- **Tempered to meet the highest federal impact safety standard CPSC 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact. ANSI Z97.1 is no longer accepted or applicable to fire rated glazing.**

- **Available in virtually any custom architectural make-up: laminated, insulated, tinted, patterned, frosted, mirrored, reflective, curved, decorative, and more.**

- **Bullet, blast, attack, or hurricane ratings are available with SuperLite II-XL.**

- **Positive Pressure fire rated.**

- **1-1/4" to 1-1/2" thin profile.**

- **U.S. manufactured for fast delivery.**

| Fire Rating | Application | Max. Lite Area* | Max. "W" | Max. "H" | Stops** | Testing |
|---|---|---|---|---|---|---|
| 90 minutes | Doors | 4,876 sq. in | 60" | 124" | 1" | |
| 90 minutes | Sidelites | 4,876 sq. in | 124" | 124" | 1" | |
| 90 minutes | Windows / Transoms | 4,876 sq. in | 124" | 124" | 1" |  |
| 90 minutes | Walls | 4,876 sq. in | 124" | 124" | 1" | |

* SuperLite II-XL is tested to ASTM E119 wall standards and has no overall area limitations for its use in walls, windows, transoms, and sidelites.
**SuperLite II-XL is tested and approved with 5/8" stop heights. However, 1" stop heights are recommended for optimal aesthetic appearance.

 **made in the USA**


**SAFTI*FIRST*™**
FIRE RATED GLAZING SOLUTIONS   *Since 1982*   w w w . s a f t i . c o m   888.653.3333

## Product Specifications

Thickness: 1-1/4" to 1-1/2" (32 - 39mm)
Weight: 12 lbs./sq. ft.
Appearance: Clear, wireless
U-Value: .30
Light Transmission: 81%
STC Rating: 44 (standard)



## Listed and Labeled

SuperLite II-XL is listed and labeled with positive pressure by Intertek/Warnock Hersey, Inc. and Underwriters Laboratories. Intertek/Warnock Hersey permanent labels are applied to all glass lites. Test reports WHI-495-1543 and WHI-495-1544.

## Standards

UBC STD 7-1, UBC STD 7-2, UBC 7-4, NFPA 251, NFPA 252, NFPA 257, UL 263, UL 9, UL10C, ASTM E-119, ASTM E-152 (Rev. 2074), ASTM E-163 (Rev. 2010), ULC CAN-S101, ULC CAN 4-S104, ULC CAN 4-S106.

## Delivery

Allow 10 days from confirmed order. Quick ship is available upon request.

## Typical Framing for SuperLite II-XL™ 90 minute

Listed below are examples of typical framing options.  Visit www.safti.com or gpxframing.com for downloadable 3-part specifications and full CAD details.



SuperLite II-XL 90 min.
GPX Frame
A. 1" stop height
B. 1-1/2" glass thickness
C. 3/4" glass bite



SuperLite II-XL 90 min.
EZ System
A. 1" stop height
B. 1-1/2" glass thickness
C. 3/4" glass bite



SuperLite II-XL 90 min.
GPX Door and Sidelite
A. 1" stop height
B. 1-1/2" glass thickness
C. 3/4" glass bite

This information is provided for general reference.  For current listings, details, and ship times, please call SAFTI *FIRST*.

# SuperLite II-XL™

## 120 minute



FIRE RATED



HOSE STREAM



RADIANT HEAT



IMPACT RATED



THERMAL SHOCK



POSITIVE PRESSURE

## 120 Minute Transparent Wall Solution

SuperLite II-XL 120 is a fire resistive, technically advanced glazing product that blocks radiant heat transfer.  SAFTI *FIRST* was the first to provide this new technology to the U.S. in 1982.  SuperLite II-XL products have been tested to the stringent wall standard and therefore are considered a "transparent wall." Fire resistive glazing allows for greater design flexibility while other glazing products, such as ceramics, are limited by code to interior applications of 45 minutes or less and to 25% of the wall area.  SuperLite II-XL, when used with an equally rated heat barrier framing system such as GlassProtex™ GPX, provides floor-to-ceiling and wall-to-wall design flexibility with unsurpassed clarity and the added benefit of sound reduction.  These products provide the maximum life safety and property protection with unlimited design freedom. SuperLite II-XL products are also rated for bullet, blast and the highest level of impact safety, Consumer Product Safety Commission 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact.



SuperLite II-XL 120 minute in GPX framing

## SuperLite II-XL™ Product Features

- **Meets all fire code and testing requirements and therefore is not subject to any limitations other than the use of proper framing and lite sizes.**

- **Acoustical barrier with high STC ratings.**

- **Tempered to meet the highest federal impact safety standard CPSC 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact.  ANSI Z97.1 is no longer accepted or applicable to fire rated glazing.**

- **Available in virtually any custom architectural make-up:  laminated, insulated, tinted, patterned, frosted, mirrored, reflective, curved, decorative, and more.**

- **Bullet, blast, attack, or hurricane ratings are available with SuperLite II-XL.**

- **Positive Pressure fire rated**

- **1-1/4" to 1-1/2" thin profile.**

- **U.S. manufactured for fast delivery.**

| Fire Rating* | Application | Max. Lite Area** | Max. "W" | Max. "H" | Stops** | Testing |
|---|---|---|---|---|---|---|
| 90 minutes | Doors | 4,876 sq. in | 124" | 124" | 1" | |
| 120 minutes | Sidelites | 4,876 sq. in | 124" | 124" | 1" | |
| 120 minutes | Windows / Transoms | 4,876 sq. in | 124" | 124" | 1" | |
| 120 minutes | Walls | 4,876 sq. in | 124" | 124" | 1" | |

* 90 minute doors are allowed in most 120 minute applications.
** SuperLite II-XL is tested to ASTM E119 wall standards and has no overall area limitations for its use in walls, windows, transoms, and sidelites.
*** SuperLite II-XL is tested and approved with 5/8" stop heights.  However, 1" stop heights are recommended for optimal aesthetic appearance.

 **made in the USA**



FIRE RATED GLAZING SOLUTIONS    *Since 1982*    w w w . s a f t i . c o m    888.653.3333

## Product Specifications



Thickness: 1-1/4" to 1-1/2" (32 - 39mm)
Weight: 12 lbs./sq. ft.
Appearance: Clear, wireless
U-Value: .30
Light Transmission: 81%
STC Rating: 44 (standard)

## Listed and Labeled

SuperLite II-XL is listed and labeled with positive pressure by Intertek/Warnock Hersey, Inc. and Underwriters Laboratories. Intertek/Warnock Hersey permanent labels are applied to all glass lites. Test reports WHI-495-1543 and WHI-495-1544.

