# Dates & Events

is a mid-career survey of the Seattle-based artist, tracing the development of his career in art and design and his unique manipulations of the traditional definitions of furniture and sculpture. At The Museum of Contemporary Art. Call 213/621-2766 or visit www.MOCA-LA.org.

**Of Our Time: 2002 GSA Design Awards Show**
**Washington, D.C.**
March 27–October 19, 2003
Through models, drawings, and photographs, this exhibition documents the 24 public projects that received the design award honor last year. The projects show how regional heritage can be integrated with the latest building technology to create dynamic, functional, and attractive structures, spaces, and artworks for the 21st century. At the National Building Museum. Call 202/272-2448 or visit www.nbm.org.

**Living in Motion: Design and Architecture for Flexible Living**
**Barcelona**
Through May 25, 2003
In this exhibition, architects and designers attempt to adapt homes and artifacts to the new demands of contemporary living. As part of the Year of Design 2003 at the Museum of Decorative Arts. For further information, visit www.designyear2003.org.

**ROY/design series 1**
**San Francisco**
April 19–August 24, 2003
An exhibition of groundbreaking design solutions by South African–born architect Lindy Roy will launch the first of an ongoing series devoted to showcasing the work of contemporary designers in architecture, graphic design, and industrial design. At the San Francisco Museum of Modern Art. Call 415/357-4000 or visit www.sfmoma.org.

**Architecture and Design Permanent Collection**
**San Francisco**
April 19, 2003–ongoing
This exhibition will inaugurate a newly installed ongoing presentation of the museum's architecture and design collection. Featuring some 100 works of architecture, graphic design, and industrial design from a permanent collection of more than 4,000 objects, the survey will include well-known classics and works by up-and-coming designers and will highlight special strengths of the collection, including experimental architecture and digital design. At the San Francisco Museum of Modern Art. Call 415/357-4000 or visit www.sfmoma.org for mor information.

**Designing the Rose**
**Boston**
April 23–June 1, 2003
As part of the planning process for Shakespeare & Company's Rose Playhouse U.S.A. and celebrating Shakespeare's birthday, this exhibition will feature innovative designs for the world's first historically accurate replication of London's 1587 Rose Playhouse. Curated by architect George Marsh and the Boston architectural firm Payette Associates, the show, through photographs, illustrations, architectural drawings, and text, traces the history of the playhouse and the present-day plans to rebuild the theater using traditional building methods and materials. At the Boston Architectural Center. For more information, call 617/262-5000 or visit www.the-bac.edu.

**Both/And: Building Modern in the Context of Historic Architecture**
**Seattle**
May 2003

## SAFTI FIRST

**First in U.S.**
First to provide clear fire-rated glass to U.S. market

**First in Safety**
Meets highest impact safety standards.

**First in Performance**
Largest selection of rating and sizes to meet any standards for positive pressure tested glass walls, windows and doors.

**First in Appearance**
Unlimited see-through design flexibility for secure, sensational views.

**First in Affordability**
Call us for a quote today.

SuperLite II-XL™
fire & safety rated glazings by SAFTI

Warnock Hersey WH    LISTED UL

*The leader in fire-rated glazing since 1983.*

**www.safti.com**
415.822.4222 or 888-653-3333

CIRCLE 45 ON READER SERVICE CARD
OR GO TO WWW.LEADNET.COM/PUBS/MHAR.HTML



# SuperLite/GPX Solution

**NEW PRODUCTS ON DISPLAY!**
Visit booth 4436 for more information

Cleveland Clinic, Cleveland, Ohio
Collins Gordon Bostwick Architects
Harmon, Inc. Glazier
SuperLite II-XL / GPX GlassProtex™ 120-minute
Photo: Doug Salin

## The SuperLite™ / GPX GlassProtex™ Solution

- **NEW! Fire Rated Hurricane Glass**
- **NEW! Fire Rated Decorative Art Glass**
- **NEW! SuperLite™ I-XL IGU** – Enhanced energy performance
- **SuperLite20™** – Specialty tempered
- **SuperLite™ I-XL** – Radiant heat reducing specialty tempered
- **SuperLite™ II-XL** – Transparent fire resistive glass walls
- **SuperLite™ C/SP** – Fire protective impact safety-rated ceramics
- **SuperLite I-W™** – The only Cat. II 400 ft. lbs. impact safety-rated wired glass
- **GPX GlassProtex™** – Architectural aluminum fire resistive wall framing

   **USA MFG.**

**Ask about our new fire rated decorative art glass!**



*Your First Source for Fire-Rated Glazing Solutions Since 1982*

**www.safti.com    888.653.3333**


SAFTI
FIRE RATED GLAZING SOLUTIONS
*Since 1982*



# SuperLite™ Solution



Cleveland Clinic, Cleveland, Ohio
Collins Gordon Bostwick Architects
SuperLite II-XL / GPX GlassProtex™ 120-minute
Photo: Doug Salin

## The SuperLite™ / GPX GlassProtex™ Solution

- **SuperLite I™** – Specialty tempered
- **SuperLite I-XL™** – Radiant heat reducing specialty tempered
- **SuperLite II-XL™** – Transparent fire resistive glass walls
- **SuperLite C/SP™** – Fire protective impact safety-rated ceramics
- **SuperLite I-W™** – The only Cat. II 400 ft. lbs. impact safety-rated wired glass
- **GPX GlassProtex™** – Architectural aluminum fire resistive wall framing

 USA MFG.

