MARK I. SCHICKMAN (CSB #62653)
schickman@freelandlaw.com
DANIEL T. BERNHARD (CSB #104229)
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone:    (415) 541-0200
Facsimile:     (415) 495-4332

Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT, and PILKINGTON PLC,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.: C 07-cv-03535 JF PVT<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AGAINST UNDERWRITER'S LABORATORIES, INC.** |

[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AGAINST UNDERWRITERS LABORATORIES, INC.

Case No. 07 cv-03535 JF PVT

{00114298-1}

On the declarations of William F. O'Keeffe and Daniel T. Bernhard dated January 9, 2008, submitted in support of this Order to Show Cause, Plaintiff O'Keeffe's Inc.'s Memorandum of Points and Authorities in support of its application for a temporary restraining order and preliminary injunction, and on all of the pleadings and proceedings previously filed in this action, counter-defendant Underwriters Laboratories Inc.'s ("UL") is HEREBY ORDERED TO SHOW CAUSE on _____ [*date*] at _____ [*time*], or as soon thereafter as counsel may be heard, at the United States Courthouse located at 280 South 1st Street, San Jose, CA 95113, Courtroom 3, 5th Floor, why defendant UL, its agents, servants, employees, attorneys and those in active concert or participation with UL or them, should not be restrained and enjoined pending trial of this action from retaliating against Plaintiff O'Keeffe's Inc. in any manner for filing this lawsuit, including canceling O'Keffee's UL mark and listing, terminating UL Services Agreement with O'Keeffe's, or acting on its November 28, 2007 notice of termination of the UL Services Agreement.

IT IS FURTHER ORDERED that pending the hearing, defendant UL, its agents, servants, employees, attorneys and those in active concert or participation with UL or them, ARE HEREBY RESTRAINED AND ENJOINED from retaliating against Plaintiff O'Keeffe's Inc. in any manner for filing this lawsuit, including canceling O'Keffee's UL mark and listing, terminating UL Services Agreement with O'Keeffe's, or acting on its November 28, 2007 notice of termination of the UL Services Agreement.

This Temporary Restraining Order And Order To Show Cause and supporting papers shall be served on UL no less than _____ court days prior to the hearing date set herein. Any papers in opposition shall be served on O'Keeffe's no less than _____ court days prior to the hearing.

SO ORDERED.

Dated: _____    _____

The Honorable Jeremy Fogel