MARK I. SCHICKMAN (CSB #62653)
schickman@freelandlaw.com
DANIEL T. BERNHARD (CSB #104229)
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone:    (415) 541-0200
Facsimile:    (415) 495-4332

Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT, and PILKINGTON PLC,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.: C 07-cv-03535 JF PVT<br><br>**DECLARATION OF KATE STEEL IN SUPPORT OF PLAINTIFF O'KEEFE'S, INC.'S OPPOSITION TO UNDERWRITERS LABORATORIES INC.'S MOTION TO DISMISS**<br><br>DATE:   February 1, 2008<br>TIME:   9:00 a.m.<br>DEPT:   Courtroom 3, 5th Floor<br>        The Honorable Jeremy Fogel |

---

DECL. OF KATE STEEL IN SUPPORT OF PLTF O'KEEFFE'S, INC.'S
OPPOSITION TO UNDERWRITERS LABORATORIES INC.'S
MOTION TO DISMISS
{00114391-1}

CASE NO.: C 07-cv-03535 JF PVT

1

I, KATE STEEL, declare as follows:

1. I am the principal of Steel Consulting Services, a firm that provides, among other services, building code consulting and educational services to building officials, architects, manufacturers, glazing contractors, and others involved in the code enforcement and building code product compliance. The following facts are true of my own knowledge, and I could and would testify to these facts.

2. I am a member of the International Code Council, and a member of several national building code and test standard development committees, including the ANSI Z97.1 Accredited Standards Committee, *Safety Requirements for Architectural Glazing Materials*, and NFPA 80 Glazing Task Group, a subcommittee of the Technical Committee for the NFPA 80 *Standard for Fire Doors and Other Opening Protectives*. I have served on the International Code Council Ad Hoc Committee on Glazing, and the Glazing Subcommittee for the Oregon State Structural Code. I have participated in model building code and test standard development for over ten years. I am also an attorney licensed to practice law in the State of California, State Bar #104386. In my capacity as a code consultant, and as a member of ICC and other professional organizations and standard committees. I am familiar with the International Building Code, NFPA 80, and the general practice of building material approval by local authorities having jurisdiction under the U.S. building code system.

### The Role of An Approved Agency

3. Under the U.S. building code enforcement system, UL is relied upon by building and fire officials to provide testing, certification, listing and labeling of building materials, including fire rated glazing, as meeting requirements specified in the code. In teaching building code education and training classes, building and fire officials routinely advise me that (1) they do not independently determine whether fire safety glazing has the required safety characteristics but, rather, rely upon certification labels by approved agency of which UL is the most widely recognized, and (2) they are not aware that UL lists fire rated glazing applications that are not in compliance with applicable code requirements.

DECL. OF KATE STEEL IN SUPPORT OF PLTF O'KEEFFE'S, INC.'S
OPPOSITION TO UNDERWRITERS LABORATORIES INC.'S
MOTION TO DISMISS
{00114391-1}

CASE NO.: C 07-cv-03535 JF PVT

2

4.  IBC 2006 specifically references UL test standards, requiring products be tested in accordance with UL test standards such as UL 10A, UL 10 C, UL 14B, UL 14C, UL 1784. Attached hereto as Exhibit A are true and correct copies of relevant excerpts of IBC 2006, including Sections 715.4, 715.4.1, 715.4.2, 715.4.3 and 715.4.3.1, which specify compliance with UL fire test standards.

5.  Building codes such as IBC 2006 require the use of fire rated glazing materials that have been tested, and are listed and labeled by an "approved agency."

(a) IBC 2006, Section 902 defines "listed" as follows: "**LISTED.** Equipment, material or series included in a list published by an organization acceptable to the building official and concerned with evaluation of products or services that maintains periodic inspection of production of listed materials or periodic evaluation of services and whose listing states either that the equipment, materials or service meets identified standards or has been tested and found suitable for a specified purpose." (emphasis added)

(b) IBC 2006, Section 1703.5, states: "**Labeling.** Where materials are required by this code to be labeled, such materials and assemblies shall be labeled by an approved agency in accordance with Section 1703." (emphasis added)

(c) Section 1702.1 defines "approved agency" as, "An established and recognized agency regularly engaged in conducting tests or furnishing inspection services, when such agency has been approved."

(d) Section 1703.1 states the following: "**1703.1 Approved Agency.** An approved agency shall provide all information necessary to the building official to determine that the agency meets the applicable requirements. **1703.1.1 Independent.** An approved agency shall be objective and competent. The agency shall also disclose possible conflicts of interest so that objectivity can be confirmed." See Exhibit A.

### Codes and Standards for Fire Rated Glazing

6.  Attached hereto as Exhibit B is a true and correct copy of excerpts from NFPA 80 (2007), *Standard for Fire Doors and Other Opening Protectives,* including Appendix I, Radiant Heat Transfer. Appendix I explains the hazards of radiant heat posed by the use of certain fire protection

3

glazing materials in interior applications, such as exit corridors. Concerns for radiant heat include dangers posed to occupants exiting past the glazing, and the potential for non-piloted (auto) ignition of combustibles on the unexposed side of the glazing.

7. There are two types of fire rated glazing material recognized under United States building codes. One type of glazing product, called "fire protection" rated glazing, meet fire endurance test standards such as NFPA 252, *Standard Methods of Fire Tests of Door Assemblies* and NFPA 257, *Standard on Fire Test for Window and Glass Block Assemblies*, for a specified time period. The test method and acceptance criteria for these standards do not include radiant heat limitations. The other type of glazing product is called "fire resistance" glazing, which is tested to the more stringent test standard applied to walls assemblies under NFPA 251, *Standard Methods of Tests of Fire Resistance of Building Construction and Materials*. Acceptance criteria for this standard include temperature rise limits of 250 degrees F at the end of the rating period. As stated in NFPA 80, Appendix I, "These glazing materials . . . do not transmit excessive radiant heat, since they are required to limit to temperature rise on the unexposed face to 250 [degrees]F (121 [degrees]C." See Exhibit B.

