**EXHIBIT A**

# EXHIBIT A

A Member of the International Code Family®



ICC
INTERNATIONAL
CODE COUNCIL®

# INTERNATIONAL BUILDING CODE®



2006



## Letter Designations in Front of Section Numbers

In each code development cycle, proposed changes to the code are considered at the Code Development Hearings by the ICC Fire Code Development Committee, whose action constitutes a recommendation to the voting membership for final action on the proposed change. Proposed changes to a code section that has a number beginning with a letter in brackets are considered by a different code development committee. For example, proposed changes to code sections that have [F] in front of them (e.g. [F] 903.1.1.1) are considered by the ICC Fire Code Development Committee at the code development hearings.

The content of sections in this code that begin with a letter designation are maintained by another code development committee in accordance with the following:

[E]  = International Energy Conservation Code Development Committee;

[EB] = International Existing Building Code Development Committee;

[EL] = ICC Electrical Code Development Committee;

[F]  = International Fire Code Development Committee;

[FG] = International Fuel Gas Code Development Committee;

[M]  = International Mechanical Code Development Committee; and

[P]  = International Plumbing Code Development Committee.

## Marginal Markings

Solid vertical lines in the margins within the body of the code indicate a technical change from the requirements of the 2003 edition. Deletion indicators in the form of an arrow ( ➡ ) are provided in the margin where an entire section, paragraph, exception or table has been deleted or an item in a list of items or a table has been deleted.

# PREFACE

## Introduction

Internationally, code officials recognize the need for a modern, up-to-date building code addressing the design and installation of building systems through requirements emphasizing performance. The *International Building Code*®, in this 2006 edition, is designed to meet these needs through model code regulations that safeguard the public health and safety in all communities, large and small.

This comprehensive building code establishes minimum regulations for building systems using prescriptive and performance-related provisions. It is founded on broad-based principles that make possible the use of new materials and new building designs. This 2006 edition is fully compatible with all the *International Codes*® (I-Codes®) published by the International Code Council (ICC)®, including the ICC *Electrical Code*®, *International Energy Conservation Code*®, *International Existing Building Code*®, *International Fire Code*®, *International Fuel Gas Code*®, *International Mechanical Code*®, ICC *Performance Code*®, *International Plumbing Code*®, *International Private Sewage Disposal Code*®, *International Property Maintenance Code*®, *International Residential Code*®, *International Wildland-Urban Interface Code*™ and *International Zoning Code*®.

The *International Building Code* provisions provide many benefits, among which is the model code development process that offers an international forum for building professionals to discuss performance and prescriptive code requirements. This forum provides an excellent arena to debate proposed revisions. This model code also encourages international consistency in the application of provisions.

## Development

The first edition of the *International Building Code* (2000) was the culmination of an effort initiated in 1997 by the ICC. This included five drafting subcommittees appointed by ICC and consisting of representatives of the three statutory members of the International Code Council at that time, including: Building Officials and Code Administrators International, Inc. (BOCA), International Conference of Building Officials (ICBO) and Southern Building Code Congress International (SBCCI). The intent was to draft a comprehensive set of regulations for building systems consistent with and inclusive of the scope of the existing model codes. Technical content of the latest model codes promulgated by BOCA, ICBO and SBCCI was utilized as the basis for the development, followed by public hearings in 1997, 1998 and 1999 to consider proposed changes. This 2006 edition presents the code as originally issued, with changes reflected in the 2003 edition and further changes approved through the ICC Code Development Process through 2005. A new edition such as this is promulgated every three years.

This code is founded on principles intended to establish provisions consistent with the scope of a building code that adequately protects public health, safety and welfare; provisions that do not unnecessarily increase construction costs; provisions that do not restrict the use of new materials, products or methods of construction; and provisions that do not give preferential treatment to particular types or classes of materials, products or methods of construction.

## Adoption

The *International Building Code* is available for adoption and use by jurisdictions internationally. Its use within a governmental jurisdiction is intended to be accomplished through adoption by reference in accordance with proceedings establishing the jurisdiction's laws. At the time of adoption, jurisdictions should insert the appropriate information in provisions requiring specific local information, such as the name of the adopting jurisdiction. These locations are shown in bracketed words in small capital letters in the code and in the sample ordinance. The sample adoption ordinance on page v addresses several key elements of a code adoption ordinance, including the information required for insertion into the code text.

## Maintenance

The *International Building Code* is kept up to date through the review of proposed changes submitted by code enforcing officials, industry representatives, design professionals and other interested parties. Proposed changes are carefully considered through an open code development process in which all interested and affected parties may participate.

The contents of this work are subject to change both through the Code Development Cycles and the governmental body that enacts the code into law. For more information regarding the code development process, contact the Code and Standard Development Department of the International Code Council.

While the development procedure of the *International Building Code* assures the highest degree of care, ICC, its members and those participating in the development of this code do not accept any liability resulting from compliance or noncompliance with the provisions because ICC does not have the power or authority to police or enforce compliance with the contents of this code. Only the governmental body that enacts the code into law has such authority.

# CHAPTER 9

# FIRE PROTECTION SYSTEMS

## SECTION 901
## GENERAL

**901.1 Scope.** The provisions of this chapter shall specify where fire protection systems are required and shall apply to the design, installation and operation of fire protection systems.

**901.2 Fire protection systems.** Fire protection systems shall be installed, repaired, operated and maintained in accordance with this code and the *International Fire Code.*

Any fire protection system for which an exception or reduction to the provisions of this code has been granted shall be considered to be a required system.

**Exception:** Any fire protection system or portion thereof not required by this code shall be permitted to be installed for partial or complete protection provided that such system meets the requirements of this code.

**901.3 Modifications.** No person shall remove or modify any fire protection system installed or maintained under the provisions of this code or the *International Fire Code* without approval by the building official.

**901.4 Threads.** Threads provided for fire department connections to sprinkler systems, standpipes, yard hydrants or any other fire hose connection shall be compatible with the connections used by the local fire department.

**901.5 Acceptance tests.** Fire protection systems shall be tested in accordance with the requirements of this code and the *International Fire Code.* When required, the tests shall be conducted in the presence of the building official. Tests required by this code, the *International Fire Code* and the standards listed in this code shall be conducted at the expense of the owner or the owner's representative. It shall be unlawful to occupy portions of a structure until the required fire protection systems within that portion of the structure have been tested and approved.

**901.6 Supervisory service.** Where required, fire protection systems shall be monitored by an approved supervising station in accordance with NFPA 72.

**901.6.1 Automatic sprinkler systems.** Automatic sprinkler systems shall be monitored by an approved supervising station.

**Exceptions:**

1. A supervising station is not required for automatic sprinkler systems protecting one- and two-family dwellings.

2. Limited area systems serving fewer than 20 sprinklers.

**901.6.2 Fire alarm systems.** Fire alarm systems required by the provisions of Section 907.2 of this code and Section 907.2 of the *International Fire Code* shall be monitored by

an approved supervising station in accordance with Section 907.14.

**Exceptions:**

1. Single- and multiple-station smoke alarms required by Section 907.2.10.

2. Smoke detectors in Group I-3 occupancies.

3. Supervisory service is not required for automatic sprinkler systems in one- and two-family dwellings.

**901.6.3 Group H.** Manual fire alarm, automatic fire-extinguishing and emergency alarm systems in Group H occupancies shall be monitored by an approved supervising station.

**Exception:** When approved by the building official, on-site monitoring at a constantly attended location shall be permitted provided that notifications to the fire department will be equal to those provided by an approved supervising station.

**901.7 Fire areas.** Where buildings, or portions thereof, are divided into fire areas so as not to exceed the limits established for requiring a fire protection system in accordance with this chapter, such fire areas shall be separated by fire barriers having a fire-resistance rating of not less than that determined in accordance with Section 706.3.9.

## SECTION 902
## DEFINITIONS

**902.1 Definitions.** The following words and terms shall, for the purposes of this chapter, and as used elsewhere in this code, have the meanings shown herein.

**[F] ALARM NOTIFICATION APPLIANCE.** A fire alarm system component such as a bell, horn, speaker, light or text display that provides audible, tactile or visible outputs, or any combination thereof.

**[F] ALARM SIGNAL.** A signal indicating an emergency requiring immediate action, such as a signal indicative of fire.

**[F] ALARM VERIFICATION FEATURE.** A feature of automatic fire detection and alarm systems to reduce unwanted alarms wherein smoke detectors report alarm conditions for a minimum period of time, or confirm alarm conditions within a given time period, after being automatically reset, in order to be accepted as a valid alarm-initiation signal.

**[F] ANNUNCIATOR.** A unit containing one or more indicator lamps, alphanumeric displays or other equivalent means in which each indication provides status information about a circuit, condition or location.

**[F] AUDIBLE ALARM NOTIFICATION APPLIANCE.** A notification appliance that alerts by the sense of hearing.

FIRE PROTECTION SYSTEMS

[F] AUTOMATIC. As applied to fire protection devices, is a device or system providing an emergency function without the necessity for human intervention and activated as a result of a predetermined temperature rise, rate of temperature rise or combustion products.

[F] AUTOMATIC FIRE-EXTINGUISHING SYSTEM. An approved system of devices and equipment which automatically detects a fire and discharges an approved fire-extinguishing agent onto or in the area of a fire.

[F] AUTOMATIC SPRINKLER SYSTEM. A sprinkler system, for fire protection purposes, is an integrated system of underground and overhead piping designed in accordance with fire protection engineering standards. The system includes a suitable water supply. The portion of the system above the ground is a network of specially sized or hydraulically designed piping installed in a structure or area, generally overhead, and to which automatic sprinklers are connected in a systematic pattern. The system is usually activated by heat from a fire and discharges water over the fire area.

[F] AVERAGE AMBIENT SOUND LEVEL. The root mean square, A-weighted sound pressure level measured over a 24-hour period.

[F] CARBON DIOXIDE EXTINGUISHING SYSTEMS. A system supplying carbon dioxide ($CO_2$) from a pressurized vessel through fixed pipes and nozzles. The system includes a manual- or automatic-actuating mechanism.

[F] CEILING LIMIT. The maximum concentration of an air-borne contaminant to which one may be exposed, as published in DOL 29 CFR Part 1910.1000.

[F] CLEAN AGENT. Electrically nonconducting, volatile or gaseous fire extinguishant that does not leave a residue upon evaporation.

[F] CONSTANTLY ATTENDED LOCATION. A designated location at a facility staffed by trained personnel on a continuous basis where alarm or supervisory signals are monitored and facilities are provided for notification of the fire department or other emergency services.

[F] DELUGE SYSTEM. A sprinkler system employing open sprinklers attached to a piping system connected to a water supply through a valve that is opened by the operation of a detection system installed in the same areas as the sprinklers. When this valve opens, water flows into the piping system and discharges from all sprinklers attached thereto.

[F] DETECTOR, HEAT. A fire detector that senses heat produced by burning substances. Heat is the energy produced by combustion that causes substances to rise in temperature.

[F] DRY-CHEMICAL EXTINGUISHING AGENT. A powder composed of small particles, usually of sodium bicarbonate, potassium bicarbonate, urea-potassium-based bicarbonate, potassium chloride or monoammonium phosphate, with added particulate material supplemented by special treatment to provide resistance to packing, resistance to moisture absorption (caking) and the proper flow capabilities.

[F] EMERGENCY ALARM SYSTEM. A system to provide indication and warning of emergency situations involving hazardous materials.

[F] EMERGENCY VOICE/ALARM COMMUNICATIONS. Dedicated manual or automatic facilities for originating and distributing voice instructions, as well as alert and evacuation signals pertaining to a fire emergency, to the occupants of a building.

[F] EXPLOSION. An effect produced by the sudden violent expansion of gases, that is accompanied by a shock wave or disruption of enclosing materials or structures, or both.

[F] FIRE ALARM BOX, MANUAL. See "Manual Fire Alarm Box."

[F] FIRE ALARM CONTROL UNIT. A system component that receives inputs from automatic and manual fire alarm devices and is capable of supplying power to detection devices and transponder(s) or off-premises transmitter(s). The control unit is capable of providing a transfer of power to the notification appliances and transfer of condition to relays or devices.

[F] FIRE ALARM SIGNAL. A signal initiated by a fire alarm-initiating device such as a manual fire alarm box, automatic fire detector, water flow switch, or other device whose activation is indicative of the presence of a fire or fire signature.

[F] FIRE ALARM SYSTEM. A system or portion of a combination system consisting of components and circuits arranged to monitor and annunciate the status of fire alarm or supervisory signal-initiating devices and to initiate the appropriate response to those signals.

[F] FIRE COMMAND CENTER. The principal attended or unattended location where the status of detection, alarm communications and control systems is displayed, and from which the system(s) can be manually controlled.

[F] FIRE DETECTOR, AUTOMATIC. A device designed to detect the presence of a fire signature and to initiate action.

