KCMZ.R20936 - Fire-protection-rated Glazing Materials                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R20936
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**AFG GLASS**                                                            R20936
3280 AUSTELL RD
MARIETTA, GA 30068 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq In.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (In.) | Min Depth of Groove (In.) | Groove Width (In.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

Questions?                    Notice of Disclaimer                               Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000003**

KCMZ.R2129 - Fire-protection-rated Glazing Materials                           Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

### KCMZ.R2129
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

AFG INDUSTRIES INC                                                             R2129
P O BOX 929
KINGSPORT, TN 37662 USA

1/4in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 In. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

Questions?                    Notice of Disclaimer                          Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000004**

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=...    12/11/2007

KCMZ.R14220 - Fire-protection-rated Glazing Materials                    Page 1 of 1

 ONLINE CERTIFICATIONS DIRECTORY

## KCMZ.R14220
## Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

AIR LOUVERS INC                                                          R14220
6285 RANDOLPH ST
CITY OF COMMERCE, CA 90040 USA

1/4 in. thick wired glass.

| Rating | Application | Max. Exposed Area of Glazing (sq. In.) | Max. Width of Exposed Glazing (in.) | Max. Height of Exposed Glazing (in.) | Min. Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Product also Classified in accordance with UBC 7-4 "Fire Tests of Window Assemblies", UBC 7-2 "Fire Tests of Door Assemblies", UL10C and UL9 Positive Pressure.

Last Updated on 2005-12-19

Questions?            Notice of Disclaimer                              Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000005**

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=...  12/11/2007

KCMZ.R14220 - Fire-protection-rated Glazing Materials                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

### KCMZ.R14220
### Fire-protection-rated Glazing Materials

Page Bottom

---

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

AIR LOUVERS INC                                                    R14220
6285 RANDOLPH ST
CITY OF COMMERCE, CA 90040 USA

1/4 in. thick wired glass.

| Rating | Application | Max. Exposed Area of Glazing (sq. in.) | Max. Width of Exposed Glazing (in.) | Max. Height of Exposed Glazing (in.) | Min. Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Product also Classified in accordance with UBC 7-4 "Fire Tests of Window Assemblies", UBC 7-2 "Fire Tests of Door Assemblies", UL10C and UL9 Positive Pressure.

Last Updated on 2005-12-19

Questions?                    Notice of Disclaimer                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000006**

KCMZ.R22088 - Fire-protection-rated Glazing Materials .                          Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R22088
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**ALL COUNTIES GLASS**                                                              R22088
2020A E MINER AVE
STOCKTON, CA 95205 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 · |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

Questions?                    Notice of Disclaimer                          Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000007**

KCMZ.R20542 - Fire-protection-rated Glazing Materials                          Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

### KCMZ.R20542
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**ARCH ALUMINUM & GLASS CO INC**                                        R20542
10200 NW 67TH ST
TAMARAC, FL 33321 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

Questions?                    Notice of Disclaimer                                      Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000008**

KCMZ.R14589 – Fire-protection-rated Glazing Materials                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

### KCMZ.R14589
### Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**ARCH ALUMINUM & GLASS CO INC**                                        R14589
19430 E SAN JOSE AVE
CITY OF INDUSTRY, CA 91748 USA

1/4 in. thick wired glass.

Last Updated on 1992-01-13

Questions?                Notice of Disclaimer                Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000009**

KCMZ.R22188 - Fire-protection-rated Glazing Materials                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

# KCMZ.R22188
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**ARCH ALUMINUM & GLASS CO INC**                                         R22188
11950 E 33RD AVE
AURORA, CO 80010 USA

1/4 in. thick wired glass.

| Rating | Application | Max. Exposed Area of Glazing (sq. In.) | Max. Width of Exposed Glazing (In.) | Max. Height of Exposed Glazing (In.) | Min. Depth of Groove (In.) | Groove Width (In.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-19

Questions?                    Notice of Disclaimer                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**

**EX. D-000010**

KCMZ.R18966 – Fire-protection-rated Glazing Materials

Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

# KCMZ.R18966
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**ARCHITECTURAL GLASS PRODUCTS INC.**
9762 HANOVER CT E
HENDERSON, CO 80640 USA

R18966

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

Questions?          Notice of Disclaimer          Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000011**

 **ONLINE CERTIFICATIONS DIRECTORY**

### KCMZ.R11084
### Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

ASAHI GLASS CO LTD                                                        R11084
FLAT GLASS DIV
13TH FLOOR TDC BLD.
2-9-18 MISAKI-CHO
CHIYODA-KU, TOKYO 101-0061 JAPAN

1/4 in. thick wired glass Classified per UL 9 and UL 10B.

| Type of Assembly | Max Area (Sq In.) | Max Width (In.) | Max Height (In.) | Min Depth (In.) |
|---|---|---|---|---|
| Door, Window, | 1296 | 54 | 54 | 3/4 |
| Door Frame | | | | |
| Rated 3/4 H | | | | |
| Door | 100 | 12 | 33 | 1/2 |
| Rated 1-1/2 H | | | | |

1/4 in. thick wired glass installed with Pemko FG3000 Classified per UL 10 C , Uniform Building Code standard 7-2, "Fire Tests of Door Assemblies", (1997) and Uniform Building Code standard 7-4, "Fire Tests of Window Assemblies", (1997) for the following installations of exposed glass:

| Type of Assembly | Max Area (Sq In.) | Max Width (In.) | Max Height (In.) | Min Depth (In.) |
|---|---|---|---|---|
| Door, Metal | 2856 | 34 | 84 | 5/8 |
| Rated 3/4 H | | | | |
| Door, Wood | 960 | 12 | 80 | 5/8 |
| Rated 1 H | | | | |
| Hollow Metal Door | 552 | 12 | 46 | 5/8 |
| Rated up to 1-1/2 H | | | | |
| Window and | 4608 | 48 | 96 | 5/8 |
| Sidelights | | | | |
| Rated 3/4 H | | | | |
| Transom Light | 3456 | 96 | 36 | 5/8 |
| Rated 3/4 H | | | | |

Last Updated on 2007-12-03

Questions?                    Notice of Disclaimer                         Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service.

**EX. D-000012**

Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**

**EX. D-000013**

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R16040
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**AZTECA GLASS INC**                                                    R16040
1138 W GRANT ST
PHOENIX, AZ 85007 USA

1/4 in.thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-19

Questions?                    Notice of Disclaimer                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
# EX. D-000014

KCMZ.R14337 - Fire-protection-rated Glazing Materials                    Page 1 of 1

 ONLINE CERTIFICATIONS DIRECTORY

## KCMZ.R14337
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

BAXTER & FLAMING INDUSTRIES INC                                    R14337
3717 NW ST HELENS RD
PORTLAND, OR 97210 USA

1/4 in. thick wired glass.

| Rating | Application | Max. Exposed Area of Glazing (sq. in.) | Max. Width of Exposed Glazing (in.) | Max. Height of Exposed Glazing (in.) | Min. Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-19

Questions?              Notice of Disclaimer                      Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000015**

KCMZ.R14282 - Fire-protection-rated Glazing Materials

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R14282
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

BRIN NORTHWESTERN GLASS CO
2300 N 2ND ST
MINNEAPOLIS, MN 55411 USA

R14282

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq. in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Product designation: Schott Pyran S non-wired glazing material

Thickness: 5 mm thick

Glazing compound: Fiberfrax tape, closed cell PVC or Pemko FG3000S45.

Furnace Pressure: Positive

| Rating | Application | Max Exposed Area of Glazing (sq. in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 20 min NH | Doors | 3204 | 36) | 89 | ¾ | 7/16 / 11/32 | D-NH-NT-20 |
| 20 min NH | Sidelights, Transom Light, Windows | 7228 | 116-3/4 | 116-3/4 | ¾ | 7/16 / 11/32 | NH-NT-20 |

Product designation: Schott Pyran Crystal and Crystal F glazing material

Thickness: 5 mm thick

Glazing compound: Fiberfrax tape or Pemko FG3000S90

**OKI**
**EX. D-000016**

KCMZ.R14282 - Fire-protection-rated Glazing Materials

Page 2 of 2

Furnace Pressure: Positive

| Rating | Application | Max Exposed Area of Glazing (sq. in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 60 min and 90 min | Doors Temp Rise | 100 | 12 | 33 | ¾ | 7/16 / 11/32 | D-H-T-90 |
| 60 min and 90 min | Door Non- Temp Rise | 2736 | 36 | 76 | ¾ | 7/16 / 11/32 | D-H-NT-90 |
| 60 min and 90 min | Sidelights, Transom Light, Windows | 3202 | 76 | 76 | ¾ | 7/16 / 11/32 | OH-90 |

Product designation: Schott Pyran Crystal L laminated glazing material

Thickness: 8.6 mm thick

Glazing compound: Pemko FG3000S90.

