| Rating | Application | Glazing (sq in.) | Glazing (in.) | Glazing (in.) | Groove (in.) | Width (in.) | Code Marking |
|---|---|---|---|---|---|---|---|
| 3/4 Hr | Wood and steel doors, steel window frames and steel door frames | 4952 | 124-1/2 | 124-1/4 | 5/8 | 1-1/4 | D, H, NT-45 |
| 1 Hr | Wood and steel doors, steel window frames and steel door frames | 4952 | 124-1/2 | 124-1/4 | 5/8 | 1-1/4 | D, H, NT-60 |

Fire-protection-rated glazing materials

Product designation: SuperLite II-XL

Thickness: 1-1/2 in.

Glazing compound: Pure silicone, closed-cell PVC or DAP 33

Furnace pressure: Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1-1/2 Hr | Wood and steel doors, (temperature rise 250°F and non-temperature rise), steel window frames and steel door frames | 4990 | 126 | 126 | 5/8 | 1-3/4 | D, T, NT, H-90 |

Fire-protection-rated glazing materials

Product designation: SuperLite CP and SuperLite C

Thickness: 1/4 in.

Glazing compound: Fiberfrax tape or Pemko FG3000S90

Furnace pressure: Positive

| Rating | Application | Max Exposed Area of Glazing (sq in.) | Max Width of Exposed Glazing (in.) | Max Height of Exposed Glazing (in.) | Min Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1 and 1-1/2 Hr | Wood and steel doors, (temperature rise 250°F | 100 | 12 | 33 | 3/4 | 1/2 | D,T,H-60D,T,H-90 |
| 1 and 1-1/2 hr | Door Non-Temp Rise | 2736 | 36 | 76 | 3/4 | 1/2 | D,NT,H-60D,NT,H-90 |
| 1 and 1-1/2 hr | Sidelights, Transom Lights, Windows | 3202 | 76 | 76 | 3/4 | 1/2 | D,NT,H-60, OH-60D,NT,H-90, OH-90 |

Fire-protection-rated glazing materials

Product designation: SuperLite C/SP and C/S

Thickness: 1/4 in.

Glazing compound: Fiberfrax tape or Pemko FG3000S90

Furnace pressure: Positive

| | | Max | Max Width | Max Height | Min | | |
|---|---|---|---|---|---|---|---|

KCMZ.R14212 - Fire-protection-rated Glazing Materials                               Page 4 of 4

| Rating | Application | Exposed Area of Glazing (sq in.) | of Exposed Glazing (in.) | of Exposed Glazing (in.) | Depth of Groove (in.) | Groove Width (in.) | Building Code Marking |
|---|---|---|---|---|---|---|---|
| 1 and 1-1/2 Hr | Wood and steel doors, (temperature rise 250°F | 100 | 12 | 33 | 3/4 | 1/2 | D,T,H-60D,T,H-90 |
| 1 and 1-1/2 hr | Door Non-Temp Rise | 2736 | 36 | 76 | 3/4 | 1/2 | D,NT,H-60D,NT,H-90 |
| 1 and 1-1/2 hr | Sidelights, Transom Lights, Windows | 1256 | 76 | 76 | 3/4 | 1/2 | D,NT,H-60, OH-60D,NT,H-90, OH-90 |

Notes:

1. Superlite I, I-XL and II-XL may be color tinted, etched or constructed with an opaque surface.

2. Superlite I, I-XL and II-XL may be provided with an additional layer of polycarbonate or glass to act as a weather barrier.

Last Updated on 2007-10-26

Questions?                    Notice of Disclaimer                              Page Top

Copyright © 2007 Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2007 Underwriters Laboratories Inc.®"

An independent organization working for a safer world with integrity, precision and knowledge.

