Kimball R. Anderson (Admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: kanderson@winston.com

Daniel F. Bailey (SBN 205888)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: dbailey@winston.com

Attorneys for Third-Party Defendant
UNDERWRITERS LABORATORIES INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE BRANCH

| | |
|---|---|
| O'KEEFFE'S, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHNICAL GLASS PRODUCTS; ANEMOSTAT; and PILKINTON PLC, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 07-3535 JF <br><br> DECLARATION OF DANIEL F. BAILEY IN SUPPORT OF THIRD-PARTY DEFENDANT UNDERWRITERS LABORATORIES INC.'S OPPOSITION TO PLAINTIFF O'KEEFFE'S INC.'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION <br><br> Date: TBD <br> Time: TBD <br> Place: Courtroom 3, 5th Floor <br> The Honorable Jeremy Fogel |

I, DANIEL F. BAILEY, declare and state:

1.  I am a duly licensed attorney at law, authorized to practice before the Courts of the State of California as well as the Federal District Court for the Northern District of California.

2.  I am an associate with the firm of Winston & Strawn LLP, counsel to Third-Party Defendant Underwriters Laboratories Inc ("UL") in the above-captioned matter.

3.  I have personal knowledge of the facts stated in this Declaration. If called to testify

1

DECLARATION OF DANIEL F. BAILEY ISO OF THIRD-PARTY DEFENDANT UNDERWRITERS LABORATORIES INC.'S OPPOSITION TO PLAINTIFF O'KEEFFE'S INC.'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

1  to these facts, I could and would do so competently and truthfully.

2      4. Daniel T. Bernhard ("Bernhard"), counsel for Plaintiff O'Keeffe's Inc ("OKI"), claims
3  in Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause (the
4  "Application") that he "advised counsel for UL that such an ex parte request [for Temporary
5  Restraining Order] will be made to this Court"

6      5. Contrary to Bernhard's assertion, he never advised me that he would be seeking a
7  Temporary Restraining Order on an ex parte or noticed motion basis. The first notice I received of
8  the Application was when this Court provided electronic notice of the filings late on Friday evening.

9      I declare under penalty of perjury under the laws of the State of California that the foregoing
10 is true and correct and that I executed this Declaration on this 16th day of January 2008 at
11 San Francisco, California.

Daniel F. Bailey

SF:193781.1

DECLARATION OF DANIEL F. BAILEY ISO OF THIRD-PARTY DEFENDANT UNDERWRITERS LABORATORIES INC.'S OPPOSITION TO PLAINTIFF O'KEEFFE'S INC.'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION