

EXHIBIT A

*** Standards covered by this STP are listed at the end of the roster ***

# STANDARDS TECHNICAL PANEL 10, FIRE DOORS

**Berhinig, Robert M.**

Category: Testing and Standards

Underwriters Laboratories
Primary Designated Engineers
333 Pfingsten Road
Northbrook, IL 60062-2096
Phone: (847) 664-2292
Cell:
Fax: (847) 313-2292
E-mail: robert.m.berhinig@us.ul.com

**Blaiotta, Louis**

Category: Producer

Columbia Elevator Product Co., Inc.
175 N. Main Street
Port Chester, NY 10573
Phone: (914) 937-7100
Cell:
Fax: (914) 937-9181
E-mail: lou@columbia-elevator.com

**Brazil, Philip R.**

Category: General

Reid Middleton, Inc.
728 134th Street SW., Suite 200
Everett, WA 98204
Phone: (425) 741-5039
Cell:
Fax: (425) 741-3900
E-mail: pbrazil@reidmidd.com

**Bulley, Bud**

Category: Producer

Fleming Door Products Ltd.
Technical Services
20 Barr Road
Ajax, Ontario L1S 3X9
CANADA
Phone: (905) 683-3667
Cell:
Fax: (905) 427-1668
E-mail: bbulley@flemingbaron.com

**Charkey, Edward S.**

Category: General

47 Capral Lane
New City, NY 10956
Phone: (845) 638-3230
Cell:
Fax:
E-mail: edwardscharkey@verizon.net

# STANDARDS TECHNICAL PANEL 10, FIRE DOORS

**Curkeet, Rick D.**

Category:  Testing and Standards

Intertek Testing Services NA, Inc.
ETL Semko
8431 Murphy Drive
Middleton, WI  53562
Phone: (608) 824-7412
Cell:
Fax: (608) 831-9279
E-mail: rick.curkeet@intertek.com

---

**Goossens, Philip A.**

Category:  Producer

Pemko Mfg.
Engineering
5535 Distribution Drive
Memphis, TN  38141
Phone: (901) 365-2160 (Ext. 141)
Cell:
Fax: (901) 370-4992
E-mail: philg@pemko.com

---

**Gorrell, Jerrold**

Category:  Commercial/Industrial User

USITT

15514 East Bumblebee Lane
Fountain Hills, AR  85268
Phone: (480) 837-9401
Cell:
Fax: (480) 837-2582
E-mail: jerryg@jgorrell.com

---

**Gottfried, Donald**

Category:  AHJ

New York City Department of Buildings
Technical Affairs / MEA Division
280 Broadway, 7th Floor
New York, NY  10007-1801
Phone: (212) 566-3282
Cell:
Fax: (212) 556-3840
E-mail: donaldg@buildings.nyc.gov

---

**Gould, Jeffrey E.**

Category:  Testing and Standards

FM Approvals
Approvals Division
1151 Boston-Providence Turnpike
PO Box 9102
Norwood, MA  02062
Phone: (781) 255-4873
Cell:
Fax: (781) 762-9375
E-mail: jeffrey.gould@fmglobal.com

# STANDARDS TECHNICAL PANEL 10, FIRE DOORS

| **Hahn, Steven C.** | Lawrence Roll-Up Doors, Inc. |
| | 3130-D Balfour Road #193 |
| | Brentwood, CA  94513 |
| | Phone: (925) 634-1508 |
| Category:  Producer | Cell: |
| | Fax: (925) 634-1578 |
| | E-mail: shahn@lawrencedoors.com |

| **Hannah, Brian K.** | City of Fort Worth |
| | Fire Dept. / Fire Prevention Bureau |
| | 1000 Throckmorton Street |
| | Fort Worth, TX  76102 |
| | Phone: (817) 480-4401 |
| Category:  AHJ | Cell: |
| | Fax: (817) 871-6867 |
| | E-mail: hannahb@ci.fort-worth.tx.us |

| **Hetzel, Joseph R.** | Door & Access Systems Manufacturers Assn. Intl. |
| | 1300 Sumner Avenue |
| | Cleveland, OH  44115-2851 |
| | Phone: (216) 241-7333 |
| Category:  General | Cell: |
| | Fax: (216) 241-0105 |
| | E-mail: jhetzel@taol.com |

| **Janicak, Thomas R.** | Ceco Door Products |
| | 801 Mark Lane |
| | Hampshire, IL  60140 |
| | Phone: (847) 683-0733 |
| Category:  Producer | Cell: (615) 519-4821 |
| | Fax: (731) 723-1285 |
| | E-mail: tjanicak@cecodoor.com |

| **Lipsey, Joel H.** | Joe's Repair |
| | 5007 Lazywood Lane |
| | Durham, NC  27712 |
| | Phone: (919) 479-0110 |
| Category:  General | Cell: |
| | Fax: |
| | E-mail: ask4leoj@aol.com |

# STANDARDS TECHNICAL PANEL 10, FIRE DOORS

**Murphy, Brian P.**

Category:  Non-voting

Underwriters' Laboratories of Canada
Standards Department
440 Laurier Avenue West, Suite 200
Ottawa, Ontario  K1R 7X6
CANADA
Phone: (613) 755-2729 (Ext. 6216)
Cell:
Fax: (613) 231-5977
E-mail: brian.p.murphy@ca.ul.com

**Pardoe, Keith E.**

Category:  General

Door and Hardware Institute

14150 Newbrook Drive, Suite 200
Chantilly, VA  20152-2223
Phone: (703) 222-2010
Cell:
Fax: (703) 222-2410
E-mail: kpardoe@dhi.org

**Patton, Vernon J.**

Category:  Commercial/Industrial User

First Energy Nuclear Operating Company
Fire Protection
5501 N. St. Route 2
Oak Harbor, OH  43449
Phone: (419) 321-7653
Cell:
Fax: (419) 321-8545
E-mail: vjpatton@firstenergycorp.com

**Perry, Rick L.**

Category:  General

Window & Door Manufacturers Association

1400 E. Touhy Avenue, Suite 470
Des Plaines, IL  60018-3337
Phone: (847) 299-5200
Cell:
Fax: (847) 299-1286
E-mail: rperry@wdma.com

**Razwick, Jerry**

Category:  Producer

Technical Glass Products

600-6th Street South
Kirkland, WA  98033
Phone: (800) 426-0279 (Ext. 2626)
Cell:
Fax: (800) 451-9857
E-mail: jerryr@fireglass.com

# STANDARDS TECHNICAL PANEL 10, FIRE DOORS

**Rispoli, Ronald D.**

Category:  Commercial/Industrial User

Entergy Services
Risk Engineering
2414 West 5th
Russellville, AR  72801
Phone: (479) 858-4915
Cell:
Fax:
E-mail: rrispol@entergy.com

**Roeper, Kurt A.**

Category:  Producer

Steelcraft
9017 Blue Ash Road
Cincinnati, OH  45242
Phone: (513) 745-6620
Cell:
Fax: (513) 745-6657
E-mail: kurt_roeper@irco.com

**Ryan, Daniel**

Category:  Chair (Non-Voting)

Underwriters Laboratories
Global Standards
12 Laboratory Drive
P. O. Box 13995
Research Triangle Park, NC  27709
Phone: (919) 549-1658
Cell: (919) 280-3848
Fax: (919) 547-6399
E-mail: daniel.p.ryan@us.ul.com

**Savage, Sr., Michael**

Category:  AHJ

Middle Department Inspection Agency, Inc.
12136 Holly Road
Ridgely, MD  21660
Phone: (410) 634-1962
Cell: (443) 677-7037
Fax: (410) 634-1994
E-mail: mikesavagemco@aol.com

**Scott, Kevin H.**

Category:  Testing and Standards

International Code Council
5360 Workman Mill Road
Whittier, CA  90601
Phone: (888) ICC-safe (Ext. 7273)
Cell: (661) 472-2100
Fax: (661) 834-7477
E-mail: kscott@iccsafe.org

# STANDARDS TECHNICAL PANEL 10, FIRE DOORS

**Sheppard, Elizabeth**

Category:  Project Manager (Non-Voting)

Underwriters Laboratories

333 Pfingsten Road
Northbrook, IL  60062
Phone: (847) 664-3276
Cell:
Fax: (847) 313-3276
E-mail: elizabeth.h.sheppard@us.ul.com

**Sisco, August L.**

Category:  General

National Association of Architectural Metal Mfrs.

800 Roosevelt Road
Bldg. C-312
Glen Ellyn, IL  60137
Phone: (630) 942-6591
Cell:
Fax: (630) 790-3095
E-mail: augies@cmservnet.com

**Skold, Jr., Roger P.**

Category:  Producer

National Guard Products

4985 E. Raines Road
Memphis, TN  38118
Phone: (901) 546-8105
Cell:
Fax: (901) 795-6541
E-mail: rogers2@ngpinc.com

**Tierney, Michael**

Category:  General

Builders Hardware Manufacturers Association

18 Hebron Road
Bolton, CT  06043
Phone: (860) 533-9382
Cell:
Fax: (860) 533-9382
E-mail: mptierney@snet.net

**Tom, Garrett**

Category:  General

Product Certification Consultants LLC    -

1676 Tupolo Drive
San Jose, CA  95124
Phone: (408) 264-0131
Cell:
Fax: (408) 264-4006
E-mail: garrett@productcc.com

# STANDARDS TECHNICAL PANEL 10, FIRE DOORS

**Warix, Clay W.**

Category:  Producer

Overhead Door Corp.

1701 Watson Street
Fort Worth, TX  76103
Phone: (817) 496-6675
Cell: (817) 480-5922
Fax:
E-mail: clay_warix@sbcglobal.net

---

**Wherry, Jeff**

Category:  General

Steel Door Institute
Wherry Associates
30200 Detroit Road
Westlake, OH  44145
Phone: (440) 899-0010
Cell:
Fax: (440) 892-1404
E-mail: jjw@wherryassoc.com

---

**Younis, Steven E.**

Category:  General

Prospective Technology, Inc.

8 Haverstock Road
Franklin, MA  02038-2615
Phone: (508) 321-1345
Cell:
Fax: (508) 321-1346
E-mail: s.younis@comcast.net

---

**Zwirn, Jeffrey**

Category:  General

IDS Research and Development, Inc.

409 Cedar Lane
Teaneck, NJ  07666
Phone: (201) 287-0900
Cell:
Fax: (201) 287-0105
E-mail: jeffzwirn@alarmexpert.com

# STANDARDS TECHNICAL PANEL 10, FIRE DOORS

Standards covered by this STP:

UL 9, Fire Tests of Window Assemblies

UL 10A, TIN-CLAD FIRE DOORS

UL 10B, Fire Tests of Door Assemblies

UL 10C, Positive Pressure Fire Tests of Door Assemblies

UL 14B, Sliding Hardware for Standard, Horizontally Mounted Tin-Clad Fire Doors

UL 14C, Swinging Hardware for Standard Tin-Clad Fire Doors Mounted Singly and In Pairs

Updated: 01/08/08



EXHIBIT B



Working for
a safer world
Click here for the UL Internet

# KCMZ.GuideInfo
# Fire-protection-rated Glazing Materials

**View Listings**    **Page Bottom**    **LIS Home Page**    **Corporate Home Page**

## Fire-protection-rated Glazing Materials

September 11, 2006

<u>Guide Information for Fire Resistance Ratings</u>

### USE

This category covers fire-protection-rated glazing materials Classified for 3/4 h (45 min), 1 h (60 min), 1-1/2 h (90 min), and 3 h (180 min) fire ratings, or 1/3 h (20 min) fire rating without hose stream as indicated in the individual Classifications.

Fire-protection-rated glazing materials are intended for installation in fire windows, fire doors, and fire door frames with transoms and/or sidelights that are provided with suitable glazing frame members.

Fire-protection-rated glazing materials are intended to be installed in accordance with ANSI/NFPA 80, "Standard for Fire Doors and Fire Windows," and/or model building codes, in addition to the installation instructions provided by the manufacturer. ANSI/NFPA 80 and/or the building codes limit the use of fire-protection-rated glazing materials to (1) sidelights and transoms in fire door assemblies having a rating no greater than 3/4 h (45 min), (2) to fire windows in the interior of a structure having a rating no greater than 3/4 h (45 min), (3) to fire windows in an exterior wall of a structure having a rating no greater than 3 h (180 min), and (4) to swinging type fire doors. The installation of glazing materials is intended to be in accordance with the local building code as determined by the Authority Having Jurisdiction.

Authorities Having Jurisdiction should be consulted before installation.

Fire-protection-rated glazing materials are not generally provided by the fire door, fire door frame or fire window frame manufacturer. These glazing materials are normally installed on the job site after the fire door, fire door frame, or fire window frame is installed in the building.

For 1/4-in.-thick wired glass, the maximum exposed area for an individual light should not exceed 1296 sq in. with no dimension of exposed wired glass greater than 54 in., unless otherwise indicated in the individual Classifications. The groove depth formed by the framing members used for retaining wired glass should have a minimum depth as shown in the following tabulation.

| Max Area of Exposed Glazing Material (sq in.) | Min Depth of Groove (in.) |
|---|---|
| 100 | 1/2 |
| 500 | 5/8 |

| 600 | 11/16 |
|-----|-------|
| 1296 | 3/4 |

Wired glass, 1/4-in. thick, is rated for 3/4 h (45 min) for an exposed area not exceeding 1296 sq in., and rated for 1-1/2 h (90 min) for an area not exceeding 100 sq in. For fire-protection-rated glazing materials other than 1/4-in.-thick wired glass, the maximum exposed area for an individual light, the minimum groove depth, and the rating should be as indicated in the individual Classifications.

The 20-minute fire-protection-rated glazing materials tested without hose stream exposure are intended for use in fire windows and fire door assemblies for the protection of openings in walls and partitions as specified in the applicable sections of the model building codes.

The 20-minute rating indicates the duration of fire exposure only. These 20-minute glazing materials have not been subjected to a hose stream exposure.

**PRODUCT MARKINGS**

Glazing materials ~~may~~ bear a marking as described in ANSI/NFPA 5000, "Building Construction and Safety Code," and the "International Building Code."

~~The format of the marking for glazing material intended for use in fire doors is D - H or NH - T or NT - xxx, where:~~

*The marking for glazing materials intended for use in fire doors includes the following information:*

  *The UL symbol with the word "CLASSIFIED" above the UL symbol*

  *Manufacturer name or identification*

  *ANSI/UL 10B and/or ANSI/UL 10C*

  *D - H or NH - T or NT - xxx*

    Where:

    "D" indicates the glazing is suitable for use in fire door assemblies

    "H" indicates compliance with the hose stream requirements of the standard

    "NH" indicates the glazing has not been subjected to the hose stream requirements of the standard

    "T" indicates the glazing material has a temperature rating

    "NT" indicates the glazing material does not have a temperature rating

    "xxx" indicates the fire-protection rating period in minutes

~~The format of the marking for glazing material intended for use in fire windows is OH - xxx, where:~~

*The marking for glazing materials intended for use in fire windows includes the following information:*

*The UL symbol with the word "CLASSIFIED" above the UL symbol*

*Manufacturer name or identification*

*ANSI/UL 9*

*OH - xxx*

> Where "OH" indicates compliance with the fire and hose stream requirements of the standard and "xxx" indicates the fire-protection rating period in minutes

Unless otherwise indicated in the individual Classifications, these glazing materials have not been investigated as safety glazing.

## RELATED PRODUCTS

Fire-resistance-rated glazing materials investigated to ANSI/UL 263, "Fire Tests of Building Construction and Materials," are covered under Fire-resistance-rated Glazing Materials (CCET). Fire-resistance-rated glazing materials are intended for the construction of interior fire-resistance-rated walls and partitions and are differentiated from the glazing materials covered under this category by the test Standard and the intended installation application.

## ADDITIONAL INFORMATION

For additional information, see Fire Resistance Ratings (BXRH).

## REQUIREMENTS

The basic standards used to investigate products in this category are ANSI/UL 9, "Fire Tests of Window Assemblies," ANSI/UL 10B, "Fire Tests of Door Assemblies," and/or ANSI/UL 10C, "Positive Pressure Fire Tests of Door Assemblies."

The fire exposure condition defined in ANSI/UL 9 permits the neutral pressure plane within the furnace to be located at one of two locations. The neutral pressure plane is permitted to be located such that two-thirds of the test sample is exposed to a positive furnace pressure condition. This exposure condition is defined as a positive pressure condition. The neutral pressure plane is also permitted to be located within one inch of the top of the window assembly. This exposure condition is defined as a neutral pressure condition. Using these definitions for furnace pressure condition, ANSI/UL 10B represents a neutral pressure condition and ANSI/UL 10C represents a positive condition.

Fire-protection-rated glazing materials investigated to ANSI/UL 9 are intended for use in fire windows and may be used in fire door assemblies tested under neutral pressure conditions.

