MARK I. SCHICKMAN (CSB #62653)
schickman@freelandlaw.com
DANIEL T. BERNHARD (CSB #104229)
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone:   (415) 541-0200
Facsimile:   (415) 495-4332

Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| O'KEEFFE'S, INC., | CASE NO.: C 07-cv-03535 JF PVT |
|---|---|
| Plaintiff, | SUPPLEMENTAL DECLARATION OF WILLIAM O'KEEFFE IN SUPPORT OF PRELIMINARY INJUNCTION |
| v. | |
| TECHNICAL GLASS PRODUCTS, ANEMOSTAT, and PILKINGTON PLC, | DATE:   February 1, 2008
TIME:   9:00 a.m.
DEPT:   Courtroom 3, 5th Floor
The Honorable Jeremy Fogel |
| Defendants. | |
| And Related Actions. | |

I, William O'Keeffe, declare as follows:

1. I am the president of O'Keeffe's, Inc. (OKI), plaintiff herein. I make the following declaration in support of OKI's application for a preliminary injunction against defendant UL.

2. OKI has had UL listings for various of its glazing products since approximately 1984. OKI currently obtains more than $2 million in annual revenues from the sale of fire and safety glazing products to customers requiring the UL label.

3. UL states that my company, OKI, suffers no harm from UL pulling its listing because OKI could use an alternative certification for its glazing. That is not true, for several reasons. First,

SUPPLEMENTAL DECLARATION OF WILLIAM O'KEEFFE
IN SUPPORT OF PRELIMINARY INJUNCTION                                       Case No. 07-cv-03535 JF PVT

{00114573-1.1}

because UL is the largest and most recognized certification, some specifications and governmental code officials simply demand a UL certification in order to grant approval where a listed and labeled product is required by code. For example, attached as Exhibit A is a typical specification that we receive to bid on. Note on page two, by the asterisk, the requirement of "For Fire Rated Glass, UL Certificate." Note on page six, by the asterisk, a requirement of "fire rated glass" identifying my product as one possible source.

4. Secondly, UL requires that all components (including the glazing) in a UL certified door or window assembly, be UL certified; and UL will not accept anyone else's certification for that purpose. UL has expressly rejected our Warnock Hersey label for use in UL listed fire door assemblies. As one example, Optimum Windows makes a UL certified door assembly, and tried to order our glazing for that assembly, which was then certified by Warnock Hersey -- the second major certifying entity. UL advised me, and Optimum Window, that our product made the UL certification on the door assembly invalid because it was not UL certified; we therefore had to purchase a UL certification and listing to sell our product for an Optimum Window fire door assembly.

5. Potential customers with UL certified assemblies often premise their purchase of our glazing upon our UL certification. My business depends on the ability to assure potential customers that OKI's products have the required code certifications; and OKI relies on the availability of such required certifications, and that they will not be arbitrarily denied to it. The most recent example occurred earlier in January, 2008, with a request for a bid from a manufacturer called Fire Window & Doors, which makes a UL listed door assembly. In order to keep its UL listing for that assembly Fire Window & Doors specifically required a UL listed product from us as a condition of purchasing our glazing for its product. UL has refused to allow our glazing to be used in that (or any other UL listed) door assembly unless we have the UL mark -- a mark UL has now rescinded solely based upon our filing this lawsuit, even though we scrupulously meet all of UL's technical and other requirements.

6. Because of the nature of the fire and safety glazing industry, it will be virtually impossible for OKI to determine which jobs it did not have a chance to bid, or which jobs it bid and lost, because of UL pulling its mark and label from OKI.

2

SUPPLEMENTAL DECLARATION OF WILLIAM O'KEEFFE
IN SUPPORT OF PRELIMINARY INJUNCTION

Case No. 07-cv-03535 JF PVT

{00114573-1.1}

7. One of our distributors, United Plate Glass in Pennsylvania, has ordered UL certified glazing from us, and is currently in possession of about $30,000 worth of our glazing, shipped in full size 57" x 100" sheets in sealed boxes bearing the UL certification. As shown by Exhibit B, that glazing was fabricated in 48 full size sheets long prior to the purported cancellation of our mark and was shipped to United Plate Glass on September 17, 2007, along with a supply of consecutively numbered permanent labels which we purchased, identifying the product and the UL certification. When those large sheets are sent to our authorized factory distributor, they are cut to size and a numbered UL label placed on each smaller pane. In compliance with our UL agreement, we advise UL whenever we send a batch of inventory, and numbered labels, to a distributor.

