## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, February 1, 2008
**Case Number:** CV-07-3535-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**            **O'KEEFFE'S, INC.  V.  TECHNICAL GLASS PRODUCTS, ET AL**

**PLAINTIFF**                         **DEFENDANT**

**Attorneys Present: Daniel Bernhard, Mark Schickman    Attorneys Present: Kimball Anderson, Daniel Bailey**

---

PROCEEDINGS:

Hearing on Motion to Dismiss and Motion for Preliminary Injunction held.  Parties are present.  The motions are taken under submission.