FILED...GINAL

2008 FEB 20 P 1:05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Fee Paid

| | |
|---|---|
| 1 | John B. Scherling (SBN 122234)<br>jscherling@sughrue.com |
| 2 | Scott H. Davison (SBN 228807)<br>sdavison@sughrue.com |
| 3 | SUGHRUE MION, PLLC<br>501 West Broadway, Suite 1600 |
| 4 | San Diego, CA 92101<br>Tel: 619.238.3545 |
| 5 | Fax: 619.238.4931 |
| 6 | John T. Callahan (*pro hac vice* pending)<br>jcallahan@sughrue.com |
| 7 | Travis B. Ribar (*pro hac vice* applicant)<br>tribar@sughrue.com |
| 8 | SUGHRUE MION, PLLC<br>2100 Pennsylvania Ave., N.W. |
| 9 | Washington, D.C. 20037<br>Tel: 202.293.7060 |
| 10 | Fax: 202.293.7860<br>Attorneys for Defendant |
| 11 | PILKINGTON PLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| O'KEEFE'S, INC., | | Case Number C 07-03535 JF |
| Plaintiff, | | APPLICATION FOR ADMISSION OF ATTORNEY TRAVIS B. RIBAR *PRO HAC VICE* |
| v. | | |
| TECHNICAL GLASS PRODUCTS;<br>ANEMOSTAT; and PILKINGTON PLC, | | |
| Defendants. | | |
| AND RELATED COUNTERCLAIMS. | | |

Pursuant to Civil L.R. 11-3, Travis B. Ribar, an active member in good standing of the Virginia bar and who is admitted to the United States Patent and Trademark Office, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Pilkington PLC in the above-entitled action.

*PRO HAC VICE* APPLICATION                -1-
OF TRAVIS B. RIBAR


ORIGINAL

1  In support of this application, I certify on oath that:

2  1. I am an active member in good standing of bar of Virginia, as indicated above;

3  2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local 11-4, to comply with General Order No. 45, Electric Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

6  3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: John B. Scherling, Sughrue Mion, PLLC, 501 West Broadway, Suite 1600, San Diego, California 92101; telephone number 619.238.3545.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of February, 2008.

By: *Travis B. Ribar*
Travis B. Ribar

PRO HAC VICE APPLICATION                -2-
OF TRAVIS B. RIBAR

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002631
Cashier ID: harwellt
Transaction Date: 02/20/2008
Payer Name: Sughrue
------------------------------------
PRO HAC VICE
 For: Travis B. Ribar
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 013584
 Amt Tendered: $210.00
------------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:        $0.00

Case # 07-3535-JF

For Attorney: Travis B. Ribar


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```