FILED

2008 FEB 20 P 1:00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Fee Paid

1  John B. Scherling (SBN 122234)
   jscherling@sughrue.com
2  Scott H. Davison (SBN 228807)
   sdavison@sughrue.com
3  SUGHRUE MION, PLLC
   501 West Broadway, Suite 1600
4  San Diego, CA 92101
   Tel: 619.238.3545
5  Fax: 619.238.4931

6  John T. Callahan (*pro hac vice* applicant)
   jcallahan@sughrue.com
7  Travis B. Ribar (*pro hac vice* applicant)
   tribar@sughrue.com
8  SUGHRUE MION, PLLC
   2100 Pennsylvania Ave., N.W.
9  Washington, D.C. 20037
   Tel: 202.293.7060
10 Fax: 202.293.7860
   Attorneys for Defendant
11 PILKINGTON PLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFE'S, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNICAL GLASS PRODUCTS; ANEMOSTAT; and PILKINGTON PLC,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case Number C 07-03535 JF<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY JOHN T. CALLAHAN *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, John T. Callahan, an active member in good standing of the District of Columbia bar and who is admitted to the United States Court of Appeals for the Federal Circuit and the United States Patent and Trademark Office, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Pilkington PLC in the above-entitled action.

*PRO HAC VICE* APPLICATION                    -1-
OF JOHN T. CALLAHAN

ORIGINAL

1  In support of this application, I certify on oath that:

2  1.  I am an active member in good standing of the bar of the District of Columbia, as indicated above;

3  2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local 11-4, to comply with General Order No. 45, Electric Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

4  3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: John B. Scherling, Sughrue Mion, PLLC, 501 West Broadway, Suite 1600, San Diego, California 92101; telephone number 619.238.3545.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of February, 2008

By: _____
John T. Callahan

PRO HAC VICE APPLICATION
OF JOHN T. CALLAHAN

-2-

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002630
Cashier ID: harwellt
Transaction Date: 02/20/2008
Payer Name: Sughrue

PRO HAC VICE
For: John T. Callahan
Case/Party: D-CAN-5-08-AT-PROHAC-001
Amount:         $210.00

CHECK
Check/Money Order Num: 013585
Amt Tendered: $210.00

Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

For Attorney:
John T. Cahhahan

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```