UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, February 22, 2008
**Case Number:** CV-07-3535-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          O'KEEFFE'S, INC.  V.  TECHNICAL GLASS PRODUCTS, ET AL

                      PLAINTIFF                              DEFENDANT

Attorneys Present: Daniel Bernhard     Attorneys Present: Jeffrey Love, Eric Wesenberg
                                       for Technical, Kevin Vanderleeden for Anemostat

PROCEEDINGS:

Further case management conference held.  Parties are present.  The case is referred to Magistrate Judge Trumbull for settlement conference.  Continued to 3/28/08 at 10:30 a.m. for further case management conference.