

ORIGINAL

Filed
FEB 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFE'S, INC., | CASE NO.: 07-cv-3535-JF |
| Plaintiff, | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| TECHNICAL GLASS PRODUCTS; ANEMOSTAT; and PILKINGTON PLC, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

John T. Callahan, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number are 2100 Pennsylvania Avenue, N.W., Washington, D.C., 20037; telephone number 202.293.7060, having applied on a *pro hac vice* basis, representing Pilkington PLC.

1 | **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and
2 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
3 | Service of papers upon and communication with co-counsel designated in the application will constitute
4 | notice to the parties. All future filings in this action are subject to the requirements contained in General
5 | Order No. 45, *Electric Case Filing*.

Dated: _____2/25/07_____

Hon. Jeremy Fogel
UNITED STATES DISTRICT COURT