MARK I. SCHICKMAN (CSB #62653)
schickman@freelandlaw.com
DANIEL T. BERNHARD (CSB #104229)
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone:   (415) 541-0200
Facsimile:   (415) 495-4332

Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT, and PILKINGTON PLC,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.:  C 07-cv-03535 JF PVT<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action; my business address is 150 Spear Street, Suite 1800, San Francisco, California 94105.

On February 27, 2008, I served the foregoing document described as follows:

**MAGISTRATE JUDGE PATRICIA TRUMBULL'S
SETTLEMENT CONFERENCE PROCEDURES**

by placing a true and correct copy thereof enclosed in a sealed envelope addressed to the party(ies) of record whose name(s) and address(es) appear below:

Jeffrey S. Love
Jeffrey.love@klarquist.com
KLARQUIST SPARKMAN LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204-2988
T: 503-595-5300
F: 503-595-5301

Eric L. Wesenberg
ewesenberg@orrick.com
Gabriel M. Ramsey
gramsey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
T: 650-614-7400
F: 650-614-7401

Jason S. McDonell
jmcdonell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
P: 415-626-3939
F: 415-875-5700

Kevin H. Vanderleedenn
vanderleeden@ip-lawyers.com
MCCORMICK PAULDING & HUBER LLP
1350 Main Street
Sovereign Bank Building 5th Floor
Springfield, MA 01103
T: 413-736-5401, Ext. 1414
F: 413-733-4543

Michael S. Elkind
melkind@fulpat.com
David J. Pitman
dpitman@fulpat.com
FULWIDER PATTON LLP
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
T: 310-242-2662
F: 310-824-9696

____ [BY MAIL - CCP § 1013a] I caused such sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, for collection and mailing to the office of addressee(s) on the date shown herein following ordinary business practice.

____ [HAND-DELIVERY/Personal/Messenger - CCP § 1011] I caused such envelope to be hand-delivered by a courier, who personally delivered such envelope to the office of the addressee(s) on the date herein.

____ [BY FACSIMILE - CCP § 1013(e)] - I caused such document(s) to be transmitted via facsimile electronic equipment transmission on the party(ies), whose name(s), address(es) and fax number(s) are listed above, on the date stated herein and at the time set forth on the attached transmission reported indicating that the facsimile transmission was complete and without error.

1

CERTIFICATE OF SERVICE, CASE NO: 07-3535JF{00114562-4}

1    \_\_\_ [BY FEDEX (Overnight Delivery) - CCP § 1013(c)] I caused such envelope to be delivered to the Federal Express Office in San Francisco, California, with whom we have a direct billing account, to be delivered on the next business day.

2

3     X   [BY E-MAIL or ELECTRONIC TRANSMISSION] . Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

4

5

6     X   [STATE] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

7

8 Executed on February 27, 2008, at San Francisco, California.

9 Mark I. Schickman

CERTIFICATE OF SERVICE, CASE NO: 07-3535JF{00114562-4}

2