1  John B. Scherling (SBN 122234)
   jscherling@sughrue.com
2  Scott H. Davison (SBN 228807)
   sdavison@sughrue.com
3  SUGHRUE MION, PLLC
   501 West Broadway, Suite 1600
4  San Diego, CA 92101
   Tel: 619.238.3545
5  Fax: 619.238.4931

6  John T. Callahan (*pro hac vice*)
   jcallahan@sughrue.com
7  Travis Ribar (*pro hac vice*)
   tribar@sughrue.com
8  SUGHRUE MION, PLLC
   2100 Pennsylvania Ave., N.W.
9  Washington, D.C. 20037
   Tel: 202.293.7060
10 Fax: 202.293.7860

11 Attorneys for Defendant
   PILKINGTON PLC

12

13                          **UNITED STATES DISTRICT COURT**

14                          **NORTHERN DISTRICT OF CALIFORNIA**

15                                   **SAN JOSE DIVISION**

16

| | |
|---|---|
| 17  O'KEEFE'S, INC., | Case No.: No. 07-3535-JF |
| 18          Plaintiff, | **DEFENDANT PILKINGTON PLC'S F.R.C.P. 7.1(a) and L.R. 3-16 CERTIFICATIONS** |
| 19          v. | |
| 20  TECHNICAL GLASS PRODUCTS; ANEMOSTAT; and PILKINGTON PLC, | |
| 21          Defendants. | |
| 22 | |
| 23  AND RELATED COUNTERCLAIMS. | |

24

25

26

27

28

DEFENDANT PILKINGTON PLC'S                    -1-                    Case No. 07-3535-JF
F.R.C.P. 7.1(a) and L.R. 3-16 CERTIFICATIONS

**F.R.C.P. 7.1(a) and L.R. 3-16 CERTIFICATIONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Pilkington plc was acquired in June 2006 by NSG UK Enterprises Limited, and subsequently changed its name to Pilkington Group Limited; NSG UK Enterprises Limited is a wholly-owned subsidiary of Nippon Sheet Glass Co., Limited.

Dated this 24th of March, 2008

By: /s/ *John B. Scherling*
John B. Scherling
jscherling@sughrue.com
Scott H. Davison
sdavison@sughrue.com
Sughrue Mion, PLLC
501 West Broadway
Suite 1600
San Diego, CA 92101
Tel: 619.238.3545
Fax: 619.238.4931

John T. Callahan
jcallahan@sughrue.com
Travis Ribar
tribar@sughrue.com
Sughrue Mion, PLLC
2100 Pennsylvania Ave., N.W.
Washington, D.C., 20037
Tel: 202.293.7060
Fax: 202.293.7860

Attorneys of Record
Defendant Pilkington, PLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 24, 2008, the foregoing DEFENDANT PILKINGTON PLC'S F.R.C.P. 7.1(a) and L.R. 3-16 CERTIFICATIONS was electronically filed with the Clerk of the Court using the CM/ECF System and that the same was served by electronic mail to the following:

| | |
|---|---|
| Mark I. Schickman<br>mis@freelandlaw.com<br>Daniel T. Bernhard<br>bernhard@freelandlaw.com<br>FREELAND COOPER & FOREMAN LLP<br>150 Spear Street, Suite 1800<br>San Francisco, CA 94105<br>Tel: 415.541.0200<br>Fax: 415.495.4332<br><br>Attorneys for Plaintiff<br>OKEEFFE'S, Inc. | Michael S. Elkind<br>melkind@fulpat.com<br>David J. Pitman<br>dpitman@fulpat.com<br>FULWIDER PATTON LLP<br>6060 Center Drive, 10th Floor<br>Los Angeles, CA 90045<br>Tel: 310.242.2662<br>Fax: 310.824.9696<br><br>Attorneys for Defendant<br>ANEMOSTAT |

Eric L. Wesenberg
ewesenberg@orrick.com
Gabriel M. Ramsey
gramsey@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel: 650.614.7400
Fax: 650.614.7401

Jeffrey S. Love
jeffrey.love@klarquist.com
Todd M. Siegel
todd.siegel@klarquist.com
Kelly I. Dunham
kelly.dunham@klarquist.com
Robert F. Scotti
robert.scotti@klarquist.com
Klarquist Sparkman, LLP
121 S. W. Salmon Street, Suite 1600
Portland, OR 97204-2988
Tel: 503.595.5300
Fax: 503.595.5301

Attorneys for Defendant
TECHNICAL GLASS PRODUCTS

By:   /s/ _____
       John B. Scherling