UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 3/26/08

Court Reporter:                                   Clerk:

Case No: C 07-3535 JF                             Case Title: O'Keeffe's Inc. vs. Technical Glass

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Mark Schickmann<br>Jennifer Sergshine<br>Jason McDonnel | Eric Wesenberg<br>Jeffrey Love<br>John Scherling |

**PROCEEDINGS**

Pretrial Conferences:   [ ] Initial        [ ] Status        [ ] Discovery

                        [X] Settlement     [ ] Final

                        [ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

**DISPOSITION**

[ ] Granted              [ ] Submitted              [ ] Settled

[ ] Denied               [ ] Briefs to be filed     [X] Not Settled

[ ] Granted in part, denied in part                 [ ] Off Calendar

[X] Continued to 5/20/08 at 10:00 a.m. for Further proceeding/discovery/settlement.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff       [ ] Defendant          [ ] Court            [ ] Court w/opinion