UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, March 28, 2008
**Case Number:** CV-07-3535-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:       O'KEEFFE'S, INC.  V.  TECHNICAL GLASS PRODUCTS, ET AL

PLAINTIFF                              DEFENDANT

**Attorneys Present:** Mark Schickman     **Attorneys Present:** Jeffrey Love, Eric Wesenberg
Kathryn Mechee                           for TGP, Kevin Vanderleeden for Anemostat,
                                         John Callahan, John Scherling for Pilkington

PROCEEDINGS:

Further case management conference held. Parties are present. The Court adopts the proposed case schedule plus 60 days. Case is set for jury trial on 8/7/09 at 1:30 p.m. and pretrial conference on 7/17/09 at 11:00 a.m. The Court rules on the discovery issues as recited.