# EXHIBIT C

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25 and 50

**United States Patent and Trademark Office**

Reg. No. 2,529,865
Registered Jan. 15, 2002

## TRADEMARK
PRINCIPAL REGISTER

### FIREFRAMES

J.R FOUR LTD. (WASHINGTON CORPORATION), DBA TECHNICAL GLASS PRODUCTS
2425 CARILLON POINT
KIRKLAND, WA 98033

FOR: DOOR CASINGS OF METAL, DOOR FRAMES OF METAL, DOOR JAMBS OF METAL, DOOR PANELS OF METAL, METAL DOOR FRAMES, METAL DOOR PANELS, METAL DOOR UNITS, METAL WINDOW FRAMES, METAL WINDOW SILLS, WINDOW CASEMENTS OF METAL, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 4-1-2000; IN COMMERCE 4-1-2000.

OWNER OF U.S. REG. NO. 2,162,531.

SER. NO. 76-274,878, FILED 6-21-2001.

BRADLEY BAYAT, EXAMINING ATTORNEY