# EXHIBIT E

# EXHIBIT E

## 60/90/120 Minute Fire-Rated Doors & Frames

Fireframes® are revolutionizing fire-rated framing. When combined with Pilkington Pyrostop™ glass, the Fireframes Heat Barrier Series doors and frames provide a barrier to radiant and conductive heat transfer. Incorporating precise European engineering, the system also allows full-lite fire doors for aesthetic or security reasons. Fabricated in the United States, Heat Barrier Series doors (with ratings up to 90 minutes) and frames (with ratings up to 2 hours) are listed and labeled with UL and ULC.

Features    Listings    Specs    Hardware    CAD Details    Care/Warranty

- Narrow steel profiles
- Doors available in single leaf or double leaf design
- Modular system that can incorporate 60/90 minute full-lite temperature rise doors
- Can incorporate large individual panes of Pilkington Pyrostop™ glass
- Passes positive pressure test standards UL 10C, UBC 7-2 and UBC 7-4
- Frames supplied welded and ready for installation, or "K-D" as necessary
- Unrestricted glazing area for use in locations where total glazing exceeds 25% of wall area
- Durable steel frames ensure low maintenance system
- Hardware available to fit functional requirements. Check with TGP for compatability
- Finish painted at the factory to match desired color scheme
- Fabricated in the U.S.A.
- Easy installation similar to typical storefront systems

Privacy    Legal Notice    en Español

Copyright © 2007 Technical Glass Products. All rights reserved.