# EXHIBIT F

Case 5:07-cv-03535-JF    Document 98-7    Filed 04/04/2008    Page 1 of 2

# Fire-Rated Steel Curtainwall for 60/90/120 Minute Applications

Fireframes® are revolutionizing fire-rated framing. Incorporating precise European engineering, the Curtainwall Series allows for large, multi-story expanses of glass in interior and exterior applications. Now fabricated in the United States, Curtainwall Series frames are listed and labeled with UL and ULC.

Features    Listings    Stats    CAD Details

- Fire ratings of 60, 90 and 120 minutes
- Unrestricted glazing area for use in locations where total glazing exceeds 25% of wall area
- Full-lite doors available in single leaf or double leaf design (see Designer Series or Heat Barrier Series)
- Narrow steel profiles
- Air and water pressure tested and approved for exterior use
- Easy installation similar to typical pressure plate curtainwall
- Frames supplied "K.D." or welded depending on application
- Pressure-glazed with EPDM gaskets (exterior)
- Can incorporate large individual panes of Pilkington Pyrostop™ glass
- Durable steel frames ensure low maintenance system
- Finished face caps (aluminum, stainless steel, etc.) to meet project needs
- Custom aluminum face caps to meet project needs
- Finish painted at the factory to match desired color scheme
- Fabricated in the U.S.A.

Privacy    Legal Notice    en Español

Copyright © 2007 Technical Glass Products. All rights reserved.