# EXHIBIT G

Case 5:07-cv-03535-JF     Document 98-8     Filed 04/04/2008     Page 1 of 2

## 20/45/60 Minute Fire-Rated Doors & Frames

Nothing compares to the warmth and beauty of genuine wood. Now, thanks to the new Fireframes® Hardwood Series, you can incorporate wood doors and framing into your fire-rated openings. Designed for maximum durability and performance, the Hardwood Series offers an attractive alternative to traditional hollow metal steel frames. Available with fire ratings from 20 to 60 minutes, this system can incorporate a wide range of fire-rated glazing materials with glass sizes that surpass traditional systems.

Features    Listings    Specs    Stats    CAD Details

- Fabricated in the U.S.A.
- Complete packages for easy installation
- Thick hardwood face for unmatched beauty and durability
- Available in a variety of species
- Available flat jambed and throated
- Add glazing from TGP for complete system
- Compatible with most rated hardware
- Engineered core for dimensional stability
- 60 minute product meets ASTM E-119
- Interior use only

With the Hardwood Series from TGP, there's no need for:

- Fire-rated glazing clips
- Surface applied intumescent or HSS 2000 around door
- Fire-rated wood bucks
- Fireproof shims
- Hinge and strike reinforcement plates
- Silicone glazing
- Insulation or caulking
- Mortar or mud

Privacy    Legal Notice    en Español

Copyright © 2007 Technical Glass Products. All rights reserved.