# EXHIBIT M



*A Member of the International Code Family*

# INTERNATIONAL BUILDING CODE®

ICC

INTERNATIONAL
CODE COUNCIL®

## 2003

2003 International Building Code®

First Printing: December 2002
Second Printing: June 2003
Third Printing: November 2003
Fourth Printing: March 2004
Fifth Printing: May 2004
Sixth Printing: December 2004
Seventh Printing: October 2005

ISBN # 1-892395-56-8 (soft)
ISBN # 1-892395-55-X (loose-leaf)
ISBN # 1-892395-79-7 (e-document)

COPYRIGHT © 2002
by
INTERNATIONAL CODE COUNCIL, INC.

ALL RIGHTS RESERVED. This 2003 International Building Code® is a copyrighted work owned by the International Code Council, Inc. Without advance written permission from the copyright owner, no part of this book may be reproduced, distributed, or transmitted in any form or by any means, including, without limitation, electronic, optical or mechanical means (by way of example and not limitation, photocopying, or recording by or in an information storage retrieval system). For information on permission to copy material exceeding fair use, please contact: Publications, 4051 West Flossmoor Road, Country Club Hills, IL 60478-5795 (Phone 800-214-4321).

Trademarks: "International Code Council," the "International Code Council" logo and the "International Building Code" are trademarks of the International Code Council, Inc.

PRINTED IN THE U.S.A.

ADMINISTRATION

**102.5 Partial invalidity.** In the event that any part or provision of this code is held to be illegal or void, this shall not have the effect of making void or illegal any of the other parts or provisions.

**102.6 Existing structures.** The legal occupancy of any structure existing on the date of adoption of this code shall be permitted to continue without change, except as is specifically covered in this code, the *International Property Maintenance Code* or the *International Fire Code*, or as is deemed necessary by the building official for the general safety and welfare of the occupants and the public.

## SECTION 103
## DEPARTMENT OF BUILDING SAFETY

**103.1 Creation of enforcement agency.** The Department of Building Safety is hereby created and the official in charge thereof shall be known as the building official.

**103.2 Appointment.** The building official shall be appointed by the chief appointing authority of the jurisdiction.

**103.3 Deputies.** In accordance with the prescribed procedures of this jurisdiction and with the concurrence of the appointing authority, the building official shall have the authority to appoint a deputy building official, the related technical officers, inspectors, plan examiners and other employees. Such employees shall have powers as delegated by the building official. For the maintenance of existing properties, see the *International Property Maintenance Code*.

## SECTION 104
## DUTIES AND POWERS OF BUILDING OFFICIAL

**104.1 General.** The building official is hereby authorized and directed to enforce the provisions of this code. The building official shall have the authority to render interpretations of this code and to adopt policies and procedures in order to clarify the application of its provisions. Such interpretations, policies and procedures shall be in compliance with the intent and purpose of this code. Such policies and procedures shall not have the effect of waiving requirements specifically provided for in this code.

**104.2 Applications and permits.** The building official shall receive applications, review construction documents and issue permits for the erection, and alteration, demolition and moving of buildings and structures, inspect the premises for which such permits have been issued and enforce compliance with the provisions of this code.

**104.3 Notices and orders.** The building official shall issue all necessary notices or orders to ensure compliance with this code.

**104.4 Inspections.** The building official shall make all of the required inspections, or the building official shall have the authority to accept reports of inspection by approved agencies or individuals. Reports of such inspections shall be in writing and be certified by a responsible officer of such approved agency or by the responsible individual. The building official is authorized to engage such expert opinion as deemed necessary to report upon unusual technical issues that arise, subject to the approval of the appointing authority.

**104.5 Identification.** The building official shall carry proper identification when inspecting structures or premises in the performance of duties under this code.

**104.6 Right of entry.** Where it is necessary to make an inspection to enforce the provisions of this code, or where the building official has reasonable cause to believe that there exists in a structure or upon a premises a condition which is contrary to or in violation of this code which makes the structure or premises unsafe, dangerous or hazardous, the building official is authorized to enter the structure or premises at reasonable times to inspect or to perform the duties imposed by this code, provided that if such structure or premises be occupied that credentials be presented to the occupant and entry requested. If such structure or premises is unoccupied, the building official shall first make a reasonable effort to locate the owner or other person having charge or control of the structure or premises and request entry. If entry is refused, the building official shall have recourse to the remedies provided by law to secure entry.

**104.7 Department records.** The building official shall keep official records of applications received, permits and certificates issued, fees collected, reports of inspections, and notices and orders issued. Such records shall be retained in the official records for the period required for retention of public records.

**104.8 Liability.** The building official, member of the board of appeals or employee charged with the enforcement of this code, while acting for the jurisdiction in good faith and without malice in the discharge of the duties required by this code or other pertinent law or ordinance, shall not thereby be rendered liable personally and is hereby relieved from personal liability for any damage accruing to persons or property as a result of any act or by reason of an act or omission in the discharge of official duties. Any suit instituted against an officer or employee because of an act performed by that officer or employee in the lawful discharge of duties and under the provisions of this code shall be defended by legal representative of the jurisdiction until the final termination of the proceedings. The building official or any subordinate shall not be liable for cost in any action, suit or proceeding that is instituted in pursuance of the provisions of this code.

