# EXHIBIT P



# Western Fire Center, Inc.
### 2204 Parrott Way, Kelso, Washington 98626
Phone: 360-423-1400 | Fax: 360-423-5003 | Toll Free: 877-423-1401

# Fire Performance Investigation of Glazing Assemblies

### Conducted For:

### Technical Glass Products
### 600 6th Street South
### Kirkland, WA 98033

### WFCi Report #07035

### Conducted On: May 11 & 18, 2007

### Report Reissued On: October 11, 2007



ACCREDITED
**TL-180**

**Testing • Research • Investigation • Consulting • Modeling • Animation • Litigation**

Technical Glass Products NFPA 257
WFCi Project# 07035

# TABLE OF CONTENTS

TABLE OF CONTENTS ..................................................................................................................2

INTRODUCTION .........................................................................................................................3

SUMMARY OF TEST METHOD .....................................................................................................4

DESCRIPTION OF LABORATORY TEST FACILITY............................................................................5

SAMPLE DESCRIPTION ...............................................................................................................6
    FIGURE 1: COMPLETE TEST ONE ASSEMBLY (RIGHT SIDE OF DRAWING = SOUTH).....................................8
    FIGURE 2: COMPLETE TEST TWO ASSEMBLY (NOTE:  RIGHT SIDE OF DWG.= NORTH) .............................9

TEST DATA .............................................................................................................................10
    TEST ONE OBSERVATIONS...............................................................................................................10
    TEST TWO OBSERVATIONS...............................................................................................................11
    TEST 1 THERMOCOUPLE AND RADIOMETER DATA (EVERY 5 MIN.)..................................................12
    TEST 2 RADIOMETER DATA (EVERY 5 MIN.).....................................................................................12
    TEST 1 AVERAGE FURNACE TEMPERATURES (EVERY 5 MIN.).............................................................13
    TEST 2 AVERAGE FURNACE TEMPERATURES (EVERY 5 MIN.).............................................................13

TEST RESULTS AND CONCLUSION .............................................................................................14

SIGNATURES...........................................................................................................................16

APPENDIX A: CHARTS ..............................................................................................................17
    CHART 1: TEST 1 FURNACE TEMPERATURE VS. STANDARD CURVE....................................................18
    CHART 2: TEST 1 FURNACE PRESSURE.............................................................................................19
    CHART 3: TEST 1 THERMOCOUPLE DATA ........................................................................................20
    CHART 4: TEST 1 RADIOMETER DATA .............................................................................................21
    CHART 5: TEST 2 FURNACE TEMPERATURE VS. STANDARD CURVE....................................................22
    CHART 6: TEST 2 FURNACE PRESSURE.............................................................................................23
    CHART 7: TEST 2 RADIOMETER DATA .............................................................................................24

APPENDIX B: PHOTOGRAPHS....................................................................................................25

Technical Glass Products NFPA 257
WFCi Project# 07035

## INTRODUCTION

This report documents the fire testing of five window assemblies installed in two wood stud wall constructions performed by Western Fire Center, Inc. (WFCi) for:

**Technical Glass Products**
**600 6th Street South**
**Kirkland, WA 98033.**

Mike White and Howard Stacy of WFCi conducted the test with the assistance of Wayne Beres and Logan Byman (WFCi) on May 11 & 18, 2007.

The wall assemblies were constructed by WFCi personnel in the WFCi lab to client, product and test standard specifications prior to testing. A detailed description of the assemblies and the construction diagrams provided by the client appear in Sample Description section of this report.

Jeff Razwick and Tim Anderson of Technical Glass Products (TGP) were on hand to witness the testing. John Tiscornia of Tiscornia Photography and Les Fitzpatrick and Rebecca Teagarden of Rocket Pictures were on hand to create photographs and video of the testing.

The purpose of these tests was to evaluate the fire endurance characteristics of two wall constructions incorporating different glazing configurations when subjected to a standard fire exposure condition as described in NFPA 257.

