# EXHIBIT Q

HOME : SITE MAP : SEARCH

| Fire Rated Glass | SAFTI*fire* Frames | Specs | Compare / Quote | Info / Press | Projects | Contact | About |



 

*Radiant Heat Reducing Glazing Solution*



- Request a quote
- Download PDF Factsheet
- Compare to Similar Products

**PRODUCT INFO** | **SPECIFICATIONS** | **FRAMING DETAILS**

Select a Different Glazing...

**SuperLite I-XL** is a patented breakthrough, monolithic technology that reduces the transfer of radiant heat by reflecting heat back towards the fire source. It minimizes the threat of scorching heat which can limit the safe egress of occupants and can cause the fire to spread to adjacent areas. SuperLite I-XL 45/60, the first and only product of its kind to be introduced in the USA, was developed by SAFTI FIRST in 1993 and has been installed in locations throughout the USA Authorities having jurisdiction (AHJs) across the country have approved this non-hose stream tested product because of its ability to reflect radiant heat and stay in the opening for over one hour, allowing for safe egress of occupants. Most AHJs recognize that the hose stream test was designed for structural building integrity and not as a thermal stress test for fire-rated glazing. Sprinkler activation does not compromise the performance of SuperLite I-XL.

For over 20 years, Europe, Japan and other countries have taken advantage of the enhanced safety performance of products like SuperLite I-XL. This radiant heat reducing fire glazing is an excellent choice for schools, hospitals, historical renovations, wilderness/urban interface areas, property line applications, or any areas where safe egress, impact safety and protection from the dangers of radiant heat are a concern. SuperLite I-XL provides greater radiant heat and impact protection than any other

### FEATURES    Go to >>

- Optically clear, not tinted or distorted as ceramics are.
- Blocks up to 90% of dangerous radiant heat compared to wired and ceramic glazing.
- Tempered to meet the highest federal safety standard, Consumer Product Safety Commission 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact.
- Positive Pressure fire rated to 45/60-minutes without hose stream.
- Thin directional makeup. Available in non-directional IGU.
- 1/4" (7mm) for use in standard hollow metal but available up to 1/2" (14mm) where wind or structural requirements are a consideration.
- Survives thermal shock from sprinklers.
- USA manufactured for fast delivery.
- For use in hollow metal, wood, aluminum, or any equally fire-rated framing system.

For information on obtaining AHJ Approval for SuperLite I-XL, click here.

| Fire Rating* | Application | Max Lite Area** | Max W | Max H | Stops |
|---|---|---|---|---|---|
| 45 Minutes | Doors | 3,341 sq. in. | 35-1/8" | 95-1/8" | 5/8" |
| 45 Minutes | Sidelites | 3,522 sq. in. | 35-1/8" | 95-1/8" | 5/8" |
| 45 Minutes | Windows / Transoms | 3,522 sq. in. | 48" | 96" | 5/8" |
| 60 Minutes | Doors | 3,341 sq. in. | 35-1/8" | 95-1/8" | 5/8" |
| 60 Minutes | Sidelites | 3,341 sq. in. | 35-1/8" | 95-1/8" | 5/8" |
| 60 Minutes | Windows / Transoms | 3,341 sq. in. | 35-1/8" | 95-1/8" | 5/8" |

*SuperLite I-XL is fire tested to UBC 7-2, UBC STD 7-4, NFPA 252, NFPA 257, UL 9, UL 10B, UL 10C, ASTM E2074, ASTM E152, ASTM E2010, and ASTM E163. SuperLite I-XL requires AHJ approval because it carries a conditional listing similar to glass block products.
** Maximum area allowed is 25% of the wall area. Any ratings over 45 minutes should consider the dangers caused by radiant heat.

### SPECIFICATIONS    Go to >>

**Thickness:** 1/4" (7mm) standard
**Weight:** 3.0 lbs./sq. ft.
**Appearance:** Clear, wireless
**U-Value:** .40
**Light Transmission:** 73%

**STC Rating:** 28

**LISTINGS** `Go to >>`

SuperLite I-XL is patented, listed and labeled with positive pressure by Intertek/Warnock Hersey, Inc. Intertek/Warnock Hersey permanent labels are applied to all glass lites. This product carries a conditional listing. It is a directional product that reduces radiant heat transfer from one side only. Consult special glazing instructions prior to installation. For non-directional make-up, see SuperLite I-XL IGU



monolithic glazing, including ceramics, and is a low cost replacement for unsafe traditional wired glass. It is available in non-directional insulated or directional monolithic makeups. Fire fighters along with code officials have stated their favor of a product like SuperLite I-XL because it is quick and safe to remove in the event of a fire, allowing for access, smoke release and safe egress of occupants.

**STANDARDS** `Go to >>`

UBC 7-2, UBC STD 7-4, NFPA 252, NFPA 257, UL 9, UL 10B, UL 10C, ASTM E2074, ASTM E152, ASTM E2010, and ASTM E163.

This product requires AHJ approval because it does not pass the hose stream portion of the fire test.

**DELIVERY** `Go to >>`

Allow 5 days from confirmed order. Quick ship is available upon request.

disclaimer

| HOME | SITE MAP | SEARCH |

| Fire Rated Glass | SAFTI*fire* Frames | Specs | Compare / Quote | Info / Press | Projects | Contact | About |

# Contact Us

**SuperLite I-XL Technical Bulletin**

Thank you for your interest in Technical Bulletin #9-2006. This document is intended to provide design professionals and authorities having jurisdiction (AHJ) with information regarding the performance of SuperLite I-XL for the purpose of either specifying or approving the product for use as alternative fire protective glazing.

Please complete the fields below to download the technical bulletin.

FIELDS IN RED REQUIRED

- Name
- Company
- Email
- Address 1
- Address 2
- City
- State
- Zip
- Country
- Telephone

[Download]

**SAFTI FIRST**
325 Newhall Street
San Francisco CA 94124-1432
USA
**Tel:** 415-824-4900
**Fax:** 415-824-5900

disclaimer