# EXHIBIT S

| Fire Rated Glass | SAFTI*fire* Frames | Specs | Compare / Quote | Info / Press | Projects | Contact | About |

# Press Releases

`<< Back`

### SUPERLITE I-XL HALF-YEAR SALES UP 124%
*AHJ approval growing for alternative fire-protective, CPSC Cat. II glazing that provides additional radiant heat protection for less than the cost of ceramics*

**SAN FRANCISCO (August 23, 2007)** – SAFTI *FIRST*, a leading manufacturer of fire-rated glazing and framing products, saw an increase of 124% in SuperLite I-XL sales for the first six months of 2007 when compared to sales during the same period of 2006. Current sales of SuperLite I-XL have already exceeded total 2006 annual sales. "These sales figures are indicative of a more important trend, which is an increased understanding of radiant heat as a serious fire and life safety issue" says William O'Keeffe, President and CEO of SAFTI *FIRST*. "More and more, we see AHJs (authorities having jurisdiction) exercising their power under the codes to approve a product like SuperLite I-XL due to its ability to provide additional radiant heat protection, CPSC Cat. II impact-safety protection and superior optical clarity for less than the cost of ceramics."

Most recently, the City of Los Angeles issued a General Approval for SuperLite I-XL. Plus many more jurisdictions are approving the use of this product, such as Honolulu, San Francisco, and numerous counties in Florida.

One of the many projects using SuperLite I-XL as an alternative to traditional wired glass is the National Center for International Schools in San Francisco, CA. "Upgrading to Category-II safety-rated, radiant heat-reducing glazing was a critical consideration in our decision to replace wire glass campus-wide. The possibility of a student impacting a door lite or sidelite was a major concern, particularly at assembly area doors equipped with panic hardware," says Daniel Klingebiel, CFM, CFMJ, Director of Facilities and Planning for the school. In total, the school upgraded 140 20-minute door vision lites to SuperLite I (CSPC Cat. II safety-rated), 30 45-minute side lites and windows to SuperLite I-XL (CPSC Cat. II safety-rated) and 33 90-min door vision panels to certified field-filmed SuperLite I-W (CPSC Cat. II safety-rated).

SuperLite I-XL is a patented, clear, CPSC Cat II impact safety rated, fire protective glazing product that reflects heat back to the fire source, which facilitates safe egress, prevents the fire from spreading to other areas and gives fire fighters additional time to safely access and extinguish the fire.

**-more-**

This product is fully listed for 20 minutes and approved by the GSA and AHJs as an alternate material for 45/60 minute applications without hose stream in accordance with Section 104.11, *Alternative Materials, Design and Methods of Construction and Equipment*, of the IBC.

The hose stream was originally developed to test the structural integrity of a building's wall and supportive components. It was not developed to test non-structural elements such as windows and doors, where 45-minute fire-protective glazing is used. Despite the claims of its proponents, the hose stream does not simulate the potential threat of thermal shock from sprinklers. The hose stream is applied after the glass has been exposed to a minimum of 1638 degrees Fahrenheit – sprinkler discharge would have occurred at far lower temperatures (approximately 165 degrees Fahrenheit). Major countries in Europe and Asia have abandoned the hose stream as a test for fire rated glazing for over 20 years.

For more information on SuperLite I-XL, download the Technical Bulletin at www.safti.com/AHJ. For more information on SAFTI *FIRST*, please visit www.safti.com or call 888.653.3333.

**About SAFTI FIRST**

Founded in 1982, SAFTI *FIRST* Fire Rated Glazing Solutions has been serving the architectural and building communities and continues to be the leader in manufacturing fire rated glass and framing for over 20 years. As the premier source for code-approved fire rated glazing, SAFTI *FIRST* was the first to introduce transparent fire rated walls to the U.S.A. Our SuperLite™ product line, fire rated from 20 minutes to three hours, includes fire-retardant filled glass, ceramics, safety wired glass and SuperLite I-XL, a patented breakthrough fire protective product that significantly reduces radiant heat transfer (AHJ approval necessary in some areas). SuperLite™ products can protect against noise, attack, impact, bullets, blast, hurricane and UV rays and is available in any custom architectural make-up, including enhanced energy performance. SAFTI*fire* Frames are fire rated from 20 minutes to 2 hours. All products are manufactured in the U.S.A. with fast lead times. For more information please visit www.safti.com or call 888.653.3333.

