1  Mark I. Schickman (State Bar No. 62653)
   schickman@freelandlaw.com
2  Daniel T. Bernhard (State Bar No. 104229)
   bernhard@freelandlaw.com
3  FREELAND COOPER & FOREMAN LLP
   150 Spear Street, Suite 1800
4  San Francisco, California 94105
   Telephone:    (415) 541-0200
5  Facsimile:    (415) 495-4332

6  Jason McDonell (State Bar No. 115084)
   jmcdonell@jonesday.com
7  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
8  Jennifer Seraphine (State Bar No. 245463)
   jseraphine@jonesday.com
9  JONES DAY
   555 California Street, 26th Floor
10 San Francisco, California 94104
   Telephone:    (415) 626-3939
11 Facsimile:    (415) 875-5700

12 Attorneys for Plaintiff, Counterdefendant and
   Counterclaimant O'KEEFFE'S, INC.
13

14                   UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17 O'KEEFFE'S, INC.,                       CASE NO.:  C 07-cv-03535 JF PVT

18              Plaintiff,                 **DECLARATION OF KATHERINE S.
                                           RITCHEY IN SUPPORT OF PLAINTIFF
19     v.                                  O'KEEFFE'S, INC.'S NOTICE OF
                                           MOTION AND MOTION TO COMPEL**
20 TECHNICAL GLASS PRODUCTS,
   ANEMOSTAT, and PILKINGTON PLC,          Date: May 20, 2008
21                                         Time: 10:00 a.m.
              Defendants.                  Before the Honorable Patricia V. Trumbull
22

23 AND RELATED COUNTERCLAIMS.

24

25

26

27

28

SFI-581880v1

Decl. of Ritchey ISO of O'Keeffe's Motion to
Compel; Case No. 07 cv-03535 JF PVT

1    I, KATHERINE S. RITCHEY, declare as follows:

2    1.    I am a partner at the law firm Jones Day, 555 California Street, 26th Floor, San

3    Francisco, California 94104.  I am one of the attorneys representing O'Keeffe's, Inc. ("Plaintiff")

4    in the above-captioned litigation.  I submit this declaration in support of Plaintiff O'Keeffe's,

5    Inc.'s Notice of Motion and Motion to Compel.  I have been responsible for the meet and confer

6    process regarding Technical Glass Products' responses to O'Keeffe's, Inc.'s discovery.

7    Accordingly, I have personal knowledge of the facts contained in this declaration.  If called to

8    testify about them, I could do so competently.

9    2.    Attached hereto as Exhibit A is a true and correct copy of Plaintiff O'Keeffe's,

10    Inc.'s First Set of Interrogatories to Defendant Technical Glass Products (Nos. 1-14) which were

11    served January 18, 2008.

12    3.    Attached hereto as Exhibit B is a true and correct copy of Plaintiff O'Keeffe's,

13    Inc.'s First Set of Requests for Production of Documents and Things to Technical Glass Products

14    (Nos. 1-29) which were served January 18, 2008.

15    4.    Attached hereto as Exhibit C is a true and correct copy of Defendant Technical

16    Glass Products' Response to Plaintiff's First Set of Interrogatories (Nos. 1-14) which was served

17    February 20, 2008.

18    5.    Attached hereto as Exhibit D is a true and correct copy of Defendant Technical

19    Glass Products' Response to Plaintiff's First Set of Requests for Production of Documents and

20    Things (Nos. 1-29) which was served February 20, 2008.

21    6.    Attached hereto as Exhibit E is a true and correct copy of my letter dated April 2,

22    2008 to Jeffrey Love and Eric Wesenberg.

23    7.    Attached hereto as Exhibit F is a true and correct copy of my email dated April 8,

24    2008 to Adam Wichman and Gabe Ramsey.

25    8.    Attached hereto as Exhibit G is a true and correct copy of Defendant Technical

26    Glass Products' First Supplemental Response to Plaintiff's First Set of Requests For Production

27    of Documents and Things (Nos. 1-29), which was served April 9, 2008.

28

SFI-581880v1

- 2 -

Decl. of Ritchey ISO of O'Keeffe's Motion to
Compel; Case No. 07 cv-03535 JF PVT

1    9.    Attached hereto as Exhibit H is a true and correct copy of my email dated April 12,

2  2008 to Adam Wichman and Todd Siegel.

3    I declare under penalty of perjury that the foregoing is true and correct.  Executed this

4  15th day of April, 2008.

5

6    By:  /s/ - Katherine S. Ritchey
     Katherine S. Ritchey

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFI-581880v1

- 3 -

Decl. of Ritchey ISO of O'Keeffe's Motion to
Compel; Case No. 07 cv-03535 JF PVT