# EXHIBIT A

MARK I. SCHICKMAN (CSB #62653)
schickman@freelandlaw.com
DANIEL T. BERNHARD (CSB #104229)
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone:    (415) 541-0200
Facsimile:    (415) 495-4332

Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC., | CASE NO.:  C 07-cv-03535 JF PVT |
| Plaintiff, | **PLAINTIFF O'KEEFFE'S, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT TECHNICAL GLASS PRODUCTS (NOS. 1-14)** |
| v. | |
| TECHNICAL GLASS PRODUCTS, ANEMOSTAT, and PILKINGTON PLC, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

PROPOUNDING PARTY:      Plaintiff, O'Keeffe's, Inc.

RESPONDING PARTY:      Defendant, Technical Glass Products

SET NUMBER:      One

    Plaintiff O'Keeffe's, Inc. ("Plaintiff") hereby requests that Defendant Technical Glass Products ("TGP") answer the following interrogatories completely and under oath, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure.

## DEFINITIONS

    1.    **TGP.**  "TGP" means Technical Glass Products, also known as J.R. Four dba as Technical Glass Products, and its successors and predecessors, including any company related to any

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

1   of the foregoing by common ownership or control as well as any and all persons or entities acting on

2   behalf of any of the foregoing, including but not limited to employees, officers, directors, consultants,

3   contractors, agents or representatives thereof.

4         2.     **"FireLite products"** refers to any product manufactured, sold, offered for sale, or

5   marketed by TGP or Nippon Electric Glass, under the FireLite trade name, including, but not limited

6   to, FireLite, Firelite NT, and FireLite Plus. (See, e.g., the description of FireLite found on the World

7   Wide Web at http://www.fireglass.com/glass/firelite/; http://www.fireglass.com/glass/firelite-plus/;

8   http://www.fireglass.com/glass/firelite-nt/; http://www.fireglass.com/glass/firelite-igu/.).

9         3.     "**FireGlass 20**" refers to any product manufactured, sold, offered for sale, or marketed

10  by TGP under the FireGlass trade name. (See, e.g., the description of FireGlass 20 found on the World

11  Wide Web at http://www.fireglass.com/glass/fireglass20/.).

12        4.     "**Pyrostop**" refers to any product manufactured, sold, offered for sale, or marketed by

13  Pilkington or TGP under the Pyrostop trade name. (See, e.g., the description of Pyrostop at

14  http://www.fireglass.com/glass/pyrostop.)

15        5.     "**Pyrodur**" refers to any product manufactured, sold, offered for sale, or marketed by

16  Pilkington or TGP under the Pyrostop trade name. (See, e.g., the description of Pyrodur

17  http://www.fireglass.com/search/?usterms=Pyrodur.)

18        6.     **"Temperature rise limits"** as used herein refers to the "temperature rise limit

19  acceptance criteria described by the National Fire Protection Association (NFPA) 251, *Standard*

20  *Methods of Tests of Fire Resistance of Building Construction and Materials,* section 8.2, ASTM

21  E119, *Test Methods for Fire Tests of Building Construction and Materials,* , section 16.1.13, and UL

22  263, *Fire Tests of Building Construction and Materials,* section 7.3.1.

23        8.     "**Fire protection rating**" as used herein refers to the fire rating defined in NFPA 80

24  (2007), *Standard for Fire Doors and Other Opening Protectives,* section 3.3.59.

25        9.     "**Fire resistance rating**" as used herein refers to the fire rating defined in NFPA 80

26  (2007), *Standard for Fire Doors and Other Opening Protectives,* section 3.3.61.

27        10.    **"Hose Stream Test"** means that test described by the National Fire Protection

28  Association ("NFPA") 252, *Standard Methods of Fire Tests of Door Assemblies.*

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

**INTERROGATORY NO. 1:**

State whether and under what circumstances TGP contends that compliance with the temperature rise limits (as defined above) is not required for fire-rated glazing to receive rating higher than 45 minutes for use in fire window assemblies in the United States.

