EXHIBIT B

1  MARK I. SCHICKMAN (CSB #62653)
   schickman@freelandlaw.com
2  DANIEL T. BERNHARD (CSB #104229)
   bernhard@freelandlaw.com
3  FREELAND COOPER & FOREMAN LLP
   150 Spear Street, Suite 1800
4  San Francisco, California 94105
   Telephone:    (415) 541-0200
5  Facsimile:    (415) 495-4332

6  Attorneys for Plaintiff, Counterdefendant and
   Counterclaimant O'KEEFFE'S, INC.

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  O'KEEFFE'S, INC.,                          CASE NO.:  C 07-cv-03535 JF PVT

13              Plaintiff,                      **PLAINTIFF O'KEEFFE'S, INC.'S
                                                FIRST SET OF REQUESTS FOR
14     v.                                       PRODUCTION OF DOCUMENTS
                                                AND THINGS TO TECHNICAL
15  TECHNICAL GLASS PRODUCTS,                   GLASS PRODUCTS (NOS. 1-29)**
    ANEMOSTAT, and PILKINGTON PLC,
16
                Defendants.
17

18  AND RELATED COUNTERCLAIMS.

19

20  PROPOUNDING PARTY:        Plaintiff, O'Keeffe's, Inc.

21  RESPONDING PARTY:         Defendant, Technical Glass Products

22  SET NUMBER:               One

23      Plaintiff O'Keeffe's, Inc. ("Plaintiff") hereby requests that Defendant Technical Glass Products

24  ("TGP") identify and produce the following documents, materials and things in response to the

25  following Requests for Production of Documents,  pursuant to Rules 26 and 34 of the Federal Rules of

26  Civil Procedure.

27              **DEFINITIONS AND INSTRUCTIONS**

28      1.    **DOCUMENT.** As used in these Requests, the term "document" shall have the

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

1   broadest meaning possible under the Federal Rules and case law and shall include all written or

2   graphic matter, including, but not limited to, information contained in computer storage, other

3   electronic information retrieval systems, drafts, copies, the original (or a copy when the original is

4   not available) and each non-identical copy (including those which are non-identical by reason of

5   notations or markings) or any books, notebooks, pamphlets, periodicals, letters, reports, memoranda,

6   handwritten notes, notations, messages, telegrams, wires, cables, records, studies, analyses,

7   summaries, magazines, booklets, circulars, catalogs, bulletins, instructions, operating or maintenance

8   manuals, operating or product specifications, fabrication sheets, calendars, daytimers, notes or

9   records of meetings, notices, purchase orders, bills, ledgers, checks, tabulations, questionnaires,

10  surveys, drawings, sketches, blueprints, flow sheets, working papers, charts, graphs, indices, tapes,

11  agreements, releases, appraisals, valuations, vouchers, reports, estimates, opinions, financial

12  statements, accounting records, income statements, photographs, films or videotapes, indexes, tapes,

13  minutes, contracts, leases, invoices, records of purchase or sale, correspondence, electronic or other

14  transcription or tapings of or notes pertaining to telephone or personal conversations or conferences,

15  tape records, electromagnetic recordings, electronic mail messages and printouts thereof, voice mail

16  messages or transcriptions thereof, microfilms, CD ROMS, videotapes or cassettes, films, movies,

17  computer printouts or any other and/or all other written, printed, types, punched, tapes, filmed or

18  graphic matter or tangible thing, or whatever description, however produced or reproduced (including

19  computer-stored or generated data, together with instructions or programs necessary to

20  search and retrieve such data), and/or shall include all attachments to and/or enclosures with any

21  requested item, to which they are attached or with which they are enclosed, and/or each draft thereof

22  in your actual or constructive possession, custody or control.

23      2.      **THING**.  As used in these Requests, the term "thing" shall have the broadest

24  meaning possible under the Federal Rules and case law and shall include any tangible object other

25  than a document.

