1  Mark I. Schickman (State Bar No. 62653)
   schickman@freelandlaw.com
2  Daniel T. Bernhard (State Bar No. 104229)
   bernhard@freelandlaw.com
3  FREELAND COOPER & FOREMAN LLP
   150 Spear Street, Suite 1800
4  San Francisco, California 94105
   Telephone:    (415) 541-0200
5  Facsimile:    (415) 495-4332

6  Jason McDonell (State Bar No. 115084)
   jmcdonell@jonesday.com
7  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
8  Jennifer Seraphine (State Bar No. 245463)
   jseraphine@jonesday.com
9  JONES DAY
   555 California Street, 26th Floor
10 San Francisco, California 94104
   Telephone:    (415) 626-3939
11 Facsimile:    (415) 875-5700

12 Attorneys for Plaintiff, Counterdefendant and
   Counterclaimant O'KEEFFE'S, INC.

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                           SAN JOSE DIVISION

17 O'KEEFFE'S, INC.,                    | CASE NO.:  C 07-cv-03535 JF PVT

18              Plaintiff,               | **(PROPOSED) ORDER GRANTING O'KEEFFE'S MOTION TO COMPEL**

19     v.                                | Date: May 20, 2008
20 TECHNICAL GLASS PRODUCTS,             | Time: 10:00 a.m.
   ANEMOSTAT, and PILKINGTON PLC,        | Before the Honorable Patricia V. Trumbull
21
                Defendants.
22

23 AND RELATED COUNTERCLAIMS.

24

25

26

27

28

SFI-581899v1                                           (Proposed) Order Granting Motion to Compel
                                                              Case No. 07 cv-03535 JF PVT

1  The Motion to Compel of O'Keeffe's, Inc. ("O'Keeffe") was regularly heard and duly considered by this Court on May 20, 2008. Based on the papers filed in support of and opposition to the motion, and oral argument thereon,

IT IS HEREBY ORDERED THAT:

The Court GRANTS O'Keeffe's Motion to Compel.

Technical Glass Products is ordered to make a full production of documents within 14 days in response to O'Keeffe's requests for production nos. 1, 2, 3, 4, 5, 6, 10, 12, 18, 19, 21 and 25.

Technical Glass Products is ordered to provide complete responses within 14 days to interrogatory nos. 4, 5, 6, 7, 8, 9 and 11.

Dated: May __, 2008.

By: _____
Honorable Patricia V. Trumbull