```
 1  Mark I. Schickman (State Bar No. 62653)
    schickman@freelandlaw.com
 2  Daniel T. Bernhard (State Bar No. 104229)
    bernhard@freelandlaw.com
 3  FREELAND COOPER & FOREMAN LLP
    150 Spear Street, Suite 1800
 4  San Francisco, California 94105
    Telephone:    (415) 541-0200
 5  Facsimile:    (415) 495-4332

 6  Jason McDonell (State Bar No. 115084)
    jmcdonell@jonesday.com
 7  Katherine S. Ritchey (State Bar No. 178409)
    ksritchey@jonesday.com
 8  Jennifer Seraphine (State Bar No. 245463)
    jseraphine@jonesday.com
 9  JONES DAY
    555 California Street, 26th Floor
10  San Francisco, California 94104
    Telephone:    (415) 626-3939
11  Facsimile:    (415) 875-5700

12  Attorneys for Plaintiff, Counterdefendant and
    Counterclaimant O'KEEFFE'S, INC.
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC., | CASE NO.:  C 07-cv-03535 JF PVT |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Date: May 20, 2008<br>Time: 10:00 a.m.<br>Before the Honorable Patricia V. Trumbull |
| TECHNICAL GLASS PRODUCTS, ANEMOSTAT, and PILKINGTON PLC, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

SFI-581921v1

Proof of Service
Case No. 07 cv-03535 JF PVT

**PROOF OF SERVICE**

I, Ruth A. Chavez, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On April 15, 2008, I served a copy of the within document(s):

> **PLAINTIFF O'KEEFFE'S, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL;**
>
> **DECLARATION OF KATHERINE S. RITCHEY IN SUPPORT OF PLAINTIFF O'KEEFFE'S, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL;** and
>
> **(PROPOSED) ORDER GRANTING O'KEEFFE'S MOTION TO COMPEL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

John T. Callahan
Travis B. Ribar
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1   I declare that I am employed in the office of a member of the bar of this court at whose
2   direction the service was made.
3   Executed on April 15, 2008, at San Francisco, California.

_____
Ruth A. Chavez