UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC., | Case No.: C 07-3535 JF (PVT) |
| Plaintiff, | **INTERIM ORDER RE PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| TECHNICAL GLASS PRODUCTS, et al., | |
| Defendants. | |

On April 15, 2008, Plaintiff filed a motion to compel.[1] Having reviewed the moving papers, the court finds it appropriate to issue this interim order. Based on the moving papers presented,

IT IS HEREBY ORDERED that, no later than April 29, 2008, Plaintiff shall file a revised brief that complies with this court's Civil Local Rule 37-2.

IT IS FURTHER ORDERED that the deadline for filing opposition papers is extended to May 13, 2008, and the deadline for filing reply papers is extended to May 20, 2008. The hearing on the motion is continued to June 3, 2008.

Dated: *4/21/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*