Mark I. Schickman (State Bar No. 62653)
schickman@freelandlaw.com
Daniel T. Bernhard (State Bar No. 104229)
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332

Jason McDonell (State Bar No. 115084)
jmcdonell@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Jennifer Seraphine (State Bar No. 245463)
jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Plaintiff, Counterdefendant and Counterclaimant O'KEEFFE'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT, and PILKINGTON PLC,<br><br>Defendants. | CASE NO.: C 07-cv-03535 JF PVT<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF O'KEEFFE'S INC.'S MOTION TO DISMISS THE SEVENTH AND EIGHTH COUNTERCLAIMS OF DEFENDANT TECHNICAL GLASS PRODUCTS' SUPPLEMENTAL AND AMENDED COUNTERCLAIMS**<br><br>Date: July 18, 2008<br>Time: 9:00 a.m.<br>Before the Honorable Jeremy Fogel |
| AND RELATED COUNTERCLAIMS. | |

The Motion to Dismiss of O'Keeffe's, Inc. ("O'Keeffe's") was regularly heard and duly considered by this Court on July 18, 2008. Based on the papers filed in support of and opposition to the motion, and oral argument thereon,

IT IS HEREBY ORDERED THAT:

The Court GRANTS O'Keeffe's' Motion to Dismiss the Seventh and Eighth Counterclaims of Defendant Technical Glass Products' Supplemental and Amended Counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(1).

Dated: ______________________

By: ______________________________
Honorable Jeremy Fogel