**EXHIBIT 3 -- Comparison of TGP and O'Keeffe Discovery Requests**

| TGP RFP | OKI RFP |
|---|---|
| **REQUEST NO. 1**<br>All documents, communications, and things that refer or relate to any transaction, sale, or installation involving O'Keeffe's SuperLite I-XL product in the state of California since January 1, 2003, including but not limited to all documents, communications, and things provided to or from any design professional or Authority Having Jurisdiction (AHJ) for the purpose of either approving or rejecting the use of SuperLite I-XL as an alternate material under the California Building Code. | **REQUEST FOR PRODUCTION NO. 1**<br>All documents, communications, and things that refer or relate to any transaction, sale, or installation of TGP's FireLite products in the state of California since January 1, 2003, including but not limited to all such provided to or from any design professional or Authority Having Jurisdiction (AHJ) for the purpose of approving or rejecting the use of FireLite products in applications requiring a fire rating in excess of 45-minutes under the California Building Code.<br><br>**REQUEST FOR PRODUCTION NO. 2**<br>All documents, communications, and things that refer or relate to any transaction, sale, or installation of TGP's FireLite products since January 1, 2003, including but not limited to all such provided to or from any design professional or Authority Having Jurisdiction (AHJ) for the purpose of approving or rejecting the use of FireLite products in applications requiring a fire rating in excess of 45-minutes. |
| **REQUEST NO. 2**<br>All documents, communications, and things that refer or relate to providing "design professionals and authorities having jurisdiction (AHJ) with information regarding the performance of SuperLite I-XL for the purpose of either specifying or approving the product for use as alternative fire protective glazing," including but not limited to Technical Bulletin #9-2006 and all documents and materials considered for the creation of Technical Bulletin #9 (identified at www.safti.com/AHJ/index.html). | **REQUEST FOR PRODUCTION NO. 3**<br>All documents, communications, and things that refer to providing design professionals or AHJs with information regarding the radiant heat transmission performance of TGP's FireLite products for the purpose of either specifying or approving them for use in fire door or window assemblies requiring greater than a 45-minute rating. |
| **REQUEST NO. 3**<br>All documents and things that refer or relate to the extent to which O'Keeffe's SuperLite IXL product complies with or fails to comply with any building code, regulation, or standard, including but not limited to the California Building Code, Uniform Building Code | **REQUEST FOR PRODUCTION NO. 4**<br>All documents and things that refer to whether TGP's FireLite products comply with any building code, regulation; or standard, including but not limited to the California Building Code, Uniform Building Code ("UBC"), National Fire Protection Association |

| TGP RFP | OKI RFP |
|---|---|
| ("UBC"), National Fire Protection Association ("NFPA"), Standard Methods of Fire Tests of Door Assemblies, American Society for Testing and Materials ("ASTM"), American National Standards Institute ("ANSI"), Underwriters Laboratories, Inc. ("UL"), or International Building Code ("IBC"). | ("NFPA"), Standard Methods of Fire Tests of Door Assemblies, American Society for Testing and Materials ("ASTM"), American National Standards Institute ("ANSI"), Underwriters Laboratories, Inc. ("UL"), or International Building Code ("IBC") |
| **REQUEST NO. 4**<br>All documents and things that refer or relate to testing O'Keeffe's SuperLite I-XL product including, but not limited to hose stream testing and testing related to Warnock Hersey International, Inc. ("WHI") standards. | **REQUEST FOR PRODUCTION NO. 5:**<br>All documents and things that refer or relate to testing TGP's FireLite products including but not limited to: Hose stream testing, radiant heat flux measurements, temperature rise limits, human impact safety, or any testing related to UL standards. |
| **REQUEST NO. 5**<br>All documents and communications sent to WHI by O'Keeffe's or sent by WHI to O'Keeffe's that show, describe, or relate to any O'Keeffe product failing to pass WHI testing, or that WHI approved the use of the WHI emblem with O'Keeffe's SuperLite 1-XL product. | **REQUEST FOR PRODUCTION NO. 6**<br>All documents and communications sent between UL and TGP that show or relate to any TGP product passing or failing to pass any UL testing. |
| **REQUEST NO. 10**<br>All documents, communications, and things sent between O'Keeffe's and any building code official related to any request that SuperLite I-XL be approved for use in any building project. | **REQUEST FOR PRODUCTION NO. 12**<br>All documents, communications, and things sent between TGP and any building code official relating to any request that any FireLite product be approved for use in any building project. |
| **REQUEST NO. 18**<br>All documents and things that evidence, establish, relate to, or tend to support or refute O'Keeffe's allegations that the hose stream test is largely a relic of outdated testing (as this expression is used in O'Keeffe's Counterclaim, ¶ 13) procedures that fail to account for modern materials, designs and application. Responsive materials would include, but not be limited to all case reports and test data related to the hose stream test (See, e.g., the advertorial attached as Exhibit D). | **REQUEST FOR PRODUCTION NO. 18**<br>All documents supporting, relating or referring to the statements in Exhibit 3 attached hereto, that "If the fire occurs on the non-coated side of the glass, there is a high probability that the glass will collapse from the frame in a matter of minutes, thus providing no fire protection at all. The collapse of glass from the frame can be accelerated if water from a sprinkler hits the hot glass." |

