1 | Mark I. Schickman (State Bar No. 62653)
schickman@freelandlaw.com
2 | Daniel T. Bernhard (State Bar No. 104229)
bernhard@freelandlaw.com
3 | FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
4 | San Francisco, California 94105
Telephone:    (415) 541-0200
5 | Facsimile:    (415) 495-4332

6 | Jason McDonell (State Bar No. 115084)
jmcdonell@jonesday.com
7 | Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
8 | Jennifer Seraphine (State Bar No. 245463)
jseraphine@jonesday.com
9 | JONES DAY
555 California Street, 26th Floor
10 | San Francisco, California 94104
Telephone:    (415) 626-3939
11 | Facsimile:    (415) 875-5700

12 | Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC., | CASE NO.:  C 07-cv-03535 JF PVT |
| Plaintiff, | **(PROPOSED) ORDER GRANTING O'KEEFFE'S MOTION TO COMPEL** |
| v. | Date: June 3, 2008 |
| TECHNICAL GLASS PRODUCTS, ANEMOSTAT, and PILKINGTON PLC, | Time: 10:00 a.m.<br>Before the Honorable Patricia V. Trumbull |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

1  The Revised Motion to Compel of O'Keeffe's, Inc. ("O'Keeffe") was regularly heard and
2  duly considered by this Court on June 3, 2008.  Based on the papers filed in support of and
3  opposition to the motion, and oral argument thereon,
4  IT IS HEREBY ORDERED THAT:
5  The Court GRANTS O'Keeffe's Motion to Compel.
6  Technical Glass Products is ordered to make a full production of documents within 14
7  days in response to O'Keeffe's requests for production nos. 1, 2, 3, 4, 5, 6, 10, 12, 18, 19, 21 and
8  25.
9  Technical Glass Products is ordered to provide complete responses within 14 days to
10 interrogatory nos. 4, 5, 6, 7, 8, 9 and 11.
11 Dated:  June __, 2008.

By: _____
Honorable Patricia V. Trumbull