Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Todd M. Siegel (*Pro Hac Vice*)
todd.siegel@klarquist.com
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204-2988
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Eric L. Wesenberg (State Bar No. 139696)
ewesenberg@orrick.com
Gabriel M. Ramsey (State Bar No. 209218)
gramsey@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401

Attorneys for Defendant Technical Glass Products

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT AND PILKINGTON PLC,<br><br>　　　　Defendants. | Case No.:  07-3535 JF<br><br>**[PROPOSED] ORDER ON DEFENDANT TECHNICAL GLASS PRODUCTS' OPPOSITION TO O'KEEFFE'S MOTION TO COMPEL** |

## PROPOSED ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2008, upon consideration of O'Keeffe's Motion to Compel, the Court hereby DENIES the Motion and Orders as follows:

Defendant Technical Glass Products' ("TGP") production of documents and things in response to O'Keeffe's Inc. document requests and interrogatories concerning Technical Glass Products' FireLite®, FireGlass20®, and Pyrodur™ products and counterclaims relating to such products (Request Nos. 1-6, 10, 12 and Interrogatory Nos. 4-9 and 11), shall be limited to O'Keeffe's, Inc.'s allegations in such counterclaims as follows:

**RFP Nos. 1-3, 10, 12**, and **Interrogatory Nos. 4, 8-9, 11:** The FireLite® building project requests shall be limited to information obtained as a result of TGP's reasonable search for documents and communications sent to or received from design professionals or AHJs that relate to the radiant heat, heat barrier, barrier to heat, or temperature rise (temp rise) performance of TGP's FireLite® products, and that relate to using, or not using, FireLite® as transoms, sidelights (sidelites), borrowed lights (lites), in fire doors, and in panels exceeding 100 sq. inches. To the extent O'Keeffe's can identify actual uses of FireLite® that violated some identified building code after reviewing TGP's production, TGP shall then provide revenue information requested in Interrogatory No. 8 related to the identified improper uses.

**Interrogatory Nos. 5-7:** TGP shall not be obligated to provide the requested information regarding Pyrodur™ or FireGlass®20 at this time.

**RFP No. 4**: The code compliance request shall be limited to the UL listings and test report information.

**RFP No. 6**: The communications with UL request shall be limited to the products identified in O'Keeffe's counterclaims, namely FireLite®, FireGlass®20, Pyroshield™ NT, and WireLite™.

1
2    DATED: _____

3                                                              _____
                                                               Hon. Patricia V. Trumbull
4                                                              United States Magistrate Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28