Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Todd M. Siegel (*Pro Hac Vice*)
todd.siegel@klarquist.com
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204-2988
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Eric L. Wesenberg (State Bar No. 139696)
ewesenberg@orrick.com
Gabriel M. Ramsey (State Bar No. 209218)
gramsey@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401

Attorneys for Defendant Technical Glass Products

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT AND PILKINGTON PLC,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.:  07-3535 JF<br><br>**DECLARATION OF TODD M. SIEGEL** |

I, Todd M. Siegel, declare as follows:

1. I am an attorney with Klarquist Sparkman, LLP, counsel for Defendant and Counterclaim Plaintiff J.R. Four, Ltd., doing business as Technical Glass Products ("TGP").

2. I make these statements from personal knowledge and declare as follows.

3. Attached hereto as Ex. 1 is a true and accurate copy of TGP's 2nd Supplemental Responses to O'Keeffe's First Set Of Requests For Production Of Documents.

4. Attached hereto as Ex. 2 is a true and accurate copy of TGP's 1st Supplemental Responses to O'Keeffe's First Set Of Interrogatories.

5. Attached hereto as Ex. 3 is a true and accurate copy of O'Keeffe's 1st Supplemental Responses to TGP's 1st Set of Requests for the Production of Documents and Things.

6. Attached hereto as Ex. 4 is a true and accurate excerpt from the International Building Code (2006).

I swear under penalty of perjury, under the laws of the United States, that the foregoing statements are true and accurate to the best of my knowledge.

Executed this 13th day of May 2008 at Portland, Oregon.

_Todd M. Siegel_
Todd M. Siegel