# EXHIBIT A

MAR-27-2008 01:08A FROM:                          TO:18004519857        P.1

# TGP Quotation Request

**Technical Glass Products**
Phone: 1-800-426-0279 • 425-822-4514
Fax: 1-800-451-9857 • 425-822-4864

### For Fire Rated Glazing Materials

ONE SOURCE
MANY SOLUTIONS

*All items to be completed for quotes to be processed.*

| Field | Value |
|---|---|
| Company: | * |
| Requested by: | |
| Phone: | |
| Fax: | |

| Field | Value |
|---|---|
| Date: | 3·26·08 |
| Project Name: | Ameritel Inn |
| Architect: | 1056115 |
| Phone: | |
| City/State: | |
| Special: | Yes    No |
| Date Product Required: | |

**Product (s) Desired:**  Pyroswiss  (FireLite)  FireLite NT  FireLite Plus  FireLite IGU  Pyrostop

**For FireLite & FireLite NT** (grade must be both to be listed)  Premium  (Standard)  Obscure

**Fire Rating:**  20MIN  (45MIN)  60MIN  90MIN  2HR  3HR

| NON SAFETY LOCATIONS: | | SAFETY LOCATIONS | |
|---|---|---|---|
| PCS. | SIZE REQUESTED | PCS. | SIZE REQUESTED |
| 1 | 21½ x 82 | | X |
| | X | | X |
| | X | | X |
| | X | | X |
| | X | | X |
| | X | | X |
| | X | | X |
| | X | | X |
| | X | | X |

**Notes:** *Please Quote for Order.*

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY**
See reverse side for product description

* Confidential Customer and Pricing Information - Redacted Throughout

## This quote is valid for 90 days
## Any revisions may incure a price change

**TGP** | **TECHNICAL GLASS PRODUCTS®**
one source. many solutions.®

www.fireglass.com    www.tgpamerica.com

600 6th Street South
Kirkland, WA 98033
Phone:  800.426.0279
Fax:  800.451.9857

**SALES QUOTATION**

Page:  1  of  1

Account No.  3451

\*

**Quote No.:**       1056115
**Project Name:**   AMERITEL INN
**Date:**              03/26/2008 12.00.00 AM

**Territory Manager:** Sam Berg  Ext. X 1208
**Outside Rep:**        TGP

| Quantity | Dimension | Product Description | Amount |
|---|---|---|---|
| 1 | 21" 1/2 x 82" | **3/16" Standard FireLite**<br>**45 Minute Rated**<br>**No Impact / Safety**<br>Unpolished on both glass surfaces (slight waviness / distortion)<br><br>THIS PROD. IS NOT IMPACT SAFETY RATED AND THEREFORE IS NOT SUFFICIENT PROTECTION FOR USE IN DOORS AND/OR SIDELITES.<br><br>UNPOLISHED - SLIGHT DISTORTION (LOOKS LIKE ANTIQUE PLATE GLASS) | \* |

| Quantity | Dimension | Product Description | Amount |
|---|---|---|---|
| 1 | | **Boxed & Delivered Freight Prepaid**<br>Delivered Within the Continental United States (Excluding AK, HI, PR). Freight Prepaid via Ground Transportation. Includes crating/packaging.<br><br>*Thank you for doing business with TGP.*<br>*We look forward to serving your needs!* | \* |

TERMS AND CONDITIONS OF QUOTATION AND SALES
Any order, written or verbal, based in any way on this Quotation will only be accepted under the Terms and Conditions set forth in TGP's Sales Order Confirmation.  Written quotations automatically expire (90) calendar days from the date issued unless sooner terminated by notice.  Oral quotations are maintained as sources of general information and are not quotations or offers to sell. All clerical errors are subject to correction.

Sub-Total US$:
Tax Amount US$:    \*
Total US$:

CONFIDENTIAL - ATTORNEYS EYES ONLY

**\* Confidential Customer and Pricing Information - Redacted Throughout**

MAR-27-2008 04:11A FROM:                              TO:18004519857        P.1

*

**DATE** ___3-26-08___

**TO** ___Sam --- Orders___

**FIRM** ___TGP___

**FAX #** ___800-451-9857___

**FROM** ___Jenny___

**WE ARE TRANSMITTING** 2 **PAGES, INCLUDING THIS COVER SHEET.**
**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CONTACT US AS SOON**
**AS POSSIBLE AT (208)734-6130.**

**REFERENCE** ___Quote # 1056115___
___Ameritel Inn___

___Please process order.___

___Thanks.___

IDAHO LICENSE 11983-A-4          NEVADA LICENSE #0016683

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

* Confidential Customer and Pricing Information - Redacted Throughout

MAR-27-2008 04:11A FROM:                    TO:18004519857          P.2



**This quote is valid for 90 days**

# www.fireglass.com

Technical Glass Products

600 6th Street South   Kirkland, WA 98033  ●  Phone: 1-800-426-0279  ●  Fax: 1-800-451-9857

Page : 1

### Quote No.: 1056115
Project :      AMERITEL INN

Date :         Mar.26.2008

Inside Sales :   Sam Berg  Ext. X 1208
Sales Rep. :     TGP

| Quantity | Product Description / Dimension | Amount |
|---|---|---|
| | 3/16" Standard FireLite | |
| | 45 Minute Rated | |
| | No Impact / Safety | |
| | Unpolished on both glass surfaces (slight waviness / distortion) | |
| | | |
| | THIS PROD. IS NOT IMPACT SAFETY RATED AND THEREFORE IS NOT SUFFICIENT PROTECTION FOR USE IN DOORS AND/OR SIDELITES. | |
| | | |
| | UNPOLISHED - SLIGHT DISTORTION (LOOKS LIKE ANTIQUE PLATE GLASS) | |
| 1 | 21 1/2 x 82 | |
| | **Boxed & Delivered Freight Prepaid** | |
| | Delivered Within the Continental United States (Excluding AK, HI, PR). Freight Prepaid via Ground Transportation. Includes crating/packaging. | * |

