# EXHIBIT C

 

  

## FIRE-RATED, SAFETY-RATED GLASS

Fireglass®20 is a 1/4" (6 mm) thick fire-rated and impact safety-rated glazing material. It is listed for use in doors with a fire rating requirement of 20 minutes.

## FEATURES

- Fire-rated for 20 minutes
- Impact safety-rated — meets ANSI Z97.1 and CPSC 16CFR1201 (Cat. I and II)
- Tempered (at least 4 times stronger than wired glass)
- Clear and wireless
- Fits in Designer Series Fireframes® from TGP, or standard fire-rated frames
- Large sizes available
- Available in an insulated glass unit (IGU) with other glass products, including (but not limited to):
    - Tinted
    - Low-E
    - Art Glass
    - Reflective
    - One-way Mirror
- May be lightly sandblasted/etched or beveled on one side without affecting fire rating
- Passes positive pressure test standards UL 10C, UBC 7-2 and UBC 7-4
- For use in interior and exterior applications
- Manufactured in the U.S.A.

Note: This product is not a barrier to radiant heat. This product does not meet test standards ASTM E-119 or UL 263. If your jurisdiction requires a "barrier to heat" product, please contact Technical Glass Products regarding Pilkington Pyrostop™.

## LISTINGS

Listed and labeled by Underwriters Laboratories, Inc.® File number for labeled 20 minute fire-rated assemblies is R13377. All above tests performed in accordance with ASTM E2074, ASTM E2010, CSFM 43.7, NFPA 252, UBC 43-2, UBC 7-2, UBC 7-4, UL 9, UL 10B and UL 10C (WITHOUT HOSE STREAM TEST).

| RATING | ASSEMBLY | MAX. EXPOSED AREA (in² / ft²) | MAX. WIDTH OF EXPOSED GLAZING (in) OR | MAX. HEIGHT OF EXPOSED GLAZING (in) |
|---|---|---|---|---|
| 20 min. (WITHOUT hose stream test) | DOORS | 3,204 / 22.25 | 36 | 89 |

Note: Individual lite sizes cannot exceed "Max. Exposed Area" shown above.
Check with frame manufacturer for maximum tested glass sizes and required stop height.

TGP  TECHNICAL GLASS PRODUCTS®
one source. many solutions.

fireglass.com   |   800.426.0279

## SPECIFICATIONS

All 20 minute fire-rated and impact safety-rated glass designated on the drawings shall be 1/4" (6 mm) thick Fireglass®20.

Complete 3-part CSI format specifications are available online at **fireglass.com**, or by calling **800.426.0279**.



Detail based on use of Fireframes Designer Series narrow profile framing

Glazing Thickness: 1/4"
a. Frame width: 2"
b. Frame height: 2-3/4"
c. Stop height: 3/4"
d. Pocket width: 1/2"
e. Edge clearance: 1/4"
f. Bite: 1/2"

## GENERAL CHARACTERISTICS

| | |
|---|---|
| Thickness: | 1/4" (6 mm) |
| Min. Glass Size: | 4-1/2" (must meet a 13" diagonal) |
| Weight: | 3 lb / ft$^2$ |
| Approx. Visible Transmission: | 89% |
| Approx. Visible Reflection: | 8% |
| Fire Rating: | 20 minutes (WITHOUT HOSE STREAM TEST) |
| Impact Safety Rating: | ANSI Z97.1 and CPSC 16CFR1201 (Cat. I and II) |

## LABELING

Each piece of Fireglass20 shall be permanently labeled with the appropriate marking on sizes up to 6,396 in$^2$.

## INSTALLATION

Fireglass20 shall be glazed into the appropriate fire-rated framing with setting blocks and closed cell PVC tape.

Openings must be plumb and square. **Allow for a minimum edge clearance of 1/4" and a minimum edge coverage of 3/8".** Inspect each piece of Fireglass20 immediately before installation and eliminate any glass with observable edge damage or face imperfections. Place setting blocks (3" minimum) at the quarter points. Check for clearance around the edges, and adjust setting blocks as needed.

## STORAGE & HANDLING

Fireglass20 must be handled with care during transportation, storage, inspection and installation. Store in a dry place.

## FAMILY OF PRODUCTS

TGP offers a complete family of products for all your fire-rated glazing needs, ranging from 20 minute to 3 hour applications.

| | |
|---|---|
| **Fireglass®20** | Fire-rated, impact safety-rated toughened glass |
| **FireLite®** | Fire-rated glass ceramic |
| **FireLite® NT** | Fire-rated, impact safety-rated glass ceramic with surface-applied film |
| **FireLite Plus®** | Fire-rated, impact safety-rated glass ceramic |
| **FireLite® IGU** | Fire-rated or fire/impact safety-rated insulated glass units |
| **Pilkington Pyrodur™** | Fire-rated, impact safety-rated glass |
| **Pilkington Pyrostop™** | Fire-rated, impact safety-rated transparent wall panels |
| **WireLite™** | Fire-rated, wired glass |
| **WireLite™ NT** | Fire-rated, impact safety-rated wired glass with surface applied film |
| **Pilkington Pyroshield™ Plus** | Fire-rated, impact safety-rated wired glass |
| **Fireframes®** | Fire-rated framing & doors for use with all TGP glass products |