# EXHIBIT D

 **FIRE RATED**
one source. many solutions.®



 FIRE-RATED     HOSE STREAM TESTED    

## FIRE-RATED WIRED GLASS

WireLite is a nominal 1/4" (6 mm) thick fire-rated glazing material composed of wired glass. It is listed for use in openings that do not require an impact safety rating.

## FEATURES

- Fire-rated for 20 and 45 minutes with required hose stream test
- Available in Diamond Clear (3/4" pattern) and Georgian Clear (1/2" pattern)
- Withstands thermal shock
- Passes positive pressure test standards UL 10C, UBC 7-2 and UBC 7-4
- Fits in Designer Series Fireframes® from TGP, or standard fire-rated frames

Note: This product is not a barrier to radiant heat. This product does not meet test standards ASTM E-119 or UL 263. If your jurisdiction requires a "barrier to heat" product, please contact Technical Glass Products regarding Pilkington Pyrostop™.

## LISTINGS

Listed and labeled by Underwriters Laboratories, Inc.® and Underwriters Laboratories of Canada. File number for labeled fire-rated assemblies is R13377. Testing performed in accordance with UL 9, ASTM E2074, ASTM E2010, UBC 7-2 and UBC 7-4.

| RATING | ASSEMBLY | MAX. EXPOSED AREA (in² / ft²) | MAX. WIDTH OF EXPOSED GLAZING (in) | OR | MAX. HEIGHT OF EXPOSED GLAZING (in) |
|---|---|---|---|---|---|
| **STANDARD SIZES** | | | | | |
| 20 min. | OTHER THAN DOORS | 1,296 / 9 | 54 | | 54 |
| 45 min. | OTHER THAN DOORS | 1,296 / 9 | 54 | | 54 |
| **SIZES WHEN GLAZED WITH PEMKO FG3000™** | | | | | |
| 20 min. - 45 min. | OTHER THAN DOORS | 4,608 | 100 | | 100 |

Note: Individual lite sizes cannot exceed "Max. Exposed Area" shown above.

**TGP** | **TECHNICAL GLASS PRODUCTS®**
one source. many solutions.

fireglass.com | 800.426.0279

## GENERAL CHARACTERISTICS

**THICKNESS:** Nominal 1/4" (6 mm) overall
**WEIGHT:** 3 lb / ft$^2$
**APPROX. VISIBLE TRANSMISSION:** 77%
**FIRE RATING:** 20 and 45 minutes



Detail based on use of Fireframes Designer Series narrow profile framing

Glazing Thickness: 1/4" (nominal)

a. Frame width: 2"
b. Frame height: 2-3/4"
c. Stop height: 5/8" (typical)
d. Pocket width: 9/16"
e. Edge clearance: 1/4"
f. Bite: 1/2"

## SPECIFICATIONS

All glass designated on the drawings as fire-rated shall be nominal 1/4" (6 mm) thick WireLite supplied by Technical Glass Products.

Complete 3-part CSI format specifications are available online at **fireglass.com**, or by calling **800.426.0279**.

## LABELING

Each piece of WireLite shall be permanently labeled with the WireLite logo, UL logo and fire rating.

## INSTALLATION

WireLite shall be glazed into the appropriate fire-rated framing with an approved glazing compound (pure silicone, closed cell PVC tape, or DAP 33 putty) as supplied by the installer.

For sizes larger than 1,296 in$^2$ or 54" in one dimension (noted in the size schedule for standard sizes), WireLite shall be glazed with Pemko FG3000™ as supplied by the installer.

## STORAGE & HANDLING

Inspect each piece of WireLite immediately before installation and eliminate any with observable edge damage or face imperfections. WireLite must be handled with care during transportation, storage, inspection and installation. Store in a dry place.

## FAMILY OF PRODUCTS

TGP offers a complete family of products for all your fire-rated glazing needs, ranging from 20 minute to 3 hour applications.

| | |
|---|---|
| **Fireglass®20** | Fire-rated, impact safety-rated toughened glass |
| **FireLite®** | Fire-rated glass ceramic |
| **FireLite® NT** | Fire-rated, impact safety-rated glass ceramic with surface-applied film |
| **FireLite Plus®** | Fire-rated, impact safety-rated glass ceramic |
| **FireLite® IGU** | Fire-rated or fire/impact safety-rated insulated glass units |
| **Pilkington Pyrodur™** | Fire-rated, impact safety-rated glass |
| **Pilkington Pyrostop™** | Fire-rated, impact safety-rated transparent wall panels |
| **WireLite™** | Fire-rated, wired glass |
| **WireLite™ NT** | Fire-rated, impact safety-rated wired glass with surface applied film |
| **Pilkington Pyroshield™ Plus** | Fire-rated, impact safety-rated wired glass |
| **Fireframes®** | Fire-rated framing & doors for use with all TGP glass products |




**TGP** — FIRE RATED — one source, many solutions.®

**WireLite NT**

 FIRE-RATED     HOSE STREAM TESTED     IMPACT-RATED    

## FIRE-RATED, SAFETY-RATED WIRED GLASS

WireLite™ NT is a nominal 1/4" (6mm) thick fire-rated and impact safety-rated glazing material composed of wired glass and surface-applied fire-rated film. It is listed for use in doors, sidelites, transoms and borrowed lites with fire rating requirements for 20, 45, 60 and 90 minutes.

