# EXHIBIT E

  

# Pilkington Pyrodur™

FIRE-RATED    IMPACT-RATED

## FIRE-RATED, IMPACT SAFETY-RATED GLASS

Pilkington Pyrodur™ is a 5/16" (7mm) thick fire-rated and impact safety-rated glazing material. It is based on the same advanced technology as Pilkington Pyrostop™, combining glass and a special interlayer that turns to foam during a fire. Pilkington Pyrodur™ is listed for use in interior doors with a fire rating requirement of 20 minutes.

## FEATURES

- Fire-rated for 20 minutes
- Impact safety rated – meets ANSI Z97.1 and CPSC 16CFR1201 (Cat. I)
- May be cut and labeled by local distributors for quicker delivery
- Clear and wireless
- Fits in Designer Series Fireframes® from TGP, or standard fire-rated frames
- May be lightly sandblasted or etched on one side without affecting fire rating
- Passes positive pressure test standards UL 10C, UBC 7-2 and UBC 7-4
- For use in interior applications

Note: This product is not a barrier to radiant heat. This product does not meet test standards ASTM E-119 or UL 263. If your jurisdiction requires a "barrier to heat" product, please contact Technical Glass Products regarding Pilkington Pyrostop™.

## LISTINGS

Listed and labeled by Underwriters Laboratories, Inc.®. File number for labeled 20 minute fire-rated assemblies is R16644. All above tests performed in accordance with ASTM E2074, ASTM E2010, CSFM 43.7, NFPA 252, UBC 43-2, UBC 7-2, UBC 7-4, UL 9, UL 10B and UL 10C (WITHOUT HOSE STREAM TEST).

## GENERAL CHARACTERISTICS

| | | | |
|---|---|---|---|
| **THICKNESS:** | 5/16" nominal (7 mm) | **FIRE RATING:** | 20 minutes (WITHOUT HOSE STREAM TEST) |
| **WEIGHT:** | 3.4 lb / ft² (17 kg / m²) | **IMPACT SAFETY RATING:** | CPSC 16CFR1201 (Cat. I) |
| **APPROX. VISIBLE TRANSMISSION:** | 78% | **APPROX. VISIBLE REFLECTION:** | 8% |

| RATING | ASSEMBLY | MAX. EXPOSED AREA (in²/ft²) | MAX. WIDTH OF EXPOSED GLAZING (in) OR | MAX. HEIGHT OF EXPOSED GLAZING (in) |
|---|---|---|---|---|
| 20 min. (WITHOUT hose stream test) | DOORS | 1,296/9 | 36 | 54 |

Check with frame manufacturer for maximum tested glass sizes and required stop height.
Note: Individual lite sizes cannot exceed "Max. Exposed Area" shown above.

## SPECIFICATIONS

All 20-minute fire-rated glass designated on the drawings shall be 5/16" (7 mm) thick Pilkington Pyrodur™ supplied by Technical Glass Products.

Complete 3-part CSI format specifications are available online at **fireglass.com**, or by calling **800.426.0279**. Please contact Technical Glass Products for more information.

## LABELING

Each piece of Pilkington Pyrodur™ shall be permanently labeled with the Pilkington Pyrodur™ logo, UL logo and fire rating.

## INSTALLATION

Pilkington Pyrodur™ shall be glazed into the appropriate fire-rated framing with setting blocks and "Norton" style closed cell PVC tape or Pemko FG-3000.

Openings must be plumb and square. **Allow for a minimum edge clearance of 1/4" and a minimum edge coverage of 3/8".** Inspect each piece of Pilkington Pyrodur™ immediately before installation and eliminate any glass with observable edge damage or face imperfections. Place setting blocks (3" minimum) at the quarter points. Check for clearance around the edges, and adjust setting blocks as needed.



Detail based on use of Fireframes Designer Series narrow profile framing

Glazing Thickness: 5/16"

a. Frame width: 2"
b. Frame height: 2-3/4"
c. Stop height: 3/4"
d. Pocket width: 5/8"
e. Edge clearance: 1/4"
f. Bite: 1/2"

## STORAGE & HANDLING

Pilkington Pyrodur™ must be handled with care during transportation, storage, inspection and installation. Store in a dry place.

## FAMILY OF PRODUCTS

TGP offers a complete family of products for all your fire-rated glazing needs, ranging from 20 minute to 3 hour applications.

| | |
|---|---|
| **Fireglass®20** | Fire-rated, impact safety-rated toughened glass |
| **FireLite®** | Fire-rated glass ceramic |
| **FireLite® NT** | Fire-rated, impact safety-rated glass ceramic with surface-applied film |
| **FireLite Plus®** | Fire-rated, impact safety-rated glass ceramic |
| **FireLite® IGU** | Fire-rated or fire/impact safety-rated insulated glass units |
| **Pilkington Pyrodur™** | Fire-rated, impact safety-rated glass |
| **Pilkington Pyrostop™** | Fire-rated, impact safety-rated transparent wall panels |
| **WireLite™** | Fire-rated, wired glass |
| **WireLite™ NT** | Fire-rated, impact safety-rated wired glass with surface applied film |
| **Pilkington Pyroshield™ Plus** | Fire-rated, impact safety-rated wired glass |
| **Fireframes®** | Fire-rated framing & doors for use with all TGP glass products |

TGP  TECHNICAL GLASS PRODUCTS™
one source. many solutions.

fireglass.com | 800.426.0279