EXHIBIT 1

:AMERICINN WEST SALEM          FAX NO. :608-786-3340          Jul. 13 2004 02:08PM P1
Jui-12-04 03:46pm  From-TECHNICAL GLASS PRODUCTS
                                              6004519857          T-582  P.01/02  F-102



# TGP
## Technical Glass Products
*One Source. Many Solutions.*

Date:       July 12, 2004
To:         Lacrosse Glass Co., Inc.
Attn:       Terry Guentner
From:       Devin Bowman
Re:         Gerrard Hoeschler Office Building

Terry,

As discussed today, it is the belief of Technical Glass Products Inc (TGP) that the use of Designer Series Frames and FireLite glass is allowable per code for the following reasons:

- The size of the assembly is 10'-10" X 5'-10 ½", which is smaller than the testing chamber at UL which is 10'-0" x 12'-0" (120 square feet). Once the size of the testing chamber is exceeded, the product must be rated as a barrier-to-heat, or in accordance with ASTM-E119.
- Regardless, under section 708.7 in IBC 2000, and 2003, there are listed exceptions to this size limitation. Under exception number 1, it states, "Openings shall not be limited to 120 square feet (11m2) where adjoining fire areas are equipped throughout with an automatic sprinkler system in accordance with Section 903.3.1.1.

Furthermore, the specification lists that the fire-rated glass system must be "window quality clear." It may be argued that since the material provided by (TGP) is a 3/16" monolithic ceramic, polished on both surfaces, that it is more "window quality clear", than the product specified. The specified product is an insulated glass unit, where the cavity is not filled with air, like a traditional "window", rather a transparent gel.

Should you have any questions, please let me know.

Regards,

Devin Bowman

Territory Manager

(800) 426-0279 ext. 2644

devinb@fireglass.com

600 6ᵗʰ St. South ◆ Kirkland WA 98033
Phone: (800) 426-0279 ◆ Fax: (800) 451-9857

EXHIBIT 2





FIRE RATED
one source. many solutions.®

STANDARD (POLISHED)

  

## FIRE-RATED GLASS CERAMIC

FireLite® is a 3/16" (5 mm) thick fire-rated glazing material. It is listed for use in **non-impact safety-rated locations** such as transoms and borrowed lites with fire rating requirements ranging from 20 to 90 minutes.

## FEATURES

- **Unpolished surface is clear with a slight surface waviness (polished surface is also available)**
- **Fire-rated for up to 90 minutes** with required hose stream test
- **Glass ceramic**
- **Clear and wireless**
- **Fits in Designer Series Fireframes® from TGP, or standard fire-rated frames**
- **Large sizes available**
- **May be lightly sandblasted or etched on one side without affecting fire rating**
- **Passes positive pressure test standards UL 10C, UBC 7-2 and UBC 7-4**
- **May be insulated (see FireLite IGU fact sheet)**

Note: This product is not a barrier to radiant heat, as it does not meet test standards ASTM E-119 or UL 263. If your jurisdiction requires a "barrier to heat" product, please contact Technical Glass Products regarding Pilkington Pyrostop™.

## LISTINGS

Listed and labeled by Underwriters Laboratories, Inc.® and Underwriters Laboratories of Canada. File number for labeled fire-rated assemblies include is R13377. All above tests performed in accordance with UL 9, UL 10C, ASTM E2010, CSFM 43.7, NFPA 80, NFPA 257, UBC 43.4, UBC 7-2, UBC 7-4, CAN4 S-104. Approved for use in New York City: MEA 290-90-M-6.

| RATING | ASSEMBLY | MAX. EXPOSED AREA (in² / ft²) | MAX. WIDTH OF EXPOSED **OR** MAX. HEIGHT OF EXPOSED GLAZING (in) | |
|---|---|---|---|---|
| 20 to 60 min. | OTHER THAN DOORS | 3,325 / 23.09 | 95 | 95 |
| 90 min. | OTHER THAN DOORS | 2,627 / 18.24 | 56–1/2 | 56–1/2 |

Check with frame manufacturer for maximum tested glass sizes and required stop height.
Note: Individual lite sizes cannot exceed "Max. Exposed Area" shown above.

| SURFACE FINISH | Premium | Standard | Obscure |
|---|---|---|---|
| MAX. SHEET SIZE | 48" x 96" | 48" x 96" | 36" x 96" |

Note: FireLite is not an impact safety-rated product and should not be specified as such. However, TGP does offer FireLite Plus® and FireLite® NT which carry both fire and impact safety ratings. Please ask for more details.



0K00001508

## SPECIFICATIONS

All glass designated on the drawings as fire-rated shall be 3/16" (5 mm) thick FireLite® supplied by Technical Glass Products. The surface condition shall be either: **Premium** (polished surface); **Standard** (unpolished surface); or **Obscure** (patterned surface).

Complete 3-part CSI format specifications are available online at **fireglass.com**, or by calling **800.426.0279**

## GENERAL CHARACTERISTICS



| | |
| --- | --- |
| Thickness: | 3/16" (5 mm) overall |
| Weight: | 2.4 lb / ft² |
| Approx. Visible Transmission: | 88% |
| Approx. Visible Reflection: | 9% |
| Hardness (Vicker's Scale): | 700 |
| Fire Rating: | 20 minutes to 90 minutes |
| Impact Safety Rating: | None |

Detail based on use of
**Fireframes Designer Series**
narrow profile framing

Glazing Thickness: 3/16" – 1"

a. Frame width: 2"
b. Frame height: 2-3/4"
c. Stop height: 3/4"
d. Pocket width: 1/2" – 1-1/4"
e. Edge clearance: 1/4"
f. Bite: 1/2"

## LABELING

Each piece of FireLite shall be permanently labeled with the FireLite logo, UL logo and fire rating.

## INSTALLATION

FireLite shall be glazed into the appropriate fire-rated framing with an approved glazing compound (pure silicone, closed cell PVC tape or DAP 33 putty) as supplied by the installer. For 90 minute ratings that exceed 1,393 in², FireLite shall be glazed with fire-rated glazing tape as supplied by TGP.

Inspect each piece of FireLite immediately before installation and eliminate any with observable edge damage or face imperfections. As with any glass produced by the "roll out" method, individual pieces of FireLite may contain minimal variations in thickness. Occasionally, process marks and small occlusions or seeds (bubbles, knots or crystals) may be apparent. However, since they do not generally impair the transparency or affect the technical performance of the glass, they do not represent cause for rejection.

## STORAGE & HANDLING

FireLite must be handled with care during transportation, storage, inspection and installation. Store in a dry place.

