Mark I. Schickman (State Bar No. 62653)
schickman@freelandlaw.com
Daniel T. Bernhard (State Bar No. 104229)
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone:   (415) 541-0200
Facsimile:   (415) 495-4332

Jason McDonell (State Bar No. 115084)
jmcdonell@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Jennifer Seraphine (State Bar No. 245463)
jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700

Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>               Plaintiff,<br><br>        v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT, and PILKINGTON PLC,<br><br>               Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.:  C 07-cv-03535 JF PVT<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

1  WHEREAS, O'Keeffe's, Inc. filed a motion to dismiss (Docket 107), which currently is set for hearing on July 18, 2008;

3  WHEREAS, the parties have agreed to alter the briefing schedule on O'Keeffe's motion so that O'Keeffe's reply briefing does not occur during the week of the Fourth of July holiday;

5  IT IS HEREBY STIPULATED that Technical Glass Products' opposition brief will be filed on or before June 20, 2008 and O'Keeffe's reply brief will be filed on or before June 27, 2008.  The hearing on the motion will remain on July 18, 2008 at 9:00 a.m.

Dated:  May 21, 2008.                          JONES DAY

                                        By:    /s/ - Katherine S. Ritchey
                                               Katherine S. Ritchey
                                               Attorneys for Plaintiff and Counterclaimant
                                               O'Keeffe's, Inc.

Dated:  May 21, 2008.                          JONES DAY

                                        By:    /s/ - Todd Siegel
                                               Todd Siegel
                                               Attorneys for Defendant and
                                               Counterclaimant Technical Glass Products

IT IS SO ORDERED.

Dated:  May __, 2008.

                                        By:    _____
                                               Jeremy Fogel
                                               United States District Judge

SFI-584194v1

- 2 -   Stip. & [Proposed] Order re: Briefing Schedule
        Case No. 07 cv-03535 JF PVT