\*\*E-filed 5/22/08\*\*

1  Mark I. Schickman (State Bar No. 62653)
   schickman@freelandlaw.com
2  Daniel T. Bernhard (State Bar No. 104229)
   bernhard@freelandlaw.com
3  FREELAND COOPER & FOREMAN LLP
   150 Spear Street, Suite 1800
4  San Francisco, California 94105
   Telephone:    (415) 541-0200
5  Facsimile:    (415) 495-4332

6  Jason McDonell (State Bar No. 115084)
   jmcdonell@jonesday.com
7  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
8  Jennifer Seraphine (State Bar No. 245463)
   jseraphine@jonesday.com
9  JONES DAY
   555 California Street, 26th Floor
10 San Francisco, California 94104
   Telephone:    (415) 626-3939
11 Facsimile:    (415) 875-5700

12 Attorneys for Plaintiff, Counterdefendant and
   Counterclaimant O'KEEFFE'S, INC.

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                    SAN JOSE DIVISION

17 | O'KEEFFE'S, INC.,                         | CASE NO.:  C 07-cv-03535 JF PVT
18 |                Plaintiff,                 | **STIPULATION AND [PROPOSED]**
                                                **ORDER RE: BRIEFING SCHEDULE**
19 |         v.                                | **FOR MOTION TO DISMISS**

20 | TECHNICAL GLASS PRODUCTS,
   | ANEMOSTAT, and PILKINGTON PLC,
21 |
   |                Defendants.
22 |
23 | AND RELATED COUNTERCLAIMS.

1  WHEREAS, O'Keeffe's, Inc. filed a motion to dismiss (Docket 107), which currently is set for hearing on July 18, 2008;

3  WHEREAS, the parties have agreed to alter the briefing schedule on O'Keeffe's motion so that O'Keeffe's reply briefing does not occur during the week of the Fourth of July holiday;

5  IT IS HEREBY STIPULATED that Technical Glass Products' opposition brief will be filed on or before June 20, 2008 and O'Keeffe's reply brief will be filed on or before June 27, 2008. The hearing on the motion will remain on July 18, 2008 at 9:00 a.m.

Dated: May 21, 2008.                           JONES DAY

                                               By:  /s/ - Katherine S. Ritchey
                                                    Katherine S. Ritchey
                                                    Attorneys for Plaintiff and Counterclaimant
                                                    O'Keeffe's, Inc.

Dated: May 21, 2008.                           JONES DAY

                                               By:  /s/ - Todd Siegel
                                                    Todd Siegel
                                                    Attorneys for Defendant and
                                                    Counterclaimant Technical Glass Products

IT IS SO ORDERED.

Dated: May 22, 2008.

                                               By:  _____
                                                    Jeremy Fogel
                                                    United States District Judge

SFI-584194v1