UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| O'KEEFFE'S, INC., | ) | Case No.: C 07-3535 JF (PVT) |
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| v. | ) | |
| TECHNICAL GLASS PRODUCTS, et al., | ) | |
| Defendants. | ) | |

Because Plaintiff has included in its settlement conference statement *ex parte* communications regarding a pending discovery motion, I hereby recuse myself from hearing or determining any discovery or disclosure matters in the above-entitled action. The Clerk of Court shall randomly reassign this case to another referral Magistrate Judge. Once a new referral Magistrate Judge is assigned, Plaintiff shall promptly electronically file an amended notice of motion setting the hearing for its motion to compel on that Magistrate Judge's calendar.

The settlement conference scheduled for June 2, 2008 remains on calendar before Magistrate Judge Patricia V. Trumbull.

Dated: *5/28/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*