1  Mark I. Schickman (State Bar No. 62653)
   schickman@freelandlaw.com
2  Daniel T. Bernhard (State Bar No. 104229)
   bernhard@freelandlaw.com
3  FREELAND COOPER & FOREMAN LLP
   150 Spear Street, Suite 1800
4  San Francisco, California 94105
   Telephone:    (415) 541-0200
5  Facsimile:    (415) 495-4332

6  Jason McDonell (State Bar No. 115084)
   jmcdonell@jonesday.com
7  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
8  Jennifer Seraphine (State Bar No. 245463)
   jseraphine@jonesday.com
9  JONES DAY
   555 California Street, 26th Floor
10 San Francisco, California 94104
   Telephone:    (415) 626-3939
11 Facsimile:    (415) 875-5700

12 Attorneys for Plaintiff, Counterdefendant and
   Counterclaimant O'KEEFFE'S, INC.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                           SAN JOSE DIVISION

| | |
|---|---|
| 17  O'KEEFFE'S, INC., | CASE NO.:  C 07-cv-03535 JF RS |
| 18            Plaintiff, | **PLAINTIFF O'KEEFFE'S, INC.'S AMENDED NOTICE OF MOTION AND MOTION TO COMPEL** |
| 19      v. | |
| 20  TECHNICAL GLASS PRODUCTS, ANEMOSTAT, and PILKINGTON PLC, | Date: July 9, 2008<br>Time: 9:30 a.m.<br>Before the Honorable Richard Seeborg |
| 21            Defendants. | |
| 22 | |
| 23  AND RELATED COUNTERCLAIMS. | |

24
25
26
27
28

1    **PLEASE TAKE NOTICE** that on July 9, 2008 at 9:30 a.m. in the Courtroom of the
2    Honorable Richard Seeborg, located at 280 South 1st Street, San Jose, O'Keeffe's Inc.
3    ("O'Keeffe") will, and hereby does, move this Court for an order compelling Technical Glass
4    Products ("TGP") to produce documents and to provide interrogatory responses.  This motion
5    will be based on the Revised Notice of Motion and Motion and the Memorandum of Points and
6    Authorities filed April 29, 2008 (Docket 109), and on the Declaration of Katherine S. Ritchey in
7    Support of Motion to Compel filed April 15, 2008 (Docket 102).  This motion is fully briefed.
8    TGP's opposition papers filed May 13, 2008 include Opposition to O'Keeffe's Motion to Compel
9    (Docket 110); Declaration of Todd M. Siegel (Docket 112); and Declaration of Jeff Razwick
10    (Docket 113).  O'Keeffe's reply papers filed May 20, 2008 include Reply to TGP's Opposition to
11    Motion to Compel (Docket 116) and Supplemental Declaration of Katherine S. Ritchey in
12    Support of Plaintiff O'Keeffe's, Inc.'s Motion to Compel (Docket 117).

13    Dated:  May 30, 2008                              JONES DAY

                         By:    /s/ - Katherine S. Ritchey
                                 Katherine S. Ritchey
                                 Attorneys for Plaintiff and Counterclaimant
                                 O'Keeffe's, Inc.

SFI-585010v1