UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 6/2/08

Court Reporter:                    Clerk:

Case No: C 07-3535 JF              Case Title: O'Keeffe's Inc. vs. Technical Glass

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Eric Wesenberg, et al | Jeffrey Love, et al |

## PROCEEDINGS

Pretrial Conferences:    [ ] Initial       [ ] Status     [ ] Discovery

　　　　　　　　　　　　[X] Settlement    [ ] Final

　　　　　　　　　　　　[ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            [ ] Submitted            [X] Settled (tentatively with verbage and some refinement)

[ ] Denied             [ ] Briefs to be filed   [ ] Not Settled

[ ] Granted in part, denied in part             [ ] Off Calendar

[ ]

## ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant        [ ] Court            [ ] Court w/opinion

NOTES: 3 ½ HOURS