1
2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

3
4  O'KEEFFE'S INC.,                                            C 07-03535 JF

5             Plaintiff(s),
                                                               **CLERK'S NOTICE SCHEDULING
                                                               TELEPHONIC CONFERENCE**
6  vs.                                                         **RE: FURTHER SETTLEMENT**

7  TECHNICAL GLASS PRODUCTS,

8             Defendant(s).

9

10       Parties shall appear for a conference regarding further settlement by telephone on June

11  13, 2008 at 10:00 am.  Plaintiff shall arrange for the conference by telephone and the operator

12  shall contact chambers at 408-535-5438.

13

14  Dated: June 10, 2008                    /s/ Corinne Lew

15                                          Corinne Lew
                                            DEPUTY CLERK