UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 6/13/08

Court Reporter: FTR    Clerk: P. Cromwell

Case No: C 07-3535 JF    Case Title: O'Keeffe's Inc. vs. Technical Glass

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Jennifer Seraphine (by telephone) | Jeffrey Love (by telephone) |

PROCEEDINGS

Pretrial Conferences:   [ ] Initial    [X] Status (by telephone)  [ ] Discovery
                       [ ] Settlement  [ ] Final
                       [ ] Other

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

DISPOSITION

[ ] Granted          [ ] Submitted         [ ] Settled
[ ] Denied           [ ] Briefs to be filed [ ] Not Settled
[ ] Granted in part, denied in part         [ ] Off Calendar

[ ]

ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant    [ ] Court    [ ] Court w/opinion

NOTES: PARTIES BELIEVE THEY CAN FINALIZE NON-PATENT ISSUES BY 6/18/08