1  Jeffrey S. Love (State Bar No. 195068)
   jeffrey.love@klarquist.com
2  Todd M. Siegel (*Pro Hac Vice*)
   todd.siegel@klarquist.com
3  Robert F. Scotti (*Pro Hac Vice*)
   robert.scotti@klarquist.com
4  Klarquist Sparkman, LLP
   121 S.W. Salmon Street, Suite 1600
5  Portland, OR  97204-2988
   Telephone:  (503) 595-5300
6  Facsimile:  (503) 595-5301
7

8  Eric L. Wesenberg (State Bar No. 139696)
   ewesenberg@orrick.com
9  Gabriel M. Ramsey (State Bar No. 209218)
   gramsey@orrick.com
10 Orrick, Herrington & Sutcliffe LLP
   1000 Marsh Road
11 Menlo Park, CA 94025-1015
   Telephone:  (650) 614-7400
12 Facsimile:  (650) 614-7401
13
   Attorneys for Defendant Technical Glass Products
14

15                   **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                          **SAN JOSE DIVISION**

18

19 O'KEEFFE'S, INC.,                          | Case No.: 07-3535 JF

20        Plaintiff,

21        v.                                  | **STIPULATION AND [PROPOSED]**
                                              | **ORDER DISMISSING CERTAIN**
22 TECHNICAL GLASS PRODUCTS,                  | **CLAIMS AND COUNTERCLAIMS**
   ANEMOSTAT AND PILKINGTON PLC,              | **WITHOUT PREJUDICE AND**
23                                            | **ADDRESSING CASE MANAGEMENT**
          Defendants.                         | **ISSUES**
24

25

26

27

28

1  O'Keeffe's, Inc. ("OKI") and Technical Glass Products ("TGP"), (collectively, the
2  "Parties"), having reached a settlement as to certain claims and counterclaims asserted in this
3  litigation, jointly move for the dismissal of those claims and counterclaims as set forth below.

4  1. The Parties stipulate and request that the Court dismiss the following claims and
5  counterclaims without prejudice:

6   a. OKI's First, Second, Third, Fourth, Fifth and Sixth Claims in its Counterclaims filed
7      October 3, 2007 ("Trademark Cancellation," "Improper Trademark Registration,"
8      "Violation of the Lanham Act, 15 U.S.C. § 1125(a)," "Trade Libel," "Violation of
9      Business & Professions Code § 17200" and "California Common Law Unfair
10     Competition"); and

11  b. TGP's Fourth, Fifth, Sixth, Seventh and Eighth Counterclaims filed April 4, 2008
12     ("Trademark Infringement Under 15 U.S.C. § 1114(1) And California Common
13     Law," "Violations of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A),"
14     "False Advertising and Unfair Competition Under 15 U.S.C. § 1125(a)(1)(B) and
15     California Law," "Declaratory Judgment Declaring that the Hose Stream Test
16     Required by Code Sections 715.4 and 715.5 for Glass in Doors and Windows Cannot
17     Be Waived Under Code Sections 104.11 or 715.3" and "Declaratory Judgment
18     Declaring That for Uses Covered by Building Code Section 715.5.2 OKI's SuperLite
19     1-XL Shall Be Assigned No More Than a 20 Minute Rating").

20  2. The Parties further stipulate and agree that the following pending motions are hereby
21  dismissed as moot:

22   a. OKI's Revised Motion to Compel (Dkt. 109); and
23   b. OKI's Motion to Dismiss the Seventh and Eighth Counterclaims of Defendant
24      Technical Glass Products' Supplemental and Amended Counterclaims (Dkt. 107).

25  3. The dismissal of the aforementioned claims does not affect the remaining patent-related
26  claims; namely, OKI's First Claim filed July 6, 2007 ("Infringement of U.S. Patent No. 7,090,906
27  B2 under 35 U.S.C. § 271") and TGP's First, Second, Third and Fourth Counterclaims filed April 4,

28  
STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS AND
COUNTERCLAIMS WITHOUT PREJUDICE AND ADDRESSING CASE MANAGEMENT ISSUES
Case No. C 07 3535 JF

1

1  2008 ("Declaration That TGP Does Not Infringe The '906 Patent," "Declaration That Each Claim Of
2  The '906 Patent Is Invalid" and "Declaration That The '906 Patent Is Unenforceable").
3      4.   These patent-related claims remain stayed pursuant to the Court's Order Granting In Part
4  Defendants' Motion to Stay (Dkt. 57), pending the Patent Office's reexamination of U.S. Patent No.
5  7,090,906.
6      5.   The Parties further stipulate and agree that the Case Management Conference currently
7  scheduled for June 27, 2008, should be taken off calendar because no non-stayed claims remain.
8      6.   The Parties further stipulate and agree that OKI is not required to respond to the
9  Supplemental and Amended Counterclaims of Defendant Technical Glass Products (Dkt. 98) unless
10 and until the stay is lifted.  The Parties will promptly notify the Court at the conclusion of Patent
11 Office's reexamination of U.S. Patent No. 7,090,906 and request that a Case Management
12 Conference to be set within 30 days of the Parties' notification to discuss the status of the patent-
13 related claims.  OKI shall not be required to respond to the Supplemental and Amended
14 Counterclaims of Defendant Technical Glass Products until a new schedule is ordered by the Court.
15
16 Dated:  June 18, 2008                KLARQUIST SPARKMAN, LLP
17
                                        By: /s/ Todd M. Siegel
18                                          Todd M. Siegel (*Pro Hac Vice*)
19                                      Attorney for Defendant Technical Glass Products
20
21 Dated:  June 18, 2008                JONES DAY
22                                      By: /s/ Jennifer Seraphine (by consent)
                                            Jennifer Seraphine (State Bar No. 178409)
23
24                                      Attorney for Plaintiff O'Keeffe's, Inc.
25
26
27
28

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS AND
COUNTERCLAIMS WITHOUT PREJUDICE AND ADDRESSING CASE MANAGEMENT ISSUES
Case No. C 07 3535 JF
2

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B, the filing attorney attests that the content of this document is acceptable to all persons required to sign this document.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                        Hon. Jeremy Fogel
                                        UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE AND ADDRESSING CASE MANAGEMENT ISSUES
Case No. C 07 3535 JF

3