Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Todd M. Siegel (*Pro Hac Vice*)
todd.siegel@klarquist.com
Robert F. Scotti (*Pro Hac Vice*)
robert.scotti@klarquist.com
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204-2988
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Eric L. Wesenberg (State Bar No. 139696)
ewesenberg@orrick.com
Gabriel M. Ramsey (State Bar No. 209218)
gramsey@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401

Attorneys for Defendant Technical Glass Products

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>    Plaintiff,<br><br>     v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT AND PILKINGTON PLC,<br><br>    Defendants. | Case No.:  07-3535 JF<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER DISMISSING CERTAIN CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE AND ADDRESSING CASE MANAGEMENT ISSUES** |

O'Keeffe's, Inc. ("OKI") and Technical Glass Products ("TGP"), (collectively, the "Parties"), having reached a settlement as to certain claims and counterclaims asserted in this litigation, jointly move for the dismissal of those claims and counterclaims as set forth below.

1. The Parties stipulate and request that the Court dismiss the following claims and counterclaims without prejudice:

    a. OKI's First, Second, Third, Fourth, Fifth and Sixth Claims in its Counterclaims filed October 3, 2007 ("Trademark Cancellation," "Improper Trademark Registration," "Violation of the Lanham Act, 15 U.S.C. § 1125(a)," "Trade Libel," "Violation of Business & Professions Code § 17200" and "California Common Law Unfair Competition"); and

    b. TGP's Fourth, Fifth, Sixth, Seventh and Eighth Counterclaims filed April 4, 2008 ("Trademark Infringement Under 15 U.S.C. § 1114(1) And California Common Law," "Violations of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A)," "False Advertising and Unfair Competition Under 15 U.S.C. § 1125(a)(1)(B) and California Law," "Declaratory Judgment Declaring that the Hose Stream Test Required by Code Sections 715.4 and 715.5 for Glass in Doors and Windows Cannot Be Waived Under Code Sections 104.11 or 715.3" and "Declaratory Judgment Declaring That for Uses Covered by Building Code Section 715.5.2 OKI's SuperLite 1-XL Shall Be Assigned No More Than a 20 Minute Rating").

2. The Parties further stipulate and agree that the following pending motions are hereby dismissed as moot:

    a. OKI's Revised Motion to Compel (Dkt. 109); and

    b. OKI's Motion to Dismiss the Seventh and Eighth Counterclaims of Defendant Technical Glass Products' Supplemental and Amended Counterclaims (Dkt. 107).

3. The dismissal of the aforementioned claims does not affect the remaining patent-related claims; namely, OKI's First Claim filed July 6, 2007 ("Infringement of U.S. Patent No. 7,090,906 B2 under 35 U.S.C. § 271") and TGP's First, Second, Third and Fourth Counterclaims filed April 4,

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE AND ADDRESSING CASE MANAGEMENT ISSUES
Case No. C 07 3535 JF

1

1  2008 ("Declaration That TGP Does Not Infringe The '906 Patent," "Declaration That Each Claim Of
2  The '906 Patent Is Invalid" and "Declaration That The '906 Patent Is Unenforceable").
3      4.  These patent-related claims remain stayed pursuant to the Court's Order Granting In Part
4  Defendants' Motion to Stay (Dkt. 57), pending the Patent Office's reexamination of U.S. Patent No.
5  7,090,906.
6      5.  The Parties further stipulate and agree that the Case Management Conference currently
7  scheduled for June 27, 2008, should be taken off calendar because no non-stayed claims remain.
8      6.  The Parties further stipulate and agree that OKI is not required to respond to the
9  Supplemental and Amended Counterclaims of Defendant Technical Glass Products (Dkt. 98) unless
10 and until the stay is lifted. The Parties will promptly notify the Court at the conclusion of Patent
11 Office's reexamination of U.S. Patent No. 7,090,906 and request that a Case Management
12 Conference to be set within 30 days of the Parties' notification to discuss the status of the patent-
13 related claims. OKI shall not be required to respond to the Supplemental and Amended
14 Counterclaims of Defendant Technical Glass Products until a new schedule is ordered by the Court.

16 Dated: June 18, 2008                    KLARQUIST SPARKMAN, LLP

17                                         By: /s/ Todd M. Siegel
18                                             Todd M. Siegel (*Pro Hac Vice*)

19                                         Attorney for Defendant Technical Glass Products

21 Dated: June 18, 2008                    JONES DAY

22                                         By: /s/ Jennifer Seraphine (by consent)
                                               Jennifer Seraphine (State Bar No. 178409)
23
24                                         Attorney for Plaintiff O'Keeffe's, Inc.

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS AND
COUNTERCLAIMS WITHOUT PREJUDICE AND ADDRESSING CASE MANAGEMENT ISSUES
Case No. C 07 3535 JF

2

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B, the filing attorney attests that the content of this document is acceptable to all persons required to sign this document.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
 The Case Management Conference is rescheduled for 9/26/08 at 10:30 AM.

Dated:   6/19/08

_____
Hon. Jeremy Fogel
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS AND
COUNTERCLAIMS WITHOUT PREJUDICE AND ADDRESSING CASE MANAGEMENT ISSUES
Case No. C 07 3535 JF

3