1  Mark I. Schickman (State Bar No. 62653)
   schickman@freelandlaw.com
2  Daniel T. Bernhard (State Bar No. 104229)
   bernhard@freelandlaw.com
3  FREELAND COOPER & FOREMAN LLP
   150 Spear Street, Suite 1800
4  San Francisco, California 94105
   Telephone:    (415) 541-0200
5  Facsimile:    (415) 495-4332

6  Jason McDonell (State Bar No. 115084)
   jmcdonell@jonesday.com
7  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
8  Jennifer Seraphine (State Bar No. 245463)
   jseraphine@jonesday.com
9  JONES DAY
   555 California Street, 26th Floor
10 San Francisco, California 94104
   Telephone:    (415) 626-3939
11 Facsimile:    (415) 875-5700

12 Attorneys for Plaintiff, Counterdefendant and
   Counterclaimant O'KEEFFE'S, INC.
13

14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                        SAN JOSE DIVISION

18 O'KEEFEE'S, INC.,                    Case No.:  07-3535 JF

19              Plaintiff,

20      v.                              JOINT CASE MANAGEMENT
                                        STATEMENT AND PROPOSED
21 TECHNICAL GLASS PRODUCTS,            ORDER
   ANEMOSTAT AND PILKINGTON PLC,
22                                      DATE:    September 26, 2008
                Defendant.             TIME:    10:30 a.m.
23                                      DEPT:    Courtroom 3, 5th Floor
                                                 The Honorable Jeremy Fogel
24

25

26      Plaintiff O'Keeffe's, Inc., and Defendants Technical Glass Products, Anemostat, and

27 Pilkington PLC (collectively "Parties") hereby submit this Joint Case Management Statement.

28

I.    **CURRENT STATUS OF CASE – STAYED PENDING REEXAMINATION**

In this case, Plaintiff O'Keeffe's asserts that the Defendants infringe U.S. Patent No. 7,090,906 ("the '906 patent"). Defendants assert various counterclaims and defenses that they do not infringe the '906 patent and that the '906 patent is invalid and unenforceable. All non-patent-related claims have been dismissed by agreement of the parties.

Defendants Anemostat and Technical Glass Products filed three requests for patent reexamination of the '906 patent with the Patent Office. The Patent Office granted the requests, and Anemostat and Technical Glass Products moved this Court to stay the proceedings on the patent-related claims in view of these reexamination requests. This Court granted the Motion to Stay on November 16, 2007, staying all patent-related claims in this matter pending the outcome of the reexaminations. (Order Granting in Part Defendants' Motion to Stay, dkt. #57.) [1]

On June 10, 2008, the Patent Office issued a Decision, *sua sponte*, merging the three reexamination proceedings. The Patent Office has yet to issue an office action, and there has been no other activity since these reexaminations were merged.

II.    **THE PARTIES REQUEST THE CASE MANAGEMENT CONFERENCE BE CONTINUED**

Due to the unchanged status of the reexamination proceedings, the parties request that the Case Management Conference be continued for 120 days, through January 30, 2009. Alternatively, the parties request that counsel be permitted to participate telephonically and not appear in person.

---

[1] In light of the stay, Pilkington has not yet filed a response to the complaint, but will as appropriate following the conclusion of the reexamination proceedings.

1  Dated: September 15, 2008                    Respectfully Submitted,

2

3                                              JONES DAY

4

5                                              By:    /s/ Jennifer Seraphine

6                                                     JENNIFER SERAPHINE
                                                      Attorneys for Plaintiff, Counterdefendant and
                                                      Counterclaimant O'KEEFFE'S, INC.

7

8

9  Dated: September___, 2008

10                                             KLARQUIST SPARKMAN, LLP

11

12                                             By:    /s/ Todd Siegel

13                                                    TODD SIEGEL
                                                      Attorneys for Defendant and
                                                      Counterclaimant TECHNICAL GLASS
14                                                    PRODUCTS

15

16  Dated: September ___, 2008

17                                             FULWIDER PATTON LLP

18

19                                             By:    /s/ Kevin H. Vanderleeden

20                                                    KEVIN H. VANDERLEEDEN

21                                                    Attorneys for Defendant and
                                                      Counterclaimant ANEMOSTAT

22

23  Dated: September ___, 2008

24                                             SUGHRUE MION, PLLC

25

26                                             By:    /s/ John B. Scherling

27                                                    JOHN B. SCHERLING
                                                      Attorneys for Defendant
                                                      PILKINGTON PLC

28

1

2   It is so Ordered that:

3        _____ The Case Management Conference is continued until January 30, 2009.

4

5        _____ Counsel is permitted to participate telephonically at the September 26, 2008 Case
     Management Conference.

6

7

8                                            _____
                                             Honorable Jeremy Fogel
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             Joint Case Management Statement;
                                             Case No.: C-07-3535 JF