Mark I. Schickman (State Bar No. 62653)
schickman@freelandlaw.com
Daniel T. Bernhard (State Bar No. 104229)
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone:   (415) 541-0200
Facsimile:   (415) 495-4332

Jason McDonell (State Bar No. 115084)
jmcdonell@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Jennifer Seraphine (State Bar No. 245463)
jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700

Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

**E-Filed 9/19/08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFEE'S, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT AND PILKINGTON PLC,<br><br>Defendant. | Case No.: 07-3535 JF<br><br>JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER<br><br>DATE:   September 26, 2008<br>TIME:   10:30 a.m.<br>DEPT:   Courtroom 3, 5th Floor<br>The Honorable Jeremy Fogel |

Plaintiff O'Keeffe's, Inc., and Defendants Technical Glass Products, Anemostat, and Pilkington PLC (collectively "Parties") hereby submit this Joint Case Management Statement.

## I. CURRENT STATUS OF CASE – STAYED PENDING REEXAMINATION

In this case, Plaintiff O'Keeffe's asserts that the Defendants infringe U.S. Patent No. 7,090,906 ("the '906 patent"). Defendants assert various counterclaims and defenses that they do not infringe the '906 patent and that the '906 patent is invalid and unenforceable. All non-patent-related claims have been dismissed by agreement of the parties.

Defendants Anemostat and Technical Glass Products filed three requests for patent reexamination of the '906 patent with the Patent Office. The Patent Office granted the requests, and Anemostat and Technical Glass Products moved this Court to stay the proceedings on the patent-related claims in view of these reexamination requests. This Court granted the Motion to Stay on November 16, 2007, staying all patent-related claims in this matter pending the outcome of the reexaminations. (Order Granting in Part Defendants' Motion to Stay, dkt. #57.)[1]

On June 10, 2008, the Patent Office issued a Decision, *sua sponte*, merging the three reexamination proceedings. The Patent Office has yet to issue an office action, and there has been no other activity since these reexaminations were merged.

## II. THE PARTIES REQUEST THE CASE MANAGEMENT CONFERENCE BE CONTINUED

Due to the unchanged status of the reexamination proceedings, the parties request that the Case Management Conference be continued for 120 days, through January 30, 2009. Alternatively, the parties request that counsel be permitted to participate telephonically and not appear in person.

---

[1] In light of the stay, Pilkington has not yet filed a response to the complaint, but will as appropriate following the conclusion of the reexamination proceedings.

| | |
|---|---|
| Dated: September 15, 2008 | Respectfully Submitted,<br><br>JONES DAY<br><br>By: /s/ Jennifer Seraphine<br>JENNIFER SERAPHINE<br>Attorneys for Plaintiff, Counterdefendant and Counterclaimant O'KEEFFE'S, INC. |
| Dated: September___, 2008 | KLARQUIST SPARKMAN, LLP<br><br>By: /s/ Todd Siegel<br>TODD SIEGEL<br>Attorneys for Defendant and Counterclaimant TECHNICAL GLASS PRODUCTS |
| Dated: September ___, 2008 | FULWIDER PATTON LLP<br><br>By: /s/ Kevin H. Vanderleeden<br>KEVIN H. VANDERLEEDEN<br>Attorneys for Defendant and Counterclaimant ANEMOSTAT |
| Dated: September ___, 2008 | SUGHRUE MION, PLLC<br><br>By: /s/ John B. Scherling<br>JOHN B. SCHERLING<br>Attorneys for Defendant PILKINGTON PLC |

It is so Ordered that:

    **X**     The Case Management Conference is continued until January 30, 2009.

_____ Counsel is permitted to participate telephonically at the September 26, 2008 Case Management Conference.

_____
Honorable Jeremy Fogel