Mark I. Schickman (State Bar No. 62653)
schickman@freelandlaw.com
Daniel T. Bernhard (State Bar No. 104229)
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone:	(415) 541-0200
Facsimile:	(415) 495-4332

Jason McDonell (State Bar No. 115084)
jmcdonell@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Jennifer Seraphine (State Bar No. 245463)
jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:	(415) 626-3939
Facsimile:	(415) 875-5700

Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

**E-Filed 5/21/09**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>           Plaintiff,<br><br>           v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT AND PILKINGTON PLC,<br><br>           Defendant. | Case No.: 07-3535 JF<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>DATE:     May 29, 2009<br>TIME:     10:30 a.m.<br>DEPT:     **Courtroom 3, 5th Floor**<br>               **The Honorable Jeremy Fogel** |

   Plaintiff O'Keeffe's, Inc., and Defendants Technical Glass Products, Anemostat, and Pilkington PLC (collectively the "Parties") hereby submit this Joint Case Management Statement.

SFI-610016v1

Joint Case Management Statement;
Case No.: C-07-3535 JF

1

## I. CURRENT STATUS OF CASE – STAYED PENDING REEXAMINATION

In this case, Plaintiff O'Keeffe's asserts that the Defendants infringe U.S. Patent No. 7,090,906 (the "'906 patent"). Defendants assert various counterclaims and defenses that they do not infringe the '906 patent and that the '906 patent is invalid and unenforceable. All non-patent-related claims have been dismissed by agreement of the parties.

Defendants Anemostat and Technical Glass Products filed three requests for patent reexamination of the '906 patent with the Patent Office. The Patent Office granted the requests, and Anemostat and Technical Glass Products moved this Court to stay the proceedings on the patent-related claims in view of these reexamination requests. This Court granted the Motion to Stay on November 16, 2007, staying all patent-related claims in this matter pending the outcome of the reexaminations. (Order Granting in Part Defendants' Motion to Stay, dkt. #57.)[1]

On June 10, 2008, the Patent Office issued a Decision, *sua sponte*, merging the three reexamination proceedings.

On April 27, 2009, the Patent Office issued its first Office Action, which sets an extendable due date for a response by O'Keeffe's of June 27, 2009. Third Party Requestor's comments may be filed within 30 days of service of O'Keeffe's response.

## II. THE PARTIES REQUEST THE CASE MANAGEMENT CONFERENCE BE CONTINUED

The parties previously requested that the Case Management Conferences scheduled for September 26, 2008 and January 30, 2009 be continued due to the unchanged status of the merged reexamination proceeding. The Court granted these requests. Since this time, an Office Action has issued setting a schedule for comments by interested parties. The re-examination proceeding remains pending. As such, the parties again request that the Case Management Conference be continued for 120 days, to September 25, 2009. Alternatively, the parties request that counsel be permitted to participate telephonically and not appear in person. The parties

---

[1] In light of the stay, Pilkington has not yet filed a response to the complaint, but will as appropriate following the conclusion of the reexamination proceedings.

request that the Court vacates any dates on calendar, including but not limited to the July 17, 2009 pretrial conference and the August 7 trial date.

              Respectfully Submitted,

Dated: May 14, 2009       JONES DAY

              By: /s/ Katherine S. Ritchey
                 KATHERINE S. RITCHEY
                 Attorneys for Plaintiff, Counterdefendant and
                 Counterclaimant O'KEEFFE'S, INC.

Dated: May 14, 2009       KLARQUIST SPARKMAN, LLP

              By: /s/ Todd Siegel
                 JEFFREY LOVE
                 TODD SIEGEL
                 Attorneys for Defendant and
                 Counterclaimant TECHNICAL GLASS
                 PRODUCTS

Dated: May 14, 2009       MCCORMICK, PAULDING & HUBER, LLP

              By: /s/ Kevin H. Vanderleeden
                 KEVIN H. VANDERLEEDEN
                 Attorneys for Defendant and
                 Counterclaimant ANEMOSTAT

Dated: May 14, 2009       SUGHRUE MION, PLLC

              By: /s/ John B. Scherling
                 JOHN B. SCHERLING
                 Attorneys for Defendant
                 PILKINGTON PLC

1  It is Ordered that:

2      All dates currently on calendar are vacated; and

3      __X__ The Case Management Conference is continued until September 25, 2009.

4      _____ Counsel are permitted to participate telephonically at the May 29, 2009 Case
5  Management Conference.

7  Dated: 5/21/09

8                                          Honorable Jeremy F. Fogel