Mark I. Schickman (State Bar No. 62653)
schickman@freelandlaw.com
Daniel T. Bernhard (State Bar No. 104229)
bernhard@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone:    (415) 541-0200
Facsimile:    (415) 495-4332

Jason McDonell (State Bar No. 115084)
jmcdonell@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Jennifer Seraphine (State Bar No. 245463)
jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

**E-Filed 9/14/2009**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFFE'S, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT AND PILKINGTON PLC,<br><br>　　　　　　Defendant. | Case No.: 07-3535 JF<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>DATE:　　September 25, 2009<br>TIME:　　10:30 a.m.<br>DEPT:　　Courtroom 3, 5th Floor<br>　　　　　The Honorable Jeremy Fogel |

　　Plaintiff O'Keeffe's, Inc., and Defendants Technical Glass Products, Anemostat, and Pilkington PLC (collectively the "Parties") hereby submit this Joint Case Management Statement.

## I. CURRENT STATUS OF CASE – STAYED PENDING REEXAMINATION

In this case, Plaintiff O'Keeffe's asserts that the Defendants infringe U.S. Patent No. 7,090,906 (the "'906 patent"). Defendants assert various counterclaims and defenses that they do not infringe the '906 patent and that the '906 patent is invalid and unenforceable. All non-patent-related claims have been dismissed by agreement of the parties.

Defendants Anemostat and Technical Glass Products filed three requests for patent reexamination of the '906 patent with the Patent Office. The Patent Office granted the requests, and Anemostat and Technical Glass Products moved this Court to stay the proceedings on the patent-related claims in view of these reexamination requests. This Court granted the Motion to Stay on November 16, 2007, staying all patent-related claims in this matter pending the outcome of the reexaminations. (Order Granting in Part Defendants' Motion to Stay, dkt. #57.)[1]

On June 10, 2008, the Patent Office issued a Decision, *sua sponte*, merging the three reexamination proceedings.

On April 27, 2009, the Patent Office issued its first Office Action.

On June 26, 2009, O'Keeffe's filed its response to the first Office Action and on July 24, 2009, Technical Glass Products and Anemostat filed responsive comments.

TGP expects that the Patent Office will issue another Office Action in approximately six months.

## II. THE PARTIES REQUEST THE CASE MANAGEMENT CONFERENCE BE CONTINUED

The parties previously requested that the Case Management Conferences scheduled for September 26, 2008, January 30, 2009 and May 29, 2009 be continued due to the merged reexamination proceeding. The Court granted these requests. Since this time, O'Keeffe's responded to the first Office Action and Technical Glass Products filed comments. The re-examination proceeding remains pending. As such, the parties request that the Case Management

---

[1] In light of the stay, Pilkington has not yet filed a response to the complaint, but will as appropriate following the conclusion of the reexamination proceedings.

Conference be continued for 240 days, to May 21, 2010.  Alternatively, the parties request that counsel be permitted to participate telephonically and not appear in person.

    Respectfully Submitted,

Dated:  September 8, 2009    JONES DAY

    By:   <u>/s/ - Katherine S. Ritchey</u>
          KATHERINE S. RITCHEY
          Attorneys for Plaintiff, Counterdefendant and Counterclaimant O'KEEFFE'S, INC.

Dated:  September 8, 2009    KLARQUIST SPARKMAN, LLP

    By:   <u>/s/ - Jeffrey S. Love</u>
          JEFFREY S. LOVE
          TODD SIEGEL
          Attorneys for Defendant and Counterclaimant TECHNICAL GLASS PRODUCTS

Dated:  September 8, 2009    MCCORMICK, PAULDING & HUBER, LLP

    By:   <u>/s/ - Kevin H. Venderleeden</u>
          KEVIN H. VANDERLEEDEN
          Attorneys for Defendant and Counterclaimant ANEMOSTAT

Dated:  September 8, 2009    SUGHRUE MION, PLLC

    By:   <u>/s/ - John B. Scherling</u>
          JOHN B. SCHERLING
          Attorneys for Defendant PILKINGTON PLC

1  It is Ordered that:

2      All dates currently on calendar are vacated; and

3      __X__ The Case Management Conference is continued until May 21, 2010.

4      _____ Counsel are permitted to participate telephonically at the September 25, 2009 Case Management Conference.

_____
Honorable Jeremy F. Fogel

Joint Case Management Statement;
Case No.: C-07-3535 JF

4