Mark I. Schickman (SBN #62653)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332
Email: schickman@freelandlaw.com
       bernhard@freelandlaw.com

Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'KEEFE'S, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TECHNICAL GLASS PRODUCTS, ANEMOSTAT AND PILKINGTON PLC,<br><br>Defendants. | CASE NO.: 07-3535 JF<br><br>**JOINT CASE MANAGEMENT STATEMENT AND STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:  **March 4, 2011**<br>Time:  **10:30 a.m.**<br>Dept.:  **Courtroom 3, 5th Floor**<br>        **The Honorable Jeremy Fogel** |

Plaintiff, O'Keeffe's, Inc. and Defendants Technical Glass Products, Anemostat, and Pilkington PLC (collectively the "Parties") hereby submit this Joint Case Management Statement and Stipulation and Request for Continuance of Case Management Conference.

I.  **CURRENT STATUS OF CASE - STAYED PENDING REEXAMINATION**

In this case, Plaintiff O'Keeffe's asserts that the Defendants infringe U.S. Patent No. 7,090,906 (the "'906 patent"). Defendants assert various counterclaims and defenses that they do not infringe the '906 patent and that the '906 patent is invalid and unenforceable. All non-patent-related claims have been dismissed by agreement of the parties.

Defendants Anemostat and Technical Glass Products filed three requests for patent reexamination of the '906 patent with the Patent Office. The Patent Office granted the requests, and Anemostat and Technical Glass Products moved this Court to stay the proceedings on the patent-

1

related claims in view of these reexamination requests. This Court granted the Motion to Stay on November 16, 2007, staying all patent-related claims in this matter pending the outcome of the reexaminations. (Order Granting in Part Defendants' Motion to Stay, dkt. #57.)[1]

On June 10, 2008, the Patent Office issued a Decision, sua sponte, merging the three reexamination proceedings. On April 27, 2009, the Patent Office issued its first Office Action. On June 26, 2009, O'Keeffe's filed its response to the first Office Action and on July 24, 2009, Technical Glass Products and Anemostat filed responsive comments. O'Keeffe's and Technical Glass Products each filed their Briefs on Appeal, the record is complete, the matter has been submitted to the Board of Patent Appeals and Interferences, and a final decision is now awaited.

## II.  THE PARTIES REQUEST THE CASE MANAGEMENT CONFERENCE BE CONTINUED

The parties previously requested that the Case Management Conferences scheduled for September 26, 2008, January 30, 2009, May 29, 2009, September 25, 2009, May 21, 2010, and August 27, 2010 be continued due to the merged reexamination proceeding. The Court granted these requests. In order to allow time for the Board of Patent Appeals and Interferences to issue a determination, the parties request that the Case Management Conference be continued until **September 23, 2011** and that counsel be permitted to participate telephonically and not appear in person on that date.

**IT IS SO STIPULATED AND AGREED.**

Dated: February 23, 2011                FREELAND COOPER & FOREMAN LLP

By _/s/ Mark I. Schickman_
Mark I. Schickman, SBN 62653
Cathleen S. Yonahara, SBN 203802
150 Spear Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 541-0200
Attorneys for Plaintiff, Counterdefendant and Counterclaimant O'KEEFFE'S, INC.

---

[1] In light of the stay, Pilkington has not yet filed a response to the complaint, but will as appropriate following the conclusion of the reexamination proceedings.

| | |
|---|---|
| Dated: February 23, 2011 | KLARQUIST SPARKMAN, LLP<br><br>By _____<br>JEFFREY S. LOVE<br>TODD SIEGEL<br>Attorneys for Defendant and Counterclaimant<br>TECHNICAL GLASS PRODUCTS |
| Dated: February 23, 2011 | MCCORMICK, PAULDING & HUBER, LLP<br><br>By _____<br>KEVIN H. VANDERLEEDEN<br>Attorneys for Defendant and Counterclaimant<br>ANEMOSTAT |
| Dated: February 23, 2011 | SUGHRUE MION, PLLP<br><br>By _____<br>JOHN B. SCHERLING<br>Attorneys for Defendant PILKINGTON PLC |

**ORDER**

It is ordered that:

All dates currently on calendar are vacated; and

___X___ The Case Management Conference is continued until September 23, 2011.

___X___ Counsel are permitted to participate telephonically at the September 23, 2011 Case Management Conference.

Dated: 3/1/11      _____
                   Honorable Jeremy P. Fogel