**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| O'KEEFE'S, INC., a California corporation, ) | Case No.: 7-CV-3535-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER SUGGESTING STIPULATED |
| TECHNICAL GLASS PRODUCTS, ) | DISMISSAL |
| ANEMOSTAT. AND PILKINGTON PLC, ) | |
| ) | |
| Defendants. ) | |

On September 27, 2011, this case was transferred to the undersigned judge. This lawsuit has been docketed since July 6, 2007. Since September 2008, the parties have repeatedly requested continuances of case management conferences pending a final decision from United States Patent and Trademark Office and now the Board of Patent Appeals and Interferences. The Court suggests that the parties stipulate to a dismissal without prejudice and to a tolling agreement on the statute of limitations for any damages and counterclaims. By November 18, 2011, the parties shall file a stipulation of dismissal or, if they are unable to do so, file a statement informing the Court why the stay should not be lifted.

**IT IS SO ORDERED.**

Dated: October 28, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 9-CV-5757-LHK
ORDER SUGGESTING STIPULATED DISMISSAL