Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Todd M. Siegel (*Pro Hac Vice*)
todd.siegel@klarquist.com
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204-2988
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Kevin H. Vanderleeden
vanderleeden@ip-lawyers.com
MCCORMICK PAULDING & HUBER LLP
1350 Main Street
Sovereign Bank Building 5th Floor
Springfield, MA 01103
T:  413-736-5401, Ext. 1414
F:  413-733-4543

John B. Scherling (State Bar No. 122234)   John T. Callahan (*pro hac vice*)
jscherling@sughrue.com                      jcallahan@sughrue.com
SUGHRUE MION, PLLC                          SUGHRUE MION, PLLC
4250 Executive Square, Suite 900            2100 Pennsylvania Avenue, NW
La Jolla, California 92037                  Washington, D.C.
Telephone:  (858-795-1180                   Telephone:  (202) 293-7060
Facsimile:  (858) 795-1199                  Facsimile:  (202) 293-7860

Mark I. Schickman  (State Bar No. 62653)
schickman@freelandlaw.com
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California  94105
Telephone:  (415) 541-0200
Facsimile:  (415) 495-4332

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'KEEFE'S, INC. a California corporation, | CASE NO.: 07-3535 LHK |
| Plaintiff, | **STIPULATED DISMISSAL WITHOUT PREJUDICE AND TOLLING AGREEMENT** |
| v. | |
| TECHNICAL GLASS PRODUCTS, ANEMOSTAT AND PILKINGTON PLC, | **AND ORDER** |
| Defendants. | |

1  Pursuant to the October 28, 2011 Order of the Court, the parties to the above captioned action ("the parties") hereby stipulate to dismiss the above action without prejudice. All statutes of limitations and other time limitations, whether by court rule or otherwise, on all claims and counterclaims and prayers for costs and attorney fees, are hereby tolled until thirty days after a full and final determination of all reexamination proceedings of the patent asserted in this lawsuit currently pending before the United States Patent and Trademark Office, including the exhaustion of all appeals and the time deadline for filing appeals therefrom. As the intent of this agreement is to preserve and reserve all rights of each party as those rights exist as of the date of entry of the Order on this Stipulation through the foregoing thirty-day period, the passage of time during that period shall not be raised as the basis of a claim or defense by any party.

**IT IS SO STIPULATED AND AGREED.**

Dated: November 16, 2011       FREELAND COOPER & FOREMAN LLP


By _____/s/Mark I. Schickman_____
MARK I. SCHICKMAN
Attorneys for Plaintiff, Counterdefendant and
Counterclaimant O'KEEFFE'S, INC.

Dated  November 16, 2011       KLARQUIST SPARKMAN, LLP


By _____/s/ Todd M. Siegel_____
JEFFREY S. LOVE
TODD M. SIEGEL
Attorneys for Defendant and Counterclaimant
TECHNICAL GLASS PRODUCTS

Dated: November 16, 2011       MCCORMICK, PAULDING & HUBER, LLP


By _____/s/ Kevin H. Vanderleeden_____
KEVIN H. VANDERLEEDEN
Attorneys for Defendant and Counterclaimant
ANEMOSTAT

Dated: November 16, 2011          SUGHRUE MION, PLLP


By _____/s/ John B. Scherling_____
     JOHN T. CALLAHAN
     JOHN B. SCHERLING
     Attorneys for Defendant PILKINGTON PLC

**ORDER**

Pursuant to the Stipulation of the parties set forth above, the above captioned action is dismissed without prejudice.

Dated:  November 22, 2011          *Lucy H. Koh*
                                   _____
                                   Honorable Lucy H. Koh
                                   United States District Judge