## Standards

UBC STD 7-1, NFPA 251, UL 263, ASTM E-119, ULC CAN-S101.

## Delivery

Allow 10 days from confirmed order. Quick ship is available upon request.

## Typical Framing for SuperLite II-XL™ 120-minute

Listed below are examples of typical framing options. Visit www.safti.com or gpxframing.com for downloadable 3-part specifications and full CAD details.



**SuperLite II-XL 120 min. GPX Wood Clad Frame**
A. 1" stop height
B. 1-1/2" glass thickness
C. 3/4" glass bite



**SuperLite II-XL 120 min. Exterior GPX Intersecting Mullion**
A. 1" stop height
B. 2-1/4" glass thickness
C. 3/4" glass bite



**SuperLite II-XL 90 min. GPX Door and 120 min. GPX Sidelite**
A. 1" stop height
B. 1-1/2" glass thickness
C. 3/4" glass bite

This information is provided for general reference. For current listings, details, and ship times, please call SAFTI *FIRST*.

# *SuperLite20*™

## 20 minute
### Fire Protective Glazing





## Clear Wireless Safety and Fire-Rated Glazing Solution for 20 Minute Applications

SuperLite20 is the first wireless, monolithic, safety and fire-rated glazing manufactured in the USA, offering excellent clarity with colorless and distortion-free optics. SuperLite20 was developed and priced to replace existing traditional wired glass installations, now recognized by international code bodies as unsafe. SuperLite20 remains the choice for use in construction where high impact safety and 20 minute fire ratings are required.

SuperLite20 in Vision Kit Frame

## SuperLite20 Product Features

- **Meets highest federal impact safety standard, Consumer Product Safety Commission 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact.**

- **Survives thermal shock from sprinklers.**

- **Positive Pressure fire rated.**

- **1/4"(7mm) for standard hollow metal or up to 1/2" (14mm) where wind or structural requirements are a consideration.**

- **Manufactured in the USA for fast delivery.**

- **For use in steel, wood, aluminum, or any equally fire-rated framing system.**

- **Can be insulated or lightly sandblasted.**

| Fire Rating | Application | Max. Lite Area | Max. "W" | Max. "H" | Stops | Testing |
|---|---|---|---|---|---|---|
| 20 minutes | Doors | 3,436 sq. in. | 36-3/4" | 95-1/2" | 5/8" | |
| 20 minutes | Sidelites | 3,965 sq. in. | 48-1/4" | 109" | 5/8" | |
| 20 minutes | Windows / Transoms | 3,965 sq. in. | 48-1/4" | 109" | 5/8 | |



SAFTI*FIRST*™
FIRE RATED GLAZING SOLUTIONS   *Since 1982*


made in the USA
www.safti.com  888.653.3333
Rev. 08 - 2006

## Product Specifications

Thickness: 1/4" (7mm) standard
Weight: 3.0 lbs./sq. ft.
Appearance: Clear, wireless
Light Transmission: 89.5%
STC Rating: 28



## Listed and Labeled

SuperLite20 is listed and labeled with positive pressure by Intertek/Warnock Hersey, Inc. and Underwriters Laboratories, Inc. Intertek/Warnock Hersey permanent labels are applied to all lites.

## Standards

UBC 7-2, UBC STD 7-4, NFPA 252, NFPA 257, UL 9, UL 10B, UL 10C, ASTM E2074, ASTM E152, ASTM E2010, ASTM E163.

## Delivery

Allow 5 days from confirmed order. Quick ship is available upon request.

## Typical Framing for SuperLite20

Listed below are examples of typical framing options. Visit www.safti.com for downloadable 3-part specifications, full CAD details and a complete selection of SAFTI*fire*™ Frames.



**SuperLite20 Vision Kit**
A. 5/8" stop height
B. 1/4" glass thickness
C. 3/8" maximum glass bite



**SuperLite20**
**Wood Door**
A. 5/8" stop height
B. 1/4" glass thickness
C. 3/8" maximum glass bite



**SuperLite20**
**Non-Temperature Rise**
**FireProtex™ Hollow Metal Door/Frame**
A. 5/8" stop height
B. 1/4" glass thickness
C. 3/8" maximum glass bite

The information provided herein is for general reference only. SAFTI *FIRST* has endeavored to provide current information and cannot warrant or be responsible for errors and omissions.

# SuperLite™ II-XL

**45 minute**
**Fire Resistive Glazing**



## 45 Minute Transparent Wall Solution

SuperLite II-XL 45 is a fire resistive, technically advanced glazing product that blocks radiant heat transfer to meet ASTM E119 requirements. SAFTI *FIRST* was the first to provide this new technology to the USA in 1982. SuperLite II-XL products have been tested to the stringent wall standard and therefore are considered a "transparent wall." Fire resistive glazing allows for greater design flexibility while other fire protective glazing products, such as ceramics, are limited by code to interior applications of 45 minutes or less and to 25% of the wall area. SuperLite II-XL, when used with an equally rated heat barrier framing system such as SAFTI*fire*™ Frames FireResistX™ series, provides floor-to-ceiling and wall-to-wall design flexibility with unsurpassed clarity and the added benefit of sound reduction. These products provide the maximum life safety and property protection with unlimited design freedom. SuperLite II-XL products may be customized to meet bullet, blast and hurricane resistance, as well as enhanced energy performance.

SuperLite II-XL 45 minute
in FireProtex™ frame

## SuperLite II-XL Product Features

- **Meets all fire code and testing requirements and therefore is not subject to any limitations other than the use of proper framing and lite sizes.**

- **Acoustical barrier with high STC ratings.**

- **Glass unit tempered to meet the highest federal impact safety standard CPSC 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact.**

- **Available in virtually any custom architectural make-up: laminated, insulated, tinted, patterned, frosted, mirrored, reflective, curved, segmented, decorative, and more.**

- **SuperLite II-XL technology is the basis for specialty features such as bullet, blast, attack, or hurricane resistance, and enhanced acoustical and energy performance.**

- **Positive Pressure fire rated.**

- **1/2"- 3/4" thin profile.**

- **USA manufactured for fast delivery.**

| Fire Rating | Application | Max. Lite Area | Max. "W" | Max. "H" | Stops** | Testing |
|---|---|---|---|---|---|---|
| 45 minutes | Doors | 4,952 sq. in. | 60" | 124" | 1" | |
| 45 minutes | Sidelites | 4,952 sq. in. | 124" | 124" | 1" | |
| 45 minutes | Windows* / Transoms | 4,952 sq. in. | 124" | 124" | 1" |   |
| 45 minutes | Walls* | 4,952 sq. in. | 124" | 124" | 1" | |

\* Limited to 25% of the wall area where fire protective glazing is allowed.
\*\* SuperLite II-XL is tested and approved with 5/8" stop heights. However, 1" stop heights are recommended for optical irregularities that might occur along the perimeter of the lite.