*Your First Source for Fire-Rated Glazing Solutions Since*

www.safti.com   888.653.3333   

SAFTI
FIRE RATED GLAZING SOLUTIONS
*Since 1982*



## The SuperLite™ / GPX GlassProtex™ Solution

- **SuperLite I™** – Specialty tempered
- **SuperLite I-XL™** – Radiant heat reducing specialty tempered
- **SuperLite II-XL™** – Transparent fire resistive glass walls
- **SuperLite C/SP™** – Fire protective impact safety-rated ceramics
- **SuperLite I-W™** – The only Cat. II 400 ft. lbs. impact safety-rated wired glass
- **GPX GlassProtex™** – Architectural aluminum fire resistive wall framing

USA MFG.

*Your First Source for Fire-Rated Glazing Solutions Since 1982*

www.safti.com   888.653.3333   **SAFTI** FIRE RATED GLAZING SOLUTIONS   *Since 1982*


Free info at www.constructionspecifier.com   Click on LinkPath



# SuperLite™ Solution

## The SuperLite™ / GPX GlassProtex™ Solution

- **SuperLite I™** – Specialty tempered
- **SuperLite I-XL™** – Radiant heat reducing specialty tempered
- **SuperLite II-XL™** – Transparent fire resistive glass walls
- **SuperLite C/SP™** – Fire protective impact safety-rated ceramics
- **SuperLite I-W™** – The only Cat. II 400 ft. lbs. impact safety-rated wired glass
- **GPX GlassProtex™** – Architectural aluminum fire resistive wall framing

 USA MFG.

*Your First Source for Fire-Rated Glazing Solutions Since 1982*

www.safti.com    888.653.3333    
FIRE RATED GLAZING SOLUTIONS    Since 1982

For more information, visit www.usglassmag.com/Infocenter

The Construction Specifier
February 2006
Pg. 57



The Construction Specifier
January 2007
p. 61






US Glass
August 2007
p. 57, 59, 61



**EXHIBIT B**

 the standard in safety

**Underwriters Laboratories**

November 28, 2007

Mr. William O'Keefe
President
Safti*First*
325 Newhall St.
San Francisco, CA 94124

**Via Certified Mail & DHL Next Day Delivery**

**Re: Termination of Underwriters Laboratories Inc. Services Agreement**

Dear Mr. O'Keefe:

Pursuant to the terms and conditions of Section 7.1 of the UL Services Agreement dated March 22, 2004 that a representative of your company has signed (Kevin Turner, National Sales Manager), UL is exercising its rights to terminate such agreements effective thirty days from the date of this letter. As a result of this action, effective December 28, 2007, all UL services are terminated for Safti*First*. Furthermore Safti*First* is no longer authorized to use the UL Certification Mark(s) on any of their respective products or marketing/promotional materials including references on your internet website going forward.

Very truly yours,

Christopher E. Hasbrook
Vice President & General Manager
Global Fire & Security Sector

RECEIVED
NOV 30 2007

Cc: Charles A. Rego, Senior Corporate Counsel, Underwriters Laboratories Inc
Kimball Anderson, Esq. Winston & Strawn LLP

Underwriters Laboratories Inc.
333 Pfingsten Road, Northbrook, IL 60062-2096 USA
T:: 847.272.8800 / F:: 847.272.8129 / W:: ul.com

 **the standard in safety**                                    **Underwriters Laboratories**

November 28, 2007

Mr. William O'Keefe
President
O'Keefe's, Inc.
325 Newhall St.                    **Via Certified US Mail & DHL Next Day Delivery**
San Francisco, CA 94124

Re: Termination of Underwriters Laboratories Inc. Services Agreements

Dear Mr. O'Keefe:

Pursuant to the terms and conditions of Section 7.2 of the UL Services Agreement dated September 15, 2005 that you signed, UL is exercising its rights to terminate such agreements effective thirty days (30) from the date of this letter. As a result of this action, effective December 28, 2007 all UL services are terminated for O'Keefe's, Inc. Furthermore O'Keefe's is no longer authorized to use the UL Certification Mark(s) on any of their respective products or marketing/promotional materials including references on your internet website going forward.

Very truly yours,

Christopher E. Hasbrook
Vice President & General Manager
Global Fire & Security Sector

RECEIVED
NOV 30 2007

Underwriters Laboratories Inc.
333 Pfingsten Road, Northbrook, IL 60062-2096 USA
T:: 847.272.8800 / F:: 847.272.8129 / W:: ul.com