8. Building codes, such as the International Building Code ("IBC") 2006, limit the use of fire protection rated glazing in interior windows to window assemblies requiring a 45-minute fire protection rating in fire partitions and certain fire barriers requiring a fire resistance rating not to exceed 1-hour. See Exhibit A, IBC 2006 Sections 715.5.7 and 715.5.7.1, limiting the use of fire protection rated glazing.

9. The IBC 2006 also limits the use of fire protection rated glazing to 100 sq. inches in fire doors requiring a 1-hour and 1-1/2-hour fire protection rating. See Exhibit A, IBC 2006 Section 715.4.6.1, Exceptions 1 and 2, Section 715.4.4.1.

10. NFPA 80 (2007) limits the use of fire protection rated glazing in door sidelight and transom frames to applications requiring no greater than a ¾-hour fire protection rating. Where greater than a ¾-hour rating is required, the glazing must be fire resistance rated to NFPA 251. See Exhibit B, Sections 6.3.3.3 and 6.3.3.4.

11. IBC 2006 limits the use of wired glass in fire window assemblies to sizes not to exceed

4

1,296 sq. inches. See Exhibit A, IBC 2006 Section 715.5.5.3 and Table 715.5.3.

12.    IBC 2006 requires safety glazing products used in hazardous locations, including fire doors, to meet the human impact safety requirements of CPSC 16 CFR 1201, specified in Section 2406.1. Traditional wired glass does not meet those impact safety requirements, and therefore is prohibited by IBC 2006 from being used in fire doors and sidelights defined as hazardous locations. Fire rated ceramic glazing products, such as FireLite, do not meet CPSC 16 CFR 1201, and are similarly prohibited from use in fire doors and other fire assemblies in hazardous locations. See Exhibit A, IBC 2006, Section 2406.1.

13.    IBC 2006 specifies the marking of fire rated glazing products as passing specified test standards, and performance requirements. Section 715.5.8.1 specifies the marking of glazing tested to NFPA 257 as follows: "For fire protection-rated glazing, the label shall bear the following two-part identification: 'OH-XXX.' 'OH' indicates that the glazing meets both the fire resistance and the hose stream requirements of NFPA and is permitted to be used in openings." Section 715.4.6.3.1 specifies the identification marking for fire rated glazing tested to NFPA 252, for use in fire door assemblies. That section specifies the marking of the glazing as either "D-H or NH" where H means the product has passed the hose stream requirements of the test standard, and "NH" means that it does not meet the hose stream requirements of the test. See Exhibit A, Sections 715.4.6.3.1 and 715.5.8.1.

### Published UL Information and Certification Directory

14.    Attached hereto as Exhibit C is a true and correct copy of Guide Information published as part of UL's Certification Directory. UL states, in pertinent part: "Fire-protection-rated glazing materials are intended to be installed in accordance with ANSI/NFPA 80, "Standard for Fire Doors and Fire Windows," and/or model building codes, in addition to the installation instructions provided by the manufacturer. ANSI/NFPA 80 and/or the building codes limit the use of fire-protection-rated glazing materials to (1) sidelights and transoms in fire door assemblies having a rating no greater than 3/4 h (45 min), (2) to fire windows in the interior of a structure having a rating no greater than 3/4 h (45 min), . . ."

15.    Attached hereto as Exhibit D are true and correct copies of listings published by UL on

5

DECL. OF KATE STEEL IN SUPPORT OF PLTF O'KEEFFE'S, INC.'S    CASE NO.: C 07-cv-03535 JF PVT
OPPOSITION TO UNDERWRITERS LABORATORIES INC.'S
MOTION TO DISMISS
{00114391-1}

its Online Certification Directory. Those listings include applications which are not permitted by code, or sizes that exceed code limits. For example, the listings issued to Technical Glass Products ("TGP") for its FireLite products, which are tested to fire protection rating standards that do not include radiant heat or temperature rise limits, include sidelight and transom assemblies in applications exceeding a ¾-hour fire protection rating, which are not permitted by NFPA 80 and building codes. Those listings also include 1-hour and 1-1/2-hour fire window applications, which are not permitted under IBC 2006. See Exhibit D-000070.

16. Listings issued to TGP also include listings for FireLite in fire doors, where FireLite does not meet the safety glazing requirements of IBC 2006, Section 2406.1. Listings issued to Pilkington and other wired glass manufacturers for traditional wired glass include sizes that are not permitted by code as specified in Section 715.5.3 and Table 715.5.3, and for use in fire doors, which are not permitted by Section 2406.1. See Exhibit D, D-000070, D-000053.

17. Listings issued by UL to TGP for its Fireglass 20 product, which has not been tested to the hose stream portion of the fire window test specified in NFPA 257, has been designated by UL to have a building code identification of "OH." See Exhibit D-000071 attached hereto. Under the IBC 2006 identification provision section 715.5.8.1, that marking means that the product passes the hose stream test, when in fact it does not.

18. Attached hereto as Exhibit E is a true and correct copy of listings published in UL's Online Certification directory, issued to SAFTI FIRST, for its SuperLite I-20 product, which, like TGP's Fireglass 20 product, has not been tested to the hose stream. UL does not designate a OH marking for SAFTI's product, but provides only a D-NH marking.

///
///
///
///
///
///

6

1  I declare under penalty of perjury that the foregoing is true and correct of my own personal
2  knowledge.
3  Executed at San Franc̲i̲s̲c̲o̲, California on this 11ᵗʰ day of January, 2008.

_____
KATE STEEL