[F] FIRE PROTECTION SYSTEM. Approved devices, equipment and systems or combinations of systems used to detect a fire, activate an alarm, extinguish or control a fire, control or manage smoke and products of a fire or any combination thereof.

[F] FIRE SAFETY FUNCTIONS. Building and fire control functions that are intended to increase the level of life safety for occupants or to control the spread of harmful effects of fire.

[F] FOAM-EXTINGUISHING SYSTEM. A special system discharging a foam made from concentrates, either mechanically or chemically, over the area to be protected.

[F] HALOGENATED EXTINGUISHING SYSTEM. A fire-extinguishing system using one or more atoms of an element from the halogen chemical series: fluorine, chlorine, bromine and iodine.

[F] INITIATING DEVICE. A system component that originates transmission of a change-of-state condition, such as in a smoke detector, manual fire alarm box or supervisory switch.

LISTED. Equipment, materials or services included in a list published by an organization acceptable to the building official and concerned with evaluation of products or services that maintains periodic inspection of production of listed equipment or materials or periodic evaluation of services and whose listing states either that the equipment, material or service

# CHAPTER 17

# STRUCTURAL TESTS AND SPECIAL INSPECTIONS

## SECTION 1701
## GENERAL

**1701.1 Scope.** The provisions of this chapter shall govern the quality, workmanship and requirements for materials covered. Materials of construction and tests shall conform to the applicable standards listed in this code.

**1701.2 New materials.** New building materials, equipment, appliances, systems or methods of construction not provided for in this code, and any material of questioned suitability proposed for use in the construction of a building or structure, shall be subjected to the tests prescribed in this chapter and in the approved rules to determine character, quality and limitations of use.

**1701.3 Used materials.** The use of second-hand materials that meet the minimum requirements of this code for new materials shall be permitted.

## SECTION 1702
## DEFINITIONS

**1702.1 General.** The following words and terms shall, for the purposes of this chapter and as used elsewhere in this code, have the meanings shown herein.

**APPROVED AGENCY.** An established and recognized agency regularly engaged in conducting tests or furnishing inspection services, when such agency has been approved.

**APPROVED FABRICATOR.** An established and qualified person, firm or corporation approved by the building official pursuant to Chapter 17 of this code.

**CERTIFICATE OF COMPLIANCE.** A certificate stating that materials and products meet specified standards or that work was done in compliance with approved construction documents.

**DESIGNATED SEISMIC SYSTEM.** Those architectural, electrical and mechanical systems and their components that require design in accordance with Chapter 13 of ASCE 7 and for which the component importance factor, $I_p$, is greater than 1 in accordance with Section 13.1.3 of ASCE 7.

**FABRICATED ITEM.** Structural, load-bearing or lateral load-resisting assemblies consisting of materials assembled prior to installation in a building or structure or subjected to operations such as heat treatment, thermal cutting, cold working or reforming after manufacture and prior to installation in a building or structure. Materials produced in accordance with standard specifications referenced by this code, such as rolled structural steel shapes, steel-reinforcing bars, masonry units and wood structural panels shall not be considered "fabricated items."

**INSPECTION CERTIFICATE.** An identification applied on a product by an approved agency containing the name of the manufacturer, the function and performance characteristics, and the name and identification of an approved agency that indicates that the product or material has been inspected and evaluated by an approved agency (see Section 1703.5 and "Label," "Manufacturer's designation" and "Mark").

**LABEL.** An identification applied on a product by the manufacturer that contains the name of the manufacturer, the function and performance characteristics of the product or material, and the name and identification of an approved agency and that indicates that the representative sample of the product or material has been tested and evaluated by an approved agency (see Section 1703.5 and "Inspection certificate," "Manufacturer's designation" and "Mark").

**MAIN WIND-FORCE-RESISTING SYSTEM.** An assemblage of structural elements assigned to provide support and stability for the overall structure. The system generally receives wind loading from more than one surface.

**MANUFACTURER'S DESIGNATION.** An identification applied on a product by the manufacturer indicating that a product or material complies with a specified standard or set of rules (see also "Inspection certificate," "Label" and "Mark").

**MARK.** An identification applied on a product by the manufacturer indicating the name of the manufacturer and the function of a product or material (see also "Inspection certificate," "Label" and "Manufacturer's designation").

**SPECIAL INSPECTION.** Inspection as herein required of the materials, installation, fabrication, erection or placement of components and connections requiring special expertise to ensure compliance with approved construction documents and referenced standards (see Section 1704).

**SPECIAL INSPECTION, CONTINUOUS.** The full-time observation of work requiring special inspection by an approved special inspector who is present in the area where the work is being performed.

**SPECIAL INSPECTION, PERIODIC.** The part-time or intermittent observation of work requiring special inspection by an approved special inspector who is present in the area where the work has been or is being performed and at the completion of the work.

**SPRAYED FIRE-RESISTANT MATERIALS.** Cementitious or fibrous materials that are spray applied to provide fire-resistant protection of the substrates.

**STRUCTURAL OBSERVATION.** The visual observation of the structural system by a registered design professional for general conformance to the approved construction documents at significant construction stages and at completion of the structural system. Structural observation does not include or waive the responsibility for the inspection required by Section 109, 1704 or other sections of this code.

meets identified standards or has been tested and found suitable for a specified purpose.

[F] **MANUAL FIRE ALARM BOX.** A manually operated device used to initiate an alarm signal.

[F] **MULTIPLE-STATION ALARM DEVICE.** Two or more single-station alarm devices that are capable of interconnection such that actuation of one causes all integral or separate audible alarms to operate. It also can consist of one single-station alarm device having connections to other detectors or to a manual fire alarm box.

[F] **MULTIPLE-STATION SMOKE ALARM.** Two or more single-station alarm devices that are capable of interconnection such that actuation of one causes all integral or separate audible alarms to operate.

[F] **NUISANCE ALARM.** An alarm caused by mechanical failure, malfunction, improper installation or lack of proper maintenance, or an alarm activated by a cause that cannot be determined.

[F] **RECORD DRAWINGS.** Drawings ("as builts") that document the location of all devices, appliances, wiring sequences, wiring methods and connections of the components of a fire alarm system as installed.

[F] **SINGLE-STATION SMOKE ALARM.** An assembly incorporating the detector, the control equipment and the alarm-sounding device in one unit, operated from a power supply either in the unit or obtained at the point of installation.

[F] **SMOKE ALARM.** A single- or multiple-station alarm responsive to smoke and not connected to a system.

[F] **SMOKE DETECTOR.** A listed device that senses visible or invisible particles of combustion.

**SMOKEPROOF ENCLOSURE.** An exit stairway designed and constructed so that the movement of the products of combustion produced by a fire occurring in any part of the building into the enclosure is limited.

[F] **STANDPIPE SYSTEM, CLASSES OF.** Standpipe classes are as follows:

**Class I system.** A system providing $2^1/_2$-inch (64 mm) hose connections to supply water for use by fire departments and those trained in handling heavy fire streams.

**Class II system.** A system providing $1^1/_2$-inch (38 mm) hose stations to supply water for use primarily by the building occupants or by the fire department during initial response.

**Class III system.** A system providing $1^1/_2$-inch (38 mm) hose stations to supply water for use by building occupants and 2.5-inch (64 mm) hose connections to supply a larger volume of water for use by fire departments and those trained in handling heavy fire streams.

[F] **STANDPIPE, TYPES OF.** Standpipe types are as follows:

**Automatic dry.** A dry standpipe system, normally filled with pressurized air, that is arranged through the use of a device, such as dry pipe valve, to admit water into the system piping automatically upon the opening of a hose valve.

The water supply for an automatic dry standpipe system shall be capable of supplying the system demand.

**Automatic wet.** A wet standpipe system that has a water supply that is capable of supplying the system demand automatically.

**Manual dry.** A dry standpipe system that does not have a permanent water supply attached to the system. Manual dry standpipe systems require water from a fire department pumper to be pumped into the system through the fire department connection in order to meet the system demand.

**Manual wet.** A wet standpipe system connected to a water supply for the purpose of maintaining water within the system but does not have a water supply capable of delivering the system demand attached to the system. Manual-wet standpipe systems require water from a fire department pumper (or the like) to be pumped into the system in order to meet the system demand.

**Semiautomatic dry.** A dry standpipe system that is arranged through the use of a device, such as a deluge valve, to admit water into the system piping upon activation of a remote control device located at a hose connection. A remote control activation device shall be provided at each hose connection. The water supply for a semiautomatic dry standpipe system shall be capable of supplying the system demand.

[F] **SUPERVISING STATION.** A facility that receives signals and at which personnel are in attendance at all times to respond to these signals.

[F] **SUPERVISORY SERVICE.** The service required to monitor performance of guard tours and the operative condition of fixed suppression systems or other systems for the protection of life and property.

[F] **SUPERVISORY SIGNAL.** A signal indicating the need of action in connection with the supervision of guard tours, the fire suppression systems or equipment or the maintenance features of related systems.

[F] **SUPERVISORY SIGNAL-INITIATING DEVICE.** An initiation device, such as a valve supervisory switch, water-level indicator or low-air pressure switch on a dry-pipe sprinkler system, whose change of state signals an off-normal condition and its restoration to normal of a fire protection or life safety system, or a need for action in connection with guard tours, fire suppression systems or equipment or maintenance features of related systems.

[F] **TIRES, BULK STORAGE OF.** Storage of tires where the area available for storage exceeds 20,000 cubic feet (566 m$^3$).

[F] **TROUBLE SIGNAL.** A signal initiated by the fire alarm system or device indicative of a fault in a monitored circuit or component.

[F] **VISIBLE ALARM NOTIFICATION APPLIANCE.** A notification appliance that alerts by the sense of sight.

[F] **WET-CHEMICAL EXTINGUISHING SYSTEM.** A solution of water and potassium-carbonate-based chemical, potassium-acetate-based chemical or a combination thereof, forming an extinguishing agent.

STRUCTURAL TESTS AND SPECIAL INSPECTIONS

## SECTION 1703
## APPROVALS

**1703.1 Approved agency.** An approved agency shall provide all information as necessary for the building official to determine that the agency meets the applicable requirements.

**1703.1.1 Independent.** An approved agency shall be objective and competent. The agency shall also disclose possible conflicts of interest so that objectivity can be confirmed.

**1703.1.2 Equipment.** An approved agency shall have adequate equipment to perform required tests. The equipment shall be periodically calibrated.

**1703.1.3 Personnel.** An approved agency shall employ experienced personnel educated in conducting, supervising and evaluating tests and/or inspections.

**1703.2 Written approval.** Any material, appliance, equipment, system or method of construction meeting the requirements of this code shall be approved in writing after satisfactory completion of the required tests and submission of required test reports.

**1703.3 Approved record.** For any material, appliance, equipment, system or method of construction that has been approved, a record of such approval, including the conditions and limitations of the approval, shall be kept on file in the building official's office and shall be open to public inspection at appropriate times.

**1703.4 Performance.** Specific information consisting of test reports conducted by an approved testing agency in accordance with standards referenced in Chapter 35, or other such information as necessary, shall be provided for the building official to determine that the material meets the applicable code requirements.

**1703.4.1 Research and investigation.** Sufficient technical data shall be submitted to the building official to substantiate the proposed use of any material or assembly. If it is determined that the evidence submitted is satisfactory proof of performance for the use intended, the building official shall approve the use of the material or assembly subject to the requirements of this code. The costs, reports and investigations required under these provisions shall be paid by the permit applicant.

**1703.4.2 Research reports.** Supporting data, where necessary to assist in the approval of materials or assemblies not specifically provided for in this code, shall consist of valid research reports from approved sources.

**1703.5 Labeling.** Where materials or assemblies are required by this code to be labeled, such materials and assemblies shall be labeled by an approved agency in accordance with Section 1703. Products and materials required to be labeled shall be labeled in accordance with the procedures set forth in Sections 1703.5.1 through 1703.5.3.

**1703.5.1 Testing.** An approved agency shall test a representative sample of the product or material being labeled to the relevant standard or standards. The approved agency shall maintain a record of the tests performed. The record shall provide sufficient detail to verify compliance with the test standard.

**1703.5.2 Inspection and identification.** The approved agency shall periodically perform an inspection, which shall be in-plant if necessary, of the product or material that is to be labeled. The inspection shall verify that the labeled product or material is representative of the product or material tested.

**1703.5.3 Label information.** The label shall contain the manufacturer's or distributor's identification, model number, serial number or definitive information describing the product or material's performance characteristics and approved agency's identification.

**1703.6 Heretofore approved materials.** The use of any material already fabricated or of any construction already erected, which conformed to requirements or approvals heretofore in effect, shall be permitted to continue, if not detrimental to life, health or safety to the public.

**1703.7 Evaluation and follow-up inspection services.** Where structural components or other items regulated by this code are not visible for inspection after completion of a prefabricated assembly, the permit applicant shall submit a report of each prefabricated assembly. The report shall indicate the complete details of the assembly, including a description of the assembly and its components, the basis upon which the assembly is being evaluated, test results and similar information and other data as necessary for the building official to determine conformance to this code. Such a report shall be approved by the building official.