Furnace Pressure: Positive

| Rating | Application | Max Exposed Area of Glazing (sq. in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 60 min and 90 min | Doors Temp Rise | 100 | 12 | 33 | ¾ | ½ | D-H-T-90 |
| 60 min | Door Non-Temp Rise | 2736 | 36 | 76 | ¾ | ½ | D-H-NT-60 |
| 90 min | Sidelights, Transom Lights, Windows | 2786 | 66 | 66 | ¾ | ½ | OH-90 |
| 60 min | Sidelights, Transom Lights, Windows | 2786 | 66 | 76 | ¾ | | OH-60 |
| 90 min | Sidelights, Transom Lights, Windows | 2786 | 66 | 66 | ¾ | | OH-90 |

Last Updated on 2007-04-02

Questions?                    Notice of Disclaimer                        Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



OKI

EX. D-000017

KCMZ.R18361 - Fire-protection-rated Glazing Materials                                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

### KCMZ.R18361
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

BUCHER GLASS INC                                                                 R18361
1902 HANSON RD
FAIRBANKS, AK 99709 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|--------|-------------|--------------------------------------|-------------------------------------|--------------------------------------|----------------------------|---------------------|------------------------|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

Questions?                        Notice of Disclaimer                                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000018**

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R8157
## Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**CENTRAL GLASS CO LTD**                                                              R8157
3-7-1 KANDA-NISHIKI-CHO
CHIYODA-KU
TOKYO, 101-0054 JAPAN

1/4 in. thick wired glass Classified per UL 9 and UL 10B.

| Type of Assembly | Max Area (Sq In.) | Max Width (In.) | Max Height (In.) | Min Depth (In.) |
|---|---|---|---|---|
| Door, Window, | 1296 | 54 | 54 | 3/4 |
| Door Frame | | | | |
| Rated 3/4 H | | | | |
| Door | 100 | 12 | 33 | 1/2 |
| Rated 1-1/2 H | | | | |

1/4 in. thick wired glass installed with Pemko FG3000 Classified per UL 10 C , Uniform Building Code standard 7-2, "Fire Tests of Door Assemblies", (1997) and Uniform Building Code standard 7-4, "Fire Tests of Window Assemblies", (1997) for the following installations of exposed glass:

| Type of Assembly | Max Area (Sq In.) | Max Width (In.) | Max Height (In.) | Min Depth (In.) |
|---|---|---|---|---|
| Door, Metal | 2856 | 34 | 84 | 5/8 |
| Rated 3/4 H | | | | |
| Door, Wood | 960 | 12 | 80 | 5/8 |
| Rated 1 H | | | | |
| Door, Metal | 552 | 12 | 46 | 5/8 |
| Rated 1-1/2 H | | | | |
| Window and | 4608 | 48 | 96 | 5/8 |
| Sidelights | | | | |
| Rated 3/4 H | | | | |
| Transom Light | 3456 | 96 | 36 | 5/8 |
| Rated 3/4 H | | | | |

1/4 in. thick wired glass installed with pure silicone caulk or Norton Tape "Norseal V980" evaluated per UL 10C Uniform Building Code Standard 7-2, "Fire Tests of Door Assemblies", (1997) and Uniform Building Code Standard 7-4, "Fire Tests of Window Assemblies", (1997) for the following installations of exposed glass:

| Type of Assembly | Max Area (Sq In.) | Max Width (In.) | Max Height (In.) | Min Depth (In.) |
|---|---|---|---|---|
| Door, Window, | 1296 | 54 | 54 | 3/4 |

**OKI**

# EX. D-000019

KCMZ.R8157 - Fire-protection-rated Glazing Materials

Page 2 of 2

| Door Frame | | | | |
|---|---|---|---|---|
| Rated 3/4 H | | | | |
| Door | 100 | 12 | 33 | 1/2 |
| Rated 1-1/2 H | | | | |

Last Updated on 2000-04-18

Questions?          Notice of Disclaimer                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**

**EX. D-000020**

KCMZ.R16028 - Fire-protection-rated Glazing Materials                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R16028
### Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**CG INDUSTRIES INC DBA HARTUNG GLASS**                                    R16028
700 BRADFORD WAY
UNION CITY, CA 94587 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-19

Questions?                    Notice of Disclaimer                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000021**

 ONLINE CERTIFICATIONS DIRECTORY

## KCMZ.R14109
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**COLUMBUS DOOR CO**                                                    R14109
1884 ELMWOOD AVE
WARWICK, RI 02888 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

Questions?                    Notice of Disclaimer                                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000022**                                                    12/11/2007

KCMZ.R20842 - Fire-protection-rated Glazing Materials    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R20842
## Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

D V FYRE-TEC INC                                                    R20842
PO BOX 608
PENDER, NE 68047 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Trademark and/or Tradename: "FYRE-TEC"

Last Updated on 2005-12-20

Questions?              Notice of Disclaimer              Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000023**

KCMZ.R16039 - Fire-protection-rated Glazing Materials                    Page 1 of 1

 ONLINE CERTIFICATIONS DIRECTORY

## KCMZ.R16039
## Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**DEMERS GLASS INC**                                                R16039
7712 W GOLDEN LN
PEORIA, AZ 85345 USA

1/4 in. thick wired glass

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-19

Questions?            Notice of Disclaimer                        Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000024**

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=...    12/11/2007

KCMZ.R25614 - Fire-protection-rated Glazing Materials                    Page 1 of 3

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R25614
## Fire-protection-rated Glazing Materials

<u>Page Bottom</u>

### Fire-protection-rated Glazing Materials

<u>See General Information for Fire-protection-rated Glazing Materials</u>

**DESERT GLASS PRODUCTS**                                              R25614
4700 ENGINEERS WAY
NORTH LAS VEGAS, NV 89031 USA

Fire-protection-rated glazing material

Product designation: wired glass

Thickness: 1/4 in.

Glazing compound: pure silicone, closed cell PVC or DAP 33

Furnace pressure: Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, ½ or ¾ Hr. | Doorframe, window, Sidelite/transom with or without second piece of ¼ in.thick wired glass | 1296 | 54 | 54 | 5/8 | ½ | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 min. NH | Hollow Metal Door | 3289 | 35-3/4 | 92 | ¾ | ½ | D-NH-NT-20 |
| ¾ HR. | Transom Light | 3456 | 96 | 36 | 5/8 | ½ | D-H-NT-45 |
| ¾ HR. | Sidelight or window | 4608 | 100 | 100 | 5/8 | ½ | D-H-NT-45, OH-45 |
| ¼ HR. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | ½ | D-H-NT-45 |
| 1-1/2 HR. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | ½ | D-H-NT-90 |
| 1 HR. | Wood Door | 960 | 12 | 80 | 5/8 | ½ | D-H-NT-60 |

Fire-protection-rated glazing material

Product designation: non-wired FireLite and FireLite NT / FireLite Plus and Fire Lite IGU

Thickness: 4.76 mm (3/16 in.) / 7.94 mm (5/16 in.)

Glazing compound: Pure silicone caulk, closed cell PVC or DAP 33

Furnace pressure: Positive

| | | Max Exposed Area of | Max Width of Exposed | Max Height of Exposed | Min Depth | Groove | Building Code |
|---|---|---|---|---|---|---|---|