## UL MARK

The Classification Mark of Underwriters Laboratories Inc. on the product *or on the smallest unit container in which the product is packaged* is the only method provided by UL to identify products manufactured under its Classification and Follow-Up Service. The Classification Mark for these products includes the UL symbol, the word "CLASSIFIED" above the UL symbol (as illustrated in the Introduction of this Directory), and the following additional information:

## FIRE-PROTECTION-RATED GLAZING MATERIAL

**FIRE TESTED UNDER \* PRESSURE CONDITION**
**IN ACCORDANCE WITH #**
**SEE UL FIRE RESISTANCE DIRECTORY**
**Control No.**

The Classification Mark for glazing materials tested without a hose stream includes the UL symbol, the word "CLASSIFIED" above the UL symbol (as illustrated in the Introduction of this Directory), and the following additional information:

**FIRE-PROTECTION-RATED GLAZING MATERIAL**
**FIRE TESTED UNDER \* PRESSURE CONDITION**
**TWENTY-MINUTE RATING**
**TESTED WITHOUT HOSE STREAM**
**SEE UL FIRE RESISTANCE DIRECTORY**
**Control No.**

**\* NEUTRAL or POSITIVE**

**# ANSI/UL 9, ANSI/UL 10B and/or ANSI/UL 10C**

---

# Cutoff

### LOOK FOR CLASSIFICATION MARK ON PRODUCT

Directory: FIRERES

---

| **Page Top** | **LIS Home Page** | **DMS** |
|---|---|---|
| **UL Listed and Classified Products** | **UL Recognized Components** | **Products Certified for Canada** |

This page and all contents are Copyright © 2008 by Underwriters Laboratories Inc.®

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Listed and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Designs and/or Listings (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from Underwriters Laboratories Inc." must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "Copyright © 2008 Underwriters Laboratories Inc.®"

This database is for **INTERNAL USE ONLY**.



# UL 9

ISBN 0-7629-0433-X

# Fire Tests of Window Assemblies

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Underwriters Laboratories Inc. (UL)
333 Pfingsten Road
Northbrook, IL  60062-2096

UL Standard for Safety for Fire Tests of Window Assemblies, UL 9

Seventh Edition,  Dated  April 14, 2000

Revisions: This Standard contains revisions through and including April 12, 2005.

**Summary of Topics**

**These revisions to UL 9 are being issued to enable the fire test to be conducted under positive pressure; eliminate the maximum temperature limitation on the furnace during fire testing; include a requirement that flaming on the unexposed surface of the assembly and passage of gases that ignite cotton are unacceptable; provide guidance on temperature measurement of the unexposed surface of the assembly and in measuring the intensity of the heat flux being transmitted by the assembly; and to provide various editorial clarifications.**

UL Standards for Safety are developed and maintained in the Standard Generalized Markup Language (SGML). SGML -- an international standard (ISO 8879-1986) -- is a descriptive markup language that describes a document's structure and purpose, rather than its physical appearance on a page. Due to formatting differences resulting from the use of UL's new electronic publishing system, please note that additional pages (on which no requirements have been changed) may be included in revision pages due to relocation of existing text and reformatting of the Standard.

Text that has been changed in any manner is marked with a vertical line in the margin. Changes in requirements are marked with a vertical line in the margin and are followed by an effective date note indicating the date of publication or the date on which the changed requirement becomes effective.

The new and revised requirements are substantially in accordance with UL's Bulletin(s) on this subject dated June 16, 2004 and October 27, 2004. The bulletin(s) is now obsolete and may be discarded.

The revisions dated April 12, 2005 include a reprinted title page (page1) for this Standard.

As indicated on the title page (page 1), this UL Standard for Safety is an American National Standard. Attention is directed to the note on the title page of this Standard outlining the procedures to be followed to retain the approved text of this ANSI/UL Standard.

As indicated on the title page (page1), this UL Standard for Safety has been adopted by the Department of Defense.

The UL Foreword is no longer located within the UL Standard. For information concerning the use and application of the requirements contained in this Standard, the current version of the UL Foreword is located on ULStandardsInfoNet at: http://ulstandardsinfonet.ul.com/ulforeword.html

The master for this Standard at UL's Northbrook Office is the official document insofar as it relates to a UL service and the compliance of a product with respect to the requirements for that product and service, or if there are questions regarding the accuracy of this Standard.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

UL's Standards for Safety are copyrighted by UL. Neither a printed copy of a Standard, nor the distribution diskette for a Standard-on-Diskette and the file for the Standard on the distribution diskette should be altered in any way. All of UL's Standards and all copyrights, ownerships, and rights regarding those Standards shall remain the sole and exclusive property of UL.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form by any means, electronic, mechanical photocopying, recording, or otherwise without prior permission of UL.

Revisions of UL Standards for Safety are issued from time to time. A UL Standard for Safety is current only if it incorporates the most recently adopted revisions.

UL provides this Standard "as is" without warranty of any kind, either expressed or implied, including but not limited to, the implied warranties of merchantability or fitness for any purpose.

In no event will UL be liable for any special, incidental, consequential, indirect or similar damages, including loss of profits, lost savings, loss of data, or any other damages arising out of the use of or the inability to use this Standard, even if UL or an authorized UL representative has been advised of the possibility of such damage. In no event shall UL's liability for any damage ever exceed the price paid for this Standard, regardless of the form of the claim.

UL will attempt to answer support requests concerning electronic versions of its Standards. However, this support service is offered on a reasonable efforts basis only, and UL may not be able to resolve every support request. UL supports the electronic versions of its Standards only if they are used under the conditions and operating systems for which it is intended. UL's support policies may change from time-to-time without notification.

UL reserves the right to change the format, presentation, file types and formats, delivery methods and formats, and the like of both its printed and electronic Standards without prior notice.

Purchasers of the electronic versions of UL's Standards for Safety agree to defend, indemnify, and hold UL harmless from and against any loss, expense, liability, damage, claim, or judgement (including reasonable attorney's fees) resulting from any error or deviation introduced while purchaser is storing an electronic Standard on the purchaser's computer system.

If a single-user version electronic Standard was purchased, one copy of this Standard may be stored on the hard disk of a single personal computer, or on a single LAN file-server or the permanent storage device of a multiple-user computer in such a manner that this Standard may only be accessed by one user at a time and for which there is no possibility of multiple concurrent access.

If a multiple-user version electronic Standard was purchased, one copy of the Standard may be stored on a single LAN file-server, or on the permanent storage device of a multiple-user computer, or on an Intranet server. The number of concurrent users shall not exceed the number of users authorized.

Electronic Standards are intended for on-line use, such as for viewing the requirements of a Standard, conducting a word search, and the like. Only one copy of the Standard may be printed from each single-user version of an electronic Standard. Only one copy of the Standard may be printed for each authorized user of a multiple-user version of an electronic Standard. Because of differences in the computer/software/printer setup used by UL and those of electronic Standards purchasers, the printed copy obtained by a purchaser may not look exactly like the on-line screen view or the printed Standard.

An employee of an organization purchasing a UL Standard can make a copy of the page or pages being viewed for their own fair and/or practical internal use.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

The requirements in this Standard are now in effect, except for those paragraphs, sections, tables, figures, and/or other elements of the Standard having future effective dates as indicated in the note following the affected item. The prior text for requirements that have been revised and that have a future effective date are located after the Standard, and are preceded by a "SUPERSEDED REQUIREMENTS" notice.

New product submittals made prior to a specified future effective date will be judged under all of the requirements in this Standard including those requirements with a specified future effective date, unless the applicant specifically requests that the product be judged under the current requirements. However, if the applicant elects this option, it should be noted that compliance with all the requirements in this Standard will be required as a condition of continued Listing and Follow-Up Services after the effective date, and understanding of this should be signified in writing.

Copyright © 2005 Underwriters Laboratories Inc.

This Standard consists of pages dated as shown in the following checklist:

| Page | Date |
|------|------|
| 1-6 | April 12, 2005 |
| 7 | April 14, 2000 |
| 8 | April 12, 2005 |
| 9 | April 14, 2000 |
| 10-18 | April 12, 2005 |
| A1-A2 | April 12, 2005 |
| B1-B2 | April 12, 2005 |

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

No Text on This Page

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

**APRIL 14, 2000**
(Title Page Reprinted: April 12, 2005)



**ANSI/UL 9-2004**

1

# UL 9

### Standard for Fire Tests of Window Assemblies

Previous numbered and unnumbered editions of standards covering this material have been published since 1903.

First Edition – June, 1962
Second Edition – November, 1970
Third Edition – October, 1974
Fourth Edition – August, 1979
Fifth Edition – June, 1989
Sixth Edition – October, 1994

### Seventh Edition

#### April 14, 2000

The most recent designation of ANSI/UL 9 as an American National Standard (ANSI) occurred on December 21, 2004. The ANSI approval for this standard does not include the cover page, transmittal pages or title page.

This ANSI/UL Standard for Safety, which consists of the Seventh Edition (with revisions through April 12, 2005), is under continuous maintenance, whereby each revision is ANSI approved upon publication. Comments or proposals for revisions on any part of the Standard may be submitted to UL at any time. Proposals should be submitted via a Proposal Request in UL's On-Line Collaborative Standards Development System (CSDS) at http://csds.ul.com.

An effective date included as a note immediately following certain requirements is one established by Underwriters Laboratories Inc. and is not part of the ANSI Standard.

The Department of Defense (DoD) has adopted UL 9 on June 27, 1989. The publication of revised pages or a new edition of this Standard will not invalidate the DoD adoption.

Revisions of this Standard will be made by issuing revised or additional pages bearing their date of issue. A UL Standard is current only if it incorporates the most recently adopted revisions, all of which are itemized on the transmittal notice that accompanies the latest set of revised requirements.

**ISBN 0-7629-0433-X**

**COPYRIGHT © 1974, 2005 UNDERWRITERS LABORATORIES INC.**

*UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL*

No Text on This Page

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## CONTENTS

**INTRODUCTION**

1 Scope ........................................................................5
2 General .......................................................................6
    2.1 Units of measurement ..............................................6
    2.2 Undated references .................................................6

**PERFORMANCE**

3 Control of Fire Tests .........................................................6
    3.1 Time-temperature curve ............................................6
    3.2 Furnace temperatures ..............................................8
    3.3 Furnace Pressure .................................................10
4 Test Assemblies ............................................................12
    4.1 Construction and size .............................................12
    4.2 Mounting .........................................................13
5 Conduct of Tests ...........................................................13
    5.1 General ...........................................................13
    5.1A Heat flux .......................................................13
    5.1B Unexposed surface temperatures ...............................13
    5.2 Fire endurance test ..............................................14
    5.3 Hose stream test .................................................14

**CONDITIONS OF ACCEPTANCE**

6 General .....................................................................15
    6.1 Window assemblies ...............................................15
    6.2 Glass block assemblies ...........................................16
7 Report of Results ...........................................................16

**APPENDIX A**

Standard Time-Temperature Curve For Control of Fire Tests ................................A1

**APPENDIX B**

Requirements for Thermocouple Pads ...................................................B1

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Case 5:07-cv-03535-JF    Document 78-4    Filed 01/25/2008    Page 25 of 101

This page intentionally left blank.

UL COPYRIGHTED MATERIAL --
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## INTRODUCTION

### 1 Scope

1.1 These methods of fire tests are applicable to window assemblies, including glass block and other light transmitting assemblies, for use in the protection of openings in vertical fire resistive assemblies.

1.1 revised April 12, 2005

1.2 Assemblies classified in accordance with this standard provide only limited protection from the transmission of heat. This standard provides guidance to measure the heat flux emitted through the test specimen during the fire exposure and temperatures on the unexposed surface.

1.2 revised April 12, 2005

1.3 Tests made in conformity with these test methods shall not be construed as determining suitability of window assemblies for continued use after fire exposure.

1.3 revised April 12, 2005

1.4 These methods are intended to evaluate the ability of a window or other light transmitting assembly to remain in an opening during a predetermined test exposure.

1.5 The tests expose a specimen to a standard fire exposure controlled to achieve specified temperatures throughout a specified time period, followed by the application of a specified standard fire hose stream. The exposure, however, may not be representative of all fire exposure conditions, which may vary with changes in the amount, nature, and distribution of fire loading; ventilation; compartment size and configuration; and heat sink characteristics of the compartment. It does, however, provide a relative measure of fire performance of window assemblies under these specified exposure conditions.

1.5 revised April 12, 2005

1.5.1 This standard defines two pressure conditions for the control of the furnace during the fire exposure. One pressure condition is identified as a positive pressure condition and one is identified as a neutral pressure condition.

1.5.1 added April 12, 2005

1.6 Any variation from the construction or conditions that are tested may substantially change the performance characteristics of the assembly.

1.7 These methods do not provide the following:

a) Full information as to performance of all window assemblies in walls constructed of materials other than tested.

b) Evaluation of the degree by which the window assembly contributes to the fire hazard by generation of smoke, toxic gases, or other products of combustion.

c) *Deleted*

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

d) Measurement of the degree of control or limitation of smoke or products of combustion passage through the window assembly.

These methods permit loss of glass lights and through openings, provided such loss and openings do not exceed specified limits.

1.7 revised April 12, 2005

*1.8 Deleted April 12, 2005*

## 2 General

### 2.1 Units of measurement

2.1.1 Values stated without parentheses are the requirement. Values in parentheses are explanatory or approximate information.

### 2.2 Undated references

2.2.1 Any undated reference to a code or standard appearing in the requirements of this standard shall be interpreted as referring to the latest edition of that code or standard.

## PERFORMANCE

## 3 Control of Fire Tests

### 3.1 Time-temperature curve

3.1.1 The fire exposure of window assemblies shall be controlled to conform to the applicable portion of the standard time-temperature curve shown in Figure 3.1. The points on the curve that determine its character are:

    1000°F (538°C) at 5 minutes

    1300°F (704°C) at 10 minutes

    1462°F (795°C) at 20 minutes

    1550°F (843°C) at 30 minutes

    1638°F (892°C) at 45 minutes

    1700°F (927°C) at 1 hour

    1792°F (978°C) at 1-1/2 hours

    1850°F (1010°C) at 2 hours

    1925°F (1052°C) at 3 hours

For a closer definition of the time-temperature curve, see Appendix A.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Case 5:07-cv-03535-JF    Document 78-4    Filed 01/25/2008    Page 28 of 101

**Figure 3.1**
**Time-temperature curve**



S2344

UL COPYRIGHTED MATERIAL —
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL.

## 3.2 Furnace temperatures

3.2.1 The temperatures of the test exposure are to be the average temperature obtained from the readings of not less than nine thermocouples symmetrically disposed and distributed to show the temperature near all parts of the test assembly. The thermocouples are to be protected by sealed porcelain tubes having 3/4 inch (19.1 mm) outside diameter and 1/8 inch (3.2 mm) wall thickness or, as an alternate in the case of base-metal thermocouples, protected by sealed 1/2-inch (12.5-mm) wrought-steel or wrought-iron pipe, in accordance with Welded and Seamless Wrought Steel Pipe, ANSI/ASME B36.10M, of standard weight. See Figure 3.2. The exposed length of the thermocouple protection tube in the furnace chamber is not to be less than 12 inches (305 mm). The junction of the thermocouples is to be 6 inches (152 mm) from the exposed face of the test assembly, or from the construction in which the assembly is installed during the entire test exposure.

3.2.1 revised April 12, 2005

UL COPYRIGHTED MATERIAL —
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Case 5:07-cv-03535-JF    Document 78-4    Filed 01/25/2008    Page 30 of 101

**Figure 3.2**
**Test furnace**



1. Restraining Frame
2. Area For Mounting Test Specimen
3. Loading Jacks (when required)
4. Furnace
5. Observation Ports
6. Gas Burners
7. Thermocouple Tubes
8. Flue

S2320

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

3.2.2 The temperatures are to be read at intervals not exceeding 1 minute.

3.2.2 revised April 12, 2005

3.2.3 The accuracy of the furnace control is to be such that the area under the time-temperature curve, obtained by averaging the results from the thermocouple readings, is within 10 percent of the corresponding area under the standard time-temperature curve for fire test of 1 hour or less duration, within 7.5 percent for those over 1 hour and not more than 2 hours, and within 5 percent for tests exceeding 2 hours in duration.

3.2.4 Deleted April 12, 2005

**3.3 Furnace Pressure**

3.3.1 Furnace pressures are to be read at intervals not exceeding 1 minute.

3.3.1 added April 12, 2005

3.3.2 Control of the furnace pressure is to be established beginning no later than 5 minutes after the start of the test and is to be maintained throughout the remainder of the fire test.

3.3.2 added April 12, 2005

3.3.3 The vertical pressure distribution within the furnace is to be measured by at least two pressure-sensing probes separated by a minimum vertical distance of 6 feet (1.8 m) inside the furnace for furnaces with a minimum vertical dimension of 10 feet (3.05 m). Minimum vertical separation between pressure probes is to be reduced proportionally for furnaces with an internal dimension less than 10 feet (3.05 m).