8. On January 23, 2008, United Plate Glass called OKI to say that a UL representative called them to say that our glazing was no longer listed, and prohibited the UL sticker from being placed on the smaller panes, even though the glazing was fabricated long prior to the cancellation. Later that same day, United Plate Glass called to say that a UL representative came to its facility and seized all of the UL stickers for our product. The distributor has now expressed a desire to reject the shipment. We could have had that glazing labeled and certified by Warnock Hersey, but we had UL do it in the belief that it would not arbitrarily, and without cause, pull the certification on product fabricated many months ago – leaving the product commercially unsalable. OKI has well over $100,000 in glazing currently out in the field in that same condition.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of January, 2008, at San Francisco, California.

*/s/ William O'Keeffe*
WILLIAM O'KEEFFE

**EXHIBIT A**

CSArch City School District of Albany
Project Nos. 03143.00 & 03145.00 Window Replacement
Giffen Memorial Elementary School and
Thomas O'Brien Academy of Science and Technology ( T. O. A. S. T.)
I SECTION 08800
3 GLAZING
PART 1 - GENERAL S
1.1 RELATED DOCUMENTS
A. Drawings and general provisions of the Contract, including General and Supplemen
Division I Specification Sections, apply to this Section.
1 1.2 SUMMARY
A. This Section includes glazing for the following products and applications, inclu
other Sections where glazing requirements are specified by reference to this Sectio
I. Windows.
2. Decorative film overlay.
B. Related Sections include the following:
1, Division 8 Section " Aluminum Windows".
5 1.3 DEFINITIONS
A. Manufacturers of Glass Products: Firms that produce primary glass, fabricated gl
in referenced glazing publications.
I B. Glass Thicknesses: Indicated by thickness designations in millimeters accordin
C. Interspace: Space between lites of an insulating- glass unit that contains dehyd
gas-
D. Deterioration of Coated Glass: Defects developed from normal use that are attrib
manufacturing process and not to causes other than glass breakage and practices for
cleaning coated glass contrary to manufacturer's written instructions. Defects incl
and other indications of deterioration in metallic coating.
5. Deterioration of Insulating Glass: Failure of hermetic seal under normal use tha
manufacturing process and not to causes other than glass breakage and practices for
cleaning insulating glass contrary to manufacturer's written instructions. Evidence
obstruction of vision by dust, moisture, or film on interior surfaces of glass.
F. Deterioration of Laminated Glass: Defects developed from normal use that are att
manufacturing process and not to causes other than glass breakage and practices for
cleaning laminated glass contrary to manufacturer's written instructions. Defects i
separation, delamination materially obstructing vision through glass, and blemishes
allowed by referenced laminated- glass standard. G
GLAZING 08800 - 1 JI
I
CSArch City School District of Albany
Project Nos. 03143,00 & 03145.00 Window Replacement
Giffen Memorial Elementary School and
Thomas O'Brien Academy of Science and Technology ( T. O. A. S. T.)
1.4 PERFORMANCE REQUIREMENTS i
A. General: Provide glazing systems capable of withstanding normal thermal movement
impact loads ( where applicable) without failure, including loss or glass breakage
B. Glass Design: Glass thickness designations indicated are minimums and are for de
Confirm glass thicknesses by analyzing Project loads and in- service conditions. Pr
the thickness designations indicated for various size openings, but not less than t
strengths ( annealed or heat treated) required to meet or exceed the following crit
I. Glass Thicknesses: Select minimum glass thicknesses to comply with ASTM E 1300,
the following requirements:
a. Design Wind Loads: Determine design wind loads applicable to Project from basic
indicated in miles per hour at 33 feet above grade, according to ASCE 7, " Minimum
Loads for Buildings and Other Structures": Section 6.5, " Method 2- Analytical Proc
based on mean roof heights above grade indicated on Drawings.
1) Basic Wind Speed: 90 mph.
2) Importance Factor: II.
3) Exposure Category: B.
b. Probability of Breakage for Vertical Glazing: 8 lites per 1000 for lites set ver
than .15 degrees off vertical and under wind action.