**104.9 Approved materials and equipment.** Materials, equipment and devices approved by the building official shall be constructed and installed in accordance with such approval.

**104.9.1 Used materials and equipment.** The use of used materials which meet the requirements of this code for new materials is permitted. Used equipment and devices shall not be reused unless approved by the building official.

**104.10 Modifications.** Wherever there are practical difficulties involved in carrying out the provisions of this code, the building official shall have the authority to grant modifications for individual cases, upon application of the owner or owner's representative, provided the building official shall first find that special individual reason makes the strict letter of this code impractical and the modification is in compliance with the intent and purpose of this code and that such modification does not lessen health, accessibility, life and fire safety, or structural requirements. The details of action granting modifications shall

be recorded and entered in the files of the department of building safety.

**104.11 Alternative materials, design and methods of construction and equipment.** The provisions of this code are not intended to prevent the installation of any material or to prohibit any design or method of construction not specifically prescribed by this code, provided that any such alternative has been approved. An alternative material, design or method of construction shall be approved where the building official finds that the proposed design is satisfactory and complies with the intent of the provisions of this code, and that the material, method or work offered is, for the purpose intended, at least the equivalent of that prescribed in this code in quality, strength, effectiveness, fire resistance, durability and safety.

**104.11.1 Research reports.** Supporting data, where necessary to assist in the approval of materials or assemblies not specifically provided for in this code, shall consist of valid research reports from approved sources.

**104.11.2 Tests.** Whenever there is insufficient evidence of compliance with the provisions of this code, or evidence that a material or method does not conform to the requirements of this code, or in order to substantiate claims for alternative materials or methods, the building official shall have the authority to require tests as evidence of compliance to be made at no expense to the jurisdiction. Test methods shall be as specified in this code or by other recognized test standards. In the absence of recognized and accepted test methods, the building official shall approve the testing procedures. Tests shall be performed by an approved agency. Reports of such tests shall be retained by the building official for the period required for retention of public records.

## SECTION 105
## PERMITS

**105.1 Required.** Any owner or authorized agent who intends to construct, enlarge, alter, repair, move, demolish, or change the occupancy of a building or structure, or to erect, install, enlarge, alter, repair, remove, convert or replace any electrical, gas, mechanical or plumbing system, the installation of which is regulated by this code, or to cause any such work to be done, shall first make application to the building official and obtain the required permit.

**105.1.1 Annual permit.** In lieu of an individual permit for each alteration to an already approved electrical, gas, mechanical or plumbing installation, the building official is authorized to issue an annual permit upon application therefor to any person, firm or corporation regularly employing one or more qualified tradepersons in the building, structure or on the premises owned or operated by the applicant for the permit.

**105.1.2 Annual permit records.** The person to whom an annual permit is issued shall keep a detailed record of alterations made under such annual permit. The building official shall have access to such records at all times or such records shall be filed with the building official as designated.

**105.2 Work exempt from permit.** Exemptions from permit requirements of this code shall not be deemed to grant authori-

zation for any work to be done in any manner in violation of the provisions of this code or any other laws or ordinances of this jurisdiction. Permits shall not be required for the following:

**Building:**

1. One-story detached accessory structures used as tool and storage sheds, playhouses and similar uses, provided the floor area does not exceed 120 square feet (11.15 m²).
2. Fences not over 6 feet (1829 mm) high.
3. Oil derricks.
4. Retaining walls which are not over 4 feet (1219 mm) in height measured from the bottom of the footing to the top of the wall, unless supporting a surcharge or impounding Class I, II or III-A liquids.
5. Water tanks supported directly on grade if the capacity does not exceed 5,000 gallons (18 925 L) and the ratio of height to diameter or width does not exceed 2 to 1.
6. Sidewalks and driveways not more than 30 inches (762 mm) above grade and not over any basement or story below and which are not part of an accessible route.
7. Painting, papering, tiling, carpeting, cabinets, counter tops and similar finish work.
8. Temporary motion picture, television and theater stage sets and scenery.
9. Prefabricated swimming pools accessory to a Group R-3 occupancy, as applicable in Section 101.2, which are less than 24 inches (610 mm) deep, do not exceed 5,000 gallons (18 925 L) and are installed entirely above ground.
10. Shade cloth structures constructed for nursery or agricultural purposes and not including service systems.
11. Swings and other playground equipment accessory to detached one- and two-family dwellings.
12. Window awnings supported by an exterior wall which do not project more than 54 inches (1372 mm) from the exterior wall and do not require additional support of Group R-3, as applicable in Section 101.2, and Group U occupancies.
13. Movable cases, counters and partitions not over 5 feet 9 inches (1753 mm) in height.

**Electrical:**

**Repairs and maintenance:** Minor repair work, including the replacement of lamps or the connection of approved portable electrical equipment to approved permanently installed receptacles.