Technical Glass Products NFPA 257
WFCi Project# 07035

## SUMMARY OF TEST METHOD

This is a vertical, positive pressure fire test employing the fire endurance conditions described in NFPA 257: Standard on *Fire Test for Window and Glass Block Assemblies*. The test conditions are also closely described by testing standards UBC 7-4, 1997, ASTM E 2010, and UL 9. A vertical exposure furnace (described in the following section) was used to subject the sample to a standard time-temperature curve as specified in the referenced test procedures.

For this fire endurance evaluation, the tests were to be performed for a fire resistance period of 45 minutes or until failure of the test assembly occurred.

Positive pressure furnace conditions were employed for these tests with the neutral pressure plane located 2/3 down from the top of the window assemblies.

Technical Glass Products NFPA 257
WFCi Project# 07035

## **DESCRIPTION OF LABORATORY TEST FACILITY**

The furnace used in the test is a large-scale
fire burning apparatus, fueled by natural gas
(pictured at right.) The furnace is mounted to
the floor, with the back side close to the west
wall, at the south end of the laboratory
facility.   Inside the laboratory to the north of
the furnace is a large area for specimen
construction and curing.  Ambient temperature
in the laboratory is controlled by natural gas
radiant heaters at the ceiling level.



A wall section can be mounted, in a vertical
orientation, into a steel frame specimen
holder. The specimen holder is then rolled up to the furnace and secured by
four pneumatic rams to the furnace opening. Combustion air and natural gas
are supplied to burners through a series of pipes and valves.    Internal
furnace pressure is controlled by a series of dampers in the exhaust outlets.
Temperature measurements are recorded by calibrated data acquisition units
which pass the readings to a computer for graphical display and storage.  A
large roll up door is in the wall opposite the furnace area and allows for the
samples to be moved approximately 40' on tracks outdoors to the area
designated for hose stream testing.

Technical Glass Products NFPA 257
WFCi Project# 07035

## SAMPLE DESCRIPTION

**Wall Construction:** The wall for each of these tests was 11'-6" tall x 12' wide. The wall consisted of nominal 2" x 4" wood studs spaced at 16" on center with double top and single bottom plates and one layer of 5/8" type X gypsum wallboard (GWB) on each side. Fasteners for the GWB were 1-5/8" screws spaced at 7" on center on the perimeter and 12" on center in the field.

Each assembly included window framing with 19" of GWB above and below the frames. There was 25" of GWB area between the two window frames in Test 1 along with 8" on the North edge and 7" on the South edge. There was 24" of GWB area on either side of the single window frame in Test 2.

**Test 1:** The wall construction contained 2 window assemblies. The South window assembly was 8' tall by 36" wide. The North window assembly was 8' tall by 64" wide. The North assembly was made up of two 1/4" Superlite I-XL window panes in a standard hollow metal frame with the low-e coating on the glazing facing the furnace. The South assembly window was 60-201 Pyrostop in a 60-minute heat barrier frame.



**North Side**

Technical Glass Products NFPA 257
WFCi Project# 07035

**Test 2:** The wall construction contained 3 window assemblies of equal size (30" wide x 95" tall) centered in one frame. These windows were all reversed with the coated side facing away from the furnace. From the North side to the South, these windows were 1/4" IGU, 1/4" XL and 1/4" XL in a standard hollow metal frame.



**North Side**

**Thermocouple Placement:** Five thermocouples were placed on the sample structure to monitor temperatures during the first test only. TC's 1 and 2 were placed on the South window assembly at the mid-point and halfway between the middle and the top of the glass, respectively. TC's 3 - 5 were placed on the gypsum wallboard between the window assemblies at the vertical center (TC 4) and halfway between the center and the top (TC 3) and halfway between the center and the bottom of the wall assembly TC 5).