**Media interested in photos, interviews or other information should contact Diana San Diego at 415.824.4900 ext. 225 or** dianas@safti.com.



# *SuperLite* I-XL™

US Patent Pending

## 60 Minute Fire & Safety Rated Glazing for Doors, Sidelites & Borrowed Lites



SuperLite I-XL in steel door



SuperLite I-XL in a hollow metal frame

### DESCRIPTION

SuperLite I-XL™ is a U.S. manufactured 60 minute fire and safety rated glazing material. It is designed for use in fire doors, sidelites, and windows in locations up to and including one hour, where the Authority Having Jurisdiction has determined that fire protection from only one side is required. SuperLite I-XL has a proprietary coating which provides radiant heat and fire protection from one direction when the coated surface is oriented to the fire. SuperLite I-XL does not meet the hose stream requirements of the test standard. Use of SuperLite I-XL is subject to the approval of the AHJ for the specific application.

### PRODUCT SPECIFICATIONS

Thickness: 1/4"

Weight: 3.0 lbs./sq. ft.

Appearance: Wireless, distortion-free vision

Radiant Heat Flux: 1kW at 60 minutes

Light Transmittance: 81%

| LISTED/LABELED SIZE FOR SUPERLITE I-XL (without hose stream) | | | | |
|---|---|---|---|---|
| | | MAXIMUM CLEAR VISION PER LITE | | |
| APPLICATIONS | STOPS | TOTAL AREA | WIDTH | HEIGHT |
| Door (steel) | 5/8" | 1,485 sq. in. | 22-1/2" | 66" |
| Sidelite (steel) | 5/8" | 1,318.5 sq. in. | 18-1/4" | 72-1/4" |
| Borrowed Lite (steel) | 5/8" | 1,296 sq. in. | 36" | 36" |

## SUPERLITE I-XL PRODUCT BENEFITS

 SIGNIFICANTLY REDUCES RADIANT HEAT FLUX - 1kW/SQ. METER AT 60 MINUTES

 1/4" THICKNESS PROVIDES EASY INSTALLATION

 LARGE VISION AREAS -1,485 SQ. INCHES IN A 60 MINUTE DOOR

 SHORT LEAD TIMES - 3 WEEK DELIVERY

 US MANUFACTURED

 EXCELLENT DISTORTION-FREE VISION

 COMPETITIVELY PRICED

 GLAZING ACCESSORIES - TAPE AND SETTING BLOCKS INCLUDED

 SAFETY RATED UP TO 400 FT. LBS. ANSI & CPSC CAT. II

 FITS STANDARD FIRE RATED FRAMING

 DIVISION OF O'KEEFFE'S • 75 WILLIAMS AVE. • SAN FRANCISCO, CALIFORNIA 94124 • 415 822-4234 • FAX 415 822-5222

# SUPERLITE I-XL 60 MINUTE FIRE & SAFETY RATED GLAZING

### THE ORIGIN OF SUPERLITE I-XL

Extensive research & development in the monolithic tempered glazing segment has resulted in the listing of SuperLite I-XL for 60 minutes. This new breakthrough provides fire protection integrity for 60 minutes, radiant heat protection which far surpasses the performance of traditional wired glass or ceramic products, safety ratings, and a 1/4" thickness suitable for installation in standard fire rated framing assemblies when the AHJ has determined that fire protection is required from only one side.

### Composition

SuperLite I-XL takes SAFTI's SuperLite I product to the next level. By applying a proprietary coating to the SuperLite I product SuperLite I-XL was created. The special make-up of the SuperLite I-XL product allows for an extended rating period of 60 minutes with radiant heat protection not before offered in a 1/4" make-up. US Patent Pending.