**INTERROGATORY NO. 2**

State whether and under what circumstances TGP contends that compliance with the temperature rise limits (as defined above) is not required for fire-rated glazing to receive rating higher than 45 minutes for use in doors, transoms or sidelight door assemblies requiring a fire rating in excess of 45 minutes in the United States.

**INTERROGATORY NO. 3**

State whether and under what circumstances TGP contends that compliance with the temperature rise limits (as defined above) is not required for fire-rated glazing to receive 90-minute rating for use in sizes in excess of 100 sq. inches in fire doors requiring a rating of 90-minutes in the United States.

**INTERROGATORY NO. 4:**

Since January 1, 2003, identify each building project for which TGP's FireLite products have been sold where a 60-or 90-minute fire rated product has been requested. For each installation identified, please state

(a) The date of the sale;

(b) The address of the installation;

(c) The identity of the architects, contractor(s), building owners, and authority having jurisdiction personnel that approved such application;

(d) The identity of all documents provided to any of the persons identified in response to subpart (c ) above; and

(e) The identity of any documents relating, referring to or comprising an approval by the

1    authority having jurisdiction.

2

3    **INTERROGATORY NO. 5:**

4          Since January 1, 2003, identify each building project for which TGP's Pyrodur products have

5   been sold, and state on a year-by-year basis the total revenue and profits realized by TGP from such

6   sales.

7

8    **INTERROGATORY REQUEST NO. 6:**

9          Since January 1, 2003, identify each building project for which TGP's FireGlass 20 products

10   have been sold for use in the U.S. by the following:

11          (a) The date of the sale;

12          (b)  The address of the installation;

13          (c) The identity of the architects, contractor(s), building owners, and authority having

14             jurisdiction personnel that approved such application;

15          (d) The description of all documents provided to any of the persons identified in response to

16             subpart (c) above; and

17          (e) The description of any documents relating, referring to or comprising an approval by the

18             authority having jurisdiction.

19

20    **INTERROGATORY REQUEST NO. 7:**

21          Since January 1, 2003, describe each building project for which TGP's Pyrodur products have

22   been sold for use in sidelights and/or transoms in the United States by the following:

23          (a) The date of the sale;

24          (b)  The address of the installation;

25          (c) The identity of the architects, contractor(s), building owners, and authority having

26             jurisdiction personnel that approved such application;

27          (d) The identity of all documents provided to any of the persons identified in response to

28             subpart (c) above; and

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

(e) The identity of any documents relating, referring to or comprising an approval by the authority having jurisdiction.

**INTERROGATORY NO. 8:**

Since January 1, 2003, identify each building project for which TGP's FireLite products have been sold, and state on a year-by-year basis, the total revenue and profits realized by TGP for such sales.

**INTERROGATORY NO. 9:**

Identify each building project that rejected TGP's FireLite products for failing to meet building and safety codes or regulations, including the reasons and evidence provided by the code official for rejecting FireLite products.

**INTERROGATORY NO. 10:**

Identify performance test ( including, without limitation any fire endurance, hose stream, thermal shock, sprinkler endurance test), performed by any person for any purpose (i.e., certification, research, marketing, etc.) on SuperLite I-XL, including the date of the test, the person performing the test, the person requesting the test, the test standards or test protocol/methodology used, and all documents referring to the test.

**INTERROGATORY NO. 11:**

Since January 1, 2003, identify each building project for which TGP's standard or polished FireLite (not FireLite Plus or FireLite NT) product has been sold for use in fire doors in the United States.

**INTERROGATORY NO. 12:**

Identify and describe each fire endurance, hose stream test, thermal shock test, sprinkler endurance test, or any other performance test that has been performed by any person for any purpose (i.e., certification, research, marketing, etc.) on SuperLite I, including without limitation, the date of

1    the test, the person performing the test, the person requesting the test, the test standards or test

2    protocol/methodology used, the identity of all documents relating or referring to the test.

3

4    **INTERROGATORY NO. 13:**

5        Identify all persons to whom TGP provided any of the documents shown in Exhibit 1 attached

6    to O'Keeffe's First Set of Requests for Production of Documents and Things.