26      3.      **PRIVILEGE**.  Pursuant to Federal Rule of Civil Procedure 26(b)(5), if you claim

27  any request inquires into privileged matters please provide the information required under Rule 26(b)

28  (5) regarding each such claim, such as, for example:

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

a)    The nature of the privilege claims; and

b)    If the privilege pertains to a written communication:

    i)    the date the document was created;

    ii)    the name of the person who created the document;

    iii)    each identified recipient of the document;

    iv)    the name of the person who received the document; and

    v)    the general nature of the document's contents.

c)    If the privilege pertains to an oral communication:

    i)    the date of the oral communication (if known);

    ii)    the name of each person participating in the communication; and, the general nature of the communication.

4.    **SINGULAR/PLURAL.**  Unless the context requires otherwise, use in the following requests for interrogatories of the singular shall include the plural, and the present tense shall include the past tense, and vice versa.

5.    **POSSESSION/CONTROL.**  Documents or things that are not in the possession of Plaintiff, but which Plaintiff knows or has reason to believe exist, should be identified to the extent possible by indicating the circumstances of the knowledge or belief regarding the documents or things and an identification, including address, of the persons who are believed to have possession, custody or control of the documents or things.

6.    **TGP.** "TGP" means defendant Technical Glass Products.

7.    **PLAINTIFF OR O'KEEFFE'S.** "Plaintiff or "O'Keeffe's" means O'Keeffe's, Inc., and its successors and predecessors, including SAFTI or any company related to any of the foregoing by common ownership or control as well as any and all persons or entities acting on behalf of any of the foregoing, including but not limited to employees, officers, directors,. consultants, contractors, agents or representatives thereof.

8.    "**SuperLite I-XL**" refers to any product manufactured, sold, offered for sale, or marketed by O'Keeffe's under the SuperLite I-XL tradename. (See, e.g., the description of SuperLite I-XL found on the World Wide Web at httlJ://www.safti.com/prodI-XL.html).

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

1    9.    "**Hose stream test**" as used herein refers to the "hose stream test" described by the

2    National Fire Protection Association (NFPA) 252, Standard Methods of Fire Tests of Door

3    Assemblies (2003 Edition).

4    10.    **PERSON**. The term "person" is defined as any natural person or business, legal or

5    governmental entity or association.

6    11.    **IDENTIFY**. The terms "identify" and "identity" when used in reference to a

7    "Person" (as defined above) means to identify the person as fully as possible in order to permit further

8    contact of and discovery relative to the person such as providing, for example: the person's

9    name; the person's present or last known address and telephone number; the nature of the person (such

10    as whether the person is a corporation, etc.), and, if an individual, the person's place of

11    employment and position. The terms "identify" and "identity" when used in reference to a

12    "document" (as defined above) means to specify the document in sufficient detail to permit Plaintiff to

13    locate, identify and retrieve the record, which may include, but is not necessarily limited to,

14    stating: its date, or if it bears no date, the date when it was prepared; the name and address of the

15    person or persons who prepared it; and the present location of the document and the name, address,

16    and telephone number of its custodian.

17    12.    "**FireLite products**" refers to any product manufactured, sold, offered for sale, or

18    marketed by TGP or Nippon Electric Glass, under the FireLite trade name, including, but not limited

19    to:  FireLite, Firelite NT, and FireLite Plus. (See, e.g., the description of FireLite found on the World

20    Wide Web at http://www.fireglass.com/glass/firelite/; http://www.fireglass.com/glass/firelite-plus/;

21    http://www.fireglass.com/glass/firelite-nt/; http://www.fireglass.com/glass/firelite-igu/.).

22    15.    "**FireGlass 20**" refers to any product manufactured, sold, offered for sale, or marketed

23    by TGP under the FireGlass trade name. (See, e.g., the description of FireGlass 20 found on the World

24    Wide Web at http://www.fireglass.com/glass/fireglass20/.).

25    16.    "**Pyrostop**" refers to any product manufactured, sold, offered for sale, or marketed by

26    Pilkington or TGP under the Pyrostop trade name. (See, e.g., the description of Pyrostop at

27    http://www.fireglass.com/glass/pyrostop.)