| TGP Interrogatory | OKI Interrogatory |
|---|---|
| **INTERROGATORY REQUEST NO: 3**<br>Since January 1, 2003, identify each building | **INTERROGATORY NO. 4**<br>Since January 1, 2003, identify each building |

SFI-582726v1

| TGP Interrogatory | OKI Interrogatory |
|---|---|
| project for which O'Keeffe's SuperLite I-XL has been sold, and state on a year-by-year basis, the total revenue and profits realized by O'Keeffe's for such sales. | project for which TGP's FireLite products have been sold where a 60 or 90 minute fire rated product has been requested. For each installation identified, please state<br>(a) The date of sale;<br>(b) The address of the installation;<br>(c) The identity of the architects, contractor(s), building owners, and authority having jurisdiction personnel that approved such application;<br>(d) The identity of all documents provided to any of the persons identified in response to subpart(c) above; and<br>(e) The identity of any documents relating, referring to or comprising an approval by the authority having jurisdiction.<br><br>**INTERROGATORY NO. 5**<br>Since January 1, 2003, identify each building project for which TGP's Pyrodur products have been sold, and state on a year-by-year basis the total revenue and profits realized by TGP from such sales.<br><br>**INTERROGATORY NO. 6**<br>Since January 1, 2003, identify each building project for which TGP's FireGlass 20 products have been sold for use in the U.S. by the following:<br>(a) The date of the sale;<br>(b) The address of the installation:<br>(c) The identity of the architects, contractor(s), building owners, and authority having jurisdiction personnel that approved such application;<br>(d) The description of all documents provided to any of the persons identified in response to subpart (c) above; and<br>(e) The description of any documents relating, referring to or comprising an approval by the authority having jurisdiction.<br><br>**INTERROGATORY NO. 7**<br>Since January 1, 2003, describe each building project for which TGP's Pyrodur products |

- 3 -

| TGP Interrogatory | OKI Interrogatory |
|---|---|
|  | have been sold fur use in sidelights and/or transoms in the United States by the following:<br>(a) The date of the sale;<br>(b) The address of the installation:<br>(c) The identity of the architects, contractor(s), building owners, and authority having jurisdiction personnel that approved such application;<br>(d) The description of all documents provided to any of the persons identified in response to subpart (c) above; and<br>(e) The description of any documents relating, referring to or comprising an approval by the authority having jurisdiction.<br><br>**INTERROGATORY NO. 8**<br>Since January 1, 2003, identify each building project for which TGP's FireLite products have been sold, ad state on a year-by-year basis, the total revenue and profits realized by TGP for such sales.<br><br>**INTERROGATORY NO. 11**<br>Since January 1, 2003, identify each building project for which TGP's standard or polished FireLite (not FireLite Plus or FireLite NT) product has been sold for use in fire doors in the United States. |
| **INTERROGATORY REQUEST NO: 4**<br>Identify each building project in which O'Keeffe's SuperLite I-XL was rejected for the project for failing to meet or satisfy any building or safety code or regulation, and describe the reasons and evidence provided by the code official for rejecting SuperLite I-XL. | **INTERROGATORY NO. 9**<br>Identify each building project that rejected TGP's FireLite products for failing to meet building and safety codes or regulations, including the reasons and evidence provided by the code official for rejecting FireLite products. |

SFI-582726v1