Continental U.S. & Canada boxed and delivered price, excluding all taxes, unless otherwise noted. PRICE IN U.S. DOLLARS
*Thank you for doing business with TGP.*
*We look forward to serving your needs!*

TERMS AND CONDITIONS OF QUOTATION AND SALES
Any order, written or verbal, based in any way on this Quotation will only be accepted under the Terms and Conditions set forth in TGP's Sales Order Confirmation. Written quotations automatically expire ninety (90) calendar days from the date issued unless sooner terminated by notice. TGP's publications are maintained as sources of general information and are not quotations or offers to sell. All clerical errors are subject to correction.

|  | |
|---|---|
| Sub-Total: | |
| Tax Amt. : | * |
| Total In USD: | |

**ANY REVISIONS MAY INCUR A PRICE CHANGE**

## HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

* Confidential Customer and Pricing Information - Redacted Throughout

**TGP** | TECHNICAL GLASS PRODUCTS®
one source, many solutions.®

www.fireglass.com  www.tgpamerica.com

600 6th Street South
Kirkland, WA 98033
Phone: 800.426.0279
Fax: 800.451.9857

**SALES ORDER CONFIRMATION**

Page:  **1  of  1**

| Customer PO No. | Project Name | Order No. |
|---|---|---|
| QTE1056115 | AMERITEL INN | 54362 |

| Date Ordered | Estimated Ship Date | Payment Terms |
|---|---|---|
| 03.26.2008 | 04.01.2008 | NET 30 DAYS |

| Territory Manager | Outside Rep | Account No. |
|---|---|---|
| Sam Berg  Ext. X 1208 | TGP | 3451 |

\*                          \*

Contact: JENNY
Tel:  208-734-6130
Fax:  208-734-6435

Contact:
Tel:  208-734-6130
Fax:  208-734-6435

| Quantity | Dimension | Product Description | Amount |
|---|---|---|---|
| 1 | 21" 1/2 x 82" | 3/16" Standard FireLite<br>45 Minute Rated<br>No Impact / Safety<br>Unpolished on both glass surfaces (slight waviness / distortion) | \* |

| Quantity | Dimension | Product Description | Amount |
|---|---|---|---|
| 1 | | Boxed & Delivered Freight Prepaid<br>Delivered Within the Continental United States (Excluding AK, HI, PR). Freight Prepaid via Ground Transportation. Includes crating/packaging. | \* |

| | |
|---|---|
| Sub-Total US$: | |
| Tax Amount US$: | \* |
| Total US$: | |

Signature:_____  Date:_____

*Note: By signing this Sales Order Confirmation you are confirming that all the information is accurate and are agreeing to the Terms and Conditions set forth on the final page.*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**\* Confidential Customer and Pricing Information - Redacted Throughout**

MAR-27-2008 05:16A FROM:                            TO:18004519857        P.1

## Sales Order Confirmation



# www.fireglass.com

**600 6th Street South   Kirkland, WA 98033  •  Phone: 1-800-426-0279  •  Fax: 1-800-451-9857**

Page : 1

Order No.: **54362**

*     *

| | |
|---|---|
| Date Ordered: | Mar.26.2008 |
| Inside Sales : | Sam Berg Ext. X 1396 |
| Sales Rep. * | TGP |

Project Name: AMERITEL INN

| Account No. | Estimated Ship Date | Shipped Via | Payment Terms | Customer PO No. |
|---|---|---|---|---|
| 3451 | 03.26.2008 | TBA | NET 30 DAYS | QTE1056119 |
| Quantity | Product Description / Dimension | | | Amount |

| | | |
|---|---|---|
| | 3/16" Standard FireLite | |
| | 45 Minute Rated | |
| | No Impact / Safety | |
| | Unpolished on both glass surfaces (slight waviness / distortion) | |
| 1 | 21" 1/2 x 82" | * |

| | | |
|---|---|---|
| | Boxed & Delivered Freight Prepaid | |
| | Delivered Within the Continental United States (Excluding AK, HI, PR). Freight Prepaid via | |
| | Ground Transportation. Includes crating/packaging. | |
| 1 | | * |