## FEATURES

- Fire-rated for 20, 45, 60 and 90 minutes with required hose stream test
- Impact safety-rated—meets ANSI Z97.1 and CPSC 16CFR1201 (Cat. I and II)
- Wired glass with high performance surface-applied fire-rated film
- Available in Diamond Clear (3/4" pattern) and Georgian Clear (1/2" pattern)
- Withstands thermal shock
- Passes positive pressure test standards UL 10C, UBC 7-2 and UBC 7-4
- Fits in Designer Series Fireframes® from TGP, or standard fire-rated frames
- 3-year limited warranty*

Note: This product is not a barrier to radiant heat. This product does not meet test standards ASTM E-119 or UL 263. If your jurisdiction requires a "barrier to heat" product, please contact Technical Glass Products regarding Pilkington Pyrostop™.

## LISTINGS

Listed and labeled by Underwriters Laboratories, Inc.® and Underwriters Laboratories of Canada. File number for labeled fire-rated assemblies is R13377. Testing performed in accordance with UL 9, UL 10C, ASTM E2074, ASTM E2010, NFPA 252, UBC 7-2 and UBC 7-4.

| RATING | ASSEMBLY | MAX. EXPOSED AREA (in² / ft²) | MAX. WIDTH OF EXPOSED GLAZING (in) | OR | MAX. HEIGHT OF EXPOSED GLAZING (in) |
|---|---|---|---|---|---|
| **STANDARD SIZES** | | | | | |
| 20 min. | DOORS (non-temp rise) | 3,289 / 22.84 | 35-3/4 | | 92 |
| | OTHER THAN DOORS | 1,296 / 9 | 54 | | 54 |
| 45 min. | DOORS (non-temp rise) / OTHER THAN DOORS | 1,296 / 9 | 54 | | 54 |
| 60 min. - 90 min. | DOORS | 100 / .69 | 10 | | 33 |
| **SIZES WHEN GLAZED WITH PEMKO FG3000™** | | | | | |
| 45 min. | DOORS (non-temp rise) | 2,856 / 19.83 | 34 | | 84 |
| | OTHER THAN DOORS | 4,608 / 32 | 100 | | 100 |
| 60 min. | WOOD DOOR (non-temp rise) | 960 / 6.66 | 12 | | 80 |
| 90 min. | DOORS (non-temp rise) | 552 / 3.83 | 12 | | 46 |

Note: Individual lite sizes cannot exceed "Max. Exposed Area" shown above.

**TGP** | TECHNICAL GLASS PRODUCTS® one source, many solutions.® | fireglass.com | 800.426.0279

## GENERAL CHARACTERISTICS

**THICKNESS:** Nominal 1/4" (6mm) overall
**WEIGHT:** 3 lb / ft²
**APPROX. VISIBLE TRANSMISSION:** 77%
**FIRE RATING:** 20, 45, 60 and 90 minutes
**IMPACT SAFETY RATING:** Meets ANSI Z97.1 and CPSC 16CFR1201 (Cat. I and II)



Detail based on use of Fireframes Designer Series narrow profile framing

Glazing Thickness: 1/4" (nominal)

a. Frame width: 2"
b. Frame height: 2-3/4"
c. Stop height: 5/8" (typical)
d. Pocket width: 9/16"
e. Edge clearance: 1/4"
f. Bite: 1/2"

## SPECIFICATIONS

All glass designated on the drawings as fire-rated and impact safety-rated shall be nominal 1/4" (6mm) thick WireLite NT supplied by Technical Glass Products.

Complete 3-part CSI format specifications are available online at **fireglass.com**, or by calling **800.426.0279**.

## LABELING

Each piece of WireLite NT shall be permanently labeled with the WireLite NT logo, UL logo and fire rating.

## INSTALLATION

WireLite NT shall be glazed into the appropriate fire-rated framing with an approved glazing compound (pure silicone, closed cell PVC tape, or DAP 33 putty) as supplied by the installer.

For sizes larger than 1,296 in² or 54" in one dimension (noted in the size schedule for standard sizes), WireLite NT shall be glazed with Pemko FG3000™ as supplied by the installer.

## STORAGE & HANDLING

Inspect each piece of WireLite NT immediately before installation and eliminate any with observable edge damage or face imperfections. WireLite NT must be handled with care during transportation, storage, inspection and installation. Store in a dry place.

## FAMILY OF PRODUCTS

TGP offers a complete family of products for all your fire-rated glazing needs, ranging from 20 minute to 3 hour applications.

| Product | Description |
|---|---|
| **Fireglass®20** | Fire-rated, impact safety-rated toughened glass |
| **FireLite®** | Fire-rated glass ceramic |
| **FireLite® NT** | Fire-rated, impact safety-rated glass ceramic with surface-applied film |
| **FireLite Plus®** | Fire-rated, impact safety-rated glass ceramic |
| **FireLite® IGU** | Fire-rated or fire/impact safety-rated insulated glass units |
| **Pilkington Pyrodur™** | Fire-rated, impact safety-rated glass |
| **Pilkington Pyrostop™** | Fire-rated, impact safety-rated transparent wall panels |
| **WireLite™** | Fire-rated, wired glass |
| **WireLite™ NT** | Fire-rated, impact safety-rated wired glass with surface applied film |
| **Pilkington Pyroshield™ Plus** | Fire-rated, impact safety-rated wired glass |
| **Fireframes®** | Fire-rated framing & doors for use with all TGP glass products |

**TGP** | TECHNICAL GLASS PRODUCTS™
one source. many solutions.™

fireglass.com | 800.426.0279