## FAMILY OF PRODUCTS

TGP offers a complete family of products for all your fire-rated glazing needs, ranging from 20 minute to 3 hour applications.

| | |
| --- | --- |
| **Fireglass®20** | Fire-rated, impact safety-rated toughened glass |
| **FireLite®** | Fire-rated glass ceramic |
| **FireLite® NT** | Fire-rated, impact safety-rated glass ceramic with surface-applied film |
| **FireLite Plus®** | Fire-rated, impact safety-rated glass ceramic |
| **FireLite® IGU** | Fire-rated or fire/impact safety-rated insulated glass units |
| **Pilkington Pyrodur™** | Fire-rated, impact safety-rated glass |
| **Pilkington Pyrostop™** | Fire-rated, impact safety-rated transparent wall panels |
| **WireLite™** | Fire-rated, wired glass |
| **WireLite™ NT** | Fire-rated, impact safety-rated wired glass with surface applied film |
| **Pilkington Pyroshield™ Plus** | Fire-rated, impact safety-rated wired glass |
| **Fireframes®** | Fire-rated framing & doors for use with all TGP glass products |

OKI000001509

 

FIRE RATED
one source. many solutions.®

 FIRE-RATED  HOSE STREAM TESTED  IMPACT-RATED 

## FIRE-RATED, SAFETY-RATED GLASS CERAMIC MADE WITH SURFACE APPLIED FILM

FireLite® NT is a 3/16" (5 mm) thick fire-rated and impact safety-rated glazing material, composed of FireLite and surface-applied fire-rated film. It is listed for use in doors, sidelites, transoms and borrowed lites with fire rating requirements ranging from 20 minutes to 3 hours.

## FEATURES

- **Polished surface provides optimal clarity (unpolished also available)**
- **Fire-rated for up to 3 hours** with required hose stream test
- **Impact safety-rated—meets ANSI Z97.1 and CPSC 16 CFR1201 (Cat. I and II)**
- **Glass ceramic with high performance surface-applied approved fire-rated film**
- **Clear and wireless**
- **Fits in Designer Series Fireframes® from TGP, or standard fire-rated frames**
- **Withstands thermal shock**
- **Protects from fire and safety on both sides of glass**
- **FireLite side may be lightly sandblasted or etched without affecting the fire rating**
- **Passes positive pressure test standards UL 10C, UBC 7-2 and UBC 7-4**
- **3-year limited warranty**

Note: This product is not a barrier to radiant heat, as it does not meet test standards ASTM E-119 or UL 263. If your jurisdiction requires a "barrier to heat" product, please contact Technical Glass Products regarding Pilkington Pyrostop™.

## LISTINGS

Listed and labeled by Underwriters Laboratories, Inc.® and Underwriters Laboratories of Canada. Test report number for labeled fire-rated assemblies is: UL File No. R13377. Tested in accordance with UL 9, UL 10B, UL 10C, ASTM E2074, ASTM E2010, CSFM 43.7, NFPA 80, NFPA 252, NFPA 257, UBC 43.2, UBC 43.4, UBC 7-2, UBC 7-4, CAN4 S-104, CAN4 S-106. Approved for use in New York City: MEA 290-90-M-6.

## GENERAL CHARACTERISTICS

| | |
|---|---|
| **THICKNESS:** | 3/16" (5 mm) overall |
| **WEIGHT:** | 2.4 lb / ft² |
| **APPROX. VISIBLE TRANSMISSION:** | 88% |
| **APPROX. VISIBLE REFLECTION:** | 9% |
| **HARDNESS (VICKER'S SCALE):** | 700 |
| **FIRE RATING:** | 20 minutes to 3 hours |
| **IMPACT SAFETY RATING:** | Meets ANSI Z97.1 and CPSC 16CFR1201 (Cat. I and II) |

0K000001552

| RATING | ASSEMBLY | MAX. EXPOSED AREA (in² / ft²) | MAX. WIDTH OF EXPOSED GLAZING (in) OR | MAX. HEIGHT OF EXPOSED GLAZING (in) |
|---|---|---|---|---|
| 20 to 60 min. | DOORS (non-temp rise) | 3, 204 / 22.25 | 36 | 89 |
| | DOORS (temp rise) | 100 / 0.69 | 12 | 33 |
| | OTHER THAN DOORS | 3, 325 / 23.09 | 95 | 95 |
| 90 min. | DOORS (non-temp rise) | 2, 034 / 14.13 | 36 | 56-1/2 |
| | DOORS (temp rise) | 100 / 0.69 | 12 | 33 |
| | OTHER THAN DOORS | 2, 627 / 18.24 | 56-1/2 | 56-1/2 |
| 3 hour | DOORS | 100 / 0.69 | 12 | 33 |

Check with frame manufacturer for maximum tested glass sizes and required stop height.
Note: Individual lite sizes cannot exceed "Max. Exposed Area" shown above.

| SURFACE FINISH | Premium | Standard | Obscure |
|---|---|---|---|
| MAX. SHEET SIZE | 48" x 96" | 48" x 96" | 36" x 96" |

## SPECIFICATIONS

All glass designated on the drawings as fire-rated and impact safety-rated shall be 3/16" (5 mm) thick FireLite® NT supplied by Technical Glass Products. The surface condition shall be either: Premium (polished surface); Standard (unpolished surface); or Obscure (patterned surface).

Complete 3-part CSI format specifications are available online at **fireglass.com**, or by calling **800.426.0279**. Please contact Technical Glass Products for more information.



Detail based on use of
**Fireframes Designer Series**
narrow profile framing

Glazing Thickness: 3/16" – 1"

a. Frame width: 2"
b. Frame height: 2-3/4"
c. Stop height: 3/4"
d. Pocket width: 1/2" – 1-1/4"
e. Edge clearance: 1/4"
f. Bite: 1/2"

## LABELING

Each piece of FireLite NT shall be permanently labeled with the FireLite NT logo, UL logo and fire rating.

## INSTALLATION

FireLite NT shall be glazed into the appropriate fire-rated framing with an approved glazing compound (pure silicone, closed cell PVC tape or DAP 33 putty) as supplied by the installer. For 90 minute ratings that exceed 1, 393 in², FireLite NT shall be glazed with fire-rated glazing tape as supplied by TGP.

Inspect each piece of FireLite NT immediately before installation and eliminate any with observable edge damage or face imperfections. As with any glass produced by the "roll out" method, individual pieces of FireLite NT may contain minimal variations in thickness. Occasionally, process marks and small occlusions or seeds (bubbles, knots or crystals) may be apparent. However, since they do not generally impair the transparency or affect the technical performance of the glass, they do not represent cause for rejection.

## STORAGE & HANDLING

FireLite NT must be handled with care during transportation, storage, inspection and installation. Store in a dry place.

## FAMILY OF PRODUCTS

TGP offers a complete family of products for all your fire-rated glazing needs, ranging from 20 minute to 3 hour applications. More information is available online at **fireglass.com**, or by calling **800.426.0279**.