FIRE RATED GLAZING SOLUTIONS    *Since 1982*

  made in the USA

w w w . s a f t i . c o m   888.653.3333

Rev. 08 - 2006

## Product Specifications



Thickness:  1/2" to 3/4" (13mm - 19mm)
Weight: 8 lbs./sq. ft.
Appearance: Clear, wireless
U-Value: .40
Light Transmission: 85%
STC Rating: 40 (standard)

## Listed and Labeled

SuperLite II-XL is listed and labeled with positive pressure by Intertek/Warnock Hersey, Inc.
and Underwriters Laboratories, Inc.  Intertek/Warnock Hersey permanent labels are applied
to all lites.

## Standards

UBC STD 7-1, NFPA 251, UL 263, ASTM E-119, ULC CAN-S101 for fire resistive wall assemblies.  UBC STD 7-2,
NFPA 252, UL10B, UL10C, ASTM E-2074, CAN4-S104, ASTM E-152 for door assemblies.  UBC STD 7-4, NFPA 257,
UL9, ASTM E-2010, CAN4-S106, ASTM E-163 for window assemblies.

## Delivery

Allow 15 days from confirmed order.  Quick ship is available upon request.

## Typical Framing for SuperLite II-XL 45-minute

Visit www.safti.com for downloadable 3-part specifications, full CAD details,
and a complete selection of SAFTI*fire*™ Frames.



**SuperLite II-XL 45 min.
FireProtex™
Hollow Metal Sill**
A.  1" stop height
B.  3/4" glass thickness
C.  3/4" glass bite



**SuperLite II-XL 45 min.
FireProtex™ Hollow Metal
Intersecting Mullion**
A.  1" stop height
B.  3/4" glass thickness
C.  3/4" glass bite



**SuperLite II-XL 45 min.
FireProtex™ Hollow Metal
Door/Frame**
A.  1" stop height
B.  3/4" glass thickness
C.  3/4" glass bite

The information provided herein is for general reference only.  SAFTI *FIRST* has endeavored to provide current information and cannot
warrant or be responsible for  errors and omissions.

# *SuperLite™ II-XL*

**60 minute**
*Fire Resistive Glazing*

## 60 Minute Transparent Wall Solution

SuperLite II-XL 60 is a fire resistive, technically advanced glazing product that blocks radiant heat transfer to meet ASTM E119 requirements. SAFTI *FIRST* was the first to provide this new technology to the USA in 1982. SuperLite II-XL products have been tested to the stringent wall standard and therefore are considered a "transparent wall." Fire resistive glazing allows for greater design flexibility while other fire protective glazing products, such as ceramics, are limited by code to interior applications of 45 minutes or less and to 25% of the wall area. SuperLite II-XL, when used with an equally rated heat barrier framing system such as SAFTI*fire*™ Frames FireResistX™ series, provides floor-to-ceiling and wall-to-wall design flexibility with unsurpassed clarity and the added benefit of sound reduction. These products provide the maximum life safety and property protection with unlimited design freedom. SuperLite II-XL products may be customized to meet bullet, blast and hurricane resistance, as well as enhanced energy performance.



SuperLite II-XL 60 minute in FireResistX™ Aluminum Clad frame

## SuperLite II-XL Product Features

- **Meets all fire code and testing requirements and therefore is not subject to any limitations other than the use of proper framing and lite sizes.**

- **Acoustical barrier with high STC ratings.**

- **Glass unit tempered to meet the highest federal impact safety standard CPSC 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact.**

- **Available in virtually any custom architectural make-up: laminated, insulated, tinted, patterned, frosted, mirrored, reflective, curved, segmented, decorative, and more.**

- **SuperLite II-XL technology is the basis for specialty features such as bullet, blast, attack, or hurricane resistance, and enhanced acoustical and energy performance.**

- **Positive Pressure fire rated.**

- **7/8"- 1 1/8" thin profile.**

- **USA manufactured for fast delivery.**

| Fire Rating | Application | Max. Lite Area* | Max. "W" | Max. "H" | Stops** | Testing |
|---|---|---|---|---|---|---|
| 60 minutes | Doors | 4,952 sq. in | 60" | 124" | 1" | |
| 60 minutes | Sidelites | 4,952 sq. in | 124" | 124" | 1" | |
| 60 minutes | Windows / Transoms | 4,952 sq. in | 124" | 124" | 1" | |
| 60 minutes | Walls | 4,952 sq. in | 124" | 124" | 1" | |

\* SuperLite II-XL is tested to ASTM E119 wall standards and has no overall area limitations for its use in walls, windows, transoms, and sidelites.
\*\* SuperLite II-XL is tested and approved with 5/8" stop heights. However, 1" stop heights are recommended for optical irregularities that might occur along the perimeter of the lite.



**SAFTI*FIRST*™**
FIRE RATED GLAZING SOLUTIONS    *Since 1982*

 **made in the USA**

w w w . s a f t i . c o m   8 8 8 . 6 5 3 . 3 3 3 3
Rev. 08 - 2006

## Product Specifications



Thickness: 7/8" to 1-1/8" (23 - 29mm)
Weight: 9 lbs./sq. ft.
Appearance: Clear, wireless
U-Value: .40
Light Transmission: 85%
STC Rating: 42 (standard)

## Listed and Labeled

SuperLite II-XL is listed and labeled with positive pressure by Intertek/Warnock Hersey, Inc. and Underwriters Laboratories, Inc. Intertek/Warnock Hersey permanent labels are applied to all lites.

## Standards

UBC STD 7-1, NFPA 251, UL 263, ASTM E-119, ULC CAN-S101 for fire resistive wall assemblies. UBC STD 7-2, NFPA 252, UL10B, UL10C, ASTM E-2074, CAN4-S104, ASTM E-152 for door assemblies. UBC STD 7-4, NFPA 257, UL9, ASTM E-2010, CAN4-S106, ASTM E-163 for window assemblies.