**1703.7.1 Follow-up inspection.** The permit applicant shall provide for special inspections of fabricated items in accordance with Section 1704.2.

**1703.7.2 Test and inspection records.** Copies of necessary test and inspection records shall be filed with the building official.

## SECTION 1704
## SPECIAL INSPECTIONS

**1704.1 General.** Where application is made for construction as described in this section, the owner or the registered design professional in responsible charge acting as the owner's agent shall employ one or more special inspectors to provide inspections during construction on the types of work listed under Section 1704. The special inspector shall be a qualified person who shall demonstrate competence, to the satisfaction of the building official, for inspection of the particular type of construction or operation requiring special inspection. These inspections are in addition to the inspections specified in Section 109.

**Exceptions:**

1. Special inspections are not required for work of a minor nature or as warranted by conditions in the jurisdiction as approved by the building official.

2. Special inspections are not required for building components unless the design involves the practice of professional engineering or architecture as defined by applicable state statutes and regulations governing the professional registration and certification of engineers or architects.

328

# CHAPTER 7

# FIRE-RESISTANCE-RATED CONSTRUCTION

## SECTION 701
## GENERAL

**701.1 Scope.** The provisions of this chapter shall govern the materials and assemblies used for structural fire resistance and fire-resistance-rated construction separation of adjacent spaces to safeguard against the spread of fire and smoke within a building and the spread of fire to or from buildings.

## SECTION 702
## DEFINITIONS

**702.1 Definitions.** The following words and terms shall, for the purposes of this chapter, and as used elsewhere in this code, have the meanings shown herein.

**ANNULAR SPACE.** The opening around the penetrating item.

**CEILING RADIATION DAMPER.** A listed device installed in a ceiling membrane of a fire-resistance-rated floor/ceiling or roof/ceiling assembly to limit automatically the radiative heat transfer through an air inlet/outlet opening.

**COMBINATION FIRE/SMOKE DAMPER.** A listed device installed in ducts and air transfer openings designed to close automatically upon the detection of heat and resist the passage of flame and smoke. The device is installed to operate automatically, controlled by a smoke detection system, and where required, is capable of being positioned from a fire command center.

**DAMPER.** See "Ceiling radiation damper," "Combination fire/smoke damper," "Fire damper" and "Smoke damper."

**DRAFTSTOP.** A material, device or construction installed to restrict the movement of air within open spaces of concealed areas of building components such as crawl spaces, floor/ceiling assemblies, roof/ceiling assemblies and attics.

**F RATING.** The time period that the through-penetration firestop system limits the spread of fire through the penetration when tested in accordance with ASTM E 814.

**FIRE AREA.** The aggregate floor area enclosed and bounded by fire walls, fire barriers, exterior walls or fire-resistance-rated horizontal assemblies of a building.

**FIRE BARRIER.** A fire-resistance-rated wall assembly of materials designed to restrict the spread of fire in which continuity is maintained.

**FIRE DAMPER.** A listed device installed in ducts and air transfer openings designed to close automatically upon detection of heat and resist the passage of flame. Fire dampers are classified for use in either static systems that will automatically shut down in the event of a fire, or in dynamic systems that continue to operate during a fire. A dynamic fire damper is tested and rated for closure under elevated temperature airflow.

**FIRE DOOR.** The door component of a fire door assembly.

**FIRE DOOR ASSEMBLY.** Any combination of a fire door, frame, hardware, and other accessories that together provide a specific degree of fire protection to the opening.

**FIRE PARTITION.** A vertical assembly of materials designed to restrict the spread of fire in which openings are protected.

**FIRE PROTECTION RATING.** The period of time that an opening protective assembly will maintain the ability to confine a fire as determined by tests prescribed in Section 715. Ratings are stated in hours or minutes.

**FIRE RESISTANCE.** That property of materials or their assemblies that prevents or retards the passage of excessive heat, hot gases or flames under conditions of use.

**FIRE-RESISTANCE RATING.** The period of time a building element, component or assembly maintains the ability to confine a fire, continues to perform a given structural function, or both, as determined by the tests, or the methods based on tests, prescribed in Section 703.

**FIRE-RESISTANT JOINT SYSTEM.** An assemblage of specific materials or products that are designed, tested, and fire-resistance rated in accordance with either ASTM E 1966 or UL 2079 to resist for a prescribed period of time the passage of fire through joints made in or between fire-resistance-rated assemblies.

**FIRE SEPARATION DISTANCE.** The distance measured from the building face to one of the following:

1. The closest interior lot line;

2. To the centerline of a street, an alley or public way; or

3. To an imaginary line between two buildings on the property.

**FIRE WALL.** A fire-resistance-rated wall having protected openings, which restricts the spread of fire and extends continuously from the foundation to or through the roof, with sufficient structural stability under fire conditions to allow collapse of construction on either side without collapse of the wall.

**FIRE WINDOW ASSEMBLY.** A window constructed and glazed to give protection against the passage of fire.

**FIREBLOCKING.** Building materials installed to resist the free passage of flame to other areas of the building through concealed spaces.

**FLOOR FIRE DOOR ASSEMBLY.** A combination of a fire door, a frame, hardware and other accessories installed in a horizontal plane, which together provide a specific degree of fire protection to a through-opening in a fire-resistance-rated floor (see Section 711.8).

**HORIZONTAL ASSEMBLY.** A fire-resistance-rated floor or roof assembly of materials designed to restrict the spread of fire in which continuity is maintained.

FIRE-RESISTANCE-RATED CONSTRUCTION

resistance of the column shall be continuous from the top of the foundation or floor/ceiling assembly below through the ceiling space to the top of the column.

**714.2.3 Truss protection.** The required thickness and construction of fire-resistance-rated assemblies enclosing trusses shall be based on the results of full-scale tests or combinations of tests on truss components or on approved calculations based on such tests that satisfactorily demonstrate that the assembly has the required fire resistance.

**714.2.4 Attachments to structural members.** The edges of lugs, brackets, rivets and bolt heads attached to structural members shall be permitted to extend to within 1 inch (25 mm) of the surface of the fire protection.

**714.2.5 Reinforcing.** Thickness of protection for concrete or masonry reinforcement shall be measured to the outside of the reinforcement except that stirrups and spiral reinforcement ties are permitted to project not more than 0.5-inch (12.7 mm) into the protection.

**714.3 Embedments and enclosures.** Pipes, wires, conduits, ducts or other service facilities shall not be embedded in the required fire protective covering of a structural member that is required to be individually encased.

**714.4 Impact protection.** Where the fire protective covering of a structural member is subject to impact damage from moving vehicles, the handling of merchandise or other activity, the fire protective covering shall be protected by corner guards or by a substantial jacket of metal or other noncombustible material to a height adequate to provide full protection, but not less than 5 feet (1524 mm) from the finished floor.

**714.5 Exterior structural members.** Load-bearing structural members located within the exterior walls or on the outside of a building or structure shall be provided with the highest fire-resistance rating as determined in accordance with the following:

1. As required by Table 601 for the type of building element based on the type of construction of the building;

2. As required by Table 601 for exterior bearing walls based on the type of construction; and

3. As required by Table 602 for exterior walls based on the fire separation distance.

**714.6 Bottom flange protection.** Fire protection is not required at the bottom flange of lintels, shelf angles and plates, spanning not more than 6 feet (1829 mm) whether part of the structural frame or not, and from the bottom flange of lintels, shelf angles and plates not part of the structural frame, regardless of span.

**714.7 Seismic isolation systems.** Fire-resistance ratings for the isolation system shall meet the fire-resistance rating required for the columns, walls or other structural elements in which the isolation system is installed in accordance with Table 601.

Isolation systems required to have a fire-resistance rating shall be protected with approved materials or construction assemblies designed to provide the same degree of fire resistance as the structural element in which it is installed when tested in accordance with ASTM E 119 (see Section 703.2).

Such isolation system protection applied to isolator units shall be capable of retarding the transfer of heat to the isolator unit in such a manner that the required gravity load-carrying capacity of the isolator unit will not be impaired after exposure to the standard time-temperature curve fire test prescribed in ASTM E 119 for a duration not less than that required for the fire-resistance rating of the structure element in which it is installed.

Such isolation system protection applied to isolator units shall be suitably designed and securely installed so as not to dislodge, loosen, sustain damage or otherwise impair its ability to accommodate the seismic movements for which the isolator unit is designed and to maintain its integrity for the purpose of providing the required fire-resistance protection.

## SECTION 715
## OPENING PROTECTIVES

**715.1 General.** Opening protectives required by other sections of this code shall comply with the provisions of this section.

**715.2 Fire-resistance-rated glazing.** Labeled fire-resistance-rated glazing tested as part of a fire-resistance-rated wall assembly in accordance with ASTM E 119 shall not be required to comply with this section.

**715.3 Alternative methods for determining fire protection ratings.** The application of any of the alternative methods listed in this section shall be based on the fire exposure and acceptance criteria specified in NFPA 252 or NFPA 257. The required fire resistance of an opening protective shall be permitted to be established by any of the following methods or procedures:

1. Designs documented in approved sources.

2. Calculations performed in an approved manner.

3. Engineering analysis based on a comparison of opening protective designs having fire-protection ratings as determined by the test procedures set forth in NFPA 252 or NFPA 257.

4. Alternative protection methods as allowed by Section 104.11.

**715.4 Fire door and shutter assemblies.** Approved fire door and fire shutter assemblies shall be constructed of any material or assembly of component materials that conforms to the test requirements of Section 715.4.1, 715.4.2 or 715.4.3 and the fire-protection rating indicated in Table 715.4. Fire door assemblies and shutters shall be installed in accordance with the provisions of this section and NFPA 80.

**Exceptions:**

1. Labeled protective assemblies that conform to the requirements of this section or UL 10A, UL 14B and UL 14C for tin-clad fire door assemblies.

2. Floor fire door assemblies in accordance with Section 711.8.

**715.4.1 Side-hinged or pivoted swinging doors.** Side-hinged and pivoted swinging doors shall be tested in accordance with NFPA 252 or UL 10C. After 5 minutes into

the NFPA 252 test, the neutral pressure level in the furnace shall be established at 40 inches (1016 mm) or less above the sill.

**715.4.2 Other types of doors.** Other types of doors, including swinging elevator doors, shall be tested in accordance with NFPA 252 or UL 10B. The pressure in the furnace shall be maintained as nearly equal to the atmospheric pressure as possible. Once established, the pressure shall be maintained during the entire test period.

**715.4.3 Door assemblies in corridors and smoke barriers.** Fire door assemblies required to have a minimum fire protection rating of 20 minutes where located in corridor walls or smoke-barrier walls having a fire-resistance rating in accordance with Table 715.4 shall be tested in accordance with NFPA 252 or UL 10C without the hose stream test.

Exceptions:

1. Viewports that require a hole not larger than 1 inch (25 mm) in diameter through the door, have at least a 0.25-inch-thick (6.4 mm) glass disc and the holder is of metal that will not melt out where subject to temperatures of 1,700°F (927°C).

2. Corridor door assemblies in occupancies of Group I-2 shall be in accordance with Section 407.3.1.

3. Unprotected openings shall be permitted for corridors in multitheater complexes where each motion picture auditorium has at least one-half of its required exit or exit access doorways opening directly to the exterior or into an exit passageway.

**715.4.3.1 Smoke and draft control.** Fire door assemblies shall also meet the requirements for a smoke and draft control door assembly tested in accordance with UL 1784. Louvers shall be prohibited. Installation of smoke doors shall be in accordance with NFPA 105.

**715.4.3.2 Glazing in door assemblies.** In a 20-minute fire door assembly, the glazing material in the door itself shall have a minimum fire-protection rating of 20 minutes and shall be exempt from the hose stream test. Glazing material in any other part of the door assembly, including transom lites and sidelites, shall be tested in accordance with NFPA 257, including the hose stream test, in accordance with Section 715.5.

**715.4.4 Doors in exit enclosures and exit passageways.** Fire door assemblies in exit enclosures and exit passageways shall have a maximum transmitted temperature end point of not more than 450°F (250° C) above ambient at the end of 30 minutes of standard fire test exposure.

Exception: The maximum transmitted temperature rise is not limited in buildings equipped throughout with an automatic sprinkler system installed in accordance with Section 903.3.1.1 or 903.3.1.2.

**715.4.4.1 Glazing in doors.** Fire-protection-rated glazing in excess of 100 square inches (0.065 m²) shall be permitted in fire door assemblies when tested in accordance with NFPA 252 as components of the door assemblies and not as glass lights, and shall have a maximum transmitted temperature rise of 450°F (250°C) in accordance with Section 715.4.4.

Exception: The maximum transmitted temperature end point is not required in buildings equipped throughout with an automatic sprinkler system installed in accordance with Section 903.3.1.1 or 903.3.1.2.