**OKI**
**EX. D-000025**

KCMZ.R25614 - Fire-protection-rated Glazing Materials                    Page 2 of 3

| Rating | Application | Glazing (sq in.) | Glazing (in.) | Glazing (in.) | of Groove (in.) | Width (in.) | Marking |
|---|---|---|---|---|---|---|---|
| 20 min NH | Windows, | 3325 | 95 | 95 | 5/8 | ½ | OH-20, D-NH-NT-20 |
| | Transom, | | | | | | |
| | and/or | | | | | | |
| | Sidelites - | | | | | | |
| | FireLite | | | | | | |
| 20 min NH | Doors - | 3204 | 36 | 89 | 5/8 | ½ | D-NH-NT-20 |
| 45 min | FireLite | 3325 | 95 | 95 | 5/8 | ½ | OH-45, D-H-NT-45 |
| | Windows, | | | | | | |
| | Transom, | | | | | | |
| | and/or | | | | | | |
| | Sidelites - | | | | | | |
| | FireLite | | | | | | |
| 45 min | Doors - | 3204 | 36 | 89 | 5/8 | ½ | D-H-NT-45 |
| | FireLite | | | | | | |
| 60 min | Windows, | 3325 | 95 | 95 | 5/8 | ½ | OH-60, D-H-NT-60 |
| | Transom, | | | | | | |
| | and/or | | | | | | |
| | Sidelites - | | | | | | |
| | FireLite | | | | | | |
| 60 min | Doors- | 100 | 12 | 33 | 1/2 | ½ | D-H-NT-60 |
| | Temp Rise- | | | | | | |
| | FireLite | | | | | | |
| 60 min | Doors-Non | 3204 | 36 | 89 | 5/8 | ½ | D-H-NT-60 |
| | Temp Rise- | | | | | | |
| | FireLite | | | | | | |
| 90 min | Doors-Temp Rise-FireLite | 100 | 12 | 33 | 1/2 | ½ | D-H-NT-90 |
| | Doors-Non Temp Rise-FireLite | 2034 | 36 | 56-1/2 | 3/4 | ½ | |
| 90 min | Windows, | 2627 | 46-1/2 | 56-1/2 | 5/8 | ½ | OH-90, D-H-NT-90 |
| | Transom, | | | | | | |
| | Sidelight- | | | | | | |
| | FireLite | | | | | | |
| 3 Hr | Doors- | 100 | 12 | 33 | 1/2 | ½ | D-H-NT-180 |
| | FireLite | | | | | | |

Last Updated on 2007-06-11

Questions?                    Notice of Disclaimer                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

OKI
EX. D-000026

KCMZ.R25614 - Fire-protection-rated Glazing Materials                    Page 3 of 3

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



OKI

EX. D-000027

KCMZ.R25120 - Fire-protection-rated Glazing Materials                    Page 1 of 3

 **ONLINE CERTIFICATIONS DIRECTORY**

### KCMZ.R25120
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**GENERAL GLASS INTERNATIONAL**                                          R25120
101 VENTURE WAY
SECAUCUS, NJ 07094 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

| Rating | Location | Max Exposed Area of Glazing in. (mm) | Max Width of Exposed Glazing in. (mm) | Max Height of Exposed Glazing in. (mm) | Min Depth of Groove in. (mm) |
|---|---|---|---|---|---|
| Schott Pyran S non-wired 5 mm thick glazing material installed with Fiberfrax tape, closed cell PVC or Pemko FG3000S45. | | | | | |
| 20 min NH | Doors | 3204 (20,672) | 36 (914) | 89 (2261) | 3/4 (20) |
| 20 min NH | Sidelights, Transom Lights, Windows | 7228 (46,635) | 116-3/4 (2965) | 116-3/4 (2965) | 3/4 (20) |
| Schott Pyran Crystal and Crystal F 5 mm thick glazing material installed with Fiberfrax tape or Pemko FG3000S90. | | | | | |
| 60 min and 90 min | Doors Temp Rise | 100 (645) | 12 (305) | 33 (838) | 3/4 (20) |
| 60 min and 90 min | Door Non-Temp Rise | 2736 (17,652) | 36 (914) | 76 (1930) | 3/4 (20) |
| 60 min and 90 min | Sidelights, Transom Lights, Windows | 3202 (20,659) | 76 (1930) | 76 (1930) | 3/4 (20) |
| Schott Pyran Star and Star F 5 mm thick glazing material installed with Fiberfrax tape or Pemko FG3000S90. | | | | | |
| 60 min and 90 min | Doors Temp Rise | 100 (645) | 12 (305) | 33 (838) | 3/4 (20) |
| 60 min and 90 min | Door Non-Temp Rise | 2736 | 36 (914) | 76 (1930) | 3/4 (20) |
| 60 min and 90 min | Sidelights, Transom Lights, Windows | 3202 (20,659) | 76 (1930) | 76 (1930) | 3/4 (20) |
| Schott Pyran Crystal L laminated 8.6 mm thick glazing material installed with Pemko FG3000S90. | | | | | |
| 60 min and 90 min | Doors Temp Rise | 100 (645) | 12 (305) | 33 (838) | 3/4 (20) |

OKI

EX. D-000028

| 60 min | Doors Non-Temp Rise | 2736 (17,652) | 36(914) | 76 (1930) | 3/4 (20) |
| 90 min | Doors Non-Temp Rise | 2376 (15,330) | 36 (914) | 66 (1676) | 3/4 (20) |
| 60 min | Sidelights, Transom Lights, Windows | 2786 (17,975) | 66 (1676) | 76 (1930) | 3/4 (20) |
| 90 min | Sidelights, Transom Lights, Windows | 2786 (17,975) | 66 (1676) | 66(1676) | 3/4 (20) |

Note: All glazing materials also Classified in accordance with Uniform Building Code Standard 7-4, "Fire Tests of Window Assemblies", (1997).

Nom. 13/32 in. laminated Pilkington Pyroshield Plus Glazing Material. An * next to the application indicates that material is to be glazed with either Pemko FGL 3000 Tape or FG3000 Caulk.

An + next to the application indicates that material is to be glazed with Pemko FGL 3000 glazing tape.

| Rating | Application | Max. Expose Area in² | Max. Expose Width in. | Max. Expose Height in. | Depth of Groove in | Building Code Marking |
|---|---|---|---|---|---|---|
| ¾ hr. | Window, Transoms, Sidelights-Pyroshield Plus-Diamond Pattern* | 1996 | 36 | 36 | 5/8 | D-H-NT-45 |
| ¾ hr. | Hollow Metal or Wood Fire Doors-Pyroshield Plus-Diamond or Georgian Pattern * | 1296 | 24 | 54 | 5/8 | D-H-NT-45 |
| 1 or 1-1/2 hr. | Wood or Hollow Metal Fire Doors-Pyroshield Plus-Diamond or Georgian Patternh+ | 100 | 20 | 20 | 5/8 | D-H-NT-60, D-H-NT-90 |

Pilkington Pyroshield Plus:

None. 10.5 mm laminated Pilkington Pyroshield Plus Glasing Materials. An * next to the application indicates that material is to be glazed with either Pemko FGL 3000 Tape or FG300 Caulk.

An + next to the application indicates that material is to be glazed with Pemko FG:L 3000 glazing tape.

| Application | Max. Exposed Area cm²(in.²) | Max. Exposed Width mm (in.) | Max. Exposed Height mm (in.) | Depth of Groove mm (in.) |
|---|---|---|---|---|
| Windows, Transoms, Sidelights-Pyroshield Plus-Diamond Pattern; rated ¾ h* | 8361 (1296) | 914.4 (36) | 914.4 (36) | 15.9 (5/8) |
| Hollow Metal or Wood FireDoors-Pyroshield Plus-Diamond or Georgian Pattern; Rated ¾ h* | 8361 (1296) | 607 (24) | 1372 (54) | 15.9 (5/8) |
| Wood or Hollow Metal Fire Doors-Pyroshield Plus-Diamond or Georgian Pattern; rated 1 or 1-1/2 h+ | 8361 (100) | 508 (20) | 508 (20) | 15.9 (5/8) |

Last Updated on 2006-06-28

Questions?                    Notice of Disclaimer                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

OKI
EX. D-000029

An independent organization working for a safer world with integrity, precision and knowledge.



OKI
**EX. D-000030**

KCMZ.R20819 - Fire-protection-rated Glazing Materials                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R20819
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**GFTC, DBA GLASPRO INC**                                              R20819
9401 ANN ST
SANTA FE SPRINGS, CA 90670 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

Questions?                    Notice of Disclaimer                         Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000031**

KCMZ.R14958 – Fire-protection-rated Glazing Materials

Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R14958
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**GLASCO CORP**                                                              R14958
18205 WEAVER
DETROIT, MI 48228 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-19

Questions?                 Notice of Disclaimer                              Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000032**

KCMZ.R14705 – Fire-protection-rated Glazing Materials                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R14705
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**GLASS DISTRIBUTORS INC**                                                  R14705
3800 KENILWORTH AVE
PO BOX 349
BLADENSBURG, MD 20710 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-19

Questions?          Notice of Disclaimer                            Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**

**EX. D-000033**

KCMZ.R15381 - Fire-protection-rated Glazing Materials                                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R15381
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**GLASS SASH & DOOR SUPPLY INC**                                        R15381
500 E SHIP CREEK AVE
ANCHORAGE, AK 99501 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-19

Questions?                Notice of Disclaimer                                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000034**

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=...    12/11/2007

KCMZ.R20789 – Fire-protection-rated Glazing Materials — Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R20789
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**GRAND VIEW GLASS & METAL INC**
2134 GREEN PRIVADO
PO BOX 3850
ONTARIO, CA 91761 USA

R20789

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq In.) | Max Width of Exposed Glazing (In.) | Max Height of Exposed Glazing (In.) | Min Depth of Groove (In.) | Groove Width (In.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

Questions?          Notice of Disclaimer          Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000035**

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R18537
### Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

HARMON CONTRACT INC                                                         R18537
SUITE 1000
6325 SANDBURG RD
GOLDEN VALLEY, MN 55427 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

Questions?              Notice of Disclaimer                              Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**

**EX. D-000036**

KCMZ.R14374 - Fire-protection-rated Glazing Materials

Page 1 of 1

 ONLINE CERTIFICATIONS DIRECTORY

## KCMZ.R14374
## Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

HARTUNG GLASS INDUSTRIES INC                    R14374
17830 W VALLEY HWY
TUKWILA, WA 98188 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-19

Questions?                    Notice of Disclaimer                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



OKI
EX. D-000037

Case 5:07-cv-03535-JF     Document 73-3     Filed 01/11/2008     Page 36 of 75

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R20737
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**HAWKINS GLASS WHOLESALERS L L C**                                                      R20737
7701-B SOUTHERN DR
SPRINGFIELD, VA 22150 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

Questions?                     Notice of Disclaimer                                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000038**

...