3.3.3 added April 12, 2005

3.3.4 The pressure-sensing probes are to be as shown in either Figure 3.3 or Figure 3.4.

3.3.4 added April 12, 2005

UL COPYRIGHTED MATERIAL --
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Case 5:07-cv-03535-JF    Document 78-4    Filed 01/25/2008    Page 32 of 101

**Figure 3.3**
**"T" shaped pressure-sensing probe**
Figure 3.3 added April 12, 2005



Key
1)  To pressure transducer
2)  Open
3)  Stainless-steel tube (inside diameter 5 mm to 10 mm)
S4920

Note: 1 inch = 25.4 mm

**Figure 3.4**
**Tube shaped pressure-sensing probe**
Figure 3.4 added April 12, 2005



Key
1)  Holes, 3.0 mm diameter
2)  Holes, 3.0 mm diameter, spaced 40° apart around the pipe
3)  Welded end
4)  Stainless-steel pipe
S4921

Note: 1 inch = 25.4 mm

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

3.3.5 The pressure-sensing probes are to be located within 6 inches (152 mm) of the vertical centerline of the furnace chamber.

3.3.5 added April 12, 2005

3.3.6 The pressure at each location is to be measured using a differential pressure instrument capable of reading in increments no greater than 0.01 inch water gauge (2.5 Pa) with an accuracy of ±0.005 inch water gauge (±1.2 Pa) or better. The differential pressure measurement instrument is to be located so as to minimize stack effects caused by vertical runs of pressure tubing between the pressure-sensing probes and the differential pressure measurement instrument locations.

3.3.6 added April 12, 2005

3.3.7 Based on the vertical separation and pressure differences between the two pressure-sensing probes, a calculation of the zero pressure plane is to be made. The furnace pressure is to be positive above the zero pressure plane.

3.3.7 added April 12, 2005

3.3.8 For fire tests conducted under positive pressure conditions, the zero pressure plane is to be established such that at least two-thirds of the height of the window assembly is located above the zero pressure plane.

3.3.8 added April 12, 2005

3.3.9 For fire tests conducted under neutral pressure conditions, the zero pressure plane is to be established such that it is located within ±1 inch (±6 mm) of the top of the window assembly.

3.3.9 added April 12, 2005

## 4 Test Assemblies

### 4.1 Construction and size

4.1.1 The design, construction, material, workmanship, and hardware of the test assembly is to be representative of the construction under evaluation. A record of materials and construction details adequate for identification is to be made.

4.1.1 revised April 12, 2005

4.1.2 The area of the test assembly is not to be less than 100 square feet (9.29 m$^2$) with neither dimension less than 9 feet (2.7 m).

4.1.3 If the conditions of use limit the construction to smaller dimensions, a proportionate reduction may be made in the dimensions of the test assembly for tests qualifying them for such restricted use.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## 4.2 Mounting

4.2.1 The test assembly is to be installed in the wall or partition construction in the manner in which it is to be used. It is to be mounted so that the latches and fasteners other than hinges will be on the unexposed side, and the mounting is not to prevent the free and easy operation of all operable components such as ventilators and sash.

4.2.2 The wall or partition is to be constructed of masonry or other materials representative of the wall or partition construction. Window frame wall anchors, when used, are to be suitable for the wall or partition constructed.

## 5 Conduct of Tests

### 5.1 General

5.1.1 The wall or partition is to have sufficient strength at the time of the test to retain the assembly securely in position throughout the fire and hose stream test.

### 5.1A Heat flux

5.1A.1 The radiative heat flux transmitted through the test assembly is to be measured when requested by the test sponsor. The flux measurements are to be recorded at least once every minute.

5.1A.1 added April 12, 2005

5.1A.2 The radiative heat flux is to be measured by an instrument capable of measuring radiant heat flow having a range of 0 to 50 kW/m$^2$ with an accuracy of ±5% of the maximum range. The response time of the instrument is to be such that the instrument is capable of recording 64% of the maximum range within 10 seconds. The view angle of the instrument is to be 180 ±5°.

5.1A.2 added April 12, 2005

5.1A.3 The radiative heat flux is to be measured in a plane parallel, and at a distance of 39 ±3/8 inches (1.0 ±0.01 m) from the unexposed surface of the test assembly.

5.1A.3 added April 12, 2005

### 5.1B Unexposed surface temperatures

5.1B.1 The temperatures on the unexposed surface of the glazing materials are to be measured when requested by the test sponsor. The temperature measurements are to be recorded at least once every minute.

5.1B.1 added April 12, 2005

5.1B.2 When measured, the temperatures are to be measured with thermocouples with a wire diameter of not more than 0.03 inch (0.7 mm). Each thermocouple is to be brazed to the center of the face of a copper disk 1/2 inch (12 mm) in diameter and 0.01 inch (0.2 mm) thick, which is secured to the surface of the specimen at the required position. The thermocouples are to be placed under flexible, oven-dry, felted pads. The properties of these pads are to comply with the requirements specified in Appendix B, Requirements for Thermocouple Pads.

5.1B.2 added April 12, 2005

UL COPYRIGHTED MATERIAL —
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

5.1B.3 When measured, the unexposed surface temperatures are to be taken at not less than two points, with a minimum of one thermocouple in each 16-square foot (1.5 m$^2$) area of the glazing material. Thermocouples are not to be located more than 12 inches (305 mm) from the edge of the framing.

5.1B.3 added April 12, 2005

5.1B.4 The disk and the pad are to be fixed to the surface of the specimen by a sodium silicate (water glass) adhesive or an adhesive that is rated for use at temperatures equal to or greater than 700°F (370°C).

5.1B.4 added April 12, 2005

5.1B.5 The thermocouples and pads are to be removed after 30 minutes of fire exposure.

*Exception:   The thermocouples and pads are to remain on the assembly when unexposed surface temperature data beyond the first 30 minutes of fire exposure is being evaluated.*

5.1B.5 added April 12, 2005

## 5.2 Fire endurance test

5.2.1 The pressure in the furnace chamber is to be maintained as described in 3.3.8 for window assemblies tested under positive pressure conditions, and as in 3.3.9 for window assemblies tested under neutral pressure conditions.

5.2.1 revised April 12, 2005

5.2.2 The test is to be continued for the predetermined test exposure unless the conditions of acceptance set forth in Section 6 are exceeded in a shorter period.

5.2.2 revised April 12, 2005

5.2.3 The distance between the junction of the thermocouples used to measure furnace temperature is to be adjusted during the test so that the distance remains at 6 ±1 inches (152 ±25 mm) during the test.

5.2.3 added April 12, 2005

## 5.3 Hose stream test

5.3.1 Immediately following the fire endurance test and within 1-1/2 minutes, the fire exposed side of the test assembly is to be subjected to the impact, erosion, and cooling effects of the hose stream.

5.3.2 The hose stream is to be delivered through a 2-1/2-inch (63.5-mm) hose discharging through a National Standard playpipe of corresponding size equipped with a 1-1/8 inch (28.6 mm) discharge tip of the standard-taper smooth-bore pattern without shoulder at the orifice.

5.3.3 The tip of the nozzle is to be located 20 feet (6.1 m) from, and on a line normal to, the center of the test assembly. If such a location is not possible, the nozzle may be on a line deviating not more than 30 degrees from the line normal to the center of the test assembly. When so located, the distance from the plane of the surface of the test assembly is to be less than 20 feet (6.1 m) by an amount equal to 1 foot (305 mm) for each 10 degrees of deviation from the normal.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

5.3.4 The hose stream is to be directed around the periphery of the test assembly starting upward from a lower corner. When the circuit is approximately 1 foot (305 mm) from the starting point, the hose stream is to be applied in paths approximately 1 foot apart up and down the assembly across the entire width and then back and forth horizontally across the entire height. The traverse rate of the hose stream across the assembly is to be 3 to 6 feet per second (0.9 to 1.8 meters per second).

5.3.4 revised April 12, 2005

5.3.5 The water pressure at the base of the nozzle and duration of application in seconds per square foot (s/m$^2$) of exposed area shall be as prescribed in Table 5.1.

Table 5.1
Water pressure at base of nozzle and duration of application

| | Water pressure at base of nozzle, | | Duration of application of exposed area, | |
|---|---|---|---|---|
| Desired rating | psi | (kPa) | seconds per square foot | (s/m$^2$) |
| 3 hour | 45 | 310 | 3.0 | 32 |
| 1-1/2 hour and over if less than 3 hour | 30 | 207 | 1.5 | 16 |
| 1 hour and over if less than 1-1/2 hour | 30 | 207 | 0.9 | 10 |
| Less than 1 hour | 30 | 207 | 0.6 | 6 |

NOTE – The exposed area may be calculated using the outside dimensions of the test specimen, including a frame, hangers, tracks, or other parts of the assembly if provided, but normally not including the wall into which the specimen is mounted. Where multiple test specimens are mounted in the same wall, the rectangular or square wall area encompassing all of the specimens is to be considered as the exposed area since the hose stream must traverse this area during its application.

## CONDITIONS OF ACCEPTANCE

## 6 General

### 6.1 Window assemblies

6.1.1 A window assembly shall be considered as complying with the requirements for performance if it remains in the opening during the fire endurance test and hose stream test within the following limitations.

6.1.2 The window assembly shall not be loosened from its fastenings.

6.1.3 Movement at the perimeter of openable components from the initial closed position shall not exceed the thickness of the frame member at any point.

6.1.4 During the fire exposure test, glass edges shall not be separated from the frame so as to create an opening.

6.1.5 During the hose stream test, separation of the glass edges from the glazing frame by movements away from the frame so as to create an opening shall not exceed 30 percent of each individual glass light perimeter.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

6.1.6 During the hose stream test, openings created by glass breakage in the central area of each glass light shall not exceed 5 percent of the area of each individual glass light.

6.1.7 Openings for the purpose of 6.1.5 and 6.1.6 are defined as through holes in the assembly that are visible from the unexposed side when looking perpendicular through the plane of the assembly at the location of the suspected opening.

6.1.8 No flaming shall occur on the unexposed surface of the assembly.

6.1.8 added April 12, 2005

## 6.2 Glass block assemblies

6.2.1 A glass block assembly shall be considered as complying with the requirements for performance if it remains in the opening during the fire endurance test and hose stream test within the following limitations.

6.2.2 The glass block assembly shall not be loosened from the frame.

6.2.3 At least 70 percent of the glass blocks shall not develop through openings.

6.2.4 No flaming shall occur on the unexposed surface of the assembly.

6.2.4 added April 12, 2005

## 7  Report of Results

7.1 A report of results is to be prepared in accordance with the performance in the tests as prescribed in these test methods. The report shall include but shall not be limited to the following:

   a) A description of the wall in which the glazing is mounted for testing.

   b) The temperature measurements of the furnace on a comparative graph with the standard time-temperature curve (see Control of Fire Tests, Section 3).

   c) All observations of the reaction to fire of the test assembly that have a bearing on its performance, during both the fire and hose stream tests.

   d) Condition of the window and its fastenings after the tests.

   e) The amount and nature of the movement of any operable components from the initial closed position.

   f) The condition of the individual glass lights, including movement of the edges, and the percentage of fragments dislodged during the tests.

   g) For glass blocks, a report of any loosening of the blocks in the frame and any through openings.

   h) The materials and construction of the test assembly and wall or partition, and details of installation, including frames, latches, hinges and fasteners used for mounting, shall be recorded or referenced to assure positive identification or duplication in all respects.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

i) Identification of the pressure condition within the furnace during the fire exposure, pressure measurements made in the furnace, their location relative to the top of the window and the calculation that determines the location of the zero pressure plane.

j) When recorded, the intensity of the heat flux emitted through the test assembly during the fire test.

k) When recorded, the temperatures on the unexposed surface.

7.1 revised April 12, 2005

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

No Text on This Page

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## APPENDIX A

**Standard Time-Temperature Curve For Control of Fire Tests**

| Time, hr, min. | Temperature, °F | Area above 68°F base, °F, min. | Area above 68°F base, °F, hr. | Temperature, °C | Area above 20°C base, °C, min. | Area above 20°C base, °C, hr. |
|---|---|---|---|---|---|---|
| 0:00 | 68 | 00 | 0 | 20 | 00 | 0 |
| 0:05 | 1000 | 2330 | 39 | 538 | 1290 | 22 |
| 0:10 | 1300 | 7740 | 129 | 704 | 4300 | 72 |
| 0:15 | 1399 | 14150 | 236 | 760 | 7860 | 131 |
| 0:20 | 1462 | 20970 | 350 | 795 | 11650 | 194 |
| 0:25 | 1510 | 28050 | 468 | 821 | 15590 | 260 |
| 0:30 | 1550 | 35360 | 589 | 843 | 19650 | 328 |
| 0:35 | 1584 | 42860 | 714 | 862 | 23810 | 397 |
| 0:40 | 1613 | 50510 | 842 | 878 | 28060 | 468 |
| 0:45 | 1638 | 58300 | 971 | 892 | 32390 | 540 |
| 0:50 | 1661 | 66200 | 1103 | 905 | 36780 | 613 |
| 0:55 | 1681 | 74220 | 1237 | 916 | 41230 | 687 |
| 1:00 | 1700 | 82330 | 1372 | 927 | 45740 | 762 |
| 1:05 | 1718 | 90540 | 1509 | 937 | 50300 | 838 |
| 1:10 | 1735 | 98830 | 1647 | 946 | 54910 | 915 |
| 1:15 | 1750 | 107200 | 1787 | 955 | 59560 | 993 |
| 1:20 | 1765 | 115650 | 1928 | 963 | 64250 | 1071 |
| 1:25 | 1779 | 124180 | 2070 | 971 | 68990 | 1150 |
| 1:30 | 1792 | 132760 | 2213 | 978 | 73760 | 1229 |
| 1:35 | 1804 | 141420 | 2357 | 985 | 78560 | 1309 |
| 1:40 | 1815 | 150120 | 2502 | 991 | 83400 | 1390 |
| 1:45 | 1826 | 158890 | 2648 | 996 | 88280 | 1471 |
| 1:50 | 1835 | 167700 | 2795 | 1001 | 93170 | 1553 |
| 1:55 | 1843 | 176550 | 2942 | 1006 | 98080 | 1635 |
| 2:00 | 1850 | 185440 | 3091 | 1010 | 103020 | 1717 |
| 2:10 | 1862 | 203330 | 3389 | 1017 | 112960 | 1882 |
| 2:20 | 1875 | 221330 | 3689 | 1024 | 122960 | 2049 |
| 2:30 | 1888 | 239470 | 3991 | 1031 | 133040 | 2217 |
| 2:40 | 1900 | 257720 | 4295 | 1038 | 143180 | 2386 |
| 2:50 | 1912 | 276110 | 4602 | 1045 | 153390 | 2556 |
| 3:00 | 1925 | 294610 | 4910 | 1052 | 163670 | 2728 |
| 3:10 | 1938 | 313250 | 5221 | 1059 | 174030 | 2900 |
| 3:20 | 1950 | 332000 | 5533 | 1066 | 184450 | 3074 |
| 3:30 | 1962 | 350890 | 5848 | 1072 | 194940 | 3249 |
| 3:40 | 1975 | 369890 | 6165 | 1079 | 205500 | 3425 |
| 3:50 | 1988 | 389030 | 6484 | 1086 | 216130 | 3602 |
| 4:00 | 2000 | 408280 | 6805 | 1093 | 226820 | 3780 |
| 4:10 | 2012 | 427670 | 7128 | 1100 | 237590 | 3960 |
| 4:20 | 2025 | 447180 | 7453 | 1107 | 248430 | 4140 |
| 4:30 | 2038 | 466810 | 7780 | 1114 | 259340 | 4322 |
| 4:40 | 2050 | 486560 | 8110 | 1121 | 270310 | 4505 |
| 4:50 | 2062 | 506450 | 8441 | 1128 | 281360 | 4689 |
| 5:00 | 2075 | 526450 | 8774 | 1135 | 292470 | 4874 |
| 5:10 | 2088 | 546580 | 9110 | 1142 | 303660 | 5061 |
| 5:20 | 2100 | 566840 | 9447 | 1149 | 314910 | 5248 |

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Table Continued on Next Page

## Table Continued

| Time, hr, min. | Temperature, °F | Area above 68°F base, °F, min. | °F, hr. | Temperature, °C | Area above 20°C base, °C, min. | °C, hr. |
|---|---|---|---|---|---|---|
| 5:30 | 2112 | 587220 | 9787 | 1156 | 326240 | 5437 |
| 5:40 | 2125 | 607730 | 10129 | 1163 | 337630 | 5627 |
| 5:50 | 2138 | 628360 | 10473 | 1170 | 349090 | 5818 |
| 6:00 | 2150 | 649120 | 10819 | 1177 | 360620 | 6010 |
| 6:10 | 2162 | 670000 | 11167 | 1184 | 372230 | 6204 |
| 6:20 | 2175 | 691010 | 11517 | 1191 | 383900 | 6398 |
| 6:30 | 2188 | 712140 | 11869 | 1198 | 395640 | 6594 |
| 6:40 | 2200 | 733400 | 12223 | 1204 | 407450 | 6791 |
| 6:50 | 2212 | 754780 | 12580 | 1211 | 419330 | 6989 |
| 7:00 | 2225 | 776290 | 12938 | 1218 | 431270 | 7188 |
| 7:10 | 2238 | 797920 | 13299 | 1225 | 443290 | 7388 |
| 7:20 | 2250 | 819680 | 13661 | 1232 | 455380 | 7590 |
| 7:30 | 2262 | 841560 | 14026 | 1239 | 467540 | 7792 |
| 7:40 | 2275 | 863570 | 14393 | 1246 | 479760 | 7996 |
| 7:50 | 2288 | 885700 | 14762 | 1253 | 492060 | 8201 |
| 8:00 | 2300 | 907960 | 15133 | 1260 | 504420 | 8407 |

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

**APPENDIX B**

**Requirements for Thermocouple Pads**

B1.1 Refractory fiber material[a] is to be used as a thermocouple pad when distortion of the unexposed face of the test specimen will be insignificant. Such material is not to be used on surfaces subject to sharp distortions or discontinuities during the test. A pad formed from this material is to have the following characteristics:

    a) Length and width – 6 ±1/8 (152 ±3 mm).

    b) Thickness[b] – 0.375 ±0.063 inch (9.5 ±1.6 mm).

    c) Dry weight – 0.147 ±0.053 pounds (67 ±24 g).

    d) Thermal conductivity at 150°F (66°C) – 0.37 ±0.03 Btu-inch per hour per square foot per degree F (0.053 ±0.004 W/m K).

    e) Hardness[c] (on soft face) – 2.25 to 4.5 (modified Brinnell).