1) Load Duration: 3 seconds.
c. Maximum Lateral Deflection: For the following types of glass supported on all 4
thickness required that limits center deflection at design wind pressure to 1/ 50 t
side length or 1 inch, whichever is less.
1) For monolithic- glass lites heat- treated to resist wind loads.
2) For insulating glass.
3) For laminated- glass lites.
d. Minimum Glass Thickness for Exterior Lites: Not less than 6.0 mim.
e. Thickness of Tinted and Heat- Absorbing Glass: Provide the same thickness for ea
indicated throughout Project.
C. Thermal Movements: Provide glazing that allows for thermal movements resulting f
maximum change ( range) in ambient and surface temperatures acting on glass framing
glazing. components. Base engineering calculation on surface temperatures of materia
solar heat gain and nighttime- sky heat loss.
1. Temperature Change ( Range): 120 deg F, ambient; 180 deg F, material surfaces.
D. Thermal and Optical Performance Properties: Provide glass with performance prope
based on manufacturer's published test data, as determined according to procedures
I. For laminated- glass lites, properties are based on products of construction ind
GLAZING 08800 - 2 I
CSArch City School District of Albany
Project Nos. 03143.00 & 03145.00 Window Replacement
Giffen Memorial Elementary School and
Thomas O'Brien Academy of Science and Technology ( T. O. A. S. T.)
5 2. For insulating- glass units, properties are based on units with lites 6.0 mm t
inch wide interspace.
3. Center- of- Glass Values: Based on using LBL- 44789 WINDOW 5.0 computer program
I following methodologies:
a. U- Factors: NFRC 100 expressed as Btu / sq. ft. x h x deg F.
b. Solar Heat Gain Coefficient: NFRC 200. I c. Solar Optical Properties: NFRC 300.
3 1.5 SUBMITTALS
A. Product Data: For each glass product and glazing material indicated.
B. Samples: For the following products, in the form of 12- inch- square Samples for
 Samples for sealants. Install sealant Samples between two strips of material repre
of the adjoining framing system.
_ C. Samples: For the following products, in the form of 12- inch- square Samples f
1. Each type of laminated glass.
2. Insulating glass for each designation indicated.
3. For each color ( except black) of exposed glazing sealant indicated.
4. Each type of ceramic glass.
5. Decorative film overly.
D. Glazing Schedule: Use same designations indicated on Drawings for glazed opening
schedule listing glass types and thicknesses for each size opening and location.
E. Product Certificates: Signed by manufacturers of glass and glazing products cert
furnished comply with requirements.
I . For solar- control low- e- coated glass, provide documentation demonstrating th
coated glass is certified by coating manufacturer.



5 2. For *fire- rated glass*, **UL** certificate. ←
3. Decorative film overly: Class A finish.
j F. Qualification Data: For installers.
G. Preconstruction Adhesion and Compatibility Test Report: From glazing sealant man
glazing sealants were tested for adhesion to glass and glazing channel substrates a
with glass and other glazing materials.
H. Product Test Reports: For each of the following types of glazing products:
1. Coated float glass.
2. Insulating glass.
3. Glazing sealants. I 4. Glazing gaskets.
5. *Fire- rated glass*.
I
GLAZING 08800- 3 I
CSArch City School District of Albany