**Radio and television transmitting stations:** The provisions of this code shall not apply to electrical equipment used for radio and television transmissions, but do apply to equipment and wiring for power supply, the installations of towers and antennas.

**Temporary testing systems:** A permit shall not be required for the installation of any temporary system re-

CHAPTER 7

# FIRE-RESISTANCE-RATED CONSTRUCTION

## SECTION 701
## GENERAL

**701.1 Scope.** The provisions of this chapter shall govern the materials and assemblies used for structural fire resistance and fire-resistance-rated construction separation of adjacent spaces to safeguard against the spread of fire and smoke within a building and the spread of fire to or from buildings.

## SECTION 702
## DEFINITIONS

**702.1 Definitions.** The following words and terms shall, for the purposes of this chapter, and as used elsewhere in this code, have the meanings shown herein.

**ANNULAR SPACE.** The opening around the penetrating item.

**CEILING RADIATION DAMPER.** A listed device installed in a ceiling membrane of a fire-resistance-rated floor/ceiling or roof/ceiling assembly to limit automatically the radiative heat transfer through an air inlet/outlet opening.

**COMBINATION FIRE/SMOKE DAMPER.** A listed device installed in ducts and air transfer openings designed to close automatically upon the detection of heat and to also resist the passage of air and smoke. The device is installed to operate automatically, controlled by a smoke detection system, and where required, is capable of being positioned from a remote command station.

**DAMPER.** See "Ceiling radiation damper," "Combination fire/smoke damper," "Fire damper" and "Smoke damper."

**DRAFTSTOP.** A material, device or construction installed to restrict the movement of air within open spaces of concealed areas of building components such as crawl spaces, floor/ceiling assemblies, roof/ceiling assemblies and attics.

**F RATING.** The time period that the through-penetration firestop system limits the spread of fire through the penetration when tested in accordance with ASTM E 814.

**FIRE AREA.** The aggregate floor area enclosed and bounded by fire walls, fire barriers, exterior walls or fire-resistance-rated horizontal assemblies of a building.

**FIRE BARRIER.** A fire-resistance-rated vertical or horizontal assembly of materials designed to restrict the spread of fire in which openings are protected.

**FIRE DAMPER.** A listed device, installed in ducts and air transfer openings of an air distribution system or smoke control systems, designed to close automatically upon detection of heat, to interrupt migratory airflow, and to restrict the passage of flame. Fire dampers are classified for use in either static systems that will automatically shut down in the event of a fire, or in a dynamic system that continues to operate during a fire. A dynamic fire damper is tested and rated for closure under airflow.

**FIRE DOOR.** The door component of a fire door assembly.

**FIRE DOOR ASSEMBLY.** Any combination of a fire door, frame, hardware, and other accessories that together provide a specific degree of fire protection to the opening.

**FIRE PARTITION.** A vertical assembly of materials designed to restrict the spread of fire in which openings are protected.

**FIRE PROTECTION RATING.** The period of time that an opening protective assembly will maintain the ability to confine a fire as determined by tests prescribed in Section 715. Ratings are stated in hours or minutes.

**FIRE RESISTANCE.** That property of materials or their assemblies that prevents or retards the passage of excessive heat, hot gases or flames under conditions of use.

**FIRE-RESISTANCE RATING.** The period of time a building element, component or assembly maintains the ability to confine a fire, continues to perform a given structural function, or both, as determined by the tests, or the methods based on tests, prescribed in Section 703.

**FIRE-RESISTANT JOINT SYSTEM.** An assemblage of specific materials or products that are designed, tested, and fire-resistance rated in accordance with either ASTM E 1966 or UL 2079 to resist for a prescribed period of time the passage of fire through joints made in or between fire-resistance-rated assemblies.

**FIRE SEPARATION DISTANCE.** The distance measured from the building face to the closest interior lot line, to the centerline of a street, alley or public way, or to an imaginary line between two buildings on the lot. The distance shall be measured at right angles from the face of the wall.

**FIRE WALL.** A fire-resistance-rated wall having protected openings, which restricts the spread of fire and extends continuously from the foundation to or through the roof, with sufficient structural stability under fire conditions to allow collapse of construction on either side without collapse of the wall.

**FIRE WINDOW ASSEMBLY.** A window constructed and glazed to give protection against the passage of fire.

**FIREBLOCKING.** Building materials installed to resist the free passage of flame to other areas of the building through concealed spaces.

**FLOOR FIRE DOOR ASSEMBLY.** A combination of a fire door, a frame, hardware and other accessories installed in a horizontal plane, which together provide a specific degree of fire protection to a through opening in a fire-resistance-rated floor (see Section 712.4.6).

**JOINT.** The linear opening in or between adjacent fire-resistance-rated assemblies that is designed to allow independent movement of the building in any plane caused by thermal, seismic, wind or any other loading.

**MEMBRANE PENETRATION.** An opening made through one side (wall, floor or ceiling membrane) of an assembly.

**MEMBRANE-PENETRATION FIRESTOP.** A material, device or construction installed to resist for a prescribed time period the passage of flame and heat through openings in a protective membrane in order to accommodate cables, cable trays, conduit, tubing, pipes or similar items.