**Radiometer Placement:** A radiometer was placed approximately 12" away from the center of the North window assembly glazing surface during Test 1 and approximately 18" away from the center of the middle window assembly during Test 2 to monitor radiant flux.

Technical Glass Products NFPA 257
WFCI Project# 07035

## Figure 1: Complete Test One Assembly (Right Side of Drawing = South)



Technical Glass Products NFPA 257
WFCI Project# 07035

**Figure 2: Complete Test Two Assembly (Note: Right side of dwg.= North)**

Technical Glass Products NFPA 257
WFCi Project# 07035

# TEST DATA

## Test One Observations

**Test Date:** 5/11/2007, 9:00 AM
**Specimen Tested:** 11'-6" x 12' Wall with 2 Window Assemblies
**Furnace:** Vertical Exposure Furnace
**Cameras:** 1 digital still camera and 1 video camera
**Radiometer:** 1 centered N glazing pane, N assembly
**Stud Moisture Content:** 10-12%
**Ambient Conditions:** Lab room Temp: 16°C
Relative Humidity: 48%

### Observations:

| Test Time (h:mm:ss) | | Event |
|---|---|---|
| 0:00:00 | | Ignite furnace, start test, slight fogging of windows |
| 0:01:45 | | Cracking of exposed surface south glazing assembly |
| 0:02:20 | | South assembly is translucent/opaque, North is clear |
| 0:03:00 | | Pieces of glazing falling from exposed face S assembly |
| 0:04:00 | | Flame on exposed surface of S assembly |
| 0:07:00 | | Smoke emitting from vertical mullion of N assembly |
| 0:10:00 | | Smoke emitting from upper corners of S assembly |
| 0:13:00 | | Cotton pad test for 20 seconds upper corners S assembly, no ignition or charring |
| 0:24:00 | | Cotton pad test N assembly, some discoloration, no ignition |
| 0:25:00 | | 1/2" gapping of steel frame at top of wall, N assembly, with charring of the GWB. Flaming mostly out on exposed surface S assembly. |
| 0:28:00 | | Cotton pad test for 20 seconds at N assembly, slight charring but no ignition |
| 0:30:00 | | Cotton pad test S assembly for 20 seconds, no discoloration |
| 0:35:00 | | Cotton pad test N assembly for 20 seconds, no ignition, slight charring |
| 0:45:00 | | Terminate Test, Move sample into Hose Stream position |
| | | |
| 0:00:00 | | Start Hose Stream Test at 30 PSI for 50 seconds |
| 0:00:50 | | The North window assembly failed the Hose Stream Test immediately. The South window assembly passed the Hose Stream Test. |

Technical Glass Products NFPA 257
WFCi Project# 07035

## Test Two Observations

**Test Date:** 5/18/2007, 10:25 AM
**Specimen Tested:** 11'-6" x 12' Wall with one glazing assembly
incorporating 3 pieces of glass
**Furnace:** Vertical Exposure Furnace
**Cameras:** 1 digital still camera and 1 video camera
**Stud Moisture Content:** N/A
**Ambient Conditions:** Lab room Temp: 19°C
Relative Humidity: 48%

### Observations:

| Test Time (h:mm:ss) | | Event |
|---|---|---|
| 0:00:00 | | Ignite furnace, start test |
| 0:00:30 | | Place radiometer approx. 18" from center panel |
| 0:01:00 | | Smoke issuing from frame, frame bowing into furnace |
| 0:05:00 | | Smoke is diminishing |
| 0:07:45 | | IGU unit spacer deforming on S side of panel |
| 0:11:00 | | Slight fogging of IGU panel |
| 0:17:00 | | Flames on left side of IGU panel |
| 0:20:00 | | Cotton pad test at S panel for 15 seconds, no ignition. Fogging of IGU panel, flames at side on exposed surface persist, IGU unit deforming. |
| 0:22:00 | | Center panel failed, Test Terminated |