### Applications

This unique product offers a solution to special fire rated conditions: property line demands, retrofit and replacement work, historical buildings, schools & universities, manufacturing facilities and commercial buildings. The SuperLite I-XL product also lends itself to a new market, residential construction.

**Property Line Use:** Computer facilities, automotive and or manufacturing plants in a campus like environment may insist on the use of a high performance fire rated product to offer a higher degree of fire protection to adjacent facilities which may house considerable capital assets. SuperLite I-XL's ability to reduce the radiant heat flux through the glazing and offer extended protection to adjacent buildings is one of the reasons why agencies such as Factory Mutual have approved its use. Building owners may benefit from lower insurance premiums by incorporating a fire rated design which limits the potential risk of serious fire threat. Other applications may include atrium enclosures in commercial buildings, high rise tenant occupancies, and lot line considerations when determined acceptable by a fire protection engineer.

**Retrofit and Replacement:** SuperLite I-XL is ideally suited for renovation work. The 1/4" thickness allows for easy installation into existing fire rated framing assemblies. The tempered make-up offers considerable more impact protection over wired glass. Manufactured in the US, lead times are only three weeks.

---

**Historical Buildings:** Upgrading historical facilities to today's building code requirements is a considerable undertaking. Limited construction dollars and the desire to maintain the historical design integrity further challenges architects and building owners. SuperLite I-XL offers a needed solution for upgrading doors and window systems in historical projects. The SuperLite I-XL product offers radiant heat protection and may be ideal for use in one hour rated area separations, corridors and stairwell applications where fire protection is only required from one side and the hose stream requirements have been waived. Using SuperLite I-XL in its large lite sizes not only ensures fire and safety impact protection but also provides a greater level of visual security.

**ADA Considerations:** With the advent of SuperLite I-XL door manufacturers can now add a greater level of vision to those confined to wheel chairs. One hour doors historically have been glazed with a nominal 100 sq. inch panel of wired glass, typically placed out of view of children or those confined to wheel chairs. The SuperLite I-XL increases the vision area in one hour applications.

**Residential Use:** Homes in high forested and high threat fire areas can benefit from the protection offered by SuperLite I-XL. Typical housing construction offers fire rated siding and roofing, but traditional non-fire rated glazing in exterior windows which may jeopardize the construction's fire rated integrity. In recent California fires, houses were exposed to radiation from outside fires. Drapes and lamps caught on fire from the radiation through the existing glazing and started fires internally. Homes may have been saved if the glazing had reflected the heat back toward its source.

**New Construction:** Commercial buildings which have multiple fire rated requirements can benefit from the use of SuperLite I-XL. It's competitive cost, 1/4" thickness and short lead times give architects, owners and glazing contractors design flexibility while achieving a 60 minute fire rating.

### Approval of SuperLite I-XL

SuperLite I-XL carries a 60 minute listing from Warnock Hersey for use in doors, sidelites, and borrowed lites with special limitations. SuperLite I-XL does not meet the hose stream requirements specified by model building codes, and it is a directional product providing protection from one side only. Because of these limitations special approval of the Authority Having Jurisdiction is required.

---

### SELECTED SUPERLITE I-XL APPLICATIONS ACROSS THE UNITED STATES

- San Bernadino Hospital
  San Bernadino, CA
- Life Care Heath Center
  Jacksonville, FL
- Temecula City Hall
  Temecula, CA
- Krame Residential
  West Palm Beach, FL
- Grandville High School,
  Grandville, MI
- Albany State University Student
  Residence, Albany, GA
- Arcola Lakes Elementary School
  Dade County School District
  Miami, FL

# RADIANT HEAT PROTECTION OFFERED BY SUPERLITE I-XL



## The Hazards of Radiant Heat

| | |
|---|---|
| Human Pain | 5 Kilowatts/Sq. Meter |
| Spontaneous Combustion of Wood | 5-10 Kilowatts/Sq. Meter |
| Wired Glass at 37 Minutes* | 39-48 Kilowatts/Sq. Meter |
| FireLite at 60 Minutes* | 75 Kilowatts/Sq. Meter |
| SuperLite I-XL at 60 Minutes** | 1 Kilowatt/Sq. Meter |
| SuperLite II at 60 Minutes* | 0 Kilowatts/Sq. Meter |