7

8    **INTERROGATORY NO. 14:**

9        Identify all facts, instances of failures, and documents relating or referring to the statement

10    referred to in Exhibit 6 attached O'Keeffe's First Set of Requests for Production of Documents and

11    Things, that "When heated by a fire, those products cannot withstand the thermal stress of even a

12    small amount of cool water.  Sprinklers could cause them to fall out of the opening, breaching the

13    barrier to smoke and flames."

14

15    Dated:  January 18, 2008                       FREELAND COOPER & FOREMAN LLP

16

17                                                   By:  _____

18                                                        MARK I. SCHICKMAN, ESQ.
                                                          DANIEL T. BERNHARD, ESQ.
19                                                        Attorneys for Plaintiff and Counter
                                                          defendant O'KEEFFE'S, INC.

20

21

22

23

24

25

26

27

28

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

**CERTIFICATE OF SERVICE**

1

2   I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action; my business address is 150 Spear

3   Street, Suite 1800, San Francisco, California 94105.

4   On January 18, 2008, I served the foregoing document described as follows:

5   **PLAINTIFF O'KEEFFE'S INC.'S FIRST SET OF INTERROGATORIES TO**
    **DEFENDANT TECHNICAL GLASS PRODUCTS (NOS. 1-20)**

6

7   by placing a true and correct copy thereof enclosed in a sealed envelope addressed to the party(ies) of record whose name(s) and address(es) appear below:

8   Jeffrey S. Love
    Jeffrey.love@klarquist.com
9   KLARQUIST SPARKMAN LLP
    121 S.W. Salmon Street, Suite 1600
10  Portland, OR 97204-2988
    T: 503-595-5300
11  F: 503-595-5301

Eric L. Wesenberg
ewesenberg@orrick.com
Gabriel M. Ramsey
gramsey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
T: 650-614-7400
F: 650-614-7401

13

14  Jason S. McDonell
    jmcdonell@jonesday.com
15  JONES DAY
    555 California Street, 26th Floor
16  San Francisco, CA 94104-1500
    P: 415-626-3939
    F: 415-875-5700

Jonathan M. Cohen
jcohen@winston.com
WINSTON & STRAWN LLP
101 California Street, 39th Floor
San Francisco, CA 94111
P: 415-591-1000
F: 415-591-1400

18  Daniel F. Bailey
    dbailey@winston.com
19  WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA 94111-5802
20  T: 415-591-1000
    F: 415-591-1400

Kevin H. Vanderleedenn
vanderleeden@ip-lawyers.com
MCCORMICK PAULDING & HUBER LLP
1350 Main Street
Sovereign Bank Building 5th Floor
Springfield, MA 01103
T: 413-736-5401, Ext. 1414
F: 413-733-4543

22  Michael S. Elkind
    melkind@fulpat.com
23  David J. Pitman
    dpitman@fulpat.com
24  FULWIDER PATTON LLP
    6060 Center Drive, 10th Floor
25  Los Angeles, CA 90045
    T: 310-242-2662
26  F: 310-824-9696

27

28

1

X [BY MAIL - CCP § 1013a] I caused such sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, for collection and mailing to the office of addressee(s) on the date shown herein following ordinary business practice.

___ [HAND-DELIVERY/Personal/Messenger - CCP § 1011] I caused such envelope to be hand-delivered by a courier, who personally delivered such envelope to the office of the addressee(s) on the date herein.

___ [BY FACSIMILE - CCP § 1013(e)] - I caused such document(s) to be transmitted via facsimile electronic equipment transmission on the party(ies), whose name(s), address(es) and fax number(s) are listed above, on the date stated herein and at the time set forth on the attached transmission reported indicating that the facsimile transmission was complete and without error.

___ [BY FEDEX (Overnight Delivery) - CCP § 1013(c)] I caused such envelope to be delivered to the Federal Express Office in San Francisco, California, with whom we have a direct billing account, to be delivered on the next business day.

X [STATE] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 18, 2008, at San Francisco, California.

Jasmine M. Dizon