28    17.    "**Pyrodur**" refers to any product manufactured, sold, offered for sale, or marketed by

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

1  Pilkington or TGP under the Pyrostop trade name. (See, e.g., the description of Pyrodur

2  http://www.fireglass.com/search/?usterms=Pyrodur.)

3      18.    **"Temperature rise limits"** as used herein refers to the "temperature rise limit

4  acceptance criteria described by the National Fire Protection Association (NFPA) 251, *Standard*

5  *Methods of Tests of Fire Resistance of Building Construction and Materials,* section 8.2, ASTM

6  E119, *Test Methods for Fire Tests of Building Construction and Materials,* , section 16.1.13, and UL

7  263, *Fire Tests of Building Construction and Materials,* section 7.3.1.

8      19.    **"Fire protection rating"** as used herein refers to the fire rating defined in NFPA 80

9  (2007), *Standard for Fire Doors and Other Opening Protectives,* section 3.3.59.

10      20.    **"Fire resistance rating"** as used herein refers to the fire rating defined in NFPA 80

11  (2007), *Standard for Fire Doors and Other Opening Protectives,* section 3.3.61.

12                    **REQUESTS FOR PRODUCTION**

13

14  **REQUEST FOR PRODUCTION NO. 1:**

15  All documents, communications, and things that refer or relate to any transaction, sale, or

16  installation of TGP's FireLite products in the state of California since January 1, 2003, including but

17  not limited to all such provided to or from any design professional or Authority Having Jurisdiction

18  (AHJ) for the purpose of approving or rejecting the use of FireLite products in applications requiring a

19  fire rating in excess of 45-minutes under the California Building Code.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

21

22

23  **REQUEST FOR PRODUCTION NO. 2:**

24  All documents, communications, and things that refer or relate to any transaction, sale, or

25  installation of TGP's FireLite products since January 1, 2003, including but not limited to all such

26  provided to or from any design professional or Authority Having Jurisdiction (AHJ) for the purpose of

27  approving or rejecting the use of FireLite products in applications requiring a fire rating in excess of

28  45-minutes.

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

2

3

4   **REQUEST FOR PRODUCTION NO. 3:**

5   All documents, communications, and things that refer to providing design

6   professionals or AHJs with information regarding the radiant heat transmission performance of TGP's

7   FireLite products for the purpose of either specifying or approving them for use in fire door or

8   window assemblies requiring greater than a 45-minute rating.

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

10

11

12  **REQUEST FOR PRODUCTION NO. 4:**

13  All documents and things that refer to whether TGP's FireLite products comply with any building

14  code, regulation, or standard,  including but not limited to the California Building Code, Uniform

15  Building Code ("UBC"), National Fire Protection Association ("NFPA"), Standard Methods of Fire

16  Tests of Door Assemblies, American Society for Testing and Materials ("ASTM"), American National

17  Standards Institute ("ANSI"), Underwriters Laboratories, Inc. ("UL"), or International Building Code

18  ("IBC").

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

20

21

22  **REQUEST FOR PRODUCTION NO. 5:**

23  All documents and things that refer or relate to testing TGP's FireLite products

24  including but not limited to:  Hose stream testing, radiant heat flux measurements, temperature rise

25  limits, human impact safety, or any testing related to UL standards.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

27

28

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

1  **REQUEST FOR PRODUCTION NO. 6:**

2  All documents and communications sent between UL and TGP that show or relate to any TGP

3  product passing or failing to pass any UL testing.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

5

6

7  **REQUEST FOR PRODUCTION NO. 7:**

8  All documents and communications sent between TGP and the California State Fire Marshall Office

9  that relate to the testing or safety characteristics of TGP's FireLite products, including but not limited

10  to any listing or delisting of FireLite products by the California State Fire Marshall Office.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

12

13

14  **REQUEST FOR PRODUCTION NO. 8:**

15  All documents and communications sent between TGP and the California State Fire Marshall Office

16  that relate to the testing or safety characteristics of SuperLite I-XL, including but not limited to any

17  listing of SuperLite I-XL (e.g., California Department of Forestry & Fire Protection Listing No.