**Note: By signing this Sales Order Confirmation you are agreeing to the Terms and Conditions set forth below**

| | |
|---|---|
| Sub-Total | |
| Tax Amt | * |
| Tot.Amt. In USD: | |

Signature: _____*_____        Date: _____*_____

IMPORTANT TERMS & CONDITIONS GOVERNING THIS PURCHASE. (1) All past due accounts shall be charged a finance charge of 1 1/2% per month, which is an annual percentage rate of 18%, in addition to any collection costs, including attorney fees and costs. (2) All prices are quoted in U.S. dollars and are not subject to change unless sizes/quantities are revised and approved in writing by TGP. Written quotations automatically expire 60 calendar days from the date of issuance. (3) TGP hereby objects to any terms contained in Buyer's order, which add to, change, or conflict with the terms of a quotation and/or these terms and conditions. Any such proposed terms shall be void and the terms and conditions contained in this Sales Order Confirmation shall constitute the complete and exclusive statement of the terms and conditions of the contract between Buyer and TGP and may be modified only in writing by an authorized executive officer of TGP. (4) Orders are not subject to cancellation or change once a Sales Order Confirmation has been issued. (5) Time of shipment promised is approximate and is not guaranteed. (6) Buyer is responsible for all customs, import and export duties, fees, tariffs, and taxes that may be assessed on purchase. (7) All shipping and related charges shall be paid by Buyer, unless otherwise agreed, TGP is authorized, as Buyer's agent, and at Buyer's risk, to determine means of transportation and to choose the carrier. If Buyer has signed the Bill of Lading, it is Buyer's responsibility to file a claim for damage with the freight carrier. If the shipment has been refused due to damage, Buyer must immediately notify TGP. (8) All returned checks or bank transfers are subject to a $25 fee. Shipping costs and transfer fees are non-refundable. (9) TGP shall not be responsible for any delay or failure in performance resulting from causes beyond its reasonable control, including without limitation, flood, riot, war, terrorism, insurrection, fire, earthquake, strike, communication line failure and power failure, explosion or act of God, embargo, wreck or delay in transportation, or inability to obtain necessary labor, materials or necessary manufacturing facilities, from unusual sources. In the case of any such event, the date of delivery will be postponed by such length of time as is reasonably necessary to compensate for the delay or cancelled, at TGP's sole option. In no event shall TGP be liable for consequential damages or claims resulting from the failure or delay in delivery. (10) This agreement shall be governed and and interpreted under the laws of the State of Washington and venue for any cause of action arising out of or related to this agreement shall lie in King County, Washington.

## HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**\* Confidential Customer and Pricing Information - Redacted Throughout**



**www.fireglass.com**

600 6th Street South    Kirkland, WA 98033    ●    Phone: 1-800-426-0279    ●    Fax: 1-800-451-9857

## Packing Slip

Page : 1

|  | |
|---|---|
| Order No.: | **54362** |
| Reference Order No.: | |
| | |
| Ship Date: | **04.01.2008** |
| Terms: | **NET 30 DAY** |

*

*

| Customer P.O. No. | Ordered By | Job Name | Shipped Via | Freight | Fed. Ex. No. |
|---|---|---|---|---|---|
| QTE1056115 | JENNY | AMERITEL INN | Federal-Ex | Prepaid | 1000000002 |

| Qty Ordered | Qty Shipped | Product Description / Dimensions (inches) Width X Height OR Quantity | Mark Info | SQFT/Pc | SQFT/Item |
|---|---|---|---|---|---|
| 1 crate @ 87"x10"x26"=78# | | | | | |

**3/16" Standard FireLite**
**45 Minute Rated**
**No Impact / Safety**
Unpolished on both glass surfaces (slight waviness / distortion)

*

| 1 | 1 | 21" 1/2 | 82" | | * |

**Boxed & Delivered Freight Prepaid**
Delivered Within the Continental United States (Excluding AK, HI, PR). Freight Prepaid via Ground Transportation.
Includes crating/packaging.

| 1 | 1 | | Unit |

Total Square Footage

Total Product Weight in Lbs

Total Number of Pieces

*

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY**

* **Confidential Customer and Pricing Information - Redacted Throughout**



**TGP**
Technical Glass Products™

# www.fireglass.com

600 6th Street South    Kirkland, WA 98033    ●    Phone: 1-800-426-0279    ●    Fax: 1-800-451-9857

## Shipping Confirmation

Page :   **1**

### YOUR ORDER FROM TECHNICAL GLASS PRODUCTS SHIPPED ON <u>04.01.2008</u>

If you would like to track your shipment, please contact the carrier directly and refer to the "Freight ref. no.", listed below

| | | | |
|---|---|---|---|
| TGP Order No.: | <u>54362</u> | Your P.O. No.: | <u>QTE1056115</u> |
| Reference Order No.: | | Job/Project Name: | <u>AMERITEL INN</u> |
| | | Ordered By: | <u>JENNY</u> |
| Ship Date: | <u>04.01.2008</u> | Shipped To the following address: | |
| Terms: | <u>NET 30 DAYS</u> | | |
| Shipped Via: | <u>Federal-Ex</u> | | |
| Freight terms: | <u>Prepaid</u> | * | |
| Freight ref. no.: | <u>1560036892</u> | | |

| Qty Ordered | Qty Shipped | Product Description / Dimensions (inches) Width   X   Height OR Quantity | Mark Info | SQFT/Pc | SQFT/Item |
|---|---|---|---|---|---|

1 crate @ 87"x10"x26"=78#

**If you have a special delivery request, you must contact the carrier Prior to your delivery.**
**Please Note: It is your responsibility to inspect the incoming freight PRIOR to signing off on delivery receipt.**
**Any changes to this shipment, which result in additional charges by the carrier, are your responsibility.**

| | | | |
|---|---|---|---|
| | | 3/16" Standard FireLite | |
| | | 45 Minute Rated | |
| | | No Impact / Safety | |
| | | Unpolished on both glass surfaces (slight waviness / distortion) | * |
| 1 | 1 | 21" 1/2      82" | |

| | | | |
|---|---|---|---|
| | | **Boxed & Delivered Freight Prepaid** | |
| | | Delivered Within the Continental United States (Excluding AK, HI, PR). Freight Prepaid via Ground Transportation. Includes crating/packaging. | |
| 1 | 1 | Unit | |