OKI00001553

EXHIBIT 3

WireLite CSI Format Specifications

# WireLite™ CSI Specifications

Download Spec

Quote this Product

PART 1 GENERAL

## 1.1 SUMMARY

A. Section Includes:

1. Fire-rated glazing materials installed as [transoms] [borrowed lites] [windows] in fire-rated frames.

B. Related Sections:

1. Section 08510 - Steel Windows.

1.2 REFERENCES

A. ASTM E 2010 - Methods for Fire Tests of Window Assemblies.

B. FGMA GM – Glazing Manual.

C. FGMA SM – Sealant Manual.

D. CSFM 43-7 - Fire Tests for Doors and Window Assemblies.

E. NFPA 80 - Fire Doors and Windows.

F. NFPA 257 – Fire Tests of Window Assemblies.

G. UL 9 – Fire Tests of Window Assemblies.

H. [ULC Standard CAN4 S-106 – Fire Tests of Window Assemblies.]

## 1.3 PERFORMANCE REQUIREMENTS

A. Fire-rated wired glazing material listed for use in non-impact safety-rated locations with fire rating requirements ranging from 20 minutes to 90 minutes with hose stream test.

*Note: •This product is not a barrier to radiant heat. This product does not meet test standards ASTM E 119 or UL 263. If your jurisdiction requires a "barrier to heat" product, please contact Technical Glass Products regarding Pyrostop.*

*•May be lightly sandblasted or etched on non-film side without affecting fire rating.*

## 1.4 SUBMITTALS

CN000001645

*Note: • Specify submittal requirements for fire-rated frames, including glass stops in the appropriate Sections.*

A. Comply with requirements of Section 01300.

B. Product data: Submit manufacturer's technical data for each glazing material required, including installation and maintenance instructions.

C. Certificates of compliance from glass and glazing materials manufacturers attesting that glass and glazing materials furnished for project comply with requirements. Separate certification will not be required for glazing materials bearing manufacturer's permanent label designating type and thickness of glass, provided labels represent a quality control program involving a recognized certification agency or independent testing laboratory acceptable to authority having jurisdiction.

D. Product Test Listings: From a qualified testing agency indicating fire-rated glass complies with requirements, based on comprehensive testing of current product.

E. Samples: Submit, for verification purposes, approx. 8" x 10" sample for each type of glass indicated.

## 1.5 QUALITY ASSURANCE

A. Glazing Standards: FGMA Glazing Manual and Sealant Manual.

B. Fire Protective Rated Glass: Each lite shall bear permanent, non-removable label of UL certifying it for use in tested and rated fire protective assemblies.

C. Fire Protective Glazing Products for Door Assemblies: Products identical to those tested per ASTM E 152, labeled and listed by UL or other certification agency acceptable to authorities having jurisdiction.

## 1.6 DELIVERY, STORAGE, AND HANDLING

A. Deliver, store, and handle materials under provisions of Section 01600.

B. Deliver materials to specified destination in manufacturer's or distributor's packaging, undamaged, complete with installation instructions.

C. Store off ground, under cover, protected from weather and construction activities.

## 1.7 WARRANTY

A. Provide manufacturer's limited warranty under provision of Section 01790.

# PART 2 PRODUCTS

## 2.1 FIRE-RATED GLAZING MATERIALS

A. Supplier: WireLite as supplied by Technical Glass Products, Kirkland, Washington, voice 1-800- 426-0279, fax 1-800-451-9857, e-mail sales@fireglass.com, web site **www.fireglass.com**

B. Properties:

1. Thickness: 1/4 inch [6 mm] Wired Glass

OK000001647

WireLite CSI Format Specifications

2. Weight: 3.6 lbs./sq. ft.

3. Fire-rating: 20 minutes to 45 minutes for other applications.

8. Impact Safety Resistance: ANSI Z97.1 and CPSC 16CFR1201 (Cat. I and II).

9. Positive Pressure Test: UL 10C, UBC 7-2 and 7-4; passes.

C. Labeling: Permanently label each piece of WireLite with the WireLite logo, UL logo and fire rating in sizes, and with the WireLite label only for sizes that exceed the listing (as approved by the local authority having jurisdiction).

E. Fire Rating: Fire rating listed and labeled by UL for fire rating scheduled at opening locations on drawings, when tested in accordance with [ASTM E 163] [ULC Standard CAN4 S-106] [NFPA 257] [UL 9].

## 2.2 GLAZING COMPOUND FOR FIRE-RATED GLAZING MATERIALS

Note: •Select one the following: glazing tape, or glazing compound, or silicone sealant.

A. Glazing Tape: Closed cell polyvinyl chloride (PVC) foam, coiled on release paper over adhesive on two sides, maximum water absorption by volume of 2 percent. Glass panels that exceed 1,296 sq. inches for ratings must be glazed with Pemko FGL 3000 tape or FG300 caulk.

B. [Glazing Compound: DAP 33 putty.]

C. [Silicone Sealant: One-part neutral curing silicone, medium modulus sealant, Type S; Grade NS; Class 25 with additional movement capability of 50 percent in both extension and compression (total 100 percent); Use (Exposure) NT; Uses (Substrates) G, A, and O as applicable. Available Products:

1. Dow Corning 795 - Dow Corning Corp.

2. Silglaze-II 2800 - General Electric Co.

3. Spectrem 2 - Tremco Inc.]

D. Setting Blocks: Neoprene, EPDM, or silicone; tested for compatibility with glazing compound; of 70 to 90 Shore A hardness.

E. Cleaners, Primers, and Sealers: Type recommended by manufacturer of glass and gaskets.

## 2.3 FABRICATION

A. Fabricate glass and other glazing products in sizes required to glaze openings indicated for Project, with edge and face clearances, edge and surface conditions, and bite complying with recommendations of product manufacturer and referenced glazing standard as required to comply with system performance requirements.

## PART 3 EXECUTION

0W000001648

## 3.1 EXAMINATION

A. Examine glass framing, with glazier present, for compliance with the following:

1. Manufacturing and installation tolerances, including those for size, squareness, offsets at corners.

2. Minimum required face or edge clearances.

3. Observable edge damage or face imperfections.

B. Do not proceed with glazing until unsatisfactory conditions have been corrected.

C. Clean glazing channels and other framing members receiving glass immediately before glazing. Remove coatings that are not firmly bonded to substrates.

## 3.2 INSTALLATION (GLAZING)

A. Comply with referenced FGMA standards and instructions of manufacturers of glass, glazing sealants, and glazing compounds.

B. Protect glass from edge damage during handling and installation. Inspect glass during installation and discard pieces with edge damage that could affect glass performance.

C. Set units of glass in each series with uniformity of pattern, draw, bow, and similar characteristics.

D. Cut glazing tape to length and set against permanent stops, flush with sight lines to fit openings exactly, with stretch allowance during installation.