## Delivery

Allow 15 days from confirmed order. Quick ship is available upon request.

## Typical Framing for SuperLite II-XL 60 minute

Visit www.safti.com for downloadable 3-part specifications, full CAD details, and a complete selection of SAFTI*fire*™ Frames.



**SuperLite II-XL 60 min.
FireResistX Frame**
A. 1" stop height
B. 1-1/8" glass thickness
C. 3/4" glass bite



**SuperLite II-XL 60 min.
FireResistX Framed Sidelite
and FireProteX Hollow Metal Door**
A. 1" stop height
B. 1-1/8" glass thickness
C. 3/4" glass bite



**SuperLite II-XL™ 60 min.
FireResistX Door and
Sidelite**
A. 1" stop height
B. 1-1/8" glass thickness
C. 3/4" glass bite

The information provided herein is for general reference only. SAFTI *FIRST* has endeavored to provide current information and cannot warrant or be responsible for errors and omissions.

# *SuperLite™ II-XL*

**90 minute**
*Fire Resistive Glazing*



FIRE RATED

HOSE STREAM

RADIANT HEAT

IMPACT RATED

THERMAL SHOCK

POSITIVE PRESSURE

## 90 Minute Transparent Wall Solution

SuperLite II-XL 90 is a fire resistive, technically advanced glazing product that blocks radiant heat transfer to meet ASTM E119 requirements. SAFTI *FIRST* was the first to provide this new technology to the USA in 1982. SuperLite II-XL products have been tested to the stringent wall standard and therefore are considered a "transparent wall." Fire resistive glazing allows for greater design flexibility while other fire protective glazing products, such as ceramics, are limited by code to interior applications of 45 minutes or less and to 25% of the wall area. SuperLite II-XL, when used with an equally rated heat barrier framing system such as SAFTI*fire*™ Frames FireResistX™ series, provides floor-to-ceiling and wall-to-wall design flexibility with unsurpassed clarity and the added benefit of sound reduction. These products provide the maximum life safety and property protection with unlimited design freedom. SuperLite II-XL products may be customized to meet bullet, blast and hurricane resistance, as well as enhanced energy performance.

SuperLite II-XL 90 minute in
FireResistX Wood-clad frame

## SuperLite II-XL Product Features

- **Meets all fire code and testing requirements and therefore is not subject to any limitations other than the use of proper framing and lite sizes.**

- **Acoustical barrier with high STC ratings.**

- **Glass unit tempered to meet the highest federal impact safety standard CPSC 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact.**

- **Available in virtually any custom architectural make-up: laminated, insulated, tinted, patterned, frosted, mirrored, reflective, curved, segmented, decorative, and more.**

- **SuperLite II-XL technology is the basis for specialty features such as bullet, blast, attack, or hurricane resistance, and enhanced acoustical and energy performance.**

- **Positive Pressure fire rated.**

- **1-1/4" to 1-1/2" thin profile.**

- **USA manufactured for fast delivery.**

| Fire Rating | Application | Max. Lite Area* | Max. "W" | Max. "H" | Stops** | Testing |
|---|---|---|---|---|---|---|
| 90 minutes | Doors | 4,876 sq. in | 60" | 124" | 1" | |
| 90 minutes | Sidelites | 4,876 sq. in | 124" | 124" | 1" | |
| 90 minutes | Windows / Transoms | 4,876 sq. in | 124" | 124" | 1" | |
| 90 minutes | Walls | 4,876 sq. in | 124" | 124" | 1" | |

\* SuperLite II-XL is tested to ASTM E119 wall standards and has no overall area limitations for its use in walls, windows, transoms, and sidelites.
\*\*SuperLite II-XL is tested and approved with 5/8" stop heights. However, 1" stop heights are recommended for optical irregularities that might occur along the perimeter of the lite.



**SAFTI** *FIRST* ™
FIRE RATED GLAZING SOLUTIONS    *Since 1982*

 **made in the USA**
www.safti.com   888.653.3333

Rev. 08 - 2006

## Product Specifications



Thickness: 1-1/4" to 1-1/2" (32 - 39mm)
Weight: 12 lbs./sq. ft.
Appearance: Clear, wireless
U-Value: .30
Light Transmission: 81%
STC Rating: 44 (standard)

## Listed and Labeled

SuperLite II-XL is listed and labeled with positive pressure by Intertek/Warnock Hersey, Inc. and Underwriters Laboratories, Inc.  Intertek/Warnock Hersey permanent labels are applied to all lites.

## Standards

UBC STD 7-1, NFPA 251, UL 263, ASTM E-119, ULC CAN-S101 for fire resistive wall assemblies.  UBC STD 7-2, NFPA 252, UL10B, UL10C, ASTM E-2074, CAN4-S104, ASTM E-152 for door assemblies.  UBC STD 7-4, NFPA 257, UL9, ASTM E-2010, CAN4-S106, ASTM E-163 for window assemblies.

## Delivery

Allow 15 days from confirmed order. Quick ship is available upon request.

## Typical Framing for SuperLite™ II-XL 90 minute

Visit www.safti.com for downloadable 3-part specifications, full CAD details, and a complete selection of SAFTIfire™ Frames.







The information provided herein is for general reference only.  SAFTI FIRST has endeavored to provide current information and cannot warrant or be responsible for errors and omissions.

# *SuperLite™II-XL*

**120 minute**
**Fire Resistive Glazing**



FIRE RATED

HOSE STREAM

RADIANT HEAT

IMPACT RATED

THERMAL SHOCK

POSITIVE PRESSURE

## 120 Minute Transparent Wall Solution

SuperLite II-XL 120 is a fire resistive, technically advanced glazing product that blocks radiant heat transfer to meet ASTM E119 requirements. SAFTI *FIRST* was the first to provide this new technology to the USA in 1982. SuperLite II-XL products have been tested to the stringent wall standard and therefore are considered a "transparent wall." Fire resistive glazing allows for greater design flexibility while other fire protective glazing products, such as ceramics, are limited by code to interior applications of 45 minutes or less and to 25% of the wall area. SuperLite II-XL, when used with an equally rated heat barrier framing system such as SAFTI*fire*™ Frames FireResistX™ series, provides floor-to-ceiling and wall-to-wall design flexibility with unsurpassed clarity and the added benefit of sound reduction. These products provide the maximum life safety and property protection with unlimited design freedom. SuperLite II-XL products may be customized to meet bullet, blast and hurricane resistance, as well as enhanced energy performance.