**715.4.5 Labeled protective assemblies.** Fire door assemblies shall be labeled by an approved agency. The labels shall comply with NFPA 80, and shall be permanently affixed to the door or frame.

**TABLE 715.4**
**FIRE DOOR AND FIRE SHUTTER FIRE PROTECTION RATINGS**

| TYPE OF ASSEMBLY | REQUIRED ASSEMBLY RATING (hours) | MINIMUM FIRE DOOR AND FIRE SHUTTER ASSEMBLY RATING (hours) |
|---|---|---|
| Fire walls and fire barriers having a required fire-resistance rating greater than 1 hour | 4 | 3 |
| | 3 | 3ᵃ |
| | 2 | 1¹/₂ |
| | 1¹/₂ | 1¹/₂ |
| Fire barriers having a required fire-resistance rating of 1 hour:<br>    Shaft, exit enclosure and exit passageway walls | 1 | 1 |
|    Other fire barriers | 1 | ³/₄ |
| Fire partitions:<br>    Corridor walls | 1 | ¹/₃ ᵇ |
| | 0.5 | ¹/₃ ᵇ |
|    Other fire partitions | 1 | ³/₄ |
| | 0.5 | ¹/₃ |
| Exterior walls | 3 | 1¹/₂ |
| | 2 | 1¹/₂ |
| | 1 | ³/₄ |
| Smoke barriers | 1 | ¹/₃ ᵇ |

a. Two doors, each with a fire protection rating of 1¹/₂ hours, installed on opposite sides of the same opening in a fire wall, shall be deemed equivalent in fire protection rating to one 3-hour fire door.

b. For testing requirements, see Section 715.3.3.

FIRE-RESISTANCE-RATED CONSTRUCTION

**715.4.5.1 Fire door labeling requirements.** Fire doors shall be labeled showing the name of the manufacturer, the name of the third-party inspection agency, the fire protection rating and, where required for fire doors in exit enclosures and exit passageways by Section 715.4.4, the maximum transmitted temperature end point. Smoke and draft control doors complying with UL 1784 shall be labeled as such. Labels shall be approved and permanently affixed. The label shall be applied at the factory or location where fabrication and assembly are performed.

**715.4.5.2 Oversized doors.** Oversized fire doors shall bear an oversized fire door label by an approved agency or shall be provided with a certificate of inspection furnished by an approved testing agency. When a certificate of inspection is furnished by an approved testing agency, the certificate shall state that the door conforms to the requirements of design, materials and construction, but has not been subjected to the fire test.

**715.4.5.3 Smoke and draft control door labeling requirements.** Smoke and draft control doors complying with UL 1784 shall be labeled in accordance with Section 715.4.5.1 and shall show the letter "S" on the fire rating label of the door. This marking shall indicate that the door and frame assembly are in compliance when listed or labeled gasketing is also installed.

**715.4.5.4 Fire door frame labeling requirements.** Fire door frames shall be labeled showing the names of the manufacturer and the third-party inspection agency.

**715.4.6 Glazing material.** Fire-protection-rated glazing conforming to the opening protection requirements in Section 715.4 shall be permitted in fire door assemblies.

**715.4.6.1 Size limitations.** Wired glass used in fire doors shall comply with Table 715.5.3. Other fire-protection-rated glazing shall comply with the size limitations of NFPA 80.

Exceptions:

1. Fire-protection-rated glazing in fire doors located in fire walls shall be prohibited except that where serving as a horizontal exit, a self-closing swinging door shall be permitted to have a vision panel of not more than 100 square inches (0.065 m²) without a dimension exceeding 10 inches (254 mm).

2. Fire-protection-rated glazing shall not be installed in fire doors having a 1¹/₂-hour fire protection rating intended for installation in fire barriers, unless the glazing is not more than 100 square inches (0.065 m²) in area.

**715.4.6.2 Exit and elevator protectives.** Approved fire-protection-rated glazing used in fire door assemblies in elevator and exit enclosures shall be so located as to furnish clear vision of the passageway or approach to the elevator, ramp or stairway.

**715.4.6.3 Labeling.** Fire-protection-rated glazing shall bear a label or other identification showing the name of the manufacturer, the test standard and information

required in Section 715.5.8.1 that shall be issued by an approved agency and shall be permanently affixed to the glazing.

**715.4.6.3.1 Identification.** For fire-protection-rated glazing, the label shall bear the following four-part identification: "D – H or NH – T or NT – XXX." "D" indicates that the glazing shall be used in fire door assemblies and that the glazing meets the fire resistance requirements of the test standard. "H" shall indicate that the glazing meets the hose stream requirements of the test standard. "NH" shall indicate that the glazing does not meet the hose stream requirements of the test. "T" shall indicate that the glazing meets the temperature requirements of Section 715.4.4.1. "NT" shall indicate that the glazing does not meet the temperature requirements of Section 715.4.4.1. The placeholder "XXX" shall specify the fire-protection-rating period, in minutes.

**715.4.6.4 Safety glazing.** Fire-protection-rated glazing installed in fire doors or fire window assemblies in areas subject to human impact in hazardous locations shall comply with Chapter 24.

**715.4.7 Door closing.** Fire doors shall be self- or automatic closing in accordance with this section.

Exceptions:

1. Fire doors located in common walls separating sleeping units in Group R-1 shall be permitted without automatic- or self-closing devices.

2. The elevator car doors and the associated hoistway enclosure doors at the floor level designated for recall in accordance with Section 3003.2 shall be permitted to remain open during Phase I emergency recall operation.

**715.4.7.1 Latch required.** Unless otherwise specifically permitted, single fire doors and both leaves of pairs of side-hinged swinging fire doors shall be provided with an active latch bolt that will secure the door when it is closed.

**715.4.7.2 Automatic-closing fire door assemblies.** Automatic-closing fire door assemblies shall be self-closing in accordance with NFPA 80.

**715.4.7.3 Smoke-activated doors.** Automatic-closing doors installed in the following locations shall be automatic closing by the actuation of smoke detectors installed in accordance with Section 907.10 or by loss of power to the smoke detector or hold-open device. Doors that are automatic closing by smoke detection shall not have more than a 10-second delay before the door starts to close after the smoke detector is actuated:

1. Doors installed across a corridor.

2. Doors that protect openings in exits or corridors required to be of fire-resistance-rated construction.

FIRE-RESISTANCE-RATED CONSTRUCTION

3. Doors that protect openings in walls that are capable of resisting the passage of smoke in accordance with Section 508.2.2.1.

4. Doors installed in smoke barriers in accordance with Section 709.5.

5. Doors installed in fire partitions in accordance with Section 708.6.

6. Doors installed in a fire wall in accordance with Section 705.8.

7. Doors installed in shaft enclosures in accordance with Section 707.7.

8. Doors installed in refuse and laundry chutes and access and termination rooms in accordance with Section 707.13.

9. Doors installed in the walls for compartmentation of underground buildings in accordance with Section 405.4.2.

10. Doors installed in the elevator lobby walls of underground buildings in accordance with Section 405.4.3.

11. Doors installed in smoke partitions in accordance with Section 710.5.3.

**715.4.7.4 Doors in pedestrian ways.** Vertical sliding or vertical rolling steel fire doors in openings through which pedestrians travel shall be heat activated or activated by smoke detectors with alarm verification.

**715.4.8 Swinging fire shutters.** Where fire shutters of the swinging type are installed in exterior openings, not less than one row in every three vertical rows shall be arranged to be readily opened from the outside, and shall be identified by distinguishing marks or letters not less than 6 inches (152 mm) high.

**715.4.9 Rolling fire shutters.** Where fire shutters of the rolling type are installed, such shutters shall include approved automatic-closing devices.

**715.5 Fire-protection-rated glazing.** Glazing in fire window assemblies shall be fire-protection rated in accordance with this section and Table 715.5. Glazing in fire door assemblies shall comply with Section 715.4.6. Fire-protection-rated glazing shall be tested in accordance with and shall meet the acceptance criteria of NFPA 257. Fire-protection-rated glazing shall also comply with NFPA 80. Openings in nonfire-resistance-rated exterior wall assemblies that require protection in accordance with Section 704.3, 704.8, 704.9 or 704.10 shall have a fire-protection rating of not less than $^3/_4$ hour.

Exceptions:

1. Wired glass in accordance with Section 715.5.3.

2. Fire-protection-rated glazing in 0.5-hour fire-resistance-rated partitions is permitted to have a 0.33-hour fire-protection rating.

**715.5.1 Testing under positive pressure.** NFPA 257 shall evaluate fire-protection-rated glazing under positive pressure. Within the first 10 minutes of a test, the pressure in the furnace shall be adjusted so at least two-thirds of the test

specimen is above the neutral pressure plane, and the neutral pressure plane shall be maintained at that height for the balance of the test.

TABLE 715.5
FIRE WINDOW ASSEMBLY FIRE PROTECTION RATINGS

| TYPE OF ASSEMBLY | REQUIRED ASSEMBLY RATING (hours) | MINIMUM FIRE WINDOW ASSEMBLY RATINg (hours) |
|---|---|---|
| Interior walls: | | |
| Fire walls | All | NP[a] |
| Fire barriers | >1 | NP[a] |
| Smoke barriers and fire partitions | 1 | $^3/_4$ |
| | 1 | $^3/_4$ |
| Exterior walls | >1 | $1^1/_2$ |
| | 1 | $^3/_4$ |
| Party wall | All | NP |

NP = Not Permitted.
a. Not permitted except as specified in Section 715.2.

**715.5.2 Nonsymmetrical glazing systems.** Nonsymmetrical fire-protection-rated glazing systems in fire partitions, fire barriers or in exterior walls with a fire separation distance of 5 feet (1524 mm) or less pursuant to Section 704 shall be tested with both faces exposed to the furnace, and the assigned fire protection rating shall be the shortest duration obtained from the two tests conducted in compliance with NFPA 257.

**715.5.3 Wired glass.** Steel window frame assemblies of 0.125-inch (3.2 mm) minimum solid section or of not less than nominal 0.048-inch-thick (1.2 mm) formed sheet steel members fabricated by pressing, mitering, riveting, interlocking or welding and having provision for glazing with $^1/_4$-inch (6.4 mm) wired glass where securely installed in the building construction and glazed with $^1/_4$-inch (6.4 mm) labeled wired glass shall be deemed to meet the requirements for a $^3/_4$-hour fire window assembly. Wired glass panels shall conform to the size limitations set forth in Table 715.5.3.

TABLE 715.5.3
LIMITING SIZES OF WIRED GLASS PANELS

| OPENING FIRE PROTECTION RATING | MAXIMUM AREA (square inches) | MAXIMUM HEIGHT (inches) | MAXIMUM WIDTH (inches) |
|---|---|---|---|
| 3 hours | 0 | 0 | 0 |
| $1^1/_2$-hour doors in exterior walls | 0 | 0 | 0 |
| 1 and $1^1/_2$ hours | 100 | 33 | 10 |
| $^3/_4$ hour | 1,296 | 54 | 54 |
| 20 minutes | Not Limited | Not Limited | Not Limited |
| Fire window assemblies | 1,296 | 54 | 54 |

For SI:   1 inch = 25.4 mm, 1 square inch = 645.2 mm[2].

**715.5.4 Nonwired glass.** Glazing other than wired glass in fire window assemblies shall be fire-protection-rated glaz-

ing installed in accordance with and complying with the size limitations set forth in NFPA 80.

**715.5.5 Installation.** Fire-protection-rated glazing shall be in the fixed position or be automatic-closing and shall be installed in approved frames.

**715.5.6 Window mullions.** Metal mullions that exceed a nominal height of 12 feet (3658 mm) shall be protected with materials to afford the same fire-resistance rating as required for the wall construction in which the protective is located.

**715.5.7 Interior fire window assemblies.** Fire-protection-rated glazing used in fire window assemblies located in fire partitions and fire barriers shall be limited to use in assemblies with a maximum fire-resistance rating of 1 hour in accordance with this section.

**715.5.7.1 Where permitted.** Fire-protection-rated glazing shall be limited to fire partitions designed in accordance with Section 708 and fire barriers utilized in the applications set forth in Sections 706.3.6 and 706.3.8 where the fire-resistance rating does not exceed 1 hour.

**715.5.7.2 Size limitations.** The total area of windows shall not exceed 25 percent of the area of a common wall with any room.

**715.5.8 Labeling requirements.** Fire-protection-rated glazing shall bear a label or other identification showing the name of the manufacturer, the test standard and information required in Section 715.5.8.1 that shall be issued by an approved agency and shall be permanently affixed to the glazing.

**715.5.8.1 Identification.** For fire-protection-rated glazing, the label shall bear the following two-part identification: "OH – XXX." "OH" indicates that the glazing meets both the fire-resistance and the hose-stream requirements of NFPA 257 and is permitted to be used in openings. "XXX" represents the fire-protection rating period, in minutes, that was tested.