KCMZ.R19400 - Fire-protection-rated Glazing Materials                                    Page 1 of 1

 ONLINE CERTIFICATIONS DIRECTORY

### KCMZ.R19400
### Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**LINDQUIST BUILDERS SUPPLY CO**                                       R19400
240 HATHAWAY DR
STRATFORD, CT 06615 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick. tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

Questions?                      Notice of Disclaimer                                  Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000040**

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=...      12/11/2007

KCMZ.R18396 - Fire-protection-rated Glazing Materials

Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R18396
### Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**MIDLAND GLASS CO INC**
8000 POWELL RD
HOPKINS, MN 55343 USA

R18396

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

Questions?          Notice of Disclaimer          Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000041**

KCMZ.R18201 – Fire-protection-rated Glazing Materials

 ONLINE CERTIFICATIONS DIRECTORY

## KCMZ.R18201
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**MINNEAPOLIS GLASS CO**
14600 28TH AVE N
PLYMOUTH, MN 55447 USA

R18201

Fire-protection-rated glazing material

Product designation: Wired glass

Thickness: ¼ in.

Glazing compound: pure silicone, closed cell PVC or DAP 33

Furnace pressure: Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Fire-protection-rated glazing material

Product designation: Schott Pyran S

Thickness: 5mm

Glazing compound: Fiberfrax tape, closed cell PVC or Pemko FG3000S45

Furnace pressure: Positive

| | | Max Exposed Area of | Max Width of Exposed | Max Height of Exposed | Min Depth of | Groove | Building |
|---|---|---|---|---|---|---|---|

**EX. D-000042**

KCMZ.R18201 - Fire-protection-rated Glazing Materials                    Page 2 of 3

| Rating | Application | Glazing (sq in.) | Glazing (in.) | Glazing (in.) | Groove (in.) | Width (in.) | Code Marking |
|---|---|---|---|---|---|---|---|
| 20 min NH | Doors | 3204 (20,672) | 36 (914) | 89 (2261) | 3/4 (20) | 7/16 (11) / 11/32 (9) | D-NH-NT-20 |
| 20 min NH | Sidelights, Transom Lights, Windows | 7228 (46,635) | 116-3/4 (2965) | 116-3/4 (2965) | 3/4 (20) | 7/16 (11) / 11/32 (9) | NH-NT-20 |

Fire-protection-rated glazing material

Product designation: Schott Pyran Crystal and Crystal F

Thickness: 5mm

Glazing compound: Fiberfrax tape or Pemko FG3000S90

Furnace pressure: Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 60 min and 90 min | Doors Temp Rise | 100 (645) | 12 (305) | 33 (838) | 3/4 (20) | 7/16 (11) / 11/32 (9) | D-OH-NT-90 |
| 60 min and 90 min | Door Non-Temp Rise | 2736 (17,652) | 36 (914) | 76 (1930) | 3/4 (20) | 7/16 (11) / 11/32 (9) | D-OH-NT-90 |
| 60 min and 90 min | Sidelights, Transom Lights, Windows | 3202 (20,659) | 76 (1930) | 76 (1930) | 5/8 (16) | 7/16 (11) / 11/32 (9) | OH-NT-90 |

Fire-protection-rated glazing material

Product designation: Schott Pyran Star and Star F

Thickness: 5mm

Glazing compound: Fiberfrax tape or Pemko FG3000S90

Furnace pressure: Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 60 min and 90 min | Doors Temp Rise | 100 (645) | 12 (305) | 33 (838) | 3/4 (20) | 7/16 (11) / 11/32 (9) | D-OH-NT-90 |
| 60 min and 90 min | Door Non-Temp Rise | 2736 | 36 (914) | 76 (1930) | 3/4 (20) | 7/16 (11) / 11/32 (9) | D-OH-NT-90 |
| 60 min and 90 min | Sidelights, Transom Lights, Windows | 3202 (20,659) | 76 (1930) | 76 (1930) | 5/8 (16) | 7/16 (11) / 11/32 (9) | OH-NT-90 |

Fire-protection-rated glazing material

Product designation: Schott Pyran Crystal L

Thickness: 8.6mm

Glazing compound: Pemko FG3000S90

OKI
EX. D-000043

KCMZ.R18201 - Fire-protection-rated Glazing Materials

Page 3 of 3

Furnace pressure: Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 60 min and 90 min | Doors Temp Rise | 100 (645) | 12 (305) | 33 (838) | 3/4 (20) | ½ / (12.7) | D-OH-NT-90 |
| 60 min | Doors Non-Temp Rise | 2736 (17,652) | 36(914) | 76 (1930) | 3/4 (20) | ½ / (12.7) | D-OH-NT-60 |
| 90 min | Door Non-Temperature Rise | 2376 (15,330) | 36 (914) | 66 (1676) | 3/4 (20) | ½ / (12.7) | D-OH-NT-90 |
| 60 min | Sidelights, Transom Lights, Windows | 2786 (17,975) | 66 (1676) | 76 (1930) | 3/4 (20) | ½ / (12.7) | OH-NT-60 |
| 90 min | Sidelights, Transom Lights, Windows | 2786 (17,975) | 66 (1676) | 66(1676) | 3/4 (20) | ½ / (12.7) | OH-NT-90 |

Last Updated on 2007-06-07

Questions?                     Notice of Disclaimer                     Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**

**EX. D-000044**

KCMZ.R19056 - Fire-protection-rated Glazing Materials                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

### KCMZ.R19056
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**NATIONAL GLASS INDUSTRIES INC**                                      R19056
17030 WOODINVILLE-REDMOND RD
WOODINVILLE, WA 98072 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

Questions?                    Notice of Disclaimer                         Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000045**

KCMZ.R21074 - Fire-protection-rated Glazing Materials        Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R21074
## Fire-protection-rated Glazing Materials

Page Bottom

---

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**NATIONAL GUARD PRODUCTS INC**        R21074
4985 E RAINES RD
MEMPHIS, TN 38118 USA

1/4 In. thick wired glass.

7/16 In. thick Pilkington Pyroshield Plus laminated wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

---

Questions?        Notice of Disclaimer        Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000046**

K.CMZ.R20527 - Fire-protection-rated Glazing Materials

Page 1 of 1

 ONLINE CERTIFICATIONS DIRECTORY

## KCMZ.R20527
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

NEW ENGLAND DOOR SUPPLY, DIV OF R & R SALES INC                               R20527
107 NORFOLK AVE
BOSTON, MA 02119 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-20

Questions?          Notice of Disclaimer                              Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000047**

KCMZ.R14679 - Fire-protection-rated Glazing Materials

Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R14679
## Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**NORTHERN GLASS CO INC**
6941 LERAY ST
PO BOX 865
WATERTOWN, NY 13601 USA

R14679

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-19

Questions?                    Notice of Disclaimer                                        Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000048**

KCMZ.R14479 - Fire-protection-rated Glazing Materials

 ONLINE CERTIFICATIONS DIRECTORY

## KCMZ.R14479
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**NORTHWESTERN INDUSTRIES INC**                                          R14479
2500 W JAMESON
SEATTLE, WA 98199 USA

1/4 inch thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-19

Questions?                    Notice of Disclaimer                                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**

**EX. D-000049**

KCMZ.R14606 - Fire-protection-rated Glazing Materials

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R14606
## Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**OLDCASTLE GLASS INC**                                           R14606
151 FENWICK ST
DELRAN, NJ 08075 USA

1/4 in. thick wired glass.