[a]Johns-Manville Ceraform 126, or the equivalent, complies with these specifications.

[b]The thickness measurement is to be made under the light load of a 1/2 inch (12.7-mm) diameter pad of a dial micrometer gage.

[c]The hardness measurement is to be made by pressing a 1 inch (25.4 mm) diameter steel ball against the specimen and measuring the indentation obtained between a minor load of 2 pounds-mass (0.91 kg) and an additional major load of 10 pounds-mass (4.5 kg) [12 pounds-mass (5.4 kg) total load]. The hardness is obtained by the relationship:

$$Hardness = \frac{2.24}{y}$$

In which:

        $y$ is the difference in indentation in inches.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

No Text on This Page

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL



EXHIBIT D

# UL 10B

ISBN 0-7629-0170-5

# Fire Tests of Door Assemblies

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

*UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL*

Underwriters Laboratories Inc. (UL)
333 Pfingsten Road
Northbrook, IL  60062-2096

UL Standard for Safety for Fire Tests of Door Assemblies, UL 10B

Ninth Edition, Dated  April 28, 1997

Revisions: This Standard contains revisions through and including October 5, 2001.

UL Standards for Safety are developed and maintained in the Standard Generalized Markup Language (SGML). SGML -- an international standard (ISO 8879-1986) -- is a descriptive markup language that describes a document's structure and purpose, rather than its physical appearance on a page. Due to formatting differences resulting from the use of UL's new electronic publishing system, please note that additional pages (on which no requirements have been changed) may be included in revision pages due to relocation of existing text and reformatting of the Standard.

Text that has been changed in any manner is marked with a vertical line in the margin. Changes in requirements are marked with a vertical line in the margin and are followed by an effective date note indicating the date of publication or the date on which the changed requirement becomes effective.

The new and/or revised requirements are substantially in accordance with UL's Bulletin(s) on this subject dated September 29, 2000. The bulletin(s) is now obsolete and may be discarded.

The revisions dated October 5, 2001 include a reprinted title page (page1) for this Standard.

As indicated on the title page (page 1), this UL Standard for Safety is an American National Standard. Attention is directed to the note on the title page of this Standard outlining the procedures to be followed to retain the approved text of this ANSI/UL Standard.

As indicated on the title page (page1), this UL Standard for Safety has been adopted by the Department of Defense.

The master for this Standard at UL's Northbrook Office is the official document insofar as it relates to a UL service and the compliance of a product with respect to the requirements for that product and service, or if there are questions regarding the accuracy of this Standard.

UL's Standards for Safety are copyrighted by UL. Neither a printed copy of a Standard, nor the distribution diskette for a Standard-on-Diskette and the file for the Standard on the distribution diskette should be altered in any way. All of UL's Standards and all copyrights, ownerships, and rights regarding those Standards shall remain the sole and exclusive property of UL.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form by any means, electronic, mechanical photocopying, recording, or otherwise without prior permission of UL.

Revisions of UL Standards for Safety are issued from time to time. A UL Standard for Safety is current only if it incorporates the most recently adopted revisions.

UL provides this Standard "as is" without warranty of any kind, either expressed or implied, including but not limited to, the implied warranties of merchantability or fitness for any purpose.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

In no event will UL be liable for any special, incidental, consequential, indirect or similar damages, including loss of profits, lost savings, loss of data, or any other damages arising out of the use of or the inability to use this Standard, even if UL or an authorized UL representative has been advised of the possibility of such damage. In no event shall UL's liability for any damage ever exceed the price paid for this Standard, regardless of the form of the claim.

UL will attempt to answer support requests concerning electronic versions of its Standards. However, this support service is offered on a reasonable efforts basis only, and UL may not be able to resolve every support request. UL supports the electronic versions of its Standards only if they are used under the conditions and operating systems for which it is intended. UL's support policies may change from time-to-time without notification.

UL reserves the right to change the format, presentation, file types and formats, delivery methods and formats, and the like of both its printed and electronic Standards without prior notice.

Purchasers of the electronic versions of UL's Standards for Safety agree to defend, indemnify, and hold UL harmless from and against any loss, expense, liability, damage, claim, or judgement (including reasonable attorney's fees) resulting from any error or deviation introduced while purchaser is storing an electronic Standard on the purchaser's computer system.

If a single-user version electronic Standard was purchased, one copy of this Standard may be stored on the hard disk of a single personal computer, or on a single LAN file-server or the permanent storage device of a multiple-user computer in such a manner that this Standard may only be accessed by one user at a time and for which there is no possibility of multiple concurrent access.

If a multiple-user version electronic Standard was purchased, one copy of the Standard may be stored on a single LAN file-server, or on the permanent storage device of a multiple-user computer, or on an Intranet server. The number of concurrent users shall not exceed the number of users authorized.

Electronic Standards are intended for on-line use, such as for viewing the requirements of a Standard, conducting a word search, and the like. Only one copy of the Standard may be printed from each single-user version of an electronic Standard. Only one copy of the Standard may be printed for each authorized user of a multiple-user version of an electronic Standard. Because of differences in the computer/software/printer setup used by UL and those of electronic Standards purchasers, the printed copy obtained by a purchaser may not look exactly like the on-line screen view or the printed Standard.

An employee of an organization purchasing a UL Standard can make a copy of the page or pages being viewed for their own fair and/or practical internal use.

The requirements in this Standard are now in effect, except for those paragraphs, sections, tables, figures, and/or other elements of the Standard having future effective dates as indicated in the note following the affected item. The prior text for requirements that have been revised and that have a future effective date are located after the Standard, and are preceded by a "SUPERSEDED REQUIREMENTS" notice.

New product submittals made prior to a specified future effective date will be judged under all of the requirements in this Standard including those requirements with a specified future effective date, unless the applicant specifically requests that the product be judged under the current requirements. However, if the applicant elects this option, it should be noted that compliance with all the requirements in this Standard will be required as a condition of continued Listing and Follow-Up Services after the effective date, and understanding of this should be signified in writing.

Copyright © 2001 Underwriters Laboratories Inc.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

This Standard consists of pages dated as shown in the following checklist:

| Page | Date |
|------|------|
| 1-16 | October 5, 2001 |
| A1-A2 | April 28, 1997 |
| B1-B2 | October 5, 2001 |

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

No Text on This Page

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

APRIL 28, 1997
(Title Page Reprinted: October 5, 2001)



American National Standard
ANSI/UL 10B-2001

## HISTORICAL NOTE

Doors for protection of openings in walls and partitions have been subjected to fire-exposure tests by Underwriters Laboratories Inc. for a period of more than 65 years. Standard construction of wood-core, tin-clad fire doors was first formally recognized by the National Fire Protection Association in 1899. Hollow-metal doors were first submitted to Underwriters Laboratories for investigation and fire-exposure test in 1904. Fire-testing of other types of doors and shutters by UL has been conducted over a correspondingly long period. Study by a long-continued NFPA committee, of results of numerous fire tests of doors conducted under the auspices of this committee at Underwriters Laboratories in 1900 – 1901, formed the basis for many details of construction covered by Standards for protection of openings adopted by the National Fire Protection Association and by the National Board of Fire Underwriters in 1915, and published by both.

1

## UL 10B

## Standard for Fire Tests of Door Assemblies

First Edition – November, 1942
Second Edition – July, 1950
Third Edition – November, 1957
Fourth Edition – January, 1970
Fifth Edition – February, 1974
Sixth Edition – August, 1979
Seventh Edition – May, 1986
Eighth Edition – July, 1993

### Ninth Edition

### April 28, 1997

The most recent approval of UL 10B as an American National Standard (ANSI) occurred on June 27, 2001 and covers the Eighth Edition including revisions through October 5, 2001. Approval of UL 10B as an American National Standard is maintained using the continuous maintenance process. Comments or proposals for revisions on any part of the Standard may be submitted to UL at any time. Written comments are to be sent to UL-SC Standards Department, 1655 Scott Blvd, Santa Clara, CA 95050.

An effective date included as a note immediately following certain requirements is one established by Underwriters Laboratories Inc.

The Department of Defense (DoD) has adopted UL 10B on September 6, 1989. The publication of revised pages or a new edition of this Standard will not invalidate the DoD adoption.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Revisions of this Standard will be made by issuing revised or additional pages bearing their date of issue. A UL Standard is current only if it incorporates the most recently adopted revisions, all of which are itemized on the transmittal notice that accompanies the latest set of revised requirements.

**ISBN 0-7629-0170-5**

**COPYRIGHT © 1997, 2001 UNDERWRITERS LABORATORIES INC.**

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## CONTENTS

FOREWORD ................................................................................4

**INTRODUCTION**

1 Scope ................................................................................5
2 General ..............................................................................6
  2.1 Units of measurement ...........................................................6
  2.2 Undated references .............................................................6

**CONTROL OF FIRE TESTS**

3 Time-Temperature Curve ..............................................................6
4 Furnace Temperatures ................................................................7
5 Unexposed Surface Temperatures ......................................................8

**TEST ASSEMBLIES**

6 Construction and Size ...............................................................9
7 Mounting for Test Purposes ..........................................................9

**CONDUCT OF TESTS**

8 Time of Testing ....................................................................10
9 Fire Endurance Test ................................................................10
10 Hose Stream Test ..................................................................10

**REPORT**

11 General ...........................................................................11

**CONDITIONS OF ACCEPTANCE**

12 General ...........................................................................12
13 Specific ..........................................................................13
  13.1 All doors ......................................................................13
  13.2 Swinging doors .................................................................13
  13.3 Sliding and rolling doors ......................................................14
14 Glazing Assemblies ................................................................15

**APPENDIX A**

Standard Time-Temperature Curve for Control of Fire Tests ...............................A1

**APPENDIX B**

Requirements for Thermocouple Pads .....................................................B1

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

**FOREWORD**

A. This Standard contains a description of the basic test method(s) for evaluating products covered by Underwriters Laboratories Inc. (UL) under its Follow-Up Service for this category within the limitations given below and in the Scope section of this Standard. This test method(s) is based upon sound engineering principles, research, records of tests and field experience, and an appreciation of the problems of manufacture, installation, and use derived from consultation with and information obtained from manufacturers, users, inspection authorities, and others having specialized experience. It is subject to revision as further experience and investigation may show is necessary or desirable.

B. The consistent and uniform production of the product so that it will perform in the manner indicated by the coverage is one of the conditions of the continued coverage of the manufacturer's product.

C. A product which performs in a specified manner will not necessarily be judged to be eligible for coverage if, when examined and tested, it is found to have other features which impair the significance associated with such performance.

D. A product that contains features, characteristics, components, materials, or systems new or different from those covered by the requirements in this standard, and that involves a risk of fire or of electric shock or injury to persons shall be evaluated using appropriate additional component and end-product requirements to maintain the level of safety as originally anticipated by the intent of this standard. A product whose features, characteristics, components, materials, or systems conflict with specific requirements or provisions of this standard does not comply with this standard. Revision of requirements shall be proposed and adopted in conformance with the methods employed for development, revision, and implementation of this standard.

E. UL, in performing its functions in accordance with its objectives, does not assume or undertake to discharge any responsibility of the manufacturer or any other party. The opinions and findings of UL represent its professional judgment given with due consideration to the necessary limitations of practical operation and state of the art at the time the Standard is processed. UL shall not be responsible to anyone for the use of or reliance upon this Standard by anyone. UL shall not incur any obligation or liability for damages, including consequential damages, arising out of or in connection with the use, interpretation of, or reliance upon this Standard.

F. Many tests required by the Standards of UL are inherently hazardous and adequate safeguards for personnel and property shall be employed in conducting such tests.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## INTRODUCTION

### 1 Scope

1.1 These methods of fire tests are applicable to door assemblies of various materials and types of construction for use in wall openings to retard the passage of fire.

1.2 Tests made in conformity with these test methods register performance during the test exposure; and such tests shall not be construed as determining compliance for use after exposure to fire.

1.3 It is the intent that tests made in conformity with these test methods develop data to enable regulatory bodies to determine the compliance of door assemblies for use in locations where fire resistance of a specified duration is required.

1.4 These methods are intended to evaluate the ability of a door assembly to remain in an opening during a predetermined test exposure.

1.5 The tests expose a specimen to a standard fire exposure controlled to achieve specified temperatures throughout a specified time period, followed by the application of a specified standard fire hose stream. The exposure, however, is not representative of all fire conditions, which vary with changes in the amount, nature, and distribution of fire loading, ventilation, compartment size and configuration, and heat sink characteristics of the compartment. It does, however, provide a relative measure of fire performance of door assemblies under these specified fire exposure conditions.

1.6 Any variation from the construction or conditions that are tested is capable of substantially changing the performance characteristics of the assembly.

1.7 The methods do not provide the following:

a) Full information as to performance of all door assemblies in walls constructed of materials other than those tested.

b) Evaluation of the degree by which the door assembly contributes to the risk of fire by generation of smoke, toxic gases, or other products of combustion.

c) A temperature limit on the unexposed side of the door assembly.

d) A limit on the number of openings intended in glazed areas or of the number and size of lateral openings between the door and frame.

e) Measurement of the degree of control or limitation of the passage of smoke or products of combustion through the door assembly.

1.8 A product that contains features, characteristics, components, materials, or systems new or different from those covered by the requirements in this standard, and that involves a risk of fire or of electric shock or injury to persons shall be evaluated using appropriate additional component and end-product requirements to maintain the level of safety as originally anticipated by the intent of this standard. A product whose features, characteristics, components, materials, or systems conflict with specific requirements or provisions of this standard does not comply with this standard. Revision of requirements shall be proposed and adopted in conformance with the methods employed for development, revision, and implementation of this standard..

1.8 revised October 5, 2001

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## 2 General

### 2.1 Units of measurement

2.1.1 When a value for measurement is followed by a value in other units in parentheses, the first stated value is the requirement.

### 2.2 Undated references

2.2.1 Any undated reference to a code or standard appearing in the requirements of this standard shall be interpreted as referring to the latest edition of that code or standard.

## CONTROL OF FIRE TESTS

### 3 Time-Temperature Curve

3.1 The fire exposure of door assemblies shall be controlled to conform to the applicable portion of the standard time-temperature curve shown in Figure 3.1. The points on the curve that determine its character are:

    a) 1000°F (538°C) at 5 minutes

    b) 1300°F (704°C) at 10 minutes

    c) 1462°F (795°C) at 20 minutes

    d) 1550°F (843°C) at 30 minutes

    e) 1638°F (892°C) at 45 minutes

    f) 1700°F (927°C) at 1 hour

    g) 1792°F (978°C) at 1-1/2 hours

    h) 1850°F (1010°C) at 2 hours

    i) 1925°F (1052°C) at 3 hours

    j) 2000°F (1093°C) at 4 hours

3.2 For a more detailed definition of the time-temperature curve, see Appendix A.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

**Figure 3.1**
**Time-temperature curve**



S2344

## 4 Furnace Temperatures

4.1 The temperatures of the test exposure shall be deemed to be the average temperature obtained from the readings of not less than nine thermocouples symmetrically disposed and distributed to show the temperature near all parts of the test assembly, see Figure 4.1. The thermocouples are to be protected by sealed porcelain tube having 3/4 inch (19.1 mm) outside diameter and 1/8 inch (3.2 mm) wall thickness or, as an alternate, in the case of base-metal thermocouples, protected by 1/2-inch (12.7-mm) wrought-steel or wrought-iron pipe of standard weight. The junction of the thermocouples is to be 6 inches (152 mm) from the exposed face of the test assembly or from the masonry in which the assembly is installed, during the entire test exposure.