Project Nos, 03143.00 & 03145.00 Window Replacement
Giffen Memorial Elementary School and
Thomas O'Brien Academy of Science and Technology ( T. O. A. S. T.)
I. Warranties: Special warranties specified in this Section. n
1.6 QUALITY ASSURANCE 3
A. Installer Qualifications: An experienced installer who has completed glazing sim
and extent to that indicated for this Project; whose work has resulted in glass ins
of successful in- service performance; and who employs glass installers for this Pr
B. Source Limitations for Glass Sputter- Coated with Solar- Control Low- E Coatings
specified, obtain sputter- coated solar- control low- e- coated glass in fabricated
that is certified by coated- glass manufacturer. I
C. Source Limitations for the *fire- rated glass*: All glass shall come from one manu
D. Source Limitations for Glazing Accessories: Obtain glazing accessories through o
single manufacturer for each product and installation method indicated.
E. Glass Product Testing: Obtain glass test results for product test reports in " S
qualified testing agency based on testing glass products.
1. Glass Testing Agency Qualifications: An independent testing agency with the expe
capability to conduct the testing indicated, as documented according to ASTM E 548,
2. Glass Testing Agency Qualifications: An independent testing agency accredited ac
F. Elastomeric Glazing Sealant Product Testing: Obtain sealant test results for pro
a 36- month period.
1. Sealant Testing Agency Qualifications: An independent testing agency qualified a
ASTM C 1021 to conduct the testing indicated, as documented according to ASTM E 548
2. Test elastomeric glazing sealants for compliance with requirements specified by
ASTM C 920, and where applicable, to other standard test methods.
G. Preconstruction Adhesion and Compatibility Testing: Submit to elastomeric glazin
manufacturers, for testing indicated below, samples of each glazing material type,
glazing accessory, and glass- framing member that will contact or affect elastomeri
1. Use ASTM C 1087 to determine whether priming and other specific joint preparatio
required to obtain rapid, optimum adhesion of glazing sealants to glass, tape seala
glazing channel substrates.
2. Submit not fewer than eight pieces of each type of material, including joint sub
 backings, secondary seals, and miscellaneous materials.
3. Schedule sufficient time for testing and analyzing results to prevent delaying t
including the use of specially formulated primers.
5. Testing will not be required if elastomeric glazing sealant manufacturers submit
previous testing of current sealant products for adhesion to, and compatibility wit
G GLAZING 08800 - 4
I
CSArch City School District of Albany
Project Nos. 03143.00 & 03145.00 Window Replacement
Giffen Memorial Elementary School and
Thomas O'Brien Academy of Science and Technology ( T. O. A. S. T.)
H. Safety Glazing Products: Comply with testing requirements in 16 CFR 1201.
1. Subject to compliance with requirements, obtain safety- glazing products permane
certification label of the Safety Glazing Certification Council or another certific
manufacturer acceptable to authorities having jurisdiction.
2. Where glazing units, including Type FT glass, fire- rated, and laminated glass,
articles for glazing lites more than 9 sq. ft. in exposed surface area of one side,
products that comply with Category II materials. For lites 9 sq. ft. or less in exp
one side, provide glazing products that comply with Category I or II materials, exc
locations where Category II materials are required by 16 CFR 1201 and regulations o
I. Glazing Publications: Comply with published recommendations of glass product man
organizations below, unless more stringent requirements are indicated. Refer to the
glazing terms not otherwise defined in this Section or in referenced standards.
1. GANA Publications: GANA Laminated Division's " Laminated Glass Design Guide" and
" Glazing Manual."
2- IGMA Publication for Insulating Glass: SIGMA TM- 3000, " Glazing Guidelines for
Insulating Glass Units."
J. Insulating- Glass Certification Program: Permanently marked either on spacers or

component lite of units with appropriate certification label of the following testi
agency:
1 1. Insulating Glass Certification Council.
2. Associated Laboratories, Inc.
K K. Mockups: Build mockups to verify selections made under sample submittals and t
aesthetic effects and set quality standards for materials and execution.
1. Build mockups in the location and of the size indicated or, if not indicated, as
2. Build glass mockups by installing the following kinds of glass in mockups specif
Sections " Aluminum- Framed Entrances and Storefronts", " Aluminum Windows", and "
Aluminum Curtain Walls" to match glazing systems required for Project, including gl
a. Fully tempered glass.
b. Laminated glass. g 3. Approved mockups may become part of the completed Work if
Completion.
L. Preinstallation Conference: Conduct conference at Project site to comply with re
Division 1 Section " Project Management and Coordination."
1.7 DELIVERY, STORAGE, AND HANDLING
A. Protect glazing materials according to manufacturer's written instructions and a
damage to glass and glazing materials from condensation, temperature changes, direc
or other causes.
GLAZING 08800- 5 It
A
CSArch City School District of Albany
Project Nos. 03143.00 & 03145.00 Window Replacement
Giffen Memorial Elementary School and
Thomas O'Brien Academy of Science and Technology ( T. O. A. S. T.)
B. For insulating- glass units that will be exposed to substantial altitude changes
glass manufacturer's written recommendations for venting and sealing to avoid herme
1.8 PROJECT CONDITIONS
A. Environmental Limitations: Do not proceed with glazing when ambient and substrat
conditions are outside limits permitted by glazing material manufacturers and when
I. Do not install liquid glazing sealants when ambient and substrate temperature co
limits permitted by glazing sealant manufacturer or below 40 deg F.
1.9 WARRANTY 5
A. Manufacturer's Special Warranty for Coated- Glass Products: Manufacturer's stand
Owner and signed by coated- glass manufacturer agreeing to replace coated- glass un
warranty period indicated below.
1. Warranty Period: 10 years from date of Substantial Completion. I
B. Manufacturer's Special Warranty on Laminated Glass: Manufacturer's standard form
Owner and signed by laminated- glass manufacturer agreeing to replace laminated- gl
specified warranty period indicated below.
1. Warranty Period: 10 years from date of Substantial Completion.
C. Manufacturer's Special Warranty on Insulating Glass: Manufacturer's standard for
Owner and signed by insulating- glass manufacturer agreeing to replace insulating-
deteriorate as defined in " Definitions" Article, f. o. b. the nearest shipping poi
specified warranty period indicated below.
I. Warranty Period: 10 years from date of Substantial Completion.
PART 2- PRODUCTS 3
2.1 MANUFACTURERS
A. In other Part 2 articles where titles below introduce lists, the following requi
selection:
I. Products: Subject to compliance with requirements, provide one of the products s
2.2 GLASS PRODUCTS
A. Annealed Float Glass: ASTM C 1036, Type I ( transparent flat glass), Quality- Q3
GLAZING 08800 - 6
I
CSArch City School District of Albany
Project Nos. 03143.00 & 03145.00 Window Replacement
Giffen Memorial Elementary School and
Thomas O'Brien Academy of Science and Technology ( T. O. A. S. T.)
B. Heat- Treated Float Glass: ASTM C 1048; Type I ( transparent flat glass); Qualit