**PENETRATION FIRESTOP.** A through-penetration firestop or a membrane-penetration firestop.

**SELF-CLOSING.** As applied to a fire door or other opening, means equipped with an approved device that will ensure closing after having been opened.

**SHAFT.** An enclosed space extending through one or more stories of a building, connecting vertical openings in successive floors, or floors and roof.

**SHAFT ENCLOSURE.** The walls or construction forming the boundaries of a shaft.

**SMOKE BARRIER.** A continuous membrane, either vertical or horizontal, such as a wall, floor, or ceiling assembly, that is designed and constructed to restrict the movement of smoke.

**SMOKE COMPARTMENT.** A space within a building enclosed by smoke barriers on all sides, including the top and bottom.

**SMOKE DAMPER.** A listed device installed in ducts and air transfer openings that is designed to resist the passage of air and smoke. The device is installed to operate automatically, controlled by a smoke detection system, and where required, is capable of being positioned from a remote command station.

**SPLICE.** The result of a factory and/or field method of joining or connecting two or more lengths of a fire-resistant joint system into a continuous entity.

**T RATING.** The time period that the penetration firestop system, including the penetrating item, limits the maximum temperature rise to 325°F (163°C) above its initial temperature through the penetration on the nonfire side when tested in accordance with ASTM E 814.

**THROUGH PENETRATION.** An opening that passes through an entire assembly.

**THROUGH-PENETRATION FIRESTOP SYSTEM.** An assemblage of specific materials or products that are designed, tested and fire-resistance rated to resist for a prescribed period of time the spread of fire through penetrations. The F and T rating criteria for penetration firestop systems shall be in accordance with ASTM E 814. See definitions of "F rating" and "T rating."

## SECTION 703
## FIRE-RESISTANCE RATINGS AND FIRE TESTS

**703.1 Scope.** Materials prescribed herein for fire resistance shall conform to the requirements of this chapter.

**703.2 Fire-resistance ratings.** The fire-resistance rating of building elements shall be determined in accordance with the test procedures set forth in ASTM E 119 or in accordance with Section 703.3. Where materials, systems or devices that have not been tested as part of a fire-resistance-rated assembly are incorporated into the assembly, sufficient data shall be made available to the building official to show that the required fire-resistance rating is not reduced. Materials and methods of construction used to protect joints and penetrations in fire-resistance-rated building elements shall not reduce the required fire-resistance rating.

**Exception:** In determining the fire-resistance rating of exterior bearing walls, compliance with the ASTM E 119 criteria for unexposed surface temperature rise and ignition of cotton waste due to passage of flame or gases is required only for a period of time corresponding to the required fire-resistance rating of an exterior nonbearing wall with the same fire separation distance, and in a building of the same group. When the fire-resistance rating determined in accordance with this exception exceeds the fire-resistance rating determined in accordance with ASTM E 119, the fire exposure time period, water pressure, and application duration criteria for the hose stream test of ASTM E 119 shall be based upon the fire-resistance rating determined in accordance with this exception.

**703.2.1 Nonsymmetrical wall construction.** Interior walls and partitions of nonsymmetrical construction shall be tested with both faces exposed to the furnace, and the assigned fire-resistance rating shall be the shortest duration obtained from the two tests conducted in compliance with ASTM E 119. When evidence is furnished to show that the wall was tested with the least fire-resistant side exposed to the furnace, subject to acceptance of the building official, the wall need not be subjected to tests from the opposite side (see Section 704.5 for exterior walls).

**703.2.2 Combustible components.** Combustible aggregates are permitted in gypsum and portland cement concrete mixtures approved for fire-resistance-rated construction. Any approved component material or admixture is permitted in assemblies if the resulting tested assembly meets the fire-resistance test requirements of this code.

**703.2.3 Restrained classification.** Fire-resistance-rated assemblies tested under ASTM E 119 shall not be considered to be restrained unless evidence satisfactory to the building official is furnished by the registered design professional showing that the construction qualifies for a restrained classification in accordance with ASTM E 119. Restrained construction shall be identified on the plans.

**703.3 Alternative methods for determining fire resistance.** The application of any of the alternative methods listed in this section shall be based on the fire exposure and acceptance criteria specified in ASTM E 119. The required fire resistance of a building element shall be permitted to be established by any of the following methods or procedures:

1. Fire-resistance designs documented in approved sources.

2. Prescriptive designs of fire-resistance-rated building elements as prescribed in Section 720.

3. Calculations in accordance with Section 721.

**714.2 Protection of structural members.** Protection of columns, girders, trusses, beams, lintels or other structural members that are required to have a fire-resistance rating shall comply with this section.

**714.2.1 Individual protection.** Columns, girders, trusses, beams, lintels or other structural members that are required to have a fire-resistance rating and that support more than two floors or one floor and roof, or support a load-bearing wall or a nonload-bearing wall more than two stories high, shall be individually protected on all sides for the full length with materials having the required fire-resistance rating. Other structural members required to have a fire-resistance rating shall be protected by individual encasement, by a membrane or ceiling protection as specified in Section 711, or by a combination of both. Columns shall also comply with Section 714.2.2.