Western Fire Center, Inc.
Kelso, WA

Technical Glass Products NFPA 257
WFCi Project# 07035

## Test 1 Thermocouple and Radiometer Data (every 5 min.)

| Time | TC 1 (°C) | TC 2 (°C) | TC 3 (°C) | TC 4 (°C) | TC 5 (°C) | Avg (°C) | Radiometer (kW/m2) |
|---|---|---|---|---|---|---|---|
| 0:00:00 | 16.2 | 16.1 | 17.2 | 16.6 | 16.6 | 16.5 | 0.0 |
| 0:05:00 | 33.3 | 30.0 | 23.1 | 18.1 | 20.1 | 24.9 | 2.4 |
| 0:10:00 | 62.6 | 58.4 | 53.1 | 30.3 | 41.9 | 49.2 | 5.1 |
| 0:15:00 | 83.9 | 80.3 | 65.4 | 48.0 | 58.9 | 67.3 | 7.7 |
| 0:20:00 | 99.6 | 94.0 | 69.3 | 61.6 | 67.1 | 78.3 | 10.4 |
| 0:25:00 | 99.2 | 95.4 | 77.1 | 71.8 | 75.5 | 83.8 | 13.0 |
| 0:30:00 | 96.8 | 93.4 | 81.3 | 77.5 | 82.4 | 86.3 | 15.6 |
| 0:35:00 | 96.3 | 92.6 | 86.6 | 79.7 | 86.0 | 88.2 | 17.3 |
| 0:40:00 | 96.0 | 93.7 | 95.7 | 83.5 | 95.9 | 92.9 | 19.0 |
| 0:45:00 | 99.4 | 100.7 | 101.7 | 91.2 | 103.0 | 99.2 | 21.1 |
| MAX | 100.7 | 101.1 | 101.8 | 91.5 | 103.2 | 99.4 | 21.1 |

## Test 2 Radiometer Data (every 5 min.)

| Time | Radiometer (kW/m2) |
|---|---|
| 0:00:00 | 0.0 |
| 0:05:00 | 2.4 |
| 0:10:00 | 5.8 |
| 0:15:00 | 8.5 |
| 0:20:00 | 11.8 |
| 0:22:00 | 13.1 |
| MAX | 14.8 |

Technical Glass Products NFPA 257
WFCi Project# 07035

## Test 1 Average Furnace Temperatures (every 5 min.)

| Time | Total % of Standard Curve | Temperature (Celsius) | Standard Temperature |
|---|---|---|---|
| 0:00:00 | 0 | 0 | 0 |
| 0:05:00 | 92.7 | 576.3 | 556.2 |
| 0:10:00 | 97.4 | 661.3 | 658.3 |
| 0:15:00 | 99.3 | 713.8 | 718.5 |
| 0:20:00 | 99.4 | 760.2 | 761.3 |
| 0:25:00 | 99.5 | 792.6 | 794.6 |
| 0:30:00 | 99.6 | 823.2 | 821.8 |
| 0:35:00 | 99.7 | 842.7 | 844.8 |
| 0:40:00 | 99.9 | 866.4 | 864.7 |
| 0:45:00 | 99.9 | 882.1 | 882.3 |

## Test 2 Average Furnace Temperatures (every 5 min.)

| Time | Total % of Standard Curve | Temperature (Celsius) | Standard Temperature |
|---|---|---|---|
| 0:00:00 | 0 | 0 | 0 |
| 0:05:00 | 90.8 | 550.8 | 556.5 |
| 0:10:00 | 97.4 | 652.5 | 658.5 |
| 0:15:00 | 97.9 | 706.9 | 718.6 |
| 0:20:00 | 98.4 | 756.0 | 761.4 |
| 0:22:00 | 98.6 | 770.7 | 775.6 |

Technical Glass Products NFPA 257
WFCi Project# 07035

# TEST RESULTS AND CONCLUSION

Charts illustrating data collected from the test are included in Appendix A.
Photographs from the test are included in Appendix B.