\* Measurements taken at 1.5 Meters from glazing surface during a fire test
\*\* Measurements taken at 2 Meters from glazing surface during a fire test

## Radiant Heat Hazards

Heat from fire is transferred in the form of electromagnetic waves. Invisible, extremely intense, and traveling with the velocity of light, they are able to pass through air without being significantly impaired. Normally, monolithic glazing materials will permit a maximum of 50 % of this radiant energy to pass through. When these waves strike an object they are absorbed and their energy is converted to heat. If the object is a combustible material, and the heat builds up to its ignition temperature, a fire will start. For human occupants, the threshold of "unbearable pain" is first crossed, followed soon by second degree burns.

## Comparison of Fire Rated Glazing Products

Recent and conclusive testing by the US Coast Guard and Warnock Hersey Laboratories shows the differences in radiant heat flux amongst fire rated glazing products. Radiant heat testing was conducted on a variety of fire rated glazing products. The results show that considerable heat is transferred through both wired glass and ceramic glazing products such as FireLite™. Another critical point is that there is almost a 100 % increase in radiant heat flux through the glazing in the last 15 minutes of a 60 minute fire test. Using a 60 minute fire rated glazing product which doesn't offer radiant heat protection significantly increases the potential for loss of human life and destruction of property.

## SUPERLITE I-XL FIRE PERFORMANCE STATISTICS

| Time Duration | 15 Min | 30 Min | 45 Min | 60 Min |
|---|---|---|---|---|
| Furnace Temperature | 1399° F | 1550° F | 1625° F | 1700° F |
| Exterior Surface Temperatures | 420° F | 642° F | 740° F | 840° F |
| Cotton Pad Test | No Ignition | No Ignition | Ignition at 5 sec. | No measurement |
| Radiant Heat Flux Measured at two meters | 0 | 0 | 0 | 1 kW |

## SuperLite I-XL Takes the Heat

SuperLite I-XL offers considerable protection from the hazards of radiant heat. SuperLite I-XL transmits only 1 Kilowatt of radiant heat flux at 60 minutes into a fire test when measured 2 meters from the surface of the glazing. SuperLite I-XL is an excellent option in fire rated applications that require clear vision as well as a high degree of fire resistant protection.

## Applicable Fire and Safety Test Standards

SuperLite I-XL was exposed to time-temperature curve and fire exposure conditions specified in NFPA 252, Standard Methods of Fire Tests of Door Assemblies; however, a Hose Stream Test was not conducted. Additional measurements, such as surface temperature of the glazing and radiant heat flux were taken at 15 minute intervals. The Cotton Pad Test in which a cotton pad is placed on the surface of the glazing, was conducted at 15, 30 and 45 minutes. See chart below for performance summary. SuperLite I-XL is safety rated conforming to both CPSC 16 CFR part 1201, Category II federal standards and ANSI Z97.1 400 ft. lbs. Model Building Code standards required for use in glazed doors, sidelites and other hazardous locations.



## Listed and Labeled

SuperLite I-XL is listed and labeled with special conditions by Warnock Hersey Inc. Also labeled human impact safety glazing in accordance with the Model Building Codes and NFPA-80-1992.

# SuperLite I-XL 60 Listing, Labeling & Installation Requirements

## Labeling

Each lite of SuperLite I-XL carries a permanently etched logo which indicates both its fire and safety rating.

## Installation

To ensure proper installation of SuperLite I-XL an adhesive label is applied to each lite of glass prior to its shipment to the customer. This adhesive label indicates which side of the glass should be installed facing the fire exposure. The adhesive label also provides glazing contractors with installation instructions.



Minimum Wall Construction: Install in one-hour rated wood/steel stud drywall or masonry construction.