18  4075−0035:112), and actions by the California State Fire Marshall Office relating to the listing of

19  SuperLite I-XL.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

21

22

23  **REQUEST FOR PRODUCTION NO. 9:**

24  All documents, communications, and things sent between TGP and any person, including building

25  code officials, manufacturers, distributors, architects, specifiers, code consultants or glazing

26  contractors, relating to the use of SuperLite I-XL in any building project.

27  **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

28

*FREELAND COOPER & FOREMAN LLP*
*150 Spear Street, Suite 1800*
*San Francisco, California 94105*

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

1  **REQUEST FOR PRODUCTION NO. 10:**

2  All documents, communications, and things sent between TGP and any person, including building

3  code officials, manufacturers, distributors, architects, specifiers, code consultants or glazing

4  contractors,  relating to the use of FireLite in any building project.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

6

7

8  **REQUEST FOR PRODUCTION NO. 11:**

9  All documents, communications, and things that refer or relate to, or that constitute a request

10  for FireLite products to be approved by the AHJ as an alternate material in applications for a fire

11  resistance rating of 60-or 90-minutes.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

13

14

15  **REQUEST FOR PRODUCTION NO. 12:**

16  All documents, communications, and things sent between TGP and any building code

17  official relating to any request that any FireLite product be approved for use in any building project.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

19

20

21  **REQUEST FOR PRODUCTION NO. 13:**

22  All documents, communications, and things that relate to, or show, AHJ approval for FireLite

23  products, including but not limited to all data, reports, and analyses submitted to or received from the

24  AHJ in connection with the application depicted in the pictures shown in Exhibit 1 attached hereto.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

26

27

28  **REQUEST FOR PRODUCTION NO. 14:**

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

1  All documents, communications, and things that relate to the FireLite projects pictured in Exhibit 2

2  attached hereto.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

4

5

6  **REQUEST FOR PRODUCTION NO. 15:**

7   All documents, communications, and things that relate to or show any instance where any TGP's

8  FireLite product failed a building inspection, contributed to the failure of a building inspection, or was

9  not approved for use in a building project.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

11

12

13  **REQUEST FOR PRODUCTION NO. 16:**

14  All documents, communications, and things that relate to any instance, claim,

15  lawsuit, or allegation that the use of TGP's FireLite products contributed to a person being injured or

16  property being damaged.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

18

19

20  **REQUEST FOR PRODUCTION NO. 17:**

21  All documents and things that relate to any request, or action upon any request, that a building code

22  inspector accept FireLite products in 60-and 90-minute applications that require fire rated glazing

23  complying with ASTM E119/NFPA 251.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

25

26

27  **REQUEST FOR PRODUCTION NO. 18:**

28  All documents supporting, relating or referring to the statements in Exhibit 3 attached hereto, that "If

1   the fire occurs on the non-coated side of the glass, there is a high probability that the glass will

2   collapse from the frame in a matter of minutes, thus providing no fire protection at all. The collapse

3   of glass from the frame can be accelerated if water from a sprinkler hits the hot glass."

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

5

6

7   **REQUEST FOR PRODUCTION NO. 19:**

8    All documents that relate or refer to the statement in Exhibit 1 attached hereto, that "FireLite is the #1

9   alternative to traditional wired glass."

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

11

12

13  **REQUEST FOR PRODUCTION NO. 20:**

14  All documents that relate or refer to the statement in Exhibit 4 attached hereto, that "Before specifying

15  Fireglass 20 in an location requiring other than a 20-minute door leaf, please consult with your local

16  Authority Having Jurisdiction."

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

18

19

20  **REQUEST FOR PRODUCTION NO. 21:**

21  All documents that refer or relate to any communications with William Koffel regarding any code

22  change proposal relating to the hose stream test of fire rated glazing products.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

24

25

26  **REQUEST FOR PRODUCTION NO. 22:**

27  All documents relating to any communications between TGP and WHI that refer to SuperLite I,

28  SuperLite I-XL, SuperLite II-XL, or any other O'Keeffe's product.

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

PLAINTIFF O'KEEFFE'S, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS    10
Case No. 07 cv-03535 JF PVT