*ATTENTION: RECEIVING (Please forward information to RECEIVING PERSONNEL)*
*When your shipment arrives, BEFORE SIGNING THE DELIVERY RECEIPT:*
*1. INSPECT FREIGHT THOROUGHLY FOR EVIDENCE OF DAMAGE OR MISHANDLING.*
*2. INSPECT "TIP-N-TELL" INDICATOR ON THE OUTSIDE OF CRATE FOR ACTIVATION. (note:*
*small package, UPS/DHL/FedEx, do not have "TIP-N-TELL" labels affixed)*
*3. NOTE ANY VISIBLE OR AUDIBLE DAMAGE OR TIP INDICATOR ACTIVATION ON THE*
*DELIVERY RECEIPT. IF POSSIBLE, PICTURES SHOULD BE TAKEN AND ALL DAMAGE NOTED*
*(IN DETAIL).*
*4. WHENEVER POSSIBLE, OPEN THE CRATE AND INSPECT THE CONTENTS WHILE DELIVERY*
*PERSONNEL ARE PRESENT.*
*5. IF DAMAGE IS DISCOVERED AFTER SIGNING DELIVERY RECEIPT, IT IS YOUR*
*RESPONSIBILITY TO CONTACT TGP WITHIN 24 HOURS OF RECEIVING SHIPMENT.*
*6. IF DAMAGE IS DISCOVERED, ALL CRATING MATERIALS MUST BE HELD AT YOUR*
*LOCATION UNTIL AN INSPECTION HAS BEEN COMPLETED BY THE CARRIER, AND/OR THE*
*CLAIM IS SETTLED.*

*TGP WILL FILE ALL FREIGHT CLAIMS ON PREPAID SHIPMENTS. IF YOU SUSPECT DAMAGE*
*OR ARE UNSURE, CALL OUR CUSTOMER SERVICE HOTLINE AS SOON AS POSSIBLE - (800)*
*426-0279 7:30am-4:30pm PST M-F.*

*Freight Carrier Website Information:*
*www.ABF.com*
*www.DHL.com*
*www.SENDELITE.com (Elite Logistics)*
*www.FEDEX.com*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**\* Confidential Customer and Pricing Information – Redacted Throughout**



# www.fireglass.com

**TGP** Technical Glass Products™

600 6th Street South   Kirkland, WA  98033   ●   Phone: 1-800-426-0279   ●   Fax: 1-800-451-9857

## Shipping Confirmation

Page:   **2**

### YOUR ORDER FROM TECHNICAL GLASS PRODUCTS SHIPPED ON <u>04.01.2008</u>

If you would like to track your shipment, please contact the carrier directly and refer to the "Freight ref. no.", listed below

| | |
|---|---|
| TGP Order No.: | <u>54362</u> |
| Reference Order No.: | |
| Ship Date: | <u>04.01.2008</u> |
| Terms: | <u>NET 30 DAYS</u> |
| Shipped Via: | <u>Federal-Ex</u> |
| Freight terms: | <u>Prepaid</u> |
| Freight ref. no.: | <u>1560036892</u> |

| | |
|---|---|
| Your P.O. No.: | <u>QTE1056115</u> |
| Job/Project Name: | <u>AMERITEL INN</u> |
| Ordered By: | <u>JENNY</u> |
| <u>Shipped To the following address:</u> | |

\*

| Qty Ordered | Qty Shipped | Product Description / Dimensions (Inches) Width X Height OR Quantity | Mark Info | SQFT/Pc | SQFT/Item |
|---|---|---|---|---|---|

*www.GITrucking.com (G.I.Trucking/Estes West)*
*www.OAKH.com (Oak Harbor Freight Lines)*
*www.UPS.com*
*www.mach1air.com*
*www.expeditors.com*

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY**

\* **Confidential Customer and Pricing Information - Redacted Throughout**



# www.fireglass.com

**600 6th Street South   Kirkland, WA  98033   ●   Phone: 1-800-426-0279   ●   Fax: 1-800-451-9857**

Page: 1

| Invoice |
| --- |

Invoice No.: 83181
Order No.: 54362

*          *

Date Invoiced: 04.01.2008
Inside Sales : Sam Berg
Sales Rep. : TGP

...oj. Name : AMERITEL INN

| Account No. | Ship Date | | Shipped Via | Payment Terms | Customer PO No. |
|---|---|---|---|---|---|
| 3451 | 04.01.2008 | | Federal-Ex | NET 30 DAYS | QTE1056115 |
| | | | 1560036892 | | |

| Qty Ordered | Qty Shipped | Qty B/O | Product Description / Dimensions | Sqft. | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | | 3/16" Standard FireLite | | | |
| | | | 45 Minute Rated | | | |
| | | | No Impact / Safety | | | |
| | | | Unpolished on both glass surfaces (slight waviness / distortion) | | | |
| 1 | 1 | 0 | 21" 1/2 x 82" | | | * |
| | | | **Boxed & Delivered Freight Prepaid** | | | |
| | | | Delivered Within the Continental United States (Excluding AK, HI, PR). Freight Prepaid via Ground Transportation. Includes crating/packaging. | | | |
| 1 | 1 | 0 | | | | * |

Sub-Total:
Tax Amt.:                    *
Tot.Amt. in USD:

## SEE BACK OF INVOICE FOR IMPORTANT TERMS & CONDITIONS GOVERNING THIS PURCHASE

***Confidential Customer and Pricing Information - Redacted Throughout***

Technical Glass    3/21/2008 11:42:19 AM    PAGE 001/001    Fax Server

Page 1 of 1

\*

| From: | \* |
| Sent: | Friday, March 21, 2008 10:34 AM |
| To: | sales |
| Subject: | Lead time / cost quote |

*1055439*

Estimating,
Please let me know the lead time and cost for:

(2)  7 x 17, Fireglass 20

Also, is there any way to expedite the order?
Thanks,

\*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

3/21/2008

\* **Confidential Customer and Pricing Information - Redacted Throughout**

**This quote is valid for 90 days**
**Any revisions may incure a price change**



**TGP** TECHNICAL GLASS PRODUCTS®
one source. many solutions.™
www.fireglass.com  www.tgpamerica.com

600 6th Street South
Kirkland, WA 98033
Phone: 800.426.0279
Fax: 800.451.9857

**SALES QUOTATION**

Page:  **1 of 1**

Account No.  9278

*

| | |
|---|---|
| **Quote No.:** | 1055439 |
| **Project Name:** | UNKNOWN |
| **Date:** | 03/21/2008 12.00.00 AM |

| | |
|---|---|
| **Territory Manager:** | Ben Haigh  Ext. X 2618 |
| **Outside Rep:** | Francie Harker-Bain |

| Quantity | Dimension | Product Description | Amount |
|---|---|---|---|
| 2 | 7" x 17" | **1/4" Fireglass 20**<br>**20 Minute Fire Rated**<br>**Tempered Safety Glass**<br>Due to code requirements, this product has been tested and labeled for use in doors only. | * |

| Quantity | Dimension | Product Description | Amount |
|---|---|---|---|
| 1 | | **Boxed & Delivered Freight Prepaid**<br>Delivered Within the Continental United States (Excluding AK, HI, PR). Freight Prepaid via Ground Transportation. Includes crating/packaging. | * |

The possibility of a "Rush" order depends on TGP production levels at the time the order is confirmed.  The production rush fee is an add of 15% of the total order, with a minimum charge of $250.

To determine the expedited lead time for your order and the fee, please contact TGP Customer Service. (800) 426-0279 x2658

If you desire to "Rush" an order, that must be clearly indicated on your purchase order and confirmed by TGP at time of order.  If not so indicated, the order will be processed with normal lead time.

*Thank you for doing business with TGP.*
*We look forward to serving your needs!*

TERMS AND CONDITIONS OF QUOTATION AND SALES
Any order, written or verbal, based in any way on this Quotation will only be accepted under the Terms and Conditions set forth in TGP's Sales Order Confirmation.  Written quotations automatically expire (90) calendar days from the date issued unless sooner terminated by notice.  TGP's publications are maintained as sources of general information and are not quotations or offers to sell. All clerical errors are subject to correction.

| | |
|---|---|
| **Sub-Total US$:** | |
| **Tax Amount US$:** | * |
| **Total US$:** | |

CONFIDENTIAL - ATTORNEYS EYES ONLY

*** Confidential Customer and Pricing Information - Redacted Throughout**

Mar. 21. 2008 12:06PM

No. 9524   P. 1/2

## PURCHASE ORDER

**P.O. #:** 1935
**P.O. DATE:** 03/21/08
**VENDOR #:** 0262
**JOB #:** C110

*

**VENDOR:**
Technical Glass
600 6th St. South
Kirkland, WA  98033

**P.O. NOTE:**
SRMH TGP

**DATE REQUIRED:**

**PURCHASER:**
*

**SHIPPING INSTRUCTIONS:**
Our Company

**F.O.B. POINT:**

**PAYMENT TERMS:**
*

| LINE | ITEM # | DESCRIPTION | QUAN UNIT | PRICE/UNIT | AMOUNT |
|------|--------|-------------|-----------|------------|--------|
| 1. | | 7 x 17 | * | * | |
| | | 1/4" Fireglass 20, clear, tempered. | | | |

*

*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**\* Confidential Customer and Pricing Information - Redacted Throughout**

Mar. 21. 2008 12:06PM    3/21/2008 12:02:52 PM    PAGE 001/002    No. 9524    P. 2/2



*This quote is valid for 90 days*

# www.fireglass.com

**TGP**
Technical Glass Products
600 6th Street South   Kirkland, WA  98033   ●   Phone: 1-800-426-0279   ●   Fax: 1-800-451-9857

Page : 1

## Quote No.: 1055439
Project :          UNKNOWN

Date :              Mar.21.2008

Inside Sales :   Ben Haigh  Ext. X 2618
Sales Rep. :     Francie Harker-Bain

| Quantity | Product Description / Dimension | Amount |
|---|---|---|
| | **1/4" Fireglass 20** <br> **20 Minute Fire Rated** <br> **Tempered Safety Glass** <br> Due to code requirements, this product has been tested and labeled for use in doors only. | |
| 2   7" x 17" | **Boxed & Delivered Freight Prepaid** <br> Delivered Within the Continental United States (Excluding AK, HI, PR). Freight Prepaid via Ground Transportation. Includes crating/packaging. <br><br> The possibility of a "Rush" order depends on TGP production levels at the time the order is confirmed.  The production rush fee is an add of 15% of the total order, with a minimum charge of $250. <br><br> To determine the expedited lead time for your order and the fee, please contact TGP Customer Service. (800) 426-0279 x2658 <br><br> If you desire to "Rush" an order, that must be clearly indicated on your purchase order and confirmed by TGP at time of order.  If not so indicated, the order will be processed with normal lead time. | * |
| 1 | | * |

Continental U.S. & Canada boxed and delivered price, excluding all taxes, unless otherwise noted.  PRICE IN U.S. DOLLARS
*Thank you for doing business with TGP.*
*We look forward to serving your needs!*

TERMS AND CONDITIONS OF QUOTATION AND SALES
Any order, written or verbal, based in any way on this Quotation will only be accepted under the Terms and Conditions set forth in TGP's Sales Order Confirmation.  Written quotations automatically expire ninety (90) calendar days from the date issued unless sooner terminated by notice.  TGP's publications are maintained as sources of general information and are not quotations or offers to sell.  All clerical errors are subject to correction.