E. Place setting blocks located at quarter points of glass with edge block no more than 6 inches from corners.

F. Glaze vertically into labeled fire-rated metal frames or partition walls with same fire rating as glass and push against tape for full contact at perimeter of pane or unit.

G. Place glazing tape on free perimeter of glazing in same manner described above.

H. Install removable stop and secure without displacement of tape.

I. [Use specified glazing compound, without adulteration; bed glazing material in glazing compound; entirely fill all recess and spaces. Provide visible glazing compound with smooth and straight edges.]

J. Install so that appropriate [UL] [WireLite] markings remain permanently visible.

## 3.3 PROTECTION AND CLEANING

A. Protect glass from contact with contaminating substances resulting from construction operations. Remove any such substances by method approved by glass manufacturer.

B. Wash glass on both faces not more than four days prior to date scheduled for inspections intended to establish date of substantial completion. Wash glass by method recommended by glass manufacturer.

CK000001649

Privacy    Legal Notice    en Español

Copyright © 2007 Technical Glass Products. All rights reserved.

OK000001650

# An Introduction to Fire-Rated Glass

## By Jerry Razwick, Technical Glass Products

When you think of fire protection in a building, what comes to mind? Fire extinguishers? Smoke alarms? Sprinkler systems? Chances are that window glass wasn't at the top of the list. While fire-rated glass has been an important component in building safety for decades, most professionals in the industry know relatively little about it. As a result, it isn't difficult for the incorrect product to be specified, installed and approved - potentially putting lives and property at unnecessary risk.

Over the next few months, this column will be devoted to providing a wide range of information about the field of fire-rated glazing. We'll examine how glass becomes fire-rated, determining what kinds of products are correct for individual applications, how to protect yourself from liability and other relevant topics. Hopefully, the material will prove helpful in the ongoing effort to ensure property and life safety.

We'll begin with some basic definitions. Just what is fire-rated glass? As the name implies, it is glass that has proven to offer a certain degree of protection in the face of fire. That may sound like a strange task for glass to perform. Obviously, glass can't extinguish a fire or warn a building's occupants that there's any danger. But fire-rated glass can help keep flames and smoke from spreading from one room to another. The official term for this is compartmentation, and it means that glass can play a vital role in restricting fire damage to a limited area.

To the casual observer, it would seem that any glass could do that. After all, fire-rated glass looks deceptively similar to its non-rated counterparts. However, in reality, most glass offers little, if any, fire protection. For instance, standard window glass will break when the temperature reaches approximately 250° F. Tempered glass can last until about 500°F. In contrast, fire-rated glass can typically survive heat in excess of 1600° F. That's a marked difference in performance. With structural fires capable of reaching extremely high temperatures very quickly, the need for this specialty glass is easy to recognize.

To earn its stripes, fire-rated glass must pass a battery of tests established by national test standards. Independent laboratories (such as U.L.) run the tests, then assign an appropriate rating based on the results. The ratings are time increments, reflecting the duration of testing the product endured. That duration is intended to correspond to the length of time the glass should be expected to perform reliably in a fire. So if a product has a 45 minute rating, theoretically you could count on it containing flames and smoke for the first 45 minutes of a fire.

The testing is conducted in two parts. First, several pieces of the glass are installed in the wall of a large furnace. The wall might contain doors, sidelites, transoms, windows, etc. Following a strict time/temperature curve, the heat in the furnace is raised to an intense level, simulating conditions in a burning building. In order to successfully pass the test, the glass must remain in the frame. Cracking is allowed, provided the glass can still act as a barrier to flames and smoke.

Assuming the glass survived that portion of the test, there is a second phase required in the U.S. for a rating of 45 minutes or more. This is called the hose stream test, and it demonstrates the ability of the glass to withstand what is know as thermal shock. A fire hose with a high pressure nozzle is brought in to douse the hot glass with water at a pressure of at least 30 psi. Most glass cannot tolerate the stress of having one area hot and the other cool at the same time, and so it will shatter. If sprinklers come on during a fire, or if fire fighters arrive with extinguishers and hoses, it is quite possible for hot glass to be exposed to water. The last thing anyone would want at that point would be for the glass to vacate an opening, leaving room for the flames and smoke to spread. The hose stream test thus tests the integrity of the glass, framing system, and surrounding materials.

Once a product has completed the rigorous test process, it is assigned a fire rating. Ratings generally run anywhere from 20 minutes to 3 hours. Building codes then dictate where those differently rated products

would be allowed in a building. In general, the codes are designed to take into account how long it will take people to exit a building in the event of a fire.

As you might suspect, many of the locations (such as doors and sidelites) requiring fire-rated glass are also locations where impact safety is a concern. This used to pose a real dilemma, because product options were very limited. None of the glass that had high impact ratings could pass the fire tests, and the fire-rated glass (typically wired glass) wasn't strong enough for more than the minimum impact testing. So there often had to be a compromise. Today, however, there are several wireless glass products available that offer high levels of both fire and impact safety.

Impact ratings indicate what can be expected if someone (or something) runs into the glass. To test for impact, a 100 lb. bag of lead shot is dropped against a vertical piece of glass. The bag is raised to various heights for the different ratings to approximate the impact of individuals coming in contact with the glass. Afterwards, the breakage pattern of the glass is closely examined to determine whether or not it would be considered a hazard.

If you see a piece of wired glass with a label that says ANSI Z97.1, that means the glass has been tested to withstand 100 ft./lb., similar to impact of a small child. On the other hand, glass labeled as meeting CPSC 16CFR1201 (Category II) withstands 400 ft./lb. That is similar to the impact of a fast moving, full-grown adult.

When you multiply the number of fire ratings with the different safety ratings, you can see that the possible combinations are impressive. But ratings alone do not distinguish the various types of fire-rated glass on the market today. Each product has its own unique characteristics, making the decision process even more complex.

Despite all the variety, the field can be organized in a fairly simple and logical way. All fire-rated glazing falls into the following four primary categories:

**Polished Wired Glass** is far and away the most well known product in the industry. Used for more than a century, it has a solid track record. Most codes were originally written around wired glass, because for many years it was the only glass that could pass the fire testing. Wired glass is able to pass the hose stream test, and has earned a 45 minute rating (even higher in very small door sizes). Code and fire officials have been able to instantly recognize the wire mesh as a sign that glass was fire-rated.

In some instances, however, that same wire mesh has presented an undesirable "institutional" image. And occasionally, people have mistakenly assumed that the wire mesh makes the glass more impact resistant. Truth be told, wired glass is a relatively weak glass that only meets minimal 100 ft./lb. impact standards. With that in mind, even though wired glass is readily available and easily affordable, great care should be taken if it is installed in areas where impact safety is a concern, such as schools and other high traffic areas. Some schools, with liability issues in mind, use high impact fire-rated glass - even if initial costs are higher.