SuperLite II-XL 120 minute in
FireResistX Aluminum Clad frame

## SuperLite II-XL Product Features

- **Meets all fire code and testing requirements and therefore is not subject to any limitations other than the use of proper framing and lite sizes.**

- **Acoustical barrier with high STC ratings.**

- **Glass unit tempered to meet the highest federal impact safety standard CPSC 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact.**

- **Available in virtually any custom architectural make-up: laminated, insulated, tinted, patterned, frosted, mirrored, reflective, curved, segmented, decorative, and more.**

- **SuperLite II-XL technology is the basis for specialty features such as bullet, blast, attack, or hurricane resistance, and enhanced acoustical and energy performance.**

- **Positive Pressure fire rated.**

- **1-1/4" to 1-1/2" thin profile.**

- **USA manufactured for fast delivery.**

| Fire Rating* | Application | Max. Lite Area** | Max. "W" | Max. "H" | Stops*** | Testing |
|---|---|---|---|---|---|---|
| 90 minutes | Doors | 4,876 sq. in | 60" | 124" | 1" | |
| 120 minutes | Sidelites | 4,876 sq. in | 124" | 124" | 1" | |
| 120 minutes | Windows / Transoms | 4,876 sq. in | 124" | 124" | 1" | |
| 120 minutes | Walls | 4,876 sq. in | 124" | 124" | 1" | |

* 90 minute doors are allowed in most 120 minute applications.
** SuperLite II-XL is tested to ASTM E119 wall standards and has no overall area limitations for its use in walls, windows, transoms, and sidelites.
*** SuperLite II-XL is tested and approved with 5/8" stop heights. However, 1" stop heights are recommended for optical irregularities that might occur along the perimeter of the lite.



**SAFTI***FIRST*™
FIRE RATED GLAZING SOLUTIONS    *Since 1982*



**made in the USA**
w w w . s a f t i . c o m    888.653.3333
Rev. 08 - 2006

## Product Specifications

Thickness: 1-1/4" to 1-1/2" (32 - 39mm)
Weight: 12 lbs./sq. ft.
Appearance: Clear, wireless
U-Value: .30
Light Transmission: 81%
STC Rating: 44 (standard)



## Listed and Labeled

SuperLite II-XL is listed and labeled with positive pressure by Intertek/Warnock Hersey, Inc.
and Underwriters Laboratories, Inc.  Intertek/Warnock Hersey permanent labels are applied
to all lites.

## Standards

UBC STD 7-1, NFPA 251, UL 263, ASTM E-119, ULC CAN-S101 for fire resistive wall assemblies.  UBC STD 7-2, NFPA
252, UL10B, UL10C, ASTM E-2074, CAN4-S104, ASTM E-152 for door assemblies.  UBC STD 7-4, NFPA 257, UL9,
ASTM E-2010, CAN4-S106, ASTM E-163 for window assemblies.

## Delivery

Allow 15 days from confirmed order. Quick ship is available upon request.

## Typical Framing for SuperLite™ II-XL 120-minute

Visit www.safti.com for downloadable 3-part specifications, full CAD details,
and a complete selection of SAFTI*fire*™ Frames.



SuperLite II-XL 120 min.
FireResistX Wood Clad
Frame
A. 1" stop height
B. 1-1/2" glass thickness
C. 3/4" glass bite



SuperLite II-XL 120 min.
Exterior FireResistX Inter-
secting Mullion
A. 1" stop height
B. 1-1/2" glass thickness
C. 3/4" glass bite



SuperLite II-XL 90 min.
FireResistX Door and
SuperLite II-XL 120 min.
FireResistX Sidelite
A. 1" stop height
B. 1-1/2" glass thickness
C. 3/4" glass bite

The information provided herein is for general reference only.  SAFTI *FIRST* has endeavored to provide current information and cannot
warrant or be responsible for errors and omissions.

## w w w . s a f t i . c o m                    8 8 8 . 6 5 3 . 3 3 3 3

# SAFTI*FIRST*    www.safti.com    888-653-3333

## Fire Rated Glass

 **Fire Rated**
Fire rated glazing

 **Impact Rated**
Safety rated to CPSC Cat. II
(400 ft. lbs.)

 **Energy Efficient**
Available in energy efficient insulated
glass units

 **Radiant Heat**
Protects against the effects of
radiant heat

 **Thermal Shock**
Survives thermal shock from
sprinklers

 **Hose Stream**
Passes hose stream test

Glazing

 

**SuperLite I**



20-30 minute, CPSC Cat. II, clear tempered glazing.

Fire protective doors and partitions.

---

**SuperLite I-W**



20-90 minute, CPSC Cat. II safety wired glazing.

Fire protective doors, sidelites, windows and transoms. 60-90 minute ratings are limited to 100 square inches in temperature-rise doors due to radiant heat concerns.

---

**SuperLite I-XL**



45-60 minute, CPSC Cat. II, directional clear tempered glazing with additional radiant heat protection.

Fire protective doors, sidelites, windows and transoms. AHJ approval required in some areas. Please view www.safti.com/AHJ for information on the hose stream test and radiant heat.

---

**SuperLite I-XL₁₆₀**



45-60 minute, CPSC Cat. II, bi-directional clear tempered glazing with additional radiant heat protection.

Fire protective doors, sidelites, windows and transoms. AHJ approval required in some areas. Please view www.safti.com/AHJ for information on the hose stream test and radiant heat.

---

**SuperLite C & C/P**



20-45 minute standard and premium unsafe ceramic glazing with no impact resistance.

Fire protective windows and transoms where human impact safety is not a concern.

---

**SuperLite C/S & C/SP**



20-180 minute standard and premium CPSC Cat. II safety glazing.

Fire protective doors, sidelites, windows and transoms. 60-180 minute ratings are limited to 100 square inches in temperature-rise doors due to radiant heat concerns.

# SĀFTI

## Safety and Fire Technology International

FIRE PROTECTION

## SĀFTI First Since 1982

- ♦ **First** with fully code approved fire-rated products from 20 to 120-minutes.
- ♦ **First** with fire-rated wood frames.
- ♦ **First** with an exterior fire-rated curtain wall system.
- ♦ **First** with an engineered aluminum snap-together curtain wall.
- ♦ **First** to manufacture fire-resistive glazing in the USA.
- ♦ **First** to have a hose-stream tested, fire-rated glazing rated up to 120-minutes.
- ♦ **First** to offer a monolithic glazing that substantially reduces the dangers of radiant heat.
- ♦ **First** to provide a safe wired glass that protects K-12 children from injuries due to accidental impact.