## SECTION 716
## DUCTS AND AIR TRANSFER OPENINGS

**716.1 General.** The provisions of this section shall govern the protection of duct penetrations and air transfer openings in assemblies required to be protected.

**716.1.1 Ducts without dampers.** Ducts that penetrate fire-resistance-rated assemblies and are not required by this section to have dampers shall comply with the requirements of Section 712.

**716.2 Installation.** Fire dampers, smoke dampers, combination fire/smoke dampers and ceiling radiation dampers located within air distribution and smoke control systems shall be installed in accordance with the requirements of this section, the manufacturer's installation instructions and the dampers' listing.

**716.2.1 Smoke control system.** Where the installation of a fire damper will interfere with the operation of a required

smoke control system in accordance with Section 909, approved alternative protection shall be utilized.

**716.2.2 Hazardous exhaust ducts.** Fire dampers for hazardous exhaust duct systems shall comply with the *International Mechanical Code*.

**716.3 Damper testing and ratings.** Dampers shall be listed and bear the label of an approved testing agency indicating compliance with the standards in this section. Fire dampers shall comply with the requirements of UL 555. Only fire dampers labeled for use in dynamic systems shall be installed in heating, ventilation and air-conditioning systems designed to operate with fans on during a fire. Smoke dampers shall comply with the requirements of UL 555S. Combination fire/smoke dampers shall comply with the requirements of both UL 555 and UL 555S. Ceiling radiation dampers shall comply with the requirements of UL 555C.

**716.3.1 Fire protection rating.** Fire dampers shall have the minimum fire protection rating specified in Table 716.3.1 for the type of penetration.

TABLE 716.3.1
FIRE DAMPER RATING

| TYPE OF PENETRATION | MINIMUM DAMPER RATING (hours) |
|---|---|
| Less than 3-hour fire-resistance-rated assemblies | 1.5 |
| 3-hour or greater fire-resistance-rated assemblies | 3 |

**716.3.1.1 Fire damper actuating device.** The fire damper actuating device shall meet one of the following requirements:

1. The operating temperature shall be approximately 50°F (10°C) above the normal temperature within the duct system, but not less than 160°F (71°C).

2. The operating temperature shall be not more than 286°F (141°C) where located in a smoke control system complying with Section 909.

3. Where a combination fire/smoke damper is located in a smoke control system complying with Section 909, the operating temperature rating shall be approximately 50°F (10°C) above the maximum smoke control system designed operating temperature, or a maximum temperature of 350°F (177°C). The temperature shall not exceed the UL 555S degradation test temperature rating for a combination fire/smoke damper.

**716.3.2 Smoke damper ratings.** Smoke damper leakage ratings shall not be less than Class II. Elevated temperature ratings shall not be less than 250°F (121°C).

**716.3.2.1 Smoke damper actuation methods.** The smoke damper shall close upon actuation of a listed smoke detector or detectors installed in accordance with Section 907.10 and one of the following methods, as applicable:

1. Where a damper is installed within a duct, a smoke detector shall be installed in the duct within 5 feet (1524 mm) of the damper with no air outlets or

GLASS AND GLAZING

2405.5 Unit skylights. Unit skylights shall be tested and labeled as complying with AAMA/WDMA/CSA 101/I.S.2/A440. The label shall state the name of the manufacturer, the approved labeling agency, the product designation and the performance grade rating as specified in AAMA/WDMA/CSA 101/I.S.2/A440. If the product manufacturer has chosen to have the performance grade of the skylight rated separately for positive and negative design pressure, then the label shall state both performance grade ratings as specified in AAMA/WDMA/CSA 101/I.S.2/A440 and the skylight shall comply with Section 2405.5.2. If the skylight is not rated separately for positive and negative pressure, then the performance grade rating shown on the label shall be the performance grade rating determined in accordance with AAMA/WDMA/CSA 101/I.S.2/A440 for both positive and negative design pressure and the skylight shall conform to Section 2405.5.1.

2405.5.1 Unit skylights rated for the same performance grade for both positive and negative design pressure. The design of unit skylights shall be based on the following equation:

$$F_g \leq PG \qquad \text{(Equation 24-13)}$$

where:

$F_g$ = Maximum load on the skylight determined from Equations 24-2 through 24-4 in Section 2404.2.

$PG$ = Performance grade rating of the skylight.

2405.5.2 Unit skylights rated for separate performance grades for positive and negative design pressure. The design of unit skylights rated for performance grade for both positive and negative design pressures shall be based on the following equations:

$$F_{gi} \leq PG_{Pos} \qquad \text{(Equation 24-14)}$$

$$F_{go} \leq PG_{Neg} \qquad \text{(Equation 24-15)}$$

where:

$PG_{Pos}$ = Performance grade rating of the skylight under positive design pressure;

$PG_{Neg}$ = Performance grade rating of the skylight under negative design pressure; and

$F_{gi}$ and $F_{go}$ are determined in accordance with the following:

For $W_o \geq D$,

where:

$W_o$ = Outward wind force, psf (kN/m²) as calculated in Section 1609.

$D$ = The dead weight of the glazing, psf (kN/m²) as determined in Section 2404.2 for glass, or by the weight of the plastic, psf (kN/m²) for plastic glazing.

$F_{gi}$ = Maximum load on the skylight determined from Equations 24-3 and 24-4 in Section 2404.2.

$F_{go}$ = Maximum load on the skylight determined from Equation 24-2.

For $W_o < D$,

where:

$W_o$ = Is the outward wind force, psf (kN/m²) as calculated in Section 1609.

$D$ = The dead weight of the glazing, psf (kN/m²) as determined in Section 2404.2 for glass, or by the weight of the plastic for plastic glazing.

$F_{gi}$ = Maximum load on the skylight determined from Equations 24-2 through 24-4 in Section 2404.2.

$F_{go}$ = 0.

## SECTION 2406
## SAFETY GLAZING

2406.1 Human impact loads. Individual glazed areas, including glass mirrors, in hazardous locations as defined in Section 2406.3 shall comply with Sections 2406.1.1 through 2406.1.4.

2406.1.1 CPSC 16 CFR 1201. Except as provided in Sections 2406.1.2 through 2406.1.4, all glazing shall pass the test requirements of CPSC 16 CFR 1201, listed in Chapter 35. Glazing shall comply with the CPSC 16 CFR, Part 1201 criteria, for Category I or II as indicated in Table 2406.1.

2406.1.2 Plastic glazing. Plastic glazing shall meet the weathering requirements of ANSI Z97.1.

2406.1.3 Glass block. Glass-block walls shall comply with Section 2101.2.5.

2406.1.4 Louvered windows and jalousies. Louvered windows and jalousies shall comply with Section 2403.5.

2406.2 Identification of safety glazing. Except as indicated in Section 2406.2.1, each pane of safety glazing installed in haz-

**TABLE 2406.1**
**MINIMUM CATEGORY CLASSIFICATION OF GLAZING**

| EXPOSED SURFACE AREA OF ONE SIDE OF ONE LITE | GLAZING IN STORM OR COMBINATION DOORS (Category class) | GLAZING IN DOORS (Category class) | GLAZED PANELS REGULATED BY ITEM 7 OF SECTION 2406.3 (Category class) | GLAZED PANELS REGULATED BY ITEM 6 OF SECTION 2406.3 (Category class) | DOORS AND ENCLOSURES REGULATED BY ITEM 5 OF SECTION 2406.3 (Category class) | SLIDING GLASS DOORS PATIO TYPE (Category class) |
|---|---|---|---|---|---|---|
| 9 square feet or less | I | I | No requirement | I | II | II |
| More than 9 square feet | II | II | II | II | II | II |

For SI:   1 square foot = 0.0929m².

ardous locations shall be identified by a manufacturer's designation specifying who applied the designation, the manufacturer or installer and the safety glazing standard with which it complies, as well as the information specified in Section 2403.1. The designation shall be acid etched, sand blasted, ceramic fired, laser etched, embossed or of a type that once applied, cannot be removed without being destroyed. A label as defined in Section 1702.1 and meeting the requirements of this section shall be permitted in lieu of the manufacturer's designation.

Exceptions:

1. For other than tempered glass, manufacturer's designations are not required, provided the building official approves the use of a certificate, affidavit or other evidence confirming compliance with this code.

2. Tempered spandrel glass is permitted to be identified by the manufacturer with a removable paper designation

**2406.2.1 Multilight assemblies.** Multilight glazed assemblies having individual lights not exceeding 1 square foot (0.09 m²) in exposed areas shall have at least one light in the assembly marked as indicated in Section 2406.2. Other lights in the assembly shall be marked "CPSC 16 CFR 1201."

**2406.3 Hazardous locations.** The following shall be considered specific hazardous locations requiring safety glazing materials:

1. Glazing in swinging doors except jalousies (see Section 2406.3.1).

2. Glazing in fixed and sliding panels of sliding door assemblies and panels in sliding and bifold closet door assemblies.

3. Glazing in storm doors.

4. Glazing in unframed swinging doors.

5. Glazing in doors and enclosures for hot tubs, whirlpools, saunas, steam rooms, bathtubs and showers. Glazing in any portion of a building wall enclosing these compartments where the bottom exposed edge of the glazing is less than 60 inches (1524 mm) above a standing surface.

6. Glazing in an individual fixed or operable panel adjacent to a door where the nearest exposed edge of the glazing is within a 24-inch (610 mm) arc of either vertical edge of the door in a closed position and where the bottom exposed edge of the glazing is less than 60 inches (1524 mm) above the walking surface.

Exceptions:

1. Panels where there is an intervening wall or other permanent barrier between the door and glazing.

2. Where access through the door is to a closet or storage area 3 feet (914 mm) or less in depth. Glazing in this application shall comply with Section 2406.3, Item 7.

3. Glazing in walls perpendicular to the plane of the door in a closed position, other than the wall towards which the door swings when opened, in one- and two-family dwellings or within dwelling units in Group R-2.

7. Glazing in an individual fixed or operable panel, other than in those locations described in preceding Items 5 and 6, which meets all of the following conditions:

7.1. Exposed area of an individual pane greater than 9 square feet (0.84 m²);

7.2. Exposed bottom edge less than 18 inches (457 mm) above the floor;

7.3. Exposed top edge greater than 36 inches (914 mm) above the floor; and

7.4. One or more walking surface(s) within 36 inches (914 mm) horizontally of the plane of the glazing.

Exception: Safety glazing for Item 7 is not required for the following installations:

1. A protective bar 1¹/₂ inches (38 mm) or more in height, capable of withstanding a horizontal load of 50 pounds plf (730 N/m) without contacting the glass, is installed on the accessible sides of the glazing 34 inches to 38 inches (864 mm to 965 mm) above the floor.

2. The outboard pane in insulating glass units or multiple glazing where the bottom exposed edge of the glass is 25 feet (7620 mm) or more above any grade, roof, walking surface or other horizontal or sloped (within 45 degrees of horizontal) (0.78 rad) surface adjacent to the glass exterior.

8. Glazing in guards and railings, including structural baluster panels and nonstructural in-fill panels, regardless of area or height above a walking surface.

9. Glazing in walls and fences enclosing indoor and outdoor swimming pools, hot tubs and spas where all of the following conditions are present:

9.1. The bottom edge of the glazing on the pool or spa side is less than 60 inches (1524 mm) above a walking surface on the pool or spa side of the glazing; and

9.2. The glazing is within 60 inches (1524 mm) horizontally of the water's edge of a swimming pool or spa.

10. Glazing adjacent to stairways, landings and ramps within 36 inches (914 mm) horizontally of a walking surface; when the exposed surface of the glass is less than 60 inches (1524 mm) above the plane of the adjacent walking surface.

GLASS AND GLAZING

11. Glazing adjacent to stairways within 60 inches (1524 mm) horizontally of the bottom tread of a stairway in any direction when the exposed surface of the glass is less than 60 inches (1524 mm) above the nose of the tread.

Exception: Safety glazing for Item 10 or 11 is not required for the following installations where:

1. The side of a stairway, landing or ramp which has a guardrail or handrail, including balusters or in-fill panels, complying with the provisions of Sections 1013 and 1607.7; and

2. The plane of the glass is greater than 18 inches (457 mm) from the railing.

2406.3.1 Exceptions. The following products, materials and uses shall not be considered specific hazardous locations:

1. Openings in doors through which a 3-inch (76 mm) sphere is unable to pass.

2. Decorative glass in Section 2406.3, Item 1, 6 or 7.

3. Glazing materials used as curved glazed panels in revolving doors.

4. Commercial refrigerated cabinet glazed doors.

5. Glass-block panels complying with Section 2101.2.5.

6. Louvered windows and jalousies complying with the requirements of Section 2403.5.

7. Mirrors and other glass panels mounted or hung on a surface that provides a continuous backing support.

2406.4 Fire department access panels. Fire department glass access panels shall be of tempered glass. For insulating glass units, all panes shall be tempered glass.