8 mm (5/16 in.) thick Pyroguard Clear laminated, non-wired glazing material rated twenty minutes without hose stream for use in fire doors and frames when glazes with supplied "K" Tape or Pemko FG3000 "Fireglaze".

5 mm (3/16 in.) thick Firelite non-wired glazing material for use in fire doors and window frames installed with pure silicone caulk, closed cell PVC Tape or DAP33.

| Rating | Location | Max Exposed Area of Glazing (Sq In.) | Max Width of Exposed Glazing In. | Max Height of Exposed Glazing In. | Min Depth of Groove In. |
|--------|----------|------|------|------|------|
| 20 min NH | Windows, Transom, and/or Sidelites | 3325 | 95 | 95 | 5/8 |
| 20 min NH | Doors | 3204 | 36 | 89 | 5/8 |
| 45 min | Windows, Transom, and/or Sidelites | 3325 | 95 | 95 | 5/8 |
| 45 min | Doors | 3204 | 36 | 89 | 5/8 |
| 60 min | Windows, Transom, and/or Sidelites | 3325 | 95 | 95 | 5/8 |
| 60 min | Doors-Temp Rise | 100 | 12 | 33 | 1/2 |
| 60 min | Doors-Non Temp Rise | 3204 | 36 | 89 | 5/8 |
| 90 min | Doors-Temp Rise | 100 | 12 | 33 | 1/2 |
| | Doors-Non Temp Rise | 2034 | 36 | 56-1/2 | 3/4 |
| 90 min | Windows, Transom, Sidelight | 2627 | 46-1/2 | 56-1/2 | 5/8 |
| 3 Hr | Doors | 100 | 12 | 33 | 1/2 |

Last Updated on 2006-01-26

Questions?                    Notice of Disclaimer                              Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1 

**EX. D-000050**

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=...    12/11/2007

KCMZ.R14606 - Fire-protection-rated Glazing Materials                    Page 2 of 2

Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



OKI
**EX. D-000051**

KCMZ.R18347 - Fire-protection-rated Glazing Materials                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

### KCMZ.R18347
### Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**PDC GLASS & METAL SERVICES**                                           R18347
100 BUSINESS CENTER DR
CHESWICK, PA 15024 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min, No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Last Updated on 2005-12-19

Questions?                     Notice of Disclaimer                              Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000052**

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=...      12/11/2007

KCMZ.R14454 - Fire-protection-rated Glazing Materials

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R14454
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

PILKINGTON UK LTD                                                                    R14454
WATSON STREET WORKS
CANAL ST
ST.HELENS, MERSEYSIDE WA10 3JY UNITED KINGDOM

1/4 in. thick wired glass.

| Type of Assembly | Max Exposed Area of Glass Sq In. | Max Width of Exposed Glass In. | Max Height of Exposed Glass In. | Min Depth of Groove In. |
|---|---|---|---|---|
| Doorframe, Window, Sidelite/ | 1296 | 54 | 54 | 5/8 |
| Transom with or | | | | |
| without second | | | | |
| piece of 1/4 in. | | | | |
| thick tempered | | | | |
| glass rated 1/3, | | | | |
| 1/2 or 3/4 h | | | | |
| Hollow metal door | 3289 | 35-3/4 | 92 | 3/4 |
| 20 min NH | | | | |

For assemblies that incorporate 1/4 in. thick wired glass glazed in place with PEMKO FG3000 "Fire Glaze" the frame may incorporate lights as follows:

| Type of Assembly | Max Exposed Area of Glass Sq In. | Max Width of Exposed Glass In. | Max Height of Exposed Glass In. | Min Depth of Groove In. |
|---|---|---|---|---|
| Transom light | 3456 | 96 | 36 | 5/8 |
| Sidelight or Window | 4608 | 100 | 100 | 5/8 |
| Hollow metal door | 2856 | 34 | 84 | 5/8 |
| rated up to | | | | |
| 3/4 h | | | | |
| Hollow metal door | 552 | 12 | 46 | 5/8 |
| rated up to | | | | |
| 1-1/2 h | | | | |
| Wood door rated 1 h | 960 | 12 | 80 | 5/8 |

Nom. 13/32 in. laminated Pilkington Pyroshield Plus Glazing Material.

**OKI**
**EX. D-000053**

K.CMZ.R14454 - Fire-protection-rated Glazing Materials

An * next to the application indicates that material is to be glazed with either Pemko FGL 3000 Tape or FG3000 Caulk.

An + next to the application indicates that material is to be glazed with Pemko FGL 3000 glazing tape.

| Application | Max. Exposed Area in.² | Max. Exposed Width In. | Max. Exposed Height In. | Depth of Groove In. |
|---|---|---|---|---|
| Windows, Transoms, Sidelights -Pyroshield Plus- Diamond Pattern; Rated 3/4 h* | 1296 | 36 | 36 | 5/8 |
| Hollow Metal or Wood Fire Doors - Pyroshield Plus - Diamond or Georgian Pattern; Rated 3/4 h* | 1296 | 24 | 54 | 5/8 |
| Wood or Hollow Metal Fire Doors - Pyroshield Plus - Diamond or Georgian Pattern; rated 1 or 1-1/2 h+ | 100 | 20 | 20 | 5/8 |

Last Updated on 2005-03-07

Questions?                    Notice of Disclaimer                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000054**

KCMZ.R15324 – Fire-protection-rated Glazing Materials                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

**KCMZ.R15324**
**Fire-protection-rated Glazing Materials**

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**PROGRESS GLASS CO INC**                                                    R15324
25 PATTERSON ST
SAN FRANCISCO, CA 94124 USA

1/4 in. thick wired glass.

Last Updated on 1998-03-19

Questions?                  Notice of Disclaimer                          Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000055**

KCMZ.R25608 – Fire-protection-rated Glazing Materials                              Page 1 of 3

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R25608
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**QUALITY GLASS & MIRROR SERVICES INC**                                        R25608
14242 C CIR
OMAHA, NE 68144 USA

Fire-protection-rated glazing material

Product designation: wired glass

Thickness: ¼ in.

Glazing compound: Pure silicone, closed cell PVC or DAP 33

Furnace pressure: Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Fire-protection-rated glazing material

Product designation: Schott Pyran S

Thickness: 5mm

Glazing compound: Fiberfrax tape, closed cell PVC or Pemko FG3000S45

Furnace pressure: Positive

| | | Max Exposed Area of | Max Width of Exposed | Max Height of Exposed | Min Depth of | Groove | Building |
|---|---|---|---|---|---|---|---|

**EX. D-000056**

KCMZ.R25608 - Fire-protection-rated Glazing Materials                    Page 2 of 3

| Rating | Application | Glazing (sq in.) | Glazing (in.) | Glazing (in.) | Groove (in.) | Width (in.) | Code Marking |
|---|---|---|---|---|---|---|---|
| 20 min NH | Doors | 3204 (20,672) | 36 (914) | 89 (2261) | 3/4 (20) | 7/16 (11) / 11/32 (9) | D-NH-NT-20 |
| 20 min NH | Sidelights, Transom Lights, Windows | 7228 (46,635) | 116-3/4 (2965) | 116-3/4 (2965) | 3/4 (20) | 7/16 (11) / 11/32 (9) | NH-NT-20 |

**Fire-protection-rated glazing material**

**Product designation:** Schott Pyran Crystal and Crystal F

**Thickness:** 5 mm

**Glazing compound:** Fiberfrax tape or Pemko FG3000S90

**Furnace pressure:** Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 60 min and 90 min | Doors Temp Rise | 100 (645) | 12 (305) | 33 (838) | 3/4 (20) | 7/16 (11) / 11/32 (9) | D-OH-NT-90 |
| 60 min and 90 min | Door Non-Temp Rise | 2736 (17,652) | 36 (914) | 76 (1930) | 3/4 (20) | 7/16 (11) / 11/32 (9) | D-OH-NT-90 |
| 60 min and 90 min | Sidelights, Transom Lights, Windows | 3202 (20,659) | 76 (1930) | 76 (1930) | 5/8 (16) | 7/16 (11) / 11/32 (9) | OH-NT-90 |

**Fire-protection-rated glazing material**

**Product designation:** Schott Pyran Star and Star F

**Thickness:** 5 mm

**Glazing compound:** Fiberfrax tape or Pemko FG3000S90

**Furnace pressure:** Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 60 min and 90 min | Doors Temp Rise | 100 (645) | 12 (305) | 33 (838) | 3/4 (20) | 7/16 (11) / 11/32 (9) | D-OH-NT-90 |
| 60 min and 90 min | Door Non-Temp Rise | 2736 | 36 (914) | 76 (1930) | 3/4 (20) | 7/16 (11) / 11/32 (9) | D-OH-NT-90 |
| 60 min and 90 min | Sidelights, Transom Lights, Windows | 3202 (20,659) | 76 (1930) | 76 (1930) | 5/8 (16) | 7/16 (11) / 11/32 (9) | OH-NT-90 |