4.2 The temperatures are to be read at intervals not exceeding 5 minutes during the first 2 hours, and thereafter the intervals are to be increased to not more than 10 minutes.

4.3 The accuracy of the furnace control is to be such that the area under the time-temperature curve, obtained by averaging the results from the thermocouple readings, is within 10 percent of the corresponding area under the standard time-temperature curve for fire tests of 1 hour or less duration or during the first hour of multi-hour tests, 7.5 percent in the first 2 hours of multi-hour tests, and within 5 percent for tests exceeding 2 hours in duration.

4.3 revised October 5, 2001

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

**Figure 4.1**
**Test furnace**



1. Restraining Frame
2. Area For Mounting Test Specimen
3. Loading Jacks (when required)
4. Furnace
5. Observation Ports
6. Gas Burners
7. Thermocouple Tubes
8. Flue

S2320

## 5 Unexposed Surface Temperatures

5.1 Unexposed surface temperatures are to be recorded, and are to be determined in the following manner.

*Exception:  Single-layer metal doors are not required to comply with this section.*

5.2 Unexposed surface temperatures are to be taken at not less than three points, with at least one thermocouple in each 16-square foot (1.5-m²) area of the door. Thermocouples are not to be located over reinforcements extending through the door, over glass panels, or nearer than 12 inches (305 mm) from the edge of the door.

5.3 Unexposed surface temperatures are to be measured with thermocouples placed under flexible, oven-dry, felted pads. The properties of these pads are to comply with the requirements specified in Appendix B.

5.4 Unexposed surface temperatures are to be read at intervals not exceeding 5 minutes for the first 30 minutes of the test. After 30 minutes, when requested by the sponsor, the thermocouples and the felted pads are to be removed.

5.4 revised October 5, 2001

*UL COPYRIGHTED MATERIAL –*
*NOT AUTHORIZED FOR FURTHER REPRODUCTION OR*
*DISTRIBUTION WITHOUT PERMISSION FROM UL*

## TEST ASSEMBLIES

### 6 Construction and Size

6.1 The construction and size of the test door assembly, consisting of single doors, doors in pairs, special-use doors (such as Dutch doors or double-egress doors), or multisection doors, shall be representative of that for which classification or rating is specified.

6.2 A floor structure shall be provided as part of the opening to be protected, other than where such floor interferes with the operation of the door. The floor segment shall be of noncombustible material and shall project into the furnace for twice the thickness of the test door, the anticipated deflection of the bottom bar of a rolling door, or to the limit of the frame, whichever is greater.

6.2 revised October 5, 2001

### 7 Mounting for Test Purposes

7.1 Swinging doors shall be mounted so as to open into the furnace chamber.

7.2 Sliding and rolling doors, other than horizontal slide-type elevator doors, shall be mounted on the exposed side of the opening in the wall closing the furnace chamber.

7.3 Horizontal slide-type elevator doors shall be mounted on the unexposed side of the opening in the wall closing the furnace chamber.

7.4 Access-type doors and chute-type doors and frame assemblies shall be mounted so as to have one assembly open into the furnace chamber and another assembly open away from the furnace chamber.

7.5 Dumbwaiter and service-counter doors and frame assemblies shall be mounted on the exposed side of the opening in the wall.

7.6 The mounting of all doors shall be such that they fit within the frame, against the wall surfaces, or in guides, and such mounting shall not prevent free and easy operation of the test door.

7.7 Clearances for swinging doors shall be as follows: with a minus 1/16 inch (1.6 mm) tolerance – 1/8 inch (3.2 mm) along the top, 1/8 inch (3.2 mm) along the hinge and latch jambs, 1/8 inch (3.2 mm) along the meeting edge of doors in pairs, and 3/8 inch (9.5 mm) at the bottom edge of a single swing door, and 1/4 inch (6.4 mm) at the bottom of a pair of doors.

7.8 Clearances for horizontal sliding doors not mounted within guides are to be as follows: with a minus 1/8 inch (3.2 mm) tolerance – 1/2 inch (12.7 mm) between door and wall surfaces, 3/8 inch (9.5 mm) between door and floor structure, and 1/4 inch (6.4 mm) between the meeting edges of center-parting doors.

7.8 revised October 5, 2001

7.9 Clearances for vertical sliding doors moving within guides shall be as follows: with a minus 1/8 inch (3.2 mm) tolerance– 1/2 inch (12.7 mm) between door and wall surfaces along top and/or bottom door edges with guides mounted directly to the wall surface and 3/16 inch (4.8 mm) between meeting edges of bi-parting doors or 3/16 inch (4.8 mm) between door and floor structure or sill.

UL COPYRIGHTED MATERIAL –<br>
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR<br>
DISTRIBUTION WITHOUT PERMISSION FROM UL

7.10 Clearances for horizontal slide-type elevator doors shall be as follows: with a minus 1/8 inch (3.2 mm) tolerance – 3/8 inch (9.5 mm) between the door and wall surfaces, 3/8 inch (9.5 mm) between multisection door panels, and 3/8 inch (9.5 mm) from the bottom of a panel to the sill. Multisection door panels shall overlap 3/4 inch (19.1 mm). Door panels shall overlap the wall opening 3/4 inch (19.1 mm) at sides and top.

7.11 Door frames shall be evaluated when mounted so as to have the doors open either away from or into the furnace chamber, at the discretion of the testing authority, to obtain representative information on the performance of the construction under test.

7.12 Surface-mounted hardware (fire-exit devices) for use on fire doors shall be evaluated by being installed on one door assembly swinging into the furnace chamber and another door assembly swinging away from the furnace chamber.

7.13 Door frame wall anchors, when used, shall be intended for the wall or partition construction.

## CONDUCT OF TESTS

### 8 Time of Testing

8.1 Masonry shall possess the strength to retain the assembly securely in position throughout the fire and hose stream test.

### 9 Fire Endurance Test

9.1 The pressure in the furnace chamber is to be 0 ±0.01 inches of water at the top of the door.

9.1 revised October 5, 2001

9.2 The test is to be continued until the exposure period of the specified classification or rating is reached unless the conditions of acceptance set forth in Sections 12 and 13 are exceeded in a shorter period.

### 10 Hose Stream Test

10.1 Immediately following the fire endurance test, subject the test assembly to the impact, erosion, and cooling effects of a hose stream directed first at the middle and then at all parts of the exposed surface, with a smooth steady movement of the hose at a rate to ensure that all parts of the test assembly are impacted by the hose stream. When all parts of the test assembly have been impacted by the hose stream, the application pattern is to be reversed.

10.1 revised October 5, 2001

10.2 Deliver the hose stream through a 2-1/2-inch (64.5-mm) hose discharging through a National Standard Playpipe of corresponding size equipped with a 1-1/8-inch (28.6-mm) discharge tip of the standard-taper, smooth-bore pattern without shoulder at the orifice. The minimum water pressure at the base of the nozzle and the minimum duration of application in seconds per square foot (s/m$^2$) of exposed area is to be as prescribed in Table 10.1.

10.2 revised October 5, 2001

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

10.3 The tip of the nozzle is to be located a maximum of 20 feet (6 m) from and on a line normal to the center of the test door. When it is not possible to be so located, the nozzle is to be on a line deviating not more than 30 degrees from the line normal to the center of the test door. When so located, the distance from the center is to be less than 20 feet (6 m) by an amount equal to 1 foot (0.3 m) for each 10 degrees of deviation from the normal.

10.3 revised October 5, 2001

**Table 10.1**
**Water pressure at base of nozzle and duration of application**

| Specified rating | Water pressure at base of nozzle, | | Duration of application of exposed area, | |
| | psi | (KPa) | seconds per square foot | (s/m$^2$) |
|---|---|---|---|---|
| 3-hour or 4-hour | 45 | 310 | 3.0 | 32 |
| 1-1/2-hour and over when less than 3-hour | 30 | 207 | 1.5 | 16 |
| 1-hour and over when less than 1-1/2-hour | 30 | 207 | 0.9 | 10 |
| Less than 1 hour | 30 | 207 | 0.6 | 6 |

NOTE – The exposed area shall be calculated using the outside dimensions of the test specimen, including a frame, hangers, tracks, or other parts of the assembly when provided, and normally not including the wall into which the specimen is mounted. Where multiple test specimens are mounted in the same wall, the rectangular or square wall area encompassing all of the specimens is identified as the exposed area since the hose stream must traverse this area during its application.

## REPORT

### 11 General

11.1 Results shall be reported in accordance with the performance in the tests prescribed in these test methods. The report shall show the performance under the specified exposure period chosen from the following: 20-minute, 30-minute, 3/4-hour, 1-hour, 1-1/2-hour, 3-hour or 4-hour. The report shall include the temperature measurements of the furnace and, when determined, of the unexposed side of the test assembly. See 5.1. It shall also contain a record of all observations having a bearing on the performance of the test assembly.

11.2 Any flaming on the unexposed surface of the door leaf shall be recorded.

11.3 The amount of movement of any portion of the edges of the door adjacent to the door frame from the original position shall be recorded. See Sections 12 and 13.

11.4 The materials and construction of the door, frame, and wall or partition, and the details of the installation, hardware, door frame and wall anchors, hangers, guides, trim, finish, and clearance or lap shall be recorded or referenced to provide positive identification or duplication in all respects.

11.5 Pressure measurements made in the furnace and location of such measurements relative to the elevation of the top of the door shall be recorded.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## CONDITIONS OF ACCEPTANCE

### 12 General

12.1 A door assembly shall be considered as meeting the requirements for intended performance when it remains in the opening during the fire endurance test and hose-stream test within the following limitations.

12.2 The lap edges of horizontal, slide-type passenger elevator doors, as defined in the Safety Code for Elevators and Escalators, ANSI A17.1-1990, including the lap edges of multisection doors, shall not move from the wall or adjacent panel surfaces resulting in a separation of more than 2-7/8 inches (73.0 mm) during the entire classification period, or immediately following the hose stream test. The meeting edges of center-parting elevator door assemblies, for a fire and hose stream exposure of 1-1/2 hours or less, shall not move apart more than 1-1/4 inches (31.8 mm) as measured in any horizontal plane during the entire classification period or immediately following the hose stream test.

12.3 Doors mounted in guides shall not release from guides and guides shall not loosen such that passage of flames occurs.

12.3 revised October 5, 2001

12.4 The test assembly shall withstand the Fire Endurance Test, Section 9, and Hose-Stream Test, Section 10, without developing openings anywhere through the assembly.

*Exception No. 1: Dislodging of small portions of glass during the hose stream, as specified in 14.6, is not prohibited.*

*Exception No. 2: Separation between meeting edges of pairs of doors within the limits specified in 12.2, 13.2.3, 13.2.4, 13.3.5, and 13.3.6 is not prohibited.*

*Exception No. 3: An opening between the bottom edge of a door and sill within the limits specified in 7.7 – 7.10, 13.3.3, and 13.3.7 is not prohibited.*

12.4 revised October 5, 2001

12.5 For the purpose of the requirement of 12.4, an opening is defined as a through-hole in the assembly that is seen from the unexposed side when viewed from the direction perpendicular to the plane of the assembly at the location of the suspected opening.

*UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL*

## 13 Specific

### 13.1 All doors

13.1.1 No flaming shall occur on the unexposed surface of a door assembly during the first 30 minutes of the classification period.

13.1.2 After 30 minutes, intermittent light flaming [6 inches (152 mm) long], for periods not exceeding 5-minute intervals, is capable of occurring along the edges of doors.

13.1.3 Light flaming is capable of occurring during the last 15 minutes of the classification period on the unexposed surface area of the door, when it is contained within a distance of 1-1/2 inches (38.1 mm) from a vertical door edge and within 3 inches (76.2 mm) from the top edge of the door and within 3 inches from the top edge of the frame of a vision panel.

13.1.4 When hardware is to be evaluated for use on fire doors, it shall hold the door closed in accordance with the conditions of acceptance for the intended door assembly classification period and, in addition, the latch bolt shall remain projected and shall be intact after the test. The hardware is not required to be operable after test.

### 13.2 Swinging doors

13.2.1 The movement of swinging doors shall not result in any portion of the edges adjacent to the door frame moving from the original position in a direction perpendicular to the plane of the door more than the thickness of the door during the first half of the classification period, nor more than 1-1/2 times the door thickness during the entire classification period or as a result of the hose stream test.

13.2.2 The movement of swinging doors mounted in pairs shall not result in any portion of the meeting edges moving more than 1-1/2 times the thickness of the door away from the adjacent door edge in a direction perpendicular to the plane of the doors during the entire classification period or as a result of the Hose Stream Test, Section 10.

13.2.2 revised October 5, 2001

13.2.3 An assembly consisting of a pair of swinging doors incorporating an astragal shall not separate in a direction parallel to the plane of the doors more than 3/4 inch (19.1 mm) nor a distance equal to the throw of a latch bolt at the latch location.

13.2.4 An assembly consisting of a pair of swinging doors, without an overlapping astragal, for a fire and hose stream exposure of 1-1/2 hours or less, shall not separate along the meeting edges more than 3/8 inch (9.5 mm), including the initial clearance between doors.

13.2.5 An assembly consisting of a single swinging door shall not separate more than 1/2 inch (12.7 mm) at the latch location.

13.2.6 Door frames to be evaluated with doors shall remain securely fastened to the wall on all sides and shall not reveal through-openings between frame and doors or between frame and adjacent wall.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## 13.3 Sliding and rolling doors

13.3.1 Doors mounted on the face of the wall shall not move from the wall to develop a separation of more than 2-7/8 inches (47.8 mm) during the entire classification period or as a result of the hose stream test.

13.3.2 Doors mounted in guides shall not release from the guides, and the guides shall not loosen such that the passage of flames occurs.

13.3.2 revised October 5, 2001

13.3.3 The bottom bar of rolling steel doors shall not separate from the floor structure more than 3/4 inch (19.1 mm) during the entire classification period or as a result of the hose stream test.

13.3.4 The meeting edge of center-parting horizontal sliding doors and bi-parting vertical sliding doors shall not separate more than the door thickness in a direction perpendicular to the plane of the doors during the entire classification period or more than 1–1/2 times the door thickness as a result of the Hose Stream Test, Section 10.

13.3.4 revised October 5, 2001

13.3.5 The meeting edges of center-parting horizontal sliding doors and bi-parting vertical sliding doors without an overlapping astragal, for a fire and hose stream exposure of 1-1/2 hours or less, shall not separate in a direction parallel to the plane of the doors more than 3/8 inch (9.5 mm) along the meeting edges, including the initial clearance between doors.

13.3.6 The meeting edges of center-parting horizontal sliding doors incorporating an astragal shall not separate in a direction parallel to the plane of the doors more than 3/4 inch (19.1 mm) nor a distance equal to the throw of the latch bolt along the meeting edges.

13.3.7 The bottom edge of service-counter doors or single-slide dumbwaiter doors shall not separate from the sill more than 3/8 inch (9.5 mm).

13.3.8 A resilient astragal, when provided, shall not deteriorate and reveal through-openings during the fire endurance test; however, small portions are not prohibited from being dislodged during the hose stream test.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## 14 Glazing Assemblies

14.1 A glazing assembly shall be considered as meeting the requirements for intended performance when it remains in the opening during the fire endurance test and hose stream test within the following limitations.

14.2 The glazing assembly shall not be loosened from its fastenings.

14.3 Movement at the perimeter of openable components from the initial closed position shall not exceed the thickness of the frame member at any point.

14.4 During the fire exposure test, the glass edges shall not separate from the frame and create an opening.

14.5 Separation of the glass edges during the hose stream test from the glazing frame by movements away from the frame so as to create an opening shall not exceed 30 percent of each individual glass light perimeter.

14.6 During the hose stream test, openings created by glass breakage in the central area of each glass light shall not exceed 5 percent of the area of each individual glass light.