and condition indicated.
1. Fabrication Process: By horizontal ( roller- hearth) process with roll- wave dis bottom edge of glass as installed, unless otherwise indicated.
2. For uncoated glass, comply with requirements for Condition A.
3. For coated vision glass, comply with requirements for Condition C ( other uncoat
4. Provide Kind FT ( fully tempered) float glass in place of annealed or Kind HS ( float glass where safety glass is indicated.
C. *Fire- Rated Glass*: Glass certified for fire- resistive performance applications,
D. Laminated Glass: ASTM C 1172, and complying with other requirements specified an following:
I. Interlayer: Polyvinyl butyral of thickness indicated with a proven record of no discolor, or lose physical and mechanical properties after laminating glass lites a
2. For polyvinyl butyral interlayers, laminate lites in autoclave with heat plus pr
E. Insulating- Glass Units, General: Factory- assembled units consisting of sealed a dehydrated interspace, and complying with ASTM E 774 for Class CBA units and with specified in this Article and in Part 2 " Insulating- Glass Units" Article.
1. Provide Kind Fr ( fully tempered) glass lites.
2. Overall Unit Thickness and Thickness of Each Lite: Dimensions indicated for insu are nominal and the overall thicknesses of units are measured perpendicularly from glass tites at unit's edge.
3. Sealing System: Dual seal, with primary and secondary sealants as follows:
a. Manufacturer's standard sealants.
4. Spacer Specifications: Manufacturer's standard spacer material and construction.
2.3 GLAZING GASKETS
A. Dense Compression Gaskets: Molded or extruded gaskets of material indicated belo standards referenced with name of elastomer indicated below, and of profile and har maintain watertight seal:
I 1. Neoprene, ASTM C 864.
2. EPDM, ASTM C 864.
3. Silicone, ASTM C 1115.
4. Thermoplastic polyolefin rubber, ASTM C 1115.
5. Any material indicated above.
B. Soft Compression Gaskets: Extruded or molded, closed- cell, integral- skinned ga indicated below; complying with ASTM C 509, Type IL black; and of profile and hardn maintain watertight seal:
1. Neoprene.
2. EPDM.
3. Silicone.
G
GLAZING 08800 - 7 Ui
CSArch City School District of Albany
Project Nos. 03143.00 & 03145.00 Window Replacement
Giffen Memorial Elementary School and
Thomas O'Brien Academy of Science and Technology ( T. O. A. S. T.)
4. Thermoplastic polyolefin rubber. I 5. Any material indicated above.
C. Lock- Strip Gaskets: Neoprene extrusions in size and shape indicated, fabricated molded comer units and zipper lock- strips, complying with ASTM C 542, black.
2.4 MISCELLANEOUS GLAZING MATERIALS I
A. General: Provide products of material, size, and shape complying with referenced requirements of manufacturers of glass and other glazing materials for application proven record of compatibility with surfaces contacted in installation.
B. Cleaners, Primers, and Sealers: Types recommended by sealant or gasket manufactu
C. Setting Blocks: Elastomeric material with a Shore, Type A durometer hardness of
D. Spacers: Elastomeric blocks or continuous extrusions with a Shore, Type A durome
E. Edge Blocks: Elastomeric material of hardness needed to limit glass lateral move
F. Cylindrical Glazing Sealant Backing: ASTM C 1330, Type 0 ( open- cell material), to control glazing sealant depth and otherwise produce optimum glazing sealant perf
G. Perimeter Insulation for Fire- Resistive Glazing: Identical to product used in t
2.5 FABRICATION OF GLAZING UNITS
A. Fabricate glazing units in sizes required to glaze openings indicated for Projec