**714.2.2 Column protection above ceilings.** Where columns require a fire-resistance rating, the entire column, including its connections to beams or girders, shall be protected. Where the column extends through a ceiling, fire resistance of the column shall be continuous from the top of the floor through the ceiling space to the top of the column.

**714.2.3 Truss protection.** The required thickness and construction of fire-resistance-rated assemblies enclosing trusses shall be based on the results of full-scale tests or combinations of tests on truss components or on approved calculations based on such tests that satisfactorily demonstrate that the assembly has the required fire resistance.

**714.2.4 Attachments to structural members.** The edges of lugs, brackets, rivets and bolt heads attached to structural members shall be permitted to extend to within 1 inch (25 mm) of the surface of the fire protection.

**714.2.5 Reinforcing.** Thickness of protection for concrete or masonry reinforcement shall be measured to the outside of the reinforcement except that stirrups and spiral reinforcement ties are permitted to project not more than 0.5-inch (12.7 mm) into the protection.

**714.3 Embedments and enclosures.** Pipes, wires, conduits, ducts or other service facilities shall not be embedded in the required fire protective covering of a structural member that is required to be individually encased.

**714.4 Impact protection.** Where the fire protective covering of a structural member is subject to impact damage from moving vehicles, the handling of merchandise or other activity, the fire protective covering shall be protected by corner guards or by a substantial jacket of metal or other noncombustible material to a height adequate to provide full protection, but not less than 5 feet (1524 mm) from the finished floor.

**714.5 Exterior structural members.** Load-bearing structural members located within the exterior walls or on the outside of a building or structure shall be provided with the highest fire-resistance rating as determined in accordance with the following:

1. As required by Table 601 for the type of building element based on the type of construction of the building;

2. As required by Table 601 for exterior bearing walls based on the type of construction; and

3. As required by Table 602 for exterior walls based on the fire separation distance.

**714.6 Bottom flange protection.** Fire protection is not required at the bottom flange of lintels, shelf angles and plates, spanning not more than 6 feet (1829 mm) whether part of the structural frame or not, and from the bottom flange of lintels, shelf angles and plates not part of the structural frame, regardless of span.

**714.7 Seismic isolation systems.** Fire-resistance ratings for the isolation system shall meet the fire-resistance rating required for the columns, walls, or other structural elements in which the isolation system is installed in accordance with Table 601.

Isolation systems required to have a fire-resistance rating shall be protected with approved materials or construction assemblies designed to provide the same degree of fire resistance as the structural element in which it is installed when tested in accordance with ASTM E 119 (see Section 703.2).

Such isolation system protection applied to isolator units shall be capable of retarding the transfer of heat to the isolator unit in such a manner that the required gravity load-carrying capacity of the isolator unit will not be impaired after exposure to the standard time-temperature curve fire test prescribed in ASTM E 119 for a duration not less than that required for the fire resistance rating of the structure element in which it is installed.

Such isolation system protection applied to isolator units shall be suitably designed and securely installed so as not to dislodge, loosen, sustain damage, or otherwise impair its ability to accommodate the seismic movements for which the isolator unit is designed and to maintain its integrity for the purpose of providing the required fire-resistance protection.

## SECTION 715
## OPENING PROTECTIVES

**715.1 General.** Opening protectives required by other sections of this code shall comply with the provisions of this section.

**715.2 Fire-resistance-rated glazing.** Labeled fire-resistance-rated glazing tested as part of a fire-resistance-rated wall assembly in accordance with ASTM E 119 shall not be required to comply with this section.

**715.3 Fire door and shutter assemblies.** Approved fire door and fire shutter assemblies shall be constructed of any material or assembly of component materials that conforms to the test requirements of Section 715.3.1, 715.3.2 or 715.3.3 and the fire protection rating indicated in Table 715.3. Fire door assemblies and shutters shall be installed in accordance with the provisions of this section and NFPA 80.

**Exceptions:**

1. Labeled protective assemblies that conform to the requirements of this section or UL 10A, UL 14B and UL 14C for tin-clad fire door assemblies.

2. Floor fire doors shall comply with Section 712.4.6.

**TABLE 715.3**
**FIRE DOOR AND FIRE SHUTTER FIRE PROTECTION RATINGS**

| TYPE OF ASSEMBLY | REQUIRED ASSEMBLY RATING (hours) | MINIMUM FIRE DOOR AND FIRE SHUTTER ASSEMBLY RATING (hours) |
|---|---|---|
| Fire walls and fire barriers having a required fire-resistance rating greater than 1 hour | 4<br>3<br>2<br>1$^1/_2$ | 3<br>3[a]<br>1$^1/_2$<br>1$^1/_2$ |
| Fire barriers having a required fire-resistance rating of 1 hour:<br>  Shaft exit enclosure and exit passageway walls<br>  Other fire barriers | <br><br>1<br>1 | <br><br>1<br>$^3/_4$ |
| Fire partitions:<br>  Corridor walls<br><br>  Other fire partitions | <br>1<br>0.5<br>1 | <br>1$/_3$[b]<br>1$/_3$[b]<br>$^3/_4$ |
| Exterior walls | 3<br>2<br>1 | 1$^1/_2$<br>1$^1/_2$<br>$^3/_4$ |

a. Two doors, each with a fire protection rating of 1$^1/_2$ hours, installed on opposite sides of the same opening in a fire wall, shall be deemed equivalent in fire protection rating to one 3-hour fire door.

b. For testing requirements, see Section 715.3.3.