From NFPA 257:

Performance Criteria

### 5-1 Fire Test.
### 5-1.1 Window Assemblies.
During the fire test, a window assembly shall meet the performance
criteria specified in 5-1.1.1 through 5-1.1.6.
### 5-1.1.1
The window assembly shall remain in the wall in which it is installed
for the duration of the fire test.
### 5-1.1.2
No flaming shall occur on the unexposed surface of the assembly.
### 5-1.1.3
There shall be no separation of the glazing material edges from the
glazing frame that creates openings.
### 5-1.1.4
At the perimeter of operable components, movement from the initial
closed position shall not exceed the thickness of the frame member at
any point.
### 5-1.1.5
The window assembly shall not move away from the wall to the extent
that an opening is created.
### 5-1.1.6
There shall be no openings in the window assembly.

### 5-2 Hose Stream Test.
### 5-2.1 Window Assemblies.
During the hose stream test, a window assembly shall meet the
performance criteria specified in 5-2.1.1 through 5-2.1.4.
### 5-2.1.1
The window assembly shall remain in the wall in which it is installed
for the duration of the hose stream test.
### 5-2.1.2
At the perimeter of operable components, movement from the initial
closed position shall not exceed the thickness of the frame member at
any point.
### 5-2.1.3

Technical Glass Products NFPA 257
WFCi Project# 07035

> Openings created by separation of the glazing material edges from the
> glazing frame due to movement away from the frame shall not exceed
> 30 percent of each individual glazed light perimeter.
> **5-2.1.4**
> Openings created by glazing material breakage in the central area of
> each individual glazed light shall not exceed 5 percent of the area of
> the glazed light.

The South window assembly used in Test 1, consisting of a 60-201 Pyrostop
window pane in a 60-minute heat barrier frame as described in this report,
successfully withstood the 45-minute fire endurance and 50-second hose
stream tests without developing any through openings, meeting the
conditions of acceptance for NFPA 257.

The North window assembly in Test 1, consisting of two 1/4" Superlite I-XL
window panes in a standard hollow metal frame, failed the Hose Stream Test
immediately.

The window assemblies evaluated in Test 2, from the North side to the South
1" Superlite I-XL IGU, 1/4" Superlite I-XL and 1/4" Superlite I-XL in a
standard hollow metal frame, failed the fire resistance test at 22 minutes.

Technical Glass Products NFPA 257
WFCi Project# 07035

## SIGNATURES

Prepared by,

Andrew Gillihan
Technical Writer

Reviewed by,

Howard Stacy
Director, Testing Services

**WESTERN FIRE CENTER AUTHORIZES THE CLIENT NAMED HEREIN TO REPRODUCE**

**THIS REPORT ONLY IF REPRODUCED IN ITS ENTIRETY**

**The test specimen identification is as provided by the client and WFCi accepts no responsibilities for any inaccuracies therein.  WFCi did not select the specimen and has not verified the composition, manufacturing techniques or quality assurance procedures.**

Western Fire Center, Inc.                                                    Page 16 of 42
Kelso, WA

Technical Glass Products NFPA 257
WFCi Project# 07035

# APPENDIX A:
# CHARTS

Technical Glass Products NFPA 257
WFCi Project# 07035

## Chart 1: Test 1 Furnace Temperature Vs. Standard Curve

## 07035 TGP NFPA 257 Test 1 Furnace Temperature vs. Standard Curve



Western Fire Center, Inc.
Kelso, WA

Page 18 of 42

Technical Glass Products NFPA 257
WFCI Project# 07035

## Chart 2: Test 1 Furnace Pressure

## 07035 TGP NFPA 257 Test 1 Furnace Pressure



Western Fire Center, Inc.
Kelso, WA

Page 19 of 42

Technical Glass Products NFPA 257
WFCi Project# 07035

## Chart 3: Test 1 Thermocouple Data

### 07035 TGP NFPA 257 Test 1 Thermocouple Data

Five thermocouples were placed on the sample structure to monitor temperatures during the first test only. TC's 1 and 2 were placed on the South window assembly at the mid-point and halfway between the middle and the top of the glass, respectively. TC's 3 - 5 were placed on the gypsum wallboard between the window assemblies at the vertical center (TC 4) and halfway between the center and the top (TC 3) and halfway between the center and the bottom of the wall assembly TC 5).