Fire Doors and Frames: Steel doors and sidelites should be 14 or 16 gauge. Doorlite kit 18 gauge minimum.

## Instructions

Exercise caution to prevent damage to the glass surface and edge. Store in a dry place.

Check that openings are plumb and square. Allow for an edge clearance of 1/4". Tape both of the glass stops with 1/8"x1/2" fiberglass knit tape. Inspect edges of SuperLite I-XL for chips or other edge damage. Glaze only into listed and labeled fire rated door or framing assemblies. Place 3" minimum high-temperature setting blocks at the quarter points, check for minimum edge clearances around the entire perimeter, adjust setting blocks as required.

Glazing instructions, fire resistive glazing tape and setting blocks will be provided by manufacturer.

## Delivery

SuperLite I-XL is manufactured in the USA for quick delivery. Allow 3 weeks from confirmed order. Priority lead times available upon request.

Superlite, SuperLite I, Superlite II, SuperLite I-XL are trademarks of O'Keeffe's Inc
FireLite is a registered trademark of Nippon Electric Glass Company, Ltd
US Patent Pending on SuperLite I-XL

## SuperLite I-XL Installation Details





**A. SuperLite I-XL in Hollow Metal Frame**

a. 1/8"x1/2" fiberglass knit tape on each side of the glass

b. 3/8" bite

c. 1/4" x 1/4" x 3" setting blocks

d. 5/8" stop height

e. 5/8" stop width

f. 2"

g. 1/2" pocket width

**B. SuperLite I-XL Vision Kit**

a. 1/8"x1/2" fiberglass knit tape on side of the glass

b. 3/8" bite

c. 1/4" edge clearance

d. 5/8" stop height

e. 1/2" pocket width

SL I-XL Product Data Sheet bw 5/97

Division of O'Keeffe's

75 Williams Ave., San Francisco CA 94124

Phone 415 822-4234

Fax 415 822-5222

# *SuperLite™ I-XL*

## *45/60 minute*
### *Fire Protective Glazing*



FIRE RATED


RADIANT HEAT


IMPACT RATED

THERMAL SHOCK

POSITIVE PRESSURE

## Clear Monolithic Fire Protective Glazing Solution that Reduces Radiant Heat Transfer

SuperLite I-XL 45/60 is a patented breakthrough, monolithic technology that reduces the transfer of radiant heat by reflecting heat back towards the fire source. It minimizes the threat of scorching heat which can limit the safe egress of occupants and can cause the fire to spread to adjacent areas. SuperLite I-XL 45/60, the first and only product of its kind to be introduced in the USA, was developed by SAFTI *FIRST* in 1993 and has been installed in locations throughout the USA. Authorities having jurisdiction (AHJs) across the country have approved this non-hose stream tested product because of its ability to reflect radiant heat and stay in the opening for over one hour, allowing for safe egress of occupants. Most AHJs recognize that the hose stream test was designed for structural building integrity and not as a thermal stress test for fire-rated glazing. Sprinkler activation does not compromise the performance of SuperLite I-XL.



SuperLite I-XL 45-minute in FireProteX Hollow Metal Fire Door

For over 20 years, Europe, Japan and other countries have taken advantage of the enhanced safety performance of products like SuperLite I-XL. This radiant heat reducing fire glazing is an excellent choice for schools, hospitals, historical renovations, wilderness/urban interface areas, property line applications, or any areas where safe egress, impact safety and protection from the dangers of radiant heat are a concern. SuperLite I-XL provides greater radiant heat and impact protection than any other monolithic glazing, including ceramics, and is a low cost replacement for unsafe traditional wired glass. It is available in non-directional insulated or directional monolithic makeups. Fire fighters along with code officials have stated their favor of a product like SuperLite I-XL because it is quick and safe to remove in the event of a fire, allowing for access, smoke release and safe egress of occupants.