{00114512-2}

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**


**REQUEST FOR PRODUCTION NO. 23:**

All documents that relate to any communication between TGP and UL referring to SuperLite I, SuperLite I-XL, SuperLite II-XL, or any other any O'Keeffe's product.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**


**REQUEST FOR PRODUCTION NO. 24:**

All documents that, support, refer or relate to the statement in Exhibit 5 attached hereto that "When heated by a fire, those products cannot withstand the thermal stress of even a small amount of cool water. Sprinklers could cause them to fall out of the opening, breaching the barrier to smoke and flames."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**


**REQUEST FOR PRODUCTION NO. 25:**

All documents that refer or relate to any communication with any person, including William Koffel, Thomas Zaremba, Thomas Mewbourne, GICC representatives, code officials or enforcers, ICC members, ICC staff, ICC Fire Safety Committee representatives, UL representatives, etc., regarding any IBC or NFPA code change proposal submitted on behalf of O'Keeffe's (SAFTI First) relating to hose stream test of fire rated glazing products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

PLAINTIFF O'KEEFFE'S, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS    11
Case No. 07 cv-03535 JF PVT

{00114512-2}

**REQUEST FOR PRODUCTION NO. 26:**

To the extent not already requested, all documents that refer or relate to any communication with any UL representative regarding the testing, listing, labeling performance, characteristics of any O'Keeffe's product.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**




**REQUEST FOR PRODUCTION NO. 27:**

To the extent not already requested, all documents that refer or relate to any communication with any WHI representative regarding the testing, listing, labeling, performance, characteristics of any O'Keeffe's product.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**




**REQUEST FOR PRODUCTION NO. 28:**

All documents that refer or relate to any communication with any UL representative regarding the testing, listing, labeling performance, characteristics of any TGP product.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**




**REQUEST FOR PRODUCTION NO. 29:**

All documents that refer or relate to any communication with any UL representative regarding the testing, listing, labeling performance, characteristics of wired glass.


**RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

Dated:  January 18, 2008

FREELAND COOPER & FOREMAN LLP

By:

MARK I. SCHICKMAN, ESQ.
DANIEL T. BERNHARD, ESQ.
Attorneys for Plaintiff and Counter
defendant O'KEEFFE'S, Inc.

PLAINTIFF O'KEEFFE'S, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS    13
Case No. 07 cv-03535 JF PVT

{00114512-2}

EXHIBIT   1

# TELL FIRE WHERE IT CAN GO.
## (AND WHERE IT CAN'T)

Fire-rated glass has one main job: keeping fire in its place. You want to contain it, to prevent the flames and deadly smoke from spreading. So turn to FireLite® from Technical Glass Products. Architects and glaziers around the world depend on the FireLite name for:

- Clear, wireless ceramic
- Fire ratings up to 3 hours
- High impact safety ratings
- Fire protection on both sides of the glass
- Complete code compliance, including the required hose stream test

The most trusted name in the industry, FireLite is the #1 alternative to traditional wired glass. You can count on TGP for all of your fire-rated glazing needs.



Visit our newly updated web site

fireglass.com

800.426.0279

FireLite® Family of Products   FireLite  FireLite IGU  FireLite NT  FireLite Plus   TGP   FIRE RATED

EXHIBIT  2



EXHIBIT  3

Jan 18 08 11:13a        Ka te Steel                                    510-530-6900                      p.3

11/14/2005   07:49    4103138562              ARUNDEL ELLICOTT CITY              PAGE   02/03

Technical Glass          10/25/2005 3:29    PAGE  5/8    RightFax

## Important Information on SuperLite I-XL Limitations

We understand you may be considering the use of a product called SuperLite I-XL. We would like to point out some of the product's restrictions, which may not have been brought to your attention. These limitations are taken directly from SuperLite I-XL's listing with ETL SEMKO, a division of Intertek Testing Service Ltd. and provider of the Warnock Hersey mark.