| | |
|---|---|
| Sub-Total: | |
| Tax Amt. : | * |
| Total in USD: | |

### ANY REVISIONS MAY INCUR A PRICE CHANGE

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

*  **Confidential Customer and Pricing Information - Redacted Throughout**

**TGP** | TECHNICAL GLASS PRODUCTS®
one source. many solutions.®

600 6th Street South
Kirkland, WA 98033
Phone: 800.426.0279
Fax: 800.451.9857

www.fireglass.com    www.tgpamerica.com

**SALES ORDER CONFIRMATION**

Page: **1  of  1**

| Customer PO No. | Project Name | Order No. |
|---|---|---|
| 1935 | SRMH | 54287 |

| Date Ordered | Estimated Ship Date | Payment Terms |
|---|---|---|
| 03.21.2008 | 04.01.2008 | NET 30 DAYS |

| Territory Manager | Outside Rep | Account No. |
|---|---|---|
| Ben Haigh  Ext. X 2618 | Francie Harker-Bain | 9278 |

Bill To:    \*

Ship To:    \*

| Quantity | Dimension | Product Description | Amount |
|---|---|---|---|
| 2 | 7" x 17" | **1/4" Fireglass 20**<br>**20 Minute Fire Rated**<br>**Tempered Safety Glass**<br>Due to code requirements, this product has been tested and labeled for use in doors only. | \* |

| Quantity | Dimension | Product Description | Amount |
|---|---|---|---|
| 1 | | **Boxed & Delivered Freight Prepaid**<br>Delivered Within the Continental United States (Excluding AK, HI, PR). Freight Prepaid via Ground Transportation. Includes crating/packaging. | \* |

Signature:_____ Date:_____

| | |
|---|---|
| Sub-Total US$: | |
| Tax Amount US$: | \* |
| Total US$: | |

*Note: By signing this Sales Order Confirmation you are confirming that all the information is accurate and are agreeing to the Terms and Conditions set forth on the final page.*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**\*  Confidential Customer and Pricing Information - Redacted Throughout**

Mar. 24. 2008 11:19AM    No. 9572    P. 1

**Sales Order Confirmation**


**TGP**
Technical Glass Products®

# www.fireglass.com
600 6th Street South   Kirkland, WA 98033   •   Phone: 1-800-426-0279   •   Fax: 1-800-451-9857

Page : 1

Order No.: **54287**

Date Ordered:  Mar.21.2008
Inside Sales :  Ben Haigh  Ext. X2818
Sales Rep. :  Francie Harker-Bain

**Project Name: SRMH**

| Account No. 9278 | Estimated Ship Date 04.02.2008 | Shipped Via TBA | Payment Terms NET 30 DAYS | Customer PO No. 1935 |
|---|---|---|---|---|
| Quantity | Product Description / Dimension | | | Amount |
| | **1/4" Fireglass 20** **20 Minute Fire Rated** **Tempered Safety Glass** Due to code requirements, this product has been tested and labeled for use in doors only. | | | |
| 2 | 7" x 17" | | | * |
| 1 | **Boxed & Delivered Freight Prepaid** Delivered Within the Continental United States (Excluding AK, HI, PR). Freight Prepaid via Ground Transportation. Includes crating/packaging. | | | * |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

* **Confidential Customer and Pricing Information - Redacted Throughout**



# www.fireglass.com

**600 6th Street South    KIRKLAND, WA  98033  ●  Phone: 1-800-426-0279  ●  Fax: 1-800-451-9857**

*

| **Purchase Order** | | Page :     1 |
|---|---|---|

| Ship To: | Purchase Order No.: | **38875** |
|---|---|---|
| TECHNICAL GLASS PRODUCTS | Date Ordered: | Mar.24.2008 |
| ATTN: NOMER SANTOS | | |
| 14103 NE 200TH STREET | | |
| WOODINVILLE, WA, 98072 | | |
| Tel.: 425 216 2682    Fax.: 425 486 2210 | | |

| Account No. | Project Name | TGP Reference No. | Delivery Date | Terms |
|---|---|---|---|---|
| 2845 | | 54287 | Apr 01,2008 | \<n.e.\> |

| Quantity | Width | Height | Product Description | Mark | SqFt/Pc | SqFt/Item |
|---|---|---|---|---|---|---|

*

** PLEASE CONFIRM RECEIPT OF THIS ORDER **
Pauline Christison * fax (425) 216-2663 * paulinec@fireglass.com

** ALL INVOICES MUST REFERENCE **
Purchase Order Number AND TGP Reference Number

**fireglass 20**
20 Minute Fire Rated
**Tempered Safety Glass**

7"          17"                                                    *

Printed:  Apr.24.2008 12:42:24 PM

Total Product Weight (lbs): 41.96          Total SqFt: 4.00

* Confidential Customer and Pricing Information - Redacted Throughout



*** SPECIALS ***

WA 98501-0080 USA

Page: 1 OF 1        11 - 58394

CUSTOMER PO#:
38875
CUST PO DATE:
3/25/2008
RAW GLASS DUE DATE:
3/25/2008
APPROXIMATE SHIP DATE:
4/01/2008

TECHNICAL GLASS PRODUCTS    79988    TECHNICAL GLASS PRODUCTS
600 SIXTH STREET SOUTH

KIRKLAND        WA 98033-        (000)

(800) 426-0279

| QTY | PANE | COLOR | COAT LOAD | SIZE OF UNIT | | U/SQFT T/SQFT | U/WGHT T/WGHT | P/UNIT P/SQFT | LN# |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 5.7 | T | CLEAR | 54287 R&S GLAZI | 7 / X 17 / X 0 / LN | | | | ML 10 |