**Ceramic Glass** is a category of fire-rated glazing that has entered the market during the past 12 years. Ceramic has long been known for its amazing ability to withstand heat and thermal shock. That's why today you can find ceramic in everything from cooktops to car engines. Once the technology was developed to form a clear product out of ceramic, it didn't take long to see the potential for its use as a fire-rated glass.

Transparent and wireless, ceramic glass offers a distinct aesthetic advantage. It comes in a range of make-ups that can provide many different characteristics: fire ratings up to 3 hours, high impact safety ratings, sound reduction, etc. It can also be beveled, etched or sandblasted without affecting the fire rating. It is even available in insulated glass unit (IGU) make-ups that comply with energy codes for use in exterior applications.

**Specially Tempered Glass** has become a popular alternative for low level fire safety. It is clear, wireless and has a fairly moderate initial investment. High impact ratings make it suitable for some door

applications. However, it does have some serious drawbacks that are important to note.

Unlike other fire-rated glazing products, specially tempered glass doesn't pass the hose stream test. In an actual fire, if sprinklers activate nearby and even a small amount of water hits the hot glass, it will likely fall out of its frame - quite possibly within just a few minutes. That's why it has only been able to comply with standards for a 20 minute rating. Many times this type of material has been inappropriately substituted for wired glass or other higher performance fire-rated glass, when in fact it does not carry the same fire rating. If sprinklers are anywhere near the opening, this product should not be considered.

**Transparent Wall Units** make up the final category of fire-rated glass, and in reality, they are in a class by themselves. They are tested and classified as "walls," even though they are made of glass. Their claim to fame is their resistance to heat tranfer. Transparent wall units can actually block significant amounts of heat from transfering through the glass. A fire could be raging on one side and you could literally still place your hand on the other side of the glass. For areas such as stairwells where people could be trapped for long periods of time, or in sensitive computer areas, or where large expanses of glass are used, transparent wall panels serve a genuine need.

There are different kinds of these products on the market. Some are insulated units filled with a clear gel that turns to an opaque foam during a fire. Others are made of multiple layers of glass (similar to bullet resistant glass) with intumescent interlayers that turn opaque during a fire. Both styles of products have ratings of up to 2 hours, withstand the fire hose stream test and offer high impact safety ratings. Thanks to new framing that is now available, architects can incorporate these transparent wall and door units from floor to ceiling in their designs, and still offer 2 hour fire protection.

Back to Articles

Privacy      Legal Notice      en Español

Copyright © 2007 Technical Glass Products. All rights reserved.

EXHIBIT 4



**FIRE RATED**
one source. many solutions.®

# Pilkington Pyrodur™

 FIRE-RATED   IMPACT-RATED  

## FIRE-RATED, IMPACT SAFETY-RATED GLASS

Pilkington Pyrodur™ is a 5/16" (7mm) thick fire-rated and impact safety-rated glazing material. It is based on the same advanced technology as Pilkington Pyrostop™, combining glass and a special interlayer that turns to foam during a fire. Pilkington Pyrodur™ is listed for use in interior doors, sidelites, transoms and borrowed lites with a fire rating requirement of 20 minutes (see box below for note on applications other than doors).

## FEATURES

- Fire-rated for 20 minutes
- Impact safety rated – meets ANSI Z97.1 and CPSC 16CFR1201 (Cat. I)
- May be cut and labeled by local distributors for quicker delivery
- Clear and wireless
- Fits in Designer Series Fireframes® from TGP, or standard fire-rated frames
- May be lightly sandblasted or etched on one side without affecting fire rating
- Passes positive pressure test standards UL 10C, UBC 7-2 and UBC 7-4
- For use in interior applications

**Note:** This product is not a barrier to radiant heat. This product does not meet test standards ASTM E-119 or UL 263. If your jurisdiction requires a "barrier to heat" product, please contact Technical Glass Products regarding Pilkington Pyrostop™.

## LISTINGS

Listed and labeled by Underwriters Laboratories, Inc.®. Test report numbers for labeled 20 minute fire-rated assemblies is UL File No. R16644. All above tests performed in accordance with ASTM E2074, ASTM E2010, CSFM 43.7, NFPA 252, UBC 43-2, UBC 7-2, UBC 7-4, UL 9, UL 10B and UL 10C (WITHOUT HOSE STREAM TEST).

## GENERAL CHARACTERISTICS

| | | | |
|---|---|---|---|
| **THICKNESS:** | 5/16" nominal (7 mm) | **FIRE RATING:** | 20 minutes (WITHOUT HOSE STREAM TEST) |
| **WEIGHT:** | 3.4 lb / ft² (17 kg / m²) | **IMPACT SAFETY RATING:** | CPSC 16CFR1201 (Cat. I) |
| **APPROX. VISIBLE TRANSMISSION:** | 78% | **APPROX. VISIBLE REFLECTION:** | 8% |

| RATING | ASSEMBLY | MAX. EXPOSED AREA (in² / ft²) | MAX. WIDTH OF EXPOSED GLAZING (in) OR | MAX. HEIGHT OF EXPOSED GLAZING (in) |
|---|---|---|---|---|
| 20 min. (WITHOUT hose stream test) | DOORS | 1, 296/9 | 36 | 54 |
| | OTHER THAN DOORS† | 1, 296/9 | 36 | 54 |

†In the "other than doors" category (sidelites, transoms, borrowed lites, etc.), the International Building Code (IBC) now requires glazing that has earned at least a 45 minute fire rating, including the hose stream test (see IBC 2000, Sections 714.2.3 and 714.3; and IBC 2003, Sections 715.3.3 and 715.4). Before specifying Pilkington Pyrodur™ in any location other than a 20 minute door leaf, please consult your local Authority Having Jurisdiction.

Check with frame manufacturer for maximum tested glass sizes and required stop height.
**Note:** Individual lite sizes cannot exceed "Max. Exposed Area" shown above.

## SPECIFICATIONS

All 20-minute fire-rated glass designated on the drawings shall be 5/16" (7 mm) thick Pilkington Pyrodur™ supplied by Technical Glass Products.

Complete 3-part CSI format specifications are available online at **fireglass.com**, or by calling **800.426.0279**. Please contact Technical Glass Products for more information.

## LABELING

Each piece of Pilkington Pyrodur™ shall be permanently labeled with the Pilkington Pyrodur™ logo, UL logo and fire rating.

## INSTALLATION

Pilkington Pyrodur™ shall be glazed into the appropriate fire-rated framing with setting blocks and "Norton" style closed cell PVC tape or Pemko FG-3000.

Openings must be plumb and square. **Allow for a minimum edge clearance of 1/4" and a minimum edge coverage of 3/8".** Inspect each piece of Pilkington Pyrodur™ immediately before installation and eliminate any glass with observable edge damage or face imperfections. Place setting blocks (3" minimum) at the quarter points. Check for clearance around the edges, and adjust setting blocks as needed.