   

## A complete line of fire-rated glass and framing at:
## www.safti.com

**See Us at The AIA Show**

SĀFTI First - Making safety our first priority

   USA MFG.



## Glass That Provides the Highest Level of Protection

SuperLite II-XL™, rated 45/60/90/120-minutes, incorporates a leading edge fire-glass technology developed by SAFTI. This technology provides superior life and property protection by meeting the radiant heat and hose stream requirements of ASTM E119 and the safety standards of CPSC Cat. II 400 ft. lbs. Listed as a transparent wall, SuperLite II-XL provides unlimited areas of "see-through" design while meeting strict building code temperature rise requirements for all wall construction over 45-minutes and can satisfy virtually any aesthetic or safety requirement you may have: decorative, solar, acoustic, blast, bullet, attack, hurricane. SuperLite II-XL can also be used in all rated framing systems. For more information visit www.safti.com.



# SĀFTI

## FIRE-RATED GLASS AND FRAMING

## SĀFTI First Since 1982

◆ **First** with fully approved fire-rated, hose stream tested products from 20 minutes to 2 hours.

◆ **First** with fire-rated wood frames.

◆ **First** with a fire-rated aluminum door assembly.

◆ **First** with an exterior fire-rated curtainwall.

◆ **First** with an engineered aluminum snap-together curtainwall.

◆ **First** to manufacture fire resistive glazing in the USA.

◆ **First** to offer monolithic glazing that substantially reduces radiant heat.

◆ **First** to provide safe wired glass for schools and athletic facilities.

Your complete line of fire-rated glass and framing at
www.safti.com and www.gpxframing.com

## SĀFTI*FIRST*™ - *Making safety our first priority*

Warnock Hersey
**WH** (UL) ≡ **USA MFG.**

See Us at The AIA Show

## Fire Rated Frames That Resist the Bullet and Hammer

SAFTI, manufacturer of fire-rated glass and framing, announces two new protective features of its fire-resistant GPX™ frames: bullet resistance and attack resistance. GPX aluminum fire-rated security frames meet all the temperature rise requirements of national building codes and are available in virtually any custom architectural make-up. By incorporating fire and security rated glazing in a GPX security framing system, architects and builders can create an aesthetically pleasing barrier against fire, ballistic and impact forces. For more information visit www.gpxframing.com.

## A Safe Wired Glass for Schools

SuperLite I-W™ is the first wired glass product to meet the highest impact safety standard, CPSC Cat. II 400 ft. lbs. Developed first by SAFTI in response to school facility managers' need for an inexpensive, safe replacement for non-safety wired glass. SuperLite I-W is ideal for use in fire door and sidelite applications where accidental impact and fire safety are primary concerns. SuperLite I-W provides the protection now mandated by all building codes to safeguard students from accidental injury. For more information visit www.safti.com.



**Impact Safe Wired Glass!**



## Glass That Provides
## the Highest Level of Protection

SuperLite II-XL™, rated 45/60/90/120-minutes, incorporates a leading edge fire-glass technology developed by SAFTI. This technology provides superior life and property protection by meeting the radiant heat and hose stream requirements of ASTM E119 and the safety standards of CPSC Cat. II 400 ft. lbs.  Listed as a transparent wall, SuperLite II-XL provides unlimited areas of "see-through" design while meeting strict building code temperature rise requirements for all wall construction over 45-minutes and can satisfy virtually any aesthetic or safety requirement you may have: decorative, solar, acoustic, blast, bullet, attack, hurricane.  SuperLite II-XL can also be used in all rated framing systems.  For more information visit www.safti.com.



# SĀFTI
## FIRE RATED GLASS AND FRAMING

## SĀFTI First Since 1982

◆ **First** with fully approved fire-rated, hose stream tested products from 20 minutes to 2 hours.

◆ **First** with fire-rated wood frames.

◆ **First** with a fire-rated aluminum door assembly.

◆ **First** with an exterior fire-rated curtainwall.

◆ **First** with an engineered aluminum snap-together curtainwall.

◆ **First** to manufacture fire resistive glazing in the USA.

◆ **First** to offer monolithic glazing that substantially reduces radiant heat.

◆ **First** to provide safe wired glass for schools and athletic facilities.

Your complete line of fire-rated glass and framing at
**www.safti.com** and **www.gpxframing.com**

## SĀFTIFIRST™ - Making safety our first priority

  

Warnock Hersey
**W-H** (UL) ≡≡≡ **USA MFG.**

See Us at The AIA Show

## Fire Rated Frames
## That Resist the
## Bullet and Hammer

SAFTI, manufacturer of fire-rated glass and framing, announces two new protective features of its fire-resistant GPX™ frames: bullet resistance and attack resistance.  GPX aluminum fire-rated security frames meet all the temperature rise requirements of national building codes and are available in virtually any custom architectural make-up.  By incorporating fire and security rated glazing in a GPX security framing system, architects and builders can create an aesthetically pleasing barrier against fire, ballistic and impact forces.  For more information visit www.gpxframing.com.

## A Safe Wired Glass
## for Schools

SuperLite I-W™ is the first wired glass product to meet the highest impact safety standard, CPSC Cat. II 400 ft. lbs.   Developed first by SAFTI in response to school facility managers' need for an inexpensive, safe replacement for non-safety wired glass. SuperLite I-W is ideal for use in fire door and sidelite applications where accidental impact and fire safety are primary concerns. SuperLite I-W provides the protection now mandated by all building codes to safeguard students from accidental injury.  For more information visit www.safti.com.



**Impact Safe Wired Glass!**

# SĀFTI

## Safety and Fire Technology International

FIRE PROTECTION

# SĀFTI **First** Since 1982

- ♦ **First** with fully code approved fire-rated products from 20 to 120-minutes.
- ♦ **First** with fire-rated wood frames.
- ♦ **First** with an exterior fire-rated curtain wall system.
- ♦ **First** with an engineered aluminum snap-together curtain wall.
- ♦ **First** to manufacture fire-resistive glazing in the USA.
- ♦ **First** to have a hose-stream tested, fire-rated glazing rated up to 120-minutes.
- ♦ **First** to offer a monolithic glazing that substantially reduces the dangers of radiant heat.
- ♦ **First** to provide a safe wired glass that protects K-12 children from injuries due to accidental impact.