## SECTION 2407
## GLASS IN HANDRAILS AND GUARDS

2407.1 Materials. Glass used as a handrail assembly or a guard section shall be constructed of either single fully tempered glass, laminated fully tempered glass or laminated heat-strengthened glass. In-fill panels shall be of an approved safety glazing material that conforms to the provisions of Section 2406.1.1. For all glazing types, the minimum nominal thickness shall be $^1/_4$ inch (6.4 mm). Fully tempered glass and laminated glass shall comply with Category II of CPSC 16 CFR 1201, listed in Chapter 35.

2407.1.1 Loads. The panels and their support system shall be designed to withstand the loads specified in Section 1607.7. A safety factor of four shall be used.

2407.1.2 Support. Each handrail or guard section shall be supported by a minimum of three glass balusters or shall be otherwise supported to remain in place should one baluster panel fail. Glass balusters shall not be installed without an attached handrail or guard.

2407.1.3 Parking garages. Glazing materials shall not be installed in handrails or guards in parking garages except for pedestrian areas not exposed to impact from vehicles.

## SECTION 2408
## GLAZING IN ATHLETIC FACILITIES

2408.1 General. Glazing in athletic facilities and similar uses subject to impact loads, which forms whole or partial wall sections or which is used as a door or part of a door, shall comply with this section.

2408.2 Racquetball and squash courts.

2408.2.1 Testing. Test methods and loads for individual glazed areas in racquetball and squash courts subject to impact loads shall conform to those of CPSC 16 CFR, Part 1201, listed in Chapter 35, with impacts being applied at a height of 59 inches (1499 mm) above the playing surface to an actual or simulated glass wall installation with fixtures, fittings and methods of assembly identical to those used in practice.

Glass walls shall comply with the following conditions:

1. A glass wall in a racquetball or squash court, or similar use subject to impact loads, shall remain intact following a test impact.

2. The deflection of such walls shall not be greater than $1^1/_2$ inches (38 mm) at the point of impact for a drop height of 48 inches (1219 mm).

Glass doors shall comply with the following conditions:

1. Glass doors shall remain intact following a test impact at the prescribed height in the center of the door.

2. The relative deflection between the edge of a glass door and the adjacent wall shall not exceed the thickness of the wall plus $^1/_2$ inch (12.7 mm) for a drop height of 48 inches (1219 mm).

2408.3 Gymnasiums and basketball courts. Glazing in multipurpose gymnasiums, basketball courts and similar athletic facilities subject to human impact loads shall comply with Category II of CPSC 16 CFR 1201, listed in Chapter 35.

## SECTION 2409
## GLASS IN ELEVATOR HOISTWAY

2409.1 Glass in elevator enclosures. Glass in elevator enclosures shall be laminated glass conforming to ANSI Z97.1 or 16 CFR Part 1201. Markings as specified in the applicable standard shall be on each separate piece of glass and shall remain visible after installation.

**EXHIBIT B**

# EXHIBIT B

Copyright 2006 by National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on November 30, 2006 to Scott Shanks of O'Keeffes Inc. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.

# NFPA 80

# Standard for
# Fire Doors and
# Other Opening Protectives

# 2007 Edition



NFPA, 1 Battenmarch Park, Quincy, MA 02169-7471

Copyright 2006 by National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on November 30, 2006 to Scott Shanks of O'Keeffes Inc. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.

## IMPORTANT NOTICES AND DISCLAIMERS CONCERNING NFPA DOCUMENTS

### NOTICE AND DISCLAIMER OF LIABILITY CONCERNING THE USE OF NFPA DOCUMENTS

NFPA codes, standards, recommended practices, and guides, of which the document contained herein is one, are developed through a consensus standards development process approved by the American National Standards Institute. This process brings together volunteers representing varied viewpoints and interests to achieve consensus on fire and other safety issues. While the NFPA administers the process and establishes rules to promote fairness in the development of consensus, it does not independently test, evaluate, or verify the accuracy of any information or the soundness of any judgments contained in its codes and standards.

The NFPA disclaims liability for any personal injury, property or other damages of any nature whatsoever, whether special, indirect, consequential or compensatory, directly or indirectly resulting from the publication, use of, or reliance on this document. The NFPA also makes no guaranty or warranty as to the accuracy or completeness of any information published herein.

In issuing and making this document available, the NFPA is not undertaking to render professional or other services for or on behalf of any person or entity. Nor is the NFPA undertaking to perform any duty owed by any person or entity to someone else. Anyone using this document should rely on his or her own independent judgment or, as appropriate, seek the advice of a competent professional in determining the exercise of reasonable care in any given circumstances.

The NFPA has no power, nor does it undertake, to police or enforce compliance with the contents of this document. Nor does the NFPA list, certify, test or inspect products, designs, or installations for compliance with this document. Any certification or other statement of compliance with the requirements of this document shall not be attributable to the NFPA and is solely the responsibility of the certifier or maker of the statement.

Copyright 2006 by National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on November 30, 2006 to Scott Shanks of O'Keeffes Inc. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.

## ADDITIONAL NOTICES AND DISCLAIMERS

### Updating of NFPA Documents

Users of NFPA codes, standards, recommended practices, and guides should be aware that these documents may be superseded at any time by the issuance of new editions or may be amended from time to time through the issuance of Tentative Interim Amendments. An official NFPA document at any point in time consists of the current edition of the document together with any Tentative Interim Amendments and any Errata then in effect. In order to determine whether a given document is the current edition and whether it has been amended through the issuance of Tentative Interim Amendments or corrected through the issuance of Errata, consult appropriate NFPA publications such as the National Fire Codes® Subscription Service, visit the NFPA website at www.nfpa.org, or contact the NFPA at the address listed below.

### Interpretations of NFPA Documents

A statement, written or oral, that is not processed in accordance with Section 6 of the Regulations Governing Committee Projects shall not be considered the official position of NFPA or any of its Committees and shall not be considered to be, nor be relied upon as, a Formal Interpretation.

### Patents

The NFPA does not take any position with respect to the validity of any patent rights asserted in connection with any items which are mentioned in or are the subject of NFPA codes, standards, recommended practices, and guides, and the NFPA disclaims liability for the infringement of any patent resulting from the use of or reliance on these documents. Users of these documents are expressly advised that determination of the validity of any such patent rights, and the risk of infringement of such rights, is entirely their own responsibility.

NFPA adheres to applicable policies of the American National Standards Institute with respect to patents. For further information contact the NFPA at the address listed below.

### Law and Regulations

Users of these documents should consult applicable federal, state, and local laws and regulations. NFPA does not, by the publication of its codes, standards, recommended practices, and guides, intend to urge action that is not in compliance with applicable laws, and these documents may not be construed as doing so.

### Copyrights

This document is copyrighted by the NFPA. It is made available for a wide variety of both public and private uses. These include both use, by reference, in laws and regulations, and use in private self-regulation, standardization, and the promotion of safe practices and methods. By making this document available for use and adoption by public authorities and private users, the NFPA does not waive any rights in copyright to this document.

Use of NFPA documents for regulatory purposes should be accomplished through adoption by reference. The term "adoption by reference" means the citing of title, edition, and publishing information only. Any deletions, additions, and changes desired by the adopting authority should be noted separately in the adopting instrument. In order to assist NFPA in following the uses made of its documents, adopting authorities are requested to notify the NFPA (Attention: Secretary, Standards Council) in writing of such use. For technical assistance and questions concerning adoption of NFPA documents, contact NFPA at the address below.

### For Further Information

All questions or other communications relating to NFPA codes, standards, recommended practices, and guides and all requests for information on NFPA procedures governing its codes and standards development process, including information on the procedures for requesting Formal Interpretations, for proposing Tentative Interim Amendments, and for proposing revisions to NFPA documents during regular revision cycles, should be sent to NFPA headquarters, addressed to the attention of the Secretary, Standards Council, NFPA, 1 Batterymarch Park, P.O. Box 9101, Quincy, MA 02269-9101.

For more information about NFPA, visit the NFPA website at www.nfpa.org.

Copyright 2006 by National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on November 30, 2006 to Scott Shanks of O'Keeffes Inc. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.

80–1

Copyright © 2006 National Fire Protection Association. All Rights Reserved.

# NFPA 80

## Standard for

## Fire Doors and Other Opening Protectives

### 2007 Edition

This edition of NFPA 80, *Standard for Fire Doors and Other Opening Protectives*, was prepared by the Technical Committee on Fire Doors and Windows. It was issued by the Standards Council on July 28, 2006, with an effective date of August 17, 2006, and supersedes all previous editions.

This edition of NFPA 80 was approved as an American National Standard on August 17, 2006.

### Origin and Development of NFPA 80

The *Standard for Fire Doors and Other Opening Protectives* can be traced to the early days of the NFPA. Reports covering various phases of the problems of protectives for openings were submitted to the Association by several of the committees concerned and were adopted in 1897, 1898, 1899, 1900, 1901, 1902, and 1908. In 1911, a standard on door openings was presented and adopted, and *Rules for Fire Protection Coverings for Openings in Walls and Partitions on the Interior of Buildings* was adopted in 1912. In 1915, the existing rules were recodified and reorganized. In 1916, the committee in charge of this document was renamed the Committee on Protection of Openings in Walls and Partitions. Revisions recommended by the committee were adopted by the NFPA in 1916, 1917, 1918, 1926, 1927, 1928, 1931, 1937, and 1941.

In 1955, the committee was renamed the Committee on Fire Doors and Windows. In 1959, a complete revision of the 1941 edition, including changing the title to correspond with the name of the committee, was adopted. The 1959 edition was revised in 1961, 1962, 1965, 1966, 1967, 1968, 1970, 1973, 1974, 1975, 1977, 1979, 1981, 1983, 1986, and 1990.

In 1992, the committee changed the title of the document to *Standard for Fire Doors and Fire Windows*. Major changes in the 1992 edition included additions to the standard that recognized the technological changes in glazing materials for fire barrier openings and appendix material on radiant heat transfer. Radiant heat transfer, while not included in the performance requirements for fire doors and fire windows, is a consideration in the design of fire barriers.

The 1995 edition reorganized Chapter 2 for better usability, with many changes to improve consistency. Appendix J was updated to provide more current information on radiant heat transfer.

The chapters were reorganized in the 1999 edition to correlate the section numbers and their requirements. Requirements that are common to all doors such as clearances and detection were moved to Chapter 1.

The 2007 edition includes a major reorganization in accordance with the *Manual of Style for NFPA Technical Committee Documents* and a title change to accommodate the broader scope of the document. New chapters on fabric fire safety curtains and the installation, testing, and maintenance of fire dampers have been added. Major technical changes pertain to the maximum clearance permitted under the bottom of doors, new provisions regarding the care and maintenance of fire doors and fire windows, the option for developing performance-based maintenance activities provisions, and provisions regarding chute doors, fire shutters, rolling steel doors, and service counter doors. New information concerning floor fire door assemblies and ratings associated with glazing materials also has been added. It is noted that the 8-year gap between the 1999 and 2007 editions was due to NFPA 80 being returned to committee during the Fall 2002 revision cycle.

Copyright 2006 by National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on November 30, 2006 to Scott Shanks of O'Keeffes Inc. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.