**Fire-protection-rated glazing material**

**Product designation:** Schott Pyran Crystal L

**Thickness:** 8.6

**Glazing compound:** Pemko FG3000S90

**OKI**

**EX. D-000057**

KCMZ.R25608 – Fire-protection-rated Glazing Materials                                    Page 3 of 3

Furnace pressure: Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 60 min and 90 min | Doors Temp Rise | 100 (645) | 12 (305) | 33 (838) | 3/4 (20) | ½ / (12.7) | D-OH-NT-90 |
| 60 min | Doors Non-Temp Rise | 2736 (17,652) | 36(914) | 76 (1930) | 3/4 (20) | ½ / (12.7) | D-OH-NT-60 |
| 90 min | Door Non-Temperature Rise | 2376 (15,330) | 36 (914) | 66 (1676) | 3/4 (20) | ½ / (12.7) | D-OH-NT-90 |
| 60 min | Sidelights, Transom Lights, Windows | 2786 (17,975) | 66 (1676) | 76 (1930) | 3/4 (20) | ½ / (12.7) | OH-NT-60 |
| 90 min | Sidelights, Transom Lights, Windows | 2786 (17,975) | 66 (1676) | 66(1676) | 3/4 (20) | ½ / (12.7) | OH-NT-90 |

Last Updated on 2007-06-01

Questions?                    Notice of Disclaimer                                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**

**EX. D-000058**

KCMZ.R15351 - Fire-protection-rated Glazing Materials                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R15351
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**RAB ENERGY ALASKA INC, DBA CAPITOL GLASS/NORTHERM WINDOWS**                    R15351
2300 E 63RD AVE
ANCHORAGE, AK 99507 USA

1/4 in. thick wired glass.

Last Updated on 2001-10-17

Questions?                    Notice of Disclaimer                                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000059**

KCMZ.R15113 - Fire-protection-rated Glazing Materials

Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R15113
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**REPLACEMENT GLASS CO INC**
2457 ARCTIC BLVD
ANCHORAGE, AK 99503 USA

R15113

1/4 in. thick wired glass.

Last Updated on 1996-10-31

Questions?          Notice of Disclaimer                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An Independent organization working for a safer world with Integrity, precision and knowledge.



**OKI**
**EX. D-000060**

KCMZ.R25242 - Fire-protection-rated Glazing Materials          Page 1 of 2

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R25242
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**SYRACUSE GLASS CO**                              R25242
1 GENERAL MOTORS DR
SYRACUSE, NY 13206 USA

1/4 in. thick wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

| Rating | Location | Max Exposed Area of Glazing in. (mm) | Max Width of Exposed Glazing in. (mm) | Max Height of Exposed Glazing in. (mm) | Min Depth of Groove in. (mm) |
|---|---|---|---|---|---|
| Schott Pyran S non-wired 5 mm thick glazing material installed with Fiberfrax tape, closed cell PVC or Pemko FG3000S45. | | | | | |
| 20 min NH | Doors | 3204 (20,672) | 36 (914) | 89 (2261) | 3/4 (20) |
| 20 min NH | Sidelights, Transom Lights, Windows | 7228 (46,635) | 116-3/4 (2965) | 116-3/4 (2965) | 3/4 (20) |
| Schott Pyran Crystal and Crystal F 5 mm thick glazing material installed with Fiberfrax tape or Pemko FG3000S90. | | | | | |
| 60 min and 90 min | Doors Temp Rise | 100 (645) | 12 (305) | 33 (838) | 3/4 (20) |
| 60 min and 90 min | Door Non-Temp Rise | 2736 (17,652) | 36 (914) | 76 (1930) | 3/4 (20) |
| 60 min and 90 min | Sidelights, Transom Lights, Windows | 3202 (20,659) | 76 (1930) | 76 (1930) | 3/4 (20) |
| Schott Pyran Star and Star F 5 mm thick glazing material installed with Fiberfrax tape or Pemko FG3000S90. | | | | | |
| 60 min and 90 min | Doors Temp Rise | 100 (645) | 12 (305) | 33 (838) | 3/4 (20) |
| 60 min and 90 min | Door Non-Temp Rise | 2736 | 36 (914) | 76 (1930) | 3/4 (20) |
| 60 min and 90 min | Sidelights, Transom Lights, Windows | 3202 (20,659) | 76 (1930) | 76 (1930) | 3/4 (20) |
| Schott Pyran Crystal L laminated 8.6 mm thick glazing material installed with Pemko FG3000S90. | | | | | |
| 60 min and 90 min | Doors Temp Rise | 100 (645) | 12 (305) | 33 (838) | 3/4 (20) |

**OKI**

**EX. D-000061**

KCMZ.R25242 - Fire-protection-rated Glazing Materials

| | | | | | |
|---|---|---|---|---|---|
| 60 min | Doors Non-Temp Rise | 2736 (17,652) | 36(914) | 76 (1930) | 3/4 (20) |
| 90 min | Doors Non-Temp Rise | 2376 (15,330) | 36 (914) | 66 (1676) | 3/4 (20) |
| 60 min | Sidelights, Transom Lights, Windows | 2786 (17,975) | 66 (1676) | 76 (1930) | 3/4 (20) |
| 90 min | Sidelights, Transom Lights, Windows | 2786 (17,975) | 66 (1676) | 66(1676) | 3/4 (20) |

Note: All glazing materials also Classified in accordance with Uniform Building Code Standard 7-4, "Fire Tests of Window Assemblies", (1997).

Nom. 13/32 in. laminated Pilkington Pyroshield Plus Glazing Material. An * next to the application indicates that material is to be glazed with either Pemko FGL 3000 Tape or FG3000 Caulk.

An + next to the application indicates that material is to be glazed with Pemko FGL 3000 glazing tape.

| Rating | Application | Max Expose Area in² | Max Expose Width in. | Max Expose Height in | Depth of Groove in | Building Code Marking |
|---|---|---|---|---|---|---|
| ¾ hr. | Window, Transoms, Sidelights-Pyroshield Plus-Diamond Pattern* | 1296 | 36 | 36 | 5/8 | D-H-NT-45 |
| ¾ hr. | Hollow Metal or Wood Fire Doors-Pyroshield Plus-Diamond or Georgian Pattern * | 1296 | 24 | 54 | 5/8 | D-H-NT-45 |
| 1 or 1-1/2 hr. | Wood or Hollow Metal Fire Doors-Pyroshield Plus-Diamond or Georgian Patternh+ | 100 | 20 | 20 | 5/8 | D-H-NT-60, D-H-NT-90 |

Last Updated on 2006-10-20

Questions?        Notice of Disclaimer        Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



OKI
EX. D-000062

KCMZ.R15350 - Fire-protection-rated Glazing Materials

Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R15350
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**TRANS AMERICA GLASS**
230 KING CIR
ANCHORAGE, AK 99515 USA

R15350

1/4 In. thick wired glass.

Last Updated on 1996-08-31

Questions?                    Notice of Disclaimer                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000063**

KCMZ.R18614 - Fire-protection-rated Glazing Materials                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R18614
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**UNITED GLASS INC**                                                     R18614
1480 W COUNTY RD C
ROSEVILLE, MN 55113 USA

1/4 in. thick wired glass.

Last Updated on 1999-03-02

Questions?              Notice of Disclaimer                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000064**

KCMZ.R18632 - Fire-protection-rated Glazing Materials

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R18632
## Fire-protection-rated Glazing Materials

Page Bottom

---

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**UTAH IDAHO GLASS**                                                          R18632
2660 S INDUSTRIAL DR
OGDEN, UT 84401 USA

1/4 in. thick wired glass.

Last Updated on 1997-10-25

---

Questions?                    Notice of Disclaimer                         Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI
EX. D-000065**

KCMZ.R21829 - Fire-protection-rated Glazing Materials                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R21829
### Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**VALLEY DOOR & HARDWARE INC**                                     R21829
1436 LIBERTY ST
P O BOX C
ALLENTOWN, PA 18105 USA

1/4 in. thick wired glass.

Last Updated on 2004-06-04

Questions?                    Notice of Disclaimer                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI**
**EX. D-000066**

KCMZ.R14661 - Fire-protection-rated Glazing Materials                                    Page 1 of 1

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R14661
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

WESTERN STATES GLASS CORP                                                            R14661
43443 OSGOOD RD
FREMONT, CA 94539 USA

1/4 in. thick wired glass.