14.7 Openings for the purpose of 14.5 and 14.6 are defined as through-holes in the assembly that are seen from the unexposed side when looking perpendicular through the plane of the assembly at the location of the suspected opening.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

No Text on This Page

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## APPENDIX A

### Standard Time-Temperature Curve for Control of Fire Tests

| Time, Hr.:Min. | Temperature, °F | Area above 68°F base | | Temperature, °C | Area above 20°C base | |
|---|---|---|---|---|---|---|
| | | °F – Min. | °F – Hr. | | °C – Min. | °C – Hr. |
| 0:00 | 68 | 00 | 0 | 20 | 00 | 0 |
| 0:05 | 1,000 | 2,330 | 39 | 538 | 1,290 | 22 |
| 0:10 | 1,300 | 7,740 | 129 | 704 | 4,300 | 72 |
| 0:15 | 1,399 | 14,150 | 236 | 760 | 7,860 | 131 |
| 0:20 | 1,462 | 20,970 | 350 | 795 | 11,650 | 194 |
| 0:25 | 1,510 | 28,050 | 468 | 821 | 15,590 | 260 |
| 0:30 | 1,550 | 35,360 | 589 | 843 | 19,650 | 328 |
| 0:35 | 1,584 | 42,860 | 714 | 862 | 23,810 | 397 |
| 0:40 | 1,613 | 50,510 | 842 | 878 | 28,060 | 468 |
| 0:45 | 1,638 | 58,300 | 971 | 892 | 32,390 | 540 |
| 0:50 | 1,661 | 66,200 | 1,103 | 905 | 36,780 | 613 |
| 0:55 | 1,681 | 74,220 | 1,237 | 916 | 41,230 | 687 |
| 1:00 | 1,700 | 82,330 | 1,372 | 927 | 45,740 | 762 |
| 1:05 | 1,718 | 90,540 | 1,509 | 937 | 50,300 | 838 |
| 1:10 | 1,735 | 98,830 | 1,647 | 946 | 54,910 | 915 |
| 1:15 | 1,750 | 107,200 | 1,787 | 955 | 59,560 | 993 |
| 1:20 | 1,765 | 115,650 | 1,928 | 963 | 64,250 | 1,071 |
| 1:25 | 1,779 | 124,180 | 2,070 | 971 | 68,990 | 1,150 |
| 1:30 | 1,792 | 132,760 | 2,213 | 978 | 73,760 | 1,229 |
| 1:35 | 1,804 | 141,420 | 2,357 | 985 | 78,560 | 1,309 |
| 1:40 | 1,815 | 150,120 | 2,502 | 991 | 83,400 | 1,390 |
| 1:45 | 1,826 | 158,890 | 2,648 | 996 | 88,280 | 1,471 |
| 1:50 | 1,835 | 167,700 | 2,795 | 1,001 | 93,170 | 1,553 |
| 1:55 | 1,843 | 176,550 | 2,942 | 1,006 | 98,080 | 1,635 |
| 2:00 | 1,850 | 185,440 | 3,091 | 1,010 | 103,020 | 1,717 |
| 2:10 | 1,862 | 203,330 | 3,389 | 1,017 | 112,960 | 1,882 |
| 2:20 | 1,875 | 221,330 | 3,689 | 1,024 | 122,960 | 2,049 |
| 2:30 | 1,888 | 239,470 | 3,991 | 1,031 | 133,040 | 2,217 |
| 2:40 | 1,900 | 257,720 | 4,295 | 1,038 | 143,180 | 2,386 |
| 2:50 | 1,912 | 276,110 | 4,602 | 1,045 | 153,390 | 2,556 |

UL COPYRIGHTED MATERIAL --
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## Table Continued

| Time, Hr.:Min. | Temperature, °F | Area above 68°F base °F – Min. | Area above 68°F base °F – Hr. | Temperature, °C | Area above 20°C base °C – Min. | Area above 20°C base °C – Hr. |
|---|---|---|---|---|---|---|
| 3:00 | 1,925 | 294,610 | 4,910 | 1,052 | 163,670 | 2,728 |
| 3:10 | 1,938 | 313,250 | 5,221 | 1,059 | 174,030 | 2,900 |
| 3:20 | 1,950 | 332,000 | 5,533 | 1,066 | 184,450 | 3,074 |
| 3:30 | 1,962 | 350,890 | 5,848 | 1,072 | 194,940 | 3,249 |
| 3:40 | 1,975 | 369,890 | 6,165 | 1,079 | 205,500 | 3,425 |
| 3:50 | 1,988 | 389,030 | 6,484 | 1,086 | 216,130 | 3,602 |
| 4:00 | 2,000 | 408,280 | 6,805 | 1,093 | 226,820 | 3,780 |
| 4:10 | 2,012 | 427,670 | 7,128 | 1,100 | 237,590 | 3,960 |
| 4:20 | 2,025 | 447,180 | 7,153 | 1,107 | 248,430 | 4,140 |
| 4:30 | 2,038 | 466,810 | 7,780 | 1,114 | 259,340 | 4,322 |
| 4:40 | 2,050 | 486,560 | 8,110 | 1,121 | 270,310 | 4,505 |
| 4:50 | 2,062 | 506,450 | 8,441 | 1,128 | 281,360 | 4,689 |
| 5:00 | 2,075 | 526,450 | 8,774 | 1,135 | 292,470 | 4,874 |
| 5:10 | 2,088 | 546,580 | 9,110 | 1,142 | 303,660 | 5,061 |
| 5:20 | 2,100 | 566,840 | 9,447 | 1,149 | 314,910 | 5,248 |
| 5:30 | 2,112 | 587,220 | 9,787 | 1,156 | 326,240 | 5,437 |
| 5:40 | 2,125 | 607,730 | 10,129 | 1,163 | 337,630 | 5,627 |
| 5:50 | 2,138 | 628,630 | 10,473 | 1,170 | 349,090 | 5,818 |
| 6:00 | 2,150 | 649,120 | 10,819 | 1,177 | 360,620 | 6,010 |
| 6:10 | 2,162 | 670,000 | 11,167 | 1,184 | 372,230 | 6,204 |
| 6:20 | 2,175 | 691,010 | 11,517 | 1,191 | 383,900 | 6,398 |
| 6:30 | 2,188 | 712,140 | 11,869 | 1,198 | 395,640 | 6,594 |
| 5:40 | 2,200 | 733,400 | 12,223 | 1,204 | 407,450 | 6,791 |
| 6:50 | 2,212 | 754,780 | 12,580 | 1,211 | 419,330 | 6,989 |
| 7:00 | 2,225 | 776,290 | 12,938 | 1,218 | 431,270 | 7,188 |
| 7:10 | 2,238 | 797,920 | 13,299 | 1,225 | 443,290 | 7,388 |
| 7:20 | 2,250 | 819,680 | 13,661 | 1,232 | 455,380 | 7,590 |
| 7:30 | 2,262 | 841,560 | 14,026 | 1,239 | 467,540 | 7,792 |
| 7:40 | 2,275 | 863,570 | 14,393 | 1,246 | 479,760 | 7,996 |
| 7:50 | 2,288 | 885,700 | 14,762 | 1,253 | 492,060 | 8,201 |
| 8:00 | 2,300 | 907,960 | 15,133 | 1,260 | 504,420 | 8,407 |

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## APPENDIX B

### Requirements for Thermocouple Pads

B1.1 Asbestos pads used in measurements of temperature of unexposed surfaces of specimens are to be of felted amosite asbestos free of organic additives and are to have the following characteristics:

    a) Length and width – 6 ±1/8 inches (152 ±3.2 mm).

    b) Thickness[a] – 0.40 ±0.05 inch (10.2 ±1.3 mm).

    c) Dry weight – 0.260 ±0.026 pound-mass (0.118 ±0.012 kg).

    d) Thermal conductivity at 150°F (66°C) – 0.38 ±0.027 Btu-inch per hour per square foot per degree F (0.055 ±0.0039 W/m·K).

    e) Hardness[b] – 10 to 25 (modified Brinnell).

B1.2 The pads are not to break when shaped to contact the surface against which they are placed.

B1.3 Refractory fiber material[c] is not prohibited from being used as a substitute for asbestos in thermocouple pads, when that distortion of the unexposed face of the test specimen is insignificant. Such material is not to be used on surfaces subject to sharp distortions or discontinuities during the test. A pad formed from this material is to have the following characteristics:

    a) Length and width – 6 ±1/8 inches (152 ±3 mm).

    b) Thickness[a] – 0.375 ±0.063 inch (9.5 ±1.6 mm).

    c) Dry weight – 0.147 ±0.053 pounds (67 ±24 g).

    d) Thermal conductivity at 150°F (66°C) – 0.37 ±0.03 Btu-inch per hour per square foot per degree F (0.053 ±0.004 W/m·K).

    e) Hardness[b] (on soft face) – 2.25 to 4.5 (modified Brinnell).

[a]The thickness measurement is to be made under the light load of a 1/2-inch (12.7-mm) diameter pad of a dial micrometer gage.

[b]The hardness measurement is to be made by pressing a 1 inch (25.4 mm) diameter steel ball against the specimen and measuring the indentation obtained between a minor load of 2 pounds-mass (0.91 kg) and an additional major load of 10 pounds-mass (4.5 kg), [12 pound-mass (5.4 kg) total load]. The hardness is obtained by the relationship:

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

$$Hardness = \frac{2.24}{y}$$

*in which:*

y is the difference in indentation in inches.

[c]Johns-Manville Ceraform 126, or the equivalent, is capable of being used as refractory fiber material.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL



EXHIBIT E

# UL 10C

ISBN 0-7629-0259-0

# Positive Pressure Fire Tests of Door Assemblies

UL COPYRIGHTED MATERIAL —
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Underwriters Laboratories Inc. (UL)
333 Pfingsten Road
Northbrook, IL 60062-2096

UL Standard for Safety for Positive Pressure Fire Tests of Door Assemblies, UL 10C

First Edition, Dated February 27, 1998

Revisions: This Standard contains revisions through and including November 2, 2001.

UL Standards for Safety are developed and maintained in the Standard Generalized Markup Language (SGML). SGML – an international standard (ISO 8879-1986) – is a descriptive markup language that describes a document's structure and purpose, rather than its physical appearance on a page. Due to formatting differences resulting from the use of UL's new electronic publishing system, please note that additional pages (on which no requirements have been changed) may be included in revision pages due to relocation of existing text and reformatting of the Standard.

Text that has been changed in any manner is marked with a vertical line in the margin. Changes in requirements are marked with a vertical line in the margin and are followed by an effective date note indicating the date of publication or the date on which the changed requirement becomes effective.

The new and/or revised requirements are substantially in accordance with UL's Bulletin(s) on this subject dated June 6, 2000, and October 27, 2000. The bulletin(s) is now obsolete and may be discarded.

The revisions dated November 2, 2001 include editorial corrections to paragraph B1 in Appendix B.

The revisions dated November 2, 2001 include a reprinted title page (page1) for this Standard.

As indicated on the title page (page 1), this UL Standard for Safety is an American National Standard. Attention is directed to the note on the title page of this Standard outlining the procedures to be followed to retain the approved text of this ANSI/UL Standard.

The master for this Standard at UL's Northbrook Office is the official document insofar as it relates to a UL service and the compliance of a product with respect to the requirements for that product and service, or if there are questions regarding the accuracy of this Standard.

UL's Standards for Safety are copyrighted by UL. Neither a printed copy of a Standard, nor the distribution diskette for a Standard-on-Diskette and the file for the Standard on the distribution diskette should be altered in any way. All of UL's Standards and all copyrights, ownerships, and rights regarding those Standards shall remain the sole and exclusive property of UL.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form by any means, electronic, mechanical photocopying, recording, or otherwise without prior permission of UL.

Revisions of UL Standards for Safety are issued from time to time. A UL Standard for Safety is current only if it incorporates the most recently adopted revisions.

UL provides this Standard "as is" without warranty of any kind, either expressed or implied, including but not limited to, the implied warranties of merchantability or fitness for any purpose.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

In no event will UL be liable for any special, incidental, consequential, indirect or similar damages, including loss of profits, lost savings, loss of data, or any other damages arising out of the use or of the inability to use this Standard, even if UL or an authorized UL representative has been advised of the possibility of such damage. In no event shall UL's liability for any damage ever exceed the price paid for this Standard, regardless of the form of the claim.

UL will attempt to answer support requests concerning electronic versions of its Standards. However, this support service is offered on a reasonable efforts basis only, and UL may not be able to resolve every support request. UL supports the electronic versions of its Standards only if they are used under the conditions and operating systems for which it is intended. UL's support policies may change from time-to-time without notification.

UL reserves the right to change the format, presentation, file types and formats, delivery methods and formats, and the like of both its printed and electronic Standards without prior notice.

Purchasers of the electronic versions of UL's Standards for Safety agree to defend, indemnify, and hold UL harmless from and against any loss, expense, liability, damage, claim, or judgement (including reasonable attorney's fees) resulting from any error or deviation introduced while purchaser is storing an electronic Standard on the purchaser's computer system.

If a single-user version electronic Standard was purchased, one copy of this Standard may be stored on the hard disk of a single personal computer, or on a single LAN file-server or the permanent storage device of a multiple-user computer in such a manner that this Standard may only be accessed by one user at a time and for which there is no possibility of multiple concurrent access.

If a multiple-user version electronic Standard was purchased, one copy of the Standard may be stored on a single LAN file-server, or on the permanent storage device of a multiple-user computer, or on an Intranet server. The number of concurrent users shall not exceed the number of users authorized.

Electronic Standards are intended for on-line use, such as for viewing the requirements of a Standard, conducting a word search, and the like. Only one copy of the Standard may be printed from each single-user version of an electronic Standard. Only one copy of the Standard may be printed for each authorized user of a multiple-user version of an electronic Standard. Because of differences in the computer/software/printer setup used by UL and those of electronic Standards purchasers, the printed copy obtained by a purchaser may not look exactly like the on-line screen view or the printed Standard.

An employee of an organization purchasing a UL Standard can make a copy of the page or pages being viewed for their own fair and/or practical internal use.

The requirements in this Standard are now in effect, except for those paragraphs, sections, tables, figures, and/or other elements of the Standard having future effective dates as indicated in the note following the affected item. The prior text for requirements that have been revised and that have a future effective date are located after the Standard, and are preceded by a "SUPERSEDED REQUIREMENTS" notice.

New product submittals made prior to a specified future effective date will be judged under all of the requirements in this Standard including those requirements with a specified future effective date, unless the applicant specifically requests that the product be judged under the current requirements. However, if the applicant elects this option, it should be noted that compliance with all the requirements in this Standard will be required as a condition of continued Listing, Recognition, and Follow-Up Services after the effective date, and understanding of this should be signified in writing.

Copyright © 2001 Underwriters Laboratories Inc.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

This Standard consists of pages dated as shown in the following checklist:

Page                                                                                                                              Date

1-4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 2, 2001
5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 27, 1998
6-14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 2, 2001
A1-A2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 27, 1998
B1-B2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 2, 2001
C1-C2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 2, 2001

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

No Text on This Page

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

FEBRUARY 27, 1998
(Title Page Reprinted: November 2, 2001)



American National Standard

ANSI/UL 10C-2001

1

## UL 10C

### Standard for Positive Pressure Fire Tests of Door Assemblies

Prior to the first edition, the requirements for the products covered by this standard were included in the Standard for Fire Tests of Door Assemblies, UL 10B.

#### First Edition

#### February 27, 1998

The most recent approval of UL 10C as an American National Standard (ANSI) occurred on June 27, 2001 and covers the First Edition including revisions through November 2, 2001. Approval of UL 10C as an American National Standard is maintained using the continuous maintenance process. Comments or proposals for revisions on any part of the Standard may be submitted to UL at any time. Written comments are to be sent to UL-SC Standards Department, 1655 Scott Blvd, Santa Clara, CA 95050.

An effective date included as a note immediately following certain requirements is one established by Underwriters Laboratories Inc.

Revisions of this Standard will be made by issuing revised or additional pages bearing their date of issue. A UL Standard is current only if it incorporates the most recently adopted revisions, all of which are itemized on the transmittal notice that accompanies the latest set of revised requirements.

ISBN 0-7629-0259-0

COPYRIGHT © 1998, 2001 UNDERWRITERS LABORATORIES INC.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

No Text on This Page

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Case 5:07-cv-03535-JF    Document 78-4    Filed 01/25/2008    Page 80 of 101

## CONTENTS

FOREWORD .................................................................................4

**INTRODUCTION**

    1 Scope ..................................................................................5
    2 General ...............................................................................6

**CONTROL OF FIRE TESTS**

    3 Furnace Construction .............................................................6
        3.1 Furnace size ................................................................6
        3.2 Furnace construction materials ......................................6
        3.3 Furnace burners ..........................................................7
    4 Time-Temperature Curve .........................................................7
        4.1 General .......................................................................7
        4.2 Uniformity of temperature distribution ...........................8
    5 Furnace Temperatures ............................................................8
    6 Unexposed Surface Temperatures and Cotton Pad Test ..................9
    7 Furnace Pressure .................................................................10

**TEST ASSEMBLIES**

    8 Construction and Size ..........................................................10A
    9 Mounting for Test Purposes ..................................................10A

**CONDUCT OF TESTS**

    10 Time of Testing ................................................................10B
    11 Fire Endurance Test ..........................................................10B
    12 Hose Stream Test .............................................................10B

**REPORT**

    13 General ...........................................................................11

**CONDITIONS OF ACCEPTANCE**

    14 General ...........................................................................12
    15 Specific ...........................................................................12

**APPENDIX A**

    Standard Time-Temperature Curve for Control of Fire Tests ...............A1

**APPENDIX B**

    Requirements for Thermocouple Pads ........................................B1

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## APPENDIX C

Hose Stream Pattern . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C1

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Case 5:07-cv-03535-JF    Document 78-4    Filed 01/25/2008    Page 82 of 101

No Text on This Page

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Case 5:07-cv-03535-JF    Document 78-4    Filed 01/25/2008    Page 83 of 101

## FOREWORD

A. This Standard contains a description of the basic test method(s) for evaluating products covered by Underwriters Laboratories Inc. (UL) under its Follow-Up Service for this category within the limitations given below and in the Scope section of this Standard. This test method(s) is based upon sound engineering principles, research, records of tests and field experience, and an appreciation of the problems of manufacture, installation, and use derived from consultation with and information obtained from manufacturers, users, inspection authorities, and others having specialized experience. It is subject to revision as further experience and investigation may show is necessary or desirable.