B. Clean- cut or flat- grind vertical edges of butt- glazed monolithic lites in a m
C. Grind smooth and polish exposed glass edges and comers. j
2.6 LAMINATED GLASS UNITS 3
A. Heat- Treated Laminated- Glass Units, Type 5:
B. Kind LT, consisting of two lites of fully tempered float glass.
C. Outer Lite: Class I clear) float glass.
1. Kind FT ( fully tempered).
2. Thickness: As indicated.
D. Inner Lite: Class I ( clear) float glass.
GLAZING 08800 - 8
I
CSArch City School District of Albany
Project Nos. 03143.00 & 03145.00 Window Replacement
Giffen Memorial Elementary School and
Thomas O'Brien Academy of Science and Technology ( T. O. A. S. T.)
5 1, Kind FT ( fully tempered).
2. Thickness: As indicated.
E. Plastic Interlayer:
S1. 1) Interlayer: Polyvinyl butyral of thickness indicated with a proven record of
bubble, discolor, or lose physical and mechanical properties after laminating glass
installation.
2. Interlayer Color: Clear.
2.7 FIRE- RATED GLAZING PRODUCTS, Type 4
A. 20- Minute *fire rated glass*, Impact resistant.
1. Available Manufacturers: Subject to compliance with requirements, manufacturers
that may be incorporated into the Work include, but are not limited to, the followi
a. Safti; SuperLite 1.
b. *Technical Glass* Products; Fireglass 20.
c. Vetrotech; PyroSwiss Extra,
d. Interedge; PyroEdge 20.
e. Or Architect approved equal.
2. Fire- Protection Rating: As indicated for the assembly in which glazing material
permanently labeled by a testing and inspecting agency acceptable to authorities ha
B. 45, 60- Minute *fire rated glass*, Impact resistant
1. Available Manufacturers: Subject to compliance with requirements, manufacturers
that may be incorporated into the Work include, but are not limited to, the followi
3 a. Safti; SuperLite 1- XL.
b. *Technical Glass* Products; Pyrostop.
m c. Vetrotech; SwissFlam,
d. Interedge; Pyrobel.
e. Or Architect approved equal.
2. Fire- Protection Rating: As indicated for the assembly in which glazing material
permanently labeled by a testing and inspecting agency acceptable to authorities ha
I 2.8 INSULATING- GLASS UNITS
A. Solar- Control Low- E Insulating- Glass Units, Type 2.
3 1. Products:
a. PPG Industries, Inc.; Solarban 80.
I
GLAZING 08800 - 9 I
CSArch City School District of Albany
Project Nos. 03143.00 & 03145.00 Window Replacement
Giffen Memorial Elementary School and
Thomas O'Brien Academy of Science and Technology ( T. O. A. S. T.)
2, Overall Unit Thickness and Thickness of Each Lite: 25 and 6.0 mm ( Overall Unit
3. Interspace Content: Air.
4. Outdoor Lite: Laminated glass. I
a. Kind FT ( fully tempered).
5. Indoor Lite: Float glass. I
a. Kind FT ( fully tempered).
6. Low- E Coating: Second surface.