**715.3.1 Side-hinged or pivoted swinging doors.** Side-hinged and pivoted swinging doors shall be tested in accordance with NFPA 252 or UL 10C. After 5 minutes into the NFPA 252 test, the neutral pressure level in the furnace shall be established at 40 inches (1016 mm) or less above the sill.

**715.3.2 Other types of doors.** Other types of doors, including swinging elevator doors, shall be tested in accordance with NFPA 252 or UL 10B. The pressure in the furnace shall be maintained as nearly equal to the atmospheric pressure as possible. Once established, the pressure shall be maintained during the entire test period.

**715.3.3 Door assemblies in corridors and smoke barriers.** Fire door assemblies required to have a minimum fire protection rating of 20 minutes where located in corridor walls or smoke barrier walls having a fire-resistance rating in accordance with Table 715.3 shall be tested in accordance with NFPA 252 or UL 10C without the hose stream test. If a 20-minute fire door assembly contains glazing material, the glazing material in the door itself shall have a minimum fire protection rating of 20 minutes and be exempt from the hose stream test. Glazing material in any other part of the door assembly, including transom lites and sidelites, shall be tested in accordance with NFPA 257, including the hose stream test, in accordance with Section 715.4. Fire door assemblies shall also meet the requirements for a smoke- and draft-control door assembly tested in accordance with UL 1784 with an artificial bottom seal installed across the full width of the bottom of the door assembly. The air leakage rate of the door assembly shall not exceed 3.0 cfm per square foot (0.01524 m³/slm²) of door opening at 0.10 inch (24.9 Pa) of water for both the ambient temperature and elevated temperature tests. Louvers shall be prohibited.

**Exceptions:**

1. Viewports that require a hole not larger than 1 inch (25 mm) in diameter through the door, have at least an 0.25-inch-thick (6.4 mm) glass disc and the holder is of metal that will not melt out where subject to temperatures of 1,700°F (927°C).

2. Corridor door assemblies in occupancies of Group I-2 shall be in accordance with Section 407.3.1.

3. Unprotected openings shall be permitted for corridors in multitheater complexes where each motion picture auditorium has at least one-half of its required exit or exit access doorways opening directly to the exterior or into an exit passageway.

**715.3.4 Doors in vertical exit enclosures and exit passageways.** Fire door assemblies in vertical exit enclosures and exit passageways shall have a maximum transmitted temperature end point of not more than 450°F (232°C) above ambient at the end of 30 minutes of standard fire test exposure.

**Exception:** The maximum transmitted temperature end point is not required in buildings equipped throughout with an automatic sprinkler system installed in accordance with Section 903.3.1.1 or 903.3.1.2.

**715.3.4.1 Glazing in doors.** Fire-protection-rated glazing in excess of 100 square inches (0.065 m²) shall be permitted in fire door assemblies when tested in accordance with NFPA 252 as components of the door assemblies and not as glass lights, and shall have a maximum transmitted temperature end point of 450°F (232°C) in accordance with Section 715.3.4.

**Exception:** The maximum transmitted temperature end point is not required in buildings equipped throughout with an automatic sprinkler system installed in accordance with Section 903.3.1.1 or 903.3.1.2.

**715.3.5 Labeled protective assemblies.** Fire door assemblies shall be labeled by an approved agency. The labels shall comply with NFPA 80, and shall be permanently affixed to the door or frame.

**715.3.5.1 Fire door labeling requirements.** Fire doors shall be labeled showing the name of the manufacturer, the name of the third-party inspection agency, the fire protection rating and, where required for fire doors in exit enclosures by Section 715.3.4, the maximum transmitted temperature end point. Smoke and draft control doors complying with UL 1784 shall be labeled as such. Labels shall be approved and permanently affixed. The label shall be applied at the factory or location where fabrication and assembly are performed.

**715.3.5.2 Oversized doors.** Oversized fire doors shall bear an oversized fire door label by an approved agency or shall be provided with a certificate of inspection furnished by an approved testing agency. When a certificate of inspection is furnished by an approved testing agency, the certificate shall state that the door conforms to the re-

FIRE-RESISTANCE-RATED CONSTRUCTION

quirements of design, materials and construction, but has not been subjected to the fire test.

**715.3.5.3 Smoke and draft control door labeling requirements.** Smoke and draft control doors complying with UL 1784 shall be labeled in accordance with Section 715.3.5.1 and shall show the letter "S" on the fire rating label of the door. This marking shall indicate that the door and frame assembly are in compliance when listed or labeled gasketing is also installed.