Western Fire Center, Inc.
Kelso, WA

Technical Glass Products NFPA 257
WFCi Project# 07035

## Chart 4: Test 1 Radiometer Data

### 07035 TGP NFPA 257 Test 1 Radiometer Data

The radiometer was placed approximately 12" away from the center of the North window assembly glazing surface to monitor radiant flux during this test.



Western Fire Center, Inc.
Kelso, WA

Page 21 of 42

Technical Glass Products NFPA 257
WFCI Project# 07035

## Chart 5: Test 2 Furnace Temperature Vs. Standard Curve

## 07035 TGP NFPA 257 Test 2 Furnace Temperature vs. Standard Curve



Western Fire Center, Inc.
Kelso, WA

Page 22 of 42

Technical Glass Products NFPA 257
WFCI Project# 07035

## Chart 6: Test 2 Furnace Pressure

### 07035 TGP NFPA 257 Test 2 Furnace Pressure



Western Fire Center, Inc.
Kelso, WA

Page 23 of 42

Technical Glass Products NFPA 257
WFCi Project# 07035

## Chart 7: Test 2 Radiometer Data

### 07035 TGP NFPA 257 Test 2 Radiometer Data

The radiometer was placed approximately 18" away from the center of the middle window assembly to monitor radiant flux during this test.



Western Fire Center, Inc.
Kelso, WA

Page 24 of 42

Technical Glass Products NFPA 257
WFCi Project# 07035

# APPENDIX B:
# PHOTOGRAPHS

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 1: Test 1 Wall construction pre-test**



**Photograph 2: Test 1 Wall construction pre-test**

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 3: Test 1 Wall construction pre-test**



**Photograph 4: Test 1 Wall construction pre-test**

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 5: Test 1 Wall construction pre-test**



**Photograph 6: Test 1 Wall construction pre-test**

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 7: Test 1 Wall construction pre-test**



**Photograph 8: Test 1 Wall construction pre-test**

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 9: Complete Test 1 assembly pre-test**



**Photograph 10: Complete Test 1 assembly pre-test**

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 11: Complete Test 1 assembly pre-test**



**Photograph 12: Test 1 sample during test**

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 13: Test 1 sample during test**



**Photograph 14: Test 1 sample during test**

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 15: Test 1 sample during test**



**Photograph 16: Test 1 sample during test**

Technical Glass Products NFPA 257
WFCi Project# 07035


**Photograph 17: Test 1 sample during test**


**Photograph 18: Test 1 sample during test**

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 19: Test 1 sample after fire-resistance test**



**Photograph 20: Test 1 sample after fire-resistance test**

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 21: Test 1 sample after hose-stream test**



**Photograph 22: Test 1 sample after hose-stream test**

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 23: Test 1 sample after hose-stream test**



**Photograph 24: Test 2 Wall construction pre-test**

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 25: Test 2 Wall construction pre-test**



**Photograph 26: Test 2 Wall construction pre-test**

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 27: Test 2 Wall construction pre-test**



**Photograph 28: Test 2 sample during test**

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 29: Test 2 sample during test**



**Photograph 30: Test 2 sample during test**

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 31: Test 2 sample during test**



**Photograph 32: Test 2 sample after fire-resistance test**

Technical Glass Products NFPA 257
WFCi Project# 07035



**Photograph 33: Test 2 sample after fire-resistance test**