## SuperLite I-XL Product Features

- **Optically clear, not tinted or distorted as ceramics are.**

- **Blocks up to 90% of dangerous radiant heat compared to wired and ceramic glazing.**

- **Tempered to meet the highest federal safety standard, Consumer Product Safety Commission 16CFR 1201 Cat. II, which requires withstanding 400 ft. lbs. of impact.**

- **Positive Pressure fire rated to 45/60-minutes without hose stream.**

- **Thin directional makeup. Available in non-directional IGU.**

- **1/4" (7mm) for use in standard hollow metal but available up to 1/2" (14mm) where wind or structural requirements are a consideration.**

- **Survives thermal shock from sprinklers.**

- **USA manufactured for fast delivery.**

- **For use in hollow metal, wood, aluminum, or any equally fire-rated framing system.**



FIRE RATED GLAZING SOLUTIONS          *Since 1982*

 **made in the USA**

w w w . s a f t i . c o m    8 8 8 . 6 5 3 . 3 3 3 3

Rev. 08 - 2006



| Fire Rating* | Application | Max. Lite Area** | Max. "W" | Max. "H" | Stops | Testing |
|---|---|---|---|---|---|---|
| 45 minutes | Doors | 3,341 sq. in. | 35-1/8" | 95-1/8" | 5/8" | |
| 45 minutes | Sidelites | 3,522 sq. in. | 35-1/8" | 95-1/8" | 5/8" | |
| 45 minutes | Windows / Transoms | 3,522 sq. in. | 48" | 96" | 5/8" |  |
| 60 minutes | Doors | 3,341 sq. in. | 35-1/8" | 95-1/8" | 5/8" | |
| 60 minutes | Sidelites | 3,341 sq. in. | 35-1/8" | 95-1/8" | 5/8" | |
| 60 minutes | Windows / Transoms | 3,341 sq. in. | 35-1/8" | 95-1/8" | 5/8" | |

\* SuperLite I-XL is fire tested to UBC 7-2, UBC STD 7-4, NFPA 252, NFPA 257, UL 9, UL 10B, UL 10C, ASTM E2074, ASTM E152,
  ASTM E2010, and ASTM E163. SuperLite I-XL requires AHJ approval because it carries a conditional listing similar to glass block products.
\*\* Maximum area allowed is 25% of the wall area. Any ratings over 45 minutes should consider the dangers caused by radiant heat.

## Product Specifications
Thickness: 1/4" (7mm) standard
Weight: 3 lbs./sq. ft.
Appearance: Clear, wireless
Light Transmission: 73%
STC Rating: 28

## Listed and Labeled
SuperLite I-XL is patented, listed and labeled with positive pressure by Intertek/Warnock Hersey, Inc.
Intertek/Warnock Hersey permanent labels are applied to all glass lites. This product carries a conditional
listing. It is a directional product that reduces radiant heat transfer from one side only. For non-
directional make-up, see SuperLite I-XL IGU. Consult special glazing instructions prior to installation.

## Standards
UBC 7-2, UBC STD 7-4, NFPA 252, NFPA 257, UL 9, UL 10B, UL 10C, ASTM E2074, ASTM E152, ASTM E2010, and
ASTM E163. This product requires AHJ approval because it does not pass the hose stream portion of the test.

## Delivery
Allow 5 days from confirmed order. Quick ship is available upon request.

## Typical Framing for SuperLite I-XL
Visit www.safti.com for downloadable 3-part specifications, full CAD details,
and a complete selection of SAFTI*fire*™ Frames.



SuperLite I-XL
in FireProteX
Hollow Metal Frame
A. 5/8" stop height
B. 1/4" glass thickness
C. 3/8" maximum glass bite



SuperLite I-XL
in FireProteX
Hollow Metal Door
A. 5/8" stop height
B. 1/4" glass thickness
C. 3/8" maximum glass bite

The information provided herein is for general reference only. SAFTI *FIRST* has endeavored to provide current information and cannot
warrant or be responsible for errors and omissions.

**w w w . s a f t i . c o m**                    **8 8 8 . 6 5 3 . 3 3 3 3**
Rev. 08 - 2006