Below is an excerpt of the Warnock Hersey Listing for SAFTI's SuperLite I-XL from Intertek Testing Services. You may access this information on Warnock Hersey's public web site by visiting this page: http://alwhidirectory.etlsemko.com/WebClients/ITS/DLP/products.nsf/$$Search?OpenForm. "Search" on the keyword "SAFTI."



## GLAZING/GLASS

SAFTI - San Francisco, CA USA

▼Superlite I-XL
Superlite I-XL 1/4" thick, Tempered Glass Panel with a proprietary coating for use in Fire Doors and Fire Windows, Door Side Lights & Transoms in 45/60 minute locations without hose stream, in labeled steel frames. Limitations: Specific exemption from code requirements by the Authority Having Jurisdiction required. All other Jurisdiction 20 minute without hose stream. This product does not meet the hose stream requirements of the test standards. This product protects from fire from one direction only. The entitled face MUST be installed facing the direction of expected fire attack. See installation instructions.

Please note the severe limitations stated above.
1. "This product does not meet the hose stream requirements of the test standards."
2. "This product protects from fire from one direction only. The identified face MUST be installed facing the direction of expected fire attack."

Explanation:
1. In the U.S., the "hose stream test" is required for fire-rated glazing tested longer than 20 minutes. This applies to all states in the country. Typical test standard wording states, "HOSE STREAM TEST: Immediately following the fire-endurance test and within 1-1/2 minutes, the fire exposed side of the test assembly shall be subjected to the impact, erosion and cooling effects of the hose stream." This wording is contained in standards such as UL 9, UL10B, UBC Standard 7-2 and 7-4, etc. A product that has not successfully passed the hose stream test has not met test standard requirements.
2. SuperLite I-XL is a high-stressed tempered glass with a nearly invisible coating on one side. If the fire occurs on the non-coated side of the glass, there is a high probability the glass will collapse from the frame in a matter of minutes, thus providing no fire protection at all. This collapse of glass from the frame can be accelerated if water from a sprinkler hits the hot glass.

(continued...)



Page 1 of 2

Jan 18 08 11:14a     Ka te Steel                              510-530-6900                    p.4

11/14/2005  07:49     4103138962              ARONOFF ELLICOTT CITY                    PAGE  03/03
Technical Glass           10/25/2005 3:29    PAGE  8/8    RightFax

Questions to ask yourself before using SuperLite I-XL

1.  Do I want to specify, approve or install a product that does not meet the requirements of test standards? And, if installed, and later rejected by a building code official, who will pay for replacement with an approved product?

2.  If I specify, approve or install a product with such limitations, who is responsible for determining the direction of the expected fire attack? And who is liable should fire attack from the other (non-coated) side and the glass collapses from the opening? Or if water from sprinklers hits the hot glass and the glass collapses?

There are many products available that meet all fire test requirements without such limitations. Don't put yourself in a position of potential liability by using a product that does not meet the test requirements or that involves dangerously guessing where a fire will occur. It's just not worth the risk when life safety is at stake.

Please call 800-426-0279 if you have any questions in this matter, we're here to help!

EXHIBIT  4







## FIRE-RATED, SAFETY-RATED GLASS

Fireglass 20 is a 1/4" (6mm) thick fire-rated and impact safety-rated glazing material. It is listed for use in doors, sidelites, transoms and borrowed lites with a fire rating requirement of 20 minutes (*see box below for note on applications other than doors*).

## FEATURES

- Fire-rated for 20 minutes
- Impact safety-rated -- meets ANSI Z97.1 and CPSC 16CFR1201 (Cat. I and II)
- Tempered (at least 4 times stronger than wired glass)
- Clear and wireless
- Fits in Designer Series Fireframes® by Forster from TGP, or standard fire-rated frames
- Large sizes available
- Available in an insulated glass unit (IGU) with other glass products, including (but not limited to):
  - -Tinted           -Low-E              -Art Glass
  - -Reflective       -One-Way Mirror
- May be lightly sandblasted/etched or beveled on one side without affecting fire rating
- Passes positive pressure test standards UL 10C, UBC 7-2 and UBC 7-4
- For use in interior and exterior applications
- Manufactured in U.S.A.