PALL    FIREGLASS 20/SPECIAL LOGO FLAT POLISH ALL EDGES

2            2.00    5.78    22.00 TOT PRICE

** COPY 1 **

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

*  Confidential Customer and Pricing Information - Redacted Throughout



INVOICE NO:    11-22172
8:19:21
3/30/2008

PAGE              1
DATE SHIPPED  3/30/2008

* 

79988
TECHNICAL GLASS PRODUCTS
600 SIXTH STREET SOUTH

SHIP TO:
TECHNICAL GLASS PRODUCTS

BILL OF LADING#   08810
LOAD NO           11-493
TRAILER NO

KIRKLAND        WA 98033 -
800-426-0279

LOADED BY

*

PROD NO    PO NO        PART NO
                        DESCRIPTION

QTY    SQFT   SQFT    EXTENDED
SHIP   WEIGHT UNIT    AMOUNT
                PRICE

58094- 10   38875    -0000 5.7 T        CLEAR
493200770- 14-A          7      X  17
117-002

FIREGLASS 20/SPECIAL LOGO        2     2.00
FLAT POLISH ALL EDGES                  5.78
54287 R&S GLAZI

SU  ENERGY SURCHARGE

*

TEMPERED SAFETY GLASSES SUPPLIED BY CARDINAL AND MANUFACTURED BY CARDINAL OR OTHERS. AND SO PERMANENTLY
LABELED AND BEARING THE ADDITIONAL PERMANENT  CERTIFICATION OF COMPLIANCE LABEL  16 CFR 1201 C II . ARE
CERTIFIED AS CONFORMING TO CPSC 16 CFR 1201 AND MAY BE USED CATEGORY I OR CATEGORY II ARCHITECTURAL PRODUCTS.

*

DIMENSIONS ARE ROUNDED UP TO THE NEXT FULL INCH ON THICKNESS UNDER 1/2 INCH, THE NEXT EVEN INCH ON 1/2 & OVER

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

*  Confidential Customer and Pricing Information - Redacted Throughout



**TGP**
Technical Glass Products

# www.fireglass.com

**600 6th Street South   KIRKLAND, WA  98033   ●   Phone: 1-800-426-0279   ●   Fax: 1-800-451-9857**

## Packing Slip

Page : 1

| | |
|---|---|
| Order No.: | **54287** |
| Reference Order No.: | |

Bill To:  ✻

Ship To:  ✻

| | |
|---|---|
| Ship Date: | **04.01.2008** |
| Terms: | **NET 30 DAY** |

| Customer P.O. No. | Ordered By | Job Name | Shipped Via | Freight | Frt. ref. no. |
|---|---|---|---|---|---|
| 1935 | ✻ | SRMH | **FedEx Ground 1-80** | **Prepaid** | 393577160221936 |

| Qty Ordered | Qty Shipped | Product Description / Dimensions (inches) Width    X    Height OR Quantity | Mark info | SQFT/Pc | SQFT/item |
|---|---|---|---|---|---|
| 1 box @ 31"x14"x14"=11# | | | | | |
| | | **1/4" Fireglass 20** **20 Minute Fire Rated** Tempered Safety Glass Due to code requirements, this product has been tested and labeled for use in doors only. | | | |
| 2 | 2 | 7"          17" | | 1.00 | 2.00 |
| | | **Boxed & Delivered Freight Prepaid** Delivered Within the Continental United States (Excluding AK, HI, PR). Freight Prepaid via Ground Transportation. Includes crating/packaging. | | | |
| 1 | 1 | Unit | | | |

Total Square Footage : 2.00
Total Product Weight in Lbs : 4.98
Total Number of Pieces : 2

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**✻  Confidential Customer and Pricing Information - Redacted Throughout**



**TGP**
Technical Glass Products®

# www.fireglass.com

**600 6th Street South   KIRKLAND, WA   98033   ●   Phone: 1-800-426-0279   ●   Fax: 1-800-451-9857**

## Shipping Confirmation                                    Page :      1
### YOUR ORDER FROM TECHNICAL GLASS PRODUCTS SHIPPED ON 04.01.2008
If you would like to track your shipment, please contact the carrier directly and refer to the "Freight ref. no.", listed below

| | | | |
|---|---|---|---|
| TGP Order No.: | 54287 | Your P.O. No.: | 1935 |
| Reference Order No.: | | Job/Project Name: | SRMH |
| | | Ordered By: | CRAIG |
| Ship Date: | 04.01.2008 | Shipped To the following address: | |
| Terms: | NET 30 DAYS | | |
| Shipped Via: | FedEx Ground 1-800-GO-FEDEX | | * |
| Freight terms: | Prepaid | | |
| Freight ref. no.: | 393577160221936 | | |

| Qty Ordered | Qty Shipped | Product Description / Dimensions (inches) Width      X      Height OR Quantity | Mark info | SQFT/Pc | SQFT/item |
|---|---|---|---|---|---|
| | | | | | |

1 box @ 31"x14"x14"=11#

**If you have a special delivery request, you must contact the carrier Prior to your delivery.**
**Please Note: It is your responsibility to inspect the incoming freight PRIOR to signing off on delivery receipt.**
**Any changes to this shipment, which result in additional charges by the carrier, are your responsibility.**

| | | | | | |
|---|---|---|---|---|---|
| | | **1/4" Fireglass 20** | | | |
| | | **20 Minute Fire Rated** | | | |
| | | Tempered Safety Glass | | | |
| | | Due to code requirements, this product has been tested and labeled for use in doors only. | | | |
| 2 | 2 | 7"                                17" | | 1.00 | 2.00 |
| | | | | | |
| | | **Boxed & Delivered Freight Prepaid** | | | |
| | | Delivered Within the Continental United States (Excluding AK, HI, PR). Freight Prepaid via Ground Transportation. Includes crating/packaging. | | | |
| 1 | 1 | Unit | | | |

*ATTENTION: RECEIVING (Please forward information to RECEIVING PERSONNEL)*
*When your shipment arrives, BEFORE SIGNING THE DELIVERY RECEIPT:*
*1. INSPECT FREIGHT THOROUGHLY FOR EVIDENCE OF DAMAGE OR MISHANDLING.*
*2. INSPECT "TIP-N-TELL" INDICATOR ON THE OUTSIDE OF CRATE FOR ACTIVATION. (note: small package, UPS/DHL/FedEx, do not have "TIP-N-TELL" labels affixed)*
*3. NOTE ANY VISIBLE OR AUDIBLE DAMAGE OR TIP INDICATOR ACTIVATION ON THE DELIVERY RECEIPT. IF POSSIBLE, PICTURES SHOULD BE TAKEN AND ALL DAMAGE NOTED (IN DETAIL).*
*4. WHENEVER POSSIBLE, OPEN THE CRATE AND INSPECT THE CONTENTS WHILE DELIVERY PERSONNEL ARE PRESENT.*
*5. IF DAMAGE IS DISCOVERED AFTER SIGNING DELIVERY RECEIPT, IT IS YOUR RESPONSIBILITY TO CONTACT TGP WITHIN 24 HOURS OF RECEIVING SHIPMENT.*
*6. IF DAMAGE IS DISCOVERED, ALL CRATING MATERIALS MUST BE HELD AT YOUR LOCATION UNTIL AN INSPECTION HAS BEEN COMPLETED BY THE CARRIER, AND/OR THE CLAIM IS SETTLED.*

*TGP WILL FILE ALL FREIGHT CLAIMS ON PREPAID SHIPMENTS. IF YOU SUSPECT DAMAGE OR ARE UNSURE, CALL OUR CUSTOMER SERVICE HOTLINE AS SOON AS POSSIBLE - (800) 426-0279 7:30am-4:30pm PST M-F.*

*Freight Carrier Website information:*
*www.ABF.com*
*www.DHL.com*
*www.SENDELITE.com (Elite Logistics)*
*www.FEDEX.com*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**\*  Confidential Customer and Pricing Information - Redacted Throughout**

 **TGP**
Technical Glass Products™

# www.fireglass.com

**600 6th Street South    KIRKLAND, WA  98033  ●  Phone: 1-800-426-0279  ●  Fax: 1-800-451-9857**

## Shipping Confirmation
Page :    2

### YOUR ORDER FROM TECHNICAL GLASS PRODUCTS SHIPPED ON 04.01.2008
If you would like to track your shipment, please contact the carrier directly and refer to the "Freight ref. no.", listed below

| | | |
|---|---|---|
| TGP Order No.: | 54287 | Your P.O. No.:  1935 |
| Reference Order No.: | | Job/Project Name:  SRMH |
| | | Ordered By: |

| | |
|---|---|
| Ship Date: | 04.01.2008 |
| Terms: | NET 30 DAYS |
| Shipped Via: | FedEx Ground 1-800-GO-FEDEX |
| Freight terms: | Prepaid |
| Freight ref. no.: | 393577160221936 |

\*

| Qty Ordered | Qty Shipped | Product Description / Dimensions (Inches) Width    X    Height OR Quantity | Mark info | SQFT/Pc | SQFT/Item |
|---|---|---|---|---|---|

www.GITrucking.com (G.I. Trucking/Estes West)
www.OAKH.com (Oak Harbor Freight Lines)
www.UPS.com
www.mach1air.com
www.expeditors.com

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**\*  Confidential Customer and Pricing Information - Redacted Throughout**



# www.fireglass.com

**600 6th Street South   Kirkland, WA  98033   ●   Phone: 1-800-426-0279   ●   Fax: 1-800-451-9857**

Page: 1

## Invoice

Invoice No.: 83173
Order No.: 54287

**Bill To:**  *                        **Ship To:**   *

Date Invoiced:  04.01.2008
Inside Sales  : Ben Haigh
Sales Rep.   : Francie Harker-Bain

Proj. Name : SRMH

| Account No. 9278 | Ship Date 04.01.2008 | Shipped Via FedEx Ground 1-800-GO-FEDEX 393577160221936 | Payment Terms NET 30 DAYS | Customer PO No. 1935 |
|---|---|---|---|---|

| Qty Ordered | Qty Shipped | Qty B/O | Product Description / Dimensions | Sqft. | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | | **1/4" Fireglass 20** **20 Minute Fire Rated** **Tempered Safety Glass** Due to code requirements, this product has been tested and labeled for use in doors only. | | | |
| 2 | 2 | 0 | **7" x 17"** | 1.00 | $115.00 | * |
| | | | **Boxed & Delivered Freight Prepaid** Delivered Within the Continental United States (Excluding AK, HI, PR). Freight Prepaid via Ground Transportation. Includes crating/packaging. | | | |
| 1 | 1 | 0 | | 0.00 | $26.89 | * |

Sub-Total:
Tax Amt.:
Tot.Amt. in USD:    *

**SEE BACK OF INVOICE FOR IMPORTANT TERMS & CONDITIONS GOVERNING THIS PURCHASE**

**\*  Confidential Customer and Pricing Information - Redacted Throughout**