## STORAGE & HANDLING

Pilkington Pyrodur™ must be handled with care during transportation, storage, inspection and installation. Store in a dry place.



Detail based on use of Fireframes Designer Series narrow profile framing

Glazing Thickness: 5/16"

a. Frame width: 2"
b. Frame height: 2-3/4"
c. Stop height: 3/4"
d. Pocket width: 5/8"
e. Edge clearance: 1/4"
f. Bite: 1/2"

## FAMILY OF PRODUCTS

TGP offers a complete family of products for all your fire-rated glazing needs, ranging from 20 minute to 3 hour applications.

| | |
|---|---|
| **Fireglass®20** | Fire-rated, impact safety-rated toughened glass |
| **FireLite®** | Fire-rated glass ceramic |
| **FireLite® NT** | Fire-rated, impact safety-rated glass ceramic with surface-applied film |
| **FireLite Plus®** | Fire-rated, impact safety-rated glass ceramic |
| **FireLite® IGU** | Fire-rated or fire/impact safety-rated insulated glass units |
| **Pilkington Pyrodur™** | Fire-rated, impact safety-rated glass |
| **Pilkington Pyrostop™** | Fire-rated, impact safety-rated transparent wall panels |
| **WireLite™** | Fire-rated, wired glass |
| **WireLite™ NT** | Fire-rated, impact safety-rated wired glass with surface applied film |
| **Pilkington Pyroshield™ Plus** | Fire-rated, impact safety-rated wired glass |
| **Fireframes®** | Fire-rated framing & doors for use with all TGP glass products |

OKI000001676

EXHIBIT 5

1-800-426-0279

# Pilkington **Pyrodur™20-104**

## Fire-Rated,
## Impact Safety-Rated Glass



Pilkington Pyrodur™20-104 is a 5/16" (7mm) thick fire-rated and impact safety-rated glazing material. It is based on the same advanced technology as Pilkington Pyrostop™, combining glass and a special interlayer that turns to foam during a fire. Pilkington Pyrodur™ is listed for use in interior doors, sidelites, transoms and borrowed lites with a fire rating requirement of 20 minutes (see box below for note on applications other than doors).

## Features

- Fire-rated for 20 minutes
- Impact safety rated -- meets ANSI Z97.1 and CPSC 16CFR1201 (Cat. I)
- May be cut and labeled by local distributors for quicker delivery
- Clear and wireless
- Fits in Designer Series Fireframes® from TGP, or standard fire-rated frames
- May be lightly sandblasted or etched on one side without affecting fire rating
- Passes positive pressure test standards UL 10C, UBC 7-2 and UBC 7-4
- For use in interior applications

*Note: This product is not a barrier to radiant heat. This product does not meet test standards ASTM E-119 or UL 263. If your jurisdiction requires a "barrier to heat" product, please see Pilkington Pyrostop.*

Pyrodur – Fire-Rated, Impact Safety-Rated Glass

## Listings

Listed and labeled by Underwriters Laboratories, Inc.® Test report numbers for labeled 20 minute fire-rated assemblies is UL File No. R16644. All above tests performed in accordance with ASTM E2074, ASTM E2010, CSFM 43.7, NFPA 252, UBC 43-2, UBC 7-2, UBC 7-4, UL 9, UL 10B and UL 10C (WITHOUT HOSE STREAM TEST).

| Rating | Assembly | Max. Exposed Area (Sq. In./Sq. Ft.) | Max. Width Of Exposed Glazing (In.) | Max. Height Of Exposed Glazing (In.) | Stop Height |
|---|---|---|---|---|---|
| 20 min. (W/O HOSE STREAM TEST) | Doors | | | | |
| | HMS or wood* | 1,296/9 | 36 | 54 | 5/8" |
| | Fireframes D.S. | 1,296/9 | 36 | 54 | 3/4" |
| | Other than doors | | | | |
| | HMS or wood* | 1,296/9 | 36 | 54 | 5/8" |
| | Fireframes D.S. | 1,296/9 | 36 | 54 | 3/4" |

In the "other than doors" category (sidelites, transoms, borrowed lites, etc.), the International Building Code (IBC) now requires glazing that has earned at least a 45 minute fire rating, including the hose stream test (see IBC 2000, Sections 714.2.3 and 714.3; and IBC 2003, Sections 715.3.3 and 715.4).

Before specifying Pilkington Pyrodur™ in any location other than a 20 minute door leaf, please consult with your local Authority Having Jurisdiction.

*HMS indicates hollow metal steel framing. Fireframes D.S. indicates **Designer Series** narrow profile framing available from TGP. For wood frames, see Hardwood Series.

## Specifications

All 20-minute fire-rated glass designated on the drawings shall be 5/16" (7 mm) thick Pilkington Pyrodur™ supplied by Technical Glass Products.

## General Characteristics

| | |
|---|---|
| **Thickness:** | 5/16" nom. (7 mm) |
| **Weight:** | 3.48 lbs./sq. ft. (17 kg./sq. m.) |

| | |
|---|---|
| **Approx. Visible Transmission:** | 78% |
| **Approx. Visible Reflection:** | 8% |
| **Fire Rating:** | 20 minutes |
| **Impact Safety Rating:** | CPSC 16CFR1201 (Cat. I) |

## Labeling

Each piece of Pilkington Pyrodur™ shall be permanently labeled with the Pilkington Pyrodur®
logo, UL logo and fire rating.

## Installation

Pilkington Pyrodur™ shall be glazed into the appropriate fire-rated framing with setting
blocks and "Norton" style closed cell PVC tape or Pemko FG-3000.

Openings must be plumb and square. **Allow for a minimum edge Clearance of 1/4" and a
minimum edge coverage of 3/8".** Inspect each piece of Pilkington Pyrodur™ immediately
before installation and eliminate any glass with observable edge damage or face
imperfections. Place setting blocks (3" minimum) at the quarter points. Check for clearance
around the edges, and adjust setting blocks as needed.

## Storage & Handling

Pilkington Pyrodur™ must be handled with care during transportation, storage, inspection
and installation. Store in a dry place.

**Need help? Call 800.426.0279**

Privacy    Legal Notice    en Español

Copyright © 2005 Technical Glass Products. All rights reserved.

EXHIBIT 6

# Pilkington Pyrodur™ - Introduction

Introduction   Product Features   Applications   Combinations   Contact   Go Back

Pilkington **Pyrodur**™ Fire Protection Glass was specifically designed to meet requirements for 20 minute applications. Its performance is based on the same advanced technology as Pilkington **Pyrostop**™.