   

# A complete line of fire-rated glass and framing at:
# www.safti.com

**See Us at The AIA Show**

SĀFTI First – Making safety our first priority

   USA MFG.

a real beacon in the community."

Her biggest disappointment is that the budget limited the quality of materials she could use. "Ideally, we would have optimized the durability and maintainability of the school to create the legacy project that it deserved to be. Ironically, we would also have loved to work on a bigger site so that the children would have had land to play on rather than rooftops."

Dong couldn't agree more. "The railings were not heavy-duty metal, and they weren't screwed in tightly enough. We had to replace most of them. You really shouldn't use anything that needs a lot of painting. The trellises need painting, the back deck needs relining. No one in a million years is going to do that."

She also worries about safety: "Little heads poke over the outside breezeways. There should be plexiglass guards. Find the tallest fifth grader, figure out how tall he is, and put the plexiglass up to that level," Dong suggested. "When you build structures, make them vertical, rather than horizontal. When they're horizontal, kids climb on them. If there is a space an adult can't fit in, a child will find it."

Another area of agreement is construction quality. Kwan said, "I would not change a thing in the design. I would, however, change the delivery system. The thing I have

## IF THERE IS A SPACE AN ADULT CAN'T FIT IN, A CHILD WILL FIND IT.

learned since then is that public school projects can be delivered differently. I would encourage clients to go with alternate delivery methods such as "construction management at risk" or "design build." The State of California now allows alternate delivery systems. We are doing the Bessie Carmichael School with the construction management at risk model, and therefore expect the construction process to go much more smoothly."

Dong said, "The architect did a nice job designing, but the contractor and subcontractor—the yard is awful. It's been resurfaced and resurfaced. It's a roof yard, on the fourth floor. The kids keep falling and slipping. I've been to Tenderloin School, which has a lovely, colored school yard. We lost out. The subs can't even wire clocks, so they didn't wire ours."

She also suggested, "To help teachers in the future, make the walls in the classrooms porous so you can put pushpins in them, carpet the walls, maybe. Also, never put computer plugs under a chalkboard. Chalk and computers don't mix."

Using what they learned at Jean Parker,

the architects designed another school in a dense San Francisco neighborhood. Because of the active participation of parents and residents of the South of Market neighborhood, the new school will contain not only an auditorium but also a preschool for community use. And because of a land swap between the city and the school district, the students will be able to remain in the temporary buildings where they have been for years until the new school is completed this summer on an adjacent parcel; then the old school will be demolished and converted to a seven-acre park next door. Classroom windows in the new school will have views of nature, and the community will have the use of the only open space within 10 of the city's 800-foot-long blocks. ■

### LESSONS LEARNED

- Natural light is worth its wattage in gold.
- Shoddy construction undermines even the best designs; consider alternate delivery methods.
- Design can make shared spaces work better for schools and neighborhoods.
- Materials that require maintenance may never get it.
- Materials that don't need to be painted will look better, longer.
- When designing for children's spaces, safety should always be key.



# Fire-Rated Glazing for Safe Schools

### All products meet the highest impact safety standards



SuperLite II-XL 120 with GPX 90-minute doors, University of North Carolina



## SuperLite I-XL 45/60-minute:
A breakthrough in clear fire-rated glass that stops the spread of fire by reflecting the heat back towards the fire source.

## SuperLite II-XL 60/90/120-minutes:
Offers unlimited see-through design flexibility and noise reduction as a transparent wall.

## SuperLite I-W 20/45/60/90-minutes: NEW!
The first wired glass to meet CPSC Cat. II safety standards. Safe for use in fire door assemblies where accidental impact and fire safety are concerns.

## GPX Fire-Rated Frames: Creates the maximum barrier against fire and radiant heat transfer in an attractive framing system.

Visit www.safti.com for our complete line of products and downloadable specifications and details. Or call us at 888-653-3333 (or in California, 415-822-4222).

# SAFTI *FIRST*
Safety and Fire-Rated Technology International

*Your First Source for Fire-Rated Glass Since 1982.*

CIRCLE 27 ON READER SERVICE CARD OR GO TO WWW.LEADNET.COM/PUBS/MHAR.HTML

# 🔥 SAFTI FIRST    www.safti.com    888-653-3333

## Fire Rated Glass

 **Fire Rated**
Fire rated glazing

 **Impact Rated**
Safety rated to CPSC Cat. II
(400 ft. lbs.)

 **Energy Efficient**
Available in energy efficient insulated
glass units

 **Radiant Heat**
Protects against the effects of
radiant heat

 **Thermal Shock**
Survives thermal shock from
sprinklers

 **Hose Stream**
Passes hose stream test

| Glazing | Description | Application |
|---|---|---|
| **SuperLite I**    | 20-30 minute, CPSC Cat. II, clear tempered glazing. | Fire protective doors and partitions. |
| **SuperLite I-W**    | 20-90 minute, CPSC Cat. II safety wired glazing. | Fire protective doors, sidelites, windows and transoms. 60-90 minute ratings are limited to 100 square inches in temperature-rise doors due to radiant heat concerns. |
| **SuperLite I-XL**    | 45-60 minute, CPSC Cat. II, directional clear tempered glazing with additional radiant heat protection. | Fire protective doors, sidelites, windows and transoms. AHJ approval required in some areas. Please view www.safti.com/AHJ for information on the hose stream test and radiant heat. |
| **SuperLite I-XL IGU**    | 45-60 minute, CPSC Cat. II, bi-directional clear tempered glazing with additional radiant heat protection. | Fire protective doors, sidelites, windows and transoms. AHJ approval required in some areas. Please view www.safti.com/AHJ for information on the hose stream test and radiant heat. |
| **SuperLite C & C/P**     | 20-45 minute standard and premium unsafe ceramic glazing with no impact resistance. | Fire protective windows and transoms where human impact safety is not a concern. |
| **SuperLite C/S & C/SP**       | 20-180 minute standard and premium CPSC Cat. II safety glazing. | Fire protective doors, sidelites, windows and transoms. 60-180 minute ratings are limited to 100 square inches in temperature-rise doors due to radiant heat concerns. |

# Turning Points

continued

addressed the topic of the recent ANSI Z97 Class C re-ballot, which concerns wired glass usage.