80–2    FIRE DOORS AND OTHER OPENING PROTECTIVES

## Technical Committee on Fire Doors and Windows

Harold D. Hicks, Jr., *Chair*
Atlantic Code Consultants, PA [SE]

Calvin A. Banning,  Framatome ANP, TX [SE]
Robert M. Berhinig,  Underwriters Laboratories Incorporated, IL [RT]
Daniel R. Bernacki,  International Door Association, OH [IM]
Bruce G. Campbell,  Hughes Associates, Incorporated, CO [SE]
David S. Cha,  Northwestern Memorial Hospital, IL [U]
Paul R. Coleman,  Sisters of Providence Health Care System, OR [U]
   Rep. NFPA Health Care Section
William Conner,  Bill Conner Associates LLC, IL [SE]
   Rep. American Society of Theater Consultants
Edward A. Donoghue,  Edward A. Donoghue Associates, Incorporated, NY [M]
   Rep. National Elevator Industry Incorporated (Vote Limited to Elevators)
Philip C. Favro,  Philip C. Favro & Associates, CA [SE]
Jerrold S. Gorrell,  City of Phoenix, AZ [IM]
   Rep. United States Institute for Theatre Technology
Jeffrey E. Gould,  FM Approvals/FM Global, MA [I]
Steven C. Hahn,  Lawrence Roll-Up Doors, Incorporated, CA [M]
   Rep. American Rolling Door Institute

Wayne D. Holmes,  HSB Professional Loss Control, CT [I]
Thomas R. Janicak,  Ceco Door Products, TN [M]
   Rep. Steel Door Institute
William E. Koffel,  Koffel Associates, Incorporated, MD [M]
   Rep. Glazing Industry Code Committee
Nancy L. Kokesh,  Intertek Testing Services, NA Incorporated, WI [RT]
Curtis Maffett,  City of Columbia, SC [E]
Richard N. McDaniel,  Virginia Department of Housing and Community Development, VA [E]
Keith E. Pardoe,  Door and Hardware Institute, VA [M]
Vernon J. Patton,  First Energy Corporation, OH [U]
Ronald Rispoli,  Entergy Corporation, AR [U]
Joseph N. Saino,  Chase Durus Industries, TN [M]
   Rep. National Association of Architectural Metal Manufacturers
David A. San Paolo,  The Maiman Company, MO [M]
   Rep. Window & Door Manufacturers Association
Michael L. Savage, Sr.,  Middle Department Inspection Agency, Incorporated, MD [E]
Michael Tierney,  Builders Hardware Manufacturers Association, CT [M]
Robert Van Becelaere,  Ruskin Manufacturing, MO [M]
Anthony W. Yuen,  University of California, CA [U]

### Alternates

Scott K. Anderson,  FM Global, MA [I]
   (Alt. to J. E. Gould)
Richard Cookson,  The Cookson Company, AZ [M]
   (Alt. to S. C. Hahn)
John G. Crowther,  Framatome ANP, TX [SE]
   (Alt. to C. A. Banning)
Michael D. Fischer,  Window & Door Manufacturers Association, IL [M]
   (Alt. to D. A. San Paolo)
James L. Giles,  International Door Association, MN [IM]
   (Alt. to D. R. Bernacki)
David F. Mauldin,  Schindler Elevator Corporation, PA [M]
   (Alt. to E. A. Donoghue)
Kurt A. Roeper,  Ingersoll-Rand Security & Safety, OH [M]
   Rep. Steel Door Institute
   (Alt. to T. R. Janicak)

Helen Rose,  Lorient North America, KY [M]
   Rep. Builders Hardware Manufacturers Association
   (Alt. to M. Tierney)
Thomas M. Rubright,  William S. Trimble Company, Incorporated, TN [M]
   Rep. Door and Hardware Institute
   (Alt. to K. E. Pardoe)
Emmanuel A. Sopeju,  Underwriters' Laboratories of Canada, Canada [RT]
   (Alt. to R. M. Berhinig)
James A. Stapleton, Jr.,  Habersham Metal Products Company, GA [M]
   (Alt. to J. N. Saino)

Milosh T. Puchovsky, NFPA Staff Liaison

*This list represents the membership at the time the Committee was balloted on the final text of this edition. Since that time, changes in the membership may have occurred. A key to classifications is found at the back of the document.*

NOTE: Membership on a committee shall not in and of itself constitute an endorsement of the Association or any document developed by the committee on which the member serves.

**Committee Scope:** This Committee shall have primary responsibility for documents on the installation and maintenance of fire doors, windows, shutters, and other equipment used to restrict the spread of fire, including arrangements for automatic operation in case of fire. This includes installation to protect buildings against external fire and to restrict the spread of fire within buildings. Vault and record room doors are covered by the Technical Committee on Record Protection.

Copyright 2006 by National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on November 30, 2006 to Scott Shanks of O'Keeffes Inc. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.

## 5.3 Retrofit Operators.

**5.3.1** The operator, governor, and automatic-closing device on rolling steel fire doors shall be permitted to be retrofitted with a labeled retrofit operator under the conditions specified in 5.3.2 through 5.3.5.

**5.3.2** The retrofit operator shall be labeled as such.

**5.3.3** The retrofit operator shall be installed in accordance with its installation instructions and listing.

**5.3.4** The installation shall be acceptable to the AHJ.

**5.3.5** The retrofit operator shall be permitted to be provided by a manufacturer other than the original manufacturer of the rolling steel fire door on which it is retrofitted, provided its listing allows it to be retrofitted on that manufacturer's doors.

## Chapter 6   Swinging Doors with Builders Hardware

### 6.1 Doors.

**6.1.1 General.** This chapter shall cover the installation of swinging doors with builders hardware.

**6.1.2\* Components.** A fire door assembly shall consist of components that are separate products incorporated into the assembly and allowed to have their own subcomponents.

**6.1.3 Mounting of Doors.** Swinging composite, hollow metal, flush sheet metal, metal-clad (kalamein), and wood core doors with builders hardware shall be flush mounted in labeled door frames.

**6.1.4 Operation of Doors.** All swinging doors shall be closed and latched at the time of fire.

**6.1.4.1** For the purposes of 6.1.4, the operation of doors shall be divided into the following categories:

(1) Self-closing doors
(2) Automatic-closing doors
(3) Power-operated fire doors

**6.1.4.2 Self-Closing Doors.**

**6.1.4.2.1** Self-closing doors shall swing easily and freely and shall be equipped with a closing device to cause the door to close and latch each time it is opened.

**6.1.4.2.2** The closing mechanism shall not have a hold-open feature.

**6.1.4.3 Automatic-Closing Doors.** Automatic-closing doors shall be permitted to close automatically by means of the installation of a closing device and one of the following:

(1) A separate, labeled, fail-safe door holder/release device or a hold-open mechanism that shall be permitted to be an integral part of the basic closing device
(2) An integral closing device that allows the door to swing freely and that automatically closes the door during an alarm condition, provided the hold-open mechanisms are released by one or a combination of automatic fire detectors acceptable to the AHJ

**6.1.4.4 Power-Operated Fire Doors.** Power-operated fire doors shall be equipped with a releasing device that shall automatically disconnect the power operator at the time of fire, allowing a self-closing or automatic device to close the door regardless of power failure or manual operation.

### 6.2 Supporting Construction.

**6.2.1 Walls.** Wall openings shall be constructed to readily accept the fire door frame.

**6.2.1.1** The frame shall be considered to be non-load-bearing except where specifically designed to carry loads.

**6.2.1.2** Frames shall be anchored securely to the wall construction.

**6.2.2 Sills.** Sills shall be installed in accordance with 4.8.2.

**6.2.3 Lintels.** Separate reinforcing units shall be provided for pressed steel door frames, where necessary, to support overhead wall loads over door openings.

### 6.3 Openings.

**6.3.1 Door Frames.**

**6.3.1.1\*** Only labeled door frames shall be used.

**6.3.1.2\*** Methods of anchoring shall be as shown in the listing.

**6.3.1.3\*** Door frames intended for drywall installation shall be of the flush butt mounted or wrap-around type, and anchors shall be secured in accordance with the manufacturer's instructions.

**6.3.1.4\*** Proprietary-type slip-on door frames shall be installed in accordance with the manufacturer's installation instructions.

**6.3.1.5** Door frames provided with expansion bolt-type anchors shall be installed in masonry walls only.

**6.3.1.6** Steel-faced composite, hollow metal, metal-clad (kalamein), and flush sheet metal doors shall be installed in pressed steel or steel channel frames.

**6.3.1.7\* Clearances.**

**6.3.1.7.1** The clearances between the top and vertical edges of the door and the frame, and the meeting edges of doors swinging in pairs, shall be ⅛ in. ± ¹⁄₁₆ in. (3.18 mm ± 1.59 mm) for steel doors and shall not exceed ⅛ in. (3.18 mm) for wood doors.

**6.3.1.7.2** Clearances shall be measured from the pull face of the door(s).

**6.3.2 Frames for Lights or Panels.** Where a frame assembly consists of both solid panels and glazed lights, the fire protection rating shall be based on the glazed area.

**6.3.3 Frames for Transom Lights, Side Lights, or Both.**

**6.3.3.1** Transom or side lights shall be fixed.

**6.3.3.2** Multiple section transom and side light frames (*see G.10.3*) shall be field assembled using the assembly methods that are in accordance with the manufacturer's label service procedures.

**6.3.3.3** Frames with transom lights, side lights, or both shall be permitted where a ¾-hour fire protection rating or less is required.

**6.3.3.4** Frames with transom lights, side lights, or both, installed with fire resistance–rated glazing tested as an assembly in accordance with NFPA 251, *Standard Methods of Tests of Fire Resistance of Building Construction and Materials,* shall be permitted where a fire protection rating exceeding ¾ hour is required.

**6.3.3.5** Only labeled glazing material shall be used to glaze the light openings.

Copyright 2006 by National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on November 30, 2006 to Scott Shanks of O'Keeffes Inc. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.

**H.5**  Pressure-resistant fire door and frame assemblies are available in single swing and pairs. These doors are tested in accordance with the standard fire test of door assemblies. These doors also are designed to resist blasts from explosions, wind forces, and pressure differences between spaces.

**H.6**  Stainless steel fire door and frame assemblies are available for applications that range from the high aesthetic and decorative to low aesthetics and high corrosion resistance. Typical applications for high aesthetics are interior designs in high-profile office buildings, art centers, hotels, and embassies, whereas examples of high-corrosion-resistance applications are interior or exterior openings in water treatment plants, food processing plants, and public swimming pools. (*See NAAMM/HMMA 866, Guide Specifications for Stainless Steel Hollow Metal Doors and Frames.*)

## Annex I   Radiant Heat Transfer

*This annex is not a part of the requirements of this NFPA document but is included for informational purposes only.*

**I.1**  Fire windows were originally designed for protecting openings in exterior walls. In such applications, radiant heat transfer was not a significant consideration, since the main function of fire windows was to contain the flames within the building. However, where fire windows are used in interior partitions as borrowed lights and side lights, users of this standard might need to consider radiant heat transfer during fire. Exiting through corridors and past fire windows could be compromised, and combustible materials on the unexposed side of fire windows could be ignited. The information that follows is a guide to the evaluation of radiant heat transfer through fire windows.

Recent revisions to this standard have permitted very large areas of fire protection–rated glazing materials to be used in interior partitions, limited only by the size of the test furnace. Also, recent technological advances in the glazing industry have compounded the problem of radiant heat transfer by making it possible to provide glazing materials with fire protection ratings of 60 minutes and 90 minutes. Historically, fire windows, including glass block, have been limited to a 45-minute rating by the standard fire test, NFPA 257, *Standard on Fire Test for Window and Glass Block Assemblies.* This time limit was predicated on the failure of wired glass at approximately 1600°F (870°C). [1] Some manufacturers also have developed fire resistance–rated glazing assemblies that meet the requirements of a fire resistance–rated wall assembly (currently up to 2 hours). These glazing materials, however, do not transmit excessive radiant heat, since they are required to limit the temperature rise on the unexposed face to 250°F (121°C).

Because the present fire test standard, NFPA 257, does not require measuring and reporting temperature rise on the unexposed face of the glazing material or radiant heat transmission, glazing products tested to this standard have not been required to retard heat transfer. However, these data are required in many European fire test standards. [2] As a result, European building codes place limitations on the use of glazing in fire-resistant partitions inside buildings and require the use of insulating glazing in means of egress as well as where combustibles could be in close proximity. Research by Margaret Law, Bsc., Ministry of Technology and Fire Offices Committee, Joint Fire Research Organization, led to the development of such limitations in British building regulations. [3,4] This research provides a methodology for calculating safe distances from wired glass windows used to screen room fires from adjacent spaces.

Law's research properly identifies two major concerns for the use of fire protection–rated glazing in interior partitions as follows:

(1)  The impact on occupants exiting past the glazing
(2)  The potential for nonpiloted (auto)ignition of combustibles on the unexposed side of the glazing

Both of these concerns should be taken into consideration by users of this standard when evaluating a specific fire protection–rated glazing material for interior application.

The exiting concern relates mostly to corridor applications where evacuating occupants might pass directly in front of the glazing that screens them from fire. Calculation methods described in references 1 and 5 can be used to determine the radiant heat flux generated by a fire as well as the incident heat flux on a person located any distance beyond the unexposed face of the glazing. Safe distances for evacuees then can be determined from Figures 3-11.48 and 3-11.49 of the *SFPE Handbook of Fire Protection Engineering,* which provide data useful in estimating the time to reach pain threshold and the time taken for thermal radiation to burn skin. [5]

Traditional glazing materials have been prohibited from being used in fire windows in exit stair enclosures because of the concern of radiant heat transfer. Recently, the model building codes also incorporated requirements for limiting the temperature rise on the unexposed face of fire doors opening into exit stair enclosures in order to address the problem of heat transfer (both conducted and reradiated) that could expose evacuating occupants passing doors at each floor landing. Therefore, caution should be exercised when considering glazing materials with fire protection ratings of 60 minutes or more in such applications, since they can transmit excessive radiant heat into the exit stair enclosure. However, glazing materials with fire resistance ratings are suitable in such situations, since they have been tested to limit heat transfer.

Addressing the problem of the nonpiloted (auto)ignition of combustibles stored near a fire window demands an understanding of critical irradiation levels. Incident flux levels for autoignition of various combustible materials have been developed. [3,6] Average values of 30 kW/m$^2$ to 35 kW/m$^2$ normally are used for ordinary (cellulosic) combustibles. Lower values have been identified for some synthetic materials.