Last Updated on 1996-09-27

Questions?                    Notice of Disclaimer                              Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



**OKI
EX. D-000067**

KCMZ.R25299 – Fire-protection-rated Glazing Materials                                    Page 1 of 2

 **ONLINE CERTIFICATIONS DIRECTORY**

### KCMZ.R25299
### Fire-protection-rated Glazing Materials

Page Bottom

### Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**WHALLEY GLASS CO**                                                               R25299
72 CHAPEL ST
DERBY, CT 06418 USA

¼ in. thick wired glass

| Rating | Application | Max. Exposed Area of Glazing (sq. in.) | Max. Width of Exposed Glazing (in.) | Max. Height of Exposed Glazing (in.) | Min. Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 20 Min. No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |
| Schott Pyran S non-wired 5 mm thick glazing material installed with Fiberfrax tape, closed cell PVC or Pemko FG3000S45. | | | | | | | |
| 20 min NH | Doors | 3204 (20,672) | 36 (914) | 89 (2261) | 3/4 (20) | 7/16 (11) / 11/32 (9)* | D-NH-NT-20 |
| 20 min NH | Sidelights, Transom Lights, Windows | 7228 (46,635) | 116-3/4 (2965) | 116-3/4 (2965) | 3/4 (20) | 7/16 (11) / 11/32 (9)* | NH-NT-20 |
| Schott Pyran Crystal and Crystal F 5 mm thick glazing material installed with Fiberfrax tape or Pemko FG3000S90. | | | | | | | |
| 60 min and 90 min | Doors Temp Rise | 100 (645) | 12 (305) | 33 (838) | 3/4 (20) | 7/16 (11) / 11/32 (9)* | D-OH-NT-90 |
| 60 min and 90 min | Door Non-Temp Rise | 2736 (17,652) | 36 (914) | 76 (1930) | 3/4 (20) | 7/16 (11) / 11/32 (9)* | D-OH-NT-90 |
| 60 min and 90 min | Sidelights, Transom Lights, Windows | 3202 (20,659) | 76 (1930) | 76 (1930) | 5/8 (16) | 7/16 (11) / 11/32 (9)* | OH-NT-90 |
| Schott Pyran Star and Star F 5 mm thick glazing material installed with Fiberfrax tape or Pemko FG3000S90. | | | | | | | |
| 60 min and 90 min | Doors Temp Rise | 100 (645) | 12 (305) | 33 (838) | 3/4 (20) | 7/16 (11) / 11/32 (9)* | D-OH-NT-90 |

**OKI**

## EX. D-000068

KCMZ.R25299 - Fire-protection-rated Glazing Materials                                    Page 2 of 2

| 60 min and 90 min | Door Non-Temp Rise | 2736 | 36 (914) | 76 (1930) | 3/4 (20) | 7/16 (11) / 11/32 (9)* | D-OH-NT-90 |
|---|---|---|---|---|---|---|---|
| 60 min and 90 min | Sidelights, Transom Lights, Windows | 3202 (20,659) | 76 (1930) | 76 (1930) | 5/8 (16) | 7/16 (11) / 11/32 (9)* | OH-NT-90 |
| **Schott Pyran Crystal L laminated 8.6 mm thick glazing material installed with Pemko FG3000S90.** | | | | | | | |
| 60 min and 90 min | Doors Temp Rise | 100 (645) | 12 (305) | 33 (838) | 3/4 (20) | ½ / (12.7) * | D-OH-NT-90 |
| 60 min | Doors Non-Temp Rise | 2736 (17,652) | 36(914) | 76 (1930) | 3/4 (20) | ½ / (12.7) * | D-OH-NT-60 |
| 90 min | Door Non-Temperature Rise | 2376 (15,330) | 36 (914) | 66 (1676) | 3/4 (20) | ½ / (12.7) * | D-OH-NT-90 |
| 60 min | Sidelights, Transom Lights, Windows | 2786 (17,975) | 66 (1676) | 76 (1930) | 3/4 (20) | ½ / (12.7) * | OH-NT-60 |
| 90 min | Sidelights, Transom Lights, Windows | 2786 (17,975) | 66 (1676) | 66(1676) | 3/4 (20) | ½ / (12.7) * | OH-NT-90 |

Note: All glazing materials also Classified in accordance with Uniform Building Code Standard 7-4, "Fire Tests of Window Assemblies", (1997).

* - Groove width fur use with Pemko FG3000S90

Last Updated on 2006-11-06

Questions?                    Notice of Disclaimer                                    Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



OKI
EX. D-000069

 **ONLINE CERTIFICATIONS DIRECTORY**

### KCMZ.R13377
### Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**TECHNICAL GLASS PRODUCTS**    R13377
600 6TH ST S
KIRKLAND, WA 98033 USA

**Fire-protection-rated glazing materials**

**Product designation:** non-wired FireLite and FireLite NT / FireLite Plus and Fire Lite IGU

**Thickness:** 4.76 mm (3/16 in.) / 7.94 mm (5/16 in.)

**Glazing compound:** Pure silicone caulk, closed cell PVC or DAP 33

**Furnace pressure:** Positive

| Rating | Location | Max Exposed Area of Glazing (Sq In.) | Max Width of Exposed Glazing In. | Max Height of Exposed Glazing In. | Min Depth of Groove In. | Building Code Marking |
|---|---|---|---|---|---|---|
| 20 min NH | Windows, | 3325 | 95 | 95 | 5/8 | OH-20, D-NH-NT-20 |
| | Transom, | | | | | |
| | and/or | | | | | |
| | Sidelites - | | | | | |
| | FireLite | | | | | |
| 20 min NH | Doors - | 3204 | 36 | 89 | 5/8 | D-NH-NT-20 |
| 45 min | FireLite | 3325 | 95 | 95 | 5/8 | OH-45, D-H-NT-45 |
| | Windows, | | | | | |
| | Transom, | | | | | |
| | and/or | | | | | |
| | Sidelites - | | | | | |
| | FireLite | | | | | |
| 45 min | Doors - | 3204 | 36 | 89 | 5/8 | D-H-NT-45 |
| | FireLite | | | | | |
| 60 min | Windows, | 3325 | 95 | 95 | 5/8 | OH-60, D-H-NT-60 |
| | Transom, | | | | | |
| | and/or | | | | | |
| | Sidelites - | | | | | |
| | FireLite | | | | | |

**OKI**
## EX. D-000070

KCMZ.R13377 - Fire-protection-rated Glazing Materials          Page 2 of 4

| 60 min | Doors-<br>Temp Rise-<br>FireLite | 100 | 12 | 33 | 1/2 | D-H-T-60 |
|---|---|---|---|---|---|---|
| 60 min | Doors-Non<br>Temp Rise-<br>FireLite | 3204 | 36 | 89 | 5/8 | D-H-NT-60 |
| 90 min | Doors-Temp Rise-FireLite | 100 | 12 | 33 | 1/2 | D-H-T-90, D-H-NT-90 |
|  | Doors-Non Temp Rise-FireLite | 2034 | 36 | 56-1/2 | 3/4 | |
| 90 min | Windows,<br>Transom,<br>Sidelight-<br>FireLite | 2627 | 46-1/2 | 56-1/2 | 5/8 | OH-90, D-H-NT-90 |
| 3 Hr | Doors-<br>FireLite | 100 | 12 | 33 | 1/2 | D-H-NT-180 |

**Fire-protection -rated glazing material**

**Product designation:** non-wired Fireglass 20

**Thickness:** 1/3, 3/8, 1/2 or 1/4 in.

**Glazing compound:** closed cell PVC tape, Fiberfrax tape or DAP 33

| Rating | Location | Max Exposed Area of Glazing (Sq In.) | Max Width of Exposed Glazing In. | Max Height of Exposed Glazing In. | Min Depth of Groove In. | Building Code Marking |
|---|---|---|---|---|---|---|
| 20 min NH | Doors-<br>Fireglass 20 | 3024 | 36 | 89 | 5/8 | D-NH-NT-20 |
| 20 min NH | Window-<br>Fireglass 20 | 6272 | 106-1/2 | 106-1/2 | 5/8 | OH-20 |
| 20 min NH | Transom/<br>Sidelight-<br>Fireglass 20 | 6272 | 106-1/2 | 106-1/2 | 5/8 | D-NH-NT-20 |

**Fire-protection-rated glazing material:**

**Product designation:** laminated - Pilkington Pyroshield Plus

**Thickness:** 11 mm (7/16 in.)

**Glazing compound:** Designation with * - Pemko FGL3000 Tape or FG3000 Caulk., Designation with + - Pemko FGL3000 glazing tape