B. The consistent and uniform production of the product so that it will perform in the manner indicated by the coverage is one of the conditions of the continued coverage of the manufacturer's product.

C. A product which performs in a specified manner will not necessarily be judged to be eligible for coverage if, when examined and tested, it is found to have other features which impair the significance associated with such performance.

D. A product that contains features, characteristics, components, materials, or systems new or different from those covered by the requirements in this standard, and that involves a risk of fire or of electric shock or injury to persons shall be evaluated using appropriate additional component and end-product requirements to maintain the level of safety as originally anticipated by the intent of this standard. A product whose features, characteristics, components, materials, or systems conflict with specific requirements or provisions of this standard does not comply with this standard. Revision of requirements shall be proposed and adopted in conformance with the methods employed for development, revision, and implementation of this standard.

E. UL, in performing its functions in accordance with its objectives, does not assume or undertake to discharge any responsibility of the manufacturer or any other party. The opinions and findings of UL represent its professional judgment given with due consideration to the necessary limitations of practical operation and state of the art at the time the Standard is processed. UL shall not be responsible to anyone for the use of or reliance upon this Standard by anyone. UL shall not incur any obligation or liability for damages, including consequential damages, arising out of or in connection with the use, interpretation of, or reliance upon this Standard.

F. Many tests required by the Standards of UL are inherently hazardous and adequate safeguards for personnel and property shall be employed in conducting such tests.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Case 5:07-cv-03535-JF    Document 78-4    Filed 01/25/2008    Page 84 of 101

## INTRODUCTION

### 1 Scope

1.1 These methods of fire tests are applicable to swinging door assemblies, including door frames with lights and panels, of various materials and types of construction for use in wall openings to retard the passage of fire. The method does not provide an evaluation of a swinging door assembly when that assembly is part of a larger assembly (e.g. sliding fire door assembly), or when it is intended to be used as an elevator entrance.

1.2 Tests made in conformity with these test methods are intended to register performance during the test exposure; but such tests shall not be construed as determining suitability for use after exposure to fire.

1.3 It is the intent that tests made in conformity with these test methods allow for the development of data to enable regulatory bodies to determine the suitability of door assemblies for use in locations where fire resistance of a specified duration is required.

1.4 These methods are intended to evaluate the ability of a door assembly to remain in an opening during a predetermined test exposure.

1.5 The tests expose a specimen to a standard fire exposure controlled to achieve specified temperatures throughout a specified time period, followed by the application of a specified standard fire hose stream. The exposure, however, is not representative of all fire conditions, which vary with changes in the amount, nature, and distribution of fire loading, ventilation, compartment size and configuration, and heat sink characteristics of the compartment. It does, however, provide a relative measure of fire performance of door assemblies under these specified fire exposure conditions.

1.6 Any variation from the construction or conditions that are tested is capable of substantially changing the performance characteristics of the assembly.

1.7 The methods do not provide the following:

   a) Full information as to performance of all door assemblies in walls constructed of materials other than those tested.

   b) Evaluation of the degree by which the door assembly contributes to the risk of fire by generation of smoke, toxic gases, or other products of combustion.

   c) A temperature limit on the unexposed side of the door assembly.

   d) A limit on the number of openings allowed in glazed areas or of the number and size of lateral openings between the door and frame.

   e) Measurement of the degree of control or limitation of the passage of smoke or products of combustion through the door assembly. Note: See limitations for the passage of smoke detailed in the Recommended Practice for the Installation of Smoke-Control Door Assemblies, NFPA 105.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

1.8 A product that contains features, characteristics, components, materials, or systems new or different from those covered by the requirements in this standard, and that involves a risk of fire or of electric shock or injury to persons shall be evaluated using appropriate additional component and end-product requirements to maintain the level of safety as originally anticipated by the intent of this standard. A product whose features, characteristics, components, materials, or systems conflict with specific requirements or provisions of this standard does not comply with this standard. Revision of requirements shall be proposed and adopted in conformance with the methods employed for development, revision, and implementation of this standard.

1.8 revised November 2, 2001

## 2 General

2.1 When a value for measurement is followed by a value in other units in parentheses, the first stated value is the requirement.

## CONTROL OF FIRE TESTS

## 3 Furnace Construction

### 3.1 Furnace size

3.1.1 The furnace shall be able to accommodate the full-sized sample. Small-scale size furnaces are capable of being used for testing small but full-sized samples or representative features of full-sized samples. The furnace face shall be greater in area than the exposed face of the sample by at least 20 percent. The additional area between the sample and the furnace shall be filled by wall or partition construction.

3.1.2 The furnace shall have a chamber depth, i.e. the distance between the exposed face of the specimen and the face of the furnace lining immediately opposite the specimen, of not less than 23 inches (584 mm) and not more than 51 inches (1296 mm).

### 3.2 Furnace construction materials

3.2.1 The furnace shall be constructed of materials which have a greater resistance to heat flow through the other three sides than through the sample.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Case 5:07-cv-03535-JF    Document 78-4    Filed 01/25/2008    Page 86 of 101

### 3.3 Furnace burners

3.3.1 The furnace shall be heated with burners that are fired using either natural gas or liquefied petroleum gases.

3.3.2 The heat output of the burners shall be controllable and shall expose the specimen to a uniform heating as specified in 4.1.1.

3.3.3 The burners shall function so that the fuel gas is introduced into the furnace where the gas mixes with air present in the furnace and then burns; or, as an alternate, the fuel gas is mixed with air prior to its ignition in the furnace.

### 4 Time-Temperature Curve

### 4.1 General

4.1.1 The fire exposure of door assemblies shall be controlled to conform to the applicable portion of the standard time-temperature curve shown in Appendix A. The points on the curve that determine its character are:

1000°F (538°C) at 5 minutes

1300°F (704°C) at 10 minutes

1462°F (795°C) at 20 minutes

1550°F (843°C) at 30 minutes

1638°F (892°C) at 45 minutes

1700°F (927°C) at 1 hour

1792°F (978°C) at 1-1/2 hours

1850°F (1010°C) at 2 hours

1925°F (1052°C) at 3 hours

2000°F (1093°C) at 4 hours

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## 4.2 Uniformity of temperature distribution

4.2.1 At any time after the first 10 minutes of fire exposure, the temperature rise indicated by any of the thermocouples used to determine the furnace temperature shall not differ from each other by more than 270°F (150°C). With test constructions where either the sample or any associated construction incorporates combustible materials that produce flaming within the furnace or where excess air drawn into the furnace is identified as causing localized heating or cooling of one or more of the furnace thermocouple hot junctions, the deviation of temperature rise from each other recorded by the thermocouples so affected shall not exceed 450°F (250°C).

## 5 Furnace Temperatures

5.1 The temperatures of the test exposure shall be deemed to be the average temperature obtained from the readings of not less than nine thermocouples symmetrically disposed and distributed to show the temperature near all parts of the test assembly, Figure 5.1. The thermocouples shall be protected by sealed porcelain tube having 3/4 inch (19.1 mm) outside diameter and 1/8 inch (3.2 mm) wall thickness or, as an alternate, in the case of base-metal thermocouples, protected by 1/2 inch (12.7 mm) wrought-steel or wrought-iron pipe of standard weight.

5.2 The junction of the thermocouples shall be initially located 6 inches (152 mm) from the exposed face of the test assembly or from the masonry in which the assembly is installed. During the fire exposure, if the movement of the test sample causes the sample's distance to the thermocouple junction to vary, the location of the junction shall be reset to 6 inches (152 mm) at intervals not exceeding 10 minutes during the first 30 minutes of the test. Thereafter, the intervals are to be increased to not more than 30 minutes.

5.3 The temperatures shall be read at intervals not exceeding 1 minute.

5.4 The accuracy of the furnace control shall be such that the area under the time-temperature curve, obtained by averaging the results from the thermocouple readings, is within 10 percent of the corresponding area under the standard time-temperature curve for fire tests of 1 hour or less duration, within 7.5 percent for those over 1 hour and not more than 2 hours, and within 5 percent for tests exceeding 2 hours in duration.

5.5 For a summary of the accuracies for the various rating periods, see Appendix A.

UL COPYRIGHTED MATERIAL --
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Case 5:07-cv-03535-JF    Document 78-4    Filed 01/25/2008    Page 88 of 101

**Figure 5.1**
**Test furnace**



1. Restraining Frame
2. Area For Mounting Test Specimen
3. Loading Jacks (when required)
4. Furnace
5. Observation Ports
6. Gas Burners
7. Thermocouple Tubes
8. Flue

S2320

## 6 Unexposed Surface Temperatures and Cotton Pad Test

6.1 Unexposed surface temperatures are to be recorded, and are to be determined in accordance with 6.2 – 6.9.

*Exception:   Single-layer metal doors need not comply with the requirements of 6.2 – 6.9.*

6.2 Unexposed surface temperatures shall be taken at not less than three points, with a minimum of one thermocouple in each 16-square foot (1.5 m$^2$) area of the door. Thermocouples shall not be located over reinforcements extending through the door, over glass panels, or nearer than 12 inches (305 mm) from the edge of the door.

6.3 Surface temperatures of test specimens are to be measured by means of thermocouples with a wire diameter of not more than 0.03 inch (0.7 mm). Each thermocouple is to be brazed to the center of the face of a copper disk 1/2 inch (12 mm) in diameter and 0.01 inch (0.2 mm) thick, which is secured to the surface of the specimen at the required position.

6.4 Unexposed surface temperatures are to be measured with thermocouples placed under flexible, oven-dry, felted pads. The properties of these pads are to comply with the requirements specified in Appendix B.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

6.5 The disk and the pad are to be fixed to the surface of the specimen by pins, tape, or a required adhesive, based on the nature of the material forming the specimen.

6.6 Unexposed surface temperatures are to be read at intervals not exceeding 1 minute.

6.7 The thermocouples and pads are to be removed after 30 minutes of fire exposure.

Exception:  The thermocouples and pads are to remain on the assembly when unexposed surface temperature data beyond the first 30 minutes of fire exposure is being evaluated.

6.8 The passage of flames and gases that may be hot enough to ignite combustibles through cracks, holes, or other openings in or around a door shall be determined by applying a cotton pad to such openings at regular intervals during the test. The cotton pad shall not be in contact with the element but shall be held for not less than 10 seconds and not more than 30 seconds between 1 ±1/4 inches (25 ±5 mm) away from and centrally opposite any cracks, holes, or other openings in or around the door. The pad shall not be re-used if it has absorbed any moisture or become charred during a previous application.

Exception No. 1: The cotton pad shall not be applied to door assemblies where the average temperature of the assembly has risen greater than 450°F (250°C) above the ambient temperature.

Exception No. 2: The cotton pad shall not be applied to door assemblies where there is flaming within the limits described in Exception Nos.1, 2 and 3 to 15.1

6.8 revised November 2, 2001

6.9 The cotton pad, measuring 4 inches (100 mm) square by 3/4 inches (20 mm) thick, shall consist of new undyed and soft cotton fibers without any admixture of artificial fibers, and shall have a mass between 3 and 4 grams. The pad shall be conditioned by drying in an oven at 212°F (100°C) for at least 30 minutes. The pad shall be attached by wire clips to a 4 inch by 4 inch (100 mm by 100 mm) frame of 0.04 inch (1 mm) diameter wire.

## 7 Furnace Pressure

7.1 The pressure in the furnace, relative to atmosphere, is to be measured at the top of the assembly and at a location 40 inches above the sill.

7.2 The pressure probe is to be constructed from 1/2 inch (12.7 mm) diameter stainless steel tube with a welded, closed end, and incorporating nine radial, 1/16-inch (1.6-mm) diameter holes spaced equidistance around the tube's perimeter. The probe is to be located so that the center line of the sensing holes are positioned 6 ±1 inch (152±2.5 mm) from the surface of the exposed face of the test assembly and a minimum of 18 inches (457 mm) from the edges of the furnace. The probes are to be positioned horizontally in the furnace without a change in vertical elevation of the probes or tubing within the furnace.

7.3 Data recording is to provide monitoring of the output of an electric pressure transducer in the range of ±0.25 inches $H_2O$ (66 Pa) with an accuracy of ±1 percent. The pressure transducers are to be located within 3 feet (914 mm) vertically, and 10 feet (3048 mm) horizontally from the static probes outside the furnace.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

7.4 Pressures are to be read at intervals not exceeding 1 minute.

7.5 The oxygen percentage is to be determined by centering a minimum of one 1/4-inch (6.4-mm) inside diameter stainless steel tube containing eight 1/16-inch (1.6-mm) diameter holes in the damper plenum, approximately half way between the furnace and the exhaust damper. The tube is then to be connected to an oxygen analyzer which has an accuracy of ±2.0 percent in the range of 0 to 10 percent. Locating more than one probe in the plenum and averaging the readings is permitted.

7.6 The oxygen percentages are to be read at intervals not exceeding 1 minute.

## TEST ASSEMBLIES

### 8 Construction and Size

8.1 The construction and size of the test door assembly, consisting of single doors, doors in pairs, or specialty doors (such as Dutch doors, double-egress doors, and the like), frame and hardware, shall be representative of that for which the classification or rating is being evaluated.

8.2 A floor structure shall be provided as part of the opening to be protected, except where such floor interferes with the operation of the door. The floor segment shall be of noncombustible material and shall project into the furnace approximately twice the thickness of the test door or to the limit of the frame, whichever is greater.

### 9 Mounting for Test Purposes

9.1 Swinging doors, except as specified in 9.4 and 9.5, shall be mounted so as to open into the furnace chamber.

9.2 The mounting of all doors shall be such that they fit within the frame. Such mounting shall not prevent free and easy operation of the test door.

9.3 Clearances for swinging doors shall be as follows:

    a) One-eighth (+0, minus 1/16) inch (3.1 ±1 mm) along the top;

    b) One-eighth (+0, minus 1/16) inch (3.1 ±1 mm) along the hinge and latch jambs;

    c) One-eighth (+0, minus 1/16) inch (3.1 ±1 mm) along the meeting edge of doors in pairs;

    d) Three-eighths (+0, minus 1/16) inch (9.5 +0, minus 1.6 mm) at the bottom edge of a single swing door; and

    e) One-fourth (+0, minus 1/16) inch (6.4 +0, minus 1.6 mm) at the bottom of a pair of doors.

9.4 Door frames shall be evaluated when mounted so as to have the doors open either away from or into the furnace chamber, at the discretion of the testing authority, to obtain representative information on the performance of the construction under test.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

9.5 Surface-mounted hardware (for example, fire-exit devices and door closers) for use on fire doors shall be evaluated by being installed on one door assembly swinging into the furnace chamber and another door assembly swinging away from the furnace chamber.

## CONDUCT OF TESTS

## 10 Time of Testing

10.1 Wall construction materials shall have the strength to retain the assembly securely in position throughout the Fire Endurance Test, Section 11, and the Hose Stream Test, Section 12.

## 11 Fire Endurance Test

11.1 The pressure in the furnace chamber at the beginning of the test is to be maintained nearly equal to the atmospheric pressure.

11.2 Within 5 minutes of elapsed time into the fire exposure, the neutral plane of the furnace is to be established at a maximum of 40 inches (1016 mm) up from the bottom of the test assembly.

11.3 The pressure that is maintained over the top one-third of the door assembly is not to exceed 0.08 inch $H_2O$ (20 Pa) over any portion of the test sample.

11.4 The test is to be continued until the exposure period of the classification or rating being evaluated is reached.

## 12 Hose Stream Test

12.1 Immediately after and within 1-1/2 minutes of the end of the Fire Endurance Test, Section 11, the test assembly is to be subjected to the impact, erosion, and cooling effects of a hose stream directed first at the bottom center and then at all parts of the exposed surface. The hose stream is to be applied with a smooth steady movement of the hose at a rate to ensure all parts of the test assembly are impacted by the hose stream. When all parts of the test assembly have been impacted by the hose stream, the application pattern is to be reversed. See Appendix C for a description of the pattern.