7. Visible Light Transmittance: 47 percent minimum.
8. Winter Nighttime U- Factor: 0.29 maximum,
9. Shading Co- efficient: 0.27 maximum. I
B. Solar- Control Low- E Insulating- Glass Units, Type 1.
1. Products:
a. PPG Industries, Inc.; Solarban 80.
2. Overall Unit Thickness and Thickness of Each Lite: 25 and 6.0 mm ( Overall Unit glass + 1/ 2" air+ 1/ 4" glass),
3. Interspace Content: Air.
4. Outdoor Lite: Float glass.
a. Kind FT ( fully tempered).
5. Indoor Lite: Float glass.
a. Kind FT ( fully tempered).
6. Low- E Coating: Second surface.
7. Visible Light Transmittance: 47 percent minimum. U 8, Winter Nighttime U- Factor
9. Shading Co- efficient: 0.27 maximum. i
2.9 DECORATIVE FILM OVERLAY
A. Cast PVC Film: Translucent, dimensionally stable cast PVC film, 2- mil- ( 0.05- thickness, with pressure- sensitive clear adhesive back for adhering to glass and r backing.
1. Available Products: Subject to compliance with requirements, products that may b
a. Avery Dennison Graphics Division; Etchmark A5861- S.
b. FDC Graphic Films, Inc.; Series 2100/ 2200, 007 Frosted Silver Metallic.
c. Spar- Cal Division, Spartan International; Etchlight.
G GLAZING 08800 - 10
CSArch City School District of Albany
* Project Nos. 03143.00 & 03145.00 Window Replacement
Giffen Memorial Elementary School and
Thomas O'Brien Academy of Science and Technology ( T. O. A. S. T.)
d. 3M Commercial Graphics Division; Scotchcal Dusted Crystal.
 2. Use: Interior applications.
I PART 3 - EXECUTION
3- 1 EXAMINATION
A. Examine framing glazing, with Installer present, for compliance with the followi
1. Manufacturing and installation tolerances, including those for size, squareness,
2. Presence and functioning of weep system.
3. Minimum required face or edge clearances.
4. Effective sealing between joints of glass- framing members.
B. Proceed with installation only after unsatisfactory conditions have been correct
3.2 PREPARATION
A. Clean glazing channels and other framing members receiving glass immediately bef
Remove coatings not firmly bonded to substrates.
3 3.3 GLAZING, GENERAL
A. Comply with combined written instructions of manufacturers of glass, sealants, g glazing materials, unless more stringent requirements are indicated, including thos glazing publications.
B. Glazing channel dimensions, as indicated on Drawings, provide necessary bite on and face clearances, and adequate sealant thicknesses, with reasonable tolerances. Project conditions during installation.
C. Protect glass edges from damage during handling and installation. Remove damaged site and legally dispose of off Project site. Damaged glass is glass with edge dama imperfections that, when installed, could weaken glass and impair performance and a
D. Apply primers to joint surfaces where required for adhesion of sealants, as dete preconstruction sealant- substrate testing.
E. Install setting blocks in sill rabbets, sized and located to comply with referen unless otherwise required by glass manufacturer. Set blocks in thin course of compa suitable for heel bead.
F. Do not exceed edge pressures stipulated by glass manufacturers for installing gl
G. Provide spacers for glass lites where length plus width is larger than 50 inches
I

GLAZING 08800 - 111 II
CSArch City School District of Albany
Project Nos. 03143.00 & 03145.00 Window Replacement
Giffen Memorial Elementary School and
Thomas O'Brien Academy of Science and Technology ( T. O. A. S. T.)
1. Locate spacers directly opposite each other on both inside and outside faces of
size and spacing to preserve required face clearances, unless gaskets and glazing t
have demonstrated ability to maintain required face clearances and to comply with s
performance requirements, j 2. Provide 1/ 8- inch minimum bite of spacers on glass
glazing tape, use thickness slightly less than final compressed thickness of tape.
H. Provide edge blocking where indicated or needed to prevent glass lites from movi
channel, as recommended in writing by glass manufacturer and according to requireme
glazing publications.
I. Set glass lites in each series with uniform pattern, draw, bow, and similar char
1. Where wedge- shaped gaskets are driven into one side of channel to pressurize se
opposite side, provide adequate anchorage so gasket cannot walk out when installati
movement.
K. Square cut wedge- shaped gaskets at comers and install gaskets in a manner recom
manufacturer to prevent comers from pulling away; seal comer joints and butt joints
recommended by gasket manufacturer.
3.4 GASKET GLAZING ( DRY) I
A. Fabricate compression gaskets in lengths recommended by gasket manufacturer to f
with allowance for stretch during installation.
B. Insert soft compression gasket between glass and frame or fixed stop so it is se
miter cut and bonded together at corners. i
C. Center glass lites in openings on setting blocks and press firmly against soft c
inserting dense compression gaskets formed and installed to lock in place against f
stops. Start gasket applications at comers and work toward centers of openings. Com
produce a weathertight seal without developing bending stresses in glass. Seal gask
recommended by gasket manufacturer.
D. Install gaskets so they protrude past face of glazing stops.
3.5 SEALANT GLAZING ( WET) i
A. Install continuous spacers, or spacers combined with cylindrical sealant backing
glazing stops to maintain glass face clearances and to prevent sealant from extrudi
B. Force sealants into glazing channels to eliminate voids and to ensure complete w
sealant to glass and channel surfaces.
C. Tool exposed surfaces of sealants to provide a substantial wash away from glass.
i GLAZING 08800 - 12 JI
CSArch City School District of Albany
Project Nos. 03143.00 & 03145.00 Window Replacement
Giffen Memorial Elementary School and
Thomas O'Brien Academy of Science and Technology ( T. O. A. S. T.)
I 3.6 DECORATIVE FILM OVERLY
A. Apply per manufacturers written instructions.
3.7 CLEANING AND PROTECTION
I A. Protect exterior glass from damage immediately after installation by attaching
framing held away from glass. Do not apply markers to glass surface. Remove nonperm
and clean surfaces.
B. Protect glass from contact with contaminating substances resulting from construc
including weld splatter. If, despite such protection, contaminating substances do c
glass, remove substances immediately as recommended by glass manufacturer.
C. Examine glass surfaces adjacent to or below exterior concrete and other masonry
intervals during construction, but not less than once a month, for buildup of dirt,
deposits, or stains; remove as recommended in writing by glass manufacturer.
D. Remove and replace glass that is broken, chipped, cracked, or abraded or that is
causes, accidents, and vandalism, during construction period.
E. Wash glass on both exposed surfaces in each area of Project not more than four d
scheduled for inspections that establish date of Substantial Completion. Wash glass
writing by glass manufacturer.
END OF SECTION 08800

```
I
I
I
I
I
I
I
I
```
GLAZING 08800 - 13 II

**EXHIBIT B**



325 Newhall Street, San Francisco, CA 94124
Tel: (415) 824 4900  •  Fax: (415) 824 5900
W W W . S A F T I . C O M

Invoice No 0000019957

Customer   095627

## Duplicate Copy

Bill to :

UNITED PLATE GLASS COMPANY
108 GRUNDMAN DRIVE
BUTLER  PA 16001-8756

Sold to :

UNITED PLATE GLASS COMPANY
108 GRUNDMAN DRIVE
BUTLER  PA 16001-8756

Phone (800)772-7783        Fax (724)848-4946

Project:   UNITED
Sales Order No:   018340

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Estimator | Salesperson |
|---|---|---|---|---|---|---|
| DIST ORDER | 09/17/2007 | NET 30 | O | Common Carrier | DJV | LP |

| Item | Part / Rev / Description / Details | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| 000010 | CRATING (FG)          Rev   U/M EA | 1.00 | 200.00 | 0.00 | 200.00 |
|  | CRATING CHARGE FOR SUPERLITE-I/IXL |  |  |  |  |
|  | Packing List No/Item No:  026069/000001 |  |  |  |  |
| 000020 | SUPERLITE I-W .250     Rev   U/M | 966.67 | 15.00 | 0.00 | 14,500.05 |
|  | QTY: 24) SIZE:  57" X  100" ONE CASE LOT |  |  |  |  |
|  | Packing List No/Item No:  026073/000001 |  |  |  |  |
| 000030 | SUPERLITE I-W B .250   Rev   U/M | 966.67 | 15.00 | 0.00 | 14,500.05 |
|  | QTY: 24) SIZE:  57" X  100" |  |  |  |  |
|  | Packing List No/Item No:  026073/000002 |  |  |  |  |
| 000050 | SHIPPING | 1.00 | 3,349.00 | 0.00 | 3,349.00 |
|  | Shipping/Freight Charge, Multiple Shippers. |  |  |  |  |

|  |  |
|---|---|
| Total Item Price | 29,200.10 |
| Shipping | 3,349.00 |
| Sales Tax | 0.00 |
| **Total Inv Price** | **US$ 32,549.10** |
| Amount Paid | US$ 32,549.10 |
| Total Due | US$ 0.00 |

*CUSTOMER COPY*                    Page 1