**715.3.5.4 Fire door frame labeling requirements.** Fire door frames shall be labeled showing the names of the manufacturer and the third-party inspection agency.

**715.3.6 Glazing material.** Fire-protection-rated glazing conforming to the opening protection requirements in Section 715.3 shall be permitted in fire door assemblies.

**715.3.6.1 Size limitations.** Wired glass used in fire doors shall comply with Table 715.4.3. Other fire-protection-rated glazing shall comply with the size limitations of NFPA 80.

**Exceptions:**

1. Fire-protection-rated glazing in fire doors located in fire walls shall be prohibited except that where serving as a horizontal exit, a self-closing swinging door shall be permitted to have a vision panel of not more than 100 square inches (0.065 m²) without a dimension exceeding 10 inches (254 mm).

2. Fire-protection-rated glazing shall not be installed in fire doors having a 1¹/₂-hour fire protection rating intended for installation in fire barriers, unless the glazing is not more than 100 square inches (0.065 m²) in area.

**715.3.6.2 Exit and elevator protectives.** Approved fire-protection-rated glazing used in fire doors in elevator and stairway shaft enclosures shall be so located as to furnish clear vision of the passageway or approach to the elevator or stairway.

**715.3.6.3 Labeling.** Fire-protection-rated glazing shall bear a label or other identification showing the name of the manufacturer, the test standard and the fire protection rating. Such label or other identification shall be issued by an approved agency and shall be permanently affixed.

**715.3.6.4 Safety glazing.** Fire-protection-rated glazing installed in fire doors or fire window assemblies in areas subject to human impact in hazardous locations shall comply with Chapter 24.

**715.3.7 Door closing.** Fire doors shall be self-closing or automatic-closing in accordance with this section.

**Exception:** Fire doors located in common walls separating sleeping units in Group R-1 shall be permitted without automatic-closing or self-closing devices.

**715.3.7.1 Latch required.** Unless otherwise specifically permitted, single fire doors and both leaves of pairs of side-hinged swinging fire doors shall be provided with an active latch bolt that will secure the door when it is closed.

**715.3.7.2 Automatic-closing fire door assemblies.** Automatic-closing fire door assemblies shall be self-closing in accordance with NFPA 80.

**715.3.7.3 Smoke-activated doors.** Automatic-closing fire doors installed in the following locations shall be automatic-closing by the actuation of smoke detectors installed in accordance with Section 907.10 or by loss of power to the smoke detector or hold-open device. Fire doors that are automatic-closing by smoke detection shall not have more than a 10-second delay before the door starts to close after the smoke detector is actuated.

1. Doors installed across a corridor.

2. Doors that protect openings in horizontal exits, exits or exit access corridors required to be of fire-resistance-rated construction.

3. Doors that protect openings in walls required to be fire-resistance rated by Table 302.1.1.

4. Doors installed in smoke barriers in accordance with Section 709.5.

5. Doors installed in fire partitions in accordance with Section 708.6.

6. Doors installed in a fire wall in accordance with Section 705.8.

**715.3.7.4 Doors in pedestrian ways.** Vertical sliding or vertical rolling steel fire doors in openings through which pedestrians travel shall be heat activated or activated by smoke detectors with alarm verification.

**715.3.8 Swinging fire shutters.** Where fire shutters of the swinging type are installed in exterior openings, not less than one row in every three vertical rows shall be arranged to be readily opened from the outside, and shall be identified by distinguishing marks or letters not less than 6 inches (152 mm) high.

**715.3.9 Rolling fire shutters.** Where fire shutters of the rolling type are installed, such shutters shall include approved automatic-closing devices.

**715.4 Fire-protection rated glazing.** Glazing in fire window assemblies shall be fire protection rated in accordance with this section and Table 715.4. Glazing in fire doors shall comply with Section 715.3.6. Fire-protection-rated glazing installed as an opening protective in fire partitions, smoke barriers and fire barriers shall be tested in accordance with and shall meet the acceptance criteria of NFPA 257 for a fire protection rating of 45 minutes. Fire-protection-rated glazing shall also comply with NFPA 80. Fire-protection-rated glazing required in accordance with Section 704.12 for exterior wall opening protection shall be tested in accordance with and shall meet the acceptance criteria of NFPA 257 for a fire protection rating as required in Section 715.4.7.

**Exceptions:**

1. Wired glass in accordance with Section 715.4.3.

2. Fire-protection-rated glazing in 0.5-hour fire-resistance-rated partitions is permitted to have an 0.33-hour fire protection rating.

**TABLE 715.4**
**FIRE WINDOW ASSEMBLY FIRE PROTECTION RATINGS**

| TYPE OF ASSEMBLY | REQUIRED ASSEMBLY RATING (hours) | MINIMUM FIRE WINDOW ASSEMBLY RATING (hours) |
|---|---|---|
| Interior walls: | | |
|   Fire walls | All | NPª |
|   Fire barriers and fire partitions | >1 | NPª |
| | 1 | ³/₄ |
|   Smoke barriers | 1 | ³/₄ |
| Exterior walls | >1 | 1¹/₂ |
| | 1 | ³/₄ |
| Party walls | All | NPª |

a. Not permitted except as specified in Section 715.2.

**715.4.1 Testing under positive pressure.** NFPA 257 shall evaluate fire-protection-rated glazing under positive pressure. Within the first 10 minutes of a test, the pressure in the furnace shall be adjusted so at least two-thirds of the test specimen is above the neutral pressure plane, and the neutral pressure plane shall be maintained at that height for the balance of the test.

**715.4.2 Nonsymmetrical glazing systems.** Nonsymmetrical fire-protection-rated glazing systems in fire partitions, fire barriers or in exterior walls with a fire separation of 5 feet (1524 mm) or less pursuant to Section 704 shall be tested with both faces exposed to the furnace, and the assigned fire protection rating shall be the shortest duration obtained from the two tests conducted in compliance with NFPA 257.

**715.4.3 Wired glass.** Steel window frame assemblies of 0.125-inch (3.2 mm) minimum solid section or of not less than nominal 0.048-inch-thick (1.2 mm) formed sheet steel members fabricated by pressing, mitering, riveting, interlocking or welding and having provision for glazing with ¹/₄-inch (6.4 mm) wired glass where securely installed in the building construction and glazed with ¹/₄-inch (6.4 mm) labeled wired glass shall be deemed to meet the requirements for a ³/₄-hour fire window assembly. Wired glass panels shall conform to the size limitations set forth in Table 715.4.3.

**TABLE 715.4.3**
**LIMITING SIZES OF WIRED GLASS PANELS**

| OPENING FIRE PROTECTION RATING | MAXIMUM AREA (square inches) | MAXIMUM HEIGHT (inches) | MAXIMUM WIDTH (inches) |
|---|---|---|---|
| 3 hours | 0 | 0 | 0 |
| 1¹/₂-hour doors in exterior walls | 0 | 0 | 0 |
| 1 and 1¹/₂ hours | 100 | 33 | 10 |
| ³/₄ hour | 1,296 | 54 | 54 |
| 20 minutes | Not Limited | Not Limited | Not Limited |
| Fire window assemblies | 1,296 | 54 | 54 |

For SI:  1 inch = 25.4 mm, 1 square inch = 645.2 mm².

**715.4.4 Nonwired glass.** Glazing other than wired glass in fire window assemblies shall be fire-protection-rated glazing installed in accordance with and complying with the size limitations set forth in NFPA 80.

**715.4.5 Installation.** Fire-protection-rated glazing shall be in the fixed position or be automatic-closing and shall be installed in approved frames.

**715.4.6 Window mullions.** Metal mullions that exceed a nominal height of 12 feet (3658 mm) shall be protected with materials to afford the same fire-resistance rating as required for the wall construction in which the protective is located.

**715.4.7 Interior fire window assemblies.** Fire-protection-rated glazing used in fire window assemblies located in fire partitions and fire barriers shall be limited to use in assemblies with a maximum fire-resistance rating of 1 hour in accordance with this section.

**715.4.7.1 Where permitted.** Fire-protection-rated glazing shall be limited to fire partitions designed in accordance with Section 708 and fire barriers utilized in the applications set forth in Sections 706.3.5 and 706.3.6 where the fire-resistance rating does not exceed 1 hour.

**715.4.7.2 Size limitations.** The total area of windows shall not exceed 25 percent of the area of a common wall with any room.

**715.4.8 Exterior fire window assemblies.** Exterior openings, other than doors, required to be protected by Section 704.12, where located in a wall required by Table 602 to have a fire-resistance rating of greater than 1 hour, shall be protected with an assembly having a fire protection rating of not less than 1¹/₂ hours. Exterior openings required to be protected by Section 704.8, where located in a wall required by Table 602 to have a fire-resistance rating of 1 hour, shall be protected with an assembly having a fire protection rating of not less than ³/₄ hour. Exterior openings required to be protected by Section 704.9 or 704.10 shall be protected with an assembly having a fire protection rating of not less than ³/₄ hour. Openings in nonfire-resistance-rated exterior wall assemblies that require protection in accordance with Section 704.8, 704.9 or 704.10 shall have a fire protection rating of not less than ³/₄ hour.

**715.4.9 Labeling requirements.** Fire-protection-rated glazing shall bear a label or other identification showing the name of the manufacturer, the test standard, and the fire protection rating. Such label or identification shall be issued by an approved agency and shall be permanently affixed.

# SECTION 716
# DUCTS AND AIR TRANSFER OPENINGS

**716.1 General.** The provisions of this section shall govern the protection of ducts and air transfer openings in fire-resistance-rated assemblies.

**716.1.1 Ducts and air transfer openings without dampers.** Ducts and air transfer openings that penetrate fire-resistance-rated assemblies and are not required by this section to have dampers shall comply with the requirements of Section 712.

**716.2 Installation.** Fire dampers, smoke dampers, combination fire/smoke dampers and ceiling dampers located within air distribution and smoke control systems shall be installed in ac-