*Note: This product is not a barrier to radiant heat. This product does not meet test standards ASTM E-119 or UL 263. If your jurisdiction requires a "barrier to heat" product, please contact Technical Glass Products regarding Pilkington Pyrostop™*

## LISTINGS

Listed and labeled by Underwriters Laboratories, Inc.®

Test report numbers for labeled 20 minute fire-rated assemblies is UL File No. R13377. All above tests performed in accordance with ASTM E2074, ASTM E2010, CSFM 43.7, NFPA 252, UBC 43-2, UBC 7-2, UBC 7-4, UL 9, UL 10B and UL 10C (WITHOUT HOSE STREAM TEST).

| Rating | Assembly | Max. Exposed Area (Sq. In./Sq. Ft.) | Max. Width or Max. Height Of Exposed Glazing (In.) | Of Exposed Glazing (In.) | Stop Height |
|---|---|---|---|---|---|
| 20 min. | Doors | | | | |
| (W/O HOSE | HMS or wood* | 3,204/22.25 | 36 | 89 | 5/8" |
| STREAM TEST) | Fireframes D.S. | 3,204/22.25 | 36 | 89 | 3/4" |
| | Other than doors | | | | |
| | HMS or wood* | 6,396/44.42 | 106-1/2 | 106-1/2 | 5/8" |
| | Fireframes D.S. | 6,396/44.42 | 106-1/2 | 106-1/2 | 3/4" |

*In the "other than doors" category (sidelites, transoms, borrowed lites, etc.), the International Building Code (IBC) now requires glazing that has earned at least a 45 minute fire rating, including the hose stream test (see IBC 2000, Sections 714.2.3 and 714.3; and IBC 2003, Sections 715.3.3 and 715.4).*

*Before specifying Fireglass20 in any location other than a 20 minute door leaf, please consult with your local Authority Having Jurisdiction.*

* HMS indicates hollow metal steel framing. Fireframes D.S. indicates Designer Series narrow profile framing available from TGP. For wood frames, check with manufacturer for maximum tested glass sizes.



**TGP**
Technical Glass Products™
ONE SOURCE, MANY SOLUTIONS™

**1-800-426-0279**
Fax:  1-800-451-9857
Email: sales@fireglass.com
**www.fireglass.com**

This information is intended for general reference only. For current listing details, please call Technical Glass Products.

EXHIBIT  5

Jan 18 05 01:15p      Kate Steel                          510-530-6900                    p.3



**NUMBER FIVE IN A SERIES**

Fire-Rated Glazing News From
**Technical Glass Products**
2425 Carillon Pt.
Kirkland, WA  98033
**1-800-426-0279**
**www.fireglass.com**

# Your Link to Fire-Rated Glass:  Fireglass.com

Have you seen the new Web site for Technical Glass Products?
We've designed it to be helpful for architects, glaziers and code
officials looking for more information about fire-rated glass.
Next time you log on to the Internet, check out fireglass.com.

We've incorporated a number of helpful features, including
complete product descriptions, on-line quote requests, and a
product selection wizard to help you choose the right glass.

Designed to be quick, current and comprehensive, the new
site provides many answers to your questions. Check it out at
fireglass.com, and let us know what you think.



# The Truth About Sprinklers & Glass

At Technical Glass Products, we wholeheartedly
support and encourage the use of sprinklers to
provide fire protection.  However, there are
some common misunderstandings about the
relationship between sprinklers and glass.  Here
are a few examples.

**"You can always count on sprinklers."**
Unfortunately, such is not the case.  Recent news reports have
shown that thousands of faulty sprinkler systems were installed
nationwide.  Even at their best, sprinkler systems are only as
reliable as the maintenance they receive.

**"Sprinklers keep glass cool."**
Laboratory tests have shown that the effectiveness depends a
great deal on where the fire is in relationship to the glass, as
well as how quickly the sprinklers are activated.  Since no one
can predict where and when a fire will strike, relying exclusively
on sprinklers to cool the glass may be unsafe.

**"Tenants will abide by guidelines for sprinklers."**
Some sprinkler manufacturers have restrictions on where
blinds and curtains may be placed in relationship to windows
for the sprinklers to work properly.  But there is no guarantee
future tenants will be aware of the restrictions and will heed
them in their window treatments.

**"As long as I have sprinklers,
I can use any type of fire-rated glass."**
Not all fire-rated glass is equal.  Some (such as products
rated for only 20 minutes) do not pass the "hose stream"
test.  When heated by a fire, those products cannot withstand
the thermal stress of even a small amount of cool water.
Sprinklers could cause them to fall out of the opening,
breaching the barrier to smoke and flames.

**"Sprinklers mean I don't need fire-rated glass."**
While sprinkler systems have proven effective as life safety
devices in fire protection, they have their limitations.  The
best solution is to utilize sprinklers in conjunction with fire-
rated glass that passes the hose stream test.

**CERTIFICATE OF SERVICE**

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action; my business address is 150 Spear Street, Suite 1800, San Francisco, California 94105.

On January 18, 2008, I served the foregoing document described as follows:

**PLAINTIFF O'KEEFFE'S INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT TECHNICAL GLASS PRODUCTS**

by placing a true and correct copy thereof enclosed in a sealed envelope addressed to the party(ies) of record whose name(s) and address(es) appear below:

Jeffrey S. Love
Jeffrey.love@klarquist.com
KLARQUIST SPARKMAN LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204-2988
T: 503-595-5300
F: 503-595-5301

Eric L. Wesenberg
ewesenberg@orrick.com
Gabriel M. Ramsey
gramsey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
T: 650-614-7400
F: 650-614-7401

Jason S. McDonell
jmcdonell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
P: 415-626-3939
F: 415-875-5700

Jonathan M. Cohen
jcohen@winston.com
WINSTON & STRAWN LLP
101 California Street, 39th Floor
San Francisco, CA 94111
P: 415-591-1000
F: 415-591-1400

Daniel F. Bailey
dbailey@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
T: 415-591-1000
F: 415-591-1400

Kevin H. Vanderleedenn
vanderleeden@ip-lawyers.com
MCCORMICK PAULDING & HUBER LLP
1350 Main Street
Sovereign Bank Building 5th Floor
Springfield, MA 01103
T: 413-736-5401, Ext. 1414
F: 413-733-4543

Michael S. Elkind
melkind@fulpat.com
David J. Pitman
dpitman@fulpat.com
FULWIDER PATTON LLP
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
T: 310-242-2662
F: 310-824-9696

1  __X__  [BY MAIL - CCP § 1013a]  I caused such sealed envelope with postage thereon fully
2           prepaid to be placed in the United States mail at San Francisco, California, for collection and
          mailing to the office of addressee(s) on the date shown herein following ordinary business
3           practice.

4  _____  [HAND-DELIVERY/Personal/Messenger - CCP § 1011]  I caused such envelope to be
          hand-delivered by a courier, who personally delivered such envelope to the office of the
          addressee(s) on the date herein.
5
   _____  [BY FACSIMILE - CCP § 1013(e)] - I caused such document(s) to be transmitted via
6           facsimile electronic equipment transmission on the party(ies), whose name(s), address(es)
          and fax number(s) are listed above, on the date stated herein and at the time set forth on the
7           attached transmission reported indicating that the facsimile transmission was complete and
          without error.
8
   _____  [BY FEDEX (Overnight Delivery) - CCP § 1013(c)]  I caused such envelope to be
9           delivered to the Federal Express Office in San Francisco, California, with whom we have a
          direct billing account, to be delivered on the next business day.

10 __X__  [STATE]  I declare under penalty of perjury under the laws of the State of California that
          the above is true and correct.
11

12         Executed on January 18, 2008, at San Francisco, California.

13
14                                                        _____
                                                          Daniel T. Bernhard
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

CERTIFICATE OF SERVICE, CASE NO: 07-3535JF{00114562-2}