Pilkington **Pyrodur**™ holds back flames, smoke and hot gases. Its great advantage compared to the majority of other glasses in its class is that it also offers a bonus in terms of better thermal protection (90 % of radiant heat). As Pilkington **Pyrostop**™ it must always be used as a part of an approved fire protection rated framing assembly.

Pilkington **Pyrodur**™ Fire Protection Glass is available in North America through Pilkington's partnership with Technical Glass Products (TGP).

For additional product information see the brochure and datasheet or call TGP at 800-426-0279, or fax inquiries to 800-451-9857 or visit TGP's website at www.fireglass.com.

EXHIBIT 7

1-800-426-0279

# fireglass20

## Fire-Rated, Safety-Rated Glass



Fireglass20 is a 1/4" (6mm) thick fire-rated and impact safety-rated glazing material. It is listed for use in doors, sidelites, transoms and borrowed lites with a fire rating requirement of 20 minutes (WITHOUT HOSE STREAM TEST).

## Features

- Fire-rated for 20 minutes
- Impact safety-rated - meets ANSI Z97.1 and CPSC 16CFR1201 (Cat. I and II)
- Tempered (at least 4 times stronger than wired glass)
- Clear and wireless
- Fits in Designer Series or Hardwood Series framing from TGP, or standard fire-rated frames
- Large sizes available
- Passes positive pressure test standards UL 10C, UBC 7-2 and UBC 7-4
- May be lightly sandblasted/etched or beveled on one side without affecting fire rating

Fireglass20 - fire-rated, impact safety-rated glass

- For use in interior and exterior applications
- Manufactured in U.S.A.

*Note: This product is not a barrier to radiant heat. This product does not meet test standards ASTM E-119 or UL 263. If your jurisdiction requires a "barrier to heat" product, please see Pyrostop.*

## Listings

Listed and labeled by Underwriters Laboratories, Inc.® and Underwriters' Laboratories of Canada. Test report number for labeled 20 minute fire-rated assemblies is UL File No. R13377. Tests performed in accordance with ASTM E2074, ASTM E2010, CSFM 43.7, NFPA 252, UBC 43-2, UBC 7-2, UBC 7-4, UL 9 and UL 10B and UL 10C (WITHOUT HOSE STREAM TEST).

| Rating | Assembly | Max. Exposed Area (Sq. In./Sq. Ft.) | Max. Width Of Exposed Glazing (In.) | Max. Height Of Exposed Glazing (In.) | Stop Height |
|--------|----------|-------------------------------------|-------------------------------------|--------------------------------------|-------------|
| 20 min. | **Doors** | | | | |
| (W/O HOSE | HMS or wood* | 3,204/22.25 | 36 | 89 | 5/8" |
| STREAM TEST) | Fireframes D.S. | 3,204/22.25 | 36 | 89 | 3/4" |
| | **Other than doors** | | | | |
| | HMS or wood* | 6,396/44.42 | 106-1/2 | 106-1/2 | 5/8" |
| | Fireframes D.S. | 6,396/44.42 | 106-1/2 | 106-1/2 | 3/4" |

In the "other than doors" category (sidelites, transoms, borrowed lites, etc.), the International Building Code (IBC) now requires glazing that has earned at least a 45 minute fire rating, including the hose stream test (see IBC 2000, Sections 714.2.3 and 714.3; and IBC 2003, Sections 715.3.3 and 715.4).

Before specifying Fireglass20 in any location other than a 20 minute door leaf, please

Fireglass20 - fire-rated, impact safety-rated glass

consult with your local Authority Having Jurisdiction.

*HMS indicates hollow metal steel framing. Fireframes D.S. indicates **Designer Series** narrow profile framing available from TGP. For wood frames, see Hardwood Series.

**Note: Individual lite sizes cannot exceed "Max. Exposed Area" shown above.**

Special approval is required from the local authority having jurisdiction when using Fireglass20 in applications requiring a non-standard rating or sizes larger than those listed above. In such cases, Fireglass20 will be furnished with a Fireglass20 label only.

## Specifications

All 20 minute fire-rated and impact safety-rated glass designated on the drawings shall be 1/4" (6mm) thick Fireglass20.

As interpretation of building and fire codes may vary depending on locale, please consult your local authorities for the proper use of Fireglass20.

Please call Technical Glass Products for further information.

CSI FORMAT SPECIFICATIONS

Request a sample kit.

## General Characteristics

| | |
|---|---|
| **Thickness:** | 1/4" |
| **Weight:** | 3.0 lbs./sq. ft. |

Fireglass20 - fire-rated, impact safety-rated glass

| Approx. Visible Transmission: | 89% |
|---|---|
| Approx. Visible Reflection: | 8% |
| Fire Rating: | 20 minutes without hose stream test |
| Impact Safety Rating: | ANSI Z97.1 and CPSC 16CFR1201 (Cat. I and II) |

## Labeling

Each piece of Fireglass20 shall be permanently labeled with the appropriate marking on sizes up to 6,396 sq. in.

## Installation

Fireglass20 shall be glazed into the appropriate fire-rated framing with setting blocks and closed cell PVC tape. Check for clearance around the edges, and adjust setting blocks as needed. All edges of the lite(s) must be captured for a valid fire rating.

Openings must be plumb and square. Allow for a minimum edge clearance of greater than or equal to 1/4" (+1/8" / -1/16") and a minimum edge cover of less than or equal to 3/8" (+ 1/16" / -1/16"). Inspect each piece of Fireglass20 immediately before installation and eliminate any glass with observable edge damage or face imperfections. Place setting blocks (3" minimum) at the quarter points.

## Storage & Handling

Fireglass20 must be handled with care during transportation, storage, inspection and

installation. Store in a dry place.

## Care & Warranty

To maintain aesthetics, it is important to clean the glass during and after construction. For routine cleaning, use a soft, clean, grit-free cloth and a mild soap, detergent, or nonabrasive window cleaning solution.

Rinse immediately with clean water and remove any excess water from the glass surface with a squeegee. Do not allow any metal or hard parts of the cleaning equipment to contact the glass surface.

**Failure to comply with these care and cleaning guidelines may result in loss of warranty.**

Download a PDF of our Care & Warranty Brochure.

**Need help? Call 800.426.0279**

Privacy     Legal Notice     en Español

Copyright © 2005 Technical Glass Products. All rights reserved.

EXHIBIT 8

Katherine S
Ritchey/JonesDay
Extension 3-5728

05/09/2008 05:15 PM

To  todd.siegel@klarquist.com

cc

bcc

Subject  production of documents

Todd,

You had indicated concern regarding the burden of producing voluminous hard copy sales files, especially because you do not think they will be useful in the litigation.  As I have told you, I believe that O'Keeffe's will have use for TGP's sales files.  To date, we have reviewed and collected 60+ boxes of O'Keeffe's hard copy sales files, and I anticipate that number will grow.  To alleviate the burden to both sides, O'Keeffe's plans to make hard copy (as opposed to electronic) sales files available for inspection at its place of business.  It is acceptable if TGP produces hard copy (as opposed to electronic) sales files by making them available for inspection.  While the exact content of O'Keeffe's sales files varies, they may include correspondence, blueprints, quotes, checks, shipping information, etc.  Please note that starting in  2007, sales files relating to SAFTI products are intermixed with other products (roof hatch, ladder, etc.) in the ordinary course of business, and we do not intend to waive any argument that those documents are irrelevant and not called for by TGP's requests.  Please let me know when after May 23 that TGP would like to inspect these hard copy files, and I will make them available.  Thanks.--k

Katherine S. Ritchey
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone (415) 875-5728
Facsimile (415) 875-5700

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

EXHIBIT 9

Katherine S
Ritchey/JonesDay
Extension 3-5728

05/06/2008 06:58 PM

To   "Todd Siegel" <todd.siegel@klarquist.com>

cc

bcc

Subject   RE: Discovery issues

Todd,

I wanted to confirm our discussion today. As we discussed, while I remain willing to try to work out reasonable limitations on the discovery, I do not think we are in a position to do so. I appreciate you sending me these documents as examples of what it will be difficult for TGP to produce. You indicated that TGP is going to be producing information from its sales force, which you believe is a reasonable production. You told me that will include some emails and attachments, some quotations and other documents, but not orders, confirmations and packing slips. Without seeing the sales documents (or at least a representative sample), it is impossible for me to evaluate the reasonableness. I will note that because TGP has only 6 territory managers who are the interface with customers for sales, even a fairly broad search within those people's records does not strike me as unduly burdensome. You stated that TGP was using search terms to collect information from the sales people. I invited you to share those search terms with me. You anticipate producing further documents (including the sales documents) early next week, which may guide our discussions.

From my perspective, the best way to discuss limiting production is for you to lay out what exists and where the burden is, rather than to discuss what TGP can't do. For example, it would be useful in evaluating proposed discovery limitations to state that TGP intends to produce X, which is 80% of what O'Keeffe asked for in request Y, and that 75% of the burden of production comes from the remaining 20% (and ideally to state what the 20% consists of). As another example, it would be useful to understand what benchmarks exist that impact the accessibility of documents (*e.g.* TGP stored all sales documentation in hard copy until [year] or TGP's accounting department switched computer systems in [year] and that its ability to access certain types of documents prior to that date is limited).

I look forward to further discussions once we both have further information.  --k


Katherine S. Ritchey
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone (415) 875-5728
Facsimile (415) 875-5700
"Todd Siegel" <todd.siegel@klarquist.com>



"Todd Siegel"
<todd.siegel@klarquist.com>

05/06/2008 12:09 PM

To   "Katherine S Ritchey" <ksritchey@JonesDay.com>

cc

Subject   RE: Discovery issues


Katherine:

Let's discuss the attached at 3.  Thanks.

Todd

```
-----Original Message-----
From: Katherine S Ritchey [mailto:ksritchey@JonesDay.com]
Sent: Monday, May 05, 2008 11:17 AM
To: Todd Siegel
Subject: RE: Discovery issues
```

Works for me.  I'll assume you will call me at 3 tomorrow unless I hear
otherwise.--k


Katherine S. Ritchey
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone (415) 875-5728
Facsimile (415) 875-5700




|                   | "Todd Siegel"          |                                    |
|                   | <todd.siegel@klar      |                                    |
|                   | quist.com>             |                                    |
| To                |                        | "Katherine S Ritchey"              |
|                   |                        | <ksritchey@JonesDay.com>           |
|                   | 05/05/2008 10:32       |                                    |
| cc                | AM                     |                                    |
| Subject           |                        | RE: Discovery issues               |




2 might work, but 3 would likely work better.

Let me know,

Todd

-----Original Message-----
From: Katherine S Ritchey [mailto:ksritchey@JonesDay.com]
Sent: Friday, May 02, 2008 7:27 PM
To: Todd Siegel
Subject: Re: Discovery issues

Sure.  How about 2?

--------------------
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other
privilege.  If you received this e-mail in error, please delete it from
your system without copying it and notify sender by reply e-mail, so
that our records can be corrected.
--------------------


----- Original Message -----
From: "Todd Siegel" [todd.siegel@klarquist.com]
Sent: 05/02/2008 08:11 PM
To: "Katherine S Ritchey" <ksritchey@JonesDay.com>
Subject: RE: Discovery issues

Katherine:

I'll need to get back to you, but do you have time for a tentative call
Tuesday afternoon?

Thanks,

Todd

-----Original Message-----
From: Katherine S Ritchey [mailto:ksritchey@JonesDay.com]
Sent: Friday, May 02, 2008 2:29 PM
To: Todd Siegel
Subject: Discovery issues


Todd,
I wanted to respond on a couple of open issues.

When we spoke last week, we discussed whether it made sense for the
parties
to agree not to log communications directly about this litigation, and
you
suggested using the filing of the complaint as a cut off.  As we
discussed,
while that date makes sense for defendants, O'Keeffe's obviously had
some
similarly situated work going on prior to filing the complaint.  I've
been
trying to figure out with Mark a good demarkation point, and think that
the
date of the cease and desist letters may be the logical point, which is
March 2006.  I'm happy to discuss options real time, if that makes
sense.

Also, you asked that we date-limit requests for production at issue in
the
motion to compel (to the extent the request itself is not date limited).

As I told you, I suspected that we could limit some, but not others.
O'Keeffe's is willing to limit RFP  Nos. 3, 4, 5, 10, 12 to documents
generated or used since 2000, which is when the first IBC went into
effect.
I do not believe RFP No. 6 is a big concern because you stated that TGP
was
planning on producing testing data, although the farther in time the
less
data that may exist.  RFP Nos. 18 and 19 relate to a single statement,
so
it seems unlikely that a date limitation is necessary to manage burden.
That just leaves RFP Nos. 21 and 25, which go to the core of TGP's
claims
against O'Keeffe's, so I think a broad production makes sense.  I am
happy
to discuss date limitations further with you if there are particular
categories of documents that a different date limitation makes sense
for,
or there is some other reason to date limit production.

You also mentioned that there may be categories of documents or other
limitations on the discovery that you would want me to consider.  If
that
is the case, I'd encourage you to do so prior to filing your opposition.
Because O'Keeffe's will only have a week to draft a reply, I will have
limited opportunity to meet and confer during that week.

Let me know if there are other issues that you think I owe you a
response
on.  Have a good weekend.  Katherine


Katherine S. Ritchey
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone (415) 875-5728
Facsimile (415) 875-5700

==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other
privilege.
If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our
records
can be corrected.
==========




==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other
privilege.

If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our
records
can be corrected.
==========



Fireglass20.pdf   FireLite Glass.pdf

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected
by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========