He also commented on the new International Building Code's model building code, which precludes wired glass from being used in schools and athletic facilities.

"The model building code is just that, it's not a law. States and cities may or may not adopt it and until it's adopted by a state or city, it's not a law," said Mann.

In addition, Mann updated those in attendance on a lawsuit that had been filed in federal court last September by a victim of a wired glass accident (*see October 2002 USGlass page 24 for related story*). The suit was filed against ANSI, the ANSI Z97 committee and the manufacturer and the distributor of the wired glass. Mann said that while the suit had been filed, the defendants were never served.

"The plaintiff learned he sued the wrong glass companies ... and as a result, the suit will not proceed beyond filing," said Mann. He said it was likely the plaintiffs would re-file against the correct companies, though

## Changing Times

For Tuesday's dinner, attendees abandoned meeting/golf attire and dressed to the nines. The evening offered an opportunity to not only relax, dance and unwind, but to also recognize a number of individuals.



**John Dwyer (left) presented Pat Rome the Outgoing President's Award.**

Outgoing GANA president Pat Rome of Brin/Northwestern was recognized by the association and presented the Outgoing President's Award by incoming president John Dwyer.

"We are blessed to have had a man of his ability lead our team," said Dwyer. "The word that comes to my mind to describe him is builder. Builder of curtainwall, a builder of members at GANA ... and a builder of relationships, partnerships and friendships of GANA."

Glasstech's Tom Noe, who currently serves as the GANA tempering division educational chair, was honored with the GANA outstanding service award.

IGMA also used the evening as an opportunity to recognize some of its members. The association announced that Oak Moser of Cardinal IG will be taking on the role of president as Frank Caporiccio's [of PPG] term ends. The association also remembered and recognized one of its founding members, Mark Markham, who passed away in December 2002 (*see related story in the January 2003 USGlass, page 52*).

## Straight From the Top

Definitely a Glass Week staple and one of the event's most popular sessions, "Breakfast with the CEOs" began the last day's meeting before a crowd eager to hear what the top guys had to say. Guardian's Russ Ebeid was lead on the panel, followed by AFG's Roger Kennedy (*for more on Kennedy, see related story on page 58*), PPG's Barry McGee and Al Tervalon of Visteon. Quite noticeable, was the absence of Pilkington's representation.

"If this group played musical chairs," said Ebeid, "we'd never run out of chairs."

Each CEO began the session with brief updates on what their companies were doing presently. For

*continued on page 69*



# SAFTI
## FIRST

SuperLite™
fire & safety rated glazings by SAFTI

● **First to provide clear fire-rated glass to U.S. market.**

● **First in safety -** *meets highest impact safety standards.*

● **First in service -** *completely manufactured in U.S. for prompt delivery.*

● **First in performance -** *largest selection of ratings (20- to 180-minutes) & sizes to meet any standards for positive pressure tested glass walls, windows & doors.*

● **First in affordability -** *ask about our new, safe wired glass SuperLite I-W*

Warnock Hersey
W•H    UL

visit
# www.safti.com

Circle Reader Card #42

**67**

# Turning Points
continued



The GANA board of directors led the group's membership meeting.

Guardian, Ebeid talked about recent global expansions in countries that include Poland, Egypt, Mexico and Luxembourg. He added that Guardian's Science & Technology Center is working on new product developments. "We're test-piloting our low-maintenance glass," he said. "A product I guarantee will work ... so long as you use S & S—soap and squeegee."

Commenting on the self-cleaning glass frenzy, Kennedy said he saw it becoming a "memory." "Low-E is evolving, and it requires development and patience," he said.

For PPG, McGee said the company was excited about its three new products, Solarban 80, Caribia and Caribia Cool. "We're trying to be environmentally friendly," he said. He added that the company's focus is on what the customers want. "It's important to produce the right products. We've got to bring technology and value in the United States to the global marketplace." In addition, he said that this year PPG will be celebrating 120 years in the business.

Tervalon, who was the new guy on the panel last year, seemed to have adjusted well to his new role. He said Visteon's glass operations were going through a lot of changes, including strengthening relation-

ships with architects and its sales force.

## Points to Ponder

Typical of many conferences, by the final session the crowd had thinned. But those who remained listened to DuPont's Robert Fry's economic forecast. "The U.S. economy is recovering, but it's a very slow recovery," he said. He added that interest rate cuts triggered the recovery, keeping both the automotive and housing markets strong, even during the recession.

Relating specifically to the glass industry, the forecast wasn't quite so optimistic. While Fry pointed out that the glass industry has done a bit better than the overall economy, glass production and non-residential construction has dropped; residential construction has been very strong.

## End of the Line

At the session's conclusion, those remaining headed off in various directions: some to airports and home, others to the golf course and still some took part in a mission tour organized as part of Glass Week (earlier in the week, a whale-watching excursion was offered). But regardless of the direction taken, it's quite certain that everyone left feeling more knowledgeable and informed on the current state of the industry and with good ideas of what to expect in 2003.

Ready for Glass Week 2004? Mark your calendars now to attend February 7-12 at Disney's Coronado Springs Resort in Orlando, Fla. ■



## the author

Ellen Giard Chilcoat is managing editor of USGlass magazine.



# SAFTI

## The leader in fire-rated glazing since 1983

SuperLite I-XL™
fire & safety rated glazing by SAFTI

● Highest human impact safety protection
● Rated to 60 minutes*
● Thickness: 1/4"
● 90% reduction in heat transmission

*contact the factory for approved applications

Warnock Hersey
WH

SuperLite II-XL™
fire & safety rated glazing by SAFTI

● Hose stream tested
● 3/4" thick in 45 minute ratings
● 1-1/2" thick in 2-hour ratings
● Manufactured in the U.S.

Warnock Hersey
WH   UL LISTED

visit
www.safti.com

Circle Reader Card #43

# SAFTI™ *FIRST*






FIRE GLASS

## First in U.S.
First to provide clear fire-rated glass to U.S. market.

## First in Safety
Meets highest impact safety standards.

## First in Service
Completely manufactured in U.S. for prompt delivery.

## First in Performance
Largest selection of ratings (20- to 180-minutes) and sizes to meet any standards for positive pressure tested glass walls, windows and doors.

## First in Affordability

# SAFTI
*The leader in fire-rated glazing since 1983.*

Circle 12

**Warnock Hersey**





LISTED

Visit www.safti.com.  In California call
415.822.4222  or 888-653-3333 nationwide