The radiant intensity (heat flux) of the exposing fire depends on, among other factors, the type of materials burning (rate of heat release) and the ventilation rate of the enclosing room. For well-ventilated fires in light hazard occupancies, such as offices, schools, institutions, and residences, a peak radiation intensity (output) of 85 kW/m$^2$ has been used by Law to represent a 1-hour fire exposure. [8] Nelson provides a method for determining safe separation distances based on the radiant heat flux incident on a combustible material screened by wired glass (with a transmissivity of 0.5) from a fire (with an emissivity of 1.0; called a blackbody). [6] In general, a fully developed compartment fire is viewed as a blackbody and, therefore, is assigned an emissivity of 1.0. To determine the radiation intensity, the following formula can be used:

$$I = e o T^4$$

where:
$I$ = radiation intensity (kW/m$^2$)
$\varepsilon$ = emissivity
$o$ = Stefan–Boltzmann constant (5.67 × 10$^{-11}$ kW/m$^2$·K$^4$)
$T$ = absolute temperature of the fire (K)

Copyright 2006 by National Fire Protection Association (NFPA). Licensed, by agreement, for individual use and single download on November 30, 2006 to Scott Shanks of O'Keeffes Inc. No other reproduction or transmission in any form permitted without written permission of NFPA. For inquires or to report unauthorized use, contact licensing@nfpa.org.

For most situations, the temperature of the compartment fire is the only unknown variable. NFPA 72, *National Fire Alarm Code,* provides some guidance for calculating room temperature based on different fire growth rates. Other methods base the temperature on the standard temperature–time curve used in NFPA 251, *Standard Methods of Tests of Fire Resistance of Building Construction and Materials.* In a fully developed compartment fire assumed to have a temperature of 1600°F (870°C or 1140K), the radiant heat flux would be approximately 105 kW/m².

To determine the incident radiant heat flux on the unexposed side of the glazing, the following formula can be used:

$$I_i' = FtI$$

where:
$I_i$ = incident radiation intensity (heat flux) (kW/m²)
$F$ = configuration factor for the glazed opening
$t$ = transmissivity of the glazing material
$I$ = radiation intensity of the fire (kW/m²)

Transmissivity of ¼ in. (6.35 mm) wired glass has been reported in the range of 0.4 to 0.6. Many analyses have used 0.5 transmissivity to account for the effects of reradiation by the glazing product. Some manufacturers might be able to provide specific heat transfer information relative to their products.

Users should consider the significance of the source radiation, the transmissivity of the glazing material, the time of exposure, the separation distances, and the configuration of the glazed opening in relation to the target.

Continuing with the earlier example of a fire having a temperature of 1600°F (870°C), the incident radiation intensity (heat flux) ($I_i$) for a window opening having a configuration factor of 0.35 in relation to a combustible target would be approximately 18.4 kW/m². The referenced documents provide detailed guidance for this analysis.

**J.2 References.**

(1) National Fire Protection Association, *Fire Protection Handbook,* 19th ed., 2002, Section 12, Chap 5, "Confinement of Fire in Buildings," pp. 12–103 to 12–108, "Protection of Openings."

(2) ISO 3009-1976/A1-1984, *Fire Resistance Tests — Glazed Elements,* International Organization for Standardization, 1976.

(3) Law, Margaret, "Safe Distances from Wired Glass Screening a Fire," *Institution of Fire Engineers Quarterly,* London, 1969.

(4) Law, Margaret, "Heat Radiation from Fires and Building Separation," Fire Research Technical Paper No. 5, London, 1963.

(5) Society of Fire Protection Engineers, *SFPE Handbook of Fire Protection Engineering,* 3rd ed., 2002, "Thermal Radiation Hazards," pp. 3-308 to 3-310.

(6) Nelson, Harold E., "Radiant Energy Transfer in Fire Protection Engineering Problem Solving," *Fire Technology,* Vol. 4, No. 3, August 1968, pp. 196–205.

**Annex J   Performance-Based Option for the Inspection, Testing, and Maintenance of Fire Door Assemblies**

*This annex is not a part of the requirements of this NFPA document but is included for informational purposes only.*

**J.1** This annex provides the option to adopt a performance-based method as an alternative means of compliance for Section 5.2. Equivalent levels of performance can be demonstrated through quantitative performance-based analyses. This annex provides a basis for implementing a performance-based program acceptable under this option (providing approval is obtained by the AHJ).

**J.2** The concept of a performance-based program is to establish the type and frequency of inspection to demonstrate that the assembly is operational. The goal is to balance the inspection frequency with proven reliability of the assembly. The goal of a performance-based inspection program is also to adjust test and inspection frequencies commensurate with historical documented equipment performance and desired reliability. Frequencies of tests and inspections under a performance-based program can be extended or reduced from the once-per-year test requirement in 5.2.1 when continued testing of door assemblies in 5.2.3, 5.2.4, or 5.2.5, as applicable, has been documented, indicating a higher or lower degree of reliability compared with the AHJ's and the owner's expectations of performance. Additional program attributes that should be considered in the adjustment of test and inspection frequencies include the following:

(1) Door maintenance programs
(2) Door usage frequencies
(3) History of door repairs
(4) Building condition
(5) Consequence of failure

**J.3** Fundamental to implementing a performance-based program is that adjusted test and inspection frequencies should be technically defensible to the AHJ and supported by evidence of higher or lower reliability. Data collection and retention should be established so that the data utilized to alter frequencies are representative, statistically valid, and evaluated against firm criteria. Frequencies cannot be arbitrarily extended or reduced without suitable rationale.

**J.4** It must be noted that transitioning to a performance-based program requires an expenditure of resources in order to collect and analyze failure data, coordinate review efforts, change program documents, and seek approval from the AHJ. The following factors should be considered in determining whether a transition to a performance-based test program as permitted in 5.2.2 is warranted:

(1) *Past door reliability.* Have problems routinely been identified during the prescriptive test requirements of 5.3.1, or have doors consistently performed with minimal discrepancies noted?

(2) *Resource expenditures.* Do the recurring resource expenditures necessary to implement the prescriptive test requirements in Section 5.2 justify the consideration of conducting the detailed analyses needed to support a performance-based testing program?

(3) *Administrative burden.* Is there an increase to the administrative burden for implementing, documenting, and monitoring a performance-based program?

**EXHIBIT C**

# EXHIBIT C

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.GuideInfo
## Fire-protection-rated Glazing Materials

View Listings                                        Page Bottom

# Fire-protection-rated Glazing Materials

Guide Information for Fire Resistance Ratings

### USE

This category covers fire-protection-rated glazing materials Classified for 3/4 h (45 min), 1 h (60 min), 1-1/2 h (90 min), and 3 h (180 min) fire ratings, or 1/3 h (20 min) fire rating without hose stream as indicated in the individual Classifications.

Fire-protection-rated glazing materials are intended for installation in fire windows, fire doors, and fire door frames with transoms and/or sidelights that are provided with suitable glazing frame members.

Fire-protection-rated glazing materials are intended to be installed in accordance with ANSI/NFPA 80, "Standard for Fire Doors and Fire Windows," and/or model building codes, in addition to the installation instructions provided by the manufacturer. ANSI/NFPA 80 and/or the building codes limit the use of fire-protection-rated glazing materials to (1) sidelights and transoms in fire door assemblies having a rating no greater than 3/4 h (45 min), (2) to fire windows in the interior of a structure having a rating no greater than 3/4 h (45 min), (3) to fire windows in an exterior wall of a structure having a rating no greater than 3 h (180 min), and (4) to swinging type fire doors. The installation of glazing materials is intended to be in accordance with the local building code as determined by the Authority Having Jurisdiction.

Authorities Having Jurisdiction should be consulted before installation.

Fire-protection-rated glazing materials are not generally provided by the fire door, fire door frame or fire window frame manufacturer. These glazing materials are normally installed on the job site after the fire door, fire door frame, or fire window frame is installed in the building.

For 1/4-in.-thick wired glass, the maximum exposed area for an individual light should not exceed 1296 sq in. with no dimension of exposed wired glass greater than 54 in., unless otherwise indicated in the individual Classifications. The groove depth formed by the framing members used for retaining wired glass should have a minimum depth as shown in the following tabulation.

| Max Area of Exposed Glazing Material (sq in.) | Min Depth of Groove (in.) |
| --- | --- |
| 100 | 1/2 |
| 500 | 5/8 |
| 600 | 11/16 |
| 1296 | 3/4 |

Wired glass, 1/4-in. thick, is rated for 3/4 h (45 min) for an exposed area not exceeding 1296 sq in., and rated for 1-1/2 h (90 min) for an area not exceeding 100 sq in. For fire-protection-rated glazing materials other than 1/4-in.-thick wired glass, the maximum exposed area for an individual light, the minimum groove depth, and the rating should be as indicated in the individual Classifications.

The 20-minute fire-protection-rated glazing materials tested without hose stream exposure are intended for use in fire windows and fire door assemblies for the protection of openings in walls and partitions as specified in the applicable sections of the model building codes.

The 20-minute rating indicates the duration of fire exposure only. These 20-minute glazing materials have not been subjected to a hose stream exposure.

### PRODUCT MARKINGS

Glazing materials bear a marking as described in ANSI/NFPA 5000, "Building Construction and Safety Code," and the "International Building Code."

The marking for glazing materials intended for use in fire doors includes the following information:

    The UL symbol with the word "CLASSIFIED" above the UL symbol

    Manufacturer name or identification

ANSI/UL 10B and/or ANSI/UL 10C

D - H or NH - T or NT - xxx

Where:

"D" indicates the glazing is suitable for use in fire door assemblies

"H" indicates compliance with the hose stream requirements of the standard

"NH" indicates the glazing has not been subjected to the hose stream requirements of the standard

"T" indicates the glazing material has a temperature rating

"NT" indicates the glazing material does not have a temperature rating

"xxx" indicates the fire-protection rating period in minutes

The marking for glazing materials intended for use in fire windows includes the following information:

The UL symbol with the word "CLASSIFIED" above the UL symbol

Manufacturer name or identification

ANSI/UL 9

OH - xxx

Where "OH" indicates compliance with the fire and hose stream requirements of the standard and "xxx" indicates the fire-protection rating period in minutes

Unless otherwise indicated in the individual Classifications, these glazing materials have not been investigated as safety glazing.

### RELATED PRODUCTS

Fire-resistance-rated glazing materials investigated to ANSI/UL 263, "Fire Tests of Building Construction and Materials," are covered under Fire-resistance-rated Glazing Materials (CCFT). Fire-resistance-rated glazing materials are intended for the construction of interior fire-resistance-rated walls and partitions and are differentiated from the glazing materials covered under this category by the test Standard and the intended installation application.

### ADDITIONAL INFORMATION

For additional information, see Fire Resistance Ratings (BXRH).

### REQUIREMENTS

The basic standards used to investigate products in this category are ANSI/UL 9, "Fire Tests of Window Assemblies," ANSI/UL 10B, "Fire Tests of Door Assemblies," and/or ANSI/UL 10C, "Positive Pressure Fire Tests of Door Assemblies."

The fire exposure condition defined in ANSI/UL 9 permits the neutral pressure plane within the furnace to be located at one of two locations. The neutral pressure plane is permitted to be located such that two-thirds of the test sample is exposed to a positive furnace pressure condition. This exposure condition is defined as a positive pressure condition. The neutral pressure plane is also permitted to be located within one inch of the top of the window assembly. This exposure condition is defined as a neutral pressure condition. Using these definitions for furnace pressure condition, ANSI/UL 10B represents a neutral pressure condition and ANSI/UL 10C represents a positive condition.

Fire-protection-rated glazing materials investigated to ANSI/UL 9 are intended for use in fire windows and may be used in fire door assemblies tested under neutral pressure conditions.

### UL MARK

The Classification Mark of Underwriters Laboratories Inc. on the product or on the smallest unit container in which the product is packaged is the only method provided by UL to identify products manufactured under its Classification and Follow-Up Service. The Classification Mark for these products includes the UL symbol, the word "CLASSIFIED" above the UL symbol (as illustrated in the Introduction of this Directory), and the following additional information:

**FIRE-PROTECTION-RATED GLAZING MATERIAL**
**FIRE TESTED UNDER \* PRESSURE CONDITION**
**IN ACCORDANCE WITH #**

**EXHIBIT D**

# EXHIBIT D

KCMZ.R15307 - Fire-protection-rated Glazing Materials                    Page 1 of 1

 ONLINE CERTIFICATIONS DIRECTORY

## KCMZ.R15307
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**ACI DISTRIBUTION**                                                      R15307
7454 AIRPORT RD
WEST JORDAN, UT 84084 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-19

Questions?                    Notice of Disclaimer                         Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**

**EX. D-000001**

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=...    12/11/2007

KCMZ.R16051 - Fire-protection-rated Glazing Materials                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

### KCMZ.R16051
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

AFG GLASS                                                                R16051
5098 TREASURE VALLEY WAY
NAMPA, ID 83687 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-19

Questions?                    Notice of Disclaimer                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000002**

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=...    12/11/2007