**Furnace pressure:** Positive

| Rating | Location | Max Exposed Area of Glazing (Sq In.) | Max Width of Exposed Glazing In. | Max Height of Exposed Glazing In. | Min Depth of Groove In. | Building Code Marking |
|---|---|---|---|---|---|---|

OKI

EX. D-000071

KCMZ.R13377 - Fire-protection-rated Glazing Materials                    Page 3 of 4

| 20 min NH | Windows, | 1296 | 36 | 36 | 5/8 | OH-45, D-H-NT-45 |
|---|---|---|---|---|---|---|
| | Transoms, | | | | | |
| | Sidelights- | | | | | |
| | Pyroshield | | | | | |
| | Plus- | | | | | |
| | Diamond | | | | | |
| | Pattern* | | | | | |
| 45 min | Hollow | 1296 | 24 | 54 | 5/8 | D-H-NT-45 |
| | Metal or | | | | | |
| | Wood Fire | | | | | |
| | Doors- | | | | | |
| | Pyroshield | | | | | |
| | Plus-Diamond | | | | | |
| | or Georgian- | | | | | |
| | Pattern* | | | | | |
| 1 or 1-1/2 -h+ | Wood or | 100 | 20 | 20 | 5/8 | D-H-NNT-90 |
| | Hollow | | | | | |
| | Metal Fire | | | | | |
| | Doors - | | | | | |
| | Pyroshield | | | | | |
| | Plus-Diamond | | | | | |
| | Or Georgian | | | | | |
| | Pattern* | | | | | |

Fire-protection-rated glazing material

Product designation: WireLite, WireLite NT and WireLite IGU

Thickness: 1/4 in.

Glazing Compound: pure silicone caulk, DAP33, FG3000 tape

Furnace Pressure: Positive

| Type of Assembly | Max Exposed Area of Glass Sq In. | Max Width of Exposed Glass In. | Max Height of Exposed Glass In. | Min Depth of Groove In. | Building Code Marking |
|---|---|---|---|---|---|
| Doorframe, Window, Sidelite/ | 1296 | 54 | 54 | 5/8 | D-H-NT-20, OH-20 D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| Transom with or | | | | | |
| without second | | | | | |
| piece of 1/4 in. | | | | | |
| thick tempered | | | | | |
| glass rated 1/3, | | | | | |
| 1/2 or 3/4 h | | | | | |

**OKI**

**EX. D-000072**

KCMZ.R13377 - Fire-protection-rated Glazing Materials          Page 4 of 4

| | | | | | |
|---|---|---|---|---|---|
| Hollow metal door | 3289 | 35-3/4 | 92 | 3/4 | D-NH-NT-20 |
| 20 min NH | | | | | |
| Hollow metal or wood door | 100 | 10 | 33 | 1 | D-H-NT-90 |
| 1-1/2 hour | | | | | |

Fire-protection-rated glazing material

Product designation: WireLite, WireLite NT and WireLite IGU

Thickness: ¼ in.

Glazing compound: Pemko FG3000 "Fire Glaze"

Furnace Pressure: Positive

| Type of Assembly | Max Exposed Area of Glass Sq In. | Max Width of Exposed Glass In. | Max Height of Exposed Glass In. | Min Depth of Groove In. | Building Code Marking |
|---|---|---|---|---|---|
| Transom light | 3456 | 96 | 36 | 5/8 | D-H-NT-45 |
| Sidelight or Window | 4608 | 100 | 100 | 5/8 | D-H-NT-45, OH-45 |
| Hollow metal door | 2856 | 34 | 84 | 5/8 | D-H-NT-45 |
| rated up to | | | | | |
| 3/4 h | | | | | |
| Hollow metal door | 552 | 12 | 46 | 5/8 | D-H-NT-90 |
| rated up to | | | | | |
| 1-1/2 h | | | | | |
| Wood door rated 1 h | 960 | 12 | 80 | 5/8 | D-H-NT-60 |

Last Updated on 2007-10-11

Questions?          Notice of Disclaimer          Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.



OKI
EX. D-000073

**EXHIBIT E**

# EXHIBIT E

KCMZ.R14212 - Fire-protection-rated Glazing Materials                    Page 1 of 4

 **ONLINE CERTIFICATIONS DIRECTORY**

## KCMZ.R14212
## Fire-protection-rated Glazing Materials

Page Bottom

## Fire-protection-rated Glazing Materials

See General Information for Fire-protection-rated Glazing Materials

**SAFTI FIRST**                                                          R14212
325 NEWHALL ST
SAN FRANCISCO, CA 94124 USA

SuperLite I-W, 1/4 in. thick filmed wired glass.

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3, 1/2 or 3/4 Hr. | Doorframe, window, sidelite/transom with or without second piece of 1/4 in. thick tempered glass | 1296 | 54 | 54 | 5/8 | 1/2 | D-H-NT-20, OH-20, D-H-NT-30, OH-30, D-H-NT-45, OH-45 |
| 1/3 h (20 min) No Hose | Hollow Metal Door | 3289 | 35-3/4 | 92 | 3/4 | 1/2 | D-NH-NT-20 |
| 3/4 Hr. | Transom Light | 3456 | 96 | 36 | 5/8 | 1/2 | D-H-NT-45 |
| 3/4 Hr. | Sidelight or Window | 4608 | 100 | 100 | 5/8 | 1/2 | D-H-NT-45, OH-45 |
| 3/4 Hr. | Hollow Metal Door | 2856 | 34 | 84 | 5/8 | 1/2 | D-H-NT-45 |
| 1-1/2 Hr. | Hollow Metal Door | 552 | 12 | 46 | 5/8 | 1/2 | D-H-NT-90 |
| 1 Hr. | Wood Door | 960 | 12 | 80 | 5/8 | 1/2 | D-H-NT-60 |

Fire-protection-rated glazing materials

Product designation:SuperLite 20

Thickness: 1/4 in.

Glazing compound: Pure silicone, closed-cell PVC or DAP 33

Furnace pressure: Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3 h (20 min) No Hose | Steel door with Fire Door Glass Light Frame | 2678 | 109 | 109 | 5/8 | 1/2 | D-NH-NT-20 |
| 1/3 h (20 min) No Hose | Steel door frame: sidelights | 3965 | 109 | 109 | 5/8 | 1/2 | D-NH-NT-20 |
| 1/3 h (20 min) No Hose | Wood door with Fire Door Glass Light Frame | 2719 | 77-1/8 | Rotational 77? 1/8 | 5/8 | 1/2 | D-NH-NT-20 |

KCMZ.R14212 – Fire-protection-rated Glazing Materials

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/3 h (20 min) No Hose | Wood sidelight Frame | 2719 | 77-1/8 | Rotational 77-1/8 | 5/8 | 1/2 | D-NH-NT-20 |
| 1/3 h (20 min) No Hose | Steel windows and steel transoms | 2800 | 71-1/4 | 71-1/4 | 5/8 | 1/2 | D-NH-NT-20 |

**Fire-protection-rated glazing materials**

**Product designation:** SuperLite XL

**Thickness:** 1/4 in.

**Glazing compound:** Pure silicone, closed-cell PVC or DAP 33

**Furnace pressure:** Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1/3 h (20 min) No Hose | Steel door with Fire Door Glass Light Frame | 3341 | 35-1/8 | 96 | 5/8 | 1/2 | D-NH-NT-20 |
| 1/3 h (20 min) No Hose | Steel door frame: sidelights | 3341 | 48 | 96 | 5/8 | 1/2 | D-NH-NT-20 |
| 1/3 h (20 min) No Hose | Steel windows | 3341 | 48 | 96 | 5/8 | 1/2 | D-NH-NT-20 |

**Fire-protection-rated glazing materials**

**Product designation:** SuperLite II-XL

**Thickness:** 3/4 in.

**Glazing compound:** Pure silicone, closed-cell PVC or DAP 33

**Furnace pressure:** Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 3/4 Hr. | Wood and steel doors | 2432 | 34-1/2 | 70-1/2 | 5/8 | 1 | D, H, NT-45 |
| 3/4 Hr. | Steel window frames and steel door frames | 2432 | 70-1/2 | Rotational 70-1/2 | 5/8 | 1 | D, H, NT-45 |

**Fire-protection-rated glazing materials**

**Product designation:** SuperLite II-XL

**Thickness:** 1 in.

**Glazing compound:** Pure silicone, closed-cell PVC or DAP 33

**Furnace pressure:** Positive

| | | Max Exposed Area of | Max Width of Exposed | Max Height of Exposed | Min Depth of | Groove | Building |
|---|---|---|---|---|---|---|---|