12.1 revised November 2, 2001

12.2 The hose stream is to be delivered through a 2-1/2 inch (63.5 mm) hose discharging through a play pipe as described in the Standard for Play Pipes for Water Supply Testing in Fire Protection Service, UL 385. The minimum water pressure at the base of the play pipe and the minimum duration of application in seconds per square foot (s/m$^2$) of exposed area are to be as prescribed in Table 12.1.

12.2 revised November 2, 2001

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Table 12.1
Water pressure at base of play pipe and duration of application

| Desired rating | Water pressure at base of play pipe, | | Duration of application of exposed area, | |
|---|---|---|---|---|
| | psi | (kPa) | seconds per square foot | (s/m²) |
| 3-hour or 4-hour | 45 | 310 | 3.0 | 32 |
| 1-1/2-hour and over if less than 3-hour | 30 | 207 | 1.5 | 16 |
| 1-hour and over if less than 1-1/2-hour | 30 | 207 | 0.9 | 10 |
| Less than 1 hour | 30 | 207 | 0.6 | 6 |

Note – The exposed area shall be calculated using the outside dimensions of the test specimen, including a frame or other parts of the assembly when provided, but normally not including the wall into which the specimen is mounted. Where multiple test specimens are mounted in the same wall, the hose stream is to be calculated and applied to each sample individually, or the rectangular wall area encompassing all of the specimens is to be considered as the exposed area since the hose stream must traverse this area during its application.

12.3  The tip of the play pipe shall be located a maximum of 20 feet (6 m) from and on a line normal to the center of the test door. When impossible to be so located, the play pipe shall be on a line deviating not more than 30 degrees from the line normal to the center of the test door. When so located, the distance from the center shall be less than 20 feet by an amount equal to 1 foot (0.3 m) for each 10 degrees of deviation from the normal.

12.3 revised November 2, 2001

REPORT

13  General

13.1  Results shall be reported in accordance with the performance in the tests prescribed in these test methods. The report shall show the performance under the desired exposure period chosen from the following: 20-minute, 30-minute, 3/4-hour, 1-hour, 1-1/2-hour, 3-hour, or 4-hour.

13.2  The report shall include the temperature measurements of the furnace, including their deviation from the specified time-temperature curve and, if determined, of the unexposed side of the test assembly. See 6.1.

13.3  The report shall also contain a record of all observations having a bearing on the performance of the test assembly.

13.4  Any flaming on the unexposed surface of the assembly shall be recorded.

13.5  The amount of movement of any portion of the edges of the door adjacent to the door frame from the original position shall be recorded. See Conditions of Acceptance, General, Section 14, and Specific, Section 15.

13.6  The materials and construction of the door, frame, and wall or partition, and the details of the installation, hardware, door frame and wall anchors, trim, finish, and clearance shall be recorded or appropriately referenced to provide positive identification or duplication in all respects.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

13.7 Pressure measurements made in the furnace and the location of such measurements relative to the neutral plane of the door assembly and the plane at the top of the door assembly are to be recorded.

## CONDITIONS OF ACCEPTANCE

### 14 General

14.1 A door assembly shall be determined to comply with the requirements for performance when it remains in the opening during the Fire Endurance Test, Section 11, and the Hose-Stream Test, Section 12, within the limitations specified in 14.2.

14.2 The test assembly shall withstand the Fire Endurance Test, Section 11, and the Hose-Stream Test, Section 12, without developing openings anywhere through the assembly.

*Exception No. 1: For assemblies with a fire exposure period of 1-1/2 hours or less, dislodging of small portions of glass, as specified in 15.14 and 15.15, by the hose stream is permitted.*

*Exception No. 2: Separation between meeting edges of pairs of doors within the limits specified in 15.5 and 15.6 is permitted.*

*Exception No. 3: An opening between the bottom edge of a door and sill within the limits specified in 9.3 is permitted.*

14.3 An opening for the purpose of the requirement in 14.2, is defined as a through-hole in the assembly that is capable of being seen from the unexposed side when viewed from the direction perpendicular to the plane of the assembly at the location of the suspected opening.

### 15 Specific

15.1 No flaming shall occur on the unexposed surface of a door assembly nor shall the sample permit the passage of hot gases sufficient to ignite the cotton pad.

*Exception No. 1: Sustained flaming of less than 10 seconds duration is permitted.*

*Exception No. 2: After 30 minutes, intermittent light flaming [not greater than 6 inches (152 mm) long, nor burning for periods exceeding 5-minute intervals, along the edges of doors] is permitted.*

*Exception No. 3: Light flaming during the last 15 minutes of the classification period of 45 minutes or greater, is permitted on the unexposed surface area of the door, when it is contained within a distance of 1-1/2 inches (38.1 mm) from a vertical door edge, and within 3 inches (76.2 mm) from the top edge of the door and within 3 inches from the top edge of the frame of a vision panel.*

15.2 When hardware is to be evaluated for use on fire doors, it shall hold the door closed in accordance with the conditions of acceptance for the intended door assembly classification period and, in addition, the latch bolt shall remain projected and shall be intact after the test. The hardware is not required to be operable after test.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Case 5:07-cv-03535-JF    Document 78-4    Filed 01/25/2008    Page 94 of 101

15.3 The movement of swinging doors shall not result in any portion of the edges adjacent to the door frame moving from the original position in a direction perpendicular to the plane of the door more than the thickness of the door during the entire classification period, nor more than 1-1/2 times the door thickness as a result of the Hose Stream Test, Section 12.

15.4 The movement of swinging doors mounted in pairs shall not result in any portion of the meeting edges moving more than the thickness of the door away from the adjacent door edge in a direction perpendicular to the plane of the doors during the entire classification period nor more than 1-1/2 times the door thickness as a result of the Hose Stream Test, Section 12.

15.4 revised November 2, 2001

15.5 An assembly consisting of a pair of swinging doors incorporating an astragal shall not separate in a direction parallel to the plane of the doors more than 3/4 inch (19.1 mm) nor a distance equal to the throw of a latch bolt at the latch location.

15.6 An assembly consisting of a pair of swinging doors without an overlapping astragal, with or without a resilient astragal, for a fire and hose stream exposure of 1-1/2 hours or less, shall not separate along the meeting edges more than 3/8 inch (9.5 mm), including the initial clearance between doors.

15.7 An assembly consisting of a single swinging door shall not separate from the frame more than 1/2 inch (12.7 mm) at the latch location.

15.8 Door frames to be evaluated with doors shall remain securely fastened to the wall on all sides and shall not permit through openings between frame and doors or between frame and adjacent wall.

15.9 A resilient astragal, when provided without an overlapping metal astragal, shall not deteriorate to result in through openings during the Fire Endurance Test, Section 11. Small portions, less than 10 percent, are permitted to be dislodged during the Hose Stream Test, Section 12.

Exception:  The whole astragal is permitted to be dislodged during the hose stream test when separation of the meeting edges of the doors is within the limit specified in 15.6.

15.10 A glazing assembly complies with the requirements for acceptable performance when it remains in the opening during the Fire Endurance Test, Section 11, and Hose Stream Test, Section 12, within the limitations specified in 15.11 – 15.15.

15.11 A glazing assembly shall not be loosened from its fastenings.

15.12 Movement of the glazing assembly at the perimeter of openable components from the initial closed position shall not exceed the thickness of the frame member at any point.

15.13 During the fire exposure test, separation of the glass edges from the frame so as to create an opening is not permitted.

15.14 Separation of the glass edges during the Hose Stream Test, Section 12, from the glazing frame by movements away from the frame so as to create an opening shall not exceed 30 percent of each individual glass light perimeter.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

15.15 During the Hose Stream Test, Section 12, openings created by glass breakage in the central area of each glass light shall not exceed 5 percent of the area of each individual glass light.

15.16 Openings for the purpose of the requirements in 15.14 and 15.15 are defined as through-holes in the assembly that are capable of being seen from the unexposed side when viewed from the direction perpendicular to the plane of the assembly at the location of the suspected opening.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

## APPENDIX A

### Standard Time-Temperature Curve for Control of Fire Tests

| Time, Hr.:Min. | Temperature,°F | Area above 68°F base | | Temperature, °C | Area above 20°C base | |
|---|---|---|---|---|---|---|
| | | °F – Min. | °F – Hr. | | °C – Min. | °C – Hr. |
| 0:00 | 68 | 00 | 0 | 20 | 00 | 0 |
| 0:05 | 1,000 | 2,330 | 39 | 538 | 1,290 | 22 |
| 0:10 | 1,300 | 7,740 | 129 | 704 | 4,300 | 72 |
| 0:15 | 1,399 | 14,150 | 236 | 760 | 7,860 | 131 |
| 0:20 | 1,462 | 20,970 | 350 | 795 | 11,650 | 194 |
| 0:25 | 1,510 | 28,050 | 468 | 821 | 15,590 | 260 |
| 0:30 | 1,550 | 35,360 | 589 | 843 | 19,650 | 328 |
| 0:35 | 1,584 | 42,860 | 714 | 862 | 23,810 | 397 |
| 0:40 | 1,613 | 50,510 | 842 | 878 | 28,060 | 468 |
| 0:45 | 1,638 | 58,300 | 971 | 892 | 32,390 | 540 |
| 0:50 | 1,661 | 66,200 | 1,103 | 905 | 36,780 | 613 |
| 0:55 | 1,681 | 74,220 | 1,237 | 916 | 41,230 | 687 |
| 1:00 | 1,700 | 82,330 | 1,372 | 927 | 45,740 | 762 |
| 1:05 | 1,718 | 90,540 | 1,509 | 937 | 50,300 | 838 |
| 1:10 | 1,735 | 98,830 | 1,647 | 946 | 54,910 | 915 |
| 1:15 | 1,750 | 107,200 | 1,787 | 955 | 59,560 | 993 |
| 1:20 | 1,765 | 115,650 | 1,928 | 963 | 64,250 | 1,071 |
| 1:25 | 1,779 | 124,180 | 2,070 | 971 | 68,990 | 1,150 |
| 1:30 | 1,792 | 132,760 | 2,213 | 978 | 73,760 | 1,229 |
| 1:35 | 1,804 | 141,420 | 2,357 | 985 | 78,560 | 1,309 |
| 1:40 | 1,815 | 150,120 | 2,502 | 991 | 83,400 | 1,390 |
| 1:45 | 1,826 | 158,890 | 2,648 | 996 | 88,280 | 1,471 |
| 1:50 | 1,835 | 167,700 | 2,795 | 1,001 | 93,170 | 1,553 |
| 1:55 | 1,843 | 176,550 | 2,942 | 1,006 | 98,080 | 1,635 |
| 2:00 | 1,850 | 185,440 | 3,091 | 1,010 | 103,020 | 1,717 |
| 2:10 | 1,862 | 203,330 | 3,389 | 1,017 | 112,960 | 1,882 |
| 2:20 | 1,875 | 221,330 | 3,689 | 1,024 | 122,960 | 2,049 |
| 2:30 | 1,888 | 239,470 | 3,991 | 1,031 | 133,040 | 2,217 |
| 2:40 | 1,900 | 257,720 | 4,295 | 1,038 | 143,180 | 2,386 |
| 2:50 | 1,912 | 276,110 | 4,602 | 1,045 | 153,390 | 2,556 |
| 3:00 | 1,925 | 294,610 | 4,910 | 1,052 | 163,670 | 2,728 |
| 3:10 | 1,938 | 313,250 | 5,221 | 1,059 | 174,030 | 2,900 |
| 3:20 | 1,950 | 332,000 | 5,533 | 1,066 | 184,450 | 3,074 |
| 3:30 | 1,962 | 350,890 | 5,848 | 1,072 | 194,940 | 3,249 |
| 3:40 | 1,975 | 369,890 | 6,165 | 1,079 | 205,500 | 3,425 |
| 3:50 | 1,988 | 389,030 | 6,484 | 1,086 | 216,130 | 3,602 |

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

### Table Continued

| Time, Hr.:Min. | Temperature, °F | Area above 68°F base | | Temperature, °C | Area above 20°C base | |
|---|---|---|---|---|---|---|
| | | °F – Min. | °F – Hr. | | °C – Min. | °C – Hr. |
| 4:00 | 2,000 | 408,280 | 6,805 | 1,093 | 226,820 | 3,780 |
| 4:10 | 2,012 | 427,670 | 7,128 | 1,100 | 237,590 | 3,960 |
| 4:20 | 2,025 | 447,180 | 7,153 | 1,107 | 248,430 | 4,140 |
| 4:30 | 2,038 | 466,810 | 7,780 | 1,114 | 259,340 | 4,322 |
| 4:40 | 2,050 | 486,560 | 8,110 | 1,121 | 270,310 | 4,505 |
| 4:50 | 2,062 | 506,450 | 8,441 | 1,128 | 281,360 | 4,689 |
| 5:00 | 2,075 | 526,450 | 8,774 | 1,135 | 292,470 | 4,874 |
| 5:10 | 2,088 | 546,580 | 9,110 | 1,142 | 303,660 | 5,061 |
| 5:20 | 2,100 | 566,840 | 9,447 | 1,149 | 314,910 | 5,248 |
| 5:30 | 2,112 | 587,220 | 9,787 | 1,156 | 326,240 | 5,437 |
| 5:40 | 2,125 | 607,730 | 10,129 | 1,163 | 337,630 | 5,627 |
| 5:50 | 2,138 | 628,630 | 10,473 | 1,170 | 349,090 | 5,818 |
| 6:00 | 2,150 | 649,120 | 10,819 | 1,177 | 360,620 | 6,010 |
| 6:10 | 2,162 | 670,000 | 11,167 | 1,184 | 372,230 | 6,204 |
| 6:20 | 2,175 | 691,010 | 11,517 | 1,191 | 383,900 | 6,398 |
| 6:30 | 2,188 | 712,140 | 11,869 | 1,198 | 395,640 | 6,594 |
| 5:40 | 2,200 | 733,400 | 12,223 | 1,204 | 407,450 | 6,791 |
| 6:50 | 2,212 | 754,780 | 12,580 | 1,211 | 419,330 | 6,989 |
| 7:00 | 2,225 | 776,290 | 12,938 | 1,218 | 431,270 | 7,188 |
| 7:10 | 2,238 | 797,920 | 13,299 | 1,225 | 443,290 | 7,388 |
| 7:20 | 2,250 | 819,680 | 13,661 | 1,232 | 455,380 | 7,590 |
| 7:30 | 2,262 | 841,560 | 14,026 | 1,239 | 467,540 | 7,792 |
| 7:40 | 2,275 | 863,570 | 14,393 | 1,246 | 479,760 | 7,996 |
| 7:50 | 2,288 | 885,700 | 14,762 | 1,253 | 492,060 | 8,201 |
| 8:00 | 2,300 | 907,960 | 15,133 | 1,260 | 504,420 | 8,407 |

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

**APPENDIX B**

**Requirements for Thermocouple Pads**

B1  The pads are not to break when shaped to contact the surface against which they are placed.

B2  Refractory fiber material[a] is to be used as a substitute for asbestos in thermocouple pads, when distortion of the unexposed face of the test specimen is insignificant. Such material is not to be used on surfaces subject to sharp distortions or discontinuities during the test. A pad formed from this material is to have the following characteristics:

    a) Length and width – 1.2 ±0.02 inches (30 ±0.5 mm).

    b) Thickness[b] – 0.08 ±0.02 inch (2 ±0.5 mm).

    c) Density – 56.2 ±6.2 lb/ft$^3$(900 ±100 kg/m$^3$).

    d) Thermal conductivity at 150°F (66°C) – 0.37 ±0.03 Btu-inch per hour per square foot per degree F (0.053 ±0.004 W/m·K).

    e) Hardness[c] (on soft face) – 2.25 to 4.5 (modified Brinell).

[a] Johns-Manville Ceraform 126, or the equivalent, is capable of being used as refractory fiber material.

[b] The thickness measurement is to be made under the light load of a 1/2 inch (12.7-mm) diameter pad of a dial micrometer gage.

[c] The hardness measurement is to be made by pressing a 1 inch (25.4 mm) diameter steel ball against the specimen and measuring the indentation obtained between a minor load of 2 pounds-mass (0.91 kg) and an additional major load of 10 pounds-mass (4.5 kg) [12 pounds-mass (5.4 kg) total load]. The hardness is obtained by the relationship:

$$Hardness = \frac{2.24}{y}$$

In which:

    y is the difference in indentation in inches.

               B2 revised November 2, 2001

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

No Text on This Page

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

**APPENDIX C**

**Hose Stream Pattern**

The hose stream is to be played over the test sample starting at the bottom center and then at all parts changing directions slowly. Figure C1 shows the typical pattern for one type of assembly, pairs of swinging doors. The pattern is capable of being mirrored, reversed, or otherwise modified to accommodate samples of various sizes and shapes.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

**Figure C1**
**Hose stream pattern**



S3732

START

CHANGE
DIRECTION &
CONTINUE

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL